UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
ANWAR, et al.,

      Plaintiffs,

  -against-

FAIRFIELD GREENWICH LIMITED, et al.,

      Defendants.

This Document Relates To:  All Actions
---------------------------------------------------------------------X

MASTER FILE NO.
09-CV-0118 (VM)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

  Enter my appearance as counsel in this case for Plaintiffs Inter-American Trust, Elvira 1950 Trust, Carlos Gauch, and Bonaire Limited.  I certify that I am admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York.

Dated:  Fort Lauderdale, Florida
    February 24, 2009

           **BOIES, SCHILLER & FLEXNER LLP**

           By: /S/ Sashi Bach Boruchow

             Sashi Bach Boruchow
             401 East Las Olas Boulevard
             Suite 1200
             Fort Lauderdale, FL 33301

             *Attorneys for Plaintiffs*
             *Inter-American Trust, Elvira 1950 Trust,*
             *Carlos Gauch, and Bonaire Limited*