UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :
ANWAR, ET AL.,                              :
                                                   :        Master File No.
                                   Plaintiffs,    :       09-cv-0118 (VM)
                                                   :
FAIRFIELD GREENWICH GROUP, ET AL.,    :       RULE 7.1 DISCLOSURE
                                                   :                STATEMENT
                                Defendants.    :
                                                   :
-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BPV Finance (International) Ltd. (a private non-governmental party) is 99% owned by Banca Poplare di Vicenza Societa Coopertiva per Azioni.

Dated: New York, New York
         September 29, 2009

                                     BOIES, SCHILLER & FLEXNER LLP

                                     By:   /s/ David A. Barrett
                                             David A. Barrett

                                             575 Lexington Avenue
                                             New York, New York 10022
                                             Phone: (212) 446-2300
                                             Fax:  (212) 446-2350

                                             *Attorneys for Plaintiffs*