UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-----------------------------------------------------------X
ANWAR, et al.,

                Plaintiffs,

    -against-

FAIRFIELD GREENWICH LIMITED, et al.,

                Defendants.

This Document Relates To: All Actions
-----------------------------------------------------------X

MASTER FILE NO.
09-CV-0118 (VM) (THK)

STIPULATION AND ORDER

WHEREAS, Plaintiffs filed a Second Consolidated Amended Complaint ("SCAC") on September 29, 2009;

WHEREAS, the SCAC names The Citco Group Limited, Citco Bank Nederland N.V. (Dublin Branch), Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco (Canada) Inc., and Ian Pilgrim, as defendants;

WHEREAS, the above-mentioned defendants seek an extension of time to move, answer or otherwise respond to the SCAC to December 22, 2009;

WHEREAS, Plaintiffs do not object to such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for The Citco Group Limited, Citco Bank Nederland N.V. (Dublin Branch), Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco (Canada) Inc., and Ian Pilgrim to move, answer or otherwise respond to the SCAC is extended to December 22, 2009.

Respectfully submitted,

Anwar et al v. Fairfield Greenwich Limited et al   Doc. 294

[Signature]

GILBRIDE, HELLER & BROWN, P.A.
Lewis N. Brown
Amanda M. McGovern
One Biscayne Tower, 15th Floor
2 South Biscayne Blvd.
Miami, FL 33131
T: 305.358.3580
F: 305.374.1756
Lbrown@ghblaw.com
Amcgovern@ghblaw.com

CURTIS, MALLET-PREVOST, COLT
& MOSLE, LLP
Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
101 Park Avenue
New York, NY 10178
T: 212.696.6000
F: 212.697.1559
Elaurer@curtis.com
Mmoscato@curtis.com

*Attorneys for Defendants*
*The Citco Group Limited*
*Citco Bank Nederland N.V. (Dublin Branch)*
*Citco Global Custody N.V.*
*Citco Fund Services (Europe) B.V.*
*Citco Fund Services (Bermuda) Limited*
*Citco (Canada) Inc. and Ian Pilgrim*

[Signature]

BOIES, SCHILLER & FLEXNER LLP
David A. Barrett
575 Lexington Avenue
New York, NY 10022
T: 212.446.2300
F: 212.446.2350
dbarrett@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
Stuart H. Singer
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
T: 954.356.0011
F: 954.356.0022
ssinger@bsfllp.com

WOLF POPPER LLP
Robert C. Finkel
845 Third Avenue
New York, NY 10006
T: 212.759.4600
F: 212.486.2093
rfinkle@wolfpopper.com

LOVELL STEWART HALEBLAN LLP
Victor E. Stewart
61 Broadway
New York, NY 10006
T: 212.608.1900
F: 212.719.4775
victormj@ix.netcom.com

*Interim Co-Lead Counsel for Plaintiffs*

SO ORDERED, this 10th day of November, 2009.

[Signature]
Theodore H. Katz, United States Magistrate Judge