

USDC SDNY
[DOCUME]NT
[ELECTRO]NICALLY FILED
DOC #
DATE FILED: 11/13/09

KATZ, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
ANWAR, et al.,

               Plaintiffs,

    v.

FAIRFIELD GREENWICH LIMITED, et al.,     MASTER FILE NO: 09-CV-118
                                       (VM)(THK)
               Defendants.

This Document Relates To: All Actions
---------------------------------------------------------x

## STIPULATION ADJOURNING DEADLINE TO RESPOND TO THE SECOND CONSOLIDATED AMENDED COMPLAINT + ORDER

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of parties in the above-captioned action, as follows:

       1.    The time within which each of the undersigned Defendants in the above-captioned action may answer, move, or otherwise respond to the Second Consolidated Amended Complaint is extended through and including December 22, 2009.

       2.    By agreeing to this stipulation, the undersigned Defendants and Plaintiffs do not waive and expressly preserve any and all defenses they may have.

Dated: New York, New York

       November 10, 2009

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>WOLF POPPER LLP<br>LOVELL STEWART HALEBIAN LLP<br><br>By: */s/ David A. Barrett/*<br>David A. Barrett<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300<br><br>Stuart H. Singer<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br><br>Robert C. Finkel<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022<br>(212) 759-4600<br><br>Victor E. Stewart<br>Lovell Stewart Halebian LLP<br>61 Broadway<br>New York, NY 10006<br>(212) 608-1900<br><br>*Lead Counsel for Plaintiffs* | SIMPSON THACHER & BARTLETT LLP<br><br>By: */s/ Mark G. Cunha/*<br>Mark G. Cunha<br>Peter E. Kazanoff<br>425 Lexington Ave.<br>New York, NY 10017<br>(212) 455-2000<br><br>*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) LTD., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney D'Hendecourt, Yanko Della Schiava, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub* |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP<br><br>By: */s/ Daniel J. Fetterman/SVh*<br>Marc Kasowitz<br>Daniel J. Fetterman<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br><br>*Attorneys for Jeffrey Tucker* | WHITE & CASE LLP<br><br>By: _____<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200<br><br>*Attorneys for Walter M. Noel, Jr.* |

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>WOLF POPPER LLP<br>LOVELL STEWART HALEBIAN LLP<br><br>By: _/s/ David A. Barrett_<br>David A. Barrett<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300<br><br>Stuart H. Singer<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br><br>Robert C. Finkel<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022<br>(212) 759-4600<br><br>Victor E. Stewart<br>Lovell Stewart Halebian LLP<br>61 Broadway<br>New York, NY 10006<br>(212) 608-1900<br><br>_Lead Counsel for Plaintiffs_ | SIMPSON THACHER & BARTLETT LLP<br><br>By: _____<br>Mark G. Cunha<br>Peter E. Kazanoff<br>425 Lexington Ave.<br>New York, NY 10017<br>(212) 455-2000<br><br>_Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) LTD., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney D'Hendecourt, Yanko Della Schiava, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub_ |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP<br><br>By: _____<br>Marc Kasowitz<br>Daniel J. Fetterman<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br><br>_Attorneys for Jeffrey Tucker_ | WHITE & CASE LLP<br><br>By: _/s/ Andrew Hammond_<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200<br><br>_Attorneys for Walter M. Noel, Jr._ |

| | |
|---|---|
| DECHERT LLP<br><br>By: *[signature]*<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br><br>*Attorneys for Andres Piedrahita* | DEBEVOISE & PLIMPTON LLP<br><br>By: _____<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br><br>*Attorneys for Amit Vijayvergiya* |
| O'SHEA PARTNERS LLP<br><br>By: _____<br>Sean F. O'Shea<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426<br><br>*Attorneys for Cornelis Boele* | MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C.<br><br>By: _____<br>Edward Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600<br><br>*Attorneys for David Horn and Robert Blum* |
| | LAW OFFICES OF KENNETH A. ZITTER<br><br>By: _____<br>Kenneth A. Zitter<br>260 Madison Avenue, 18th Floor<br>New York, NY 10016<br>(212) 532-8000<br><br>*Attorney for Brian Francoeur* |

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Theodore H. Katz
U.S.M.J.

3

DECHERT LLP                                           DEBEVOISE & PLIMPTON LLP

By: _____                            By: _____/s/_____
    Andrew Levander                                       Mark Goodman
    David Hoffner                                         Helen Cantwell
    1095 Avenue of the Americas                           919 Third Avenue
    New York, NY 10036                                    New York, NY 10022
    (212) 698-3500                                        (212) 909-6000

*Attorneys for Andres Piedrahita*                     *Attorneys for Amit Vijayvergiya*


O'SHEA PARTNERS LLP                                   MORVILLO, ABRAMOWITZ, GRAND,
                                                      IASON ANELLO & BOHRER, P.C.

By: _____                            By: _____
    Sean F. O'Shea                                        Edward Spiro
    521 Fifth Avenue, 25th Floor                          565 Fifth Avenue
    New York, NY 10175                                    New York, NY 10017
    (212) 682-4426                                        (212) 856-9600

*Attorneys for Cornelis Boele*                        *Attorneys for David Horn and Robert Blum*

                                                      LAW OFFICES OF KENNETH A. ZITTER

                                                      By: _____
                                                          Kenneth A. Zitter
                                                          260 Madison Avenue, 18th Floor
                                                          New York, NY 10016
                                                          (212) 532-8000

                                                      *Attorney for Brian Francoeur*


IT IS SO ORDERED.

Dated: _____

_____
The Honorable Theodore H. Katz
U.S.M.J.

3

| | |
|---|---|
| DECHERT LLP | DEBEVOISE & PLIMPTON LLP |
| By: _____<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500 | By: _____<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 |
| *Attorneys for Andres Piedrahita* | *Attorneys for Amit Vijayvergiya* |
| O'SHEA PARTNERS LLP<br><br>By: _[signature]_____<br>Sean F. O'Shea<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426 | MORVILLO, ABRAMOWITZ, GRAND,<br>IASON ANELLO & BOHRER, P.C.<br><br>By: _____<br>Edward Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600 |
| *Attorneys for Cornelis Boele* | *Attorneys for David Horn and Robert Blum* |
| | LAW OFFICES OF KENNETH A. ZITTER<br><br>By: _____<br>Kenneth A. Zitter<br>260 Madison Avenue, 18th Floor<br>New York, NY 10016<br>(212) 532-8000 |
| | *Attorney for Brian Francoeur* |

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Theodore H. Katz
U.S.M.J.

3

| | |
|---|---|
| DECHERT LLP | DEBEVOISE & PLIMPTON LLP |
| By: _____<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500 | By: _____<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 |
| *Attorneys for Andres Piedrahita* | *Attorneys for Amit Vijayvergiya* |
| O'SHEA PARTNERS LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C. |
| By: _____<br>Sean F. O'Shea<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426 | By: _____<br>Edward Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600 |
| *Attorneys for Cornelis Boele* | *Attorneys for David Horn and Robert Blum* |

LAW OFFICES OF KENNETH A. ZITTER

By: _____
Kenneth A. Zitter
260 Madison Avenue, 18th Floor
New York, NY 10016
(212) 532-8000

*Attorney for Brian Francoeur*

IT IS SO ORDERED.
Dated: November 13, 2009

_____
The Honorable Theodore H. Katz
U.S.M.J.

3