

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ANWAR, et al.,

                Plaintiffs

v.

FAIRFIELD GREENWICH LIMITED, et al.,

                Defendants.

ECF CASE

Electronically Filed

Master File No.:
08 CV 00118 (VM, THK)

This Document Relates to:
Defendant GlobeOp Financial Services LLC

---------------------------------------------------------------x

## STIPULATION AND (PROPOSED) ORDER

WHEREAS, on April 24, 2009, Plaintiffs in the above-captioned action (*Anwar et al. v. Fairfield Greenwich Limited et al.*, 09 Civ. 00118 (VM)) (the "Plaintiffs") filed an Amended Complaint naming GlobeOp Financial Services LLC ("GlobeOp") as a defendant.

WHEREAS, on September 29, 2009, Plaintiffs filed a Second Consolidated Amended Complaint (the "SCAC").

WHEREAS, Plaintiffs have agreed to extend GlobeOp's time to respond to the SCAC from November 13, 2009 to December 22, 2009.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties through their respective counsel, that, without prejudice to any defense that Defendant GlobeOp may raise, including those provided under Rule 12(b) of the Federal Rules of Civil Procedure, the time for Defendant GlobeOp to answer, move to dismiss, or otherwise respond to the Second Consolidated Amended Complaint is extended up to and including December 22, 2009.

1

Dated: New York, New York
November 12, 2009

*/s/ David A. Barrett*
David A. Barrett
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York
Tel: +1 212 446 2300
Fax: +1 212 466 2350
E-mail: dbarrett@bsfllp.com

*Interim Co-Lead Counsel for Plaintiffs
and Counsel for PSLRA Plaintiffs*

*/s/ Jonathan D. Cogan*
Jonathan D. Cogan
KOBRE & KIM LLP
800 Third Avenue
New York, New York
Tel: +1 212 488 1200
Fax: +1 212 488 1220
E-mail: jonathan.cogan@kobrekim.com

*Attorney for Defendant GlobeOp
Financial Services LLC*

SO ORDERED.   11/12/09

_____
HON. THEODORE H. KATZ

2