UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANWAR, et al., )
)
    Plaintiffs, )
)
vs. )
)
FAIRFIELD GREENWICH LIMITED, )
et al. )
)
    Defendants. )
)
This Document Relates to: All Actions )
_____)

Master File No. 09-cv-118 (VM) (TMK)

**STIPULATION AND ORDER**

WHEREAS, plaintiffs filed a Second Consolidated Amended Complaint ("SCAC") on September 29, 2009;

WHEREAS, the SCAC names PricewaterhouseCoopers Accountants Netherlands N.V. ("PwC Netherlands") as a defendant;

WHEREAS, plaintiffs served PwC Netherlands with a Summons and a copy of the SCAC at its principal place of business in Toronto, Ontario, Canada, on October 27, 2009;

WHEREAS, defendant PwC Netherlands seeks an extension of the date to move, answer or otherwise respond to the SCAC to December 22, 2009;

WHEREAS, plaintiffs do not object to such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for PwC Netherlands to move, answer or otherwise respond to the SCAC is extended to December 22, 2009.

*[signature]*

William R. Maguire
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (t)
(212) 422-4726 (f)
maguire@hugheshubbard.com

*Attorneys for defendant
PricewaterhouseCoopers Accountants
Netherlands N.V.
(PwC Netherlands)*

*[signature]*

David A. Barrett
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300 (ph)
(212) 446-2350 (fx)
dbarrett@bsfllp.com

Stuart H. Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011 (ph)
(954) 356 0022 (fx)
ssinger@bsfllp.com.

Robert C. Finkel
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600 (ph)
(212) 486-2093 (fx)
rfinkel@wolfpopper.com

Victor E. Stewart
LOVELL STEWART HALEBIAN LLP
61 Broadway
New York, NY 10006
(212) 608-1900 (ph)
(212) 719-4775 (fx)
victornj@ix.netcom.com

*Interim Co-Lead Counsel for Plaintiffs*

SO ORDERED, this 17 day of November, 2009.

*[signature]*

Theodore H. Katz, U.S.M.J.