KATZ, MAG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, et al.,

                Plaintiffs,

vs.

FAIRFIELD GREENWICH LIMITED, et al.

                Defendants.

This Document Relates to: All Actions

Master File No. 09-cv-118 (VM) (TMK)

**AMENDED STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/23/09

WHEREAS, plaintiffs filed a Second Consolidated Amended Complaint ("SCAC") on September 29, 2009;

WHEREAS, the SCAC names PricewaterhouseCoopers Accountants Netherlands N.V. ("PwC Netherlands") as a defendant;

WHEREAS, plaintiffs served PwC Netherlands with a Summons and a copy of the SCAC at its place of business in Amsterdam, The Netherlands, on October 27, 2009;

WHEREAS, defendant PwC Netherlands seeks an extension of the date to move, answer or otherwise respond to the SCAC to December 22, 2009;

WHEREAS, plaintiffs do not object to such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for PwC Netherlands to move, answer or otherwise respond to the SCAC is extended to December 22, 2009. This Amended Stipulation and Order shall supersede in all respects the Stipulation and Order dated November 17, 2009 (Docket # 299).

| | |
|---|---|
| /s/ William R. Maguire<br>William R. Maguire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000 (t)<br>(212) 422-4726 (f)<br>maguire@hugheshubbard.com<br><br>*Attorneys for defendant*<br>*PricewaterhouseCoopers Accountants*<br>*Netherlands N.V.*<br>*(PwC Netherlands)* | David A. Barrett<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300 (ph)<br>(212) 446-2350 (fx)<br>dbarrett@bsfllp.com<br><br>Stuart H. Singer<br>BOIES SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br>(954) 356-0011 (ph)<br>(954) 356-0022 (fx)<br>ssinger@bsfllp.com<br><br>Robert C. Finkel<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>(212) 759-4600 (ph)<br>(212) 486-2093 (fx)<br>rfinkel@wolfpopper.com<br><br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN LLP<br>61 Broadway<br>New York, NY 10006<br>(212) 608-1900 (ph)<br>(212) 719-4775 (fx)<br>victornj@ix.netcom.com<br><br>*Interim Co-Lead Counsel for Plaintiffs* |

**SO ORDERED**, this ___ day of _____, 2009.

_____
Theodore H. Katz, U.S.M.J.

| | |
|---|---|
| William R. Maguire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000 (t)<br>(212) 422-4726 (f)<br>maguire@hugheshubbard.com<br><br>*Attorneys for defendant*<br>*PricewaterhouseCoopers Accountants*<br>*Netherlands N.V.*<br>*(PwC Netherlands)* | *[signature]*<br>David A. Barrett<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300 (ph)<br>(212) 446-2350 (fx)<br>dbarrett@bsfllp.com<br><br>Stuart H. Singer<br>BOIES SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br>(954) 356-0011 (ph)<br>(954) 356-0022 (fx)<br>ssinger@bsfllp.com<br><br>Robert C. Finkel<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>(212) 759-4600 (ph)<br>(212) 486-2093 (fx)<br>rfinkel@wolfpopper.com<br><br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN LLP<br>61 Broadway<br>New York, NY 10006<br>(212) 608-1900 (ph)<br>(212) 719-4775 (fx)<br>victornj@ix.netcom.com<br><br>*Interim Co-Lead Counsel for Plaintiffs* |

SO ORDERED, this 23 day of November, 2009.

*[signature]*
Theodore H. Katz, U.S.M.J.

2