```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
PASHA S. ANWAR and JULIA          :
ANWAR, on behalf of themselves    :
and all similarly situated        :
investors  in Greenwich Sentry,   :
L.P. private investment           :
partnership,                      :
                 Plaintiffs,      :
                                  :
     - against -                  :    09 Cv. 0118 (VM)
                                  :
FAIRFIELD GREENWICH GROUP,        :
FAIRFIELD GREENWICH LIMITED, a    :
Caymen Island Company,            :
FAIRFIELD GREENWICH (BERMUDA)     :
LTD., FAIRFIELD GREENWICH         :
ADVISORS LLC, WALTER M.           :
NOEL, JR., ANDRES PIEDRAHITA,     :
JEFFERY TUCKER, BRIAN             :
FRANCOUER, and AMIT               :
VUAYVERGIYA,                      :
                                  :
              Defendants.         :
----------------------------------  X
TRADEWAVES LTD., et al.,          :
                                  :    09 Civ. 9423 (VM)
                 Plaintiffs,      :
                                  :
     -  against  -                :
                                  :
STANDARD CHARTERED INTERNATIONAL  :
(USA) LTD., et al.,               :              ORDER
                                  :
              Defendants.         :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against some of the same defendants.

Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 09 Civ. 9423, as a separate action and remove it and any pending motions from the Court's database.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          10 December 2009

Victor Marrero
U.S.D.J.

-2-