UNITED STATES DISTRICT COURT
for the
Southern District of New York

-------------------------------------------------------------X
ANWAR, *et al.,*                                              :
          Plaintiffs,                            :
   vs.                                                    :  MASTER FILE
                                                                :  09-CIV-0118 (VM)(THK)
FAIRFIELD GREENWICH LIMITED, *et al.,*                        :
          Defendants.                            :
-------------------------------------------------------------X
HEADWAY INVESTMENT CORPORATION, a                             :
Foreign Corporation,
          Plaintiff,                             :
                                                                :
   vs.                                                    :
                                                                :  09-CIV-8500(VM)
AMERICAN EXPRESS BANK LTD. d/b/a                              :
STANDARD CHARTERED PRIVATE BANK                               :
a/k/a STANDARD CHARTERED BANK                                 :
INTERNATIONAL (AMERICAS) LIMITED,                             :
*et al.,*                                                     :
          Defendants.                            :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR ELECTRONIC NOTIFICATION

     Rivero Mestre & Castro gives notice to the Court and all parties that it represents

Plaintiff Headway Investment Corporation. Rivero Mestre & Castro respectfully requests

that notice of electronic filing of all papers in the action be transmitted to them at the

address given below.

Dated: December 18, 2009

    Respectfully submitted,

    RIVERO MESTRE & CASTRO
    Attorneys for Headway Investment Corporation
    2525 Ponce de Leon Boulevard
    Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Facsimile: (305) 445-2505
    Email: pdans@rmc-attorneys.com

    By: /s/ Paul Dans_____
        PAUL DANS

        JORGE MESTRE
        Fla. Bar No. 088145
        jmestre@rmc-attorneys.com

        ANTONIO C. CASTRO
        Fla. Bar No. 997080
        acastro@rmc-attorneys.com

        ERIMAR VON DER OSTEN
        Fla Bar No. 028786
        evonderosten@rmc-attorneys.com