## CERTIFICATE OF SERVICE

I, Gabrielle S. Marshall, the undersigned attorney at law duly admitted to practice in the State of New York, hereby certify that on December 22, 2009, I caused true and correct copies of this Notice of Appearance to be served by ECF to all counsel of record.

/s/ Gabrielle S. Marshall
Gabrielle S. Marshall