UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al*.,<br><br>Defendants.<br><br>This Document Relates To: All Actions | No. 09 CV 118 (VM)<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that Sarah L. Cave of the law firm Hughes Hubbard & Reed LLP hereby appears in this action as counsel on behalf of Defendant PricewaterhouseCoopers Accountants N.V. ("PwC Netherlands").

Dated: New York, New York
       December 22, 2009

                                HUGHES HUBBARD & REED LLP

                      By:   /s/ Sarah L. Cave
                              Sarah L. Cave
                              One Battery Park Plaza
                              New York, New York 10004
                              Tel: (212) 837-6559
                              Fax: (212) 299-6559
                              cave@hugheshubbard.com

                              *Attorneys for Defendant PricewaterhouseCoopers Accountants N.V.*