UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>          Plaintiff,<br><br>    v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al*.,<br><br>          Defendants.<br><br>This Document Relates To: All Actions | No. 09 CV 118 (VM)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Gabrielle S. Marshall of the law firm Hughes Hubbard & Reed LLP hereby appears in this action as counsel on behalf of Defendant PricewaterhouseCoopers Accountants N.V. ("PwC Netherlands").

Dated: New York, New York
     December 22, 2009

               HUGHES HUBBARD & REED LLP

         By:  /s/ Gabrielle S. Marshall
             Gabrielle S. Marshall
             One Battery Park Plaza
             New York, New York 10004
             Tel: (212) 837-6413
             Fax: (212) 299-6413
             marshalg@hugheshubbard.com

             *Attorneys for Defendant PricewaterhouseCoopers Accountants N.V.*