**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANWAR, *et al.*,<br><br>                              Plaintiff,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                              Defendants.<br><br>This Document Relates To: All Actions | No. 09 CV 118 (VM)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated December 22, 2009, Defendant PricewaterhouseCoopers Accountants N.V. ("PwC Netherlands") will move this Court, before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date to be set by the Court, for an Order, pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Second Consolidated Amended Complaint as against PwC Netherlands in the above captioned action and awarding such other relief as the Court may find to be just and equitable.

                                                                        /s/ Sarah L. Cave
                                                            Sarah L. Cave
                                                            HUGHES HUBBARD & REED LLP
                                                            One Battery Park Plaza
                                                            New York, New York 10004
                                                            (212) 837-6000

                                                            *Attorneys for Defendant*
                                                            *PricewaterhouseCoopers Accountants N.V.*