**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANWAR, *et al.*,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al*.,<br><br>　　　　　　　　　　　　Defendants.<br><br>This Document Relates To: All Actions | No. 09 CV 118 (VM)<br><br><u>**CERTIFICATE OF SERVICE**</u> |

　　　　I hereby certify that on December 22, 2009, Defendant PricewaterhouseCoopers Accountants N.V. ("PwC Netherlands")'s Notice of Motion to Dismiss and Memorandum of Law in Support of its Motion to Dismiss the Second Consolidated Amended Complaint were served by ECF on all parties registered with the Court's ECF system, under docket number 09-CV-118 (VM).

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gabrielle S. Marshall
　　　　　　　　　　　　　　　　　　　　　　　Gabrielle S. Marshall
　　　　　　　　　　　　　　　　　　　　　　　HUGHES HUBBARD & REED LLP
　　　　　　　　　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　　　(212) 837-6000

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*PricewaterhouseCoopers Accountants N.V.*