United States District Court
Southern District of New York
--------------------------------------------------------x

Anwar, *et al.*,

                Plaintiffs,

                Master File 09 CV 118 (VM)

    v.

Fairfield Greenwich Limited, *et al.*,

                Defendants.

--------------------------------------------------------x

        Notice Of Motion By Defendant Brian Francoeur To
        Dismiss The Second Consolidated Amended Complaint

Please take notice that Defendant Brian Francoeur moves to dismiss the Second Consolidated Amended Complaint against him pursuant to Fed. R. Civ. P. Rule 12(b)(6) on the grounds that the Second Consolidated Amended Complaint fails to state a claim against him for which relief may be granted.

Dated: New York, New York
       December 22, 2009

                              Respectfully submitted,
                              Law Offices of Kenneth A. Zitter

                              By_____
                                 Kenneth A. Zitter
                              Attorneys for Defendant Brian
                                 Francoeur
                              260 Madison Avenue, 18th Floor
                              New York, New York 10016
                              212-532-8000
                              KAZ-3195