UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANWAR, et al.,                                        :
                                                      :   ECF CASE
                    Plaintiffs                        :
        v.                                            :   Electronically Filed
                                                      :
FAIRFIELD GREENWICH LIMITED, et al.,                  :
                                                      :   Master File No.:
                    Defendants.                       :   08 CV 00118 (VM, THK)
                                                      :
This Document Relates To:  All Actions                :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Kobre & Kim LLP, is hereby entering an appearance as counsel of record for Defendant GlobeOp Financial Services LLC.  The undersigned respectfully requests that all subsequent notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.


Dated:  New York, New York               KOBRE & KIM LLP
        December 22, 2009


                                         s/  Michael S. Kim
                                         Michael S. Kim
                                         michael.kim@kobrekim.com
                                         800 Third Avenue
                                         New York, New York 10022
                                         Tel:  + 1 212 488 1200
                                         Fax: + 1 212 488 1220

                                         *Attorney for GlobeOp Financial Services LLC*


To:     All Counsel of Record