UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

ANWAR, *et al*.                              )
                                             )
                                             )
                    Plaintiffs,              )   Case No: 09-CV-118 (VM)
                                             )
        v.                                   )   ECF Case
                                             )
FAIRFIELD GREENWICH LIMITED, *et al.*,       )
                                             )
                    Defendants.              )
_____)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the attached declaration of Timothy A. Duffy, dated December 22, 2009, and the accompanying memorandum in support, PricewaterhouseCoopers LLP ("PwC Canada") hereby moves before the Honorable Victor Marrero, at the United States Courthouse located at 500 Pearl Street, Courtroom 17B, New York, New York, 10007, for an order dismissing plaintiffs' Second Consolidated Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

/s/ Timothy A. Duffy

Andrew M. Genser
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Emily Nicklin, P.C.
Timothy A. Duffy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: tim.duffy@kirkland.com

*Attorneys for Defendant
PricewaterhouseCoopers LLP*