UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANWAR, *et al.* | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No: 09-CV-118 (VM) |
| | ) |
| v. | ) ECF Case |
| | ) |
| FAIRFIELD GREENWICH LIMITED, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DISCLOSURE STATEMENT OF PRICEWATERHOUSECOOPERS LLP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for PricewaterhouseCoopers LLP ("PwC Canada") certifies that there are no parent corporations or publicly held corporations owning 10% or more of its stock.

/s/ Timothy A. Duffy

Andrew M. Genser
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Emily Nicklin, P.C.
Timothy A. Duffy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: tim.duffy@kirkland.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*