UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ANWAR, et al.,

      Plaintiffs,

          -against-

FAIRFIELD GREENWICH LIMITED, et al.,

      Defendants.

This Document Relates To:  All Actions
---------------------------------------------------------------x

MASTER FILE NO.
09-CV-0118 (VM)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Citco Fund Services (Europe) B.V., hereby states that: Citco Fund Services (Europe) B.V. is a subsidiary of Citco Bank Nederland N.V.  No publicly held corporation owns ten percent (10%) or more of Citco Fund Services (Europe) B.V.'s stock.

Dated:  December 22, 2009

                            Respectfully submitted,

                            /s/ Lewis N. Brown
                            Lewis N. Brown
                            Amanda M. McGovern
                            **GILBRIDE, HELLER & BROWN, P.A.**
                            One Biscayne Tower, 15th Floor
                            2 South Biscayne Blvd.
                            Miami, FL 33131
                            T:  305.358.3580
                            F:  305.374.1756
                            lbrown@ghblaw.com
                            amcgovern@ghblaw.com

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
101 Park Avenue
New York, NY 10178
T: 212.696.6000
F: 212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Defendant Citco Fund Services (Europe) B.V.*