UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANWAR, et al.,

                 Plaintiffs

     v.

FAIRFIELD GREENWICH LIMITED, et al.,

                 Defendants.

This Document Relates To: All Actions
---------------------------------------------------------------x

ECF CASE

Electronically Filed

Master File No.:
08 CV 00118 (VM, THK)

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declaration of Jonathan D. Cogan, both dated December 22, 2009, defendant GlobeOp Financial Services LLC ("GlobeOp"), by and through its undersigned counsel, hereby moves this Court, before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Second Consolidated Amended Complaint in this action as against GlobeOp.

Dated: New York, New York
       December 22, 2009

Respectfully submitted,
KOBRE & KIM LLP

s/ Jonathan D. Cogan
Jonathan D. Cogan
jonathan.cogan@kobrekim.com
Michael S. Kim
michael.kim@kobrekim.com
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220

*Attorneys for GlobeOp Financial Services LLC*