UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ANWAR, et al.,                                                          MASTER FILE NO.
                                                                        09-CV-0118 (VM)
Plaintiffs,

          -against-

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To:  All Actions
----------------------------------------------------------------x

## DECLARATION OF AMANDA M. MCGOVERN IN SUPPORT OF DEFENDANTS CITCO FUND SERVICES (EUROPE) B.V. AND CITCO (CANADA) INC.'S <u>MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT</u>

**GILBRIDE, HELLER & BROWN, P.A.**
Lewis N. Brown
Amanda M. McGovern
One Biscayne Tower, 15th Floor
2 South Biscayne Boulevard
Miami, FL 33131
T:  305.358.3580
F:  305.374.1756
lbrown@ghblaw.com
amcgovern@ghblaw.com

**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
101 Park Avenue
New York, NY 10178
T:  212.696.6000
F:  212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Citco Fund Services (Europe) B.V. and Citco (Canada) Inc.*

Pursuant to 28 U.S.C. § 1746, AMANDA M. MCGOVERN deposes and states:

I am a member of the bar of the State of Florida and have been admitted to practice *pro hac vice* before the United States District Court for the Southern District of New York in this matter. I am a partner of the firm of Gilbride, Heller & Brown, P.A., counsel for Defendants Citco Fund Services (Europe) B.V. and Citco (Canada) Inc., in this action. I submit this Declaration in support of Citco Fund Services (Europe) B.V. and Citco (Canada) Inc.'s Memorandum of Law in Support of Their Motion to Dismiss the Second Consolidated Amended Complaint.

1. Attached hereto as Exhibit A is a true and correct copy of Fairfield Sentry Limited's Administration Agreement, dated February 20, 2003.

2. Attached hereto as Exhibit B is a true and correct copy of Fairfield Sigma Limited's Administration Agreement, dated February 20, 2003.

3. Attached hereto as Exhibit C is a true and correct copy of Greenwich Sentry L.P.'s Administration Agreement, dated August 10, 2006.

4. Attached hereto as Exhibit D is a true and correct copy of Greenwich Sentry Partners L.P.'s Administration Agreement, dated August 10, 2006.

5. Attached hereto as Composite Exhibit E is a true and correct copy of the relevant portions of the Private Placement Memoranda and Confidential Offering Memoranda for Fairfield Sentry Limited, Fairfield Sigma Limited, Greenwich Sentry, L.P., and Greenwich Sentry Partners, L.P.

6. Attached hereto as Exhibit F is a true and correct copy of the Declaration of

Elizabeth Anne Weaver, dated December 21, 2009.

Dated:  December 22, 2009

                                               /s/ Amanda M. McGovern
                                               Amanda M. McGovern