UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ANWAR, et al.,                                          MASTER FILE NO.
                                                        09-CV-0118 (VM)
       Plaintiffs,

           -against-

FAIRFIELD GREENWICH LIMITED, et al.,

       Defendants.

This Document Relates To:  All Actions
----------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Citco Fund Services (Bermuda) Limited, hereby states that: Citco Fund Services (Bermuda) Limited is a subsidiary of Citco Fund Services (Holdings) Limited.  No publicly held corporation owns ten percent (10%) or more of Citco Fund Services (Bermuda) Limited's stock.

Dated:  December 22, 2009

                             Respectfully submitted,

                              /s/ Lewis N. Brown
                             Lewis N. Brown
                             Amanda M. McGovern
                             **GILBRIDE, HELLER & BROWN, P.A.**
                             One Biscayne Tower, 15th Floor
                             2 South Biscayne Blvd.
                             Miami, FL 33131
                             T:  305.358.3580
                             F:  305.374.1756
                             lbrown@ghblaw.com
                             amcgovern@ghblaw.com

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
101 Park Avenue
New York, NY 10178
T: 212.696.6000
F: 212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Defendant Citco Fund Services (Bermuda) Limited*