UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ANWAR, et al.,

    Plaintiffs,

        -against-

FAIRFIELD GREENWICH LIMITED, et al.,

    Defendants.

This Document Relates To: All Actions
----------------------------------------------------------------x

MASTER FILE NO.
09-CV-0118 (VM)

## IAN PILGRIM AND CITCO FUND SERVICES (BERMUDA) LIMITED'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants, Ian Pilgrim and Citco Fund Services (Bermuda) Limited's Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint, and upon the accompanying Declaration of Amanda M. McGovern in support thereof, dated December 22, 2009, Defendants, Ian Pilgrim and Citco Fund Services (Bermuda) Limited, by their undersigned counsel, will move this Court before the Honorable Victor Marrero at the United States District Courthouse, 500 Pearl Street, Courtroom 20B, New York, New York, 10007, for the entry of an Order dismissing with prejudice all of Plaintiffs' claims asserted against them, and granting such other relief as this Court may deem just and proper.

Dated: December 22, 2009

                Respectfully submitted,

                By: /s/ Lewis N. Brown
                Lewis N. Brown (FL Bar No. 270008)
                Amanda M. McGovern (FL Bar No. 964263)
                **GILBRIDE, HELLER & BROWN, P.A.**
                One Biscayne Tower, 15th Floor
                2 South Biscayne Blvd.
                Miami, FL  33131
                T:  305.358.3580
                F:  305.374.1756
                lbrown@ghblaw.com
                amcgovern@ghblaw.com

                Eliot Lauer (EL 5590)
                Michael Moscato (MM 6321)
                **CURTIS, MALLET-PREVOST, COLT**
                **& MOSLE, LLP**
                101 Park Avenue
                New York, NY  10178
                T:  212.696.6000
                F:  212.697.1559
                elauer@curtis.com
                mmoscato@curtis.com

                ***Attorneys for Defendants Ian Pilgrim and***
                ***Citco Fund Services (Bermuda) Limited***