UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ANWAR, et al.,

                 Plaintiffs

    v.

FAIRFIELD GREENWICH LIMITED, et al.,

                 Defendants.

This Document Relates To:  All Actions
------------------------------------------------------------- x

ECF CASE

Electronically Filed

Master File No.:
08 CV 00118 (VM, THK)

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT GLOBEOP FINANCIAL SERVICES LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GlobeOp Financial Services LLC ("GlobeOp") certifies that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of GlobeOp:  GlobeOp Financial Services S.A. (100%).

Dated: New York, New York
       December 22, 2009

KOBRE & KIM LLP

s/ Jonathan D. Cogan
Jonathan D. Cogan
jonathan.cogan@kobrekim.com
800 Third Avenue
New York, New York 10022
Tel: + 1 212 488 1200
Fax: + 1 212 488 1220
*Attorney for GlobeOp Financial Services LLC*