UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANWAR, et al.,                                              MASTER FILE NO.
                                                            09-CV-0118 (VM)
Plaintiffs,

       -against-

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To:  All Actions
-----------------------------------------------------------------x

## DECLARATION OF AMANDA M. MCGOVERN IN SUPPORT OF DEFENDANTS IAN PILGRIM AND CITCO FUND SERVICES (BERMUDA) LIMITED'S <u>MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT</u>

**GILBRIDE, HELLER & BROWN, P.A.**
Lewis N. Brown
Amanda M. McGovern
One Biscayne Tower, 15th Floor
2 South Biscayne Blvd.
Miami, FL  33131
T:  305.358.3580
F:  305.374.1756
lbrown@ghblaw.com
amcgovern@ghblaw.com

**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
101 Park Avenue
New York, NY  10178
T:  212.696.6000
F:  212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Ian Pilgrim and Citco Fund Services (Bermuda) Limited*

Pursuant to 28 U.S.C. § 1746, AMANDA M. MCGOVERN deposes and states:

I am a member of the bar of the State of Florida and have been admitted to practice *pro hac vice* before the United States District Court for the Southern District of New York in this matter. I am a partner of the firm of Gilbride, Heller & Brown, P.A., counsel for Defendants Ian Pilgrim and Citco Fund Services (Bermuda) Limited, in this action. I submit this Declaration in support of Ian Pilgrim and Citco Fund Services (Bermuda) Limited's Memorandum of Law in Support of Their Motion to Dismiss the Second Consolidated Amended Complaint.

1. Attached hereto as Exhibit A is a true and correct copy of Fairfield Sentry Limited's Investment Management Agreement, dated July 1, 2003.

2. Attached hereto as Exhibit B is a true and correct copy of Fairfield Sentry Limited's Investment Management Agreement, dated October 1, 2004.

3. Attached hereto as Exhibit C is a true and correct copy of Fairfield Sigma Limited's Investment Management Agreement, dated July 1, 2003.

4. Attached hereto as Exhibit D is a true and correct copy of Fairfield Sigma Limited's Investment Management Agreement, dated October 1, 2004.

Dated: December 22, 2009

  /s/ Amanda M. McGovern  
Amanda M. McGovern