UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ANWAR, et al.,                                         MASTER FILE NO.
                                                       09-CV-0118 (VM)
Plaintiffs,

            -against-

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To:  All Actions
----------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant, Citco Bank Nederland N.V. Dublin Branch, hereby states that: Citco Bank Nederland

N.V. Dublin Branch is a branch of Citco Bank Nederland N.V., which is a subsidiary of Citco

Bank Holding N.V.  No publicly held corporation owns ten percent (10%) or more of the stock

of Citco Bank Nederland N.V. Dublin Branch.


Dated: December 22, 2009

                                    Respectfully submitted,

                                     /s/ Lewis N. Brown
                                    Lewis N. Brown
                                    Amanda M. McGovern
                                    **GILBRIDE, HELLER & BROWN, P.A.**
                                    One Biscayne Tower, 15th Floor
                                    2 South Biscayne Blvd.
                                    Miami, FL 33131
                                    T:  305.358.3580
                                    F:  305.374.1756
                                    lbrown@ghblaw.com
                                    amcgovern@ghblaw.com

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
101 Park Avenue
New York, NY 10178
T: 212.696.6000
F: 212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Defendant Citco Bank Nederland N.V. Dublin Branch*