```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANWAR, et al.,                                    MASTER FILE NO.
                                                  09-CV-0118 (VM)
        Plaintiffs,

               -against-

FAIRFIELD GREENWICH LIMITED, et al.,

        Defendants.

This Document Relates To:  All Actions
-----------------------------------------------------------------x
```

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Citco Global Custody N.V., hereby states that: Citco Global Custody N.V. is a subsidiary of Citco Bank Nederland N.V.  No publicly held corporation owns ten percent (10%) or more of Citco Global Custody N.V.'s stock.

Dated: December 22, 2009

                                        Respectfully submitted,

                                         /s/ Lewis N. Brown
                                        Lewis N. Brown
                                        Amanda M. McGovern
                                        **GILBRIDE, HELLER & BROWN, P.A.**
                                        One Biscayne Tower, 15th Floor
                                        2 South Biscayne Blvd.
                                        Miami, FL 33131
                                        T:  305.358.3580
                                        F:  305.374.1756
                                        lbrown@ghblaw.com
                                        amcgovern@ghblaw.com

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
101 Park Avenue
New York, NY 10178
T:  212.696.6000
F:  212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Defendant Citco Global Custody N.V.*