UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANWAR, et al.,                                    MASTER FILE NO.
                                                  09-CV-0118 (VM)
Plaintiffs,

                    -against-

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To:   All Actions
-----------------------------------------------------------x

## CITCO BANK NEDERLAND N.V. DUBLIN BRANCH AND CITCO GLOBAL CUSTODY N.V.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V.'s Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint, and upon the accompanying Declaration of Amanda M. McGovern in support thereof, dated December 22, 2009, Defendants, Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V., by their undersigned counsel, will move this Court before the Honorable Victor Marrero, at the United States District Courthouse, 500 Pearl Street, Courtroom 20B, New York, New York, 10007, for the entry of an Order dismissing with prejudice all of Plaintiffs' claims asserted against them, and granting such other relief as this Court may deem just and proper.

Dated: December 22, 2009

Respectfully submitted,

 /s/ Lewis N. Brown
Lewis N. Brown (FL Bar No. 270008)
Amanda M. McGovern (FL Bar No. 964263)
**GILBRIDE, HELLER & BROWN, P.A.**
One Biscayne Tower, 15th Floor
2 South Biscayne Blvd.
Miami, FL 33131
T: 305.358.3580
F: 305.374.1756
lbrown@ghblaw.com
amcgovern@ghblaw.com

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**CURTIS, MALLET-PREVOST, COLT &
MOSLE, LLP**
101 Park Avenue
New York, NY 10178
T: 212.696.6000
F: 212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Defendants Citco Bank Nederland
N.V. Dublin Branch and Citco Global Custody
N.V.*