UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ANWAR, et al.,

Plaintiffs,

        -against-

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To: All Actions
---------------------------------------------------------------x

MASTER FILE NO.
09-CV-0118 (VM)

**DECLARATION OF AMANDA M. MCGOVERN IN SUPPORT OF DEFENDANTS CITCO BANK NEDERLAND N.V. DUBLIN BRANCH AND CITCO GLOBAL CUSTODY N.V.'S MOTION TO DISMISS THE SECOND <u>CONSOLIDATED AMENDED COMPLAINT</u>**

**GILBRIDE, HELLER & BROWN, P.A.**
Lewis N. Brown
Amanda M. McGovern
One Biscayne Tower, 15th Floor
2 South Biscayne Blvd.
Miami, FL 33131
T: 305.358.3580
F: 305.374.1756
lbrown@ghblaw.com
amcgovern@ghblaw.com

**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
101 Park Avenue
New York, NY 10178
T: 212.696.6000
F: 212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V.*

Pursuant to 28 U.S.C. § 1746, AMANDA M. MCGOVERN deposes and states:

I am a member of the bar of the State of Florida and have been admitted to practice *pro hac vice* before the United States District Court for the Southern District of New York in this matter. I am a partner of the firm of Gilbride, Heller & Brown, P.A., counsel for Defendants Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V. in this action. I submit this Declaration in support of Citco Bank Nederland N.V. Dublin Branch and Citco Global Custody N.V.'s Memorandum of Law in Support of Their Motion to Dismiss the Second Consolidated Amended Complaint.

1. Attached hereto as Exhibit A is a true and correct copy of Fairfield Sentry Limited's Custodian Agreement, dated July 3, 2006.

2. Attached hereto as Exhibit B is a true and correct copy of Fairfield Sigma Limited's Brokerage and Custody Agreement, dated August 12, 2003.

3. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Michel Deckers, dated December 20, 2009.

Dated: December 22, 2009.

     /s/ Amanda M. McGovern
    Amanda M. McGovern