UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANWAR, et al.,                                                      MASTER FILE NO.
                                                                    09-CV-0118 (VM)
Plaintiffs,

       -against-

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To: All Actions
-----------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, The Citco Group Limited, hereby states that The Citco Group Limited is a wholly owned subsidiary of Citco III Limited. No publicly held corporation owns ten percent (10%) or more of The Citco Group Limited's stock.

Dated: December 22, 2009

                                              Respectfully submitted,

                                              /s/ Lewis N. Brown
                                            Lewis N. Brown
                                            Amanda M. McGovern
                                            **GILBRIDE, HELLER & BROWN, P.A.**
                                            One Biscayne Tower, 15th Floor
                                            2 South Biscayne Blvd.
                                            Miami, FL 33131
                                            T: 305.358.3580
                                            F: 305.374.1756
                                            lbrown@ghblaw.com
                                            amcgovern@ghblaw.com

Eliot Lauer (EL 5590)
Michael Moscato (MM 6321)
**C**URTIS, **M**ALLET-**P**REVOST, **C**OLT & **M**OSLE, **LLP**
101 Park Avenue
New York, NY 10178
T:  212.696.6000
F:  212.697.1559
elauer@curtis.com
mmoscato@curtis.com

*Attorneys for Defendant The Citco Group Limited*