# Exhibit B

## 28 U.S.C. § 1658 Five-Year Statute of Repose
## Section 10(b), Rule 10b-5, and Section 20(a) Claims

### Investments Prior to April 24, 2004

**Fairfield Sentry Limited**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Inter-American Trust | October 8, 2002 | 8.A.1.1 |
| Aldeneik B.V.B.A. | March 13, 2003 | 8.A.1.7 |
| Alexander Richardson | September 2000 | 8.A.1.10 |
| Banca Arner, S.A. | February 27, 1998<br>November 30, 2003 | 8.A.2.14 |
| Eugene James Brian Cooper | September 30, 1999 | 8.A.1.32 |
| Federico L. Pedreño Cleries and Mercedes Cleries Genovart | October 1, 1999 | 8.A.1.35 |
| Francisco Vieta Pascual | August 3, 1998 | 8.A.1.36 |
| Hector Castro | July 2001 | 8.A.1.41 |
| Janine Lannelongue | August 1, 1997 | 8.A.1.43 |
| Johanna L.M. Van Unnik-Borstlap | January 20, 2003 | 8.A.1.44 |
| KAS BANK N.V. | April 1, 2002 | 8.A.1.48 |
| Kerry Piesch | March 1999 | 8.A.1.49 |

**Fairfield Sentry Limited (cont.)**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Loana Ltd. | December 11, 2000 | 8.A.1.52 |
| Margaretha Katherina Cooper | February 25, 2003 | 8.A.1.54 |
| Traconcorp | 2000 | 8.A.1.74 |

**Fairfield Sigma Limited**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Arie Pieter van de Bovenkamp and Henk van Capelle | 2000 | 8.A.2.81 |
| Florijn S.A. | May 26, 2003 | 8.A.2.90 |
| Johanna L.M. Van Unnik-Borstlap | October 24, 2003<br>December 23, 2003 | 8.A.2.95 |
| Ubione di Banche Italiane S.c.P.A. | December 12, 2003 | 8.A.2.106 |

**Greenwich Sentry, L.P.**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Diversified Investments Associates Class A Units | March 15, 2000<br>January 1, 2001 | 8.A.3.112 |