# Exhibit C

# CPLR § 214(4) - Three-Year Statute of Limitations
## Negligence-Based Tort Claims

### Investments Prior to April 24, 2006

**Fairfield Sentry Limited**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Inter-American Trust | October 8, 2002 | 8.A.1.1 |
| 20/20 Investments | November 27, 2002<br>December 1, 2003<br>February 1, 2004<br>October 1, 2004<br>June 1, 2005 | 8.A.1.5 |
| ABN AMRO LIFE S.A. | September 23, 2003 | 8.A.1.6 |
| Aldeneik B.V.B.A. | March 13, 2003 | 8.A.1.7 |
| Alejandro López de Haro | August 18, 2005 | 8.A.1.9 |
| Alexander Richardson | September 2000 | 8.A.1.10 |
| Banca Arner, S.A. | February 27, 1998<br>November 30, 2003 | 8.A.1.14 |
| Blythel Associated Corp. | October 1, 2004<br>October 30, 2004<br>April 30, 2005 | 8.A.1.17 |
| Carlos Gauch | June 27, 2005 | 8.A.1.20 |
| Eugene James Brian Cooper | September 30, 1999 | 8.A.1.32 |

**Fairfield Sentry Limited (cont.)**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Falcon One, Ltd. | September 6, 2005 | 8.A.1.34 |
| Federico L. Pedreño Cleries and Mercedes Cleries Genovart | October 1, 1999 | 8.A.1.35 |
| Francisco Vieta Pascual | August 3, 1998 | 8.A.1.36 |
| Hector Castro | July 2001 | 8.A.1.41 |
| Janine Lannelongue | August 1, 1997 | 8.A.1.43 |
| Johanna L.M. Van Unnik-Borstlap | January 20, 2003 | 8.A.1.44 |
| KAS BANK N.V. | April 1, 2002 | 8.A.1.48 |
| Kerry Piesch | March 1999 | 8.A.1.49 |
| Kidman N.V. | September 1, 2003<br>March 24, 2005 | 8.A.1.50 |
| Loana Ltd. | December 11, 2000 | 8.A.1.52 |
| Margaretha Katherina Cooper | February 25, 2003 | 8.A.1.54 |
| Moises Lou Martinez | September 2005 | 8.A.1.60 |
| Omawa Investment Corporation | May 25, 2005<br>August 24, 2005 | 8.A.1.62 |

**Fairfield Sentry Limited (cont.)**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Shimon Laor | May 1, 2004 | 8.A.1.68 |
| Traconcorp | 2000 | 8.A.1.74 |
| William De Warren | June 24, 2002<br>January 24, 2003 | 8.A.1.78 |

**Fairfield Sigma Limited**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| ABN AMRO LIFE S.A. | October 27, 2003<br>December 23, 2003<br>March 24, 2005<br>May 25, 2005 | 8.A.2.80 |
| Arie Pieter van de Bovenkamp and Henk van Capelle | 2000 | 8.A.2.81 |
| Certimab Control SL | January 25, 2005 | 8.A.2.86 |
| Florijn S.A. | May 26, 2003 | 8.A.2.90 |
| Johanna L.M. Van Unnik-Borstlap | October 24, 2003<br>December 23, 2003 | 8.A.2.95 |
| St. Stephen's School | December 2005 | 8.A.2.102 |
| Theodorus H. Henkelman | May 25, 2005 | 8.A.2.105 |
| Ubione di Banche Italiane S.c.P.A. | December 12, 2003 | 8.A.2.106 |

**Fairfield Sigma Limited (cont.)**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| William De Warren | October 24, 2003<br>December 12, 2003<br>March 24, 2005 | 8.A.2.107 |

**Greenwich Sentry, L.P.**

| Plaintiff | Date(s) of Investment | SCAC Paragraph Number |
|---|---|---|
| Diversified Investments Associates Class A Units | March 15, 2000<br>January 1, 2001 | 8.A.3.112 |