Lawrence P. Eagel (LE 4505)
Paul D. Wexler (PW 9340)
Jeffrey A. Carpenter
Bragar Wexler Eagel & Squire, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al., | ) ECF CASE |
| Plaintiffs, | ) Electronically Filed |
| v. | ) Master File No. 09-cv-118 (VM)(THK) |
| FAIRFIELD GREENWICH LIMITED, et al., | ) **NOTICE OF MOTION BY DEFENDANT LION FAIRFIELD CAPITAL MANAGEMENT LIMITED TO DISMISS THE SCAC** |
| Defendants. | |

**PLEASE TAKE NOTICE**, that upon (i) the affidavit of Wong Khong Chung, sworn to on December 18, 2009, and (ii) the Memorandum of Law of Lion Fairfield Capital Management Limited ("LFCM") in Support of its Motion to Dismiss the Second Consolidated Amended Complaint ("SCAC"), dated December 22, 2009, LFCM will move this Court, before the Honorable Victor Marrero, United States District Judge, in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an Order (1) pursuant to Fed. R. Civ. P. 12(b)(1) dismissing the SCAC against LFCM for lack of subject matter jurisdiction for any claims against LFCM; (2) pursuant to Fed. R. Civ. P. 12(b)(2) dismissing the SCAC against LFCM for lack of personal jurisdiction over LFCM, (3) pursuant to Rule 8, Rule 9(b), and Rule 12(b)(6), dismissing the SCAC for

failure to state claim, and (4) awarding such other and further relief as the Court deems just and proper.

Dated:  December 22, 2009
        New York, NY

             BRAGAR WEXLER EAGEL
               & SQUIRE, P.C.


             By:   /s/ Lawrence P. Eagel
             Lawrence Eagel (LE 4505)
             Paul D. Wexler (PW 9340)
             Jeffrey A. Carpenter
             885 Third Avenue, Suite 3040
             Suite 3040
             New York, New York 10022
             (212) 308-5858 (ph)
             (212) 486-0462 (fax)
             eagel@bragarwexler.com

             *Attorneys for Defendant*
             *Lion Fairfield Capital Management, Limited*