UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
ANWAR, et al.,                          )
                                        )   ECF CASE
                Plaintiffs,             )
                                        )   Electronically Filed
        v.                              )
                                        )
FAIRFIELD GREENWICH LIMITED, et al.,    )
                                        )   Master File No. 09-cv-118 (VM)(THK)
                Defendants.             )
_____    )


## AFFIDAVIT OF WONG KHONG CHUNG IN SUPPORT OF DEFENDANT LION FAIRFIELD CAPITAL MANAGEMENT LIMITED'S MOTION TO DISMISS

                                )
REPUBLIC OF SINGAPORE           ) :ss
                                )

WONG KHONG CHUNG, being duly sworn, deposes and states as follows:

1. I am Chief Executive Officer ("CEO") of Lion Fairfield Capital Management Limited ("LFCM"). I joined LFCM in 2005 and served as Chief Investment Officer until my appointment as CEO on October 21, 2009. The facts stated in this Affidavit are all, to the best of my knowledge, true and correct, based upon my personal knowledge and a review of business records available to me.

2. I make this Affidavit in support of LFCM's Memorandum of Law in Support of Motion to Dismiss. I offer this Affidavit solely for the purpose of supporting the arguments in that Memorandum of Law.

3. LFCM is a corporation that was registered in Singapore on March 18, 2004, with its registered address in Singapore and its primary place of business in Singapore. The

corporation was originally registered in the name of Fairfield Straits Lion Asset Management Limited, but changed its name to LFCM on December 28, 2005. LFCM is an investment manager, developer of Asian focused hedge fund products, and distributor of hedge fund products in the Asian market.

4. LFCM has two shareholders: Lion Global Investors Limited (formerly named Lion Capital Management Limited), registered in Singapore, which owns 65% of LFCM; and Fairfield Greenwich Limited, registered in the Cayman Islands, which owns the remaining 35%.

5. LFCM was not served with the Second Consolidated Amended Complaint within the State of New York.

6. LFCM does not consent to jurisdiction in the United States courts or the courts of the State of New York.

7. LFCM has never owned, used, or possessed any real property in the State of New York.

8. LFCM has never maintained any bank account in the State of New York.

9. LFCM maintains no office in the State of New York, and never has.

10. LFCM maintains no employees in the State of New York, and never has.

11. LFCM pays no State taxes in the State of New York, and never has.

12. LFCM has never regularly conducted business in the State of New York.

13. LFCM has never shipped goods into or supplied services in the State of New York.

14. LFCM has never derived substantial revenue from goods used or consumed or services rendered in the State of New York.

15. LFCM has never solicited, never communicated with, and never had business dealings with any of the plaintiffs in this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 18th day of December, 2009.

_____
Wong Khong Chung

SWORN TO AND SUBSCRIBED

before me this 18th day of December, 2009.

_____
Notary Public, Republic of Singapore

Hoo Chun Hee
N2009/0090
1 Apr 2009 – 31 Mar 2010

3