Lawrence P. Eagel (LE 4505)
Paul D. Wexler (PW 9340)
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al., | **ECF CASE** |
| Plaintiffs, | Electronically Filed |
| v. | Master File No. 09-cv-118 (VM)(THK) |
| FAIRFIELD GREENWICH LIMITED, et al., | **RULE 7.1 DISCLOSURE STATEMENT OF LION FAIRFIELD CAPITAL MANAGEMENT LIMITED** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Lion Fairfield Capital Management Limited (a private non-governmental party) certifies that Lion Global Investors Limited, a non-listed public corporation, is a 65% shareholder of Lion Fairfield Capital Management Limited, and no other public corporation owns more than 10% of Lion Fairfield Capital Management Limited's stock. Lion Global Investors Limited is 70%-owned by Great Eastern Holdings Limited, a publicly-traded corporation in Singapore, which in turn, is majority-owned by Oversea-Chinese Banking Corporation Limited, also a publicly-traded corporation in Singapore.

Dated: New York, NY
December 22, 2009

                                          BRAGAR WEXLER EAGEL & SQUIRE, P.C.

                                          By: s/Lawrence P. Eagel_____
                                              Lawrence P. Eagel (LE 4505)
                                        885 Third Avenue, Suite 3040
                                        New York, NY 10022
                                        (212) 308-5858
                                        eagel@bragarwexler.com
                                        *Attorneys for Lion Fairfield Capital Management Limited*