**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANWAR, *et al.*,<br><br>           Plaintiff,<br><br>    v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>           Defendants.<br><br>This Document Relates To: All Actions | No. 09 CV 118 (VM)<br><br>Judge Victor Marrero<br><br>**PRICEWATERHOUSECOOPERS ACCOUNTANTS N.V. RULE 7.1 DISCLOSURE STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1, Defendant PricewaterhouseCoopers Accountants N.V. ("PwC Netherlands") states that it has no parent corporation and that no publicly held corporation owns 10% or more of an interest in PwC Netherlands.

Date: December 22, 2009

                    Respectfully submitted

                    By:   /s/ Sarah L. Cave

                      William R. Maguire
                      Sarah L. Cave
                      Savvas A. Foukas
                      Gabrielle S. Marshall
                  HUGHES HUBBARD & REED LLP
                  One Battery Park Plaza
                  New York, New York 10004
                  (212) 837-6000

                  *Attorneys for Defendant*
                  *PricewaterhouseCoopers Accountants N.V.*