**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANWAR, *et al.*,<br><br>                               Plaintiff,<br><br>            v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                              Defendants.<br><br>This Document Relates To: All Actions | No. 09 CV 118 (VM)<br><br>**CERTIFICATE OF SERVICE** |

       I hereby certify that on December 22, 2009, Defendant PricewaterhouseCoopers Accountants N.V. ("PwC Netherlands")'s Rule 7.1 Disclosure Statement was served by ECF on all parties registered with the Court's ECF system, under docket number 09-CV-118 (VM).

                                                 /s/ Gabrielle S. Marshall
                                      Gabrielle S. Marshall
                                      HUGHES HUBBARD & REED LLP
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      (212) 837-6000

                                      *Attorneys for Defendant*
                                      *PricewaterhouseCoopers Accountants N.V.*