# **EXHIBIT G**

GREENWICH SENTRY, L.P.

FINANCIAL STATEMENTS

FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

GREENWICH SENTRY, L.P.
FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

CONTENTS

|  | Page |
| --- | --- |
| Report of Independent Auditors | 1 |
| Statements of Assets, Liabilities and Partners' Capital | 2 |
| Schedules of Investments | 3 |
| Statements of Operations | 4 |
| Statements of Changes in Partners' Capital | 5 |
| Statements of Cash Flows | 6 |
| Notes to Financial Statements | 7-12 |



|  | PricewaterhouseCoopers LLP |
|---|---|
|  | Chartered Accountants |
|  | PO Box 82 |
|  | Royal Trust Tower, Suite 3000 |
|  | Toronto Dominion Centre |
|  | Toronto, Ontario |
|  | Canada M5K 1G8 |
|  | Telephone +1 416 863 1133 |
| April 24, 2007 | Facsimile +1 416 365 8215 |

### Report of Independent Auditors

To the Partners of
Greenwich Sentry, L.P.

In our opinion, the accompanying statement of assets, liabilities and partners' capital, including the schedule of investments, and the related statements of operations, changes in partners' capital and cash flows present fairly, in all material respects, the financial position of **Greenwich Sentry, L.P.** (the "Partnership") as of December 31, 2006 and the results of its operations, the changes in its partners' capital and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America. These financial statements are the responsibility of the Partnership's management; our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit of these financial statements in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by the Partnership's management, and evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

*PricewaterhouseCoopers LLP*

**Chartered Accountants, Licensed Public Accountants**

PricewaterhouseCoopers refers to the Canadian firm of PricewaterhouseCoopers LLP and the other member firms of PricewaterhouseCoopers International Limited, each of which is a separate and independent legal entity.

# GREENWICH SENTRY, L.P.
## STATEMENTS OF ASSETS, LIABILITIES AND PARTNERS' CAPITAL
## AT DECEMBER 31, 2006 AND 2005

|  | Notes | 2006 | 2005 |
|---|---|---|---|
| **Assets** | | | |
| Investments in securities, at market value | 2.1 | $ 148,788,428 | $ 120,831,952 |
| (cost 2006: USD 148,788,428, 2005: USD 120,831,952) | | | |
| Cash and cash equivalents | 2.2 | 997,800 | 194,943 |
| Dividends and interest receivable | | 138,982 | 59,477 |
| Prepaid expenses | | - | 19,151 |
| Total assets | | 149,925,210 | 121,105,523 |
| **Liabilities** | | | |
| Accrued expenses and accounts payable | 3.1 | 459,319 | 59,558 |
| Contributions received in advance | | 318,525 | - |
| Withdrawals payable | 2.8 | 4,840,679 | 13,406,921 |
| Total liabilities | | 5,618,523 | 13,466,479 |
| **Partners' Capital** | | $ 144,306,687 | $ 107,639,044 |

The accompaning notes are an integral part of these financial statements    2

GREENWICH SENTRY, L.P.
SCHEDULE OF INVESTMENTS
AT DECEMBER 31, 2006 AND 2005

**December 31, 2006**

| Investment in securities, at market value | Principal Amount | Cost | Market value | Percentage of partners' capital |
|---|---|---|---|---|
| **Debt securities** | | | | |
| **United States** | | | | |
| U S Treasury bill due 2/1/2007 | 10,025,000 | $ 9,980,589 | $ 9,980,589 | 6.92% |
| U S Treasury bill due 2/8/2007 | 10,025,000 | 9,971,066 | 9,971,066 | 6.91% |
| U S Treasury bill due 2/15/2007 | 10,025,000 | 9,960,740 | 9,960,740 | 6.90% |
| U S Treasury bill due 2/22/2007 | 10,025,000 | 9,951,216 | 9,951,216 | 6.90% |
| U S Treasury bill due 3/1/2007 | 10,025,000 | 9,941,392 | 9,941,392 | 6.89% |
| U S Treasury bill due 3/8/2007 | 10,025,000 | 9,931,768 | 9,931,768 | 6.88% |
| U S Treasury bill due 3/15/2007 | 10,025,000 | 9,922,545 | 9,922,545 | 6.88% |
| U S Treasury bill due 3/22/2007 | 10,025,000 | 9,912,419 | 9,912,419 | 6.87% |
| U S Treasury bill due 3/29/2007 | 10,075,000 | 9,952,085 | 9,952,085 | 6.90% |
| U S Treasury bill due 4/5/2007 | 10,075,000 | 9,942,212 | 9,942,212 | 6.89% |
| U S Treasury bill due 4/12/2007 | 10,025,000 | 9,883,648 | 9,883,648 | 6.85% |
| U S Treasury bill due 4/19/2007 | 10,025,000 | 9,874,124 | 9,874,124 | 6.84% |
| U S Treasury bill due 4/26/2007 | 10,025,000 | 9,864,299 | 9,864,299 | 6.83% |
| U S Treasury bill due 5/3/2007 | 10,025,000 | 9,854,776 | 9,854,776 | 6.83% |
| U S Treasury bill due 5/10/2007 | 10,025,000 | 9,845,549 | 9,845,549 | 6.82% |
| **Total United States** | | $ 148,788,428 | $ 148,788,428 | 103.11% |
| **Total Debt securities** | | $ 148,788,428 | $ 148,788,428 | 103.11% |
| **Total Investment in securities, at market value** | | $ 148,788,428 | $ 148,788,428 | 103.11% |

**December 31, 2005**

| Investment in securities, at market value | Principal Amount | Cost | Market value | Percentage of partners' capital |
|---|---|---|---|---|
| **Debt securities** | | | | |
| **United States** | | | | |
| U S Treasury bill due 2/2/2006 | 12,150,000 | $ 12,105,288 | $ 12,105,288 | 11.25% |
| U S Treasury bill due 2/9/2006 | 12,150,000 | 12,096,418 | 12,096,418 | 11.24% |
| U S Treasury bill due 2/16/2006 | 12,150,000 | 12,087,427 | 12,087,427 | 11.23% |
| U S Treasury bill due 2/23/2006 | 12,150,000 | 12,078,194 | 12,078,194 | 11.22% |
| U S Treasury bill due 3/2/2006 | 12,150,000 | 12,068,231 | 12,068,231 | 11.21% |
| U S Treasury bill due 3/9/2006 | 12,150,000 | 12,057,782 | 12,057,782 | 11.20% |
| U S Treasury bill due 3/16/2006 | 12,150,000 | 12,048,669 | 12,048,669 | 11.19% |
| U S Treasury bill due 3/23/2006 | 12,150,000 | 12,037,977 | 12,037,977 | 11.19% |
| U S Treasury bill due 3/30/2006 | 12,150,000 | 12,028,865 | 12,028,865 | 11.18% |
| U S Treasury bill due 5/4/2006 | 12,150,000 | 11,976,984 | 11,976,984 | 11.13% |
| U S Treasury bill due 5/11/2006 | 125,000 | 123,111 | 123,111 | 0.11% |
| U S Treasury bill due 5/18/2006 | 125,000 | 123,006 | 123,006 | 0.11% |
| **Total United States** | | $ 120,831,952 | $ 120,831,952 | 112.26% |
| **Total Debt securities** | | $ 120,831,952 | $ 120,831,952 | 112.26% |
| **Total Investment in securities, at market value** | | $ 120,831,952 | $ 120,831,952 | 112.26% |

The accompaning notes are an integral part of these financial statements     3

# GREENWICH SENTRY, L.P.
## STATEMENTS OF OPERATIONS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

|  | Notes | 2006 | 2005 |
|---|---|---|---|
| **Investment income** | | | |
| Interest income | | $ 1,946,832 | $ 2,778,271 |
| Dividends | | 2,096,782 | 1,390,981 |
| **Total investment income** | | 4,043,614 | 4,169,252 |
| | | | |
| **Expenses** | | | |
| Management fees | 3.1 | 282,277 | - |
| Administration fees | 3.1 | 113,953 | 122,236 |
| Expense reimbursement | 3.1 | 136,829 | 170,989 |
| Other expenses | | 179,544 | 45,826 |
| **Total expenses** | | 712,603 | 339,051 |
| **Net investment income** | | $ 3,331,011 | $ 3,830,201 |
| | | | |
| **Realized gain investments** | | | |
| Net realized gain on investments | | $ 11,982,382 | $ 10,262,579 |
| **Net realized gain on investments** | | $ 11,982,382 | $ 10,262,579 |
| | | | |
| **Net increase in net assets resulting from operations** | | $ 15,313,393 | $ 14,092,780 |

GREENWICH SENTRY, L.P.
STATEMENTS OF CHANGES IN PARTNERS' CAPITAL
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

|  | General Partner | Limited Partners | Total |
|---|---:|---:|---:|
| Balance as of January 1, 2005 | $ 1,609,367 | $ 165,556,079 | $ 167,165,446 |
| Contributions | - | 14,965,120 | 14,965,120 |
| Withdrawals | (2,582,739) | (86,001,563) | (88,584,302) |
| Net investment income | 81,763 | 3,748,438 | 3,830,201 |
| Net realized gain on investments | 204,619 | 10,057,960 | 10,262,579 |
| Reallocation to General Partner | 2,451,275 | (2,451,275) | - |
| Balance as of December 31, 2005 | 1,764,285 | 105,874,759 | 107,639,044 |
| Contributions | - | 75,453,459 | 75,453,459 |
| Withdrawals | (4,200,000) | (49,899,209) | (54,099,209) |
| Net investment income | 73,991 | 3,257,020 | 3,331,011 |
| Net realized gain on investments | 266,163 | 11,716,219 | 11,982,382 |
| Reallocation to General Partner | 2,928,945 | (2,928,945) | - |
| Balance as of December 31, 2006 | $ 833,384 | $ 143,473,303 | $ 144,306,687 |

The accompanying notes are an integral part of these financial statements      5

# GREENWICH SENTRY, L.P.
## STATEMENTS OF CASH FLOWS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

|  | 2006 | 2005 |
|---|---:|---:|
| **Cash flows (used in) / provided by operating activities** | | |
| Net increase in net assets resulting from operations | $ 15,313,393 | $ 14,092,780 |
| Adjustments for: | | |
| Net (increase)/decrease in financial assets at fair value through profit or loss | (27,956,476) | 46,283,050 |
| Net (increase) in dividends and interest receivable | (79,505) | (54,791) |
| Net decrease/(increase) prepaid expenses | 19,151 | (14,764) |
| Net increase/(decrease) in accrued expenses and accounts payable | 399,761 | (13,692) |
| Net cash (used in) / provided by operating activities | (12,303,676) | 60,292,583 |
| **Cash flows provided by / (used in) financing activities** | | |
| Contributions | 75,453,459 | 14,965,120 |
| Withdrawals | (54,099,209) | (88,584,302) |
| Net (decrease)/increase in withdrawals payable | (8,566,242) | 13,367,421 |
| Net increase in contributions received in advance | 318,525 | - |
| Net cash provided by / (used in) financing activities | 13,106,533 | (60,251,761) |
| **Net increase in cash and cash equivalents** | 802,857 | 40,822 |
| Cash and cash equivalents at beginning of the year | 194,943 | 154,121 |
| **Cash and cash equivalents at end of the year** | $ 997,800 | $ 194,943 |

The accompaning notes are an integral part of these financial statements        6

GREENWICH SENTRY, L.P.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

**Notes to the financial statements**

**1 - Organization**

Greenwich Sentry, L.P. (the "Partnership") is organized as a Delaware limited partnership and operates as a private investment partnership. The Partnership's investment objective seeks to obtain capital appreciation of its assets principally through the utilization of a nontraditional options trading strategy described as "split strike conversion", to which the Partnership allocates the predominant portion of its assets.

The Partnership was formed in November 1992 and commenced operations on January 1, 1993.

On December 23, 2004 Fairfield Greenwich (Bermuda) Ltd., a Bermuda corporation, assigned its general partnership agreement to Greenwich Bermuda Limited, a Bermuda corporation. The beneficial owners of Fairfield Greenwich (Bermuda) Limited have beneficial interests in the new General Partner. Effective March 1, 2006 Fairfield Greenwich (Bermuda) Ltd., became the General Partner of the Partnership (the "General Partner"). On March 27, 2006, Fairfield Greenwich (Bermuda) Ltd. filed to become a registered investment advisor with the Securities and Exchange Commission. This registration became effective April 20, 2006.

On April 30, 2006, the Partnership was converted to a 3(c)(7) fund from a 3(c)(1) fund under the Investment Company Act of 1940 in order to accommodate additional investors. Investors who were not qualified purchasers in the Partnership had their partnership interests transferred to Greenwich Sentry Partners, L.P. effective May 1, 2006 which was created as a new 3(c)(1) fund.

**2 – Summary of significant accounting policies**

The preparation of the financial statements in accordance with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts and disclosures in the financial statements. Actual results could differ from such estimates.

*2.1    Investments*

Investments in listed securities are valued at the last reported sales or bid price as determined on the exchange on which such securities are principally traded.

Investment transactions are accounted for on a trade-date basis.

*2.2    Cash and cash equivalents*

Cash and cash equivalents comprise balances with banks and brokers with original maturities of three months or less and are short-term highly liquid investments that are readily convertible to known amounts of cash and which are subject to insignificant changes in value.

7

GREENWICH SENTRY, L.P.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## 2 – Summary of significant accounting policies (continued)

### 2.3 Options

An option is a contractual arrangement under which the seller (writer) grants the purchaser (holder) the right, but not the obligation, to either buy (a call option) or sell (a put option) at or by a set date or during a set period, a specific amount of securities or a financial instrument at a predetermined price. The seller receives a premium from the purchaser in consideration for the assumption of future securities price. The Partnership is exposed to credit risk on purchased options only to the extent of their carrying amount, which is their fair value.

### 2.4 Income taxes

No provision has been made for United States income taxes because income taxes are not levied against the Partnership. Each partner must include their share of the Partnership's taxable income or loss on their income tax return.

### 2.5 Income and expense recognition

Realized gains and losses on investment transactions are determined on the specific identification method. Interest income is accrued as earned and dividend income is recorded on the ex-dividend date, net of any applicable withholding taxes. Other expenses are recorded on the accrual basis as incurred.

### 2.6 Determination of Gains or Losses on Sale of Investments

Gains and losses from trading activity and valuations of securities and options are computed by marking to market the value of all securities at the close of business. Costs of investments are determined on a specific identification basis.

### 2.7 Allocation of profits and losses

The financial statements only include the assets and liabilities of the Limited Partnership and do not include other assets and liabilities, including income and related taxes of the partners.

Income (loss) of the Partnership is allocated to the Partners at the end of each month in proportion to their capital accounts (sum of cash contributions plus or minus income or loss allocated through the end of the immediately preceding month less redemptions and distributions through the same date) at the beginning of the allocation month.

GREENWICH SENTRY, L.P.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

*2.8 Withdrawals payable*

The Partnership changed its method of recognizing withdrawals in 2005 in conjunction with its adoption of FASB Statement No. 150, *Accounting for Certain Financial Instruments with Characteristics of Both Liabilities and Equity, as effected by* FASB Staff Position No. FAS 150-3. Withdrawals are recognized as liabilities, net of incentive allocation, when the amount requested in the withdrawal notice becomes fixed. This generally may occur either at the time of the receipt of the notice, or on the last day of a fiscal period, depending on the nature of the request. As a result, withdrawals paid after the end of the year, but based upon year-end capital balances are reflected as withdrawals payable at December 31, 2006. Withdrawal notices received for which the dollar amount is not fixed remains in capital until the amount is determined. Withdrawals payable may be treated as capital for purposes of allocations of gains/losses pursuant to the Partnership's governing documents.

## 3 – Notes to the financial statements

*3.1 Related party transactions*

Parties are considered to be related if one party has the ability to control the other party or exercise significant influence over the other party in making financial or operational decisions.

*Management fee*
Effective May 1, 2006 the General Partner began charging Limited Partners a monthly management fee. The management fee is paid in arrears and is calculated at the annual rate of approximately 1% (0.0833% per month) of each Limited Partner's capital account based on the value of each Limited Partner's capital account, as of the end of each month.

The General Partner may agree to a different management fee arrangement in respect of any capital account of a Limited Partner, or waive or reduce the management fee in respect of any capital account of a Limited Partner, in its discretion. This will not entitle the Limited Partner that holds such account, or any other Limited Partner, to such a different arrangement, waiver or reduction in respect of any other capital account.

*Expense reimbursement*
Fairfield Greenwich Advisors LLC, an affiliate of the investment manager, receives an expense reimbursement from the Partnership. The expense reimbursement is payable quarterly based on the beginning quarterly net asset value, after subscriptions and redemptions, computed at the rate of 0.10% per annum.

GREENWICH SENTRY, L.P.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## 3 – Notes to the financial statements (continued)

*Administration fees*

The administrator of the Partnership was GlobeOp Financial Services, LLC through August 31, 2006. Commencing September 1, 2006 the administrator was Citco Fund Services (Europe) B.V. The administrator is responsible for maintaining the financial books and records, calculating the net asset value, handling shareholder communications and supervising the payment of expenses by the Partnership.

The Partnership pays a monthly service fee, in advance, based on the beginning monthly net asset value, after subscriptions and redemptions, of the Partnership. The administrator is also reimbursed for certain out-of-pocket expenses incurred on behalf of the Partnership.

*Performance Allocation*

At the end of each quarter, 20% of the capital appreciation after expenses allocated to a Limited Partner's capital account is reallocated to the General Partner. If there is no capital appreciation in a given quarter, no reallocation is made until there is net capital appreciation on a cumulative basis, starting with the first quarter that no reallocation was made. The performance allocation in 2006 was $2,928,945 (2005: $2,451,275).

*Accrued expenses*

|  | 2006 | 2005 |
|---|---|---|
| Management fee | $282,277 | $  - |
| Expense reimbursement | 67,050 | 30,878 |
| Administration fee | 25,251 | 8,680 |
| Professional fees | 84,741 | 20,000 |
|  | $459,319 | $59,558 |

### 3.2  Risks

It is the policy of the Partnership to transact the majority of its securities and contractual commitment activity with broker-dealers, banks and regulated exchanges that the General Partner
considers to be well established.

The Partnership's investment activities expose it to the various types of risks taken by the Partnership and the manager of the underlying investment which is associated with the financial instruments and markets in which they invest. The following summary is not intended to be comprehensive of all risks.

GREENWICH SENTRY, L.P.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

3 – Notes to the financial statements (continued)

*Interest rate risk*
The majority of the Partnership's financial assets are short term in nature; as a result, the Partnership is not subject to significant amounts of risk due to fluctuations in the prevailing levels of market interest rates.

*Market price risk*
The Partnership's investments and financial instruments are susceptible to market price risk arising from uncertainties about future prices of the instruments. The Partnership's overall market
positions are monitored reviewed monthly by the General Partner.

*Credit risk*
Credit risk is the risk that an issuer or counterparty will be unable or unwilling to meet a commitment that it has entered into with the Partnership. Financial assets, which potentially expose the Partnership to credit risk, consist principally of cash due from brokers and receivables for investments sold. The Partnership's cash balances are primarily with high credit quality, well established financial institutions. The extent of the Partnership's exposure to credit risk in respect of these financial assets approximates their carrying value as recorded in the Partnership's balance sheet.

*Liquidity risk*
A lack of liquidity may also result from limited trading opportunities. The Partnership's listed securities are considered to be readily realizable as they are listed for the major part on European and American stock exchanges. With some investment partnerships, investors can sell their interests at certain dates, which may occur monthly, quarterly or even annually. A lack of liquidity may also result from limited trading opportunities in alternative investment products.

*Off-balance sheet risks*
An off-balance sheet market risk exist when the maximum potential loss on a particular investment is greater than the value of such investment as reflected in the Company's balance.

*3.3    Subsequent events*

In January 2007 the limited partners made capital contributions $318,525.

GREENWICH SENTRY, L.P.
NOTES TO FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

**4 – Financial highlights**

Financial highlights for the year are as follows:

| | |
|---|---:|
| Total return | |
| Total return before reallocation to General Partner | 12.80 % |
| Reallocation to General Partner | (2.50) % |
| Total return after reallocation to General Partner | 10.30 % |
| | |
| Ratio to average Limited Partners' capital | |
| Expenses | 0.60 % |
| Reallocation to General Partner | 2.35 % |
| Expenses and reallocation to General Partner | 2.95 % |
| | |
| Net investment income | 2.40 % |

The total return is defined as the change in value of a theoretical investment made at the beginning of the period. The returns are calculated as geometrically linked monthly returns for each month during the respective year. Monthly returns are calculated as net increase/(decrease) in net assets resulting from operations for the month (after monthly proportion for the management fee payable by the Limited Partners' of the Partnership at the end of each month) divided by the opening Partners' capital (net assets) for the month.

Opening Partners' capital (net assets) represents the balance of Limited Partners' capital at the beginning of each month, after taking into account contributions, allocations and withdrawals. This required methodology could differ significantly from an internal rate of return.

The ratios of operating expenses and net investment income to average Limited Partners' capital are computed by dividing net investment income and operating expenses by average net assets.

Financials highlights are calculated for the Partnership taken as a whole. An individual limited partner's return and ratios may vary based on different management fee and incentive arrangements and the timing of capital transactions. The net investment income (loss) ratio does not reflect the effects of the reallocation to the General Partner.