**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

ANWAR, *et al.*,                             )
                                             )
                            Plaintiffs,      )
                                             )   Master File No. 09-cv-118 (VM) (THK)
vs.                                          )
                                             )
FAIRFIELD GREENWICH LIMITED,                 )   **APPEARANCE**
*et al.*                                     )
                                             )   **ECF Case**
                            Defendants.      )
                                             )
_____)

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant

PricewaterhouseCoopers International Limited.

I certify that I am admitted to practice in this Court.

Dated: December 22, 2009

                                                Respectfully submitted,


                                                _/s/ Howard M. Shapiro_____
                                                Howard M. Shapiro (HS – 3642)
                                                WILMER CUTLER PICKERING
                                                    HALE & DORR LLP
                                                1875 Pennsylvania Avenue, NW
                                                Washington, DC 20006
                                                howard.shapiro@wilmerhale.com
                                                Telephone: (202) 663-6606
                                                Facsimile: (202) 663-6363

                                                *Attorneys for Defendant*
                                                *PricewaterhouseCoopers International*
                                                *Limited*