**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

ANWAR, *et al.*,                             )
                                             )
                          Plaintiffs,        )
                                             )   Master File No. 09-cv-118 (VM) (THK)
vs.                                          )
                                             )
FAIRFIELD GREENWICH LIMITED,                 )   **APPEARANCE**
*et al.*                                     )
                                             )   **ECF Case**
                          Defendants.        )
                                             )
_____)

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant

PricewaterhouseCoopers International Limited.

I certify that I am admitted to practice in this Court.

Dated: December 22, 2009

                                                 Respectfully submitted,

                                                  /s/ Fraser L. Hunter, Jr.
                                                 Fraser L. Hunter, Jr. (FH – 4470)
                                                 WILMER CUTLER PICKERING
                                                       HALE & DORR LLP
                                                 399 Park Avenue
                                                 New York, NY 10022
                                                 fraser.hunter@wilmerhale.com
                                                 Telephone: (212) 230-8800
                                                 Facsimile: (212) 230-8888

                                                 *Attorneys for Defendant*
                                                 *PricewaterhouseCoopers International*
                                                 *Limited*