**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

ANWAR, *et al.*,                              )
                                              )
                Plaintiffs,   )
                                              ) Master File No. 09-cv-118 (VM) (THK)
vs.                                           )
                                              )
FAIRFIELD GREENWICH LIMITED,                  ) **APPEARANCE**
*et al.*                                      )
                                              ) **ECF Case**
                Defendants.   )
                                              )
_____)

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant

PricewaterhouseCoopers International Limited.

I certify that I am admitted to practice in this Court.

Dated: December 22, 2009

                                                    Respectfully submitted,

                                                    /s/ Anne K. Small
                                                    Anne K. Small (AS – 2421)
                                                    WILMER CUTLER PICKERING
                                                        HALE & DORR LLP
                                                    399 Park Avenue
                                                    New York, NY 10022
                                                    anne.small@wilmerhale.com
                                                    Telephone: (212) 230-8800
                                                    Facsimile: (212) 230-8888

                                                    *Attorneys for Defendant*
                                                    *PricewaterhouseCoopers International*
                                                    *Limited*