**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ANWAR, *et al.*,                 ) | |
|                               ) | |
|            Plaintiffs,   ) | Master File No. 09-cv-118 (VM) (THK) |
|                               ) | |
| vs.                            ) | ECF Case |
|                               ) | |
| FAIRFIELD GREENWICH LIMITED, ) | ORAL ARGUMENT REQUESTED |
| *et al.*                             ) | |
|                               ) | **NOTICE OF MOTION** |
|            Defendants.  ) | |
|                               ) | |

---

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated December 22, 2009, defendant PricewaterhouseCoopers International Limited ("PwCIL") respectfully moves before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007, for an Order dismissing the Second Consolidated Amended Complaint as against PwCIL with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: December 22, 2009                      Respectfully submitted,

                                                   /s/ Howard M. Shapiro.
                                                   Howard M. Shapiro (HS – 3642)
                                                   WILMER CUTLER PICKERING
                                                      HALE & DORR LLP
                                                   1875 Pennsylvania Avenue, NW
                                                   Washington, DC 20006
                                                   howard.shapiro@wilmerhale.com
                                                   Telephone: (202) 663-6606
                                                   Facsimile: (202) 663-6363

                                                   *Attorneys for Defendant*
                                                   *PricewaterhouseCoopers International*
                                                   *Limited*