**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

ANWAR, *et al.*,    )
                    )
            Plaintiffs,    )
                    )    Master File No. 09-cv-118 (VM) (THK)
vs.                 )
                    )    **ECF Case**
FAIRFIELD GREENWICH LIMITED,    )
*et al.*            )
                    )
            Defendants.    )
_____)

### DEFENDANT PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED'S <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant PricewaterhouseCoopers International Limited ("PwCIL") files this Corporate Disclosure Statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock or stating that there is no such corporation. PwCIL states as follows:

1. PwCIL is not a publicly held company and has no corporate parent. No other publicly held company owns 10% or more of its stock.

Dated: December 22, 2009    Respectfully submitted,

 /s/ Howard M. Shapiro
Howard M. Shapiro (HS – 3642)
WILMER CUTLER PICKERING
   HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
howard.shapiro@wilmerhale.com
Telephone: (202) 663-6606
Facsimile: (202) 663-6363

*Attorneys for Defendant
PricewaterhouseCoopers International
Limited*