UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X



PASHA ANWAR, et al.,

        Plaintiffs,

09 Civ. 0118 (VM)(THK)

-against-

AMENDED SCHEDULING
ORDER REGARDING
STANDARD CHARTERED CASES

FAIRFIELD GREENWICH LIMITED,
et al.,

        Defendants.
------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This Order amends the Initial Scheduling Order Regarding Standard Chartered Cases, dated January 29, 2010 (the "Initial Order")[1] as follows:

1. Within 30 days of the filing and service of an answer to the complaint by the Standard Chartered Defendants in accordance with paragraph five of the Initial Order, the Standard Chartered Plaintiffs and Standard Chartered Defendants shall meet and confer on a proposed discovery schedule.

                      SO ORDERED.

                      _____
                      THEODORE H. KATZ
                      UNITED STATES MAGISTRATE JUDGE

Dated:    February 1, 2010
          New York, New York

---

[1] Any capitalized terms in this Amended Order are to be afforded the same meaning as that designated in the Initial Order.