UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> FAIRFIELD GREENWICH LIMITED, *et al.* <br><br> Defendants. | Master File No. 09-cv-118 (VM) (THK) <br><br> **APPEARANCE** <br><br> **ECF Case** |

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant PricewaterhouseCoopers International Limited.

I certify that I am admitted to practice in this Court.

Dated: February 1, 2010

                                        Respectfully submitted,

                                        /s/ Brad E. Konstandt
                                        Brad E. Konstandt (BK – 2052)
                                        WILMER CUTLER PICKERING
                                            HALE & DORR LLP
                                        399 Park Avenue
                                        New York, NY 10022
                                        brad.konstandt@wilmerhale.com
                                        Telephone: (212) 230-8800
                                        Facsimile: (212) 230-8888

                                        *Attorneys for Defendant*
                                        *PricewaterhouseCoopers International*
                                        *Limited*