# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

March 2, 2010



**VIA HAND DELIVERY**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
Master File No. 09-CV-00118 (VM)(THK)

Dear Judge Marrero:

We are writing on behalf of Interim Co-Lead Counsel for plaintiffs in these consolidated actions to request a further two-week extension of time to file our opposition to the motions to dismiss, to March 22, 2010. Counsel for defendants have consented to the requested extension.

Pursuant to the Court's Order of January 5, 2010, plaintiffs' opposition papers are currently due next Monday, March 8, 2010. The instant request for an extension results from a confluence of factors, including the need to coordinate the complex briefing among a number of law firms, as well as some medical issues and trial obligations of key members of our counsel group, all of which were exacerbated by the time lost due to weather-related problems in recent days.

Thank you for your consideration.

Respectfully yours,

David A. Barrett

cc: All counsel in *Anwar*

Request GRANTED. The briefing schedule with regard to the motion to dismiss the complaint herein is extended as set forth herein: motion papers submitted by _____; response 3-22-10; reply two weeks after the date currently due.
SO ORDERED.

3-4-10
DATE         VICTOR MARRERO, U.S.D.J.

WWW.BSFLLP.COM