COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

    Defendants.

This Document Relates To: *Bhatia et al.* v. *Standard Chartered Int'l (USA) Ltd., et al.*, No. 09-cv-2410; *Tradewaves et al.* v. *Standard Chartered Int'l (USA) Ltd., et al.*, No. 09-cv-9423; *Headway Investment Corp.* v. *Am. Express Bank Ltd.*, No. 09-cv-08500; *Ricardo Lopez* v. *Standard Chartered Bank Int'l (Americas) Ltd.*, No. 10-cv-00919; *Maridom Ltd.* v. *Abbot Capital, Inc.*, No. 10-cv-00920.

Master File No. 09-cv-118 (VM)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-10

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick B. Berarducci, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Diane L. McGimsey |
| Firm Name: | Sullivan & Cromwell LLP |
| Address: | 1888 Century Park East |
| City/State/Zip: | Los Angeles, CA 90067 |
| Phone Number: | (310) 712-6600 |
| Fax Number: | (310) 407-2666 |

Diane L. McGimsey is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Diane L. McGimsey in any State or Federal court.

Dated: March 9, 2010
City, State: New York, New York

Respectfully submitted,

_____
Patrick B. Berarducci (PB-2222)
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000 (tel.)
(212) 558-3588 (fax)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
PASHA ANWAR, et al., )
)
                Plaintiffs, )
)
    v. )
) Master File No. 09-cv-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al., )
) **AFFIDAVIT OF PATRICK B.**
                Defendants. ) **BERARDUCCI IN SUPPORT**
) **OF MOTION TO ADMIT**
This Document Relates To: *Bhatia et al.* v. *Standard* ) **COUNSEL PRO HAC VICE**
*Chartered Int'l (USA) Ltd., et al.*, No. 09-cv-2410; )
*Tradewaves et al.* v. *Standard Chartered Int'l (USA)* )
*Ltd., et al.*, No. 09-cv-9423; *Headway Investment Corp.* )
v. *Am. Express Bank Ltd.*, No. 09-cv-08500; *Ricardo* )
*Lopez* v. *Standard Chartered Bank Int'l (Americas) Ltd.*,)
No. 10-cv-00919; *Maridom Ltd.* v. *Abbot Capital, Inc.*, )
No. 10-cv-00920. )
---------------------------------------------------------------- x

State of New York )
                ) ss:
County of New York )

        Patrick B. Berarducci, being duly sworn, hereby deposes and says as follows:

1. I am a member of the bar of this Court and of Sullivan & Cromwell LLP, counsel for defendants Standard Chartered PLC, Standard Chartered Bank, Standard Chartered Bank International (Americas) Limited and Standard Chartered International (USA) Limited (collectively, "Standard Chartered Defendants") in the above captioned actions. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Standard Chartered Defendants' motion to admit Diane L. McGimsey as counsel pro hac vice to represent the Standard Chartered Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 30, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Diane L. McGimsey since July 2009.

4. Ms. McGimsey is an associate attorney at Sullivan & Cromwell LLP who resides in our Los Angeles Office.

5. Attached hereto as Exhibit A is a certificate from the Bar of the State of California showing that Ms. McGimsey is a member in good standing.

6. I have found Ms. McGimsey to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move the admission of Diane L. McGimsey, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Diane L. McGimsey, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Diane L. McGimsey, pro hac vice, to represent the Standard Chartered Defendants in the above captioned matter, be granted.

Dated: March 9, 2010
City, State: New York, NY

Respectfully submitted,

_____
Patrick B. Berarducci (PB-2222)

Sworn to before me this 9th day of March, 2010

_____
Notary Public

SAMANTHA L. MILLER
NOTARY PUBLIC, State of New York
No. 01MI6071197
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 11, 2010

| | | |
|---|---|---|
| ![seal] | **THE STATE BAR**<br>**OF CALIFORNIA** | **MEMBER SERVICES CENTER** |

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 4, 2010

**TO WHOM IT MAY CONCERN:**

This is to certify that according to the records of the State Bar, DIANE LEE MCGIMSEY, #234953 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*(signature)*

Sima La Fontaine
Custodian of Membership Records

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK)

      DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 9th day of March, 2010, he served by electronic mail, true copies of the Motion to Admit Diane L. McGimsey, *pro hac vice*, with supporting papers upon the all the counsel who have appeared in this action.

*[signature]*

Sworn to before me this
9th day of March, 2010.

*[signature]*
Notary Public

RALPH DESROSIERS
Notary Public, State of New York
No. 01DO6104024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Jan. 12, 2012

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

PASHA ANWAR, et al.,

        Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

        Defendants.

This Document Relates To: *Bhatia et al.* v. *Standard Chartered Int'l (USA) Ltd., et al.*, No. 09-cv-2410; *Tradewaves et al.* v. *Standard Chartered Int'l (USA) Ltd., et al.*, No. 09-cv-9423; *Headway Investment Corp.* v. *Am. Express Bank Ltd.*, No. 09-cv-08500; *Ricardo Lopez* v. *Standard Chartered Bank Int'l (Americas) Ltd.*, No. 10-cv-00919; *Maridom Ltd.* v. *Abbot Capital, Inc.*, No. 10-cv-00920.

Master File No. 09-cv-118 (VM)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Patrick B. Berarducci, attorney for Standard Chartered PLC, Standard Chartered Bank, Standard Chartered Bank International (Americas) Limited and Standard Chartered International (USA) Limited , and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Diane L. McGimsey |
| Firm Name: | Sullivan & Cromwell LLP |
| Address: | 1888 Century Park East |
| City/State/Zip: | Los Angeles, CA 90067 |
| Telephone/Fax: | (310) 712 6600 |
| Email Address: | McGimseyD@sullcrom.com |

is admitted to practice pro hac vice as counsel for Standard Chartered PLC, Standard Chartered Bank, Standard Chartered Bank International (Americas) Limited and Standard Chartered International (USA) Limited in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10 March 2010
City, State: New York, NY

_____
Victor Marrero
United States District ~~Magistrate~~ Judge