UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
PASHA ANWAR, et al.,                                  )
                                                      )
                    Plaintiffs,                       )
                                                      )
            v.                                        )   Master File No. 09-CV-118 (VM)
                                                      )
FAIRFIELD GREENWICH LIMITED, et al.,                  )
                                                      )
                    Defendants.                       )
                                                      )
This Document Relates To: *Headway Investment         )
Corp.* v. *American Express Bank Ltd.*, No. 09-CV-    )
8500; *Ricardo Lopez* v. *Standard Chartered Bank*    )
*International (Americas) Ltd.*, No. 10-CV-919;       )
*Maridom Ltd.* v. *Standard Chartered Bank*           )
*International (Americas) Ltd.*, No. 10-CV-920; *and* )
*Maria Akriby Valladolid* v. *American Express Bank*  )
*Ltd.*, No. 10-CV-918.                                )
------------------------------------------------------------------x

## NOTICE OF UNIFIED MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Standard Chartered Bank International (Americas) Ltd.'s, Standard Chartered Bank's, Standard Chartered PCL's and Standard Chartered International (USA) Ltd.'s (collectively, "Standard Chartered") Motion To Dismiss the operative complaints in *Headway Investment Corp.* v. *American Express Bank Ltd.*, No. 09-CV-8500; *Ricardo Lopez* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 10-CV-919; *Maridom Ltd.* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 10-CV-920; *and Maria Akriby Valladolid* v. *American Express Bank Ltd.*, No. 10-CV-918., dated March 10, 2010, Standard Chartered will move this Court, before the Honorable Victor Marrero, at a time and place to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order

pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' complaints in their entirety, and for such further and other relief that the Court may deem just and proper.

Dated: New York, New York
March 10, 2009

Respectfully submitted,

/s/ Sharon L. Nelles
Sharon L. Nelles
Bradley P. Smith
Patrick B. Berarducci
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
nelless@sullcrom.com
smithbr@sullcrom.com
berarduccip@sullcrom.com

Diane L. McGimsey
(Pro Hac Vice Admission Pending)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
mcgimseyd@sullcrom.com

*Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., Standard Chartered Bank and Standard Chartered PLC*