

 American Express
Bank International
Miami Branch
1111 Brickell Avenue
16th Floor
Miami, FL 33131
Phone: (305) 350-7750
Fax: (305) 374-4524

☐ American Express
Bank International
New York Branch
600 Lexington Avenue
4th Floor
New York, NY 10022
Phone: (212) 415-9500
Fax: (212) 318-1673

# ACCOUNT APPLICATION AND AGREEMENT FOR INDIVIDUALS

07-07-06P03:39

**ACCOUNT TITLE** M. AKRiby VALLADOLiD S.

AND ―――

AND ―――

AND ―――

AND ―――

## ACCOUNT INFORMATION

☑ DDA No. 265166926   ☐ MMA No. _____

☐ Other _____

CIF No. ***735   Client Set No. _____   RM 927

## 1. INFORMATION REGARDING ACCOUNT HOLD'

All correspondence for any applicants may be sent to the following ☐ Home Address ☐ Business Address ☑ Other Add...
(or the telex, facsimile or telephone number given with that address below)

HOME ADDRESS:
Oaxtepec 14504

*Personal Information Redacted*

BUSINESS ADDRESS:

OTHER ADDRESS:
Maria Akriby Valladolid Serra

*Personal Information Redacted*

Telephone: _____
Telex: _____
Fax: _____

Telephone: _____
Telex: _____
Fax: _____

Telephone: _____
Telex: _____
Fax: _____

## 2. TYPE(S) OF ACCOUNT(S) REQUIRED Please print, check boxes, otherwise complete wherever appropriate:

☑ DDA  ☐ Money Market  ☐ Time Deposit (IBF)  ☐ Other

Minimum Balance Required: DDA $_____; Money Market $_____; Time Deposit $_____; UA $_____

Checkbook: ☑ Yes ☐ No  Name: ☑ Yes ☐ No  ☐ Send Checkbook to the Mailing Address indicated above

☑ Send Checkbook to the following Address: Luisa Serena

*Personal Information Redacted*

## 3. PERSONAL INFORMATION - ACCOUNT HOLDER(S)

| PASSPORT NO. | CITIZENSHIP | COUNTRY OF RESIDENCE |
|---|---|---|
| *Personal Information Redacted* | Mexican | Mexico |
| | | |
| | | |
| | | |
| | | |

### OTHER AMEX AFFILIATED ACCOUNTS

If applicant has any existing account(s) with any office or branch of American Express Bank International, American Express Bank Ltd., or any other institution affiliated with or related to
ly of them, please give details. _____

ITE: WHENEVER USED HEREIN. (I) "YOU" REFERS TO AMERICAN EXPRESS BANK INTERNATIONAL AND "WE," "US," "OUR," AND "OURS" REFERS TO THE APPLICANT; (II) THE MASCULINE GEN-
R INCLUDES THE FEMININE AND "HEREUNDER," "HEREIN" AND "HEREWITH" REFER TO THIS "ACCOUNT APPLICATION AND AGREEMENT" IN ITS ENTIRETY; AND (III) THE TERM "ATTORNEYS'
ES" REFERS TO ALL ATTORNEYS' FEES AND EXPENSES, WHETHER OR NOT SUIT IS BROUGHT INCLUDING, WITHOUT LIMITATION, FEES AND EXPENSES INCURRED IN CONNECTION WITH COL-
CTION EFFORTS.

### DECLARATIONS

(a) WE HEREBY APPLY TO OPEN AN ACCOUNT OR ACCOUNTS WITH YOU. WE UNDERSTAND THAT THE INFORMATION GIVEN HEREIN IS THE BASIS FOR OPENING THE ACCOUNT(S). WE THERE-
E WARRANT THAT THIS INFORMATION IS TRUE AND CORRECT. WE ALSO HEREBY AGREE THAT, IF THIS "ACCOUNT APPLICATION AGREEMENT" IS APPROVED, WE SHALL BE BOUND BY ALL
ITS PROVISIONS AND BY YOUR 'RULES AND REGULATIONS GOVERNING ...

## 12. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR YOU: WHEN YOU OPEN AN ACCOUNT, WE WILL ASK FOR YOUR NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW US TO IDENTIFY YOU. WE MAY ALSO ASK TO SEE YOUR DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

## 13. GOVERNING LAW / WAIVER OF JURY TRIAL

We agree with you that this Account Application and Agreement is governed by and construed in accordance with the laws of the State in which the American Express Bank International branch specified at the beginning hereof is located and any applicable Federal law. WE AND YOU VOLUNTARILY WAIVE ANY RIGHT TO TRIAL BY JURY WITH RESPECT TO ANY LITIGATION RELATING TO THIS ACCOUNT APPLICATION AND AGREEMENT, AS IS MORE FULLY SET FORTH UNDER "WAIVER OF JURY TRIAL" IN YOUR "RULES AND REGULATIONS".

## 14. CONCLUDING DECLARATIONS

WE HAVE READ THIS "ACCOUNT APPLICATION AND AGREEMENT" AGREE WITH IT, AND AGREE TO BE BOUND BY IT. WE HAVE ALSO RECEIVED A COPY OF THE "RULES AND REGULATIONS GOVERNING ACCOUNTS" (WHICH ARE INCORPORATED IN THIS "ACCOUNT APPLICATION AND AGREEMENT"). HAVE READ THEM, AGREE WITH THEM AND AGREE TO BE BOUND BY THEM (AS AMENDED FROM TIME TO TIME) INCLUDING, BUT NOT LIMITED TO, THE "IBF NOTICE AND ACKNOWLEDGMENT" THEREIN, AND THE PROVISIONS UNDER "TELEPHONIC RECORDING" THEREIN, BY WHICH WE CONSENT TO YOUR CONTINUING RECORDING OF ANY OR ALL OF OUR TELEPHONIC COMMUNICATIONS WITH YOU. WE ACKNOWLEDGE AND AGREE THAT DEPOSITS MAINTAINED WITH YOU ARE NOT INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION.

Executed as of __June 27__, 20_06_

Applicant(s)

Signature: _[signed]_
Print Name: __Maria AKRIBY VALLADOLID S.__

-AND-

Signature: ___
Print Name: ___

-AND-

Signature: ___
Print Name: ___

Signature: ___
Print Name: ___

-AND-

Signature: ___
Print Name: ___

-AND-

Signature: ___
Print Name: ___

Approved by American Express Bank International

Signature: _[signed]_
Print Name: __Luisa Serena__
Title: __Director__
Date: __June 29__, 20_06_

OPERATIONS DEPARTMENT USE ONLY

Account Opened By: ___   Date: ___

**M. Akriby Valladolid S.**

ACCOUNT OF INDIVIDUAL(S)

(Please state the full title of the account, indicating, as applicable, Mr., Mrs. or Miss)

In consideration of the opening and maintenance of this account by American Express Bank International (the "Bank"), each of the undersigned certifies to the Bank, with knowledge that the Bank will rely on such certification in connection with the operation of this account, that each of the signatures appearing below is the signature of the person named.

_1_ Signature(s) Required on Drawings

(PLEASE RULE OR BLOCK OUT ALL UNUSED SPACES)

Maria Akriby Valladolid S.
(Print or Type Name) (Signature)

Amelia Moreno (P.)
(Print or Type Name) (Signature)

_____
(Print or Type Name) (Signature)

_____
(Print or Type Name) (Signature)

ACCOUNT OPENING AUTHORIZED BY:

CIF: ***735     Date:

INDIVIDUAL

---

**M. Akriby Valladolid S.**

ACCOUNT OF INDIVIDUAL(S)

(Please state the full title of the account, indicating, as applicable, Mr., Mrs. or Miss)

In consideration of the opening and maintenance of this account by American Express Bank International (the "Bank"), each of the undersigned certifies to the Bank, with knowledge that the Bank will rely on such certification in connection with the operation of this account, that each of the signatures appearing below is the signature of the person named.

_1_ Signature(s) Required on Drawings

(PLEASE RULE OR BLOCK OUT ALL UNUSED SPACES)

Maria Akriby Valladolid S.
(Print or Type Name) (Signature)

Amelia Moreno (P.0)
(Print or Type Name) (Signature)

_____
(Print or Type Name) (Signature)

_____
(Print or Type Name) (Signature)

ACCOUNT OPENING AUTHORIZED BY

CIF: ***735

## ACCOUNT OF INDIVIDUAL(S)

**M. AKRIBY VALLADOLID S.**

(Please state the full title of the account, indicating, as applicable, Mr., Mrs., or Miss)

In consideration of the opening and maintenance of this account by American Express Bank International (the "Bank"), each of the undersigned certifies to the Bank, with knowledge that the Bank will rely on such certification in connection with the operation of this account, that each of the signatures appearing below is the signature of the person named.

_1_ Signature(s) Required on Drawings

(PLEASE RULE OR BLOCK OUT ALL UNUSED SPACES)

Maria AKRIBY VALLADOLID S.
(Print or Type Name)      (Signature)

(Print or Type Name)      (Signature)

(Print or Type Name)      (Signature)

(Print or Type Name)      (Signature)

ACCOUNT OPENING AUTHORIZED BY:

CIF: ***735      Date: 7/7/06

(Signature(s) Verified by: _signature_ 6-29-06)

INDIVIDUAL

---

## ACCOUNT OF INDIVIDUAL(S)

**M. AKRIBY VALLADOLID S.**

(Please state the full title of the account, indicating, as applicable, Mr., Mrs., or Miss)

In consideration of the opening and maintenance of this account by American Express Bank International (the "Bank"), each of the undersigned certifies to the Bank, with knowledge that the Bank will rely on such certification in connection with the operation of this account, that each of the signatures appearing below is the signature of the person named.

_1_ Signature(s) Required on Drawings

(PLEASE RULE OR BLOCK OUT ALL UNUSED SPACES)

Maria AKRIBY VALLADOLID S.
(Print or Type Name)      (Signature)

(Print or Type Name)      (Signature)

(Print or Type Name)      (Signature)

(Print or Type Name)      (Signature)

ACCOUNT OPENING AUTHORIZED BY

***735      7/7/06

(Signature(s) Verified by: _signature_ 6-29-06)