# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

PASHA ANWAR, et al., )
)
           Plaintiffs, )
)
      v. )    Master File No. 09-CV-118 (VM)
)
FAIRFIELD GREENWICH LIMITED, et al., )
)
           Defendants. )
)
This Document Relates To:  *Bhatia* v. *Standard* )
*Chartered International (USA) Ltd.*, No. 09-CV-* )
2410; *Tradewaves Ltd.* v. *Standard Chartered* )
*International (USA) Ltd.*, No. 09-CV-9423 )

------------------------------------------------------------- x

## NOTICE OF UNIFIED MOTION TO DISMISS

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Standard Chartered International (USA) Ltd.'s and Standard Chartered PLC's

(collectively, "Standard Chartered") Motion To Dismiss the operative complaints in *Bhatia* v.

*Standard Chartered International (USA) Ltd.*, No. 09-CV-2410 and *Tradewaves Ltd.* v. *Standard*

*Chartered International (USA) Ltd.*, No. 09-CV-9423, dated March 10, 2010, Standard

Chartered will move this Court, before the Honorable Victor Marrero, at a time and place to be

determined by the Court, at the United States Courthouse, 500 Pearl Street, New York,  New

York 10007, for an Order pursuant to Rules 12(b)(1), 12(b)(3), 12(b)(6) and 9(b)

of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' complaints in their

entirety, and for such further and other relief that the Court may deem just and proper.

Dated: New York, New York
      March 10, 2009

                                      Respectfully submitted,

                                        /s/ Sharon L. Nelles
                                    Sharon L. Nelles
                                    Bradley P. Smith
                                    Patrick B. Berarducci
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York  10004
                                    Telephone:  (212) 558-4000
                                    Facsimile:  (212) 558-3588
                                    nelless@sullcrom.com
                                    smithbr@sullcrom.com
                                    berarduccip@sullcrom.com

                                    Diane L. McGimsey
                                    (Pro Hac Admission Pending)
                                    SULLIVAN & CROMWELL LLP
                                    1888 Century Park East
                                    Los Angeles, California  90067
                                    mcgimseyd@sullcrom.com

                                    *Attorneys for Defendants Standard
Chartered International (USA) Ltd.
and Standard Chartered PLC*