UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PASHA ANWAR, et al.,

        Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

        Defendants.

This Document Relates To: *Bhatia* v. *Standard Chartered International (USA) Ltd.*, No. 09-CV-2410; *Tradewaves Ltd.* v. *Standard Chartered International (USA) Ltd.*, No. 09-CV-9423

Master File No. 09-CV-118 (VM)

---

## DECLARATION OF PATRICK B. BERARDUCCI

I, PATRICK B. BERARDUCCI, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am an attorney associated with the law firm of Sullivan & Cromwell LLP, counsel for Standard Chartered International (USA) Ltd. and Standard Chartered PLC (collectively "Standard Chartered") in the above-captioned actions, and am admitted to practice before this Court. I am fully familiar with the matters stated herein based on personal knowledge or review of files in the possession of my firm.

2. I make this declaration in support of Standard Chartered's Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Complaints ("Defs. Mem. in Supp. of Mot. to Dismiss").

3. Attached as <u>Exhibit A</u> is a true and correct copy of a Bloomberg price sheet reflecting the prices for 7 7/8% (ISIN XS0364497999)—referred to in the Defs. Mem. in Supp. of Mot. to Dismiss as the "Lloyds Bonds"—for the period November 3, 2008 to January 19, 2009.

4. Attached as <u>Exhibit B</u> is a true and correct copy of a Bloomberg price sheet reflecting the prices for preference shares of Lloyds 7 7/8% (ISIN XS0406095041)—referred to in the Defs. Mem. in Supp. of Mot. to Dismiss as the "preference shares"—for the period January 26, 2009 to March 4, 2010.

5. Attached as <u>Exhibit C</u> is a true and correct copy of *Baker* v. *Andover Associates Management Corp.*, No. 6179/09, slip op., (N.Y. Sup. Ct. Nov. 30, 2009).

I declare under penalty of perjury that the foregoing is true and correct.

   /s/   Patrick B. Berarducci
        Patrick B. Berarducci

March 10, 2010
New York, New York