# SECURITY DESCRIPTION                         Page 1/ 3
LLOYDS TSB BANK  LLOYDS7 ⅞ 05/49    N O T   P R I C E D

| ISSUER INFORMATION | IDENTIFIERS | |
|---|---|---|
| Name LLOYDS TSB BANK PLC | Common ~~036449799~~ | 1) Additional Sec Info |
| Type Money Center Banks | ISIN   XS0364497999 | 2) Call Schedule |
| Market of Issue Euro-Dollar | BB Number ~~EH3689666~~ | 3) ALLQ |
| **SECURITY INFORMATION** | **RATINGS** | 4) Corporate Actions |
| Country GB      Currency USD | Moody's    NA | 5) Cds Spreads/RED Info |
| Collateral Type Subordinated | S&P        NR | 6) Ratings |
| Calc Typ(  1)STREET CONVENTION | Composite  NR | 7) Custom Notes |
| Maturity  PERPETUAL  Series EMTn | | 8) Covenant/Default |
| PERP/CALL      11/29/13@ 100.00 | **ISSUE SIZE** | 9) Identifiers |
| Coupon      7 ⅞    Exchanged | Aggr Amt Iss/Out    * | 10) Fees/Restrictions |
| S/A         ISMA-30/360 | USD  1,250,000.00 (M)/ | 11) Disclaimer Page |
| Announcement Dt  5/15/08 | USD            (M) | 12) Prospectus |
| Int. Accrual Dt  5/29/08 | Min Piece/Increment | 13) Sec. Specific News |
| 1st Settle Date  5/29/08 |   1,000.00/ 1,000.00 | 14) Involved Parties |
| 1st Coupon Date 11/29/08 | Par Amount   1,000.00 | 15) Issuer Information |
| Iss Pr  100 | **BOOK RUNNER/EXCHANGE** | 16) Pricing Sources |
|  | JOINT LEADS | 17) Related Securities |
| HAVE PROSPECTUS | NOT LISTED | 18) Issuer Web Page |
|  |  | 66) Send as Attachment |

ISSUER'S OPTION TO DEFER COUPON PAYMENTS.
1-1 EXCHANGE INTO XS0406095041.  EXCH OFFER EXP 1/16/09.

**BGN/CLOSE/MID/YTM**      Page 1 / 2
LLOYDS TSB BANK    LLOYDS7 ⅞ 05/49     N O T   P R I C E D

Range **11/ 3/08** to **1/19/09**    Source **BGN**     HI 73.5000   ON 1/ 1/09
                             Period **D** Daily     AVE 70.0536
                             Market **M** Mid/Last   LOW 64.0000   ON 1/19/09

|   | DATE | Price | YIELD |   | DATE | Price | YIELD |   | DATE | Price | YIELD |
|---|------|-------|-------|---|------|-------|-------|---|------|-------|-------|
| F |      |       |       | F | 1/ 2 | 65.5000 | 12.076 | F | 12/12 | 70.2000 | 11.274 |
| T |      |       |       | T | 1/ 1 | H73.5000 | 10.769 | T | 12/11 | 71.1458 | 11.125 |
| W |      |       |       | W | 12/31 | 67.7500 | 11.678 | W | 12/10 | 73.3333 | 10.794 |
| T |      |       |       | T | 12/30 | 65.8750 | 12.008 | T | 12/ 9 | 72.7143 | 10.886 |
| M | 1/19 | L64.0000 | 12.355 | M | 12/29 | 66.5000 | 11.896 | M | 12/ 8 | 72.7143 | 10.886 |
| F | 1/16 | 66.0000 | 11.984 | F | 12/26 | 67.7500 | 11.678 | F | 12/ 5 | 72.1000 | 10.978 |
| T | 1/15 | 64.6875 | 12.225 | T | 12/25 | 73.5000 | 10.769 | T | 12/ 4 | 71.6667 | 11.045 |
| W | 1/14 | 64.5400 | 12.253 | W | 12/24 | 67.8333 | 11.664 | W | 12/ 3 | 72.8125 | 10.871 |
| T | 1/13 | 65.8580 | 12.010 | T | 12/23 | 67.4000 | 11.738 | T | 12/ 2 | 72.9531 | 10.851 |
| M | 1/12 | 64.6500 | 12.233 | M | 12/22 | 67.3500 | 11.747 | M | 12/ 1 | 73.1094 | 10.828 |
| F | 1/ 9 | 64.5833 | 12.245 | F | 12/19 | 67.5500 | 11.713 | F | 11/28 | 73.1964 | 10.815 |
| T | 1/ 8 | 64.7000 | 12.223 | T | 12/18 | 70.2000 | 11.273 | T | 11/27 | 73.2292 | 10.810 |
| W | 1/ 7 | 64.2143 | 12.315 | W | 12/17 | 73.3533 | 10.791 | W | 11/26 | 72.8956 | 10.859 |
| T | 1/ 6 | 64.5833 | 12.245 | T | 12/16 | 70.8250 | 11.175 | T | 11/25 | 73.2083 | 10.813 |
| M | 1/ 5 | 64.7500 | 12.214 | M | 12/15 | 71.0250 | 11.143 | M | 11/24 | 73.2125 | 10.813 |

<HELP> for explanation.                                            Corp  HP

# BGN/CLOSE/MID/YTM                                               Page  2 / 2
LLOYDS TSB BANK    LLOYDS7 ⅞ 05/49      N O T   P R I C E D
                                     Source BGN         HI 73.5000   ON  1/ 1/09
    Range 11/ 3/08 to 1/19/09        Period D Daily     AVE 70.0536
                                     Market M Mid/Last  LOW 64.0000  ON  1/19/09

|   | DATE  | Price   | YIELD  | DATE | Price | YIELD | DATE | Price | YIELD |
|---|-------|---------|--------|------|-------|-------|------|-------|-------|
| F | 11/21 | 73.2083 | 10.813 |      |       |       |      |       |       |
| T | 11/20 | 73.4583 | 10.776 |      |       |       |      |       |       |
| W | 11/19 | 73.1667 | 10.819 |      |       |       |      |       |       |
| T | 11/18 | 73.1944 | 10.815 |      |       |       |      |       |       |
| M | 11/17 | 73.1111 | 10.827 |      |       |       |      |       |       |
| F | 11/14 | 72.8438 | 10.866 |      |       |       |      |       |       |
| T | 11/13 | 72.7500 | 10.880 |      |       |       |      |       |       |
| W | 11/12 | 72.7188 | 10.885 |      |       |       |      |       |       |
| T | 11/11 | 72.8333 | 10.867 |      |       |       |      |       |       |
| M | 11/10 | 72.8750 | 10.861 |      |       |       |      |       |       |
| F | 11/ 7 | 72.6000 | 10.902 |      |       |       |      |       |       |
| T | 11/ 6 | 72.6000 | 10.902 |      |       |       |      |       |       |
| W | 11/ 5 | 71.7000 | 11.038 |      |       |       |      |       |       |
| T | 11/ 4 | 69.6000 | 11.369 |      |       |       |      |       |       |
| M | 11/ 3 | 69.3750 | 11.406 |      |       |       |      |       |       |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000      Copyright 2010 Bloomberg Finance L.P.
                                                                 SN 632905 G453-749-0 04-Mar-2010 15:16:46