*handwritten: MAY 27/09 (signature)*

DES                                                                 Corp  DES

# PREFERRED SECURITY DISPLAY  Page 1/ 2
LLOYDS BANKING    LLOYDS7 ⅞ 11/49   58.82359/59.32359 (FLAT TRAD)BGN MATRIX

| ISSUER INFORMATION | IDENTIFIERS | |
|---|---|---|
| Name LLOYDS BANKING GROUP PLC | Common   040609504 | 1) Additional Sec Info |
| Type Commer Banks Non-US | ISIN      XS0406095041 | 2) Call Schedule |
| Market of Issue Euro-Dollar | Sedol     B3L00P4 | 3) ALLQ |
| **SECURITY INFORMATION** | **RATINGS** | 4) Corporate Actions |
| Country GB       Currency USD | Moody's    B3 | 5) Cds Spreads/RED Info |
| Collateral Type Jr Subordinated | S&P        CC | 6) Ratings |
| Calc Typ(   1)STREET CONVENTION | Composite  CCC- | 7) Custom Notes |
| Maturity  PERPETUAL  Series | | 8) Covenant/Default |
| PERP/CALL       11/29/13@ 100.00 | ISSUE SIZE | 9) Identifiers |
| Coupon      7 ⅞    Flat Trading | Amt Issued/Outstanding | 10) Prospectus |
| S/A          ISMA-30/360 | USD   1,250,000.00 (M)/ | 11) Sec. Specific News |
| Announcement Dt 12/18/08 | USD     ~~423,815~~.00 (M) | 12) Involved Parties |
| Int. Accrual Dt 11/29/08 | Min Piece/Increment | 13) Issuer Information |
| 1st Settle Date  1/19/09 | 1,000.00/  1,000.00 | 14) Pricing Sources |
| 1st Coupon Date  5/29/09 | Par Amount   1,000.00 | 15) Related Securities |
| Iss Pr  100 | ~~BOOK RUNNER~~/EXCHANGE | 16) Issuer Web Page |
| HAVE PROSPECTUS | Multiple | 66) Send as Attachment |

NON-CUM PFD SEC. 1-1 EXCHANGE WITH XS0364497999. MAY 2010 CPN DEFERRED.
AFFECTED BY DIVIDEND AND COUPON RESTRICTIONS. SEE SEC SPEC NEWS

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2010 Bloomberg Finance L.P.
SN 632905 G453-749-0 04-Mar-2010 14:50:11

**BGN/CLOSE/MID/YTM**　　　　　　　　　　　　　　　　　　　　　Page 1 / 7
LLOYDS BANKING　　LLOYDS7 ⅞ 11/49　58.84415/59.34415 (FLAT TRAD)BGN  MATRIX
　　　　　　　　　　　　　　Source BGN　　　　　　HI  76.6875   ON 11/11/09
Range 1/26/09 to 3/ 4/10　Period D Daily　　　AVE 53.2478
　　　　　　　　　　　　　　Market M Mid/Last　　LOW 17.0000   ON  3/13/09

|   | DATE | Price | YIELD |   | DATE | Price | YIELD |   | DATE | Price | YIELD |
|---|------|-------|-------|---|------|-------|-------|---|------|-------|-------|
| F |      |       |       | F | 2/12 | 59.4375 | 13.690 | F | 1/22 | 61.8750 | 13.043 |
| T | 3/ 4 | 59.1250 | 13.874 | T | 2/11 | 60.0500 | 13.543 | T | 1/21 | 62.7500 | 12.855 |
| W | 3/ 3 | 59.0417 | 13.889 | W | 2/10 | 60.1500 | 13.515 | W | 1/20 | 63.5250 | 12.693 |
| T | 3/ 2 | 59.0417 | 13.873 | T | 2/ 9 | 60.1000 | 13.507 | T | 1/19 | 64.1042 | 12.564 |
| M | 3/ 1 | 58.6250 | 13.969 | M | 2/ 8 | 60.2500 | 13.468 | M | 1/18 | 64.1350 | 12.554 |
| F | 2/26 | 58.6250 | 13.963 | F | 2/ 5 | 60.1500 | 13.485 | F | 1/15 | 63.8750 | 12.605 |
| T | 2/25 | 58.7500 | 13.928 | T | 2/ 4 | 60.4500 | 13.413 | T | 1/14 | 63.8750 | 12.601 |
| W | 2/24 | 58.5833 | 13.963 | W | 2/ 3 | 60.4500 | 13.408 | W | 1/13 | 64.2500 | 12.522 |
| T | 2/23 | 58.5417 | 13.946 | T | 2/ 2 | 60.1500 | 13.461 | T | 1/12 | 64.4500 | 12.466 |
| M | 2/22 | 58.5833 | 13.931 | M | 2/ 1 | 60.0625 | 13.476 | M | 1/11 | 64.6250 | 12.428 |
| F | 2/19 | 58.2000 | 14.019 | F | 1/29 | 60.1250 | 13.456 | F | 1/ 8 | 63.9375 | 12.558 |
| T | 2/18 | 58.1500 | 14.026 | T | 1/28 | 60.7500 | 13.311 | T | 1/ 7 | 63.8750 | 12.566 |
| W | 2/17 | 59.9167 | 13.599 | W | 1/27 | 60.5000 | 13.362 | W | 1/ 6 | 61.3500 | 13.082 |
| T | 2/16 | 59.9167 | 13.584 | T | 1/26 | 61.0000 | 13.242 | T | 1/ 5 | 61.3500 | 13.068 |
| M | 2/15 | 59.2000 | 13.746 | M | 1/25 | 61.2500 | 13.183 | M | 1/ 4 | 60.3020 | 13.291 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2010 Bloomberg Finance L.P.
SN 632905 G453-749-0 04-Mar-2010 16:30:14

## BGN/CLOSE/MID/YTM
```
                                                                Page  2 / 7
LLOYDS BANKING     LLOYDS7 ⅞  11/49  58.84415/59.34415 (FLAT TRAD)BGN  MATRIX
                                   Source BGN       HI 76.6875   ON 11/11/09
    Range 1/26/09 to 3/ 4/10       Period D Daily   AVE 53.2478
                                   Market M Mid/Last LOW 17.0000  ON  3/13/09
```

|   | DATE  | Price   | YIELD  |   | DATE  | Price   | YIELD  |   | DATE  | Price    | YIELD  |
|---|-------|---------|--------|---|-------|---------|--------|---|-------|----------|--------|
| F | 1/ 1  | 59.7500 | 13.409 | F | 12/11 | 56.8500 | 13.989 | F | 11/20 | 68.0833  | 12.317 |
| T | 12/31 | 60.2020 | 13.308 | T | 12/10 | 57.4000 | 13.851 | T | 11/19 | 67.9167  | 12.345 |
| W | 12/30 | 60.2500 | 13.293 | W | 12/ 9 | 57.5833 | 13.802 | W | 11/18 | 70.6667  | 11.837 |
| T | 12/29 | 60.2020 | 13.299 | T | 12/ 8 | 57.6250 | 13.777 | T | 11/17 | 69.2140  | 12.085 |
| M | 12/28 | 59.7500 | 13.380 | M | 12/ 7 | 58.0000 | 13.683 | M | 11/16 | 70.5729  | 11.838 |
|   |       |         |        |   |       |         |        |   |       |          |        |
| F | 12/25 | 60.2500 | 13.269 | F | 12/ 4 | 58.0020 | 13.678 | F | 11/13 | 71.4375  | 11.684 |
| T | 12/24 | 59.9375 | 13.338 | T | 12/ 3 | 57.9500 | 13.685 | T | 11/12 | 74.1000  | 11.241 |
| W | 12/23 | 59.9375 | 13.333 | W | 12/ 2 | 58.1500 | 13.633 | W | 11/11 | H76.6875 | 10.841 |
| T | 12/22 | 59.9020 | 13.337 | T | 12/ 1 | 58.1500 | 13.618 | T | 11/10 | 67.1821  | 12.452 |
| M | 12/21 | 60.0000 | 13.296 | M | 11/30 | 58.2500 | 13.590 | M | 11/ 9 | 67.1657  | 12.442 |
|   |       |         |        |   |       |         |        |   |       |          |        |
| F | 12/18 | 60.0000 | 13.291 | F | 11/27 | 58.1250 | 13.614 | F | 11/ 6 | 66.9479  | 12.480 |
| T | 12/17 | 59.2500 | 13.454 | T | 11/26 | 59.8500 | 13.221 | T | 11/ 5 | 66.8094  | 12.498 |
| W | 12/16 | 59.5625 | 13.379 | W | 11/25 | 59.7500 | 13.243 | W | 11/ 4 | 68.0000  | 12.265 |
| T | 12/15 | 58.9000 | 13.514 | T | 11/24 | 58.7000 | 13.472 | T | 11/ 3 | 69.8512  | 11.914 |
| M | 12/14 | 57.5000 | 13.837 | M | 11/23 | 58.0500 | 14.585 | M | 11/ 2 | 63.9167  | 13.066 |

**BGN/CLOSE/MID/YTM**                                       Page 3 / 7
LLOYDS BANKING     LLOYDS7 ⅞ 11/49  58.84415/59.34415 (FLAT TRAD)BGN  MATRIX
                                 Source BGN          HI 76.6875    ON 11/11/09
    Range 1/26/09  to  3/ 4/10   Period D Daily      AVE 53.2478
                                 Market M Mid/Last   LOW 17.0000   ON  3/13/09

|   | DATE  | Price   | YIELD  |   | DATE  | Price   | YIELD  |   | DATE | Price   | YIELD  |
|---|-------|---------|--------|---|-------|---------|--------|---|------|---------|--------|
| F | 10/30 | 66.5833 | 12.516 | F | 10/ 9 | 62.1250 | 13.360 | F | 9/18 | 64.7500 | 12.699 |
| T | 10/29 | 66.1667 | 12.594 | T | 10/ 8 | 62.3750 | 13.299 | T | 9/17 | 65.1600 | 12.612 |
| W | 10/28 | 65.8400 | 12.654 | W | 10/ 7 | 60.2667 | 13.778 | W | 9/16 | 64.2500 | 12.791 |
| T | 10/27 | 66.2250 | 12.569 | T | 10/ 6 | 60.2667 | 13.757 | T | 9/15 | 63.0100 | 13.036 |
| M | 10/26 | 65.8800 | 12.633 | M | 10/ 5 | 60.6000 | 13.673 | M | 9/14 | 62.2500 | 13.195 |
| F | 10/23 | 64.8600 | 12.835 | F | 10/ 2 | 60.3750 | 13.721 | F | 9/11 | 61.1250 | 13.440 |
| T | 10/22 | 64.6000 | 12.884 | T | 10/ 1 | 63.4167 | 13.035 | T | 9/10 | 59.5750 | 13.795 |
| W | 10/21 | 64.4375 | 12.914 | W | 9/30  | 63.7000 | 12.970 | W | 9/ 9 | 58.8100 | 13.974 |
| T | 10/20 | 64.2500 | 12.939 | T | 9/29  | 63.9500 | 12.904 | T | 9/ 8 | 57.9375 | 14.174 |
| M | 10/19 | 63.6475 | 13.062 | M | 9/28  | 64.2500 | 12.837 | M | 9/ 7 | 56.4375 | 14.556 |
| F | 10/16 | 62.8633 | 13.226 | F | 9/25  | 64.2500 | 12.832 | F | 9/ 4 | 54.1667 | 15.185 |
| T | 10/15 | 63.5000 | 13.084 | T | 9/24  | 64.7500 | 12.726 | T | 9/ 3 | 54.3750 | 15.119 |
| W | 10/14 | 62.5833 | 13.278 | W | 9/23  | 64.8125 | 12.708 | W | 9/ 2 | 52.1000 | 15.794 |
| T | 10/13 | 62.5000 | 13.282 | T | 9/22  | 65.0833 | 12.641 | T | 9/ 1 | 51.8750 | 15.837 |
| M | 10/12 | 62.5000 | 13.277 | M | 9/21  | 63.9167 | 12.874 | M | 8/31 |         |        |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000     Copyright 2010 Bloomberg Finance L.P.
                                                             SN 632905 G453-749-0 04-Mar-2010 16:30:14

<HELP> for explanation.                                              Corp  HP

# BGN/CLOSE/MID/YTM
LLOYDS BANKING    LLOYDS7 ⅞ 11/49  58.84415/59.34415 (FLAT TRAD)BGN  MATRIX
                                   Source BGN           HI 76.6875   ON 11/11/09
       Range 1/26/09 to 3/ 4/10    Period D Daily       AVE 53.2478
                                   Market M Mid/Last    LOW 17.0000  ON  3/13/09

|   | DATE | Price   | YIELD  |   | DATE | Price   | YIELD  |   | DATE | Price   | YIELD  |
|---|------|---------|--------|---|------|---------|--------|---|------|---------|--------|
| F | 8/28 | 50.1250 | 16.393 | F | 8/ 7 | 66.2500 | 12.231 | F | 7/17 | 48.4375 | 16.674 |
| T | 8/27 | 48.7500 | 16.864 | T | 8/ 6 | 65.7500 | 12.322 | T | 7/16 | 47.8125 | 16.888 |
| W | 8/26 | 48.8333 | 16.826 | W | 8/ 5 | 66.1875 | 12.235 | W | 7/15 | 46.7500 | 17.270 |
| T | 8/25 | 49.2188 | 16.675 | T | 8/ 4 | 66.5000 | 12.164 | T | 7/14 | 46.9000 | 17.190 |
| M | 8/24 | 48.6875 | 16.855 | M | 8/ 3 | 65.4400 | 12.360 | M | 7/13 | 46.6875 | 17.261 |
|   |      |         |        |   |      |         |        |   |      |         |        |
| F | 8/21 | 49.5833 | 16.533 | F | 7/31 | 64.3750 | 12.563 | F | 7/10 | 46.5833 | 17.292 |
| T | 8/20 | 56.2500 | 14.519 | T | 7/30 | 65.2500 | 12.388 | T | 7/ 9 | 46.8125 | 17.198 |
| W | 8/19 | 58.3750 | 13.973 | W | 7/29 | 62.7500 | 12.883 | W | 7/ 8 | 48.0833 | 16.731 |
| T | 8/18 | 60.0000 | 13.571 | T | 7/28 | 61.2500 | 13.189 | T | 7/ 7 | 48.0833 | 16.708 |
| M | 8/17 | 62.5500 | 13.003 | M | 7/27 | 61.0833 | 13.225 | M | 7/ 6 | 46.8000 | 17.163 |
|   |      |         |        |   |      |         |        |   |      |         |        |
| F | 8/14 | 62.7500 | 12.956 | F | 7/24 | 58.6250 | 13.781 | F | 7/ 3 | 46.5000 | 17.267 |
| T | 8/13 | 64.2500 | 12.644 | T | 7/23 |         |        | T | 7/ 2 | 46.4375 | 17.291 |
| W | 8/12 | 64.5000 | 12.590 | W | 7/22 | 53.3750 | 15.143 | W | 7/ 1 | 46.5833 | 17.228 |
| T | 8/11 | 65.1167 | 12.456 | T | 7/21 | 52.2500 | 15.454 | T | 6/30 | 46.6667 | 17.189 |
| M | 8/10 | 66.1167 | 12.261 | M | 7/20 | 49.5500 | 16.302 | M | 6/29 | 46.8333 | 17.096 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000   U.S. 1 212 318 2000      Copyright 2010 Bloomberg Finance L.P.
                                                                         SN 632905 G453-749-0 04-Mar-2010 16:30:15

## BGN/CLOSE/MID/YTM                                            Page 5 / 7
LLOYDS BANKING    LLOYDS7 ⅞ 11/49   58.84415/59.34415 (FLAT TRAD)BGN  MATRIX
                                  Source BGN          HI 76.6875   ON 11/11/09
     Range 1/26/09  to  3/ 4/10   Period D Daily      AVE 53.2478
                                  Market M Mid/Last   LOW 17.0000  ON  3/13/09

|   | DATE | Price   | YIELD  |   | DATE | Price   | YIELD  |   | DATE | Price   | YIELD  |
|---|------|---------|--------|---|------|---------|--------|---|------|---------|--------|
| F | 6/26 | 43.6250 | 18.355 | F | 6/ 5 | 45.4167 | 17.452 | F | 5/15 | 47.7500 | 17.912 |
| T | 6/25 | 46.1667 | 17.328 | T | 6/ 4 | 44.2000 | 17.924 | T | 5/14 | 48.2500 | 17.703 |
| W | 6/24 | 45.6875 | 17.503 | W | 6/ 3 | 44.1250 | 17.946 | W | 5/13 | 46.3750 | 18.467 |
| T | 6/23 | 46.2500 | 17.265 | T | 6/ 2 | 43.7500 | 18.073 | T | 5/12 | 47.0833 | 18.139 |
| M | 6/22 | 45.1250 | 17.689 | M | 6/ 1 | 44.0000 | 17.962 | M | 5/11 | 48.2500 | 17.659 |
| F | 6/19 | 46.2500 | 17.249 | F | 5/29 | 42.5833 | 18.549 | F | 5/ 8 | 49.0000 | 17.360 |
| T | 6/18 | 45.6250 | 17.478 | T | 5/28 | 43.6250 | 18.099 | T | 5/ 7 | 45.1250 | 18.959 |
| W | 6/17 | 48.2500 | 16.517 | W | 5/27 | 44.5833 | 17.703 | W | 5/ 6 | 46.1250 | 18.506 |
| T | 6/16 | 47.6667 | 16.697 | T | 5/26 | 46.0000 | 17.145 | T | 5/ 5 | 43.7500 | 19.560 |
| M | 6/15 | 47.3333 | 16.807 | M | 5/25 | 48.2500 | 17.785 | M | 5/ 4 | 41.5000 | 20.700 |
| F | 6/12 |         |        | F | 5/22 | 47.6875 | 18.012 | F | 5/ 1 | 40.2500 | 21.387 |
| T | 6/11 | 48.0000 | 16.559 | T | 5/21 | 50.2500 | 17.014 | T | 4/30 | 40.9000 | 21.005 |
| W | 6/10 | 48.1667 | 16.494 | W | 5/20 | 50.1667 | 17.036 | W | 4/29 | 39.8792 | 21.577 |
| T | 6/ 9 | 47.7500 | 16.616 | T | 5/19 | 48.7500 | 17.535 | T | 4/28 | 39.8333 | 21.564 |
| M | 6/ 8 | 46.3750 | 17.100 | M | 5/18 | 48.6667 | 17.558 | M | 4/27 | 40.1000 | 21.395 |

# BGN/CLOSE/MID/YTM

Page 6 / 7

LLOYDS BANKING    LLOYDS7 ⅞ 11/49   58.84415/59.34415 (FLAT TRAD)BGN MATRIX
                                    Source BGN              HI 76.6875   ON 11/11/09
Range 1/26/09 to 3/ 4/10            Period D Daily          AVE 53.2478
                                    Market M Mid/Last       LOW 17.0000  ON  3/13/09

|   | DATE  | Price    | YIELD  |   | DATE | Price   | YIELD  |   | DATE | Price    | YIELD  |
|---|-------|----------|--------|---|------|---------|--------|---|------|----------|--------|
| F | 4/24  | 40.2500  | 21.296 | F | 4/ 3 | 28.3333 | 30.799 | F | 3/13 | L17.0000 | 53.470 |
| T | 4/23  | 40.8500  | 20.944 | T | 4/ 2 | 29.5000 | 29.434 | T | 3/12 | 17.0000  | 53.390 |
| W | 4/22  | 42.1250  | 20.249 | W | 4/ 1 | 29.3333 | 29.593 | W | 3/11 |          |        |
| T | 4/21  | 43.5000  | 19.528 | T | 3/31 | 27.5625 | 31.611 | T | 3/10 |          |        |
| M | 4/20  | 44.5000  | 19.048 | M | 3/30 | 29.2500 | 29.586 | M | 3/ 9 |          |        |
|   |       |          |        |   |      |         |        |   |      |          |        |
| F | 4/17  | 44.6667  | 18.962 | F | 3/27 | 28.2500 | 30.711 | F | 3/ 6 |          |        |
| T | 4/16  | 43.1667  | 19.657 | T | 3/26 | 29.5000 | 29.262 | T | 3/ 5 |          |        |
| W | 4/15  | 39.3750  | 21.688 | W | 3/25 | 27.6667 | 31.396 | W | 3/ 4 |          |        |
| T | 4/14  | 39.2500  | 21.722 | T | 3/24 |         |        | T | 3/ 3 |          |        |
| M | 4/13  |          |        | M | 3/23 | 27.0625 | 32.052 | M | 3/ 2 |          |        |
|   |       |          |        |   |      |         |        |   |      |          |        |
| F | 4/10  |          |        | F | 3/20 |         |        | F | 2/27 |          |        |
| T | 4/ 9  | 34.6667  | 24.819 | T | 3/19 | 20.5000 | 43.569 | T | 2/26 |          |        |
| W | 4/ 8  | 34.6667  | 24.802 | W | 3/18 | 20.5000 | 43.516 | W | 2/25 |          |        |
| T | 4/ 7  | 34.1667  | 25.179 | T | 3/17 | 21.0000 | 42.199 | T | 2/24 |          |        |
| M | 4/ 6  | 32.5000  | 26.512 | M | 3/16 |         |        | M | 2/23 | 22.5000  | 38.076 |

**BGN/CLOSE/MID/YTM**                                         Page 7 / 7
LLOYDS BANKING   LLOYDS7 ⅞ 11/49  58.84415/59.34415 (FLAT TRAD)BGN MATRIX
                                Source BGN        HI 76.6875  ON 11/11/09
    Range 1/26/09 to 3/ 4/10    Period D Daily    AVE 53.2478
                                Market M Mid/Last LOW 17.0000 ON  3/13/09

|   | DATE | Price   | YIELD  |   | DATE | Price   | YIELD  | DATE | Price | YIELD |
|---|------|---------|--------|---|------|---------|--------|------|-------|-------|
| F | 2/20 | 22.5000 | 38.036 | F | 1/30 |         |        |      |       |       |
| T | 2/19 | 22.5000 | 37.996 | T | 1/29 |         |        |      |       |       |
| W | 2/18 | 22.5000 | 37.957 | W | 1/28 |         |        |      |       |       |
| T | 2/17 | 24.5000 | 34.531 | T | 1/27 | 35.0000 | 23.364 |      |       |       |
| M | 2/16 | 25.5000 | 33.055 | M | 1/26 | 35.0000 | 23.349 |      |       |       |
|   |      |         |        |   |      |         |        |      |       |       |
| F | 2/13 |         |        |   |      |         |        |      |       |       |
| T | 2/12 | 34.7500 | 23.814 |   |      |         |        |      |       |       |
| W | 2/11 | 34.8750 | 23.709 |   |      |         |        |      |       |       |
| T | 2/10 | 35.7500 | 23.044 |   |      |         |        |      |       |       |
| M | 2/ 9 | 35.2083 | 23.399 |   |      |         |        |      |       |       |
|   |      |         |        |   |      |         |        |      |       |       |
| F | 2/ 6 |         |        |   |      |         |        |      |       |       |
| T | 2/ 5 |         |        |   |      |         |        |      |       |       |
| W | 2/ 4 | 32.5000 | 25.387 |   |      |         |        |      |       |       |
| T | 2/ 3 |         |        |   |      |         |        |      |       |       |
| M | 2/ 2 |         |        |   |      |         |        |      |       |       |