UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 09-cv-00118-VM-THK

This filing pertains to:
*Maridom Ltd., et al. v. Standard Chartered,
etc.*, No. 10-cv-00920-VM-THK

Anwar, et al.,

    **Plaintiffs,**

v.

**Fairfield Greenwich Limited, et al.,**

    **Defendants.**

_____/

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard E. Brodsky, a member in good standing of the Florida Bar and of the United States District Courts for the Southern District of Florida, the Eastern District of Michigan and the District of Colorado, hereby move for an Order allowing my admission pro hac vice in this proceeding, to represent Plaintiffs Maridom Limited, Caribetrans, S.A., and Abbot Capital, Inc.

There are no pending disciplinary proceedings against me in any State or Federal court.

I am enclosing with this Motion a Certificate of Good Standing from the Florida Bar.

Respectfully submitted,

*/s/ Richard E. Brodsky*

Richard E. Brodsky
The Brodsky Law Firm
66 West Flagler Street
9th Floor
Miami, Florida 33130
Tel: 786-220-3328
Fax: 866-564-8231
rbrodsky@thebrodskylawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served by email a true and correct copy of this Motion and attachment to the persons on the service list of *Anwar v. Fairfield Greenwich Limited, et al.*, No. 09-cv-00118-VM-THK, this 4th day of March 2010.

*/s/ Richard E. Brodsky*

Richard E. Brodsky

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. # **322520**

I, **STEVEN M. LARIMORE**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that ***RICHARD EUGENE BRODSKY*** was duly admitted to practice in said Court on **06/18/81**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this February 11, 2010.

**STEVEN M. LARIMORE**
Court Administrator •Clerk of Court

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 09-cv-00118-VM-THK

This filing pertains to:
*Maridom Ltd., et al. v. Standard Chartered, etc.*, No. 10-cv-00920-VM-THK

**Anwar, et al.,**

    **Plaintiffs,**

v.

**Fairfield Greenwich Limited, et al.,**

    **Defendants.**

_____/

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

UPON THE MOTION TO ADMIT COUNSEL PRO HAC VICE filed by Richard E. Brodsky, it is hereby ORDERED that the Motion is GRANTED. Mr. Brodsky is now permitted to participate in the above proceedings as counsel for Plaintiffs Maridom Limited, Caribetrans, S.A. and Abbott Capital, Inc., as provided for under Local Rule 1.3(c).

_____
United States Magistrate Judge

Dated: March _____, 2010