**Details of Account Holders**
*Please delete and/or complete as appropriate*

Name of Account(s) KISHU N UTTAMCHANDANI & PRERNA VINOD UTTAMCHANDANI

Mailing Address:  *Personal Information Redacted*

Type of Account ☐ Individual ☑ Joint

Name of Main Account Holder KISHU N UTTAMCHANDANI
(Please underline Surname)

Title ☐ Dr ☑ Mr ☐ Mrs ☐ Ms          Sex ☑ Male ☐ Female

Passport/Identity Card* No. _____          Date of Birth _____

Nationality INDIAN

Residential Address

Tel. (h)
     (hp)

E-mail

Occupation          *Personal Information Redacted*

Name of Company

Nature of Business

Office Address

Name of Joint Account Holder PRERNA VINOD UTTAMCHANDANI

Title ☐ Dr ☐ Mr ☑ Mrs ☐ Ms          Sex ☐ Male ☑ Female

Passport/Identity Card* No. _____          Date of Birth _____

Nationality INDIAN

Residential Address

Tel. (h)
     (hp)

E-mail          *Personal Information Redacted*

Occupation

Name of Company

Nature of Business

Office Address

## Schedule of Mandate Signatories

☑ New Appointment    ☐ Deletion    ☐ Changes

Start/Effective Date __04.09.08__ day __4th__ month __Sept__ year __2008__

Name of Client __KISHU N. UTTAMCHANDANI & PRERNA VINOD UTTAMCHANDANI__
Insert FULL legal name

### Part A – Approving Signatories (the "Account Holder(s)")

Please tick one   ☑ Any one to sign   ☐ Any two to sign   ☐ All to sign   ☐ Other (insert details below)
If you tick "Other", describe the alternative method of operation in the Special Instructions area below.

| Primary Account Holder Specimen Signature | Specimen Signature |
|---|---|
| Name __KISHU N UTTAMCHANDANI__ | Name __PRERNA VINOD UTTAMCHANDANI__ |
| Title __MR.__ | Title __MRS.__ |
| ID __INDIAN PASSPORT__ | ID _____ |
| Contact details | Contact details |
| Home — Mobile — Office — Fax — Email — (Personal Information Redacted) | Home — Mobile — Office — Fax — Email — (Personal Information Redacted) |

| Specimen Signature | Specimen Signature |
|---|---|
| Name | Name |
| Title | Title |
| ID | ID |
| Contact details | Contact details |
| Home / Mobile / Office / Fax / Email | Home / Mobile / Office / Fax / Email |

Special Instructions _____

Bank Use Only
Client Unique Identifier ☐☐☐☐☐☐☐☐    Verified By _____    Approved By _____

V3 01.07.2008    ***017    Authority and Indemnity for the Appointment of Authorised Signatories    1.6

## Beneficial Ownership

By signing this Account Application, the Client* hereby declares that the beneficial owner(s) of all assets deposited and/or to be deposited by the Client with the Bank from time to time are clearly identified below.

The Client* hereby declares:

- [x] that the account holder(s) are the beneficial owner(s) of the assets deposited with the Bank.
- [ ] that the beneficial owner(s) of the assets deposited with the Bank is/are:

**Beneficial Owner 1**

Full Name: KISHU N. UTTAMCHANDANI

Nationality: INDIAN

Address: Personal Information Redacted

Postal Code: ___

**Beneficial Owner 2**

Full Name: PRERNA VINOD UTTAMCHANDANI

Nationality: INDIAN     Passport No. ___

Address: Personal Information Redacted

Postal Code: ___

| Executed and Delivered by: | Executed and Delivered by: |
|---|---|
| Account Holder's Name: KISHU N. UTTAMCHANDANI | Account Holder's Name: Prerna Vinod UTTAMCHANDANI |
| Signature: Kishu N Uttamchandani  04.09.2008 | Signature |
| Date: 04.09.2008 | Date: 04.09.2008 |
| Executed and Delivered by: | Executed and Delivered by: |
| Account Holder's Name | Account Holder's Name |
| Signature | Signature |
| Date | Date |

Without prejudice to the above, the Client hereby confirms that he has read and fully understood this Client Agreement and agrees to the General Terms and Conditions, and acknowledges and confirms that the Client will take and/or have taken independent advice in respect hereof.

The Client further declares that each of the beneficial owners falls within one of the following categories:

(a) each of the beneficial owners net personal assets exceed SGD2,000,000;
(b) each of the beneficial owners annual income in the preceding 12 months is SGD300,000 or above; or

The account holder(s) undertake(s) to inform the Bank immediately of any changes to the beneficial ownership.

V3 01.07.2008    Authority and Indemnity for the Appointment of Authorised Signatories   1.8

## Types of Services Available

The following services or accommodation will only be made available to me/us if I/we have specifically subscribed for them:

**General Banking**

Current Account
Call Deposit
Time Deposit
Fiduciary Investment
Deposit Currency Conversion

**Investment**

Security Advisory Service
Custodian Service
Securities Lending
Strategic Investments
Precious Metals
Discretionary Portfolio Management

**Foreign Exchange & Derivatives**

Spot Foreign Exchange
Forward Foreign Exchange
Foreign Exchange, Metal & Option Trading
Foreign Exchange Options

**Credit Services**

Loans and Advances
Share Margin Trading
Other Credit Services

### New Products and Services

The Bank shall have the right to introduce and provide new services and investment products from time to time. The terms and conditions governing such services shall be notified in writing to the Customer. Failure to receive any such notifications, as a result of hold mail instructions or otherwise, shall not invalidate them.

### Phone Banking and Internet Banking

Where applicable, personal identification numbers for phone and Electronic Banking Services ("Security Codes" as more fully defined in the Bank's Electronic Banking Terms and Conditions) will be dispatched to me/us at my/our own risk. I/We are aware that I/we may on my/our own change my/our Security Codes and undertake to keep the Security Codes strictly confidential. I/We will immediately change the relevant Security Code if any one of them becomes known to any other person.

I/We accept full responsibility and agree to be liable for all Transactions made using my/our Security Codes whether or not made with my/our knowledge or authority. I/We agree to waive all rights and remedies against the Bank in respect of all losses, damages and claims howsoever caused arising from or relating to the provision of phone and Electronic Banking Services (whether as a result of (a) unauthorised use of Security Codes, (b) error, defect, failure or interruption in the provision of the service, (c) acts, omissions, negligence or non-compliance with instructions on the part of the Bank or any other reasons).

### Investment Opportunity

I/We request the Bank to contact me/us in relation to any investment opportunity that the Bank considers may be of interest to me/us, but I/we acknowledge that the Bank shall not be obliged to do so.

Signed by Account Holder(s)

(1) _____ Name  KISHU N. UTTAMCHANDANI
(2) _____ Name  PRERNA VINOD UTTAMCHANDANI
(3) _____ Name  _____
(4) _____ Name  _____

(For individual or joint accounts, all account holders must sign. For sole proprietorships, the sole proprietor must sign.)

Date  04.09.2008