All signatures on the account must sign the application beside X.

## Personal Information

Name of Account: JITENDRA GOPALDAS &/OR
GOPAL GANGARAM BHATIA &/OR KISHANCHAND
GANGARAM BHATIA &/OR NIRMALA KISHANCHAND

Residence Addre

*Personal Information
Redacted*

Mailing Address
(If different from
residence) _____

## Passport Information

(Please provide copies of your passport)

Name: JITENDRA   Nationality: INDIAN
GOPALDAS    Number: _____

Name: GOPAL   Nationality INDIAN
GANGARAM BHATIA    Number: _____

Name: KISHANCHAND   Nationality: INDIAN
GANGARAM BHATIA    Number: _____

Name: NIRMALA   Nationality INDIAN
KISHANCHAND    Number: _____

## Business Information

Occupation: _____

Line of Business: _____

Business Address: *Personal Information
Redacted*

Home Telephone: _____

Office Telephone: _____

Telex/Fax Numbers: _____

Amex Cards:-

Personal Card No: _____ — x — c —

Platinum Card No: _____ — x — x —

Corporate Card No: _____ — x — x —

If U.S. Citizen or resident please enter U.S. social security
number: _____ — x —

## Joint Accounts – Individual Accounts only

(Please indicate as appropriate)

All transactions to be concluded with or through the
Bank (including the creation of any charge, assignment
or other encumbrance over any monies or other
property from time to time as security for the liabilities
of any person) in your names and the execution of any
. amendment or supplement to this agreement must be
authorized by the following signatories:

[✓] **ANY ONE** of the individuals signing on this
application

OR

[ ] **ANY TWO** of the individuals signing on this
application

OR

[ ] **ALL** of the individuals signing on this application

OR

[ ] **OTHER** (specify)
_____
_____

## Bank References

Name of Bank: _____

Full Address: _____

Contact Person: *Personal Information
Redacted*

Name of Bank: _____

Full Address: _ _____

Contact Person: _____

American Express Bank Ltd. is hereby irrevocably and
unconditionally authorized by you (the Customer) to
contact the above banks in order to obtain any reference
or other information required by the Bank (and for this
purpose the Bank may make disclosure of such
information as the Bank, in its sole discretion, consider
to be relevant for its purposes).

## Bank Use Only

Account Number: _____

CIF: _____ *71** _____

Details of Remittance: _____

RM in attendance: Surendran

Date of Meeting: _____

Location of Meeting: _____

All transactions to be concluded by you with or through the Bank shall be subject to the terms and conditions of this account application and the Private Banking Services Agreement. By signing this application, I acknowledge that I have received a copy of the Private Banking Services Agreement and that I have read and fully understand the terms.

## Signed, Sealed and Delivered By All Applicants

X _JGBhatia_
Print Name _JITENDRA GOPALDAS_

X _(signature)_
Print Name _GOPAL GANGARAM BHATIA_

X _C.R.Bhatia._
Print Name _KISHANCHAND GANGARAM BHATIA_

X _Nirmala Kishanchand._
Print Name _NIRMALA KISHANCHAND_

Date: _____

## Signed for American Express Bank Ltd.

Thank you for establishing an account with American Express Bank Ltd., Singapore. The General Banking and Investment services are immediately available.

Availability of Foreign Exchange and Credit Services will be as advised to you by American Express Bank Ltd., Singapore from time to time.

In the presence of Witness:

X _(signature)_
Print Name _SURENDRAN R. MENON_
Date: _12 MARCH 2003_

_(signature) Davis Seah 24/03_

Signed for American Express Bank Ltd.

X _(signature)_
Print Name _MORTEZA K. FARZANEH_
Date: _12 MARCH 2003_

# LETTER OF AUTHORITY – SPECIMEN SIGNATURE AND SIGNING INSTRUCTION

The Bank is hereby authorized to accept written instructions from the following authorized signatories given in the manner specified below concerning the operation of all of my Accounts and all other matters as provided for in this document between the Bank and me. This authority is to remain in full force and binding upon me until receipt by the Bank of written instructions from me to the contrary.

| Name of signatory & I.D. Card/Passport No. | AMERICAN EXPRESS BANK LTD | | SIGNATURE CARD |
|---|---|---|---|
| (1) Mr./Mrs./Miss | Title of Account(s) | Account(s) No.: | |
| (2) Mr./Mrs./Miss | (1) | (4) | Signing Instructions: ☐ Single ☐ Joint Any ☐ Special Instruction |
| (3) Mr./Mrs./Miss | (2) | (5) | |
| (4) Mr./Mrs./Miss | (3) | (6) | |
| (5) Mr./Mrs./Miss | Specimen Signatures | | |
| (6) Mr./Mrs./Miss | For Internal Use Only Signatures Witness By | Approved By        Date | Branch |
| | RM        Director | | Singapore |

## Telephone and Telefax Instructions

You authorize the Bank to accept your instructions in respect of any transaction by telephone and/or facsimile transmission in accordance with the terms of the Private Banking Services Agreement.

If you want this service all clients must sign below:

*JGBhatia*
Print Name | JITENDRA GOPALDAS

X *PBhatia*
Print Name | GOPAL GANGARAM BHATIA

X *KGBhatia*
Print Name | KISHANCHAND GANGARAM BHATIA

*Nirmala Kishanchand.*
Print Name | NIRMALA KISHANCHAND

## Hold Mail Instructions

You authorize the Bank to hold all correspondence relating to any account or transaction concluded with the Bank until collected by you (or in the case of a joint account by any one of you). The annual fee for such services will be as advised by the Bank from time to time.

If you want this service all clients must sign below:

X
Print Name

X
Print Name

X
Print Name

X
Print Name

## Confidentiality Waiver

You authorize the Bank to disclose details of your relationship with the Private Bank in Singapore to other American Express subsidiaries & affiliates for their confidential and internal use.

## Disclosure of Risks and Disclaimer

I confirm that I have read the section entitled "Disclosure of Risks and Disclaimer" of the Private Banking Services Agreement and fully understand it.

*JGBhatia*
Print Name | JITENDRA GOPALDAS

X *PBhatia*
Print Name | GOPAL GANGARAM BHATIA

X *KGBhatia.*
Print Name | KISHANCHAND GANGARAM BHATIA

*Nirmala Kishanchand.*
Print Name | NIRMALA KISHANCHAND

## Spousal Consent

I hereby consent to the charge of the assets in the account.

X
Print Name
Spouse of:

X
Print Name
Spouse of:

X
Print Name
Spouse of:

X
Print Name
Spouse of:

## Exemption from U.S. Withholding Tax

I hereby confirm that for tax purposes I am not a resident or citizen of the United States of America. Accordingly I request that interest paid or credited to balances with the Bank should not be reported to the U.S. internal revenue service. I will immediately advise the Bank should I become resident or citizen of the United States of America.