All transactions to be concluded by you with or through the Bank shall be subject to the terms and conditions of this account application and the Private Banking Agreement. By signing this application, I agree that I have received a copy of the Private Banking Services Agreement and that I have read and understand the terms.

**Signed, Sealed and Delivered By All Applicants**

X [signature]
First Name: Rajendra Patel

X Vasavadatta Patel
First Name: V. K. Patel

X
First Name:

X
First Name:

Date:

**Signed for American Express Bank Ltd.**

Thank you for establishing an account with American Express Bank Ltd., Singapore. The General Banking and Investment services are immediately available.

Availability of Foreign Exchange and Credit Services will be on such level as you by American Express Bank Ltd., Singapore seem time to time.

In the presence of Witness:

X [signature]
Print Name: C. N. Jagannathan
Date: 13/4/04

[signature]
Doris Cash

Signed for American Express Bank Ltd.
X [signature]
Print Name: J. Gabaso / Jagabazon
Date: 14/4/04

## LETTER OF AUTHORITY – SPECIMEN SIGNATURE AND SIGNING INSTRUCTION

The Bank is hereby authorized to accept written instructions from the following authorized signatories given in the manner specified below concerning the operation of all of my Accounts and all other matters as provided for in this document between the Bank and me. This authority is to remain in full force and binding upon me until receipt by the Bank of written instructions from me to the contrary.

| Names of signatory & I.D. Card/Passport No. | AMERICAN EXPRESS BANK LTD | | SIGNATURE CARD |
|---|---|---|---|
| | Title of Account | | Account No. |
| Mr./Mrs./Miss Patel | (a) | (b) | [signature] |
| Mr./Mrs./Miss Patel | (c) | (d) | V.K. Patel |
| Mr./Mrs./Miss | (e) | Specimen Signature | |
| Mr./Mrs./Miss | For Internal Use Only Approved, Witnessed By | Approved By | Date |
| Mr./Mrs./Miss | [signature] C.N. Jabaraj 13/4/04 | Mlutaj | |



Applicable law requires certain financial institutions to obtain, verify and record information that identifies each person who opens an account. When you apply for an account, we will ask for your name, address, date of birth, and other information that will allow us to verify your identity.

## Private Bank Account Application

I hereby request to establish an account relationship with American Express Bank Ltd, Singapore. I agree to be bound by the terms and conditions of this application and the Private Banking Services Agreement.

The following services are available:

**General Banking**
- Current Account
- Call Deposit
- Time Deposit
- Fiduciary Investments
- Deposit Currency Conversion

**Investments**
- Security Advisory Service
- Custodian Service
- Securities Lending
- Strategic Deposits
- Precious Metals
- Discretionary Portfolio Management

The Bank will advise you on the availability of Foreign Exchange and Credit Services.

**Foreign Exchange & Derivatives**
- Spot Foreign Exchange
- Forward Foreign Exchange
- Foreign Exchange, Metal & Option Trading
- Foreign Exchange Options

**Credit Services**
- Loans and Advances
- Share Margin Trading
- Other Credit Services

### New Products and Services

The Bank may introduce and provide new services from time to time. The terms and conditions governing such services shall be notified in writing to the Customer. Failure to receive any such notifications, as a result of hold mail instructions or otherwise, shall not invalidate them.

# Customer Profile

All signatures on the account must sign the application beside X.

## Personal Information

Name of Account: **OSTRAOKA PATEL**

**Personal Information Redacted**

## Passport Information

(Please provide copies of your passport)

Name: /RKADPR  Nationality:
WILDAN PATEL  Number:
Name: VRHANGRI  Nationality:
PATEL  Number:
Name: _____ Nationality: _____
Number: _____
Name: _____ Nationality: _____
Number: _____

## Business Information

Occupation:
Line of Business:
Business Address:

**Personal Information Redacted**

Home Telephone:
Office Telephone:
Fax/Tax Numbers:

Yes  No
□    □  and Fax _____
Primary Card No: _____
Separate Card No: _____

U.S. Citizen or resident please enter U.S. social security number: _____

## Bank Use Only

Account Number: _____
IP: _____
Code of Remittance: _____

## Joint Accounts – Individual Accounts only
(Please indicate as appropriate)

All transactions to be conducted with or through the Bank (including the creation of any charge, assignment or other encumbrance over any monies or other property from time to time or security for the liabilities of any account in your name) and the execution of any amendment or supplement to this agreement must be authorized by the following signatories:

☑ ANY ONE of the individuals signing on this application
OR
☐ ANY TWO of the individuals signing on this application
OR
☐ ALL of the individuals signing on this application
OR
☐ OTHER (specify):

## Bank References

Name of Bank: **ATTACHED LETTER**
Full Address: _____
Contact Person: _____

Name of Bank: _____
Full Address: _____
Contact Person: _____

American Express Bank Ltd. is hereby irrevocably and unconditionally authorized by you (the Customer) to contact the above banks in order to obtain any reference or other information required by the Bank (and for this purpose the Bank may make disclosure of such information of the Bank, in its sole discretion, consider to be relevant for its purposes).

RM in attendance: **C. KARGURTHUR**
Date of Meeting: **3/1/02  M/1/02**
Location of Meeting: **INDIA**

## Telephone and Telefax Instructions

You authorize the Bank to accept your instructions in respect of any transaction by telephone and/or facsimile transmission in accordance with the terms of the Private Banking Services Agreement.

If you want this service all clients must sign below:

X _____ (signature)
Print Name: **PP ROSHANA PATEL**

X **V.K. Patel**
Print Name: **VRHANA PATEL**

X _____
Print Name: _____

X _____
Print Name: _____

## Hold Mail Instructions

You authorize the Bank to hold all correspondence relating to your account or transactions conducted with the Bank until collected by you or in the case of a joint account by any one of you. The annual fee for such services will be as advised by the Bank from time to time.

If you want this service all clients must sign below:

X _____ (signature)
Print Name: **PP ROSHANA PATEL**

X **V.K. Patel**
Print Name: **VRHANA PATEL**

X _____
Print Name: _____

X _____
Print Name: _____

## Confidentiality Waiver

You authorize the Bank to disclose details of your relationship with the Private Bank in Singapore to other American Express subsidiaries & affiliates for their confidential and internal use.

## Disclosure of Risks and Disclaimer

I confirm that I have read the section entitled "Disclosure of Risks and Disclaimer" of the Private Banking Services Agreement and fully understand it.

X _____ (signature)
Print Name: **PP ROSHANA PATEL**

X **V.K. Patel**
Print Name: **VRHANA PATEL**

X _____
Print Name: _____

X _____
Print Name: _____

## Spousal Consent

I hereby consent to the charges of the name of the account.

X _____
Print Name/Spouse of: _____

X _____
Print Name/Spouse of: _____

X _____
Print Name/Spouse of: _____

X _____
Print Name/Spouse of: _____

## Exemption from U.S. Withholding Tax

I hereby confirm that for tax purposes I am not a resident or citizen of the United States of America. Accordingly I request that interest paid or credited to balances with the Bank should not be reported to the U.S. Internal Revenue Service. I will immediately advise the Bank should I become resident or citizen of the United States of America.