


## Private Bank Account Application

I hereby request to establish an account relationship with American Express Bank Ltd, Singapore. I agree to be bound by the terms and conditions of this application and the Private Banking Services Agreement.

The following services are available:

**General Banking**
- Current Account
- Call Deposit
- Time Deposit
- Fiduciary Investments
- Deposit Currency Conversion

**Investments**
- Security Advisory Service
- Custodian Service
- Securities Lending
- Strategic Deposits
- Precious Metals
- Discretionary Portfolio Management

The Bank will advise you on the availability of Foreign Exchange and Credit Services.

**Foreign Exchange & Derivatives**
- Spot Foreign Exchange
- Forward Foreign Exchange
- Foreign Exchange, Metal & Option Trading
- Foreign Exchange Options

**Credit Services**
- Loans and Advances
- Share Margin Trading
- Other Credit Services

### New Products and Services

The Bank may introduce and provide new services from time to time. The terms and conditions governing such services shall be notified in writing to the Customer. Failure to receive any such notification, as a result of hold mail instructions or otherwise, shall not invalidate them.

---

All transactions to be concluded by you with or through the Bank shall be subject to the terms and conditions of this account application and the Private Banking Services Agreement. By signing this application, I acknowledge that I have received a copy of the Private Banking Services Agreement and that I have read and do understand the terms.

**Signed, Sealed and Delivered By All Applicants**

Print Name: NIKESH P. DARYANI
Print Name: MIRASHA P. DARYANI

Date: 5 SEP 2000

**Signed for American Express Bank Ltd.**

Thank you for establishing an account with American Express Bank Ltd., Singapore. The General Banking and Investment services are immediately available.

Availability of Foreign Exchange and Credit Services will be as advised to you by American Express Bank Ltd., Singapore from time to time.

In the presence of Witness:
Print Name: JUGENDRAN R. MENON
Date: 05 SEP 2000

JUGENDRAN R. MENON
SENIOR DIRECTOR
AMERICAN EXPRESS BANK LTD.
P.O. BOX 2204, DUBAI, U.A.E.

Richard J Prins

Signed for American Express Bank Ltd.
Print Name: MORTEZA L. FARZANEH
GENERAL MANAGER
Date: 11 SEP 2000

### LETTER OF AUTHORITY – SPECIMEN SIGNATURE AND SIGNING INSTRUCTION

The Bank is hereby authorised to accept written instructions from the following authorised signatories in the manner specified below concerning the operation of all of our Accounts and all other matters as provided for in this document between the Bank and us. This authority is to remain in full force and binding upon us until receipt by the Bank of written instructions from us to the contrary.

| Name of signatory & I.D. Card/Passport No. | AMERICAN EXPRESS BANK LTD | | SIGNATURE CARD |
|---|---|---|---|

# Customer Profile

## Personal Information

NIKESH P DARYANI D/OR
NEELAM P DARYANI

Personal Information
Redacted

## Passport Information

NIKESH
\RAARAM DARYANI
\_\_\_ DARYANI
EELAM PREABRAM

## Business Information

## Bank Use Only

Account Number: ***701

## Joint Accounts

☒ ANY ONE of the undersigned signing on this application

☐ ANY TWO of the undersigned signing on this application

☐ ALL of the undersigned signing on this application

☐ OTHER

## Bank References

Personal Information
Redacted

## Telephone and Telefax Instructions

X _Nikesh Daryani_
Print Name: NIKESH P. DARYANI

X _N Daryani_
Print Name: NEELAM P. DARYANI

X — X — X — X — X
Print Name:

X — X — X — X — X
Print Name:

## Hold Mail Instructions

X — X — X — X — X
Print Name:

X — X — X — X — X
Print Name:

X — X — X — X — X
Print Name:

X — X — X — X — X
Print Name:

## Confidentiality Waiver

## Disclosure of Risks and Disclaimer

_Nikesh Daryani_
Print Name: NIKESH P. DARYANI

X: _N Daryani_
Print Name: NEELAM P. DARYANI

X — X — X — X — X
Print Name:

X — X — X — X — X
Print Name:

## Spousal Consent

X — X — X — X — X — X
Spouse of:

X — X — X — X — X — X
Spouse of:

X — X — X — X — X — X
Spouse of:

X — X — X — X — X — X
Spouse of:

## Exemption from U.S. Withholding Tax