***519

AKDR/DDR/RKDR
CHA

**AMERICAN EXPRESS BANK**

☐ Private Bank Account Application

I hereby request to establish an account relationship with American Express Bank Ltd, Singapore. I agree to be bound by the terms and conditions of this application and the Private Banking Services Agreement.

The following services are available:

| General Banking | Investments |
|---|---|
| Current Account | Security Advisory Service |
| Call Deposit | Custodian Service |
| Time Deposit | Securities Lending |
| Fiduciary Investments | Strategic Deposits |
| Deposit Currency Conversion | Precious Metals |
| | Discretionary Portfolio Management |

The Bank will advise you on the availability of Foreign Exchange and Credit Services.

| Foreign Exchange & Derivatives | Credit Services |
|---|---|
| Spot Foreign Exchange | Loans and Advances |
| Forward Foreign Exchange | Share Margin Trading |
| Foreign Exchange, Metal & Option Trading | Other Credit Services |
| Foreign Exchange Options | |

### New Products and Services

The Bank may introduce and provide new services from time to time. The terms and conditions governing such services shall be notified in writing to the Customer. Failure to receive any such notifications, as a result of hold mail instructions or otherwise, shall not invalidate them.

| COPY TO: | INITIAL DATE |
|---|---|
| PSDG-PB | |
| PSDG-CB | |
| HOLD MAIL | |
| SCANNED | 7/15/0 |
| PNR 7/10 | |

1

## Customer Profile

All signatures on the account must sign the application beside X.

### Personal Information

Name of Account: ASHOK KUMAR D. RAIPANCHOLIA &/or
DILIP D. RAIPANCHOLIA &/or RAJESH KUMAR D. RAIPANCHOLIA

Residence Address:

Mailing Address: Personal Information Redacted
(If different from residence)

### Passport Information

(Please provide copies of your passport)

Name: ASHOK KUMAR DAMODARDAS RAIPANCHOLIA  Nationality: INDIAN  Number:

Name: DILIP DAMODARDAS RAIPANCHOLIA  Nationality: INDIAN  Number:

Name: RAJESH KUMAR DAMODARDAS RAIPANCHOLIA  Nationality: INDIAN  Number:

Name: —X —X   Nationality: —X —   —X — X — Number: —X —

### Business Information

Occupation:
Line of Business:
Business Address: Personal Information Redacted

Home Telephone:
Office Telephone:
Telex/Fax Numbers:

Amex Cards:-

Personal Card No:
Platinum Card No:
Corporate Card No:

If U.S. Citizen or resident please enter U.S. social security number: — N.A. —

### Joint Accounts – Individual Accounts only
(Please indicate as appropriate)

All transactions to be concluded with or through the Bank (including the creation of any charge, assignment or other encumbrance over any monies or other property from time to time as security for the liabilities of any person) in your names and the execution of any amendment or supplement to this agreement must be authorized by the following signatories:

[X] ANY ONE of the individuals signing on this application

OR

[ ] ANY TWO of the individuals signing on this application

OR

[ ] ALL of the individuals signing on this application

OR

[ ] OTHER (specify)

### Bank References

Name of Bank:
Full Address: Personal Information Redacted

Contact Person:

Name of Bank:
Full Address:

Contact Person:

American Express Bank Ltd. is hereby irrevocably and unconditionally authorized by you (the Customer) to contact the above banks in order to obtain any reference or other information required by the Bank (and for this purpose the Bank may make disclosure of such information as the Bank, in its sole discretion, consider to be relevant for its purposes).

### Bank Use Only

Account Number:
CIF:
Details of Remittance:

RM in attendance:
Date of Meeting:
Location of Meeting:

2

## Telephone and Telefax Instructions

You authorize the Bank to accept your instructions in respect of any transaction by telephone and/or facsimile transmission in accordance with the terms of the Private Banking Services Agreement.

If you want this service all clients must sign below:

[X] *Ashok Domodar*
Print Name | ASHOK KUMAR D. RAIPANCHOLIA

X) *Dilip Damodar*
Print Name | DILIP D. RAIPANCHOLIA

[X] *Rajesh Damodar*
Print Name | RAJESH KUMAR D. RAIPANCHOLIA

X ——
Print Name |

## Hold Mail Instructions

You authorize the Bank to hold all correspondence relating to any account or transaction concluded with the Bank until collected by you (or in the case of a joint account by any one of you). The annual fee for such services will be as advised by the Bank from time to time.

If you want this service all clients must sign below:

X ——
Print Name |

X ——
Print Name |

X ——
Print Name |

X ——
Print Name |

## Confidentiality Waiver

You authorize the Bank to disclose details of your relationship with the Private Bank in Singapore to other American Express subsidiaries & affiliates for their confidential and internal use.

## Disclosure of Risks and Disclaimer

I confirm that I have read the section entitled "Disclosure of Risks and Disclaimer" of the Private Banking Services Agreement and fully understand it.

[X] *Ashok Domodar*
Print Name | ASHOK KUMAR D. RAIPANCHOLIA

X) *Dilip Damodar*
Print Name | DILIP D. RAIPANCHOLIA

[X] *Rajesh Damodar*
Print Name | RAJESH KUMAR D. RAIPANCHOLIA

X ——
Print Name |

## Spousal Consent

I hereby consent to the charge of the assets in the account.

X ——
Print Name
Spouse of: |

X ——
Print Name
Spouse of: |

X ——
Print Name
Spouse of: |

X ——
Print Name
Spouse of: |

## Exemption from U.S. Withholding Tax

I hereby confirm that for tax purposes I am not a resident or citizen of the United States of America. Accordingly I request that interest paid or credited to balances with the Bank should not be reported to the U.S. internal revenue service. I will immediately advise the Bank should I become resident or citizen of the United States of America.

All transactions to be concluded by you with or through the Bank shall be subject to the terms and conditions of this account application and the Private Banking Services Agreement. By signing this application, I acknowledge that I have received a copy of the Private Banking Services Agreement and that I have read and fully understand the terms.

**Signed, Sealed and Delivered By All Applicants**

[X] *Ashok Damodar* (signature)
Print Name: ASHOK KUMAR D. RAIPANCHOLIA

X *Dilip Damodar* (signature)
Print Name: DILIP D. RAIPANCHOLIA

[X] *Rajesh Damodar* (signature)
Print Name: RAJESH KUMAR D. RAIPANCHOLIA

X ———
Print Name:

Date: 18 FEB 2002

**Signed for American Express Bank Ltd.**

Thank you for establishing an account with American Express Bank Ltd., Singapore. The General Banking and Investment services are immediately available.

Availability of Foreign Exchange and Credit Services will be as advised to you by American Express Bank Ltd., Singapore from time to time.

In the presence of Witness:

X (signature)
Print Name: SURENDRAN R. MENON
Date: Feb. 20, 2002

(signature)
Richard J. Piliero

Signed for American Express Bank Ltd.
X (signature)
Print Name: MORTEZA K. FARZANEH, G.M.
Date: 22 FEB 2002

## LETTER OF AUTHORITY – SPECIMEN SIGNATURE AND SIGNING INSTRUCTION

The Bank is hereby authorized to accept written instructions from the following authorized signatories given in the manner specified below concerning the operation of all of my Accounts and all other matters as provided for in this document between the Bank and me. This authority is to remain in full force and binding upon me until receipt by the Bank of written instructions from me to the contrary.

| Name of signatory & I.D. Card/Passport No. | AMERICAN EXPRESS BANK LTD | | SIGNATURE CARD |
|---|---|---|---|
| (1) Mr./Mrs./Miss — X — | Title of Account(s) | Account(s) No.: | |
| (2) Mr./Mrs./Miss — X — | (1) — X — | (4) — X — — X — | Signing Instructions: ☐ Single ☐ Joint Any ___ ☐ Special Instruction |
| (3) Mr./Mrs./Miss — X — | (2) — X — | (5) — X — — X — | |
| (4) Mr./Mrs./Miss — X — | (3) — X — Specimen Signatures | (6) — X — | |
| (5) Mr./Mrs./Miss — X — | For Internal Use Only Signatures Witness By — X — | Approved By ___ Date — X — | Branch ___ Singapore |
| (6) Mr./Mrs./Miss — X — | RM | Director | |