***481

## Customer Profile

All signatures on the consent must sign the application beside X.

### Personal Information

Personal Information Redacted

Mailing Address
(if different from residence)

### Passport Information

(Please provide copies of your passport)

Name: VIKAS  Nationality: INDIAN
PREMSONS DARYANI/ Number: 
Name: NEELAM  Nationality: INDIAN
PREMRAM DARYANI/ Number: Z-1149184

Name: — x —  Nationality: — x —
Name: — x —  Number: — x —
Name: — x —  Nationality: — x —
Name: — x —  Number: — x —

### Business Information

Occupation:
Line of Business:
Business Address:

Home Telephone:
Office Telephone:
Telex/Fax Numbers:

Credit Cards:
 Personal Card No:
 Amex Card No: — x —
 Corporate Card No: — x —

If U.S. Citizen or resident please enter U.S. social security number: — N.A. —

### Bank Use Only

Account Number:
CIF:
Details of Remittance:

### Joint Accounts – Individual Accounts only
(Please indicate as appropriate)

All transactions to be concluded with or through the Bank (including the creation of any charge, assignment or other encumbrance over any monies or other property from time to time as security for the liabilities of any person) in your names and the execution of any amendment or supplement to this agreement must be authorized by the following signatures:

[X] ANY ONE of the individuals signing on this application

OR

[ ] ANY TWO of the individuals signing on this application

OR

[ ] ALL of the individuals signing on this application

OR

[ ] OTHER (specify):

### Bank Reference

Name of Bank:
Full Address:

Contact Person: Personal Information Redacted
Name of Bank:
Full Address:

Contact Person:

American Express Bank Ltd. is hereby irrevocably and unconditionally authorized by you (the Customer) to contact the above banks in order to obtain any references or other information required by the Bank (and for this purpose the Bank may make disclosure of such information as the Bank, in its sole discretion, considers to be relevant for its purposes).

RM in attendance: Sharolyna Newson
Date of Meeting:
Location of Meeting:

### Telephone and Telefax Instructions

You authorize the Bank to accept your instructions in respect of any transactions by telephone and/or facsimile transmission in accordance with the terms of the Private Banking Services Agreement.

If you want this service all clients must sign below:

X _____ Print Name: VIKAS P. DARYANI
X _____ Print Name: NEELAM P. DARYANI
X — x — x — x —  Print Name:
X — x — x — x —  Print Name:

### Hold Mail Instructions

You authorize the Bank to hold all correspondence relating to any account or transaction conducted with the Bank until collected by you (or in the case of a joint account by any one of you). The annual fee for such service will be as advised by the Bank from time to time.

If you want this service all clients must sign below:

X — x — x — x —  Print Name:
X — y — x — x —  Print Name:
X — x — x — x —  Print Name:
X — x — x — x —  Print Name:

### Confidentiality Waiver

You authorize the Bank to disclose details of your relationship with the Private Bank in Singapore to other American Express subsidiaries & affiliates for their confidential and internal use.

### Disclosure of Risks and Disclaimer

I confirm that I have read the section entitled "Disclosure of Risks and Disclaimer" of the Private Banking Services Agreement and fully understand it.

X _____ Print Name: VIKAS P. DARYANI
X _____ Print Name: NEELAM P. DARYANI
X — x — x — x —  Print Name:
X — x — x — x —  Print Name:

### Spousal Consent

I hereby consent to the charge of the assets to the account.

X — x — x — x —  Print Name/Spouse of:
X — x — x — x —  Print Name/Spouse of:
X — x — x — x —  Print Name/Spouse of:
X — x — x — x —  Print Name/Spouse of:

### Exemption from U.S. Withholding Tax

I hereby confirm that for tax purposes I am not a resident or citizen of the United States of America. Accordingly I request that interest paid or credited to balances with the Bank should not be reported to the U.S. Internal revenue service. I will immediately advise the Bank should I become resident or citizen of the United States of America.

2

All connections to be conducted by you with or through the Bank shall be subject to the terms and conditions of this renewed application and the Private Banking Services Agreement. By signing this application, I acknowledge that I have received a copy of the Private Banking Services Agreement and that I have read and fully understand the terms.

**Signed, Sealed and Delivered
By All Applicants**

Print Name: VIKAS P. DARYANI

Print Name: NEELAM P. DARYANI

Print Name: X — X — X — X

Print Name: X — X — X — X

Date: JANUARY 19, 2003

**Signed for American Express Bank Ltd.**

Thank you for establishing an account with American Express Bank Ltd., Singapore. The General Banking and Investment services are immediately available.

Availability of Foreign Exchange and Credit Services will be as advised to you by American Express Bank Ltd., Singapore from time to time.

In the presence of Witness

Print Name: JAGDISH L. MEHER

Date: 20 JAN 2003

Signed for American Express Bank Ltd.

Print Name: MORTEZA L. FARRAMRZ, G.M.

Date: 21-JAN-2003

---

**LETTER OF AUTHORITY – SPECIMEN SIGNATURE AND SIGNING INSTRUCTION**

The Bank is hereby authorized to accept written instructions from the following authorized signatories given in the manner specified below concerning the operation of all of my Accounts and all other matters as provided for in this document between the Bank and me. This authority is to remain in full force and binding upon me until receipt by the Bank of written instructions from me to the contrary.

| Name of Signatory & I.D. Card/Passport No. | AMERICAN EXPRESS BANK LTD | | SIGNATURE CARD |
|---|---|---|---|
| (1) Mr./Mrs./Miss | Title of Account | Account No | Opening Instructions: Single / Joint Any / Special Instructions |
| (2) Mr./Mrs./Miss | | | |
| (3) Mr./Mrs./Miss | Specimen Signature | | |
| (4) Mr./Mrs./Miss | For Internal Use Only Signature Verified By: Approved By: Date: Branch: Singapore | | |
| (5) Mr./Mrs./Miss | Initial: Director: | | |

---


AMERICAN EXPRESS BANK


| COPY TO: | |
|---|---|
| PSDG-PB | |
| PSDG-CB | |
| HOLD MAIL | ✓ |
| SCANNER | ✓ |


N741

**Private Bank Account Application**    ***481

I hereby request to establish an account relationship with American Express Bank Ltd, Singapore. I agree to be bound by the terms and conditions of this application and the Private Banking Services Agreement.

The following services are available:

| General Banking | Investments |
|---|---|
| Current Account | Security Advisory Service |
| Call Deposit | Custodian Service |
| Time Deposit | Securities Lending |
| Fiduciary Investments | Strategic Deposits |
| Deposit Currency Conversion | Precious Metals |
| | Discretionary Portfolio Management |

The Bank will advise you on the availability of Foreign Exchange and Credit Services.

| Foreign Exchange & Derivatives | Credit Services |
|---|---|
| Spot Foreign Exchange | Loans and Advances |
| Forward Foreign Exchange | Share Margin Trading |
| Foreign Exchange, Metal & Option Trading | Other Credit Services |
| Foreign Exchange Options | |

**New Products and Services**

The Bank may introduce and provide new services from time to time. The terms and conditions governing such services shall be notified in writing to the Customer. Failure to receive any such notifications, as a result of hold mail instructions or otherwise, shall not invalidate them.