All transactions to be concluded by you with or through the Bank shall be subject to the terms and conditions of this account application and the Private Banking Services Agreement. By signing this application, I acknowledge that I have received a copy of the Private Banking Services Agreement and that I have read and fully understand the terms.

**Signed for American Express Bank Ltd.**

Thank you for establishing an account with American Express Bank Ltd., Singapore. The General Banking and Investment services are immediately available.

Availability of Foreign Exchange and Credit Services will be as advised to you by American Express Bank Ltd., Singapore from time to time.

In the presence of Witness:

X _____

Print Name: _JESSICA SHANMAR_

Date: _25/05/03_

**Signed, Sealed and Delivered**
**By All Applicants**

X _____ HASAN M. BHATIA

Print Name: _____

X _____

Print Name: _AMATH SUREEE MANILAL_

X _____

Print Name: _KUSUM WACAR_

X _____

Print Name: _BHARAT CHANANDA_

Date: _May 15 2003_

X _____

Print Name: _____

Date: _29/05/03_

**Signed for Applicant Express Bank Ltd.**

X _____

Print Name: _JAGADANG R. MENON_

_May 25, 0_

## LETTER OF AUTHORITY – SPECIMEN SIGNATURE AND SIGNING INSTRUCTION

The Bank is hereby authorized to accept written instructions from the following authorized signatories given in the manner specified below concerning the operation of all of my Accounts and all other matters as provided for in this document between the Bank and me. This authority is to remain in full force and binding upon me until receipt by the Bank of written instructions from me to the contrary.

| Name of signatory & I.D. Card/Passport No. (1) Mr./Mrs./Miss | AMERICAN EXPRESS BANK LTD | | SIGNATURE CARD |
|---|---|---|---|
| | Title of Account(s) | Account(s) No. | |
| (1) Mr./Mrs./Miss | (1) | (4) | Signing Instructions □ Single □ Joint: any ___ Special Instruction |
| (2) Mr./Mrs./Miss | (2) | (5) | |
| (3) Mr./Mrs./Miss | (3) Specimen Signature | (6) | |
| (4) Mr./Mrs./Miss | For Internal Use Only Signature Verified by: ___ Approved by: ___ Date: ___ Branch: ___ Singapore | | |

---



## Private Bank Account Application

I hereby request to establish an account relationship with American Express Bank Ltd., Singapore. I agree to be bound by the terms and conditions of this application and the Private Banking Services Agreement.

The following services are available:

**General Banking**

- Current Account
- Call Deposit
- Time Deposit
- Fiduciary Investments
- Deposit Currency Conversion

**Investments**

- Security Advisory Service
- Custodian Service
- Securities Lending
- Strategic Deposits
- Precious Metals
- Discretionary Portfolio Management

The Bank will advise you on the availability of Foreign Exchange and Credit Services.

**Foreign Exchange & Derivatives**

- Spot Foreign Exchange
- Forward Foreign Exchange
- Foreign Exchange, Metal & Option Trading
- Foreign Exchange Options

**Credit Services**

- Loans and Advances
- Share Margin Trading
- Other Credit Services

### New Products and Services

The Bank may introduce and provide new services from time to time. The terms and conditions governing such services shall be notified to the Customer. Failure to receive any such notifications, as a result of hold mail instructions or otherwise, shall not invalidate them.

## Customer Profile

All signatures on the account must sign the application beside X.

### Personal Information

Name of Account

**Personal Information
Redacted**

Mailing Address
If different from
residence

### Passport Information

(Please provide copies of your passport)

| | | | |
|---|---|---|---|
| Name | ARJAN MOHANDAS BHATIA | Nationality | INDIAN |
| Name | SHARDA ARJAN S BHATIA | Nationality | INDIAN |
| Name | RENIA MOHANDAS BHATIA | Nationality | INDIAN |
| Name | BHARAT MOHANDAS | Nationality | INDIAN |

### Business Information

Occupation
Line of Business
Business Address

Home Telephone
Office Telephone
Telex/Fax Number

Personal Card No. — N.A.
Platinum Card No. — N.A.
Corporate Card No. — N.A.

If U.S. Citizen or resident please enter U.S. social security number — N.A.

### Bank Use Only

| | |
|---|---|
| Account Number | ***846 |
| CIF | |
| Details of Remittance | |

RM to introduce account
Date of Meeting
Location of Meeting

### Joint Accounts – Individual Accounts only

(Please indicate as appropriate)

All transactions to be conducted with or through the bank (including the creation of any charge, assignment or other encumbrance over any moneys or other property from time to time as security for the liabilities of any person) in your names and the execution of any amendment or supplement to this agreement must be authorized by the following signatories:

[ ] ANY ONE of the individuals signing on this application

OR

[X] ANY TWO of the individuals signing on this application

OR

[ ] ALL of the individuals signing on this application

OR

[ ] OTHER (specify)

### Bank References

Name of Bank
Full Address

**Personal Information
Redacted**

Contact Person

Name of Bank
Full Address
Contact Person

American Express Bank Ltd. is hereby irrevocably and unconditionally authorized by you (the Customer) to contact the above banks in order to obtain any reference or other information required by the Bank (and for this purpose the Bank may make disclosure of such information on the Bank, to its sole discretion, consider to be relevant for the purpose).

*Sheela Shankar*

### Telephone and Telefax Instructions

We authorize the Bank to accept your instructions in respect of any transaction by telephone and/or facsimile transmission in accordance with the terms of the Private Banking Services Agreement.

If you want this service all clients must sign below:

Print Name — ARJAN M BHATIA
Print Name — SHARDA ARJAN S BHATIA
Print Name — RENIA BHATIA
Print Name — BHARAT MOHANDAS

### Hold Mail Instructions

We authorize the Bank to hold all correspondence relating to any account or transaction concluded with the Bank until authorized by you (or in the case of a joint account by any one of you). The annual fee for such services will be as advised by the Bank from time to time.

If you want this service all clients must sign below:

Print Name
Print Name
Print Name
Print Name

### Confidentiality Waiver

We authorize the Bank to disclose details of your relationship with the Private Bank in Singapore to other American Express subsidiaries or affiliates for their confidential and internal use.

### Disclosure of Risks and Disclaimer

I confirm that I have read the section entitled "Disclosure of Risks and Disclaimer" of the Private Banking Services Agreement and fully understand it.

Print Name — ARJAN M. BHATIA
Print Name — SHARDA ARJAN S BHATIA
Print Name — RENIA BHATIA
Print Name — BHARAT MOHANDAS

### Spousal Consent

I hereby consent to the charge of the assets to the account.

Print Name
Spouse of
Print Name
Spouse of
Print Name
Spouse of

### Exemption from U.S. Withholding Tax

I hereby confirm that for the purposes I am not a resident or citizen of the United States of America. Accordingly I request that interest paid or credited to be/accrue with the Bank should not be reported to the U.S. internal revenue service. I will immediately advise the Bank should I become resident or citizen of the United States of America.