# Customer Profile

All signatures on the account must sign the application beside X.

## Personal Information

Name of Account: _PARASRAM S. DARYANI &/or NEELAM_
_DARYANI &/or VIKAS P. DARYANI &/or NIKESH P. DARYANI_

Residence Address:

**Personal Information
Redacted**

Mailing Address: _____
(If different from
residence) _____

## Passport Information

(Please provide copies of your passport)

Name: _PARASRAM_         Nationality: _INDIAN_
_DARYANI_                Number: _____

Name: _NEELAM_           Nationality: _INDIAN_
_PARASRAM DARYANI_       Number: _____

Name: _VIKAS_            Nationality: _INDIAN_
_PARASRAM DARYANI_       Number: _____

Name: _NIKESH_           Nationality: _INDIAN_
_PARASRAM DARYANI_       Number: _____

## Business Information

Occupation: __

Line of Business:

Business Address:

**Personal Information
Redacted**

Home Telephone:

Office Telephone:

Telex/Fax Numbers:

Amex Cards:-

Personal Card No: _____

Platinum Card No: _____ — x —

Corporate Card No: _____ — x —

If U.S. Citizen or resident please enter U.S. social security
number: _____ — N.A —

## Joint Accounts – Individual Accounts only

(Please indicate as appropriate)

All transactions to be concluded with or through the
Bank (including the creation of any charge, assignment
or other encumbrance over any monies or other
property from time to time as security for the liabilities
of any person) in your names and the execution of any
amendment or supplement to this agreement must be
authorized by the following signatories:

☒ ANY ONE of the individuals signing on this
application

    OR

☐ ANY TWO of the individuals signing on this
application

    OR

☐ ALL of the individuals signing on this application

    OR

☐ OTHER (specify)

_____

_____

## Bank References

Name of Bank:

Full Address:

Contact Person:

**Personal Information
Redacted**

Name of Bank:

Full Address:

Contact Person:

American Express Bank Ltd. is hereby irrevocably and
unconditionally authorized by you (the Customer) to
contact the above banks in order to obtain any reference
or other information required by the Bank (and for this
purpose the Bank may make disclosure of such
information as the Bank, in its sole discretion, consider
to be relevant for its purposes).

## Bank Use Only

Account Number: _____

CIF: _____

Details of Remittance: _____

RM in attendance: _____

Date of Meeting: _____

Location of Meeting: _____

## Telephone and Telefax Instructions

You authorize the Bank to accept your instructions in respect of any transaction by telephone and/or facsimile transmission in accordance with the terms of the Private Banking Services Agreement.

If you want this service all clients must sign below:

X _____
Print Name  PARASRAM S. DARYANI

X _____
Print Name  NEELAM P. DARYANI

X _____
Print Name  VIKAS P. DARYANI

X _____
Print Name  NIKESH P. DARYANI

## Hold Mail Instructions

You authorize the Bank to hold all correspondence relating to any account or transaction concluded with the Bank until collected by you (or in the case of a joint account by any one of you). The annual fee for such services will be as advised by the Bank from time to time.

If you want this service all clients must sign below:

X _____
Print Name

X _____
Print Name

X _____
Print Name

X _____
Print Name

## Confidentiality Waiver

You authorize the Bank to disclose details of your relationship with the Private Bank in Singapore to other American Express subsidiaries & affiliates for their confidential and internal use.

## Disclosure of Risks and Disclaimer

I confirm that I have read the section entitled "Disclosure of Risks and Disclaimer" of the Private Banking Services Agreement and fully understand it.

X _____
Print Name  PARASRAM DARYANI

X _____
Print Name  NEELAM P. DARYANI

X _____
Print Name  VIKAS P. DARYANI

X _____
Print Name  NIKESH P. DARYANI

## Spousal Consent

I hereby consent to the charge of the assets in the account.

X _____
Print Name
Spouse of:

X _____
Print Name
Spouse of:

X _____
Print Name
Spouse of:

X _____
Print Name
Spouse of:

## Exemption from U.S. Withholding Tax

I hereby confirm that for tax purposes I am not a resident or citizen of the United States of America. Accordingly I request that interest paid or credited to balances with the Bank should not be reported to the U.S. Internal revenue service. I will immediately advise the Bank should I become resident or citizen of the United States of America.

All transactions to be concluded by you with or through the Bank shall be subject to the terms and conditions of this account application and the Private Banking Services Agreement. By signing this application, I acknowledge that I have received a copy of the Private Banking Services Agreement and that I have read and fully understand the terms.

## Signed, Sealed and Delivered By All Applicants

X ~~Paras Ds~~

Print Name   PARASRAM DARYANI

X  N. Daryani

Print Name   NEELAM  P.  DARYANI

Vicky Daryani

Print Name   VIKAS  P.  DARYANI

Nikesh Daryani

Print Name   NIKESH  P.  DARYANI

Date: _____

## Signed for American Express Bank Ltd.

Thank you for establishing an account with American Express Bank Ltd., Singapore. The General Banking and Investment services are immediately available.

Availability of Foreign Exchange and Credit Services will be as advised to you by American Express Bank Ltd., Singapore from time to time.

In the presence of Witness:

X _____

Print Name   SURENDRAN  R. MENON

Date:  AUGUST 11, '04

Signed for American Express Bank Ltd.

X _____

Print Name   MORTEZA  K.  FARZANEH,  G.M.

Date:  AUG. 12, 04

## LETTER OF AUTHORITY – SPECIMEN SIGNATURE AND SIGNING INSTRUCTION

The Bank is hereby authorized to accept written instructions from the following authorized signatories given in the manner specified below concerning the operation of all of my Accounts and all other matters as provided for in this document between the Bank and me. This authority is to remain in full force and binding upon me until receipt by the Bank of written instructions from me to the contrary.

| Name of signatory & I.D. Card/Passport No. | AMERICAN EXPRESS BANK LTD | | SIGNATURE CARD |
|---|---|---|---|
| (1) Mr./Mrs./Miss | | | |
| | Title of Account(s) | Account(s) No.: | |
| (2) Mr./Mrs./Miss | (1)     X | (4)     X | Signing Instructions: ☐ Single ☐ Joint, Any _____ ☐ Special Instruction |
| (3) Mr./Mrs./Miss | (2)     X | (5)     X | |
| (4) Mr./Mrs./Miss | (3)     X | (6) | |
| | | Specimen Signatures | |
| (5) Mr./Mrs./Miss | For Internal Use Only Signatures Witness By     Approved By     Date | | ½   Branch |
| (6) Mr./Mrs./Miss | RM     Director | | Singapore |

14