

# AMERICAN EXPRESS BANK

## Corporate Data & Conditions

**Name of Account:**
TRADEWAVES LTD.

**Country and Date of incorporation:**
BRITISH VIRGIN ISLANDS, MARCH 27, 2001

**Registered Address:**

Personal Information Redacted

**Principal Place of Business:**

Personal Information Redacted

**Phone/Telex/Cable/Fax:**

Personal Information Redacted

**Type of Business:**

Personal Information Redacted

**Name and Designations of Principal Officers:**

MR. RUPANI HARISH TIKAMDAS

MRS. LAJU HARISH RUPANI

— x — x — x —

— x — x — x —

**Names and Specimen Signatures of authorised operators of the Account:**

X *[signature]*
Print Name: RUPANI HARISH TIKAMDAS

X *[signature]*
Print Name: LAJU HARISH RUPANI

X — x — x — x — x —
Print Name:

X — x — x — x — x —
Print Name:

**Documents required:**

Attached to this application are:-

(1) Notarially certified copies of our Certificate of Incorporation and Memorandum and Articles of Association or other constitutive documents.

(2) Certified copies of the Corporate Resolution authorising the establishment and operation of the Account.

(3) A list, certified by the Secretary or other equivalent officer of the Company as to the names, addresses, passport numbers, nationalities and designations of all current officers of the Company.

## Resolutions for Opening of Account

To: American Express Bank Ltd.
Singapore

Re: TRADEWAVES LTD.
("the Company")

We hereby certify that on the _____ day of _____ 19_____ the following resolutions were duly passed by the directors and duly recorded in the Minute Book and are in accordance with the Company's constitutive documents:

It was resolved:-

1. That an Account be opened with American Express Bank Ltd., Singapore on the terms and conditions of its Private Banking Services Agreement (the "Contract"), a copy whereof has been presented to the Board, as the same may be amended or supplemented from time to time.

2. That any of the officers of the Company named herein, acting:
   - [X] Singly
   - [ ] Jointly
   - [ ] Other, Please specify

   _____

   be authorised to open and operate the Account and to utilize any or all of the services offered by the Bank from time to time in connection with the Account and in that connection to give instructions to the Bank verbally or by facsimile.

3. That any of the officers named below be and are hereby authorised to utilise the credit facilities, if any, available to the Company from time to time in connection with the Account and to borrow, on the Company's behalf, to such extent and for such purposes as may be agreed with the Bank from time to time.

4. That the assets of the Company subject to the Contract be charged to the Bank in accordance with the Contract to support any borrowing granted to or utilised by the Company and that the authorized signatories of the Company be and are hereby authorized to execute on the Company's behalf such further charges, letters of set-off or other security documents as the Bank may from time to time require.

5. This authority shall remain in force and be binding on the Company until receipt by the Bank of any notice of revocation. Any variation in the list of authorised signatories or operators to the Company's account(s) supplied to the Bank from time to time shall unless it is otherwise stated be deemed to be made hereunder.

6. That the common seal of the Company be affixed to a copy of these resolutions by way of further ratification of the decisions made and authorities granted hereby.

Specimen Signature

X _[signature]_
Print Name | RUPANI HARISH TIKAMDAS |

X _[signature]_
Print Name | LAJU HARISH RUPANI |

X — X — X — X —
Print Name |                        |

X — X — X — X —
Print Name |                        |

Date: _____ 19____

Signature of Chairman/Director

X _[signature]_
Print Name | RUPANI HARISH TIKAMDAS |

Signature of Secretary _[signature]_

X
Print Name | LAJU HARISH RUPANI |

The Common Seal of the Company was hereto affixed on the _____ day of _____ 19 _____
in the presence of:

_[signature]_
Director

_[signature]_
Secretary


**AMERICAN EXPRESS BANK**

## Corporate Data & Conditions

**Name of Account:** TRADEWAVES LTD.

**Country and Date of Incorporation:** BRITISH VIRGIN ISLANDS, MARCH 27, 2001

**Registered Address:**

Personal Information Redacted

**Principal Place of Business:**

Personal Information Redacted

**Phone/Telex/Cable/Fax:**

Personal Information Redacted

**Type of Business:**

Personal Information Redacted

**Name and Designations of Principal Officers:**

MR. RUPANI HARISH TIKAMDAS

MRS. LAJU HARISH RUPANI

**Names and Specimen Signatures of authorised operators of the Account:**

Print Name: RUPANI HARISH TIKAMDAS

Print Name: LAJU HARISH RUPANI

**Documents required:**

Attached to this application are:-

(1) Notarially certified copies of our Certificate of Incorporation and Memorandum and Articles of Association or other constitutive documents.

(2) Certified copies of the Corporate Resolution authorising the establishment and operation of the Account.

(3) A list, certified by the Secretary or other equivalent officer of the Company as to the names, addresses, passport numbers, nationalities and designations of all current officers of the Company.

**Surendran R. Menon**
Senior Director
American Express Bank Ltd.

Personal Information Redacted




**AMERICAN EXPRESS BANK**

Applicable law requires certain financial institutions to obtain, verify and record information that identifies each person who opens an account. When you apply for an account, we will ask for your name, address, date of birth, and other information that will allow us to verify your identity.

## Corporate Data & Conditions

Name of Account:
TRADEWAVES LTD.

Country and Date of incorporation:
BRITISH VIRGIN ISLANDS, MARCH 27, 2001

Registered Address:

*Personal Information Redacted*

Principal Place of Business:

*Personal Information Redacted*

Phone/Telex/Cable/Fax:

*Personal Information Redacted*

Type of Business:

*Personal Information Redacted*

Name and Designations of Principal Officers:

RUPANI HARISH TIKAMDAS

LAJU HARISH RUPANI

Names and Specimen Signatures of authorised operators of the Account:

X _____
Print Name: RUPANI HARISH TIKAMDAS

X _____
Print Name: LAJU HARISH RUPANI

X _____
Print Name:

X _____
Print Name:

Documents required:

Attached to this application are:-

(1) Notarially certified copies of our Certificate of Incorporation and Memorandum and Articles of Association or other constitutive documents.

(2) Certified copies of the Corporate Resolution authorising the establishment and operation of the Account.

(3) A list, certified by the Secretary or other equivalent officer of the Company as to the names, addresses, passport numbers, nationalities and designations of all current officers of the Company.

Surendran R. Menon
Senior Director

(Representative Office)

*Personal Information Redacted*

## Resolutions for Opening of Account

To: American Express Bank Ltd.
    Singapore

Re: _Tradewaves Int_
    ("the Company")

We hereby certify that on the ____5th____ day of ____July____ 19 _2004_ the following resolutions were duly passed by the directors and duly recorded in the Minute Book and are in accordance with the Company's constitutive documents:

It was resolved:-

1. That an Account be opened with American Express Bank Ltd., Singapore on the terms and conditions of its Private Banking Services Agreement (the "Contract"), a copy whereof has been presented to the Board, as the same may be amended or supplemented from time to time.

2. That any of the officers of the Company named herein, acting:
   - [X] Singly
   - [ ] Jointly
   - [ ] Other, Please specify _____

   be authorised to open and operate the Account and to utilize any or all of the services offered by the Bank from time to time in connection with the Account and in that connection to give instructions to the Bank verbally or by facsimile.

3. That any of the officers named below be and are hereby authorised to utilise the credit facilities, if any, available to the Company from time to time in connection with the Account and to borrow, on the Company's behalf, to such extent and for such purposes as may be agreed with the Bank from time to time.

4. That the assets of the Company subject to the Contract be charged to the Bank in accordance with the Contract to support any borrowings required to be utilised by the Company and that the authorised signatories of the Company be and are hereby authorized to execute on the Company's behalf such further charges, letters of set-off or other security documents as the Bank may from time to time require.

5. This authority shall remain in force and be binding on the Company until receipt by the Bank of any notice of revocation. Any variation in the list of authorised signatories or operators to the Company's account(s) supplied to the Bank from time to time shall unless it is otherwise stated be deemed to be made hereunder.

6. That the common seal of the Company be affixed to a copy of these resolutions by way of further ratification of the decisions made and authorities granted hereby.

**Specimen Signatures**

X _[signature]_
Print Name: _Rizman_____

X _[signature]_
Print Name: _____

X
Print Name: _____

X
Print Name: _____

Date: _____

**Signature of Chairman/Director**

_[signature]_
Print Name: _Rizman_____

Signature of Secretary
Print Name: _____

The Common Seal of the Company was hereunto affixed
on the ____ day of _____ 19 __
in the presence of _[signature]_
Director
_[signature]_
Secretary