

The Standard Chartered
Private Bank

Standard Chartered Bank
**Private Banking**
6 Battery Road
27th Floor
Singapore 049909

tel **+65 6376 2000**
fax **+65 6224 6678**

3rd September 2008

Dear Client,

**New General Terms and Conditions, Credit Terms & Fee Schedule**

As you are aware, the business of American Express Bank, Singapore Branch ("**AEB**") has been transferred to Standard Chartered Bank, Singapore Branch ("**Standard Chartered**") with effect from 1 July 2008. As part of the integration of AEB with Standard Chartered, the existing account(s) currently maintained by you with AEB (the "**Transferred Account**") will be transferred to Standard Chartered. As a consequence of the transfer, The Standard Chartered Private Bank General Terms and Conditions, Credit Terms (if applicable to you) and Revised Fee Schedule will become effective from the date that you make your first transaction with the Transferred Account or 3rd October 2008 whichever is earlier.

We are pleased to enclose a copy of:

- The Standard Chartered Private Bank General Terms and Conditions
- The new Credit Terms that will apply to your credit facilities (if any)
- A summary of differences between The Standard Chartered Private Bank General Terms and Conditions and the AEB Terms and Conditions
- The Schedule of Fees and Charges

As a result of the transfer of your banking relationship with AEB, an entity incorporated in the United States of America, to Standard Chartered Bank, an entity incorporated in England, different withholding tax implications may arise. You are advised to seek your own independent tax advice relating to any possible tax consequences of such transfer.

Please note that if you wish to subscribe to any new Services (as listed in The Standard Chartered General Terms and Conditions), these new Services will be provided in accordance with The Standard Chartered Private Bank General Terms and Conditions, as amended from time to time. Please do not hesitate to contact your Relationship Manager in such event.

Should you have any queries on the enclosed documents, please do not hesitate to contact your Relationship Manager.

At The Standard Chartered Private Bank, we are dedicated to providing unsurpassed client service and will continue to provide customised solutions to meet all your wealth management needs.

Yours faithfully

Rajesh Malkani
Regional Head, South East Asia
The Standard Chartered Private Bank

The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank.