Excerpt from Standard Chartered Private Bank (Singapore) Mailing List

| CIF No. | Name 1 | ADDRESS.LINE.1 | ADDRESS.LINE.2 | ADDRESS.LINE.3 | ADDRESS.LINE.4 |
|---|---|---|---|---|---|
| | | | TRADEWAVES GROUP | | |
| ***363 | RAJENDRA MANUBHAI PATEL/ | VANDNADEVI PATEL | Personal Information Redacted | Personal Information Redacted | |
| ***017 | KISHU NATHURMAL UTTAMCHANDANI/UTTAMCHANDANI PRERNA VINOD | ROSHA TRADING CO (L L C) | Personal Information Redacted | Personal Information Redacted | |
| ***701 | NIKESH PARASRAM DARYANI/ | NEELAM PARASRAM DARYANI | Personal Information Redacted | Personal Information Redacted | |
| ***519 | ASHOK KUMAR D. RAIPANCHOLIA/ | DILIP D. RAIPANCHOLIA/ | RAJESH KUMAR D. RAIPANCHOLIA | Personal Information Redacted | |
| ***481 | VIKAS PARASRAM DARYANI/ | NEELAM PARASRAM DARYANI | Personal Information Redacted | Personal Information Redacted | |
| ***846 | ARJAN MOHANDAS BHATIA OR JTS | SURESH M BHATIA OR KISHIN MN BHATIA OR BHARAT MOHANDAS | Personal Information Redacted | Personal Information Redacted | |
| ***572 | TRADEWAVES LTD | C.O EAGLE EYE GRAIN TRADING CO. | Personal Information Redacted | Personal Information Redacted | |
| ***834 | PARASRAM DARYANI/NEELAM P DARYANI | VIKAS P DARYANI/NIKESH P DARYANI | Personal Information Redacted | Personal Information Redacted | |
| ***065 | AARVEE LIMITED | Personal Information Redacted | Personal Information Redacted | Personal Information Redacted | |
| | | | BHATIA GROUP | | |
| *52** | JAYASHREE/NIRMALA K BHATIA/ | KISHINCHAND GANGARAM BHATIA/ | GOPAL GANGARAM BHATIA | Personal Information Redacted | Personal Information Redacted |
| *71** | JITENDRA GOPALDAS/GOPAL GANGARAM B/ | KISHANCHAND GANGARAM B/ | NIRMALA KISHINCHAND | Personal Information Redacted | Personal Information Redacted |
| *74** | KISHANCHAND GANGARAM BHATIA/ | GOPAL GANGARAM BHATIA/ | PUSHPA GANGARAM BHATIA/ | MANDAKINI MANISH GAJARIA | Personal Information Redacted |