UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PASHA ANWAR, et al.,

        Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

        Defendants.

This Document Relates To: *Bhatia* v. *Standard Chartered International (USA) Ltd.*, No. 09-CV-2410; *Tradewaves Ltd.* v. *Standard Chartered International (USA) Ltd.*, No. 09-CV-9423

Master File No. 09-CV-118 (VM)

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, the Memorandum of Law of Standard Chartered International (USA) Ltd. and Standard Chartered PLC in Support of their Motion to Dismiss Plaintiffs' Complaints Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), 12(b)(6) and the Doctrine of Forum Non Conveniens (corrected copy) was electronically served to all counsel of record and the following counsel were served by FedEx:

    Michael J. Aguirre, Esq.,
    Maria C. Severson, Esq.,
    Christopher S. Morris, Esq.,
    Aguirre Morris and Severson LLP,
    444 West C Street Suite 210,
    San Diego, CA 92101.

    Vivian Margarita Arias, Esq.,
    Evelyn Harrison Seeler, Esq.,
    Crowell & Moring LLP (NYC),
    590 Madison Avenue,
    New York, NY 10022.

Raymond P. Boucher, Esq.,
Patrick A. DeBlase, Esq.,
Kiesel Boucher Larson LLP,
 8648 Wilshire Boulevard,
Beverly Hills, CA  90211.

Richard Eugene Brodsky, Esq.,
The Brodsky Law Firm,
66 West Flagler Street, 9th Floor,
Miami, FL  33130.

Robert Burlington, Esq.,
Jeffrey Bruce Crockett, Esq.,
Coffey Burlington,
Penthouse,
2699 South Bayshore Drive,
Miami, FL  33133.

Laurence Edward Curran, III,
4000 Ponce de Leon Boulevard,
Coral Gables, FL  33146.

Ricardo Gonzalez, Esq.,
Hilarie Bass, Esq.,
Greenberg Traurig,
1221 Brickell Avenue,
Miami, FL  33131.

Jorge Alejandro Mestre, Esq.,
Rivero Mestre & Castro,
2525 Ponce de Leon Blvd.,
Suite 1000,
Miami, FL  33134.

Michael Lawrence Simes, Esq.,
Mayer Brown LLP (DC),
1999 "K" Street, N.W.,
Washington, DC  20006.

Daniel S. Sommers, Esq.,
Cohen, Milstein, Sellers & Toll, P.L.L.C.,
1100 New York Avenue, N.W.,
Suite 500, West Tower,
Washington, DC  20005.

Catherine A. Torell, Esq.,
Cohen, Milstein, Sellers & Toll, P.L.L.C.,
150 East 52nd Street, 30th Floor,
New York, NY 10022.

Steven Wolowitz, Esq.,
Joseph De Simone, Esq.,
Mayer Brown LLP,
1675 Broadway, 25th Floor,
New York, NY 10019.

Dated: March 11, 2010
New York, New York

/s/ Sharon L. Nelles
Sharon L. Nelles (SN-3144)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
nelless@sullcrom.com

*Attorneys for Defendants Standard Chartered International (USA) Ltd. and Standard Chartered PLC*