UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

    Defendants.

This Document Relates To: *Headway Investment Corp. v. American Express Bank Ltd.*, No. 09-CV-8500; *Ricardo Lopez v. Standard Chartered Bank International (Americas) Ltd.*, No. 10-CV-919; *Maridom Ltd. v. Standard Chartered Bank International (Americas) Ltd.*, No. 10-CV-920; *and Maria Akriby Valladolid v. American Express Bank Ltd.*, No. 10-CV-918.

Master File No. 09-CV-118 (VM)

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, the Notice of Unified Motion to Dismiss; Memorandum of Law of Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., Standard Chartered Bank and Standard Chartered PLC in Support of their Motion to Dismiss Plaintiffs' Complaints; and Declaration of Patrick B. Berarducci were electronically served to all counsel of record and the following counsel were served by FedEx:

    Michael J. Aguirre, Esq.,
    Maria C. Severson, Esq.,
    Christopher S. Morris, Esq.,
    Aguirre Morris and Severson LLP,
    444 West C Street Suite 210,
    San Diego, CA 92101.

Vivian Margarita Arias, Esq.,
Evelyn Harrison Seeler, Esq.,
 Crowell & Moring LLP (NYC),
 590 Madison Avenue,
 New York, NY  10022.

Raymond P. Boucher, Esq.,
Patrick A. DeBlase, Esq.,
Kiesel Boucher Larson LLP,
 8648 Wilshire Boulevard,
Beverly Hills, CA  90211.

Richard Eugene Brodsky, Esq.,
The Brodsky Law Firm,
66 West Flagler Street, 9th Floor,
Miami, FL  33130.

Robert Burlington, Esq.,
Jeffrey Bruce Crockett, Esq.,
Coffey Burlington,
Penthouse,
2699 South Bayshore Drive,
Miami, FL  33133.

Laurence Edward Curran, III,
4000 Ponce de Leon Boulevard,
Coral Gables, FL  33146.

Ricardo Gonzalez, Esq.,
Hilarie Bass, Esq.,
Greenberg Traurig,
1221 Brickell Avenue,
Miami, FL  33131.

Jorge Alejandro Mestre, Esq.,
Rivero Mestre & Castro,
2525 Ponce de Leon Blvd.,
Suite 1000,
Miami, FL  33134.

Michael Lawrence Simes, Esq.,
Mayer Brown LLP (DC),
1999 "K" Street, N.W.,
Washington, DC  20006.

Daniel S. Sommers, Esq.,
Cohen, Milstein, Sellers & Toll, P.L.L.C.,
1100 New York Avenue, N.W.,
Suite 500, West Tower,
Washington, DC 20005.

Catherine A. Torell, Esq.,
Cohen, Milstein, Sellers & Toll, P.L.L.C.,
150 East 52nd Street, 30th Floor,
New York, NY 10022.

Steven Wolowitz, Esq.,
Joseph De Simone, Esq.,
Mayer Brown LLP,
1675 Broadway, 25th Floor,
New York, NY 10019.

Dated: New York, New York
　　　　March 10, 2009

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Sharon Nelles
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Sharon L. Nelles (SN-3144)
　　　　　　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 558-4000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 558-3588
　　　　　　　　　　　　　　　　　　　　　　　nelless@sullcrom.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., Standard Chartered Bank and Standard Chartered PLC*