```
UNITED STATES DISTRICT COURT            USDS SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
-------------------------------X        ELECTRONICALLY FILED
PASHA S. ANWAR and JULIA        :       DOC #: _____
ANWAR, on behalf of themselves  :       DATE FILED: 3-12-10
and all similarly situated      :
investors in Greenwich Sentry,  :
L.P. private investment         :
partnership,                    :
                  Plaintiffs,   :
                                :
     - against -                :       09 Cv. 0118 (VM)
                                :
FAIRFIELD GREENWICH GROUP,      :
FAIRFIELD GREENWICH LIMITED, a  :
Caymen Island Company,          :
FAIRFIELD GREENWICH (BERMUDA)   :
LTD., FAIRFIELD GREENWICH       :
ADVISORS LLC, WALTER M.         :
NOEL, JR., ANDRES PIEDRAHITA,   :
JEFFERY TUCKER, BRIAN           :
FRANCOUER, and AMIT             :
VUAYVERGIYA,                    :
                                :
                  Defendants.   :
-------------------------------X
MARIA AKRIBY VALLADOLID,        :
                                :       10 Civ. 0918 (VM)
                  Plaintiff,    :
                                :
     - against -                :
                                :
AMERICAN EXPRESS BANK, et al.,  :
                                :
                  Defendants.   :
-------------------------------X
-------------------------------X
RICHARDO LOPEZ,    et al.,      :
                                :       10 Civ. 0919(VM)
                  Plaintiffs,   :
                                :
     - against -                :
                                :
STANDARD CHARTERED BANK         :
INTERNATIONAL LIMITED, et al.,  :
                                :
                  Defendants.   :
-------------------------------X
```

```
------------------------------------X
MARIDOM LIMITED, et al.,            :
                                    :   10 Civ. 0920(VM)
                Plaintiffs,         :
                                    :
    - against -                     :        **ORDER**
                                    :
ABBOT CAPITAL, INC., et al.,        :
                                    :
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the four cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against some or most of the same defendants and that the defendants in most of the cases are represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the four cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 10 Civ. 0918, 10 Civ. 0919 and 10 Civ.

0920, as separate actions and remove them from the Court's database.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         12 March 2010

                                   _____
                                         Victor Marrero
                                            U.S.D.J.