UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 09-cv-00118-VM-THK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-10

This filing pertains to:
*Maridom Ltd., et al. v. Standard Chartered, etc.*, No. 10-cv-00920-VM-THK

Anwar, et al.,

   Plaintiffs,

v.

Fairfield Greenwich Limited, et al.,

   Defendants.

_____/

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

UPON THE MOTION TO ADMIT COUNSEL PRO HAC VICE filed by Richard E. Brodsky, it is hereby ORDERED that the Motion is GRANTED. Mr. Brodsky is now permitted to participate in the above proceedings as counsel for Plaintiffs Maridom Limited, Caribetrans, S.A. and Abbott Capital, Inc., as provided for under Local Rule 1.3(c).

_____
Victor Marrero
United States ~~Magistrate~~ District Judge

Dated: March __11__, 2010