# RICHARD E. BRODSKY  ATTORNEY AT LAW

66 W. FLAGLER STREET, 9TH FLOOR• MIAMI, FLORIDA 33130• PHONE: 786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM

BY FAX TRANSMISSION: 212-805-6382

March 12, 2010

Hon. Victor Marrero
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10
```

Re:  Maridom Limited v. Standard Chartered, et al.
     No. 10-cv-920, consolidated with No. 09-cv-118

Dear Judge Marrero:

I am counsel for the Plaintiffs in the above-referenced action. I want to bring to Your Honor's attention that, because of a clerical error in the office of the Clerk of the Southern District of Florida, from which this action was transferred by the JPML, the action has been listed as *Maridom Limited v. Abott Capital, Inc.* This is how the case appears in the Order issued today by Your Honor, Docket No. 30. In fact, Abbot Capital, Inc. is a plaintiff in this action. The sole defendant is Standard Chartered Bank International (Americas), Limited.

Thank you for your attention to this matter.

Sincerely yours,

Richard E. Brodsky

cc:   Sharon Nelles, Esq.
      Attorney for Defendant

> The Clerk of Court is directed to correct the caption of the reference case number 10 Civ. 0920 to reflect that Maridom Limited v. Standard Chartered should be the proper case title.
>
> SO ORDERED:
>
> 3-12-10
> DATE      VICTOR MARRERO, U.S.D.J.