. . , .

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x
PASHA ANWAR, et al.,                   )

)

Plaintiffs,      )

)

v.                   )

)   Master File No. 09-cv-118 (VM)

FAIRFIELD GREENWICH LIMITED, et al.,   )

)   **ORDER FOR ADMISSION**

Defendants.   )   **PRO HAC VICE**

)   **ON WRITTEN MOTION**

This Document Relates To: *Bhatia et al.* v. *Standard* )
*Chartered Int'l (USA) Ltd., et al.*, No. 09-cv-2410; )
*Tradewaves et al.* v. *Standard Chartered Int'l (USA)* )
*Ltd., et al.*, No. 09-cv-9423; *Headway Investment Corp.* )
v. *Am. Express Bank Ltd.*, No. 09-cv-08500; *Ricardo* )
*Lo⋯ ⋅* v. *Standard Chartered Bank Int'l (Americas) Ltd.,*)
*⋯ ᴼᴼᴼ₁9; Maridom Ltd.* v. *Abbot Capital, Inc.,* )
*⋯⋯. 10-cv- 20.* )
-------------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
⋯⋯
DATE FILED: 3-15-10

Upon the motion of Patrick B. Berarducci, attorney for Standard Chartered PLC,

Star ⌐hartered Bank, Standard Chartered Bank International (Americas) Limited and

Standard Cha.:ered International (USA) Limited , and said sponsor attorney's affidavit in

support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Diane L. McGimsey

Firm Name:   Sullivan & Cromwell LLP

Address:   1888 Century Park East

City/State/Zip:   Los Angeles, CA 90067

Telephone/Fax:   (310) 712 6600

Email Address:   McGimseyD@sullcrom.com

is admitted to practice pro hac vice as counsel for Standard Chartered PLC, Standard Chartered

Bank, Standard Chartered Bank International (Americas) Limited and Standard Chartered

International (USA) Limited  in the above captioned cases in the United States District Court for

the Southern District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of

Court.

Dated: *12 March 2010*
City, State: *New York, NY*

Victor Marrero
United States District/~~Magistrate~~ Judge