UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PASHA ANWAR, et al.,                              )
                                                  )
                    Plaintiffs,                   )
                                                  )
            v.                                    )   Master File No. 09-CV-118 (VM)
                                                  )
FAIRFIELD GREENWICH LIMITED, et al.,              )
                                                  )
                    Defendants.                   )
                                                  )
This Document Relates To:                         )
*Almiron v, SCBI*, No. 10-20763-CIV-JAL (S.D. Fla.)
*Carrillo v. SCBI,* No. 10-20762-CIV-UNGARO      )
*Headway Investment Corp. v. SCBI, et al*,        )
No. 09-21395-CIV-ALTONAGA                         )
*Lopez v. SCBI, et al.*, No. 09-22451-CIV-PCH    )
*Maridom Ltd. v. SCBI, et al.*, No. 09-22868-CIV )
*Pujals v. SCBI, et al.,* No. 09-CV-21611-JLK    )
*Moises Lou-Martinez* 10-CV-23469-PAS            )

---------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 1, 2010, the mailing address for the

undersigned counsel for Defendants, Standard Chartered Bank International (Americas) Limited, is:

> Hilarie Bass, Esq.
> Ricardo A. Gonzalez, Esq.
> Greenberg Traurig, P.A.
> 333 Avenue of the Americas
> Miami, FL  33131-3238

Master File No. 09-CV-118 (VM)

Dated: November 5, 2010                     Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Standard Chartered Bank International (Americas) Limited*
*Attorneys for the Individual Defendants*
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: gonzalezr@gtlaw.com

By: /s/ Ricardo A. Gonzalez
HILARIE BASS
Florida Bar No. 0334323
RICARDO A. GONZALEZ
Florida Bar No. 0691577

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2010, the attached document, was electronically served to all counsel of record.

　　　/s/ Ricardo A. Gonzalez
Ricardo A. Gonzalez

*MIA 181,537,515v1 11-5-10*