UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :

ANWAR, ET AL.,                                :
                                                    :         Master File No.
                       Plaintiffs,        :         09-cv-0118 (VM)
                                                    :
FAIRFIELD GREENWICH GROUP, ET AL.,    :         RULE 7.1 DISCLOSURE
                                                    :                STATEMENT
                    Defendants.       :
                                                    :
-------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bahia del Rio S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.


Dated: New York, New York
          November 17, 2010

                                            BOIES, SCHILLER & FLEXNER LLP


                                            By:    /s/ David A. Barrett
                                                   David A. Barrett
                                                   575 Lexington Avenue
                                                   New York, New York 10022
                                                   Phone: (212) 446-2300
                                                   Fax:  (212) 446-2350
                                                   *Attorneys for Plaintiffs*