UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                           :

ANWAR, ET AL.,                                     :

                                                             :      Master File No.
                         Plaintiffs,      :      09-cv-0118 (VM)
                                                             :

FAIRFIELD GREENWICH GROUP, ET AL.,     :      RULE 7.1 DISCLOSURE
                                                             :             STATEMENT
                         Defendants.    :

                                                              :
-------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bevington Management, Ltd. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
            November 17, 2010

                                           BOIES, SCHILLER & FLEXNER LLP

                                           By:    /s/ David A. Barrett
                                                 David A. Barrett
                                                 575 Lexington Avenue
                                                 New York, New York 10022
                                                 Phone: (212) 446-2300
                                                 Fax: (212) 446-2350
                                                 *Attorneys for Plaintiffs*