UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :

ANWAR, ET AL.,                            :
                                                  :         Master File No.
                     Plaintiffs,           :         09-cv-0118 (VM)
                                                  :

FAIRFIELD GREENWICH GROUP, ET AL.,    :         RULE 7.1 DISCLOSURE
                                                  :                 STATEMENT
                   Defendants.         :
                                                  :
-------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Calwell Investment S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         November 17, 2010

                                       BOIES, SCHILLER & FLEXNER LLP


                                       By:   /s/ David A. Barrett
                                               David A. Barrett
                                             575 Lexington Avenue
                                             New York, New York 10022
                                             Phone: (212) 446-2300
                                             Fax:  (212) 446-2350
                                             *Attorneys for Plaintiffs*