UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ANWAR, ET AL.,                                               :
                                                             :   Master File No.
                    Plaintiffs,                    :   09-cv-0118 (VM)
                                                             :
FAIRFIELD GREENWICH GROUP, ET AL.,                           :   RULE 7.1 DISCLOSURE
                                                             :            STATEMENT
                    Defendants.                    :
                                                             :
-------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hedge Strategy Fund LLC (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.


Dated:  New York, New York
          November 17, 2010

                                                      BOIES, SCHILLER & FLEXNER LLP


                                                      By:   /s/ Victor E. Stewart_____
                                                      Victor E. Stewart
                                                      LOVELL STEWART HALEBIAN JACOBSON LLP
                                                      61 Broadway, Suite 501
                                                      New York, New York, USA 10006
                                                      Telephone:  (212) 608-1900

                                                      *Interim Co-Lead Counsel for Plaintiffs*