UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                                 :

ANWAR, ET AL.,                                          :
                                                                                           :        Master File No.
                                Plaintiffs,         :        09-cv-0118 (VM)
                                                                                            :

FAIRFIELD GREENWICH GROUP, ET AL.,     :        RULE 7.1 DISCLOSURE
                                                                                           :              STATEMENT
                                Defendants.       :
                                                                                            :
-------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kivory Corporation (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
           November 17, 2010

                                               BOIES, SCHILLER & FLEXNER LLP

                                               By:   /s/ David A. Barrett
                                                       David A. Barrett
                                                       575 Lexington Avenue
                                                       New York, New York 10022
                                                       Phone: (212) 446-2300
                                                       Fax:  (212) 446-2350
                                                       *Attorneys for Plaintiffs*