UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                     :
ANWAR, ET AL.,                                       :
                                                     :          Master File No.
                        Plaintiffs,                  :          09-cv-0118 (VM)
                                                     :
FAIRFIELD GREENWICH GROUP, ET AL.,                   :          RULE 7.1 DISCLOSURE
                                                     :                  STATEMENT
                        Defendants.                  :
                                                     :
---------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for PFA Pension A/S (a private non-governmental party) certifies

that it has no parent corporation and no publicly held corporation owns 10% or more of

its stock.


Dated: New York, New York
        November 17, 2010

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:_____/s/ David A. Barrett_____
                                                David A. Barrett
                                                575 Lexington Avenue
                                                New York, New York 10022
                                                Phone: (212) 446-2300
                                                Fax:  (212) 446-2350
                                                *Attorneys for Plaintiffs*