UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :

ANWAR, ET AL.,                              :
                                               :         Master File No.
                        Plaintiffs,         :         09-cv-0118 (VM)
                                               :

FAIRFIELD GREENWICH GROUP, ET AL.,   :         RULE 7.1 DISCLOSURE
                                             :                  STATEMENT
                       Defendants.        :
                                               :
------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Taurus the Fourth Ltd. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.


Dated: New York, New York
          November 17, 2010

                                                     BOIES, SCHILLER & FLEXNER LLP


                                                     By:    /s/ David A. Barrett
                                                           David A. Barrett
                                                           575 Lexington Avenue
                                                           New York, New York 10022
                                                           Phone: (212) 446-2300
                                                           Fax:  (212) 446-2350
                                                           *Attorneys for Plaintiffs*