UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :         Master File No.
                               Plaintiffs,                  :         09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :         RULE 7.1 DISCLOSURE
                                                            :             STATEMENT
                               Defendants.                  :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Zenn Assets Holding, Ltd. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 17, 2010

                                      BOIES, SCHILLER & FLEXNER LLP

                                      By:   /s/ David A. Barrett
                                              David A. Barrett
                                              575 Lexington Avenue
                                              New York, New York 10022
                                              Phone: (212) 446-2300
                                              Fax:  (212) 446-2350
                                              *Attorneys for Plaintiffs*