```
                                          USDS SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK             DATE FILED: 11-23-10
------------------------------X
                              :
PASHA S. ANWAR, et al.,       :           09 Civ. 0118 (VM)
              Plaintiffs,     :
                              :           **DECISION AND ORDER**
     - against -              :
                              :
FAIRFIELD GREENWICH LIMITED,  :
et al.,                       :
              Defendants.     :
------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

On October 18, 2010 plaintiff Headway Investment Corporation ("Headway") brought a motion (the "Motion") seeking reconsideration of various findings made in the Court's Decision and Order dated October 4, 2010. By Notice of Joinder dated October 20, 2010, plaintiff Maria Akriby Valladolid ("Valladolid") joined Headway's Motion (the "Joinder"). On November 16, 2010, the Court granted the Motion as to Headway, and indicated that its ruling with respect to Valladolid's Joinder would be set forth in a subsequent decision and order.

Therefore, upon review of the representations and arguments made in the parties' submissions[1]

---

[1] The Court received a letter-brief from defendants Standard Chartered International (USA) Ltd., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered PLC (collectively, "Standard Chartered") dated October 21, 2010 (the "Standard Chartered Letter-Brief"), two letter-briefs from defendants Carlos Gadala-Maria, Raul N. Mas, Robert Friedman, Rodolfo Pages and John G. Dutkowski dated October 21, 2010 and November 3, 2010, and a letter-brief from Valladolid dated November 5, 2010 (the "Vallodild Letter-Brief").

as well as during the telephone conference with the Court on October 20, 2010, the Court GRANTS the Joinder with respect to all of Valladolid's claims against individual defendant Luisa Serena. Additionally, in light of the representations and arguments discussed in the Standard Chartered Letter-Brief and the Valladolid Letter-Brief, as well as during a subsequent telephone conference with Valladolid, Standard Chartered, and the Court on November 22, 2010, the Court further GRANTS the Joinder solely as it relates to Valladolid's gross-negligence claims asserted against Standard Chartered. Accordingly, it is hereby

**ORDERED** that the joinder of plaintiff Maria Akriby Valladolid ("Valladolid") (Docket No. 552) for reconsideration of the Court's Decision and Order dated October 4, 2010 is GRANTED; and it is further

**ORDERED** that all of Valladolid's claims against individual defendant Luisa Serena are reinstated; and

**ORDERED** that Valladolid's claims for gross negligence asserted against defendants Standard Chartered International (USA) Ltd., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered PLC are reinstated.

**SO ORDERED.**

Dated:   New York, New York
         22 November 2010

_____
Victor Marrero
U.S.D.J.