USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-23-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, et al.,

           Plaintiffs

-against-

FAIRFIELD GREENWICH LIMITED, *et al.*,

           Defendants

This Documents Relates to: All Actions

Master File No. 09-cv-0118(VM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of David A. Barrett, attorney for Plaintiffs, and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

> Susan E. Klock, Esq.
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard, #1200
> Ft. Lauderdale, Florida 33301
> Telephone: (954) 356-0011
> Facsimile: (954) 356-0022
> sklock@bsfllp.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 23 November, 2010

New York, New York

_____
Victor Marrero
United States District Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANWAR, et al., : Master File No.
: 09-cv-0118 (VM)
　　　　　　　　　　Plaintiffs, :
:
　　　-against- : AFFIDAVIT OF SERVICE
:
FAIRFIELD GREENWICH LIMITED, et al., :
:
This document relates to:   All Actions :
:
------------------------------------------------------------X

State of New York   )
                    ) ss:.
County of New York  )

　　　　　JOHN PASTERICK, being duly sworn, deposes and says:

　　　　　1. I am not a party to this action and I am over 21 years of age.

　　　　　2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, co-lead counsel for Plaintiffs.

　　　　　3. On November 22, 2010 I served true copies of the annexed Motion To Admit Counsel Pro Hac Vice and the Declaration Of David A. Barrett In Support Of Motion To Admit Counsel Pro Hac Vice with exhibits annexed thereto via electronic delivery to the service list attached hereto.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN A. PASTERICK

Sworn to before me this
22nd day of November, 2010

_____
Notary Public

KELLY YUAN
Notary Public, State Of New York
No. 02YU6054645
Qualified In New York County
Commission Expires ~~February 12, 20~~
　　　　May 2, 2011

Mark Geoffrey Cunha, Esq.
Email: mcunha@stblaw.com
Sara Ricciardi, Esq.
Email: sricciardi@stblaw.com
Peter Kazanoff, Esq.
Email: pkazanoff@stblaw.com
Philip Mirrer-Singer, Esq.
Email: pmirrer-singer@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich Group
Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C.
Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd
Yanko Dellaw Schiava, Philip Toub, Lourdes Barreneche, Cornelis Boele
Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo
Mark McKeefry, Maria Teresa Pulido Mendozo, Charles Murphy,
Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C.,
Daniel Lipton, and Corina Noel Piedrahita*

Glenn Kurtz, Esq.
Email: gkurtz@whitecase.com
WHITE & CASE LLP
1155 Ave of the Americas
New York, NY 10036

*Attorney for Walter M. Noel, Jr.*

David Hoffner, Esq.
Email: david.hoffner@dechert.com
Andrew J. Levander, Esq.
Email: Andrew.levander@dechert.com
Jennie Boehm Krasner
Email: jennie.krasner@dechert.com
DECHERT, LLP
1095 Avenue of the Americas
New York, NY 10036-6797
*Attorneys for Andres Piedrahita*

Adam K. Grant, Esq.
Email: agrant@kasowitz.com
Daniel R. Benson, Esq.
Email: dbenson@kasowitz.com
Daniel Fetterman, Esq.
Email: dfetterman@kasowitz.com
Marc E. Kasowitz, Esq.
Email: mkasowitz@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1501 Broadway 12th, Floor
New York, NY 10036

*Attorneys for Jeffrey Tucker*

Helen Virginia Cantwell, Esq.
Email: hvcantwell@devoise.com
Mark P. Goodman, Esq.
Email: mpgoodman@debevoise.com
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue, 31st Floor
New York, NY 10022

*Attorneys for Amit Vijayvergiya*

Amanda McGovern, Esq.
Email: amcgovern@ghblaw.com
Lewis N. Brown, Esq.
Email: lbrown@ghblaw.com
Dyaanne Feinberg, Esq.
Email: dfeinberg@ghblaw.com
Terrence Mullen, Esq.
Email: tmullen@ghblaw.com
Elizabeth Izquierdo, Esq.
Email: eizquierdo@ghblaw.com
GILBRIDE HELLER & BROWN P.A
2 South Biscayne Blvd, One Biscayne Tower - Suite 1570
Miami, FL 33131

*Attorneys for Citco Fund Services (Europe) B.V.*

Eliot Lauer, Esq.
Email: elauer@cm-p.com
Michael Moscato, Esq.
Email: mmoscato@cm-p.com
CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue
New York, NY 10178

*Attorneys for Citco Fund Services (Europe) B.V.*

Andrew M. Genser, Esq.
Email: agenser@kirkland.com
Tim Duffy, Esq.
Email: tduffy@kirkland.com tduf
Amy Crawford, Esq.
Email: acrawford@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

*Attorneys for Pricewaterhousecoopers L.L.P*

Gabrielle Sean Marshall, Esq.
Email: marshalg@hugheshubbard.com
Sarah Loomis Cave, Esq.
Email: cave@hugheshubbard.com
William R. Maguire, Esq.
Email: maguire@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004

*Attorneys for PricewaterhouseCoopers Accountants Netherlands N.V.*

Edward M. Spiro, Esq.
Email: espiro@maglaw.com
Claudio Ochoa, Esq.
Email: cochoa@maglaw.com
Robert James Anello, Esq.
Email: ranello@maglaw.com
MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C
565 Fifth Avenue
New York, NY 10017

*Attorneys for David Horn*


Jonathan David Cogan, Esq.
Email: jonathan.cogan@kobrekim.com
Michael Sangyun Kim, Esq.
Email: michael.kim@kobrekim.com
800 Third Avenue
6th Floor
New York, NY 10022

*Attorneys for GlobeOp Financial Services LLC.*


Bruce Allen Baird, Esq.
Email: bbaird@cov.com
COVINGTON & BURLING, L.L.P.
1201 Pennsylvania Avenue, NW
Washington, DC 20004

*Attorney for Gregory Bowes*


Robert C. Finkel, Esq.
Email: rfinkel@wolfpopper.com
James A. Harrod, Esq.
Email: jharrod@wolfpopper.com
Elizabeth Robinson, Esq.
Email: erobinson@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone:  212.759.4600
Facsimile:   212.486.2093

Victor E. Stewart, Esq.
Email: victornj@ix.netcom.com
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, New York, USA 10006
Telephone: (212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs*

Robert S. Schachter, Esq.
Email: rschachter@zsz.com
Hillary Sobel, Esq.
Email: hsobel@zsz.com
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
(212) 223-3900

*Counsel for Zohar Plaintiffs*

Steven J. Toll, Esq.
Email: stoll@cmht.com
S. Douglas Bunch, Esq.
Email: dbunch@cmht.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600

*Counsel for Arie and Dafna Gruber,
Carling Investment Ltd., Madanes
Investment & Enterprise Ltd., and
Shimon Laor*

Daniel W. Krasner, Esq.
Email: krasner@whafh.com
Gregory M. Nespole, Esq.
Email: nespole@whafh.com
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Counsel for The Knight Services
Holdings Limited*

David A. Gehn
Email: dgehn@gkblaw.com
GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
120 Wall Street
New York, NY 10005
(212) 269-1400

*Counsel for Plaintiffs Pacific West, Kerry Piesch,
and Hector Castro*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al.,<br><br>    Plaintiffs<br><br> -against-<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br>    Defendants<br><br>This Documents Relates to: All Actions | Master File No. 09-cv-0118(VM)<br><br>**MOTION TO ADMIT COUNSEL<br>PRO HAC VICE** |

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David A. Barrett, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of :

> Susan E. Klock, Esq.
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard, #1200
> Ft. Lauderdale, Florida 33301
> Telephone: (954) 356-0011
> Facsimile: (954) 356-0022

  Susan E. Klock is a member in good standing of the Bar of the State of Florida and The

North Carolina State Bar and there are no pending disciplinary proceedings against her in the State or Federal court.

Dated: November 22, 2010

New York, New York

                                      Respectfully Submitted,

                                      */s/ David A. Barrett*

                                      David A. Barrett, Esq.
                                      BOIES, SCHILLER & FLEXNER LLP
                                      575 Lexington Avenue
                                      New York, NY 10022
                                      Telephone: (212) 446-2300
                                      Facsimile: (212) 446-2350

                                      Attorneys for: Interim Co-Lead Counsel
                                      for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al., <br><br> Plaintiffs <br><br> -against- <br><br> FAIRFIELD GREENWICH LIMITED, *et al.*, <br> Defendants <br><br> This Documents Relates to: All Actions | Master File No. 09-cv-0118(VM) <br><br> **DECLARATION OF DAVID A. BARRETT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

David A. Barrett, under penalty of perjury, hereby declares:

1. I am a Partner at Boies, Schiller & Flexner, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Susan E. Klock as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Klock since 2008.

4. Ms. Klock is an associate at Boies, Schiller & Flexner, LLP in Fort Lauderdale, Florida and is a member in good standing of the Bar of the State of Florida and The North

Carolina State Bar. Attached hereto as Exhibit "A" is a certificate of good standing for Ms. Klock issued by the Bar of the State of Florida. Attached hereto as Exhibit "B" is a certificate of good standing for Ms. Klock issued by the North Carolina State Bar.

5. I have found Ms. Klock to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Susan A. Klock, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Susan E. Klock, pro hac vice, which is attached hereto as Exhibit "C".

WHEREFORE it is respectfully requested that the motion to admit Susan E. Klock, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: _November 22_, 2010

New York, New York

_____
David A. Barrett

2



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

           In Re:    41294
                        Susan Elizabeth Klock
                        Boigs Schiller & Flexner, LLP
                        401 E. Las Olas Blvd., Fl. 12
                        Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 20, 2007.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this __12__ day of November, 2010.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLCW8:R10

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that __Ms. Susan Elizabeth Klock    (38728)__ was licensed to practice law by the State of North Carolina on September 12, 2008. Said lawyer is presently eligible to practice law in North Carolina and, therefore, in good standing with the North Carolina State Bar. This certificate has no reference to delinquent membership obligations, prior discipline, or any disciplinary charges or grievances that may be pending.

Given over my hand and the Seal of the North Carolina State Bar, this ___16th___ day of ___November___, ___2010___.

_[signature]_

Secretary of the North Carolina State Bar