UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Anwar *et al.*,

                        Plaintiffs,

      vs.

Fairfield Greenwich Limited, *et al.*,

                        Defendants.

This Document Relates To:  All Actions

------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)(THK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Bruce A. Baird, attorney for Defendant Gregory Bowes, and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

      Matthew F. Dunn, Esq.
      Covington & Burling LLP
      1201 Pennsylvania Avenue, NW
      Washington, DC 20004
      Telephone: (202) 662-5314
      Facsimile: (202) 778-5314
      Email Address: mdunn@cov.com

is admitted to practice *pro hac vice* as counsel for Defendant Gregory Bowes in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

**SO ORDERED.**

12-7-10
DATE

VICTOR MARRERO, U.S.D.J.

Dated: New York, New York
       December _____, 2010

_____
United States District/Magistrate Judge

Case 1:09-cv-00118-VM -THK   Document 593   Filed 12/07/10   Page 2 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Anwar *et al.*,

                      Plaintiffs,

        vs.

Fairfield Greenwich Limited, *et al.*,

                      Defendants.

This Document Relates To:  All Actions

-----------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)(THK)

**DECLARATION OF BRUCE A. BAIRD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Bruce A. Baird, under penalty of perjury, hereby declares:

1. I am a Partner at Covington & Burling, LLP, counsel for Defendant Gregory Bowes in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Gregory Bowes' motion to admit Matthew F. Dunn as counsel *pro hac vice* to represent Mr. Bowes in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Dunn since 2009.

4. Mr. Dunn is an associate at Covington and Burling, LLP in Washington, DC and is a member in good standing of the bars of the State of Maryland, the District of Columbia, and the United States District Court for the District of Columbia. Attached hereto as Exhibit "A" is a certificate of good standing for Mr. Dunn issued by the Maryland State

Bar. Attached hereto as Exhibit "B" is a certificate of good standing for Mr. Dunn issued by the District of Columbia Bar.

5. I have found Mr. Dunn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Matthew F. Dunn, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Matthew F. Dunn, *pro hac vice*, which is attached hereto as Exhibit "C".

WHEREFORE it is respectfully requested that the motion to admit Matthew Dunn, *pro hac vice*, to represent Defendant Gregory Bowes in the above captioned matter, be granted.

Dated: New York, New York
December 3, 2010

_____
Bruce A. Baird
SDNY Bar No: A-032599

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 2008,

### Matthew Fitzgerald Dunn

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifteenth day of November, 2010.

*Bessie M. Decker*

Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

MATTHEW F. DUNN

was on the  7TH  day of  DECEMBER, 2009

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 12, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk