UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Anwar *et al.*,

                      Plaintiffs,

      vs.

Fairfield Greenwich Limited, *et al.*,

                      Defendants.

This Document Relates To:  All Actions

---------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)(THK)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Bruce A. Baird, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Matthew F. Dunn, Esq.
> Covington & Burling LLP
> 1201 Pennsylvania Avenue, NW
> Washington, DC 20004
> Telephone:  (202) 662-5314
> Facsimile:  (202) 778-5314

      Matthew F. Dunn is a member in good standing of the Maryland State Bar and the District of Columbia Bar, and there are no pending disciplinary proceedings against Mr. Dunn in any State or Federal court.

Dated: New York, New York
       December 3, 2010

Respectfully submitted,

COVINGTON & BURLING LLP

By: _____
Bruce A. Baird
SDNY Bar No: A-032599
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Phone:    (202) 662-5122
Facsimile: (202) 778-5122
Email:  bbaird@cov.com

*Attorneys for Defendant Gregory Bowes*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Anwar *et al.*,

                        Plaintiffs,

        vs.

Fairfield Greenwich Limited, *et al.*,

                        Defendants.

This Document Relates To:  All Actions

------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)(THK)

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing **Notice of Motion to Admit Counsel *Pro Hac Vice*** on behalf of Defendant Gregory Bowes, dated December 3, 2010, to be served upon the following counsel of record in the within action (09-CV-0118 (VM)) by overnight Federal Express in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 6th day of December, 2010:

        David A. Barrett, Esq.
        Email: dbarrett@bsfllp.com
        Boies, Schiller & Flexner, LLP (NYC)
        575 Lexington Avenue
        New York, NY 10022

        Stuart Harold Singer, Esq.
        Email: ssinger@bsfllp.com
        Sashi Back Boruchow, Esq.
        Email: sboruchchow@bsfllp.com
        Susan E. Klock, Esq.
        Email: sklock@bsfllp.com
        Boies, Schiller & Flexner LLP
        401 East Las Olas Boulevard, Suite 1200
        Fort Lauderdale, FL 33301

Christopher Lovell, Esq.
Email: clovell@lshllp.com
Victor E. Stewart, Esq.
Email: victornj@ix.netcom.com
Jody Krisiloff, Esq.
Email: jrisiloff@lshllp.com
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006

Robert Craig Finkel, Esq.
Email: rfinkel@wolfpopper.com
James Abram Harrod, III, Esq.
Email: jharrod@wolfpopper.com
Carl Lester Stine, Esq.
Email: cstine@wolfpopper.com
Chet Barry Waldman, Esq.
Email: cwaldman@wolfpopper.com
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

*Interim Co-Lead Counsel for Plaintiffs*


Robert Alan Wallner, Esq.
Email: rwallner@milberg.com
Jean Lee, Esq.
Email: jlee@milberg.com
Kent Andrew Bronson, Esq.
Email: kbronson@milberg.com
Kristi Stahnke McGregor, Esq.
Email: kmcgregor@milberg.com
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119

*Counsel for Morning Mist Holdings Limited, Miguel Laneli, David Ferber, Frank Pierce, Frank Pierce Ira*

Matthew W. Cheney, Esq.
Email: mcheney@crowell.com
William M. O'Connor, Esq.
Email: woconnor@crowell.com
Crowell & Moring LLP (DC)
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Counsel for Jitendra Bhatia, Gopal Bhatia, Jayshree Bhatia, Kishanchand Bhatia, Mandakini Gajaria*


Brian Dale Graifman, Esq.
Email: bgraifman@gkblaw.com
David Alan Gehn, Esq.
Email: dgehn@gkblaw.com
Gusrae, Kaplan, Bruno & Nusbaum, PLLC
120 Wall Street
New York, NY 10005

*Counsel for Pacific West Health Medical Center Inc. Employees Retirment Trust, on behalf of Itself*


Catherine A. Torell, Esq.
Email: ctorell@cohenmilstein.com
Daniel S. Sommers, Esq.
Email: dsommers@cohenmilstein.com
Joshua Seth Devore, Esq.
Email: jdevore@cohenmilstein.com
Steven Jeffrey Toll, Esq.
Email: stoll@cohenmilstein.com
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street, 14th, Floor
New York, NY 10005

*Counsel for Shimon Laor and Fairfield Investor Group*

Daniel W. Krasner, Esq.
Email: krasner@whafh.com
Demet Basar, Esq.
Email: basar@whafh.com
Gregory Mark Nespole, Esq.
Email: nespole@whafh.com
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

*Counsel for The Knight Services Holdings Limited and Americas/SwissCo. Trusts*


David Robert Kromm, Esq.
Email: dkromm@zsz.com
Hillary Sobel, Esq.
Email: hsobel@zsz.com
Jeffrey Charles Zwerling, Esq.
Email: jzwerling@zsz.com
Robert S. Schachter, Esq.
Email: rschachter@zsz.com
Stephanie Elizabeth Kirwan, Esq.
Email: skirwan@zsz.com
Stephen Leland Brodsky, Esq.
Email: sbrodsky@zsz.com
Richard A. Speirs, Esq.
Email: rspeirs@cohenmilstein.com
Zwerling, Schachter & Zwerling
41 Madison Avenue
New York, NY 10010

*Counsel for Nadav Zohar and, Ronit Zohar, Rosa Julietaa A De Pujals*


David J. Molton, Esq.
Email: dmolton@brownrudnick.com
Martin S. Siegel, Esq.
Email: msiegel@brownrudnick.com
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036

Jack Yoskowitz, Esq.
Email: yoskowitz@sewkis.com
Seward & Kissel LLP
One Battery Park Plaza
New York , NY  10004

*Counsel for Fairfield Sentry Ltd.*


Paul Edouard Dans, Esq.
Email: pdans@riveromestre.com
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134

*Counsel for Headway Investment Corp.*


David Alan Rothstein , Esq.
Jeffrey Brett Kaplan, Esq.
Lorenz Michael Pruss, Esq.
Rebert E. Linkin, Esq.
Dimond Kaplan & Rothstein
2665 South Bayshore Drive
PH-2B
Coconut Grove, FL 33133
Fax: 305-374-1961

Jeffrey D. Bogert, Esq.
Bogert & Rembold, PL
2121 Ponce DeLeon
Suite 600
Coral Gables, FL 33134

*Counsel for Jose Antonio Pujals and Rosa Julieta A De Pujals, Individually and in Their Representative Capacities for all Similarly Situated Plaintiffs*


Richard E. Brodsky, Esq.
Email: rbrodsky@thebrodskylawfirm.com
The Brodsky Law Firm
66 West Flagler Street, Ninth Floor
Miami, FL 33130

*Counsel for Maridom Limited*

Laurence Edward Curran, III, Esq.
Email: lecurran@lecurran.com
Curran & Associates
4000 Ponce De Leon Blvd , Suite 470
Coral Gables, FL 33146

*Counsel for Ricardo Lopez*


Joseph Emanuel Neuhaus, Esq.
Email: neuhausj@sullcrom.com
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

*Counsel for Standard Chartered Bank International (Americas) Limited and Stanchart Securities International, Inc.*


Sharon Nelles, Esq.
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004

*Counsel for Standard Chartered International (USA) Ltd., Standard Chartered PLC, Standard Chartered Bank International (Americas) Limited, Standard Chartered Private Bank, and Standard Chartered Bank*


Michael Jules Aguirre, Esq.
Email: maguirre@amslawyers.com
Aguirre, Morris & Severson LLP
444 West C Street, Suite 210
San Diego, CA  92101

*Counsel for Maria Valladolid*

Mark Geoffrey Cunha, Esq.
Email: mcunha@stblaw.com
Peter Kazanoff, Esq.
Email: pkazanoff@stblaw.com
Sara Ricciardi, Esq.
Email: sricciardi@stblaw.com
Philip Mirrer-Singer, Esq.
Email: pmirrer-singer@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

*Counsel for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd, Fairfield Greenwich Advisors L.L.C. Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd., Fairfield Greenwich (UK) Limited, Yanko Dellaw Schiava, Philip Toub, Lourdes Barreneche, Cornelis Boele Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton, Corina Noel Piedrahita, Richard Landsberger*


Glenn Kurtz, Esq.
Email: gkurtz@whltecase.com
White & Case LLP
1155 Ave. of the Americas
New York, NY 10036

*Counsel for Walter M. Noel, Jr.*


Andrew J. Levander, Esq.
Email: Andrew.levander@dechert.com
David Hoffner, Esq.
Email: david.hoffner@dechert.com
Jennie Boehm Krasner, Esq.
Email: jennie.krasner@dechert.com
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036-6797

*Counsel for Andres Piedrahita*

Sean F. O'Shea, Esq.
O'Shea Partners LLP
521 Fifth Avenue, 25th Floor
New York, NY 10175

*Counsel for Cornelis Boele*


Email: mkasowitZ@kasowitz.com
Adam K. Grant, Esq.
Email: dfetterman@kasowitz.com
Marc E. Kasowitz, Esq.
Email: agrant@k.asowitz.com
Daniel R. Benson, Esq.
Email: dbenson@kasowitz.com
Daniel Fetterman, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1501 Broadway 12th, Floor
New York, NY 10036

*Counsel for Jeffrey Tucker*

Mark P. Goodman, Esq.
Email: mpgoodman@debevoise.com
Helen Virginia Cantwell, Esq.
Email: hvcantwell@devoise.com
Debevoise & Plimpton, LLP
919 Third Avenue, 31 st Floor
New York, NY 10022

*Counsel for Amit Vigayvergia*


Eliot Lauer, Esq.
Email: elauer@cm-p.com
Michael Moscato, Esq.
Email: mmoscato@cm-p.com
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York. NY 10178

*Counsel for Citco Fund Services (Europe) B. V.*

Edward M. Spiro, Esq.
Email: espiro@maglaw.com
Claudio Ochoa, Esq.
Email: cochoa@maglaw.com
Robert James Anello, Esq.
Email: ranello@maglaw.com
Morvillo, Abramowitz, Grand, Jason, Anello & Bohrer, P.C.
New York, NY 10017

*Counsel for David Horn*


Jonathan David Cogan, Esq.
Email: jonathan.cogan@kobrekim.com
Michael Sangyun Kim, Esq.
Email: michael.kim@kobrekim.com
800 Third Avenue, 6th Floor
New York, NY 10022

*Counsel for GlobeOp Financial Services LLC.*


Ricardo Alejandro Gonzalez, Esq.
Greenberg Traurig, P.A.
333 Avenue of The Americas
Miami, FL 33131

*Counsel for Carlos Gadala-Maria, Raul Mas, Robert Friedman, Rodolfo Pages, John G. Dutkowski*


Stephen Lee Weinstein, Esq.
Email: sweinstein@ellklaw.com
Eiseman, Levine, Lehrhaupt &
Kakoyiannis, P.C.
805 Third Avenue, 10th Floor
New York, NY 10022

*Counsel for Miguel Calvo*

       Kenneth A. Zitter, Esq.
       Email: kzitter@aol.com
       Law Offices of Kenneth A. Zitter
       260 Madison Avenue
       New York, NY 10016

Dated:  New York, New York
        December 6, 2010

                                              /s/ Michael C. Nicholson
                                              Michael C. Nicholson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Anwar *et al.*,

                    Plaintiffs,

           vs.

Fairfield Greenwich Limited, *et al.*,

                    Defendants.

This Document Relates To:  All Actions

------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)(THK)

**DECLARATION OF BRUCE A. BAIRD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Bruce A. Baird, under penalty of perjury, hereby declares:

1. I am a Partner at Covington & Burling, LLP, counsel for Defendant Gregory Bowes in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Gregory Bowes' motion to admit Matthew F. Dunn as counsel *pro hac vice* to represent Mr. Bowes in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Dunn since 2009.

4. Mr. Dunn is an associate at Covington and Burling, LLP in Washington, DC and is a member in good standing of the bars of the State of Maryland, the District of Columbia, and the United States District Court for the District of Columbia. Attached hereto as Exhibit "A" is a certificate of good standing for Mr. Dunn issued by the Maryland State

Bar. Attached hereto as Exhibit "B" is a certificate of good standing for Mr. Dunn issued by the District of Columbia Bar.

5. I have found Mr. Dunn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Matthew F. Dunn, *pro hac vice.*

7. I respectfully submit a proposed order granting the admission of Matthew F. Dunn, *pro hac vice*, which is attached hereto as Exhibit "C".

WHEREFORE it is respectfully requested that the motion to admit Matthew Dunn, *pro hac vice*, to represent Defendant Gregory Bowes in the above captioned matter, be granted.

Dated: New York, New York
       December 3, 2010

                                                                  _____
                                                                  Bruce A. Baird
                                                                  SDNY Bar No: A-032599

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 2008,

### Matthew Fitzgerald Dunn

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifteenth day of November, 2010.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

MATTHEW F. DUNN

was on the 7TH day of DECEMBER, 2009 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 12, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Anwar *et al.*,

                          Plaintiffs,

            vs.

Fairfield Greenwich Limited, *et al.*,

                          Defendants.

This Document Relates To:  All Actions

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)(THK)

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

------------------------------------------------------------x

      Upon the motion of Bruce A. Baird, attorney for Defendant Gregory Bowes, and said sponsor attorney's Declaration in support;

      **IT IS HEREBY ORDERED** that

           Matthew F. Dunn, Esq.
           Covington & Burling LLP
           1201 Pennsylvania Avenue, NW
           Washington, DC 20004
           Telephone:  (202) 662-5314
           Facsimile:   (202) 778-5314
           Email Address: mdunn@cov.com

is admitted to practice *pro hac vice* as counsel for Defendant Gregory Bowes in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       December _____, 2010

_____
United States District/Magistrate Judge

2