# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350



December 8, 2010

**VIA HAND DELIVERY**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
           Master File No. 09-CV-00118 (VM)(THK)

Dear Judge Marrero:

    We are writing on behalf of Plaintiffs in this action to request that the Court so order the Notice and Order Adding Additional Named Plaintiffs, which was filed on October 1, 2010 (the "Notice," Dkt. No. 540). A copy of the filed Notice is enclosed.

    The Notice was filed pursuant to, and after following, the procedures for notice and objection set forth in the Stipulation and Order Regarding Additional Named Plaintiffs entered on April 27, 2010 (Dkt. No. 433).

    In order to ensure that the record is clear and avoid any potential uncertainty that the persons and entities listed in the Notice are named plaintiffs in the action, we respectfully request that the Court so order the Notice and Order Adding Additional Named Plaintiffs.

    Thank you for your consideration.

                                      Respectfully yours,

                                      David A. Barrett

cc:    All counsel in *Anwar*

> The parties are directed to address the matter set forth above to Magistrate Judge Theodore Katz, to whom this dispute has been referred for resolution, as well as for supervision of remaining pretrial proceedings, establishing case management schedules as necessary, and settlement.
>
> SO ORDERED.
>
> 12-10-10
> Date        VICTOR MARRERO, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA S. ANWAR, *et al.*,

                 Plaintiffs,

   v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                 Defendants.

This Document Relates To: All Actions

Master File No. 09-cv-118 (VM)

### NOTICE AND ORDER ADDING
### ADDITIONAL NAMED PLAINTIFFS

Pursuant to the Stipulation and Order Regarding Additional Named Plaintiffs, entered April 27, 2010, the additional named plaintiffs listed below shall be deemed parties to this Action to the same extent as if they had been named as plaintiffs in the Second Consolidated Amended Complaint.

### ADDITIONAL NAMED PLAINTIFFS

1. Plaintiff Bahia del Rio is a Panamanian company that invested assets in Fairfield Sentry on February 11, 2004.

2. Plaintiff Bevington Management, Ltd. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry on September 30, 2006.

3. Plaintiff Calwell Investment S.A., is a Panamanian company that invested assets in Fairfield Sentry beginning on April 30, 2008 and made a subsequent investment on October 1, 2008.

4. Plaintiff Carlos Mattos is an individual residing in Colombia who invested assets in Fairfield Sentry beginning December 23, 1998 and made multiple subsequent investments through August 26, 2008.

5. Plaintiffs Chandrashekar Gupta & Deepa Gupta are individuals residing in Singapore who invested assets in Fairfield Sentry on September 30, 2007.

1

6. Plaintiff Diamond Hills Inc. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry on March 27, 2008 and made a subsequent investment on November 26, 2008.

7. Plaintiff E. Thomas Dougherty Novella is an individual residing in Guatemala who invested assets in Fairfield Sentry on February 13, 2004.

8. Plaintiff Enrique Santos is an individual residing in Colombia who invested assets in Fairfield Sentry beginning March 1, 2004 and made multiple subsequent investments through May 15, 2008.

9. Plaintiff Enrique Santos Calderón is an individual residing in Colombia who invested assets in Fairfield Sentry beginning December 1, 1998 and made multiple subsequent investments through January 1, 2008.

10. Plaintiff Hedge Strategy Fund, LLC is a company organized in Ohio that invested assets in Greenwich Sentry, L.P., on January 1, 1998 with a subsequent investment on January 8, 1998.

11. Plaintiff Jacqueline Urzola is an individual residing in Colombia who invested assets in Fairfield Sentry beginning December 1, 1998 and made multiple subsequent investments through May 1, 2008.

12. Plaintiff John Paul Dougherty is an individual residing in Guatemala who invested assets in Fairfield Sentry on January 23, 2004.

13. Plaintiff Josefina Santos Urzola is an individual residing in Colombia who invested assets in Fairfield Sentry beginning March 1, 2004 and made multiple subsequent investments through May 15, 2008.

14. Plaintiff Kivory Corporation is a Panamanian company that invested assets in Fairfield Sentry beginning on September 18, 2007 and made subsequent investments on November 1, 2007, January 1, 2008, January 3, 2008, January 4, 2008, and January 5, 2008.

15. Plaintiff Lila Neemberry is an individual residing in India who invested assets in Fairfield Sentry on December 16, 2002.

16. Plaintiff Moshe Podhorzer is an individual residing in Israel who invested assets in Fairfield Sentry beginning on March 22, 2005.

17. Plaintiffs Muniandy Nalaiah & R. Wickneswari V. Ratnam are individuals residing in Malaysia who invested assets in Fairfield Sentry on December 31, 2006.

18. Plaintiff North Club Inc. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry beginning March 11, 2008 and made a subsequent investment on March 27, 2008.

19. Plaintiffs Peter A. & Rita M. Carfagna Irrevocable Charitable Remainder UniTrust is an Ohio-based trust that invested assets in Greenwich Sentry, L.P. on March 4, 1998.

20. Plaintiff PFA Pension A/S is a Danish company that invested assets in Fairfield Sentry on May 30, 2007 and made a subsequent investment on June 22, 2007.

21. Plaintiffs Roberto Cioci & Sandra Marchi Cioci are individuals residing in Colombia who invested assets in Fairfield Sentry on January 1, 1999 and made as subsequent investment on June 1, 2002.

22. Plaintiff Taurus the Fourth Ltd. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry on September 30, 2006.

23. Plaintiff Ulrich Blass is an individual residing in India who invested assets in Fairfield Sentry beginning in December 2001.

24. Plaintiff Zenn Assets Holding, Ltd. is a company organized in Singapore that invested assets in Fairfield Sentry on December 31, 2006.

**SO ORDERED.**

_____

U.S.D.J.