UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                    Defendants.<br><br>This Document Relates To: All Actions | Master File No. 09-cv-118 (VM) |

## NOTICE AND ORDER ADDING
## ADDITIONAL NAMED PLAINTIFFS

Pursuant to the Stipulation and Order Regarding Additional Named Plaintiffs, entered April 27, 2010, the additional named plaintiffs listed below shall be deemed parties to this Action to the same extent as if they had been named as plaintiffs in the Second Consolidated Amended Complaint.

### ADDITIONAL NAMED PLAINTIFFS

1. Plaintiff Bahia del Rio is a Panamanian company that invested assets in Fairfield Sentry on February 11, 2004.

2. Plaintiff Bevington Management, Ltd. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry on September 30, 2006.

3. Plaintiff Calwell Investment S.A., is a Panamanian company that invested assets in Fairfield Sentry beginning on April 30, 2008 and made a subsequent investment on October 1, 2008.

4. Plaintiff Carlos Mattos is an individual residing in Colombia who invested assets in Fairfield Sentry beginning December 23, 1998 and made multiple subsequent investments through August 26, 2008.

5. Plaintiffs Chandrashekar Gupta & Deepa Gupta are individuals residing in Singapore who invested assets in Fairfield Sentry on September 30, 2007.

6. Plaintiff Diamond Hills Inc. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry on March 27, 2008 and made a subsequent investment on November 26, 2008.

7. Plaintiff E. Thomas Dougherty Novella is an individual residing in Guatemala who invested assets in Fairfield Sentry on February 13, 2004.

8. Plaintiff Enrique Santos is an individual residing in Colombia who invested assets in Fairfield Sentry beginning March 1, 2004 and made multiple subsequent investments through May 15, 2008.

9. Plaintiff Enrique Santos Calderón is an individual residing in Colombia who invested assets in Fairfield Sentry beginning December 1, 1998 and made multiple subsequent investments through January 1, 2008.

10. Plaintiff Hedge Strategy Fund, LLC is a company organized in Ohio that invested assets in Greenwich Sentry, L.P., on January 1, 1998 with a subsequent investment on January 8, 1998.

11. Plaintiff Jacqueline Urzola is an individual residing in Colombia who invested assets in Fairfield Sentry beginning December 1, 1998 and made multiple subsequent investments through May 1, 2008.

12. Plaintiff John Paul Dougherty is an individual residing in Guatemala who invested assets in Fairfield Sentry on January 23, 2004.

13. Plaintiff Josefina Santos Urzola is an individual residing in Colombia who invested assets in Fairfield Sentry beginning March 1, 2004 and made multiple subsequent investments through May 15, 2008.

14. Plaintiff Kivory Corporation is a Panamanian company that invested assets in Fairfield Sentry beginning on September 18, 2007 and made subsequent investments on November 1, 2007, January 1, 2008, January 3, 2008, January 4, 2008, and January 5, 2008.

15. Plaintiff Lila Neemberry is an individual residing in India who invested assets in Fairfield Sentry on December 16, 2002.

16. Plaintiff Moshe Podhorzer is an individual residing in Israel who invested assets in Fairfield Sentry beginning on March 22, 2005.

17. Plaintiffs Muniandy Nalaiah & R. Wickneswari V. Ratnam are individuals residing in Malaysia who invested assets in Fairfield Sentry on December 31, 2006.

18. Plaintiff North Club Inc. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry beginning March 11, 2008 and made a subsequent investment on March 27, 2008.

19. Plaintiffs Peter A. & Rita M. Carfagna Irrevocable Charitable Remainder UniTrust is an Ohio-based trust that invested assets in Greenwich Sentry, L.P. on March 4, 1998.

20. Plaintiff PFA Pension A/S is a Danish company that invested assets in Fairfield Sentry on May 30, 2007 and made a subsequent investment on June 22, 2007.

21. Plaintiffs Roberto Cioci & Sandra Marchi Cioci are individuals residing in Colombia who invested assets in Fairfield Sentry on January 1, 1999 and made as subsequent investment on June 1, 2002.

22. Plaintiff Taurus the Fourth Ltd. is a company organized in the British Virgin Islands that invested assets in Fairfield Sentry on September 30, 2006.

23. Plaintiff Ulrich Blass is an individual residing in India who invested assets in Fairfield Sentry beginning in December 2001.

24. Plaintiff Zenn Assets Holding, Ltd. is a company organized in Singapore that invested assets in Fairfield Sentry on December 31, 2006.

SO ORDERED.

12/15/10   [signature]
           ~~U.S.D.J.~~ USMJ

3