```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
PASHA S. ANWAR, et al.,           :
                                  :
               Plaintiffs,        :
                                  :
     - against -                  :   09 Cv. 0118 (VM)
                                  :
FAIRFIELD GREENWICH GROUP, et al.,:
                                  :
               Defendants.        :
----------------------------------X
----------------------------------X
RICHARDO RODRIGUEZ CASO, et al.,  :
                                  :   10 Civ. 9196(VM)
               Plaintiffs,        :
                                  :
     - against -                  :
                                  :
STANDARD CHARTERED BANK           :   ORDER
INTERNATIONAL (AMERICAS) LIMITED, :
et al.,                           :
                                  :
               Defendants.        :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts as numerous other related actions consolidated for pretrial purposes under the lead case captioned above, and that these actions assert claims arising out of the same or substantially similar actions against some or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 10 Civ. 9196, as a separate action and remove it from the Court's database.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          16 December 2010

                                        Victor Marrero
                                           U.S.D.J.