UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
PASHA ANWAR, et al.,                          )
                                              )
                Plaintiffs,                   )
                                              )
        v.                                    )
                                              )
                                              ) Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,          )
                                              )
                Defendants.                   )
                                              )
This Document Relates to: Headway Investment  )
Corp. v. American Express Bank Ltd. No. 09-CV-)
08500                                         )
-----------------------------------------------------------------x
```

### HEADWAY INVESTMENT CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Headway Investment Corporation, files this Notice of Voluntary Dismissal as to claims against defendant Samuel Perruchoud.

Dated: January 7, 2011

                                                  Respectfully submitted,

                                    By:    /s/ Paul E. Dans
                                                      Paul E. Dans
                                                      Jorge A. Mestre
                                                      Attorneys for Headway Investment Corporation
                                                      RIVERO MESTRE
                                                      2525 Ponce de Leon Blvd., Suite 1000
                                                      Coral Gables, FL 33134
                                                      Phone Number: 305-445-2500
                                                      Fax Number: 305-445-2505
                                                      Email: pdans@riveromestre.com
                                                                jmestre@riveromestre.com