UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>      Defendants.<br><br>This Document Relates To: All Actions | Master File No. 09-cv-118 (VM) |

## SECOND NOTICE AND ORDER ADDING ADDITIONAL NAMED PLAINTIFFS

Pursuant to the Stipulation and Order Regarding Additional Named Plaintiffs, entered April 27, 2010, the additional named plaintiffs listed below shall be deemed parties to this Action to the same extent as if they had been named as plaintiffs in the Second Consolidated Amended Complaint.

### ADDITIONAL NAMED PLAINTIFFS

1. Plaintiff AAC Investment, Inc. is a corporation organized under Panamanian law that held shares in Fairfield Sentry as of April 2008 and invested additional assets in Fairfield Sentry on May 1, 2008 and September 1, 2008.

2. Plaintiff Catalina Mejia is an individual residing in Colombia who invested assets in Fairfield Sentry on October 1, 2008.

3. Plaintiff Cesar Mejia is an individual residing in Colombia who invested assets in Fairfield Sentry on September 18, 2007.

4. Plaintiff David Hopkins is an individual residing in Australia who invested assets in Fairfield Sentry prior to July 31, 2002, with subsequent investments on April 1, 2004 and October 1, 2006.

5. Plaintiff Felipe J. Benavides is an individual residing in Mexico who invested assets in both Fairfield Sentry and Fairfield Lambda Ltd. on September 1, 2008.

6. Plaintiff Fundacion Virgilio Barco is a foundation organized under Colombian law that invested assets in Fairfield Sentry on September 1, 2008.

7. Plaintiff R.M. Rademaker is an individual residing in the Netherlands who invested assets in Fairfield Sigma on April 22, 2005.

8. Plaintiff The Alpha and Omega Partnership, LP is a limited partnership organized under the laws of the Island of Guernsey that invested assets in Fairfield Sentry beginning on January 1, 1999, with subsequent investments on October 1, 1999, November 1, 1999, December 1, 1999 and November 1, 2002.

Respectfully submitted,

By: /s/ David A. Barrett
David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200

David A. Barrett
Howard L. Vickery
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

Stuart H. Singer
Carlos M. Sires
Sashi Bach Boruchow
David Nelson
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

Robert C. Finkel
James A. Harrod
E. Elizabeth Robinson
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600

2

3

Christopher Lovell
Victor E. Stewart
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, NY  10006
(212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs and
Counsel for PSLRA Plaintiffs*

**SO ORDERED**  1/7/11

_____
HON. THEODORE H. KATZ
U.S.M.J.