UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2011

-------------------------------------------------------------x
PASHA ANWAR, et al.,                )
                                    )
              Plaintiffs,           )
                                    )
    v.                              )
                                    )
                                    ) Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,)
                                    )
              Defendants.           )
                                    )
This Document Relates to: *Headway Investment* )
*Corp. v. American Express Bank Ltd.* No. 09-CV- )
08500                               )
-------------------------------------------------------------x

### HEADWAY INVESTMENT CORPORATION'S
### NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Headway Investment Corporation, files this Notice of Voluntary Dismissal as to claims against defendant Samuel Perruchoud.

Dated: January 7, 2011

                                              Respectfully submitted,

By: /s/ Paul E. Dans
     Paul E. Dans
     Jorge A. Mestre
     Attorneys for Headway
     Investment Corporation
     RIVERO MESTRE
     2525 Ponce de Leon Blvd.,
     Suite 1000
     Coral Gables, FL 33134
     Phone Number: 305-445-2500
     Fax Number: 305-445-2505
     Email: pdans@riveromestre.com
             jmestre@riveromestre.com

**SO ORDERED.**

1-10-11
DATE              VICTOR MARRERO, U.S.D.J.