```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PASHA S. ANWAR, et al.,             :
                                    :
                    Plaintiffs,     :
                                    :
      - against -                   :    09 Cv. 0118 (VM)
                                    :
FAIRFIELD GREENWICH GROUP, et al.,  :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
LORRENE DA SILVA FERREIRA, et al.,  :
                                    :    11 Civ. 0813(VM)
                    Plaintiffs,     :
                                    :
      - against -                   :
                                    :
EFG CAPITAL                         :    **ORDER**
INTERNATIONAL CORP., et al.         :
                                    :
                    Defendants.     :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts as numerous other related actions consolidated for pretrial purposes under the lead case captioned above, and that these actions assert claims arising out of the same or substantially similar actions against some or most of the same defendants, and that the actions are related to the numerous cases

transferred to this Court by the United States Judicial Panel on Multidistrict Litigation for the consolidation and supervision of pretrial proceedings as part of In re Fairfield Greenwich Group, MDL No. 2088.  Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 11 Civ. 0813, as a separate action and remove it and terminate any pending motions in this case from the Court's database.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           08 January 2011

                                    _____
                                    Victor Marrero
                                    U.S.D.J.