```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
PASHA S. ANWAR, et al.,               :
                                      :
                    Plaintiffs,       :
                                      :
    - against -                       :      09 Civ. 0118 (VM)
                                      :
FAIRFIELD GREENWICH GROUP, et al.,    :
                                      :
                    Defendants.       :
----------------------------------- X
----------------------------------- X
ISTON HOLDINGS LIMITED, et al.,       :
                                      :      11 Civ. 0901(VM)
                    Plaintiffs,       :
                                      :
    -  against  -                     :
                                      :
STANDARD CHARTERED INTERNATIONAL      :
(AMERICAS) LIMITED, et al.,           :
                                      :
                    Defendants.       :
-----------------------------------X
----------------------------------- X
RAMIRO RENDILES,                      :
                                      :
                    Plaintiff,        :
                                      :
    - against -                       :      11 Civ. 0902(VM)
                                      :
STANDARD CHARTERED INTERNATIONAL      :
(AMERICAS) LIMITED, et al.,           :
                                      :
                    Defendants.       :
----------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/11

```
--------------------------------- X
ALBERTO PEREZ,                    :
                                  :   11 Civ. 0903(VM)
                 Plaintiff,       :
                                  :
     -  against  -                :
                                  :
STANDARD CHARTERED INTERNATIONAL  :
(AMERICAS) LIMITED, et al.,       :
                                  :
                 Defendants.      :
---------------------------------X
--------------------------------- X
AUBURN OVERSEAS CORP.,            :
                                  :   11 Civ. 0904(VM)
                 Plaintiff,       :
                                  :
     -  against  -                :
                                  :
STANDARD CHARTERED INTERNATIONAL  :
(AMERICAS) LIMITED, et al.,       :
                                  :
                 Defendants.      :
---------------------------------X
--------------------------------- X
INTERLAND INVESTMENTS CORP.,      :
                                  :   11 Civ. 0905(VM)
                 Plaintiff,       :
                                  :
     -  against  -                :
                                  :
STANDARD CHARTERED INTERNATIONAL  :
(AMERICAS) LIMITED, et al.,       :
                                  :
                 Defendants.      :
---------------------------------X
```

-2-

```
----------------------------------- X
VILEBENS, S.L., et al.,                :
                                       :
                 Plaintiffs,           :
                                       :
      - against -                      :    11 Civ. 0906(VM)
                                       :
STANDARD CHARTERED INTERNATIONAL       :
(AMERICAS) LIMITED, et al.,            :
                                       :
                 Defendants.           :
----------------------------------- X
----------------------------------- X
5C INVESTMENTS LTD.,                   :
                                       :    11 Civ. 0907(VM)
                 Plaintiff,            :
                                       :
      -  against  -                    :
                                       :
STANDARD CHARTERED INTERNATIONAL       :
(AMERICAS) LIMITED, et al.,            :
                                       :
                 Defendants.           :
-----------------------------------X
----------------------------------- X
JORGE ASENSIO,                         :
                                       :    11 Civ. 0908(VM)
                 Plaintiff,            :
                                       :
      -  against  -                    :
                                       :
STANDARD CHARTERED INTERNATIONAL       :
(AMERICAS) LIMITED, et al.,            :
                                       :
                 Defendants.           :
-----------------------------------X
```

```
-------------------------------------- X
GERICO, INC., et al.,                 :
                                      :
                   Plaintiffs,        :
                                      :
    - against -                       :    11 Civ. 0909(VM)
                                      :
STANDARD CHARTERED INTERNATIONAL      :
(AMERICAS) LIMITED, et al.,           :
                                      :
                   Defendants.        :
------------------------------------ X
------------------------------------ X
PRIONAS SHIPPING COMPANY LIMITED,     :
                                      :    11 Civ. 0910(VM)
                   Plaintiff,         :
                                      :
    -  against  -                     :
                                      :
STANDARD CHARTERED INTERNATIONAL      :
(AMERICAS) LIMITED, et al.,           :
                                      :
                   Defendants.        :
----------------------------------------X
------------------------------------ X
PANAGIOTIS LEONARDOS,                 :
                                      :    11 Civ. 0911(VM)
                   Plaintiff,         :
                                      :
    -  against  -                     :
                                      :
STANDARD CHARTERED INTERNATIONAL      :         ORDER
(AMERICAS) LIMITED, et al.,           :
                                      :
                   Defendants.        :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with

the Court in connection with the twelve cases captioned above,

the Court noted that the complaints describe the same or

substantially similar underlying events and operative facts as numerous other related actions consolidated for pretrial purposes under the lead case captioned above, and that these actions assert claims arising out of the same or substantially similar actions against some or most of the same defendants, and that the actions are related to the numerous cases transferred to this Court by the United States Judicial Panel on Multidistrict Litigation for the consolidation and supervision of pretrial proceedings as part of In re Fairfield Greenwich Group, MDL No. 2088. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the twelve cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 11 Civ. 0901, 11 Civ. 0902, 11 Civ. 0903, 11 Civ. 0904, 11 Civ. 0905, 11 Civ. 0906, 11 Civ. 0907, 11 Civ. 0908, 11 Civ. 0909, 11 Civ. 0910, and 11 Civ. 0911, as separate actions and remove them and terminate any pending

motions in these cases from the Court's database.


**SO ORDERED.**

Dated:      NEW YORK, NEW YORK
            14 February 2011


                                    _____
                                       Victor Marrero
                                          U.S.D.J.