UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Anwar et al
                    Plaintiff,

09  C  00118  (   )

-against-

Fairfield Greenwich Ltd et al
                    Defendant.
--------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending      [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Gustavo Bruckner

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: GB7701 ; My State Bar Number is: 2540581

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

    From: _____

    To: _____

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address: Pomerantz Haudek Grossman & Gross

                 100 Park Avenue

[x] Telephone No.: 212-661-1100

[ ] Fax No.: _____

[x] E-Mail Address: gfbruckner@pomlaw.com

Dated: 17 Feb 2011          /s/ [signature]
                                 ATTORNEY'S SIGNATURE