# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350



RECEIVED MAR 2 – 2011 CHAMBERS OF JUDGE MARRERO

March 1, 2011

**VIA HAND DELIVERY**

Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-11
```

      Re:    *Anwar, et al., v. Fairfield Greenwich Limited, et al*
            Master File No.  09-CV-00118 (VM) (THK)

Dear Judge Katz:

      We write on behalf of Interim Co-Lead Counsel for plaintiffs in the above captioned consolidated action to respectfully request that the Court grant leave for plaintiffs to file a brief of up to 40 pages in support of Plaintiffs' Motion for Class Certification.

      We request the additional pages because of the numerous issues, including matters of foreign law, related to class certification that must be addressed in this matter.  Defendants do not object to this request, with plaintiffs having agreed to a similar extension for Defendants' opposition to the class certification motion.  This request is made timely and for good cause, and will not affect any deadlines in this action.

      Thank you for your consideration.

                            Respectfully yours,

                            David A. Barrett

cc:    The Honorable Victor Marrero
       All counsel in *Anwar*

> Request GRANTED. The page limitations provision of the Court's Individual Practices is modified to authorize _the parties_ to file a brief not to exceed _40_ pages in connection with the motion _for class certification_ herein. Defendants shall coordinate their response so as to _file a single, consolidated omnibus submission._
> **SO ORDERED.**
> 3-2-11
> DATE         VICTOR MARRERO, U.S.D.J.

WWW.BSFLLP.COM