UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br>　　　　　　　Defendants.<br>This Document Relates To:　All Actions | Master File No. 09-cv-118 (VM) |



## THIRD NOTICE AND ORDER ADDING
## ADDITIONAL NAMED PLAINTIFFS

Pursuant to the Stipulation and Order Regarding Additional Named Plaintiffs, entered April 27, 2010, the additional named plaintiffs listed below shall be deemed parties to this Action to the same extent as if they had been named as plaintiffs in the Second Consolidated Amended Complaint.

### ADDITIONAL NAMED PLAINTIFFS

1. Plaintiff Citibank Korea Inc., as Trustee of Hanwha Globalchoros Fund of Funds L1, is organized under the laws of Korea and invested assets in Fairfield Sentry beginning November 22, 2006 and made a subsequent investment on December 22, 2006.

2. Plaintiff Deutsche Bank AG, Seoul Branch Ltd., as Trustee of Allianze Global Select Private Placement Fun of Funds, is organized under the laws of Korea and invested assets in Fairfield Sentry on November 15, 2006.

3. Plaintiff Deutsche Bank AG, Seoul Branch Ltd., as Trustee of KITMC True Alpha Fund, is organized under the laws of Korea and invested assets in Fairfield Sentry on February 23, 2007.

4. Plaintiff Fondo Pensione per il Personale della Deutsche Bank, S.P.A. is an Italian company that invested assets in Fairfield Sentry beginning February 1, 2005 and made subsequent investments on February 22, 2005 and September 22, 2006.

5. Plaintiff Hedge Strategy Fund, LLC is a company organized in Ohio that invested assets

in Greenwich Sentry, L.P., on January 1, 1998 with a subsequent investment on January 8, 1998.

6. Plaintiff HSBC Seoul Branch Ltd., as Trustee for First Class Global Hedge Fund of Funds, is organized under the laws of Korea and invested assets in Fairfield Sentry beginning on February 26, 2007 and made subsequent investments in November 2007 and on April 29, 2008.

7. Plaintiff Korea Exchange Bank, as Trustee of Korea Global All Asset Trust I-1, is organized under the laws of Korea and invested assets in Fairfield Sentry beginning August 24, 2005 and made subsequent investments on December 16, 2005 and December 23, 2005.

8. Plaintiff Korea Exchange Bank, as Trustee of Tams Rainbow Trust, is organized under the laws of Korea and invested assets in Fairfield Sentry beginning November 24, 2006 and made a subsequent investment on October 18, 2007.

9. Plaintiff Korea Life Insurance Company Ltd. is a Korean insurance company that invested assets in Fairfield Sentry beginning March 30, 2005 and made subsequent investments on July 28, 2006 and August 29, 2007.

10. Plaintiff Woori Bank, as Trustee of Samsung Tu All Asset Trust, is organized under the laws of Korea and invested assets in Fairfield Sentry beginning December 12, 2007 and made a subsequent investment on September 25, 2008.

Respectfully submitted,

By: /s/ David Boies
David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200

David A. Barrett
Howard L. Vickery
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

Stuart H. Singer
Carlos M. Sires
Sashi Bach Boruchow

2

David Nelson
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

Robert C. Finkel
James A. Harrod
E. Elizabeth Robinson
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
(212) 759-4600

Christopher Lovell
Victor E. Stewart
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, NY  10006
(212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*

3/1/11

**SO ORDERED**

_____
HON. THEODORE H. KATZ
U.S.M.J.

3