UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA S. ANWAR, *et al.*,

            Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

            Defendants.

This Document Relates To: *Jose Antonio Pujals* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 10-CV-2878

Master File No. 09-CV-118 (VM) (THK)

## CERTIFICATE OF SERVICE

        I hereby certify that on March 7, 2011, the Notice of Motion to Dismiss and Memorandum of Law of Standard Chartered Bank International (Americas) Ltd. and Standard Chartered Bank in Support of Their Motion to Dismiss the Pujals Plaintiffs' Amended Complaint, together with accompanying declaration and exhibits, were served via ECF and on March 8, 2011 via electronic mail to all counsel of record.

Dated: March 8, 2011
       New York, New York

                      /s/ Sharon L. Nelles
                      Sharon L. Nelles (SN-3144)
                      SULLIVAN & CROMWELL LLP
                      125 Broad Street
                      New York, New York 10004
                      Telephone: (212) 558-4000
                      Facsimile: (212) 558-3588
                      nelless@sullcrom.com

                      *Attorney for Defendants Standard Chartered Bank International (Americas) Ltd. and Standard Chartered Bank*