UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pasha S. Anwar et al.,<br><br>         Plaintiffs.<br><br>   v.<br><br>Fairfield Greenwich Limited et al.,<br><br>         Defendants. | Case No. 1:09-cv-00118-VM-THK<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Gustavo Fabian Bruckner of Pomerantz, Haudek, Block, Grossman & Gross LLP, hereby enters an appearance as counsel in the above-captioned action on behalf of Plaintiff The Knight Services Holdings Limited, and requests that he be served with all future pleadings.

Dated: New York, New York
    March 8, 2011

                **POMERANTZ HAUDEK BLOCK**
                **GROSSMAN & GROSS LLP**

         By:  /s/ Gustavo Fabian Bruckner  .
             Gustavo Fabian Bruckner
             100 Park Avenue, 26th Floor
             New York, New York 10017
             Telephone: 212-661-1100
             Facsimile: 212-661-8665
             email: gfbruckner@pomlaw.com