BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Fairfield Greenwich Group
Securities Litigation                                                               MDL No. 2088

STANDARD CHARTERED BANK INTERNATIONAL
(AMERICAS) LTD. AND STANDARD CHARTERED PLC'S
MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407

Standard Chartered Bank International (Americas) Ltd. and Standard Chartered PLC, by their undersigned counsel, respectfully request that the Judicial Panel on Multidistrict Litigation issue an order, pursuant to 28 U.S.C. § 1407 and Rules 6.1 and 7.1(b)(i) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, transferring *Joaquina Teresa Barbachano Herrero* v. *Standard Chartered Bank Int'l (Americas) Ltd., et al.*, No. 10-cv-24387 (S.D. Fla.) from the United States District Court for the Southern District of Florida to the United States District Court for the Southern District of New York, where the multidistrict litigation, *In re Fairfield Greenwich Group Securities Litigation*, MDL No. 2008, is currently pending before Judge Victor Marrero.  Accompanying this motion are the Declaration of Yavar Bathaee (and exhibits thereto), a Schedule of Actions, and a memorandum of law in support of this motion.

Dated:  March 14, 2011
            New York, New York

                                                                /s/ Sharon L. Nelles
                                                                Sharon L. Nelles
                                                                SULLIVAN & CROMWELL LLP
                                                                125 Broad Street
                                                                New York, New York  10004
                                                                Telephone:  (212) 558-4000
                                                                Facsimile:  (212) 558-3588
                                                                nelless@sullcrom.com

                                                                *Attorneys for Defendant*
                                                                *Standard Chartered Bank Int'l (Americas) Ltd.*
                                                                *and Standard Chartered Bank PLC*