BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Fairfield Greenwich Group  
Securities Litigation                                                                                  MDL No. 2088

**SCHEDULE OF ACTIONS PURSUANT TO JPML RULE 6.1(b)(ii)**

1. *Joaquina Teresa Barbachano Herrero* v. *Standard Chartered Bank International (Americas) Ltd., and Standard Chartered PLC*, 10-cv-24387 (S.D. Fla).

   - This action is assigned to the Hon. Federico A. Mareno, Chief Judge of the United States District Court for the Southern District of Florida.

Dated: March 14, 2011  
New York, New York

/s/ Sharon L. Nelles  
Sharon L. Nelles  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York  10004  
Telephone:  (212) 558-4000  
Facsimile:  (212) 558-3588  
nelless@sullcrom.com

*Attorneys for Defendant*  
*Standard Chartered Bank*  
*International (Americas) Ltd.*  
*and Standard Chartered Bank PLC*