## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Fairfield Greenwich Group
Securities Litigation                                                                    MDL No. 2088

### PROOF OF SERVICE

    I certify that on March 14, 2011, I served, by electronic filing using the Judicial Panel on Multidistrict Litigation CM/ECF system and by e-mail, a true and correct copy of the enclosed Motion to Transfer Pursuant to 28 U.S.C. § 1407 and its accompanying memorandum, declaration and exhibits, filed on behalf of Standard Chartered Bank International (Americas) Ltd. and Standard Chartered PLC, on the parties listed on the attached service list.  I further certify that I have transmitted a copy of the motion for filing to the clerks of the United States District Courts for the Southern District of New York and for the Southern District of Florida, where the affected actions, *Anwar* v. *Fairfield Greenwich Ltd.*, No. 09-cv-118 (S.D.N.Y.) and *Joaquina Teresa Barbachano Herrero* v. *Standard Chartered Bank International (Americas) Ltd.*, 10-cv-24387 (S.D. Fla.), are pending.

Dated: March 14, 2011
    New York, N.Y.

                /s/ Yavar Bathaee
                Yavar Bathaee

## Service List

1. *Joaquina Teresa Barbachano Herrero* v. *Standard Chartered Bank International (Americas) Ltd., and Standard Chartered PLC*, 10-cv-24387 (S.D. Fla):

   **Harold Eugene Lindsey, III**
   Katz Barron Squitero Faust
   2600 South Bayshore Drive
   7th Floor
   Miami, FL 33133-5408
   305-856-2400
   hel@katzbarron.com

2. *Anwar* v. *Fairfield Greenwich Ltd.*, *et al.*, No. 09-cv-118 (S.D.N.Y.)

   | **David A. Barrett** | **Mark Geoffrey Cunha** |
   |---|---|
   | Boies, Schiller & Flexner, LLP(NYC) | Simpson Thacher & Bartlett LLP (CA) |
   | 575 Lexington Avenue | 3330 Hillview Avenue |
   | New York, NY 10022 | Palo Alto, CA 94304 |
   | (212) 446-2310 | 212-455-2000 |
   | Fax: (212)446-2350 | Fax: 212-455-2502 |
   | Email: dbarrett@bsfllp.com | Email: mcunha@stblaw.com |
   | Attorney for Securities & Investment Company Bahrain, Harel Insurance Company, Ltd., AXA Private Management, St. Stephen's School, and Pacific West Health Medical Center, Inc. Employee's Retirement Trust, Pasah S. Anwar, Inter-American Trust, Elvira 1950 Trust, Bonaire Limited, Carlos Gauch, Loana Ltd., Wall Street Securities, S.A., Banco General, S.A., Harvest Dawn International Inc., El Prado Trading, Omawa Investment Corporation, Carmel Ventures Ltd., Traconcorp, Blythel Associated Corp., Marrekesh Resources, Centro Inspection Agency, Kalandar International, Landville Capital Management S.A., 20/20 Investments, Diversified Investments Associates Class A Units, ABR Capital Fixed Option/Income Strategic Fund LP, and The Knight Services Holdings Limited. | Attorney for Fairfield Risk Services, Ltd., Fairfield Greenwich Ltd., Fairfield Greenwich Group, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C., Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd., Yanko Dellaw Schiava, Philip Toub, Lourdes Barreneche, Cornelis Boele, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Richard Landsberger, David Lipton, Julia Luongo, Mark Mckeefry, Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Amit Vijayvergiya, Daniel Lipton, Robert Blum, Corina Noel Piedrahita, and Maria Teresa Pulido Mendozo. |

| | |
|---|---|
| **Christopher Lovell**<br>Lovell Stewart Halebian Jacobson LLP<br>61 Broadway<br>Suite 501<br>New York, NY 10006<br>(212) 608-1900<br>Fax: (212) 719-4677<br>Email: clovell@lshllp.com<br><br>Attorney for Pasah S. Anwar and Julia Anwar. | **Robert Alan Wallner**<br>Milberg LLP (NYC)<br>One Pennsylvania Plaza<br>New York, NY 10119<br>212-594-5300<br>Fax: 212-868-1229<br>Email: rwallner@milberg.com<br><br>Attorney for Miguel Lomeli, Morning Mist Holdings Limited, David I. Ferber, Frank E. Pierce, and the Frank E. Pierce Ira. |
| **William M. O'Connor**<br>Crowell & Moring LLP (NYC)<br>590 Madison Avenue<br>New York, NY 10022<br>(212)223-4000 x895-4259<br>Fax: (212) 223-4134<br>Email: woconnor@crowell.com<br><br>Attorney for Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia, Jayshree Bhatia, Mandakini Gajaria, ABN AMRO LIFE S.A., Bahia del Rio S.A., Bevington Management, Ltd., Calwell Investment S.A., Diamond Hills Inc., Hedge Strategy Fund LLC, Kivory Corporation, North Club, Inc., North Club, Inc., PFA Pension A/S, Taurus the Fourth Ltd., and Zenn Assets Holding, Ltd. | **Carl Lester Stine**<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022<br>212 451-9631<br>Fax: (212) 486-2093<br>Email: cstine@wolfpopper.com<br><br>Attorney for Pacific West Health Medical Center Inc. Employees Retirement Trust. |
| **Catherine A. Torrell**<br>Cohen Milstein Sellers & Toll P.L.L.C.<br>88 Pine Street<br>14th, Floor<br>New York, NY 10005<br>(212) 838-7797<br>Fax: (212) 838-7745<br><br>Attorney for Shimon Laor. | **David Robert Kromm**<br>Port Authority of New York and New Jersey<br>225 Park Ave. South<br>New York, NY 10003<br>(212)-435-3483<br>Fax: (212)-435-3834<br>Email: dkromm@panynj.gov<br><br>Attorney for Nadav Zohar and Ronit Zohar. |

| | |
|---|---|
| **David J. Molton**<br>Brown Rudnick LLP (NYC)<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>Fax: 212-704-0196<br>Email: dmolton@brownrudnick.com<br><br>Attorney for Fairfield Sentry Ltd. | **Paul Edouard Dans**<br>Rivero Mestre & Castro<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Coral Gables, FL 33134<br>(305) 445-2500<br>Fax: (305) 445-2505<br>Email: pdans@riveromestre.com<br><br>Attorney for Headway Investment Corp. |
| **David Alan Rothstein**<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive<br>PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 374-1961<br><br>Attorney for Jose Antonio Pujals and Rosa Julieta A De Pujals. | **Richard E. Brodsky**<br>The Brodsky Law Firm<br>66 West Flagler Street, Ninth Floor<br>Miami, FL 33130<br>(786)-220-3328<br>Fax: (866)-564-8231<br>Email: rbrodsky@thebrodskylawfirm.com<br><br>Attorney for Maridom Limited. |
| **Laurence Edward Curran , III**<br>Curran & Associates<br>4000 Ponce De Leon Blvd<br>Suite 470<br>Coral Gables, FL 33146<br>(305)-753-3754<br>Fax: (305)-675-0548<br>Email: lecurran@lecurran.com<br><br>Attorney for Ricardo Lopez, Auburn Overseas Corp., Triple R Holdings Ltd., Interland Investments Ltd., New Horizon Dev., Inc., Scalar Ltd., Reinaldo Ruiz, Iston Holdings Ltd., Ramiro Rendiles, Alberto Perez, 5C Investments Ltd., Velvor S.A., Vilebens, S.L., Jorge Asensio, Prionas Shipping Co. Ltd., and Panagiotis Leonardos. | **Michael Jules Aguirre**<br>Aguirre, Morris & Severson LLP<br>444 West C Street, Suite 210<br>San Diego, CA 92101<br>(619)-876-5364<br>Fax: (619)-876-5368<br>Email: maguirre@amslawyers.com<br><br>Attorney for Maria Akriby Valladolid. |

**Catherine A. Torell**
Cohen Milstein Sellers & Toll
P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
212-838-7797
Fax: 212-838-7745
Email: ctorell@cohenmilstein.com

Attorney for Fairfield Investor Group.

**Andrew J. Levander**
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500
Fax: (212) 698-3500
Email: andrew.levander@dechert.com
Attorney for Andres Piedrahita.

**Helen Virginia Cantwell**
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue,31st Floor
New York, NY 10022
(212) 909-6312
Fax: (212) 909-6312
Email: hvcantwell@debevoise.com

Attorney for Amit Vigayvergia.

**Glenn Kurtz**
White & Case LLP (NY)
1155 Ave of the Americas
New York, NY 10036
(212) 819-8200
Fax: (212) 354-8113
Email: gkurtz@whitecase.com

Attorney for Walter M. Noel, Jr.

**Adam K. Grant**
Kasowitz, Benson, Torres & Friedman,
LLP (NYC)
1501 Broadway 12th, Floor
New York, NY 10036
(212)-506-1976
Fax: (212)-506-1800
Email: agrant@kasowitz.com

Attorney for Jeffrey Tucker.

**Amanda Mcgovern**
Gilbride Heller & Brown P.A
2 South Biscayne Blvd, One Biscayne
Tower - Suite 1570
Miami, FL 33131
(305) 358-3580
Fax: (305) 374-1756
Email: amcgovern@ghblaw.com

Attorney for CITCO Fund Services
(Europe) B.V., Citco Fund Services
(Bermuda) Limited, Citco Group
Limited, CITCO Bank Nederland N.V.
Dublin Branch, CITCO Fund Services
(Europe) B.V., Citco Canada Inc., and
Citgo Global Custody N.V.

**Andrew M. Genser**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446-4809
Fax: (212) 446 6460
Email: agenser@kirkland.com

Attorney for Pricewaterhousecoopers L.L.P.

**Ricardo Alejandro Gonzalez**
Greenberg Traurig, P.A.
333 Avenue of The Americas
Miami, FL 33131
(305)-579-0891
Fax: (305)-579-0717
Email: gonzalezr@gtlaw.com

Attorney for Carlos Gadala-Maria, Raul Mas, Robert Friedman, Robert Friedman, Rodolfo Pages, and John G Dutkowski.

**Jonathan David Cogan**
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
(212)-488-1200
Fax: (212)-488-1220
Email: jonathan.cogan@kobrekim.com

GlobeOp Financial Services LLC.

**Jones & Adams, P.A.**
9115 S. Dadeland Blvd., Suite 1506
Miami, Florida 33156
matthew@jones-adams.com

Attorney for Ricardo Almiron, and Carlos Carrillo.

**Gabrielle Sean Marshall**
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
(212)-837--6413
Fax: (212)-299-6413
Email: marshalg@hugheshubbard.com

Attorney for PricewaterhouseCoopers Accountants Netherlands N.V.

**Edward M. Spiro**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017
(212) 880-9460
Fax: (212) 856-9494
Email: espiro@magislaw.com

Attorney for David Horn.

**Bruce Allen Baird**
Covington & Burling, L.L.P. (DC)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202)-662-5122
Fax: (202)-778-5122
Email: bbaird@cov.com

Attorney for Gregory Bowes.

**Joel S. Magolnick**
De La O, Marko, Magolnick & Leyton
3001 S.W. 3rd Ave.
Miami, Fl 33129
magolnick@dmmllaw.com

Attorney for Greico, Inc. and Alicia Gaviria De Rivera.

**Dr. Gaytri D. Kachroo**
Kachroo Legal Services, P.C.
219 Concord Ave.
Cambridge, MA 02138
gkachroo@kachroolegal.com

Attorney for Ricardo Rodriguez Caso.