UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>                                   Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                                   Defendants.<br><br>This Document Relates To: *Joaquina Teresa Barbachano Herrero* v. *Standard Chartered Bank Int'l (Americas) Ltd., et al.*, No. 10-cv-24387 (S.D. Fla.) | Master File No. 09-CV-118 (VM) (THK) |

### NOTICE OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILING

Defendants Standard Chartered Bank International (Americas) Ltd. and Standard Chartered PLC, hereby notify the Court that a motion and supporting documents were filed on March 14, 2011 before the Judicial Panel on Multidistrict Litigation requesting the transfer of *Joaquina Teresa Barbachano Herrero* v. *Standard Chartered Bank Int'l (Americas) Ltd., et al.*, No. 10-cv-24387 (S.D. Fla.) from the United States District Court for the Southern District of Florida to the United States District Court for the Southern District of New York.  The motion,

-2-

memorandum in support, schedule of actions, and declaration in support (without exhibits) are attached.

Dated: New York, New York
March 15, 2011

Respectfully submitted,

/s/ Sharon L. Nelles
Sharon L. Nelles
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
nelless@sullcrom.com

*Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd. and Standard Chartered Bank*