IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
PASHA ANWAR, et al., )
 )
    Plaintiffs, )
 )
v. )
 )  Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al. )
 )
    Defendants. )
 )
This Document Relates to: )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al.*    11-CV-813(VM) )
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

    Notice is hereby given of the appearance of David Valicenti, Esq. of COHEN KINNE VALICENTI & COOK LLP, 28 North Street, 3rd Floor, Pittsfield, Massachusetts 01201, Telephone 413-443-9399, Fax 413-442-9399, as co-counsel on behalf of Plaintiffs, Lorrene Da Silva Ferreira and Arlete Da Silva Ferreira, individually and on behalf of all others similarly situated.

        DAVID VALICENTI (DV 9090)

        BY    */S/DAVID VALICENTI*
        COHEN KINNE VALICENTI & COOK LLP
        *Co-counsel for Plaintiffs*
        28 North Street, 3rd Floor
        Pittsfield, MA  01201
        Telephone:  (413) 443-9399
        Facsimile:  (413) 553-0331
        DVALICENTI@COHENKINNE.COM

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that paper copies will be sent to those indicated as nonregistered participants on the Notice of Filing ("NEF") on March 22, 2010.

        By  */s/ David Valicenti*
            DAVID VALICENTI (DV 9090)