# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

March 21, 2011



**VIA HAND DELIVERY**

Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Anwar, et al., v. Fairfield Greenwich Limited, et al*
               Master File No. 09-CV-00118 (VM) (THK)

Dear Judge Katz:

      We write on behalf of Plaintiffs to request an extension until March 25, 2011, to submit a response to Defendants' letter of March 15, 2011, concerning the parties' disagreement over certain responses to Defendants' discovery requests. Defendants have agreed to this extension and the parties also have agreed to continue to confer concerning the issues raised in the letter.

      Thank you for your consideration.

Respectfully yours,

David A. Barrett

Granted

3/23/11 **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc:    Judge Victor Marrero (by hand)
        All counsel in *Anwar* (by email)