UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PASHA ANWAR, et al.,                )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )
                                    )     **Consolidated Master File**
FAIRFIELD GREENWICH LIMITED, et al. )     **Case No. 09-CV-118 (VM)**
                                    )
                                    )     **Case No. 1:11-cv-00813-VM**
    Defendants.                     )
                                    )
This Document Relates to:           )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al., 11-CV-813(VM)*      )
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Amanda Star Frazer of Levine Kellogg Lehman Schneider + Grossman LLP hereby enters an appearance as counsel on behalf of Plaintiffs, Lorrene Da Silva Ferreira and Arlete Da Silva Ferreira, individually, and on behalf of all others similarly situated, and respectfully requests that notice of electronic filing all papers in the action be transmitted to her at the address given below.

Dated: March 23, 2011                           Respectfully submitted,

COHEN KINNE VALICENTI & COOK LLP                LEVINE KELLOGG LEHMAN
*Co-counsel for Plaintiffs*                     SCHNEIDER + GROSSMAN LLP
28 North Street, 3rd Floor                      *Counsel for Plaintiffs*
Pittsfield, MA 01201                            201 So. Biscayne Boulevard
Telephone: (413) 443-9399                       Miami Center, 34th Floor
Facsimile: (413) 553-0331                       Miami, FL 33131
KEVIN M. KINNE                                  Telephone: (305) 403-8788
Massachusetts Bar No. 559004                    Facsimile: (305) 403-8789
Kkinne@cohenkinne.com

                                                                                                By /s/  Amanda Star Frazer
                                                                                                AMANDA STAR FRAZER, ESQ.
                                                                                                Florida Bar No. 0043921
                                                                                                af@lkllaw.com

DANIEL R. SOLIN, ESQ.
*Co-counsel for Plaintiffs*
401 Broadway, Ste. 306
New York, N.Y. 10013-3005
Telephone: (239) 949-1606
Facsimile: (239) 236-1381
New York Bar No. 8675
dansolin@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 23, 2010**, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that paper copies will be sent to those indicated as nonregistered participants.

By /s/  Amanda Star Frazer
AMANDA STAR FRAZER, ESQ.
Florida Bar No. 0043921
af@lkllaw.com

EX7118