UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANWAR, *et al.*, )
)
Plaintiffs, )
)
vs. )
)
FAIRFIELD GREENWICH LIMITED, )
*et al.* )
)
Defendants. )
)
---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/11

Master File No. 09-cv-118 (VM) (THK)
ECF Case

### NOTICE OF WITHDRAWAL OF ANNE K. SMALL AS COUNSEL OF RECORD AND ORDER

**PLEASE TAKE NOTICE** that Anne K. Small is hereby withdrawn as counsel of record in the above captioned-matter for defendant PricewaterhouseCoopers International Limited. As of March 28, 2011 Ms. Small will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP. Wilmer Cutler Pickering Hale and Dorr LLP will continue to act as counsel for the above-referenced defendants.

Dated: New York, New York
       March 25, 2011

Respectfully submitted,

*Anne K. Small*

Anne K. Small
WILMER CUTLER PICKERING
  HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
anne.small@wilmerhale.com

*Attorneys for Defendant
PricewaterhouseCoopers International
Limited*

**SO ORDERED.**

3-25-11
DATE

VICTOR MARRERO, U.S.D.J.