



April 4, 2011

**VIA FEDEX**

Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *Anwar et al. v. Fairfield Greenwich Ltd. et al.*, Master File No. 09-cv-00118-VM;
*Da Silva Ferreira v. EFG Capital International, Corp.*, Case No. 1:11-cv-00813-VM

Dear Judge Katz:

This law firm represents Plaintiffs Arlete and Lorrene da Silva Ferreira in the above-referenced class action. The case recently was transferred from the U.S. District Court for the Southern District of Florida. Prior to the transfer, Plaintiffs filed with the Florida court a Motion for Class Certification and a Reply in Support of Class Certification. Because the Reply brief contained potentially confidential information and exhibits, Plaintiffs filed it under seal in an abundance of caution. Plaintiffs' counsel since has conferred with counsel for Defendant, EFG Capital International Corp., which does not object to Plaintiffs unsealing the Reply brief as long as two exhibits, Nos. 27 and 33, are replaced with partially redacted versions to protect confidential customer information.

Plaintiffs therefore request leave from this Court to re-file their Reply in Support of Class Certification, unsealed, with redacted replacement exhibits 27 and 33.

Thank you for your consideration.

Very truly yours,

Jason Kellogg

*Granted.*

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Judge Victor Marrero (via FedEx)
All counsel in *Da Silva Ferreira* (by email)

www.LKLlaw.com