UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>Defendants.<br><br>This Document Relates To: *Jose Antonio Pujals, et. al. v. Standard Chartered Bank International (Americas) Ltd., et. al.*, No. 10-CV-2878 | Master File No. 09-cv-118 (VM) (THK)<br>ECF Case |

### DECLARATION OF DAVID A. ROTHSTEIN, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

I, DAVID A. ROTHSTEIN, make this declaration pursuant to 28 U.S.C. § 1746 under penalties of perjury. I hereby state as follows:

1. I an attorney at the law firm of Dimond Kaplan & Rothstein, P.A., one of counsel for Plaintiffs Jose Antonio Pujals and Rosa Julieta A. De Pujals (collectively "Plaintiffs") and the putative class in the above-styled action and am admitted *pro hac vice* to practice before this Court. I am fully familiar with the matters stated herein based on personal knowledge or review of files in the possession of my firm.

2. I make this declaration in opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint.

3.   Attached as Exhibit A is a true and correct copy of Plaintiff's Amended Complaint with attachments.

4.   Attached as Exhibit B is a true and correct copy of the "Discretionary Investment Management Agreement" filed in <u>In Re Beacon Associates Litigation</u>, Case No. 09-Civ-777 (LBS) in this District (D.E. 109-8).

5.   Attached as Exhibit C is a true and correct copy of the Beacon Associates LLC I Confidential Offering Memorandum, filed in <u>In Re Beacon Associates Litigation</u>, Case No. 09-Civ-777 (LBS) in this District (D.E. 100-4).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2011
      Miami, Florida

David A. Rothstein