**ROPES & GRAY**
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/11
```

April 1, 2011

Zachary S. Brez
T +1 212 596 9623
F +1 646 728 1810
zachary.brez@ropesgray.com

<u>By Facsimile 212-805-6382</u>
Hon. Victor Marrero
United States District Judge
United States District Court for the Southern
District of New York
Room 660
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*, 09-cv-118 (VM)

Dear Judge Marrero:

I write to memorialize my conversation from earlier today with your law clerk, Jennifer Sapp, regarding my March 29, 2011 letter to the Court. As explained in the letter, I wrote pursuant to Rule 1.12 of the New York Rules of Professional Conduct to notify the Court and the parties that Ropes & Gray LLP ("R&G") had been retained to represent Robert Del Monaco and Edward Ludwig in connection with the above-captioned matter (the "Matter"). Messrs. Del Monaco and Ludwig are current or former employees of GlobeOp Financial Services LLC, a defendant in the Matter. Ms. Sapp asked that I write the Court to provide this additional information.

As set forth in the March 29 letter, Kara Maguire, who recently served as a judicial clerk for Your Honor and who worked on the Matter during her clerkship, joined R&G in November, 2010 as an associate and has been and will be screened from any participation in the Matter. Further, Ms. Maguire will not be apportioned any part of the fee the firm may earn from its representation of parties in the Matter. We may be retained in the future to represent other former GlobeOp employees in connection with the Matter and in any such instances, Ms. Maguire will be similarly screened from the Matter.

If you have any questions or concerns, please do not hesitate contact me.

Sincerely,

*[signature]*

Zachary S. Brez

26459252_1

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *defendants Robert Del Monaco and Edward Ludwig*.

**SO ORDERED.**

4-12-11
DATE                           VICTOR MARRERO, U.S.D.J.