UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.

    Defendants.

**Consolidated Master File**
**Case No. 1:09-cv-00118-VM**

**Member Case No. 1:11-cv-00813-VM**

This Document Relates to:
*Da Silva Ferreira, et al. v. EFG Capital International Corp., et al., 1:11-cv-00813-VM*
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Joseph C. Coates, III, Esq. of GREENBERG TRAURIG, P.A. hereby enters an appearance as counsel on behalf of Defendant EFG Capital International Corp. and respectfully requests that notice of electronic filing all papers in the action be transmitted to him at the address given below.

Dated: April 20, 2011

    Respectfully submitted,

    **GREENBERG TRAURIG , P.A.**

    By:   *s/ Joseph C. Coates, III*
        JOSEPH C. COATES, III, ESQ.
        Florida Bar No. 772860
        CoatesJ@gtlaw.com
        JON A. JACOBSON, ESQ.
        Florida Bar No. 155748
        JacobsonJ@gtlaw.com
        LAUREN WHETSTONE, ESQ.
        Florida Bar No. 45192
        WhetstoneL@gtlaw.com
        GREENBERG TRAURIG , P.A.
        777 South Flagler Drive, Suite 300 East
        West Palm Beach, Florida  33401
        Telephone:  (561) 650-7900
        Facsimile: (561) 655-6222

    *Attorneys for Defendant EFG Capital International Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: s/ Joseph C. Coates, III
        JOSEPH C. COATES, III, ESQ.
        Florida Bar No. 772860
        CoatesJ@gtlaw.com
        JON A. JACOBSON, ESQ.
        Florida Bar No. 155748
        JacobsonJ@gtlaw.com
        LAUREN WHETSTONE, ESQ.
        Florida Bar No. 45192
        WhetstoneL@gtlaw.com
        GREENBERG TRAURIG , P.A.
        777 South Flagler Drive, Suite 300 East
        West Palm Beach, Florida  33401
        Telephone:  (561) 650-7900
        Facsimile: (561) 655-6222

        *Attorneys for Defendant EFG Capital International Corp.*

**SERVICE LIST**
Pasha Anwar, et al. vs. Fairfield Greenwich Limited, et al.
This Document Relates to: *Da Silva Ferreira, et al. v. EFG Capital International Corp., et al., 1:11-cv-00813-VM*
Consolidated Master File: Case No. 1:09-cv-00118-VM
Member Case No. 1:11-cv-00813-VM
United States District Court, Southern District of New York

Lawrence A. Kellogg, P.A.
lak@lkllaw.com
Jason Kellogg, Esq.
jk@lkllaw.com
Amanda Star Frazer, Esq.
af@lkllaw.com
LEVINE, KELLOGG, LEHMAN,
  SCHNEIDER & GROSSMAN, LLP
201 So. Biscayne Boulevard, 34th Floor
Miami, FL 333131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
*Attorneys for Plaintiffs*

Tracy A. Nichols, Esq.
tracy.nichols@hklaw.com
Tiffani G. Lee, Esq.
tiffani.lee@hklaw.com
Brian A. Briz, Esq.
brian.briz@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
*Attorneys for Defendant EFG Bank f/k/a EFG Private Bank, S.A.*

Kevin M. Kinne, Esq.
Kkinne@cohenkinne.com
COHEN, KINNE, VALICENTE & COOK, LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 553-0331
*Co-counsel for Plaintiffs*

Daniel R. Solin, Esq.
dansolin@yahoo.com
401 Broadway, Suite 306
New York, NY 10013-3005
Telephone: (239) 949-1606
Facsimile: (239) 236-1381
Co-counsel for Plaintiffs

*NY241,092,390.1 117444.011400*