UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                              Defendants.<br><br>This Document Relates To:  *Jose Antonio Pujals* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 10-CV-2878 | Master File No. 09-CV-118 (VM) (THK) |

**SUPPLEMENTAL DECLARATION OF PATRICK B. BERARDUCCI**

I, PATRICK B. BERARDUCCI, make this supplemental declaration pursuant to 28 U.S.C. § 1746.  I hereby state as follows:

1. I am an attorney associated with the law firm of Sullivan & Cromwell LLP, counsel for Standard Chartered Bank International (Americas) Ltd. and Standard Chartered Bank (collectively, "Standard Chartered") in the above-captioned action, and am admitted to practice before this Court.  I am fully familiar with the matters stated herein based on personal knowledge or review of files in the possession of my firm.

2. I make this supplemental declaration in support of Standard Chartered's Reply Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Amended Complaint.

3. Attached as <u>Exhibit A</u> is a true and correct copy of the Fairfield Sentry Limited Confidential Private Placement Memorandum, dated October 1, 2002.

4. Attached as <u>Exhibit B</u> is a true and correct copy of the Fairfield Sentry Limited Confidential Private Placement Memorandum, dated October 1, 2004.

5. Attached as <u>Exhibit C</u> is a true and correct copy of the Fairfield Sentry Limited Confidential Private Placement Memorandum, dated August 14, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

   /s/   Patrick B. Berarducci  
Patrick B. Berarducci

April 20, 2011  
New York, New York