

JON A. JACOBSON, ESQ.
West Palm Beach Office
Direct Dial: (561) 650-7904
E-Mail: jacobsonj@gtlaw.com

May 5, 2011

**VIA FACSIMILE**

Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  **Anwar, et al. v. Fairfield Greenwich Ltd., et al.**, Master Case No. 1:09-cv-00118-VM; **Da Silva Ferreira, et al. v. EFG Capital International Corp., et al.**, Member Case No. 11-cv-00813-VM

Dear Judge Katz:

We write on behalf of Defendant EFG Capital International Corp. ("EFG Capital") to request a one-week extension until May 16, 2011 to file a surreply to Plaintiffs' Reply in Support of their Motion for Class Certification in the above referenced matter. Pursuant to the Court's April 19, 2011 endorsed letter granting EFG Capital leave to file a surreply, the current deadline is May 9, 2011.

The instant request results from scheduling conflicts and is made in good faith and not for purposes of delay nor to prejudice Plaintiffs. Counsel for Plaintiffs have agreed to the requested extension.

Thank you for your consideration.

Respectfully,

Jon A. Jacobson

JAJ/lwh
cc: Judge Victor Marrero (Via Facsimile)
    All counsel in *Da Silva Ferreira* (Via Email)

Granted,
SO ORDERED
5/5/11
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

NY 241,191,037.1 117444.011400

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH*

GREENBERG TRAURIG, P.A. ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
777 South Flagler Drive ▪ Suite 300 East ▪ West Palm Beach, FL 33401 ▪ Tel 561.650.7900 ▪ Fax 561.655.6222