UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
PASHA ANWAR, et al., )
                      Plaintiffs, ) Master File No.: 09-cv-00118 (VM)
                                )
FAIRFIELD GREENWICH LIMITED, ) ORDER FOR ADMISSION
et al. ) PRO HAC VICE ON WRITTEN
                   Defendants. ) MOTION
                                )
This Document Relates To: *Ricardo Almiron* )
*v. Standard CharteredBank International* )
*(Americas) Limited, et al.*, No. 10-CV-06186 )
-VM; and *Carlos Carrillo v. Standard* )
*Chartered Bank International (Americas)* )
*Limited, et al.*, No. 10-CV-06187-VM )
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/11

      Upon the motion of Steven E. Mellen, a member of the Bar of this Court, and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

      Matthew L. Jones
      Jones & Adams, P.A.
      9155 South Dadeland Boulevard, Suite 1506
      Miami, Florida 33156
      Telephone:   (305) 270-8858
      Facsimile:    (305) 270-6778
      matthew@jones-adams.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Ricardo Almiron and Carlos Carrillo in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  May 13, 2011
New York, New York

**SO ORDERED.**

_____
Victor Marrero
United States District/Magistrate Judge



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------x
PASHA ANWAR, et al.,                       )
                   Plaintiffs,             )    Master File No.: 09-cv-00118 (VM)
                                           )
FAIRFIELD GREENWICH LIMITED,               )    MOTION TO ADMIT COUNSEL
et al.                                     )    PRO HAC VICE
                   Defendants.             )
                                           )
                                           )
This Document Relates To: Ricardo Almiron  )
v. Standard CharteredBank International    )
(Americas) Limited, et al., No. 10-CV-06186)
-VM; and Carlos Carrillo v. Standard       )
Chartered Bank International (Americas)    )
Limited, et al., No. 10-CV-06187-VM        )
---------------------------------------------------x
```

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven E. Mellen, a member in good standing of the Bar of this Court, hereby and through my annexed Declaration, move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Matthew L. Jones
    Firm Name:    Jones & Adams, P.A.
    Florida Bar No.:    909335
    Address:    9155 South Dadeland Boulevard, Suite 1506
    City/State/Zip:    Miami, Florida 33156
    Phone Number:    (305) 270-8858
    Fax Number:    (305) 270-6778

Matthew L. Jones is a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against Matthew L. Jones in any State or Federal court.

WHEREFORE, it is respectfully requested that the motion to admit Matthew L. Jones, *pro hac vice* to represent the Plaintiffs in the matters of *Ricardo Almiron v. Standard*

*Chartered Bank International (Americas) Limited, et al.*, No. 10-CV-06186-VM, and *Carlos Carrillo v. Standard Chartered Bank International (Americas) Limited, et al.*, No. 10-CV-06187-VM, member cases in *Anwar, et al. v. Fairfield Greenwich Limited, et al.*, Master File No.: 09-cv-00118 (VM), be GRANTED.

Dated:   May 4, 2011
         New York, New York

                                        Respectfully submitted,

                                        Steven E. Mellen, Esq. [SM-7368]
                                        WINGET, SPADAFORA &
                                        SCHWARTZBERG, LLP
                                        45 Broadway, 19th Floor
                                        New York, New York 10006
                                        Tel.: (212) 221-6900
                                        Fax: (212) 221-6989

ON NOTICE TO:  Attached Service List

## CERTIFICATE OF SERVICE

I, Steven E. Mellen, the undersigned, hereby certify that that on May 9, 2011, I caused a true and correct copy of the attached Motion to Admit Counsel *Pro Hac Vice* for Matthew L. Jones with supporting Declaration of Steven E. Mellen in Support and a Proposed Order for Admission *Pro Hac Vice* on Written Motion, to be served via Email upon the following:

**David A. Barrett**
Boies, Schiller & Flexner, LLP(NYC)
575 Lexington Avenue
New York, NY 10022
(212) 446-2310
Fax: (212)446-2350
Email: dbarrett@bsfllp.com

Attorney for Securities & Investment Company Bahrain, Harel Insurance Company, Ltd., AXA Private Management, St. Stephen's School, and Pacific West Health Medical Center, Inc. Employee's Retirement Trust, Pasha S. Anwar, Inter-American Trust, Elvira 1950 Trust, Bonaire Limited, Carlos Gauch, Loana Ltd., Wall Street Securities, S.A., Banco General, S.A., Harvest Dawn International Inc., El Prado Trading, Omawa Investment Corporation, Carmel Ventures Ltd., Traconcorp, Blythel Associated Corp., Marrekesh Resources, Centro Inspection Agency, Kalandar International, Landville Capital Management S.A., 20/20 Investments, Diversified Investments Associates Class A Units, ABR Capital Fixed Option/Income Strategic Fund LP, and The Knight Services Holdings Limited.

**Mark Geoffrey Cunha**
Simpson Thacher & Bartlett LLP (CA)
3330 Hillview Avenue
Palo Alto, CA 94304
212-455-2000
Fax: 212-455-2502
Email: mcunha@stblaw.com

Attorney for Fairfield Risk Services, Ltd., Fairfield Greenwich Ltd., Fairfield Greenwich Group, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C., Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd., Yanko Dellaw Schiava, Philip Toub, Lourdes Barreneche, Cornelis Boele, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Richard Landsberger, David Lipton, Julia Luongo, Mark Mckeefry, Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Amit Vijayvergiya, Daniel Lipton, Robert Blum, Corina Noel Piedrahita, and Maria Teresa Pulido Mendozo.

**Christopher Lovell**
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900
Fax: (212) 719-4677
Email: clovell@lshllp.com

Attorney for Pasah S. Anwar and Julia Anwar.

**Robert Alan Wallner**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
212-594-5300
Fax: 212-868-1229
Email: rwallner@milberg.com

Attorney for Miguel Lomeli, Morning Mist Holdings Limited, David I. Ferber, Frank E. Pierce, and the Frank E. Pierce Ira.

**William M. O'Connor**
Crowell & Moring LLP (NYC)
590 Madison Avenue
New York, NY 10022
(212)223-4000 x895-4259
Fax: (212) 223-4134
Email: woconnor@crowell.com

Attorney for Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia, Jayshree Bhatia, Mandakini Gajaria, ABN AMRO LIFE S.A., Bahia del Rio S.A., Bevington Management, Ltd., Calwell Investment S.A., Diamond Hills Inc., Hedge Strategy Fund LLC, Kivory Corporation, North Club, Inc., North Club, Inc., PFA Pension A/S, Taurus the Fourth Ltd., and Zenn Assets Holding, Ltd.

**Carl Lester Stine**
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212 451-9631
Fax: (212) 486-2093
Email: cstine@wolfpopper.com

Attorney for Pacific West Health Medical Center Inc. Employees Retirement Trust.

**Sharon L. Nelles**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)-558-4976
(212)-3338 (fax)
nelless@sullcrom.com

Attorney for Standard Chartered PLC, Standard Chartererd Bank, Standard Chartered International (USA) Ltd., Standard Chartered Bank International (Americas) Limited, and Stanchart Securities International, Inc.

**Ricardo Alejandro Gonzalez**
Greenberg Traurig, P.A.
333 Avenue of The Americas
Miami, FL 33131
(305)-579-0891
(305)-579-0717 (fax)
gonzalezr@gtlaw.com

Attorney for Standard Chartered Private Bank, and Standard Chartered Bank International (Americas) Limited

**David Robert Kromm**
Port Authority of New York and New Jersey
225 Park Ave. South
New York, NY 10003
(212)-435-3483
Fax: (212)-435-3834
Email: dkromm@panynj.gov

Attorney for Nadav Zohar and Ronit Zohar.

**David J. Molton**
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
212-209-4800
Fax: 212-704-0196
Email: dmolton@brownrudnick.com

Attorney for Fairfield Sentry Ltd.

**Paul Edouard Dans**
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard, Suite 1000
Coral Gables, FL 33134
(305) 445-2500
Fax: (305) 445-2505
Email: pdans@riveromestre.com

Attorney for Headway Investment Corp.

**David Alan Rothstein**
Dimond Kaplan & Rothstein
2665 South Bayshore Drive, PH-2B
Coconut Grove, FL 33133
305-374-1920
Fax: 305-374-1961
Email: drothstein@dkrpa.com

Attorney for Jose Antonio Pujals and Rosa Julieta A De Pujals.

**Richard E. Brodsky**
The Brodsky Law Firm
66 West Flagler Street, Ninth Floor
Miami, FL 33130
(786)-220-3328
Fax: (866)-564-8231
Email: rbrodsky@thebrodskylawfirm.com

Attorney for Maridom Limited.

**Laurence Edward Curran, III**
Curran & Associates
4000 Ponce De Leon Blvd, Suite 470
Coral Gables, FL 33146
(305)-753-3754
Fax: (305)-675-0548
Email: lecurran@lecurran.com

Attorney for Ricardo Lopez, Auburn Overseas Corp., Triple R Holdings Ltd., Interland Investments Ltd., New Horizon Dev., Inc., Scalar Ltd., Reinaldo Ruiz, Iston Holdings Ltd., Ramiro Rendiles, Alberto Perez, 5C Investments Ltd., Velvor S.A., Vilebens, S.L., Jorge Asensio, Prionas Shipping Co. Ltd., and Panagiotis Leonardos.

**Michael Jules Aguirre**
Aguirre, Morris & Severson LLP
444 West C Street, Suite 210
San Diego, CA 92101
(619)-876-5364
Fax: (619)-876-5368
Email: maguirre@amslawyers.com
Attorney for Maria Akriby Valladolid.

**Harold Eugene Lindsey, III**
Katz Barron Squitero Faust
2600 South Bayshore Drive, 7th Floor
Miami, FL 33133-5408
305-856-2400
hel@katzbarron.com

Attorney for Joaquina Teresa Barbachano Herrero

**Catherine A. Torell**
Cohen Milstein Sellers & Toll, P.L.L.C.
88 Pine Street, 14th, Floor
New York, NY 10005
212-838-7797
Fax: 212-838-7745
Email: ctorell@cohenmilstein.com

Attorney for Fairfield Investor Group
and Shimon Laor


**Glenn Kurtz**
White & Case LLP (NY)
1155 Ave of the Americas
New York, NY 10036
(212) 819-8200
Fax: (212) 354-8113
Email: gkurtz@whitecase.com

Attorney for Walter M. Noel, Jr.


**Andrew J. Levander**
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500
Fax: (212) 698-3500
Email: andrew.levander@dechert.com

Attorney for Andres Piedrahita.

**Adam K. Grant**
Kasowitz, Benson, Torres & Friedman,
LLP (NYC)
1501 Broadway 12th, Floor
New York, NY 10036
(212)-506-1976
Fax: (212)-506-1800
Email: agrant@kasowitz.com

Attorney for Jeffrey Tucker.


**Helen Virginia Cantwell**
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue, 31st Floor
New York, NY 10022
(212) 909-6312
Fax: (212) 909-6312
Email: hvcantwell@debevoise.com

Attorney for Amit Vigayvergia.


**Amanda Mcgovern**
Gilbride Heller & Brown P.A
2 South Biscayne Blvd, One Biscayne
Tower - Suite 1570
Miami, FL 33131
(305) 358-3580
Fax: (305) 374-1756
Email: amcgovern@ghblaw.com

Attorney for CITCO Fund Services (Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco Group Limited, CITCO Bank Nederland N.V. Dublin Branch, CITCO Fund Services (Europe) B.V., Citco Canada Inc., and Citgo Global Custody N.V.

Dated: May 9, 2011

_____
Steven E. Mellen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PASHA ANWAR, et al., )
)
                        Plaintiffs, ) Master File No.: 09-cv-00118 (VM)
)
FAIRFIELD GREENWICH LIMITED, ) DECLARATION OF STEVEN E.
et al. ) MELLEN IN SUPPORT OF
                        Defendants. ) MOTION TO ADMIT MATTHEW
) L. JONES, ESQ., PRO HAC VICE
)
This Document Relates To: *Ricardo Almiron* )
*v. Standard CharteredBank International* )
*(Americas) Limited, et al.*, No. 10-CV-06186 )
-VM; and *Carlos Carrillo v. Standard* )
*Chartered Bank International (Americas)* )
*Limited, et al.*, No. 10-CV-06187-VM )
---------------------------------------------------------x

    STEVEN E. MELLEN hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the Bar of this Court, and a member of the firm of WINGET, SPADAFORA & SCHWARTZBERG, LLP, 45 Broadway, 19th Floor, New York, New York 10006.

2. I make this Affidavit based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Matthew L. Jones as counsel pro hac vice to represent Plaintiffs in the matters of *Ricardo Almiron v. Standard Chartered Bank International (Americas) Limited, et al.*, No. 10-CV-06186-VM, and *Carlos Carrillo v. Standard Chartered Bank International (Americas) Limited, et al.*, No. 10-CV-06187-VM, member cases in *Anwar, et al. v. Fairfield Greenwich Limited, et al.*, Master File No.: 09-cv-00118 (VM).

3. I am a member in good standing of the Bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. Mr. Jones is a Partner at Jones & Adams, P.A. in Miami, Florida and is a member in good standing of the Bar of the State of Florida. Attached hereto as Exhibit A is a certificate of good standing for Mr. Jones issued by the Bar of the State of Florida.

5. I have known Mr. Jones since February 2011 and have dealt with his firm on several matters since 2009.

6. I have found Mr. Jones to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move for the admission of Matthew L. Jones, pro hac vice. A proposed order granting such relief is submitted herewith.

8. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE it is respectfully requested that the motion to admit **Matthew L. Jones**, pro hac vice, to represent Plaintiffs in the above captioned matters, be granted.

Dated:   May 4, 2011
         New York, NY

Respectfully submitted,

Steven E. Mellen, Esq. [SM-7368]



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida   )

County of Leon    )

          In Re:    909335
                       Matthew Leonard Jones
                       Jones & Adams, P.A.
                       9155 S. Dadeland Blvd., Ste. 1506
                       Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 21, 1991.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ___3rd___ day of May, 2011.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ecM:R10