

**THE PORT AUTHORITY** OF NY & NJ

*Darrell Buchbinder, General Counsel*
*Christopher M. Hartwyk, First Deputy General Counsel*

May 18, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11

**VIA FIRST-CLASS MAIL**

Honorable Victor Marrero
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Anwar, et. al. v. Fairfield Greenwich Limited, et al., 09-CV-00118 (VM)*

Dear Judge Marrero:

    I write to request my removal from the docket sheet in the above-referenced matter. I am no longer employed by the law firm Zwerling, Schachter & Zwerling, LLP, representing plaintiffs Nadav and Ronit Zohar.

    If Your Honor has any questions, please contact me at the below-listed telephone number. Thank you.

                                    Respectfully submitted,

                                    David R. Kromm
                                    Attorney
                                    Litigation & Corporate Security
                                    (212) 435-3483

DRK/pg

**SO ORDERED.**

5-25-11
DATE        VICTOR MARRERO, U.S.D.J.

*225 Park Avenue South*
*New York, NY 10003*