## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ANWAR, et al.,

          Plaintiffs

    -against-

FAIRFIELD GREENWICH LIMITED, *et al.,*

          Defendants

This Documents Relates to: All Actions

Master File No. 09-cv-0118(VM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE:

Upon the motion of Howard Vickery, attorney for Plaintiffs, and said sponsor attorney's

Declaration in support;

    **IT IS HEREBY ORDERED** that

        Adam S. Deckinger, Esq.
        BOIES, SCHILLER & FLEXNER LLP
        401 East Las Olas Boulevard, #1200
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 356-0011
        Facsimile: (954) 356-0022
        adeckinger@bsfllp.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the pro hac vice fee to the Clerk of the Court.

Dated:  17 June , 2011

New York, New York

_____
Victor Marrero
United States District/~~Magistrate Judge~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, et al.,

          Plaintiffs

     -against-

FAIRFIELD GREENWICH LIMITED, *et al.*,

          Defendants

This Documents Relates to: All Actions

Master File No. 09-cv-0118(VM)

**AFFIDAVIT OF SERVICE**

State of New York   )
              ) ss:
County of New York )

     JOHN PASTERICK, being duly sworn, deposes and says:

     1.     I am not a party to this action and I am over 21 years of age.

     2.     I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, co-lead counsel for Plaintiffs.

     3.     On   _June 17, 2011_  , 2011 I served true copies of the annexed Motion to Admit Counsel Pro Hac Vice and the Declaration of Howard Vickery In Support of Motion to Admit Counsel Pro Hac Vice with exhibits annexed thereto via electronic delivery to the service list attached hereto.

                                         JOHN A. PASTERICK

Sworn to before me this
_17th_ day of _June_____, 2011

_____
Notary Public

KAVITHA REDDY
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RE6154611
COMM. EXP. _10/23/11_

## SERVICE LIST

Stuart H. Singer
Email: ssinger@bsfllp.com
Sashi Bach Boruchow
Email: sbach@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
*Interim Co-lead Counsel for Plaintiffs*

David A. Barrett
Email: dbarrett@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
*Interim Co-lead Counsel for Plaintiffs*

Victor E. Stewart
Email: victornj@ix.netcom.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone:  (212) 608-1900
*Interim Co-lead Counsel for Plaintiffs*

Robert C. Finkel
Email: rfinkel@wolfpopper.com
James A. Harrod
Email: jharrod@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone:  (212) 759.4600
Facsimile:  (212) 486.2093
*Interim Co-lead Counsel for Plaintiffs*

Robert S. Schachter
Email: rschachter@zsz.com
Hillary Sobel
Email: hsobel@zsz.com
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone:  (212) 223-3900
*Counsel for Zohar Plaintiffs*

Steven J. Toll
Email: stoll@cmht.com
S. Douglas Bunch (SB-3028)
Email: dbunch@cmht.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
*Counsel for Arie and Dafna Gruber,
Carling Investment Ltd., Madanes
Investment & Enterprise Ltd., and
Shimon Laor*

David Valicenti, Esq.
Email: dvalicenti@cohenkinne.com
**COHEN KINNE VALICENTI
& COOK LLP**
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 553-0331
*Co-Counsel For Plaintiffs Lorrene Da Silva
Ferreira and Arlete Da Silva Ferreira*


Mark Geoffrey Cunha, Esq.
Email: mcunha@stblaw.com
Sara Ricciardi, Esq.
Email: sricciardi@stblaw.com
Peter Kazanoff, Esq.
Email: pkazanoff@stblaw.com
Philip Mirrer-Singer, Esq.
Email: pmirrer-singer@sbtlaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
*Counsel for Fairfield Greenwich Limited,
Fairfield Greenwich Group
Fairfield Greenwich (Bermuda) Ltd.,
Fairfield Greenwich Advisors L.L.C.
Fairfield Heathcliff Capital LLC,
Fairfield Risk Services Ltd
Yanko Dellaw Schiava, Philip Toub,
Lourdes Barreneche, Cornelis Boele
Vianney D'hendecourt, Harold Greisman,
Jacqueline Harary, Julia Luongo
Mark McKeefry,Maria Teresa Pulido
Mendozo, Charles Murphy,
Santiago Reyes, Andrew Smith, Fairfield
Greenwich Advisors, L.L.C.,
Daniel Lipton, and Corina Noel Piedrahita*

Daniel W. Krasner
Email: krasner@whafh.com
Gregory M. Nespole
Email: nespole@whafh.com
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
*Counsel for The Knight Services
Holdings Limited*


Glenn Kurtz, Esq.
Email: gkurtz@whitecase.com
WHITE & CASE LLP
1155 Ave of the Americas
New York, NY 10036
*Counsel for Walter M. Noel, Jr.*

David Hoffner, Esq.
Email: david.hoffner@dechert.com
Andrew J. Levander, Esq.
Email: Andrew.levander@dechert.com
Jennie Boehm Krasner
Email: jennie.krasner@dechert.com
DECHERT, LLP
1095 Avenue of the Americas
New York, NY 10036-6797
*Counsel for Andres Piedrahita*

Helen Virginia Cantwell , Esq.
Email: hvcantwell@devoise.com
Mark P. Goodman, Esq.
Email: mpgoodman@debevoise.com
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for Amit Vijayvergiya*

36591

3

Adam K. Grant, Esq.
Email: agrant@kasowitz.com
Daniel R. Benson, Esq.
Email: dbenson@kasowitz.com
Daniel Fetterman, Esq.
Email: dfetterman@kasowitz.com
Marc E. Kasowitz, Esq.
Email: mkasowitz@kasowitz.com
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
1501 Broadway, 12th Floor
New York, NY 10036
*Counsel for Jeffrey Tucker*

Amanda McGovern, Esq.
Email: amcgovern@ghblaw.com
Lewis N. Brown, Esq.
Email: lbrown@ghblaw.com
Dyaanne Feinberg, Esq.
Email: dfeinberg@ghblaw.com
Terrence Mullen, Esq.
Email: tmullen@ghblaw.com
Elizabeth Izquierdo, Esq.
Email: eizquierdo@ghblaw.com
GILBRIDE HELLER & BROWN P.A
2 South Biscayne Blvd.
One Biscayne Tower - Suite 1570
Miami, FL 33131
*Counsel for Citco Fund Services*
*(Europe) B.V.,*
*Citco Fund Services (Bermuda) Limited,*
*Citco Group Limited,*
*Citco Bank Nederland N.V. Dublin Branch,*
*Citco Canada Inc.,*
*Citco Global Custody N.V.*

Eliot Lauer, Esq.
Email: elauer@cm-p.com
Michael Moscato, Esq.
E-mail: mmoscato@cm-p.com
CURTIS, MALLET-PREVOST, COLT &
MOSLE, LLP
101 Park Avenue
New York, NY 10178
*Counsel for Citco Fund Services (Europe) B.V.*

Jonathan David Cogan, Esq.
Email: jonathan.cogan@kobrekim.com
Michael Sangyun Kim, Esq.
Email: michael.kim@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue , 6th Floor
New York, NY 10022
*Counsel for GlobeOp Financial Services LLC*

Andrew M. Genser, Esq.
Email: andrew.genser@kirkland.com
Tim Duffy, Esq.
Email: tim.duffy@kirkland.com
Amy Crawford, Esq.
Email: amy.crawford@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Counsel for Pricewaterhousecoopers L.L.P*

36591

4

Edward M. Spiro, Esq.
Email: espiro@maglaw.com
Claudio Ochoa, Esq.
Email: cochoa@maglaw.com
Robert James Anello, Esq.
Email: ranello@maglaw.com
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C
565 Fifth Avenue
New York, NY 10017
*Counsel for David Horn*

David A. Gehn
Email: dgehn@gkblaw.com
GUSRAE, KAPLAN, BRUNO & NUSBAUM
PLLC
120 Wall Street
New York, NY 10005
Telephone: (212) 269-1400
*Counsel for Plaintiffs Pacific West, Kerry
Piesch and Hector Castro*

Gabrielle Sean Marshall, Esq.
Email: marshalg@hugheshubbard.com
Sarah Loomis Cave, Esq.
Email: cave@hugheshubbard.com
William R. Maguire, Esq.
Email: maguire@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
*Counsel for PricewaterhouseCoopers
Accountants Netherlands N.V.*

Bruce Allen Baird, Esq.
Email: bbaird@cov.com
COVINGTON & BURLING, L.L.P.
1201 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Gregory Bowes*

36591