UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al., <br><br> Plaintiffs <br><br> -against- <br><br> FAIRFIELD GREENWICH LIMITED, *et al.*, <br><br> Defendants <br><br> This Documents Relates to: All Actions | Master File No. 09-cv-0118(VM) <br><br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/11

Upon the motion of Howard Vickery, attorney for Plaintiffs, and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

>Eli J. Glasser, Esq.
>BOIES, SCHILLER & FLEXNER LLP
>401 East Las Olas Boulevard, #1200
>Ft. Lauderdale, Florida 33301
>Telephone: (954) 356-0011
>Facsimile: (954) 356-0022
>eglasser@bsfllp.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: __24 June__, 2011
New York, New York

_____
Victor Marrero
United States District/~~Magistrate~~ Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al.,<br><br>        Plaintiffs<br><br>-against-<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br>        Defendants<br><br>This Documents Relates to: All Actions | Master File No. 09-cv-0118(VM)<br><br><br><br>**MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Howard Vickery, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Eli J. Glasser, Esq.
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard, #1200
> Ft. Lauderdale, Florida 33301
> Telephone: (954) 356-0011
> Facsimile: (954) 356-0022

Eli J. Glasser is a member in good standing of the Bar of the State of New York

and there are no pending disciplinary proceedings against him in the State or Federal court.

Dated: _____, 2011

New York, New York

Respectfully Submitted,

_____
Howard Vickery, Esq.
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for: Interim Co-Lead Counsel for Plaintiffs*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al., <br><br> Plaintiffs <br><br> -against- <br><br> FAIRFIELD GREENWICH LIMITED, *et al.*, <br><br> Defendants <br><br> This Documents Relates to: All Actions | Master File No. 09-cv-0118(VM) <br><br><br> **DECLARATION OF HOWARD VICKERY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Howard Vickery, under penalty of perjury, hereby declares:

1. I am a Partner at Boies, Schiller & Flexner, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Eli J. Glasser as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Glasser since 2010.

4. Mr. Glasser is an associate at Boies, Schiller & Flexner, LLP in Fort Lauderdale, Florida and is a member in good standing of the Bar of the State of New York. Attached hereto

as Exhibit "A" is a certificate of good standing for Mr. Glasser issued by the Bar of the State of New York.

5.  I have found Mr. Glasser to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Eli J. Glasser, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Eli J. Glasser, pro hac vice, which is attached hereto as Exhibit "B".

WHEREFORE it is respectfully requested that the motion to admit Eli J. Glasser, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: _June 21_, 2011
New York, New York

_____
Howard Vickery

2

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ELI JUSTIN GLASSER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 1, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 14, 2011

_____
Clerk of the Court

1116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al.,<br><br>    Plaintiffs<br><br>-against-<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br>    Defendants<br><br>This Documents Relates to: All Actions | Master File No. 09-cv-0118(VM)<br><br><br>**AFFIDAVIT OF SERVICE** |

State of New York )
        ) ss:
County of New York )

  JOHN PASTERICK, being duly sworn, deposes and says:

  1. I am not a party to this action and I am over 21 years of age.

  2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, co-lead counsel for Plaintiffs.

  3. On _June 21_, 2011 I served true copies of the annexed Motion to Admit Counsel Pro Hac Vice and the Declaration of Howard Vickery In Support of Motion to Admit Counsel Pro Hac Vice with exhibits annexed thereto via electronic delivery to the service list attached hereto.

                     _/s/ John A. Pasterick_
                     JOHN A. PASTERICK

Sworn to before me this
_21st_ day of _June_, 2011

_/s/ Susan Reddington_
Notary Public

   SUSAN REDDINGTON
  NOTARY PUBLIC STATE OF NEW YORK
    NEW YORK COUNTY
    LIC. #01RE4829932
  COMM. EXP. 5-31-2015

## SERVICE LIST

Stuart H. Singer
Email: ssinger@bsfllp.com
Sashi Bach Boruchow
Email: sbach@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*Interim Co-lead Counsel for Plaintiffs*

David A. Barrett
Email: dbarrett@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
*Interim Co-lead Counsel for Plaintiffs*

Victor E. Stewart
Email: victornj@ix.netcom.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
*Interim Co-lead Counsel for Plaintiffs*

Robert C. Finkel
Email: rfinkel@wolfpopper.com
James A. Harrod
Email: jharrod@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759.4600
Facsimile: (212) 486.2093
*Interim Co-lead Counsel for Plaintiffs*

Robert S. Schachter
Email: rschachter@zsz.com
Hillary Sobel
Email: hsobel@zsz.com
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
*Counsel for Zohar Plaintiffs*

Steven J. Toll
Email: stoll@cmht.com
S. Douglas Bunch (SB-3028)
Email: dbunch@cmht.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
*Counsel for Arie and Dafna Gruber,
Carling Investment Ltd., Madanes
Investment & Enterprise Ltd., and
Shimon Laor*

36591                              2

David Valicenti, Esq.
Email: dvalicenti@cohenkinne.com
**COHEN KINNE VALICENTI & COOK LLP**
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile:  (413) 553-0331
*Co-Counsel For Plaintiffs Lorrene Da Silva Ferreira and Arlete Da Silva Ferreira*

Mark Geoffrey Cunha, Esq.
Email: mcunha@stblaw.com
Sara Ricciardi, Esq.
Email: sricciardi@stblaw.com
Peter Kazanoff, Esq.
Email: pkazanoff@stblaw.com
Philip Mirrer-Singer, Esq.
Email: pmirrer-singer@sbtlaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
*Counsel for Fairfield Greenwich Limited, Fairfield Greenwich Group Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C. Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd Yanko Dellaw Schiava, Philip Toub, Lourdes Barreneche, Cornelis Boele Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo Mark McKeefry,Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton, and Corina Noel Piedrahita*

Daniel W. Krasner
Email: krasner@whafh.com
Gregory M. Nespole
Email: nespole@whafh.com
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone:  (212) 545-4600
*Counsel for The Knight Services Holdings Limited*

Glenn Kurtz, Esq.
Email: gkurtz@whitecase.com
WHITE & CASE LLP
1155 Ave of the Americas
New York, NY 10036
*Counsel for Walter M. Noel, Jr.*

David Hoffner, Esq.
Email: david.hoffner@dechert.com
Andrew J. Levander, Esq.
Email: Andrew.levander@dechert.com
Jennie Boehm Krasner
Email: jennie.krasner@dechert.com
DECHERT, LLP
1095 Avenue of the Americas
New York, NY 10036-6797
*Counsel for Andres Piedrahita*

Helen Virginia Cantwell , Esq.
Email: hvcantwell@devoise.com
Mark P. Goodman, Esq.
Email: mpgoodman@debevoise.com
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for Amit Vijayvergiya*

Adam K. Grant, Esq.
Email: agrant@kasowitz.com
Daniel R. Benson, Esq.
Email: dbenson@kasowitz.com
Daniel Fetterman, Esq.
Email: dfetterman@kasowitz.com
Marc E. Kasowitz, Esq.
Email: mkasowitz@kasowitz.com
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
1501 Broadway, 12th Floor
New York, NY 10036
*Counsel for Jeffrey Tucker*

Eliot Lauer, Esq.
Email: elauer@cm-p.com
Michael Moscato, Esq.
E-mail: mmoscato@cm-p.com
CURTIS, MALLET-PREVOST, COLT &
MOSLE, LLP
101 Park Avenue
New York, NY 10178
*Counsel for Citco Fund Services (Europe) B.V.*

Amanda McGovern, Esq.
Email: amcgovern@ghblaw.com
Lewis N. Brown, Esq.
Email: lbrown@ghblaw.com
Dyaanne Feinberg, Esq.
Email: dfeinberg@ghblaw.com
Terrence Mullen, Esq.
Email: tmullen@ghblaw.com
Elizabeth Izquierdo, Esq.
Email: eizquierdo@ghblaw.com
GILBRIDE HELLER & BROWN P.A
2 South Biscayne Blvd.
One Biscayne Tower - Suite 1570
Miami, FL 33131
*Counsel for Citco Fund Services
(Europe) B.V.,
Citco Fund Services (Bermuda) Limited,
Citco Group Limited,
Citco Bank Nederland N.V. Dublin Branch,
Citco Canada Inc.,
Citco Global Custody N.V.*

Jonathan David Cogan, Esq.
Email: jonathan.cogan@kobrekim.com
Michael Sangyun Kim, Esq.
Email: michael.kim@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue, 6th Floor
New York, NY 10022
*Counsel for GlobeOp Financial Services LLC*

Andrew M. Genser, Esq.
Email: andrew.genser@kirkland.com
Tim Duffy, Esq.
Email: tim.duffy@kirkland.com
Amy Crawford, Esq.
Email: amy.crawford@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Counsel for Pricewaterhousecoopers L.L.P*

36591  4

Edward M. Spiro, Esq.
Email: espiro@maglaw.com
Claudio Ochoa, Esq.
Email: cochoa@maglaw.com
Robert James Anello, Esq.
Email: ranello@maglaw.com
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C
565 Fifth Avenue
New York, NY 10017
*Counsel for David Horn*

Gabrielle Sean Marshall, Esq.
Email: marshalg@hugheshubbard.com
Sarah Loomis Cave, Esq.
Email: cave@hugheshubbard.com
William R. Maguire, Esq.
Email: maguire@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
*Counsel for PricewaterhouseCoopers
Accountants Netherlands N.V.*

David A. Gehn
Email: dgehn@gkblaw.com
GUSRAE, KAPLAN, BRUNO & NUSBAUM
PLLC
120 Wall Street
New York, NY 10005
Telephone: (212) 269-1400
*Counsel for Plaintiffs Pacific West, Kerry
Piesch and Hector Castro*

Bruce Allen Baird, Esq.
Email: bbaird@cov.com
COVINGTON & BURLING, L.L.P.
1201 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Gregory Bowes*

36591                                5