## IN THE UNITED STATES SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>　　　　　　　　Defendants. | MASTER FILE NO. 09-CV-0118 (VM)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

Upon the motion of Jonathan D. Cogan, attorney for GlobeOp Financial Services LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Brad H. Samuels
　　　　Kobre & Kim LLP
　　　　1919 M Street, NW
　　　　Washington, D.C. 20036
　　　　Tel: +1 202 664 1936
　　　　Fax: +1 202 664 1920

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/11
```

is admitted to practice pro hac vice as counsel for Defendant GlobeOp Financial Services LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 30 June 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Judge Victor Marrero

SCANNED

IN THE UNITED STATES SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>    Defendants. | MASTER FILE NO. 09-CV-0118 (VM)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

DOC # 669

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern Districts of New York I, Jonathan D. Cogan, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

  Brad H. Samuels
  Kobre & Kim LLP
  1919 M Street, NW
  Washington, D.C. 20036
  Tel: +1 202 664 1928
  Fax: +1 202 664 1920

Brad H. Samuels is a member in good standing of the Bar of District of Columbia and the State of Maryland.

There are no pending disciplinary proceedings against Brad H. Samuels in any State or Federal Court.

Dated: June 28, 2011
New York, New York

        Kobre & Kim LLP

By: _____
        Jonathan D. Cogan
        (Jonathan.Cogan@kobrekim.com)
        KOBRE & KIM LLP
        800 Third Avenue
        New York, New York 10022
        Tel: +1 212 488 1200
        Fax: +1 212 488 1220

        *Attorney for GlobeOp Financial Services LLC*

## IN THE UNITED STATES SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>                    Plaintiffs,<br><br>      v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                    Defendants. | MASTER FILE NO. 09-CV-0118 (VM)<br><br>**DECLARATION OF**<br>**JONATHAN D. COGAN** |

Jonathan D. Cogan declares, pursuant to 28 U.S.C. §1746:

1. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of GlobeOp Financial Service LLC's ("GlobeOp") motion to admit Brad H. Samuels as counsel pro hac vice to represent GlobeOp in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brad H. Samuels since April 2011.

4. Mr. Samuels is an associate of Kobre & Kim LLP, in Washington, D.C.

5. I have found Mr. Samuels to be a skilled attorney, and a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brad. H. Samuels, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brad H. Samuels, pro hac vice, which is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

WHEREFORE it is respectfully requested that the motion to admit Brad H. Samuels, pro hac vice, to represent GlobeOp in the above-captioned matter, be granted.

Dated: June 28, 2011
New York, New York

Kobre & Kim LLP

By: _____
Jonathan D. Cogan
(Jonathan.Cogan@kobrekim.com)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220

*Attorney for GlobeOp Financial Services LLC*

# EXHIBIT A

## IN THE UNITED STATES SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>　　　　　　　　Defendants. | MASTER FILE NO. 09-CV-0118 (VM)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, Jonathan D. Cogan, hereby certify that I caused true and correct copies of the within Motion to Admit Counsel *Pro Hac Vice*, Affidavit of Jonathan D. Cogan in Support of Motion to Admit Counsel *Pro Hac Vice*, Proposed Order for Admission *Pro Hac Vice*, and Brad H. Samuels Certificates of Good Standing to be served upon counsel listed below by electronic mail and U.S. mail on the 29th day of June, 2011.

*Interim Co-Lead Counsel for Plaintiffs:*

　　　David A. Barrett
　　　Boies, Schiller & Flexner LLP
　　　575 Lexington Avenue
　　　New York, NY 10022
　　　dbarrett@bsfllp.com

　　　Sashi Bach Boruchow
　　　Stuart H. Singer
　　　Boies, Schiller & Flexner LLP (FL)
　　　401 East Las Olas Boulevard
　　　Suite 1200
　　　Fort Lauderdale, FL 33301
　　　sboruchow@bsfllp.com

　　　David Boies
　　　Boies, Schiller & Flexner LLP
　　　575 Lexington Avenue
　　　New York, NY 10022
　　　dboies@bsfllp.com

　　　Robert Craig Finkel
　　　Carl L. Stine

James A. Harrod
E. Elizabeth Robinson
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
rfinkel@wolfpopper.com

Christopher Lovell
Victor E. Stewart
Lovell Stewart Halebian Jacobson LLP
61 Broadway
Suite 501
New York, NY 10006
clovell@lshllp.com

*Defense:*

Mark Geoffrey Cunha
Simpson Thacher & Bartlett LLP (CA)
425 Lexington Avenue
New York, NY 10017
mcunha@stblaw.com

Glenn Kurtz
White & Case LLP (NY)
1155 Ave of the Americas
New York, NY 10036
gkurtz@whitecase.com

Andrew J. Levander
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
andrew.levander@dechert.com

Adam K. Grant
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1633 Broadway
New York, NY 10019
agrant@kasowitz.com

Helen Virginia Cantwell
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue, 31st Floor
New York, NY 10022
hvcantwell@debevoise.com

Amanda Mcgovern
Brown & Heller, P.A.
2 South Biscayne Blvd, One Biscayne Tower - Suite 1570
Miami, FL 33131
AMcGovern@bhlawpa.com

Eliot Lauer
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178
elauer@cm-p.com

Timothy Duffy
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
tim.duffy@kirkland.com

Sarah Loomis Cave
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
cave@hugheshubbard.com

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017
espiro@magislaw.com

Bruce Allen Baird
Covington & Burling, L.L.P. (DC)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
bbaird@cov.com


Dated: June 29, 2011
       New York, New York


                                        Kobre & Kim LLP

By: _____
Jonathan D. Cogan
(Jonathan.Cogan@kobrekim.com)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220

*Attorney for GlobeOp Financial Services LLC*


# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

   I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of June, 2004,

### Bradley H. Samuels

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

   **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-eighth day of June, 2011.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BRADLEY H. SAMUELS**

was on the  6TH  day of  MAY, 2005  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 28, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk