ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al.,<br><br>        Plaintiffs<br><br>-against-<br><br>FAIRFIELD GREENWICH LIMITED, *et al.,*<br><br>        Defendants<br><br>This Documents Relates to: All Actions | Master File No. 09-cv-0118(VM)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Howard Vickery, attorney for Plaintiffs, and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

> Eli J. Glasser, Esq.
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard, #1200
> Ft. Lauderdale, Florida 33301
> Telephone: (954) 356-0011
> Facsimile: (954) 356-0022
> eglasser@bsfllp.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 28 June , 2011
New York, New York

                                              Victor Marrero
                                      United States District/~~Magistrate~~ Judge