UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>        Plaintiffs,<br> v.<br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br>        Defendants.<br>This Document Relates To:  All Actions | Master File No. 09-cv-118 (VM)(THK) |

**PLAINTIFF AAC INVESTMENT, INC.'S AND PLAINTIFF FUNDACIÓN VIRGILIO BARCO'S MOTION FOR VOLUNTARY DISMISSAL OF
<u>THEIR CLAIMS WITHOUT PREJUDICE</u>**

  Plaintiffs, Fundación Virgilio Barco ("Barco") and AAC Investment, Inc. ("AAC"), named plaintiffs in *Anwar et al v. Fairfield Greenwich Limited et al,* 09-cv-118 (VM)(THK) (the "Action"), move the Court for an Order dismissing their claims without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).  For the reasons stated in the Memorandum in support of this motion, an order voluntarily dismissing Barco's and AAC's claims without prejudice is warranted.  The present Motion is limited to the claims of Barco and AAC, and does not affect the claims of any of the other plaintiffs in these consolidated cases.  All defendants in the Action consent to the voluntary dismissal of AAC and Barco.

  WHEREFORE, Plaintiffs Barco and AAC request that this Court enter an Order, pursuant to Fed. R. Civ. P. 41(a)(2), granting their motion for voluntary dismissal without prejudice of their claims against defendants, and for further relief as the Court deems just.

Dated: July 7, 2011                        Respectfully submitted,

                                                                 By:/s/ James A. Harrod

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

David A. Barrett
Howard L. Vickery, II
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022

Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301

Robert C. Finkel
James A. Harrod
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

Christopher Lovell
Victor E. Stewart
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006

*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*