**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| PASHA S. ANWAR, *et al.*, | : | |
| | : | Civil Action No. 09-CV-0118 (VM)(THK) |
| Plaintiffs, | : | |
| | : | **NOTICE OF APPEARANCE** |
| -against- | : | |
| | : | |
| FAIRFIELD GREENWICH LIMITED, *et al.*, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that Natalie M. Mackiel of the law firm of Wolf Popper LLP hereby appears as counsel for Plaintiff Pacific West Health Medical Center, and other proposed class plaintiffs and class members, in this consolidated action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  July 8, 2011
         New York, New York

By:  /s/ Natalie M. Mackiel
Natalie M. Mackiel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
T (212) 759-4600
F (212) 486-2093
jharrod@wolfpopper.com

*Attorneys for Plaintiff Pacific West Health Medical Center*

Doc. 162963