**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
PASHA S. ANWAR, *et al.*,       :

                                   :    Civil Action No. 09-CV-0118
                                        (VM)(THK)
            Plaintiffs,     :

                                   :    <u>**NOTICE OF APPEARANCE**</u>
         -against-         :

                                   :
FAIRFIELD GREENWICH LIMITED, *et al.*,  :

                                 :
         Defendants.     :
-------------------------------------------------------------x

       PLEASE TAKE NOTICE that Natalie M. Mackiel of the law firm of Wolf Popper LLP

hereby appears as counsel for Plaintiff Pacific West Health Medical Center, and other proposed

class plaintiffs and class members, in this consolidated action and requests that all subsequent

papers be served upon this firm at the address indicated below.

  Dated:  July 8, 2011
         New York, New York

                                By:  <u>/s/ Natalie M. Mackiel</u>
                                Natalie M. Mackiel
                                Wolf Popper LLP
                                845 Third Avenue
                                New York, NY 10022
                                T (212) 759-4600
                                F (212) 486-2093
                                jharrod@wolfpopper.com

                                *Attorneys for Plaintiff Pacific West Health*
                                *Medical Center*