# RICHARD E. BRODSKY ATTORNEY AT LAW
66 W. FLAGLER STREET, 9TH FLOOR • MIAMI, FLORIDA 33130 • PHONE: 786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM

*[Stamp: JUL 18 2011 U.S. MAGISTRATE JUDGE]*

July 18, 2011

By fax to (212) 805-7932

Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Anwar, et al. v. Fairfield Greenwich Limited, et al.,
09-cv-118(VM)(THK):
Standard Chartered Cases

Dear Judge Katz:

I am writing on behalf of the Standard Chartered Plaintiffs' Steering Committee concerning the Standard Chartered Defendants' request, contained in Sullivan & Cromwell's letter to Your Honor dated July 15, 2011, that Your Honor approve a change to the Second Amended Scheduling Order Regarding the Standard Chartered Cases.

We request that Your Honor permit the Steering Committee to respond by letter to this request by this Friday, July 22, 2011, at 5:00 PM EDT. The reason for this request is that Committee regularly meets on Tuesdays, and, at this week's meeting, will discuss whether to make a response. Generally, all letters of this sort require specific approval by the Committee, which ordinarily takes one or two days.

Thank you for your consideration of this request. I am authorized to tell you that Standard Chartered has no objection to this request.

Sincerely yours,

*/s/ Richard E. Brodsky*

Richard E. Brodsky
Counsel for the Maridom Plaintiffs
On behalf of the Plaintiffs' Steering Committee

cc: Other Members of the Plaintiffs' Steering Committee
Sharon Nelles, Esq., counsel for Standard Chartered Defendants

Granted    **SO ORDERED**
7/18/11    */s/ Theodore H. Katz*
           THEODORE H. KATZ
           UNITED STATES MAGISTRATE JUDGE

WWW.THEBRODSKYLAWFIRM.COM