UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Anwar, *et al.*,

                           Plaintiffs,

        vs.

Fairfield Greenwich Limited, *et al.*,

                           Defendants.

This Document Relates To:  All Actions
---------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Philip Mirrer-Singer of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant Fairfield Greenwich Advisors LLC in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  July 18, 2011
       New York, New York

                           SIMPSON THACHER & BARTLETT LLP

                           By:   /s/ Philip Mirrer-Singer
                               Philip Mirrer-Singer
                               (pmirrer-singer@stblaw.com)
                               1155 F. Street, N.W.
                               Washington, D.C. 20004
                               Telephone: (202) 636-5527
                               Facsimile:  (202) 636-5502

                         *Attorney for Defendant Fairfield Greenwich Advisors LLC*