# RICHARD E. BRODSKY    ATTORNEY AT LAW

66 W. FLAGLER STREET, 9TH FLOOR • MIAMI, FLORIDA 33130 • PHONE: 786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM

August 1, 2011

By fax to (212) 805-7932

Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Anwar, et al. v. Fairfield Greenwich Limited, et al.*,
       09-cv-118 (VM)(THK): Standard Chartered Cases

Dear Judge Katz:

I write on behalf of the Standard Chartered Plaintiffs' Steering Committee. This is to correct my earlier email and request until 12:00 noon EDT, Thursday, August 4, 2011, to respond to the latest letter, dated August 1, 2011, from counsel for the Standard Chartered Defendants relating to the conference process required under Fed.R.Civ.P. 37(a)(1). I apologize to the Court and fellow counsel for any confusion caused by referring to Thursday, August 3.

Respectfully submitted,

Richard E. Brodsky
Counsel for the Maridom Plaintiffs
On behalf of the Plaintiffs' Steering Committee

cc:    Other Members of the Plaintiffs' Steering Committee
       Bradley P. Smith, Esq., counsel for Standard Chartered Defendants

Granted
8/3/11

**SO ORDERED**

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

WWW.THEBRODSKYLAWFIRM.COM

Note: there is no p. 2. This page is included to permit expeditious delivery of the single-page letter.