UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAIRFIELD GREENWICH LIMITED, *et al.*, <br><br> Defendants. <br><br> This Document Relates To: All Standard Chartered Cases. | Master File No. 09-CV-118 (VM) (THK) |



### [~~PROPOSED~~] ORDER AMENDING THE SECOND AMENDED SCHEDULING ORDER REGARDING STANDARD CHARTERED CASES

**WHEREAS,** on January 29, 2010, this Court entered the Initial Scheduling Order Regarding Standard Chartered Cases[1];

**WHEREAS,** on February 1, 2010, this Court entered the Amended Scheduling Order Regarding Standard Chartered Cases;

**WHEREAS,** on February 4, 2011, this Court entered the Second Amended Scheduling Order Regarding Standard Chartered Cases (the "Second Amended Scheduling Order");

**WHEREAS,** the parties aim to refrain from engaging in duplicative motion or pleading practice on matters already or soon-to-be considered by this Court;

---

[1] The term "Standard Chartered Cases" is defined in paragraph 1 of the Second Amended Scheduling Order Regarding Standard Chartered Cases.

**WHEREAS**, the Second Amended Scheduling Order provides that the Standard Chartered Defendants may move to dismiss any Standard Chartered Case that has been filed and served and is pending in, or transferred to, this Court on or after January 1, 2011, by filing unified motions to dismiss following every 6-month period, beginning with the period ending on June 30, 2011, which are to be filed on or before 45 days after the conclusion of such 6-month periods.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that paragraph 16(b) of the Second Amended Scheduling Order is amended as follows:

1. Any motions to dismiss filed by the Standard Chartered Defendants in any Standard Chartered Case that has been filed and served and is pending in, or transferred to, this Court on or after January 1, 2011 *through January 1, 2012,* shall be filed the later of (i) 45 days after the end of every 6-month period, beginning with the period ending on June 30, 2011, or (ii) if upon the conclusion of a 6-month period (beginning with the period ending on June 30, 2011) the Court has yet to rule on previously-filed motions to dismiss, 45 days from the entry of a final Decision and Order by this Court on the last pending motion to dismiss. *Motions in cases transferred or filed after January 1, 2012, shall adhere to the original schedule.* T.K.

2. A unified motion to dismiss filed pursuant to clause (i) of the preceding paragraph may address any cases filed and served and pending in, or transferred to, this Court through the conclusion of the preceding 6-month period. A unified motion to dismiss filed pursuant to clause (ii) of the preceding paragraph may address any cases filed and served and pending in, or transferred to, this Court for the preceding 6-month period and through the entry of the Court's final Decision and Order on the last pending motion to dismiss.

*This modification in the schedule is approved on the understanding that delays in filing motions will not interfere with pretrial discovery.* T.K.

-2-

3. Except as amended above, the provisions of the January 29, 2010 Initial Scheduling Order, the February 1, 2010 Amended Scheduling Order and the February 4, 2011 Second Amended Scheduling Order shall remain in effect.

SO ORDERED this 9th day of August, 2011.

_____
HON. THEODORE KATZ
UNITED STATES MAGISTRATE JUDGE