UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
PASHA ANWAR, et al.,                    )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )
                                        )   Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,    )
                                        )
    Defendants.                         )
                                        )
This Document Relates to:               )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al., 11-CV-813(VM)*          )
-----------------------------------------------------------------x

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that the mediation in the above-styled matter has been scheduled for a mediation before the Honorable Herbert Stettin on September 28, 2011, starting at 9 a.m. at the office of Plaintiffs' counsel, Levine Kellogg Lehman Schneider + Grossman LLP, 201 South Biscayne Boulevard, 34th Floor, Miami, FL 33131.

Dated: August 19, 2011.                     Respectfully submitted,

COHEN KINNE VALICENTI & COOK LLP            LEVINE KELLOGG LEHMAN
*Co-counsel for Plaintiffs*                 SCHNEIDER + GROSSMAN LLP
28 North Street, 3rd Floor                  *Attorneys for Plaintiffs*
Pittsfield, MA 01201                        201 So. Biscayne Boulevard
Telephone: (413) 443-9399                   Miami Center, 34th Floor
Facsimile: (413) 553-0331                   Miami, FL 33131
KEVIN M. KINNE                              Telephone: (305) 403-8788
Massachusetts Bar No. 559004                Facsimile: (305) 403-8789
Kkinne@cohenkinne.com

                                            By ___/s/ Jason Kellogg___
DANIEL R. SOLIN, ESQ.                           LAWRENCE A. KELLOGG, P.A.
*Co-counsel for Plaintiffs*                     Florida Bar No. 328601
401 Broadway, Ste. 306                          lak@lkllaw.com
New York, N.Y. 10013-3005                       JASON KELLOGG, ESQ.
Telephone: (239) 949-1606                       Florida Bar No. 0578401
Facsimile: (239) 236-1381                       jk@lkllaw.com
New York Bar No. 8675
dansolin@yahoo.com

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 19, 2011**, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that paper copies will be sent to those indicated as nonregistered participants.

By /s/   Jason Kellogg
JASON KELLOGG, ESQ.
Florida Bar No. 0578401
jk@lkllaw.com

FC2169

2