UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA S. ANWAR, et al.,

Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To: All Cases

Master File No. 09-cv-118 (VM) (THK)

**STIPULATION AND [PROPOSED] ORDER
CONCERNING CERTAIN DISCOVERY MATERIAL**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties named below, through their undersigned counsel, and subject to the Court's order, that:

1. This stipulation and order applies to all actions filed in, or transferred to, this Court for pretrial proceedings that are consolidated and/or coordinated with *Anwar v. Fairfield Greenwich Limited* ("*Anwar*"), including cases involving the Standard Chartered Defendants[1] (the "Standard Chartered Actions") and cases that have not yet been filed in or transferred to this Court.

---

[1] The Standard Chartered Defendants include: Standard Chartered Bank International (Americas) Ltd., Standard Chartered Bank, Standard Chartered PLC, Standard Chartered International (USA) Ltd., Carlos Gadala Maria, Raul N. Mas, Robert Friedman, Rodolfo Pages, John G. Dutkowski, and Luisa Serena. As used herein, "Standard Chartered Defendants" also includes any other entity or individual currently or to-be named as a defendant in the Standard Chartered Actions that is affiliated with Standard Chartered Bank or a current or former employee of Standard Chartered Bank or any of its affiliates.

2.  On December 2, 2010, the Court entered a Second Amended Stipulation and Order Governing Confidentiality of Discovery Material (Docket No. 591), with respect to discovery in *Anwar* (the "*Anwar* Protective Order") (attached hereto as Exhibit A).

3.  On February 4, 2011, the Court entered a separate Stipulation and Order Governing Confidentiality of Discovery Material (Docket No. 603), with respect to discovery in the Standard Chartered Actions (the "SCB Cases Protective Order") (attached hereto as Exhibit B).

4.  Although the *Anwar* Protective Order and the SCB Cases Protective Order are similar in many respects, they are not identical.

5.  The Standard Chartered Defendants have requested access to discovery materials that have been or will be produced by Fairfield Greenwich Limited and certain affiliated entities and individuals (the "FG Defendants")[2] under the *Anwar* Protective Order, and the Standard Chartered Defendants have agreed to provide the Standard Chartered Plaintiffs with copies of all documents obtained from the FG Defendants.

6.  In an effort to preserve the confidentiality of all such discovery materials consistent with the protective order pursuant to which they have been or will be produced, all parties to the SCB Cases Protective Order agree that any discovery materials shared with them by the FG Defendants are provided subject to the *Anwar* Protective Order as if the parties to the

---

[2] The FG Defendants include: Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub. As used herein, the term "FG Defendants" also includes any other entity or individual currently or to-be named as a defendant in a Fairfield case that is affiliated with Fairfield Greenwich Limited or a current or former employee of Fairfield Greenwich or any of its affiliates.

Standard Chartered Protective Order were also signatories to the *Anwar* Protective Order and considered "Parties" as used therein.

7. Nothing contained in this stipulation and order shall alter in any way (i) the parties' discovery obligations under the federal rules, local rules, or otherwise; (ii) the FG Defendants' rights to object or otherwise oppose any request for discovery; (iii) the terms of SCB Cases Protective Order as between the parties to the SCB Cases Protective Order; or (iv) the terms of the *Anwar* Protective Order as between the parties to the *Anwar* Protective Order.

Dated: August 18, 2011

Respectfully submitted,

JORGE A. MESTRE

By: _____
 For Jorge A. Mestre
 Rivero Mestre LLP
 2525 Ponce de Leon Blvd.
 Suite 1000
 Miami ~~Coral Gables~~, Florida 33134
 Phone: (305) 445-2500

***Attorney for Headway Investment Corp.
and on Behalf of Standard Chartered
Plaintiffs' Steering Committee***

THE BRODSKY LAW FIRM

By: _____
 Richard E. Brodsky
 The Brodsky Law Firm
 66 West Flagler Street, Ninth Floor
 Miami, Florida 33130
 Phone: (786) 220-3328

***Attorney for Maridom Limited,
Caribetrans, S.A. and Abbott Capital, Inc.
and on Behalf of Standard Chartered
Plaintiffs' Steering Committee***

LAURENCE EDWARD CURRAN, III

By: _____
 Laurence Edward Curran, III
 4000 Ponce De Leon Blvd
 Suite 470
 Coral Gables, Florida 33146
 Phone: (305) 753-3754

***Attorney for Ricardo Lopez and on Behalf
of Standard Chartered Plaintiffs' Steering
Committee***

Standard Chartered Protective Order were also signatories to the *Anwar* Protective Order and considered "Parties" as used therein.

7. Nothing contained in this stipulation and order shall alter in any way (i) the parties' discovery obligations under the federal rules, local rules, or otherwise; (ii) the FG Defendants' rights to object or otherwise oppose any request for discovery; (iii) the terms of SCB Cases Protective Order as between the parties to the SCB Cases Protective Order; or (iv) the terms of the *Anwar* Protective Order as between the parties to the *Anwar* Protective Order.

Dated: August __, 2011

Respectfully submitted,

JORGE A. MESTRE

By: _____
Jorge A. Mestre
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Coral Gables, Florida 33134
Phone: (305) 445-2500

*Attorney for Headway Investment Corp. and on Behalf of Standard Chartered Plaintiffs' Steering Committee*

THE BRODSKY LAW FIRM

By: _____
Richard E. Brodsky
The Brodsky Law Firm
66 West Flagler Street, Ninth Floor
Miami, Florida 33130
Phone: (786) 220-3328

*Attorney for Maridom Limited, Caribetrans, S.A. and Abbott Capital, Inc. and on Behalf of Standard Chartered Plaintiffs' Steering Committee*

LAURENCE EDWARD CURRAN, III

By: _____
Laurence Edward Curran, III
4000 Ponce De Leon Blvd
Suite 470
Coral Gables, Florida 33146
Phone: (305) 753-3754

*Attorney for Ricardo Lopez and on Behalf of Standard Chartered Plaintiffs' Steering Committee*

SULLIVAN & CROMWELL LLP

By: /s/ Sharon L. Nelles
Sharon L. Nelles
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., Standard Chartered Bank and Standard Chartered PLC*

SIMPSON THACHER & BARTLETT LLP

By: /s/ Mark G. Cunha
Mark G. Cunha
Peter E. Kazanoff
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors LLC, Fairfield Risk Services, Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith and Philip Toub*

MICHAEL J. AGUIRRE

By: /s/ Michael J. Aguirre
Michael J. Aguirre
Maria C. Severson
Aguirre Morris & Severson
444 West C Street, Suite 210
San Diego, California 92101
Phone: (619) 876-5364

*Attorneys for Maria Akriby Valladolid and on Behalf of Standard Chartered Plaintiffs' Steering Committee*

WHITE & CASE LLP

By: _____
Glenn Kurtz
Andrew Hammond
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200

*Attorneys for Walter M. Noel, Jr.*

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | MICHAEL J. AGUIRRE |
| By: _____<br>Sharon L. Nelles<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 | By: _____<br>Michael J. Aguirre<br>Maria C. Severson<br>Aguirre Morris & Severson<br>444 West C Street, Suite 210<br>San Diego, California 92101<br>Phone: (619) 876-5364 |
| *Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., Standard Chartered Bank and Standard Chartered PLC* | *Attorneys for Maria Akriby Valladolid and on Behalf of Standard Chartered Plaintiffs' Steering Committee* |
| SIMPSON THACHER & BARTLETT LLP | WHITE & CASE LLP |
| By: _____<br>Mark G. Cunha<br>Peter E. Kazanoff<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 | By: /s/ Glenn Kurtz<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200 |
| *Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors LLC, Fairfield Risk Services, Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith and Philip Toub* | *Attorneys for Walter M. Noel, Jr.* |

-5-

| | |
|---|---|
| DECHERT LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| By: *[signature]* <br> Andrew Levander <br> David Hoffner <br> 1095 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 698-3500 | By: _____ <br> Marc Kasowitz <br> Daniel J. Fetterman <br> 1633 Broadway <br> New York, NY 10019 <br> Telephone: (212) 506-1700 |
| *Attorneys for Andrés Piedrahita* | *Attorneys for Jeffrey Tucker* |
| DEBEVOISE & PLIMPTON LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C. |
| By: *[signature]* <br> Mark Goodman <br> Helen Cantwell <br> 919 Third Avenue <br> New York, NY 10022 <br> Telephone: (212) 909-6000 | By: _____ <br> Edward M. Spiro <br> 565 Fifth Avenue <br> New York, NY 10017 <br> Telephone: (212) 856-9600 |
| *Attorneys for Amit Vijayvergiya* | *Attorneys for David Horn and Robert Blum* |
| O'SHEA PARTNERS LLP | |
| By: _____ <br> Sean F. O'Shea <br> 521 Fifth Avenue, 25th Floor <br> New York, NY 10175 <br> Telephone: (212) 682-4426 | |
| *Attorneys for Cornelis Boele* | |

-5-

| | |
|---|---|
| DECHERT LLP<br><br>By: _____<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br><br>***Attorneys for Andrés Piedrahita*** | KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br><br>By: _____<br>Marc Kasowitz<br>Daniel J. Fetterman<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700<br><br>***Attorneys for Jeffrey Tucker*** |
| DEBEVOISE & PLIMPTON LLP<br><br>By: _____<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br><br>***Attorneys for Amit Vijayvergiya*** | MORVILLO, ABRAMOWITZ, GRAND,<br>IASON ANELLO & BOHRER, P.C.<br><br>By: _____<br>Edward M. Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>Telephone: (212) 856-9600<br><br>***Attorneys for David Horn and Robert Blum*** |
| O'SHEA PARTNERS LLP<br><br>By: _____<br>Sean F. O'Shea<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>Telephone: (212) 682-4426<br><br>***Attorneys for Cornelis Boele*** | |

-5-

| | |
|---|---|
| DECHERT LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| By: _____<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500 | By: _____<br>Marc Kasowitz<br>Daniel J. Fetterman<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700 |
| *Attorneys for Andrés Piedrahita* | *Attorneys for Jeffrey Tucker* |
| DEBEVOISE & PLIMPTON LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C. |
| By: _____<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000 | By: *Ed Spiro/cac* (signature)<br>Edward M. Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>Telephone: (212) 856-9600 |
| *Attorneys for Amit Vijayvergiya* | *Attorneys for David Horn and Robert Blum* |

O'SHEA PARTNERS LLP

By: _____
Sean F. O'Shea
521 Fifth Avenue, 25th Floor
New York, NY 10175
Telephone: (212) 682-4426

*Attorneys for Cornelis Boele*

DECHERT LLP

By: _____
Andrew Levander
David Hoffner
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

*Attorneys for Andrés Piedrahita*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
Marc Kasowitz
Daniel J. Fetterman
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700

*Attorneys for Jeffrey Tucker*

DEBEVOISE & PLIMPTON LLP

By: _____
Mark Goodman
Helen Cantwell
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000

*Attorneys for Amit Vijayvergiya*

MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C.

By: _____
Edward M. Spiro
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600

*Attorneys for David Horn and Robert Blum*

O'SHEA PARTNERS LLP

By: _____
Sean F. O'Shea   Michael E. Petrella
521 Fifth Avenue, 25th Floor
New York, NY 10175
Telephone: (212) 682-4426

*Attorneys for Cornelis Boele*

-6-

COVINGTON & BURLING LLP

By: _____
Bruce A. Baird
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-5122

*Attorneys for Gregory Bowes*

**SO ORDERED.**

New York, New York, this 19th day of August, 2011.

_____
THEODORE KATZ
UNITED STATES MAGISTRATE JUDGE