Kutz, May

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED
8/22/11

----------------------------------------------------------x
Anwar *et al.*,

                              Plaintiffs,

        vs.

Fairfield Greenwich Limited, *et al.*,

                            Defendants.

This Document Relates To:  All Actions
----------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

**STIPULATION AND THIRD ~~[PROPOSED]~~ ORDER AMENDING THE AMENDED**
**CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

     **WHEREAS,** on March 11, 2009, this Court entered a Case Management Plan and

Scheduling Order;

     **WHEREAS,** on November 2, 2010, this Court entered an Amended Case Management

Plan and Scheduling Order ("Amended CMO");

     **WHEREAS,** on February 4, 2011, this Court entered an Order extending the time within

which Plaintiffs in the above-captioned action could serve a motion for class certification

("Motion") pursuant to Fed. R. Civ. P. 23 to March 1, 2011.

     **WHEREAS,** on June 21, 2011, this Court entered an Order providing that fact and expert

discovery directed to class certification be completed by August 29, 2011.

     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

between the undersigned counsel for parties in the above-captioned action that paragraph 8 of the

Amended CMO is amended as follows:

     1.     Fact and expert discovery directed to class certification shall be completed by

October 4, 2011.

2.      Except as amended above, the provisions of the Amended CMO remain in effect.


Dated:  New York, New York
        August 19, 2011


SIMPSON THACHER & BARTLETT LLP

By:     *Mark Cunha*
        Mark G. Cunha
        Peter E. Kazanoff
        425 Lexington Ave.
        New York, NY 10017
        (212) 455-2000

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors, LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub*


BROWN AND HELLER, P.A.

By:     *Lewis Brown*
        Lewis N. Brown
        1 Biscayne Tower, 15th Fl.
        2 S. Biscayne Blvd.
        Miami, FL 33131
        (305) 358-3580

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By:     *Michael Moscato*
        Eliot Lauer
        Michael Moscato
        101 Park Avenue
        New York, NY 10178
        (212) 696-6000

*Attorneys for Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Bermuda) Limited, and The Citco Group Limited*

2

HUGHES HUBBARD & REED LLP

By: _____
    William R. Maguire
    Sarah L. Cave
    One Battery Park Plaza
    New York, NY 10004
    (212) 837-6000

*Attorneys for PricewaterhouseCoopers*
*Accountants N.V. (PwC Netherlands)*

KOBRE & KIM LLP

By: _____
    Jonathan D. Cogan
    Michael S. Kim
    Brad H. Samuels
    800 Third Avenue
    New York, NY 10022
    (212) 488-1200

*Attorneys for GlobeOp Financial Services LLC*

DECHERT LLP

By: _____
    Andrew Levander
    David Hoffner
    1095 Avenue of the Americas
    New York, NY 10036
    (212) 698-3500

*Attorneys for Andres Piedrahita*

KIRKLAND & ELLIS LLP

By: _____
    Timothy A. Duffy, P.C.
    Amy E. Crawford
    300 North LaSalle
    Chicago, Illinois 60654
    (312) 862-2445

*Attorneys for PricewaterhouseCoopers LLP*
*(PwC Canada)*

COVINGTON & BURLING LLP

By: _____
    Bruce A. Baird
    Matthew F. Dunn
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004
    (202) 662-6000

*Attorneys for Gregory Bowes*

WHITE & CASE LLP

By: _____
    Glenn Kurtz
    Andrew Hammond
    1155 Avenue of the Americas
    New York, NY 10036
    (212) 819-8200

*Attorneys for Walter M. Noel, Jr.*

3

HUGHES HUBBARD & REED LLP

By:   *Sarah Cave/cm*
      William R. Maguire
      Sarah L. Cave
      One Battery Park Plaza
      New York, NY 10004
      (212) 837-6000

*Attorneys for PricewaterhouseCoopers*
*Accountants N.V. (PwC Netherlands)*

KIRKLAND & ELLIS LLP

By:   *Amy Crawford/cm*
      Timothy A. Duffy, P.C.
      Amy E. Crawford
      300 North LaSalle
      Chicago, Illinois 60654
      (312) 862-2445

*Attorneys for PricewaterhouseCoopers LLP*
*(PwC Canada)*

KOBRE & KIM LLP

By:   *Jonathan Cogan/cm*
      Jonathan D. Cogan
      Michael S. Kim
      Brad H. Samuels
      800 Third Avenue
      New York, NY 10022
      (212) 488-1200

*Attorneys for GlobeOp Financial Services LLC*

COVINGTON & BURLING LLP

By:   *Bruce Baird/cm*
      Bruce A. Baird
      Matthew F. Dunn
      1201 Pennsylvania Avenue, NW
      Washington, DC 20004
      (202) 662-6000

*Attorneys for Gregory Bowes*

DECHERT LLP

By:   *David Hoffner/csa*
      Andrew Levander
      David Hoffner
      1095 Avenue of the Americas
      New York, NY 10036
      (212) 698-3500

*Attorneys for Andres Piedrahita*

WHITE & CASE LLP

By:   _____
      Glenn Kurtz
      Andrew Hammond
      1155 Avenue of the Americas
      New York, NY 10036
      (212) 819-8200

*Attorneys for Walter M. Noel, Jr.*

3

DEBEVOISE & PLIMPTON LLP

By: _Mark Goodman /cs_
  Mark Goodman
  Helen Cantwell
  919 Third Avenue
  New York, NY 10022
  (212) 909-6000

*Attorneys for Amit Vijayvergiya*


O'SHEA PARTNERS LLP

By: _Sean O'Shea /cs_
  Sean F. O'Shea
  Michael E. Petrella
  521 Fifth Avenue, 25th Floor
  New York, NY 10175
  (212) 682-4426

*Attorneys for Cornelis Boele*


BOIES, SCHILLER & FLEXNER LLP
WOLF POPPER LLP
LOVELL STEWART & HALEBIAN LLP

By: _____
  David Boies
  BOIES, SCHILLER & FLEXNER LLP
  333 Main Street
  Armonk, NY 10504
  (914) 749-8200

  David A. Barrett
  Howard L. Vickery
  BOIES, SCHILLER & FLEXNER LLP
  575 Lexington Avenue
  New York, NY 10022
  (212) 446-2300

KASOWITZ BENSON TORRES &
FRIEDMAN LLP

By: _Daniel Fetterman /cs_
  Marc Kasowitz
  Daniel J. Fetterman
  1633 Broadway
  New York, NY 10019
  (212) 506-1700

*Attorneys for Jeffrey Tucker*


MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _Edward Spiro /cs_
  Robert J. Anello
  Edward M. Spiro
  565 Fifth Avenue
  New York, NY 10017
  (212) 856-9600


*Attorneys for David B. Horn and Robert A. Blum*

4

DEBEVOISE & PLIMPTON LLP

By: _____
      Mark Goodman
      Helen Cantwell
      919 Third Avenue
      New York, NY 10022
      (212) 909-6000

*Attorneys for Amit Vijayvergiya*


O'SHEA PARTNERS LLP

By: _____
      Sean F. O'Shea
      Michael E. Petrella
      521 Fifth Avenue, 25th Floor
      New York, NY 10175
      (212) 682-4426

*Attorneys for Cornelis Boele*


BOIES, SCHILLER & FLEXNER LLP
WOLF POPPER LLP
LOVELL STEWART & HALEBIAN LLP

By: _____
      David Boies
      BOIES, SCHILLER & FLEXNER LLP
      333 Main Street
      Armonk, NY 10504
      (914) 749-8200

      David A. Barrett
      Howard L. Vickery
      BOIES, SCHILLER & FLEXNER LLP
      575 Lexington Avenue
      New York, NY 10022
      (212) 446-2300


KASOWITZ BENSON TORRES &
FRIEDMAN LLP

By: _____
      Marc Kasowitz
      Daniel J. Fetterman
      1633 Broadway
      New York, NY 10019
      (212) 506-1700

*Attorneys for Jeffrey Tucker*


MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
      Robert J. Anello
      Edward M. Spiro
      565 Fifth Avenue
      New York, NY 10017
      (212) 856-9600


*Attorneys for David B. Horn and Robert A. Blum*

4

Stuart H. Singer
Carlos M. Sires
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

Robert C. Finkel
James A. Harrod
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
(212) 759-4600

Christopher Lovell
Victor E. Stewart
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York, NY  10006
(212) 608-1900

*Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*

Dated:   New York, New York
         August 22, 2011

SO ORDERED.

The Honorable Theodore H. Katz
U.S.M.J.

5