USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANWAR, et al.,                      :
                                    :       09 Civ. 0118(VM)
                    Plaintiffs,     :
                                    :
        - against -                 :
                                    :
FAIRFIELD GREENWICH LIMITED, et al.,:
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
RICHMOND COMPANY LTD.,              :
                                    :       11 Civ. 5725 (VM)
                    Plaintiff,      :
                                    :
        - against -                 :
                                    :
STANDARD CHARTERED BANK             :
INTERNATIONAL (AMERICAS) LIMITED,   :
et al.,                             :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
JUAN CARLOS SABILLON,               :
                                    :       11 Civ. 5726 (VM)
                    Plaintiff,      :
                                    :
        - against -                 :
                                    :
STANDARD CHARTERED BANK             :
INTERNATIONAL (AMERICAS) LIMITED    :
et al.,                             :
                                    :
                    Defendants.     :
------------------------------------X
```

```
------------------------------------ X
SAN BLAS S.A., et al.,              :
                                    :   11 Civ. 5727 (VM)
                    Plaintiffs,     :
                                    :
    - against -                     :
                                    :
STANDARD CHARTERED BANK             :
INTERNATIONAL (AMERICAS) LIMITED,   :
et al.,                             :
                                    :
                    Defendants.     :
-------------------------------------X
------------------------------------ X
SMERANT CORP.,                      :
                                    :   11 Civ. 5728 (VM)
                    Plaintiff,      :
                                    :
    - against -                     :
                                    :
                                    :   ORDER
STANDARD CHARTERED BANK             :
INTERNATIONAL (AMERICAS) LIMITED,   :
et al.,                             :
                                    :
                    Defendants.     :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the five cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants, and that the actions are related to the numerous cases transferred to this Court by the United States Judicial Panel on Multidistrict Litigation for consolidation and supervision

of pretrial proceedings as part of <u>In re: Fairfield Greenwich Group Securities Litigation</u>, MDL No. 2088. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the five cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is further

**ORDERED** that the Clerk of Court is directed to close the referenced higher numbered cases, 11 Civ. 5725, 11 Civ. 5726, 11 Civ. 5727, and 11 Civ. 5728 as separate actions and remove them from the Court's database; and it is finally

**ORDERED** that the parties to the new tag-along actions consolidated above are directed that no motions shall be filed without request for leave of Court to do so. Any such request must point to exceptional factual or legal circumstances compellingly showing cause why the subject of any contemplated motion has not been sufficiently disposed of in prior rulings of this Court in this litigation.

**SO ORDERED.**

Dated:      NEW YORK, NEW YORK
            23 August 2011

                                    Victor Marrero
                                       U.S.D.J.