UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 09-cv-118 (VM) (THK)

PASHA S. ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

    Defendants.

This Document Relates To: The Standard Chartered Cases

_____/

**VALLADOLID PLAINTIFF'S DISCLOSURE PURSUANT TO RULE 26.1**

Plaintiff Maria Akriby Valladolid ("Valladolid Plaintiff") provides information relating to Rule 26.1:

Maria Akriby Valladolid is a natural person whose residence is 14504 Oaxtepec Hacienda Aguacaliente, Tijuana Mexico.

I, Maria Akriby Valladolid, declare and verify that the above information and it is true and correct.

Dated: August 29 2011

Signature: Maria Akriby Valladolid

Respectfully submitted,

Dated: August 26, 2011

AGUIRRE, MORRIS & SEVERSON LLP
444 West C Street, Suite 210
San Diego, CA 92101
Telephone: (619) 876-5364
Facsimile: (619) 876-5368
Attorneys for Maria Akriby Valladolid

By: /s/Michael J. Aguirre
MICHAEL J. AGUIRRE,
NY Bar No. MA5513,
maguirre@amslawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served by email, in PDF format, upon the persons on the attached service list, this 1st day of September 2011.

By: */s/Michael J. Aguirre*
MICHAEL J. AGUIRRE

## SERVICE LIST FOR STANDARD CHARTERED CASE

| | |
|---|---|
| Sullivan & Cromwell LLP<br>New York, New York<br>Attorneys for Standard Chartered Defendants<br><br>Brad Smith - smithbr@sullcrom.com<br>Sharon Nelles - Nelless@sullcrom.com | Simpson Thacher & Bartlett LLP<br>New York, New York<br>Attorneys for FGG Defendants<br><br>Peter E. Kazanoff - pkazanoff@stblaw.com |
| Greenberg Traurig, P.A.<br>Miami, Florida<br>Attorneys for Individual FGG Defendants<br><br>Ricardo Alejandro Gonzalez - gonzalezr@gtlaw.com | Brown & Heller<br>Miami, Florida<br>Attorneys for CITCO Fund Services (Europe) B.V.<br><br>Amanda Mcgovern - amcgovern@ghblaw.com |
| Rivero Mestre LLP<br>Coral Gables, Florida<br>Attorneys for Headway<br><br>Jorge Mestre - jmestre@riveromestre.com | Curran & Associates<br>Miami, Florida<br>Attorneys for Lopez, Lou-Martinez, Triple R Holdings, The Five Stars Financial Group Ltd., New Horizon Development, Inc., Continental Rainbow Group, Inc., Salcar Limited, Ruiz, Iston Holdings Limited, Nemagus Ltd., Rendiles, Perez, Auburn Overseas Corp., Interland Investments Corp., Vilebens, S.L., Velvor, S.A., 5C Investments Ltd., Asencio, Prionas Shipping Company Limited, Leonardos<br><br>Laurence E. Curran III - lecurran@lecurran.com |
| Dimond Kaplan & Rothstein, P.A.<br>Miami, Florida<br>Attorneys for Pujals<br><br>Robert Linkin - RLinkin@dkrpa.com | Jones & Adams<br>Miami, Florida<br>Attorneys for Almiron and Carrillo<br><br>Matthew Jones - matthew@jones-adams.com |
| Kachroo Legal Services, P.C.<br>Cambrudge, Massachusetts<br>Attorneys for Caso<br><br>Gaytri D. Kachroo - gkachroo@kachroolegal.com | de la O Marko Magolnick & Leyton PA<br>Miami, Florida<br>Attorneys for Gerico, de Rivera<br><br>Joel S. Magolnick - magolnick@dmmllaw.com |