UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PASHA ANWAR, et al.,                )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )
                                    )   Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,)
                                    )
    Defendants.                     )
                                    )
This Document Relates to:           )
*Da Silva Ferreira v. EFG Capital International*   )
*Corp., et al., 11-CV-813(VM)*      )
------------------------------------------------------------x

## RE-NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that the mediation in the above-styled matter has been scheduled before the Honorable Herb Stettin on October 17, 2011, starting at 9:00 a.m. at Plaintiffs' counsel's office Levine Kellogg Lehman Schneider + Grossman LLP, 201 South Biscayne Boulevard, 34th Floor, Miami, FL 33131.

| | |
|---|---|
| Dated: September 21, 2011. | Respectfully submitted, |
| COHEN KINNE VALICENTI & COOK LLP | LEVINE KELLOGG LEHMAN |
| *Co-counsel for Plaintiffs* | SCHNEIDER + GROSSMAN LLP |
| 28 North Street, 3rd Floor | *Attorneys for Plaintiffs* |
| Pittsfield, MA 01201 | 201 So. Biscayne Boulevard |
| Telephone: (413) 443-9399 | Miami Center, 34th Floor |
| Facsimile: (413) 553-0331 | Miami, FL 33131 |
| KEVIN M. KINNE | Telephone: (305) 403-8788 |
| Massachusetts Bar No. 559004 | Facsimile: (305) 403-8789 |
| Kkinne@cohenkinne.com | |
| | By   /s/ Jason Kellogg |
| DANIEL R. SOLIN, ESQ. | LAWRENCE A. KELLOGG, P.A. |
| *Co-counsel for Plaintiffs* | Florida Bar No. 328601 |
| 401 Broadway, Ste. 306 | lak@lkllaw.com |
| New York, N.Y. 10013-3005 | JASON KELLOGG, ESQ. |
| Telephone: (239) 949-1606 | Florida Bar No. 0578401 |
| Facsimile: (239) 236-1381 | jk@lkllaw.com |
| New York Bar No. 8675 | |
| dansolin@yahoo.com | |

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **September 21, 2011**, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that paper copies will be sent to those indicated as nonregistered participants.

                          By /s/   Jason Kellogg
                              JASON KELLOGG, ESQ.
                              Florida Bar No. 0578401
                              jk@lkllaw.com

FF1451