

## SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

(212)455-3356

E-MAIL ADDRESS

sricciardi@stblaw.com

BY HAND

September 23, 2011

Re:  *Anwar, et al. v. Fairfield Greenwich Limited, et al.*,
 Master File No. 09-CV-00118(VM)(THK)

Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Katz:

We write on behalf of all defendants and with the consent of plaintiffs pursuant to Rule 1.D. of Your Honor's Rules of Individual Practice, which requires the parties to request an extension of a discovery deadline at least ten days in advance of the deadline. The deadline for discovery related to class certification in this action is October 4, 2011. The parties are currently discussing an extension of that deadline and respectfully request that the Court grant them until this Tuesday, September 27, to submit their request for any such extension.

Respectfully submitted,

Sara A. Ricciardi

cc: Judge Victor Marrero (*by hand*)
    All counsel in Anwar (*by email*)

SO ORDERED

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

LOS ANGELES   PALO ALTO   WASHINGTON, D.C.   BEIJING   HONG KONG   LONDON   TOKYO