# RICHARD E. BRODSKY    ATTORNEY AT LAW

66 W. FLAGLER STREET, 9TH FLOOR • MIAMI, FLORIDA 33130 • PHONE: 786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM

BY FACSIMILE TRANSMISSION

September 28, 2011

Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

*The conference will take place on October 6, 2011 at 2:00 P.M.*

**SO ORDERED**
9/28/11
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Re: *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
09-cv-118(VM)(THK)
**Standard Chartered Cases**

Dear Judge Katz:

Your Honor's Chambers have directed me to poll the counsel in the above-referenced cases to determine the best time for Your Honor to conduct a telephone conference next week.

The commonly available times are Tuesday, October 4, 2011, 11:00 AM to 2:00 PM, and Thursday, October 6, 2011, from 2:00 PM to 4:00 PM. All times are Eastern Daylight Time.

The undersigned will be out of the country after tomorrow at 2:30 PM until Friday, October 7, 2011. If Chambers wish to ask one of the members of the Plaintiffs' Steering Committee to notify other counsel of the date chosen by Your Honor, may I suggest that they contact Catherine Grieve, Esq. or Jorge Mestre, Esq., of Rivero Mestre LLP, counsel to Headway, at 305-445-2500.

Sincerely yours,

Richard E. Brodsky
Counsel to the Maridom Plaintiffs
On behalf of the Standard Chartered
Plaintiffs' Steering Committee

cc: Other members of the Committee
Diane McGimsey, Esq.

WWW.THEBRODSKYLAWFIRM.COM