UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Anwar *et al.*,

        Plaintiffs,

vs.

Fairfield Greenwich Limited, *et al.*,

        Defendants.

This Document Relates To:  All Actions

------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM) (THK)

## STIPULATION AND FOURTH [PROPOSED] ORDER AMENDING THE AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**WHEREAS**, on March 11, 2009, this Court entered a Case Management Plan and Scheduling Order;

**WHEREAS**, on November 2, 2010, this Court entered an Amended Case Management Plan and Scheduling Order ("Amended CMO");

**WHEREAS**, on February 4, 2011, this Court entered an Order extending the time within which Plaintiffs in the above-captioned action could serve a motion for class certification ("Motion") pursuant to Fed. R. Civ. P. 23 to March 1, 2011.

**WHEREAS**, on June 21, 2011, this Court entered an Order providing that fact and expert discovery directed to class certification be completed by August 29, 2011.

**WHEREAS**, on August 22, 2011, this Court entered an Order providing that fact and expert discovery directed to class certification be completed by October 4, 2011.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for parties in the above-captioned action that paragraph 8 of the Amended CMO is amended as follows:

1. Fact and expert discovery directed to class certification shall be completed by October 24, 2011.

2. Except as amended above, the provisions of the Amended CMO remain in effect.

Dated: New York, New York
September 27, 2011

SIMPSON THACHER & BARTLETT LLP

By: *(signature)*
Mark G. Cunha
Peter E. Kazanoff
425 Lexington Ave.
New York, NY 10017
(212) 455-2000

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors, LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub*

BROWN AND HELLER, P.A.

By: *(signature)*
Lewis N. Brown
1 Biscayne Tower, 15th Fl.
2 S. Biscayne Blvd.
Miami, FL 33131
(305) 358-3580

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: *(signature)*
Eliot Lauer
Michael Moscato
101 Park Avenue
New York, NY 10178
(212) 696-6000

*Attorneys for Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Bermuda) Limited, and The Citco Group Limited*

2

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Sarah L. Cave
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

*Attorneys for PricewaterhouseCoopers Accountants N.V. (PwC Netherlands)*

KIRKLAND & ELLIS LLP

By: /s/ Timothy A. Duffy
Timothy A. Duffy, P.C.
Amy E. Crawford
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2445

*Attorneys for PricewaterhouseCoopers LLP (PwC Canada)*

KOBRE & KIM LLP

By: /s/ Jonathan D. Cogan
Jonathan D. Cogan
Michael S. Kim
Brad H. Samuels
800 Third Avenue
New York, NY 10022
(212) 488-1200

*Attorneys for GlobeOp Financial Services LLC*

COVINGTON & BURLING LLP

By: /s/ Bruce A. Baird
Bruce A. Baird
Matthew F. Dunn
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000

*Attorneys for Gregory Bowes*

DECHERT LLP

By: /s/ David Hoffner
Andrew Levander
David Hoffner
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Andres Piedrahita*

WHITE & CASE LLP

By: /s/ Andrew Hammond
Glenn Kurtz
Andrew Hammond
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for Walter M. Noel, Jr.*

3

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |

By: *[signature]* Mark Goodman
Helen Cantwell
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Amit Vijayvergiya*

By: *[signature]* Marc Kasowitz
Daniel J. Fetterman
1633 Broadway
New York, NY 10019
(212) 506-1700

*Attorneys for Jeffrey Tucker*

O'SHEA PARTNERS LLP

By: *[signature]* Sean F. O'Shea
Michael E. Petrella
521 Fifth Avenue, 25th Floor
New York, NY 10175
(212) 682-4426

*Attorneys for Cornelis Boele*

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: *[signature]* Robert J. Anello
Edward M. Spiro
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*Attorneys for David B. Horn and Robert A. Blum*

BOIES, SCHILLER & FLEXNER LLP
WOLF POPPER LLP
LOVELL STEWART & HALEBIAN LLP

By: *[signature]* David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200

David A. Barrett
Howard L. Vickery
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

4

Stuart H. Singer
Carlos M. Sires
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

Robert C. Finkel
James A. Harrod
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600

Christopher Lovell
Victor E. Stewart
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900

*Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*

Dated: New York, New York
       September __, 2011

**SO ORDERED.**

_____
The Honorable Theodore H. Katz
U.S.M.J.

5