Case 1:09-cv-00118-VM -THK   Document 679   Filed 07/07/11   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-11

ANWAR, *et al.*,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

This Document Relates To:  All Actions

Master File No. 09-cv-118 (VM)(THK)

### PLAINTIFF AAC INVESTMENT, INC.'S AND PLAINTIFF FUNDACIÓN VIRGILIO BARCO'S MOTION FOR VOLUNTARY DISMISSAL OF THEIR CLAIMS WITHOUT PREJUDICE

Plaintiffs, Fundación Virgilio Barco ("Barco") and AAC Investment, Inc. ("AAC"), named plaintiffs in *Anwar et al v. Fairfield Greenwich Limited et al*, 09-cv-118 (VM)(THK) (the "Action"), move the Court for an Order dismissing their claims without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). For the reasons stated in the Memorandum in support of this motion, an order voluntarily dismissing Barco's and AAC's claims without prejudice is warranted. The present Motion is limited to the claims of Barco and AAC, and does not affect the claims of any of the other plaintiffs in these consolidated cases. All defendants in the Action consent to the voluntary dismissal of AAC and Barco.

WHEREFORE, Plaintiffs Barco and AAC request that this Court enter an Order, pursuant to Fed. R. Civ. P. 41(a)(2), granting their motion for voluntary dismissal without prejudice of their claims against defendants, and for further relief as the Court deems just.

Dated: July 7, 2011                     Respectfully submitted,

                                        By:/s/ James A. Harrod

                                        David Boies
                                        BOIES, SCHILLER & FLEXNER LLP
                                        333 Main Street
                                        Armonk, NY 10504

                                        David A. Barrett
                                        Howard L. Vickery, II
                                        BOIES, SCHILLER & FLEXNER LLP
                                        575 Lexington Avenue
                                        New York, NY 10022

                                        Stuart H. Singer
                                        Carlos Sires
                                        Sashi Bach Boruchow
                                        BOIES, SCHILLER & FLEXNER LLP
                                        401 East Las Olas Boulevard, #1200
                                        Ft. Lauderdale, Florida 33301

                                        Robert C. Finkel
                                        James A. Harrod
                                        WOLF POPPER LLP
                                        845 Third Avenue
                                        New York, NY 10022

                                        Christopher Lovell
                                        Victor E. Stewart
                                        LOVELL STEWART HALEBIAN
                                        JACOBSON LLP
                                        61 Broadway, Suite 501
                                        New York, NY 10006

                                        *Interim Co-Lead Counsel for Plaintiffs and
                                        Counsel for PSLRA Plaintiffs*

> Request GRANTED. The Clerk of Court is directed to enter judgment dismissing the claims of plaintiffs Fundación Virgilio Barco and AAC Investment, Inc. in this action without prejudice and to terminate the motion.
> SO ORDERED: entered herein (Docket No. 679)
> 9-29-11
> DATE   VICTOR MARRERO, U.S.D.J.

2