UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PASHA N. ANWAR, et al.

                   Plaintiffs,

-against-

FAIRFIELD GREENWICH LIMITED, et al.,

                   Defendants.
------------------------------------------------------------X

09 CIVIL 118 (VM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/11

    Whereas Plaintiff's AAC Investment, Inc., and Fundacion Virgilio Barco having moved for Voluntary dismissal of their claims without prejudice as to all defendants, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court thereafter on September 29, 2011, having granted Plaintiffs' request for the Court to enter an order pursuant to Fed. R. Civ. P. 41 (a)(2), to voluntary dismiss, without prejudice, their claims against defendants' it is,

**ORDERED, ADJUDGED AND DECREED:** That the request for Voluntary Dismissal is granted, Judgment is entered dismissing the claims of plaintiffs' Fundacion Virgilio Barco and AAC Investment, Inc., as against all defendants' without prejudice.

**Dated:** New York, New York

         October 3, 2011

                                   **RUBY J. KRAJICK**

                                   Clerk of Court

                    BY:

                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____