UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PASHA ANWAR, et al.,                           )
                                               )
        Plaintiffs,                            )
                                               )
v.                                             )
                                               )        Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,           )
                                               )
        Defendants.                            )
                                               )
This Document Relates to:                      )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al., 11-CV-813(VM)*                  )
------------------------------------------------------------x

### PLAINTIFFS' RENEWAL OF MOTION FOR ISSUANCE OF SUBPOENA TO LAWRENCE D. (LONNIE) HOWELL

Pursuant to Magistrate Judge Katz's July 15, 2011 Memo Endorsed Order [D.E. 684], Plaintiffs, Lorrene Da Silva Ferreira and Arlete Da Silva Ferreira, individually and on behalf of all others similarly situated, renew their Motion for Issuance of Subpoena to Lawrence D. (Lonnie) Howell, and state:

On May 2, 2011, Plaintiffs filed a motion pursuant to the Walsh Act, 28 U.S.C. §1783, asking the Court to issue a subpoena for the deposition of Lawrence D. Howell ("Howell"), who is the chief executive officer of the parent company of Defendant, EFG Capital International, Inc. ("EFG Capital").  (A copy of the Motion is attached as **Ex. 1**).  The Walsh Act allows federal courts to order the issuance of a subpoena to an American citizen living abroad (such as Howell) where (i) his testimony is "necessary in the interest of justice," and (ii) "it is not possible to obtain his testimony in admissible form without his personal appearance."  28 U.S.C. § 1783(a).

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)

In its response filed May 23, 2011, EFG Capital did not dispute the detailed factual recitation set forth in Plaintiffs' Motion showing that Howell has relevant knowledge about the merits- and class-related issues in this case.  (A copy of the Response is attached as **Ex. 2**).  EFG Capital even agreed to produce Mr. Howell for deposition "at a reasonable time and place that is convenient for all parties . . . ."  Plaintiffs highlighted these facts in their reply filed June 3, 2011.  (A copy of the Reply is attached as **Ex. 3**).

On July 15, 2011, the Magistrate Judge issued his Order denying Plaintiffs' motion without prejudice.  (The handwritten Order is found at page 6 of Ex. 3).  The Magistrate Judge found that "[i]n light of the fact that there remains ample time to complete discovery, a motion to dismiss is pending, and a class has not yet been certified, and given Defendants' representation that Mr. Howell will be made available at a later time, Plaintiffs' motion for issuance of a subpoena is denied without prejudice to renew.  Should the status of the case remain unchanged by October 3, 2011, Plaintiffs may revisit the issue." (emphasis added).

The status of the case remains unchanged.  [D.E. 727].  Given the fact (i) that the March 12, 2012, discovery deadline is less than six months away; (ii) that Mr. Howell must come from Switzerland for the deposition; and (iii) that Howell's testimony may require Plaintiffs to conduct significant follow-up discovery, Plaintiffs renew the attached Motion for, and Reply in Support of, the Issuance of Subpoena to Lawrence D. Howell, and ask this Court to issue a subpoena directing Mr. Howell to appear in the United States for a deposition on or before December 9, 2011.

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)

Dated: October 13, 2011.                                     Respectfully submitted,

COHEN KINNE VALICENTI & COOK LLP         LEVINE KELLOGG LEHMAN
*Co-counsel for Plaintiffs*                              SCHNEIDER + GROSSMAN LLP
28 North Street, 3rd Floor                                *Attorneys for Plaintiffs*
Pittsfield, MA  01201                                     201 So. Biscayne Boulevard
Telephone:  (413) 443-9399                                Miami Center, 34th Floor
Facsimile:  (413) 553-0331                                Miami, FL 33131
KEVIN M. KINNE                                            Telephone:  (305) 403-8788
Massachusetts Bar No. 559004                              Facsimile:  (305) 403-8789
Kkinne@cohenkinne.com

                                                          By ____/s/ Jason Kellogg_____
DANIEL R. SOLIN, ESQ.                                         LAWRENCE A. KELLOGG, P.A.
*Co-counsel for Plaintiffs*                                  Florida Bar No. 328601
401 Broadway, Ste. 306                                       lak@lkllaw.com
New York, N.Y. 10013-3005                                    JASON KELLOGG, ESQ.
Telephone:  (239) 949-1606                                   Florida Bar No. 0578401
Facsimile: (239) 236-1381                                    jk@lkllaw.com
New York Bar No.  8675
dansolin@yahoo.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on **October 13, 2011**, I served a true and correct copy of the foregoing via the CM/ECF system on all counsel or parties of record on the Service List below. I also served a copy of the foregoing document via facsimile and U.S. Mail on counsel for EFG Bank, c/o Tracy Nichols, Esq., Holland & Knight LLP, 701 Brickell Avenue, Miami, Florida 33131.

                                     By   /s/ Jason Kellogg_____
                                          JASON KELLOGG

## SERVICE LIST

**Joseph C. Coates, III, Esq.**
CoatesJ@gtlaw.com
**Jon A. Jacobson, Esq.**
JacobsonJ@gtlaw.com
**Lauren Whetstone, Esq.**
WhetstoneL@gtlaw.com
**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant EFG Capital*
*International Corp.*
777 South Flagler Drive
Third Floor East
West Palm Beach, FL  33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222