# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-3475

E-MAIL ADDRESS

mcunha@stblaw.com

BY HAND

October 14, 2011

Re:  *Anwar, et al. v. Fairfield Greenwich Limited, et al.,*
     Master File No. 09-CV-00118(VM)(THK)



Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Katz:

We write on behalf of all defendants and with the consent of plaintiffs pursuant to Rule 1.D. of Your Honor's Rules of Individual Practice, which requires the parties to request an extension of a discovery deadline at least ten days in advance of the deadline. The deadline for discovery related to class certification in this action is October 24, 2011. Plaintiffs have advised defendants that they will be providing additional documentary discovery next week. Defendants respectfully request that the Court grant them until next Friday, October 21, to consider the additional production and determine whether an extension of the class certification discovery deadline is necessary. Plaintiffs consent to this request.

Granted.

SO ORDERED

10/17/11

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Mark G. Cunha

cc: Hon. Victor Marrero (*by hand*)
    All counsel in Anwar (*by email*)

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.