UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Anwar *et al.*,

                      Plaintiffs,

        vs.

Fairfield Greenwich Limited, *et al.*,

                      Defendants.

This Document Relates To: All Actions
------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM) (THK)

## FIFTH [~~PROPOSED~~] ORDER AMENDING THE AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**WHEREAS,** on March 11, 2009, this Court entered a Case Management Plan and Scheduling Order;

**WHEREAS,** on November 2, 2010, this Court entered an Amended Case Management Plan and Scheduling Order ("Amended CMO");

**WHEREAS,** on February 4, 2011, this Court entered an Order extending the time within which Plaintiffs in the above-captioned action could serve a motion for class certification ("Motion") pursuant to Fed. R. Civ. P. 23 to March 1, 2011;

**WHEREAS,** on June 21, 2011, this Court entered an Order providing that fact and expert discovery directed to class certification be completed by August 29, 2011;

**WHEREAS,** on August 22, 2011, this Court entered an Order providing that fact and expert discovery directed to class certification be completed by October 4, 2011;

**WHEREAS,** on September 28, 2011, this Court entered an Order providing that fact and expert discovery directed to class certification be completed by October 24, 2011;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Amended CMO is amended as follows:

1. Fact and expert discovery directed to class certification shall be completed by November 22, 2011.

2. The time for Defendants in the above-captioned action to serve papers in opposition to Plaintiffs' motion for class certification shall be up to and including January 13, 2012. *[handwritten: 13 TK]*

3. Except as amended above, the provisions of the Amended CMO remain in effect.

*[handwritten: T.K.]*

Dated: New York, New York
    October 26, 2011

*[handwritten margin note: The Court expects the named Plaintiffs to complete their interrogatory responses by November 4, 2011, with the depositions completed by no later than November 15, 2011.]*

SO ORDERED.

_____
The Honorable Theodore H. Katz
U.S.M.J.

2