

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LTD., et al.

    Defendants.

This Document Relates To: *Caso v. Standard
Chartered Bank Int'l (Americas) Limited, et al.*,

**DOC #** 738

Master File No.: 09-CV-0118 (VM)
(THK)

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, John H. Ray, III, a member in good standing

of the bar of this Court, hereby and through my annexed Declaration, move for an Order granting

the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Brandon R. Levitt |
| Firm Name: | Kachroo Legal Services, P.C. |
| Florida Bar No.: | 30471 |
| Address: | 245 Park Avenue, 39th Floor |
| | New York, New York 10167 |
| Phone Number: | (212) 372-8939 |
| Fax Number: | (617) 864-1125 |

Brandon R. Levitt is a member in good standing of the bar of the state of Florida. There

are no pending disciplinary proceedings against Brandon R. Levitt in any state or federal court.

WHEREFORE, it is respectfully requested that the motion to admit Brandon R. Levitt

*pro hac vice* to represent the putative lead Plaintiff in the matter of *Caso v. Standard Chartered*

*Bank Int'l (Americas) Limited, et al.*, member case in *Anwar, et al. v. Fairfield Greenwich Limited, et al.*, Master File No.: 09-CV-0118 (VM) (THK), be GRANTED.

Dated: October 31, 2011

Respectfully submitted,

By: _____
John H. Ray, III (JR1177)

KACHROO LEGAL SERVICES, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: (212) 372-8939
Fax: (617) 864-1125

jray@kachroolegal.com

*Attorneys for named plaintiff Ricardo Rodriguez Caso*

2

|  |  |  |
|---|---|---|
| PASHA ANWAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Master File No.: 09-CV-0118 (VM) |
| FAIRFIELD GREENWICH LTD., et al. | ) | (THK) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| This Document Relates To: *Caso v. Standard* | ) | |
| *Chartered Bank Int'l (Americas) Limited, et al.*, | ) | |
| No. 10-CV-9196-VM | ) | |
| | ) | |

## DECLARATION OF JOHN H. RAY, III IN SUPPORT OF
## MOTION TO ADMIT COUNSEL PRO HAC VICE

I, JOHN H. RAY, III, hereby declare, pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the bar of the state of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2.      I make this declaration based on my personal knowledge of the facts set forth herein and in support of the motion to admit Brandon R. Levitt as counsel *pro hac vice* to represent the putative lead Plaintiff Ricardo Rodriguez Caso in the matter of *Caso v. Standard Chartered Bank Int'l (Americas) Limited, et al.*, member case in *Anwar, et al. v. Fairfield Greenwich Limited, et al.*, Master File No.: 09-CV-00118 (VM) (THK).

3.      Mr. Levitt is an associate at Kachroo Legal Services, P.C. and is a member in good standing of the bar of the state of Florida. Attached hereto as Exhibit A is a certificate of good standing for Mr. Levitt issued by the bar of the state of Florida.

4.      I have known Mr. Levitt since November 2009.

5.      I have found Mr. Levitt to be a skilled attorney, and a person of integrity and high moral character. He is experienced in federal practice and is familiar with the Federal Rules of Procedure and the Local Rules of this Court.

6.      Accordingly, I am pleased to move for the admission of Brandon R. Levitt, *pro hac vice*. A proposed order granting such relief is submitted herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2011

John H. Ray, III (JR1177)

KACHROO LEGAL SERVICES, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: (212) 372-8939
Fax: (617) 864-1125

jray@kachroolegal.com

*Attorneys for named plaintiff Ricardo Rodriguez Caso*



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

**850/561-5600**
**www.FLORIDABAR.ORG**

State of Florida          )

County of Leon          )

In Re:     30471
Brandon Ross Levitt
Kachroo Legal Services, P.C.
245 Park Ave., Fl. 39
New York, NY

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 9, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this __17th__ day of October, 2011.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLCM9:R10

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

)
PASHA ANWAR, et al., )
)
      Plaintiffs, )
)
v. )
)   Master File No.: 09-CV-0118 (VM)
FAIRFIELD GREENWICH LTD., et al. )   (THK)
)
      Defendants. )
)
This Document Relates To: *Caso v. Standard* )
*Chartered Bank Int'l (Americas) Limited, et al.*, )
)

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of John H. Ray, III, a member of the bar of this Court, and said

sponsor attorney's Declaration in support thereof:

IT IS HEREBY ORDERED that

> Brandon R. Levitt
> KACHROO LEGAL SERVICES, P.C.
> 245 Park Avenue, 39th Floor
> New York, New York 10167
> Phone Number: (212) 372-8939
> Fax Number: (617) 864-1125
> blevitt@kachroolegal.com

is admitted to practice *pro hac vice* as counsel for the putative lead plaintiff Ricardo Rodriguez

Caso in *Caso v. Standard Chartered Bank Int'l (Americas) Limited, et al.*, member case in

*Anwar, et al. v. Fairfield Greenwich Limited, et al.*, Master File No.: 09-CV-0118 (VM) (THK)

in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the *pro hac vice* fee to the Clerk of Court.

Dated _____

_____
Hon. Judge Victor Marrero

## CERTIFICATE OF SERVICE

I, John H. Ray, III, hereby certify that on October 31, 2011, I caused a true and correct copy of the foregoing motion, and supporting declaration and proposed order to be served by email upon counsel for Defendants and the Plaintiffs Steering Committee in the Standard Chartered Cases.

Dated: October 31, 2011

John H. Ray, III (JR1177)