UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>　　　　　　　　　　Defendants.<br><br>This Document Relates To:  All Standard Chartered Cases. | Master File No. 09-cv-118 (VM) (THK) |

[~~PROPOSED~~]
### ORDER APPOINTING ADDITIONAL MEMBER TO STANDARD CHARTERED PLAINTIFFS' STEERING COMMITTEE

Upon the request of the members of the Standard Chartered Plaintiffs' Steering Committee, it is hereby ordered that the following individual be added to the Committee:

Gaytri Kachroo
219 Concord Ave.
Cambridge, Massachusetts 02138,
Phone: (617) 864-0755
Fax:   (617) 864-1125
Plaintiff's counsel in *Ricardo Rodriguez Caso v. Standard Chartered Bank International (Americas) Ltd. and Standard Chartered PLC*, No. 10-cv-9196

The terms of the Stipulation and Order Appointing Standard Chartered Plain1tffs' Steering Committee, entered by this Court on February

4, 2011 (DE 106, No. 10-cv-920), shall remain in full force and effect.

New York, New York, this ___31ˢᵗ___ day of ___October___, 2011.

_____
THEODORE KATZ
UNITED STATES MAGISTRATE
JUDGE