```
                                            ┌─────────────────────────┐
                                            │ USDC SDNY               │
                                            │ DOCUMENT                │
                                            │ ELECTRONICALLY FILED    │
UNITED STATES DISTRICT COURT                │ DOC #: _____ │
SOUTHERN DISTRICT OF NEW YORK               │ DATE FILED: ___/_/__    │
-------------------------------------X      └─────────────────────────┘
PASHA S. ANWAR, et al.,                 :

                        Plaintiffs,     :

     - against -                        :      09 Civ. 0118 (VM)

FAIRFIELD GREENWICH GROUP, et al.,      :

                        Defendants.     :
-------------------------------------X
-------------------------------------X
BAYMALL INVESTMENTS LIMITED,            :
                                        :      11 Civ. 7649(VM)
                        Plaintiff,      :

     -  against  -                      :

STANDARD CHARTERED BANK INTERNATIONAL   :
(AMERICAS) LIMITED,                     :

                        Defendant.      :
-------------------------------------X
-------------------------------------X
BLOCKBEND LIMITED,                      :
                                        :      11 Civ. 7650(VM)
                        Plaintiff,      :

     -  against  -                      :

STANDARD CHARTERED BANK INTERNATIONAL   :
(AMERICAS) LIMITED,                     :

                        Defendant.      :
-------------------------------------X
```

```
------------------------------------X
QUIROZ STONE,                       :
                                    :    11 Civ. 7651(VM)
                   Plaintiff,       :
                                    :
     -  against  -                  :
                                    :
STANDARD CHARTERED BANK INTERNATIONAL :
(AMERICAS) LIMITED, et al.,         :
                                    :
                   Defendants.      :
------------------------------------X
------------------------------------X
NAUTICAL VILLAGE, INC.,             :
                                    :    11 Civ. 7652(VM)
                   Plaintiff,       :
                                    :
     -  against  -                  :
                                    :
STANDARD CHARTERED BANK INTERNATIONAL :
(AMERICAS) LIMITED, et al.,         :
                                    :
                   Defendants.      :
------------------------------------X
------------------------------------X
EASTFORK ASSETS LIMITED,            :
                                    :    11 Civ. 7653(VM)
                   Plaintiff,       :
                                    :
     -  against  -                  :
                                    :    ORDER
STANDARD CHARTERED BANK INTERNATIONAL :
(AMERICAS) LIMITED,                 :
                                    :
                   Defendant.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with

the Court in connection with the six cases captioned above,

the Court noted that the complaints describe the same or

substantially similar underlying events and operative facts,

and assert claims arising out of the same or substantially

similar actions against all or most of the same defendants, and that the actions are related to the numerous cases transferred to this Court by the United States Judicial Panel on Multidistrict Litigation for consolidation and supervision of pretrial proceedings as part of In re: Fairfield Greenwich Group Securities Litigation, MDL No. 2088. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the six cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is further

**ORDERED** that the Clerk of Court is directed to close the referenced higher numbered cases, 11 Civ. 7649, 11 Civ. 7650, 11 Civ. 7651, 11 Civ. 7652 and 11 Civ. 7653 as separate actions and remove them from the Court's database; and it is finally

**ORDERED** that the parties to new tag-along actions consolidated above are directed that no motions shall be filed without request for leave of Court to do so. Any such request must point to exceptional factual or legal circumstances compellingly showing cause why the subject of any contemplated

-3-

motion has not been sufficiently disposed of in prior rulings of this Court in this litigation.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           1 November 2011

Victor Marrero
U.S.D.J.