```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
PASHA S. ANWAR, et al.,         :
                                :  09 Civ. 0118 (VM)
             Plaintiffs,        :
                                :  10 Civ. 2878
                                :  (Pujals)
     -against-                  :
                                :
FAIRFIELD GREENWICH LIMITED,    :
et al.,                         :
                                :
                                :  ORDER
             Defendants.        :
-------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

Upon review of the parties' submissions related to the Motion to Dismiss the Pujal Plaintiffs' Amended Complaint (No. 09 Civ. 0118, Docket No. 612) filed by defendants Standard Chartered Bank International (Americas) Limited and Standard Charter Bank (collectively, "Defendants"), the Court finds that it requires certain additional information to resolve the issues before it.

Accordingly, plaintiffs Jose Antonio Pujals and Rosa Julieta A. de Pujals (collectively, "Plaintiffs") are directed to submit, within ten days of this Order, the form contract between Plaintiffs and Defendants that Plaintiffs relied on and referred to in the Amended Class Action Complaint as the basis for their breach of contract claim and class action status. See Amended Class Action

-1-

-2-

Complaint (No. 10 Civ. 2878, Docket No. 8) ¶¶ 2, 22, 23, 29, 39, 41.

**SO ORDERED.**

Dated: New York, New York
      3 November 2011

                                    VICTOR MARRERO
                                      U.S.D.J.