USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PASHA S. ANWAR, et al.,              :
                                     :  09 Civ. 0118 (VM)
                    Plaintiffs,      :
                                     :  **ORDER**
     - against -                     :
                                     :
FAIRFIELD GREENWICH LIMITED,         :
et al.,                              :
                                     :
                    Defendants.      :
------------------------------------X

**VICTOR MARRERO**, United States District Judge.

By letter dated October 12, 2011, plaintiff ABN AMRO Life S.A. ("AALS") requested a pre-motion conference regarding AALS's anticipated motion for voluntary dismissal without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure ("Rule 41"). The Court deemed AALS's letter a Rule 41 motion ("Rule 41 Motion") and directed the Fairfield Greenwich defendants and numerous other defendants (collectively, "Defendants") to respond by October 19, 2011 showing cause why the Rule 41 Motion should not be granted. Defendants opposed the Rule 41 Motion in a letter-brief dated October 19, 2011. AALS replied by letter-brief dated November 1, 2011.

Upon review of the letter-briefs submitted by AALS and Defendants regarding the Rule 41 Motion, the Court GRANTS

AALS's motion to voluntarily dismiss its claims with prejudice.

Accordingly, it is hereby

**ORDERED** that the motion of plaintiff ABN AMRO Life S.A. ("AALS") for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, deemed by the Court to be set forth in AALS's letter dated October 12, 2011 (Docket No. 731), is **GRANTED** with prejudice.

The Clerk of Court is directed to enter judgment dismissing the claims of AALS in this action as against all defendants with prejudice.

**SO ORDERED.**

Dated: New York, New York
       3 November 2011

                                    VICTOR MARRERO
                                        U.S.D.J.