UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>                      Plaintiffs,<br><br>      v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                      Defendants.<br><br>This Document Relates to: *Jose A. Pujals, et al. v. Standard Chartered Bank International (Americas) Limited, et al.*, No. 10-CV-2878 | Master File No. 09-CV-0118 (VM) (THK)<br><br>ECF Case |

**NOTICE OF RESPONSE OF THE PUJALS PLAINTIFFS
TO THE COURT'S ORDER, DATED NOVEMBER 3, 2011**

      Plaintiffs Jose Antonio Pujals and Rosa Julieta A. de Pujals (the "Pujals Plaintiffs"), as their Response to the Court's Order to the Pujals Plaintiffs, dated November 3, 2011 and entered by the Clerk of the Court on November 4, 2011 (No. 09 Civ. 0118-VM-THK, Docket No. 743; No. 10 Civ. 2878-VM, Docket No. 34), hereby submit the attached Declaration of David A. Rothstein, Esq., with the exhibits annexed thereto.

Dated:  New York, New York
          November 10, 2011

                                                              s/ Stephen L. Brodsky
                                                Robert S. Schachter
                                                Stephen L. Brodsky
                                                ZWERLING, SCHACHTER &
                                                      ZWERLING, LLP
                                                41 Madison Avenue
                                                New York, NY 10010
                                                Telephone: (212) 223-3900
                                                Facsimile:  (212) 371-5969
                                                Email: rschachter@zsz.com
                                                Email: sbrodsky@zsz.com

2

David A. Rothstein (*Admitted Pro Hac Vice*)
Robert E. Linkin (*Admitted Pho Hac Vice*)
DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:  (305) 374-1920
Facsimile:   (305) 374-1961
Email:  drothstein@dkrpa.com
Email:  rlinkin@dkrpa.com

*Attorneys for Jose Antonio Pujals and
     Rosa Julieta A. de Pujals*

2