USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PASHA S. ANWAR, et al.,

                Plaintiffs,

-against-

FAIRFIELD GREENWICH LIMITED, et al.,
                Defendants.

-----------------------------------------------------------X

09 CIVIL 0118 (VM)

**JUDGMENT**

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on November 3, 2011, having rendered its Order granting the motion of plaintiff ABN AMRO Life S.A. ("AALS") for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, deemed by the Court to be set forth in AALS's letter dated October 12, 2011 with prejudice, and directing the Clerk of Court to enter judgment dismissing the claims of AALS in this action as against all defendants with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2011, the motion of plaintiff AALS for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, deemed by the Court to be set forth in AALS's letter dated October 12, 2011 is granted with prejudice; and judgment is entered dismissing the claims of AALS in this action as against all defendants with prejudice.

Dated: New York, New York
         November 10, 2011

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**

                     **BY:**

                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____