UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANWAR, et al.,

              Plaintiffs

    v.

FAIRFIELD GREENWICH LIMITED, et al.,

              Defendants.

This Document Relates to: David I. Ferber SEP IRA v. GlobeOp Financial Services LLC (09 CV 02366), Frank E. Pierce and Frank E. Pierce IRA v. GlobeOp Financial Services LLC (09 CV 02588)
------------------------------------------------------------x

ECF CASE

Electronically Filed

Master File No.:
09 CV 00118 (VM, THK)

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, is hereby entering an appearance as counsel of record for Defendant GlobeOp Financial Services LLC. The undersigned respectfully requests that all subsequent notices given or required to be given in this case and all papers filed in this case be served upon the undersigned.

Dated: New York, New York
       November 10, 2011

KOBRE & KIM LLP

s/ David H. McGill
David H. McGill
800 Third Avenue
New York, New York
Tel: + 1 212 488 1200
Fax: + 1 212 488 1220
E-mail: david.mcgill@kobrekim.com

*Attorney for Defendant GlobeOp Financial Services LLC*

To: All Counsel of Record