UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANWAR, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FAIRFIELD GREENWICH LIMITED, et al.,<br><br>                    Defendants.<br><br>This Document relates to: *Maria Akriby Valladolid v. American Express Bank Ltd., et al.*, No. 10-cv-0918 | Master File No. 09-cv-118 (VM)(THK)<br><br>ECF CASE |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2011, a true and correct copy of PLAINTIFF VALLADOLID'S SECOND AMENDED COMPLAINT FOR BREACH OF FIDUCIARY DUTY AND GROSS NEGLIGENCE was served electronically through the Court's CM/ECF system on all counsel of record registered for electronic service in this case.

I also certify that on November 10, 2011, I caused a true and correct copy of PLAINTIFF VALLADOLID'S SECOND AMENDED COMPLAINT FOR BREACH OF FIDUCIARY DUTY AND GROSS NEGLIGENCE to be served via the United States Postal Service to the following counsel who have appeared in this action on behalf of Defendant Luisa Serena but seem to have not yet filed a Notice of Appearance on her behalf:

1

Ricardo A. Gonzalez, Esquire
Marcus Green, Esquire
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717
gonzalezr@gtlaw.com
greenm@gtlaw.com
   *Attorneys for Defendant Luisa Serena and the Individual Defendants*

                         Respectfully submitted,

                         AGUIRRE, MORRIS & SEVERSON LLP
                         444 West C Street, Suite 210
                         San Diego, CA 92101
                         Telephone:  (619) 876-5364
                         Facsimile:  (619) 876-5368
                         Attorneys for Maria Akriby Valladolid

Dated:  November 10, 2011           By:  */s/Michael J. Aguirre*
                                                   MICHAEL J. AGUIRRE
                                                   NY Bar No. MA5513
                                                   maguirre@amslawyers.com