UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Anwar *et al.*,

                             Plaintiffs,

          vs.

Fairfield Greenwich Limited, *et al*.,

                            Defendants.

This Document Relates To:  All Actions
---------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Chepiga of Simpson Thacher & Bartlett LLP hereby withdraws his appearance as counsel for Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors, LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub ("Defendants").  All other previously appearing counsel from Simpson Thacher & Bartlett LLP continue to serve as counsel for Defendants in this action.

Dated:   New York, New York
            November 14, 2011

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Michael J. Chepiga
         Michael J. Chepiga
         Mark G. Cunha
         Peter E. Kazanoff
         425 Lexington Ave.
         New York, NY 10017
         (212) 455-2000

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors, LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub*