UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANWAR, *et al.,*<br><br>                              Plaintiffs,<br><br>           v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.,*<br><br>                              Defendants. | ECF CASE<br><br>Electronically Filed<br><br><br><br>MASTER FILE NO:<br>09-CV-00118 (VM)<br><br><br>**<u>NOTICE OF APPEARANCE</u>** |

        Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, is

hereby entering an appearance as counsel of record for Defendant GlobeOp Financial

Services LLC.  The undersigned respectfully requests that all subsequent notices given or

required to be given in this case and all papers filed in this case be served upon the

undersigned.

Dated: New York, New York          KOBRE & KIM LLP
          November 15, 2011


                                        s/  David H. McGill
                                        David H. McGill
                                        800 Third Avenue
                                        New York, New York
                                        Tel:  + 1 212 488 1200
                                        Fax: + 1 212 488 1220
                                        E-mail:  david.mcgill@kobrekim.com

                    *Attorney for Defendant GlobeOp Financial Services LLC*

To:     All Counsel of Record