UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PASHA S. ANWAR, et al.,

        Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

        Defendants.

This Document Relates To:  All Cases

Master File No. 09-cv-118 (VM) (THK)

## STIPULATION AND [PROPOSED] ORDER
## CONCERNING CERTAIN DISCOVERY MATERIAL

IT IS HEREBY STIPULATED AND AGREED, by and among the parties named below, through their undersigned counsel, and subject to the Court's order, that:

1.    This stipulation and order applies to all actions filed in, or transferred to, this Court for pretrial proceedings that are consolidated and/or coordinated with *Anwar v. Fairfield Greenwich Limited* ("*Anwar*"), including cases involving the Standard Chartered Defendants[1] (the "Standard Chartered Actions") and cases that have not yet been filed in or transferred to this Court.

---

[1] The Standard Chartered Defendants include: Standard Chartered Bank International (Americas) Ltd., Standard Chartered Bank, Standard Chartered PLC, Standard Chartered International (USA) Ltd., Carlos Gadala Maria, Raul N. Mas, Robert Friedman, Rodolfo Pages, John G. Dutkowski, and Luisa Serena.  As used herein, "Standard Chartered Defendants" also includes any other entity or individual currently or to-be named as a defendant in the Standard Chartered Actions that is affiliated with Standard Chartered Bank or a current or former employee of Standard Chartered Bank or any of its affiliates.

2. On December 2, 2010, the Court entered a Second Amended Stipulation and Order Governing Confidentiality of Discovery Material (Docket No. 591), with respect to discovery in *Anwar* (the "*Anwar* Protective Order") (attached hereto as Exhibit A).

3. On February 4, 2011, the Court entered a separate Stipulation and Order Governing Confidentiality of Discovery Material (Docket No. 603), with respect to discovery in the Standard Chartered Actions (the "SCB Cases Protective Order") (attached hereto as Exhibit B).

4. Although the *Anwar* Protective Order and the SCB Cases Protective Order are similar in many respects, they are not identical.

5. Fairfield Greenwich Limited and certain affiliated entities and individuals (the "FG Defendants")[2] now seek access to discovery materials that have been or will be produced by the Standard Chartered Defendants under the SCB Cases Protective Order.

6. In an effort to preserve the confidentiality of all such discovery materials consistent with the protective order pursuant to which they have been or will be produced, all parties to the *Anwar* Protective Order agree that any discovery materials shared with them by the Standard Chartered Defendants are provided subject to the Standard Chartered Protective Order as if the parties to the *Anwar* Protective Order were also signatories to the Standard Chartered Protective Order and considered "Parties" as used therein.

---

[2] The FG Defendants include: Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub. As used herein, the term "FG Defendants" also includes any other entity or individual currently or to-be named as a defendant in a Fairfield case that is affiliated with Fairfield Greenwich Limited or a current or former employee of Fairfield Greenwich or any of its affiliates.

7. Nothing contained in this stipulation and order shall alter in any way (i) the parties' discovery obligations under the federal rules, local rules, or otherwise; (ii) the Standard Chartered Defendants' rights to object or otherwise oppose any request for discovery; (iii) the terms of SCB Cases Protective Order as between the parties to the SCB Cases Protective Order; or (iv) the terms of the *Anwar* Protective Order as between the parties to the *Anwar* Protective Order.

Dated: December 14, 2011

By:

SIMPSON THACHER & BARTLETT LLP

By: /s/ Mark G. Cunha
Mark G. Cunha
Peter E. Kazanoff
425 Lexington Ave.
New York, NY 10017
(212) 455-2000

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich Advisors, LLC, Fairfield Risk Services Ltd., Lourdes Barreneche, Vianney d'Hendecourt, Yanko Della Schiava, Corina Noel Piedrahita, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Santiago Reyes, Andrew Smith, and Philip Toub*

SULLIVAN & CROMWELL LLP

By: /s/ Sharon L. Nelles
Sharon L. Nelles
Bradley P. Smith
125 Broad Street
New York, NY 10004
(212) 558-4000

Diane L. McGimsey
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 712-6600

*Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., Standard Chartered Bank and Standard Chartered PLC*

| | |
|---|---|
| DECHERT LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| By: *[signature]* <br> Andrew Levander <br> David Hoffner <br> 1095 Avenue of the Americas <br> New York, NY 10036 <br> (212) 698-3500 | By: _____ <br> Marc Kasowitz <br> Daniel J. Fetterman <br> 1633 Broadway <br> New York, NY 10019 <br> (212) 506-1700 |
| *Attorney for Andres Piedrahita* | *Attorneys for Jeffrey Tucker* |
| DEBEVOISE & PLIMPTON LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C. |
| By: _____ <br> Mark Goodman <br> Helen Cantwell <br> 919 Third Avenue <br> New York, NY 10022 <br> (212) 909-6000 | By: _____ <br> Edward M. Spiro <br> 565 Fifth Avenue <br> New York, NY 10017 <br> (212) 856-9600 |
| *Attorneys for Amit Vijayvergiya* | *Attorneys for David Horn and Robert Blum* |
| COVINGTON & BURLING LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| By: _____ <br> Bruce Allen Baird <br> 1201 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> (202) 662-5122 | By: _____ <br> Eliot Lauer <br> Michael Moscato <br> 101 Park Avenue <br> New York, NY 10178 <br> (212) 696-6000 |
| *Attorneys for Gregory Bowes* | *Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland NV Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited* |

-4-

DECHERT LLP

By: _____
Andrew Levander
David Hoffner
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorney for Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: _____
Mark Goodman
Helen Cantwell
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Amit Vijayvergiya*

COVINGTON & BURLING LLP

By: _____
Bruce Allen Baird
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5122

*Attorneys for Gregory Bowes*

KASOWITZ BENSON TORRES &
FRIEDMAN LLP

By: _____/s/_____
Marc Kasowitz
Daniel J. Fetterman
1633 Broadway
New York, NY 10019
(212) 506-1700

*Attorneys for Jeffrey Tucker*

MORVILLO, ABRAMOWITZ, GRAND,
IASON ANELLO & BOHRER, P.C.

By: _____
Edward M. Spiro
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*Attorneys for David Horn and Robert Blum*

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP

By: _____
Eliot Lauer
Michael Moscato
101 Park Avenue
New York, NY 10178
(212) 696-6000

*Attorneys for Citco Fund Services (Europe) B.
V., Citco (Canada) Inc., Citco Bank Nederland
NV Dublin Branch, Citco Global Custody NV,
Citco Fund Services (Bermuda) Limited, and
The Citco Group Limited*

DECHERT LLP

By: _____
   Andrew Levander
   David Hoffner
   1095 Avenue of the Americas
   New York, NY 10036
   (212) 698-3500

*Attorney for Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: ____/s/_____
   Mark Goodman
   Helen Cantwell
   919 Third Avenue
   New York, NY 10022
   (212) 909-6000

*Attorneys for Amit Vijayvergiya*

COVINGTON & BURLING LLP

By: _____
   Bruce Allen Baird
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004
   (202) 662-5122

*Attorneys for Gregory Bowes*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
   Marc Kasowitz
   Daniel J. Fetterman
   1633 Broadway
   New York, NY 10019
   (212) 506-1700

*Attorneys for Jeffrey Tucker*

MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C.

By: _____
   Edward M. Spiro
   565 Fifth Avenue
   New York, NY 10017
   (212) 856-9600

*Attorneys for David Horn and Robert Blum*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: _____
   Eliot Lauer
   Michael Moscato
   101 Park Avenue
   New York, NY 10178
   (212) 696-6000

*Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland NV Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited*

| | |
|---|---|
| DECHERT LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| By: _____<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br><br>*Attorney for Andres Piedrahita* | By: _____<br>Marc Kasowitz<br>Daniel J. Fetterman<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br><br>*Attorneys for Jeffrey Tucker* |
| DEBEVOISE & PLIMPTON LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C. |
| By: _____<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br><br>*Attorneys for Amit Vijayvergiya* | By: /s/ Edward M. Spiro<br>Edward M. Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600<br><br>*Attorneys for David Horn and Robert Blum* |
| COVINGTON & BURLING LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| By: _____<br>Bruce Allen Baird<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662-5122<br><br>*Attorneys for Gregory Bowes* | By: _____<br>Eliot Lauer<br>Michael Moscato<br>101 Park Avenue<br>New York, NY 10178<br>(212) 696-6000<br><br>*Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland NV Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited* |

| | |
|---|---|
| DECHERT LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| By: _____<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br><br>*Attorney for Andres Piedrahita* | By: _____<br>Marc Kasowitz<br>Daniel J. Fetterman<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br><br>*Attorneys for Jeffrey Tucker* |
| DEBEVOISE & PLIMPTON LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C. |
| By: _____<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br><br>*Attorneys for Amit Vijayvergiya* | By: _____<br>Edward M. Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600<br><br>*Attorneys for David Horn and Robert Blum* |
| COVINGTON & BURLING LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| By: __/s/ Bruce Allen Baird__<br>Bruce Allen Baird<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662-5122<br><br>*Attorneys for Gregory Bowes* | By: _____<br>Eliot Lauer<br>Michael Moscato<br>101 Park Avenue<br>New York, NY 10178<br>(212) 696-6000<br><br>*Attorneys for Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Bank Nederland NV Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited* |

DECHERT LLP

By: ______________________________
Andrew Levander
David Hoffner
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorney for Andres Piedrahita*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: ______________________________
Marc Kasowitz
Daniel J. Fetterman
1633 Broadway
New York, NY 10019
(212) 506-1700

*Attorneys for Jeffrey Tucker*

DEBEVOISE & PLIMPTON LLP

By: ______________________________
Mark Goodman
Helen Cantwell
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Amit Vijayvergiya*

MORVILLO, ABRAMOWITZ, GRAND, IASON ANELLO & BOHRER, P.C.

By: ______________________________
Edward M. Spiro
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*Attorneys for David Horn and Robert Blum*

COVINGTON & BURLING LLP

By: ______________________________
Bruce Allen Baird
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5122

*Attorneys for Gregory Bowes*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: ______________________________
Eliot Lauer
Michael Moscato
101 Park Avenue
New York, NY 10178
(212) 696-6000

*Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland NV Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited*

BROWN AND HELLER, P.A.

By: _____/s/ Lewis N. Brown_____
Lewis N. Brown
1 Biscayne Tower, 15th Fl.
2 S. Biscayne Blvd.
Miami, FL 33131
(305) 358-3580

*Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland N. V. Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited*

HUGHES HUBBARD & REED LLP

By: _____
William R. Maguire
Sarah L. Cave
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

*Attorneys for PricewaterhouseCoopers Accountants NV (PwC Netherlands)*

O'SHEA PARTNERS LLP

By: _____
Sean F. O'Shea
Marc D. Feingold
521 Fifth Avenue, 25th Floor
New York, NY 10175
(212) 682-4426

*Attorneys for Cornelis Boele*

KIRKLAND & ELLIS LLP

By: _____
Timothy A. Duffy, P.C.
Amy E. Crawford
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2445

*Attorneys for PricewaterhouseCoopers LLP (PwC Canada)*

KOBRE & KIM LLP

By: _____
Jonathan David Cogan
800 Third Avenue
New York, NY 10022
(212) 488-1200

*Attorneys for GlobeOp Financial Services LLC*

WHITE & CASE LLP

By: _____
Glenn Kurtz
Andrew Hammond
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for Walter M Noel, Jr.*

BROWN AND HELLER, P.A.

By: _____
    Lewis N. Brown
    1 Biscayne Tower, 15th Fl.
    2 S. Biscayne Blvd.
    Miami, FL 33131
    (305) 358-3580

*Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland N. V. Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited*

KIRKLAND & ELLIS LLP

By: /s/ Timothy A. Duffy
    Timothy A. Duffy, P.C.
    Amy E. Crawford
    300 North LaSalle
    Chicago, Illinois 60654
    (312) 862-2445

*Attorneys for PricewaterhouseCoopers LLP (PwC Canada)*

HUGHES HUBBARD & REED LLP

By: _____
    William R. Maguire
    Sarah L. Cave
    One Battery Park Plaza
    New York, NY 10004
    (212) 837-6000

*Attorneys for PricewaterhouseCoopers Accountants NV (PwC Netherlands)*

KOBRE & KIM LLP

By: _____
    Jonathan David Cogan
    800 Third Avenue
    New York, NY 10022
    (212) 488-1200

*Attorneys for GlobeOp Financial Services LLC*

O'SHEA PARTNERS LLP

By: _____
    Sean F. O'Shea    Glenn K
    Marc D. Feingold
    521 Fifth Avenue, 25th Floor
    New York, NY 10175
    (212) 682-4426

*Attorneys for Cornelis Boele*

WHITE & CASE LLP

By: _____
    urtz
    Andrew Hammond
    1155 Avenue of the Americas
    New York, NY 10036
    (212) 819-8200

*Attorneys for Walter M Noel, Jr.*

| | |
|---|---|
| BROWN AND HELLER, P.A. | KIRKLAND & ELLIS LLP |
| By: _____<br>Lewis N. Brown<br>1 Biscayne Tower, 15th Fl.<br>2 S. Biscayne Blvd.<br>Miami, FL 33131<br>(305) 358-3580 | By: _____<br>Timothy A. Duffy, P.C.<br>Amy E. Crawford<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2445 |
| *Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland N. V. Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited* | *Attorneys for PricewaterhouseCoopers LLP (PwC Canada)* |
| HUGHES HUBBARD & REED LLP | KOBRE & KIM LLP |
| By: *Sarah Cave/kt*<br>William R. Maguire<br>Sarah L. Cave<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6000 | By: _____<br>Jonathan David Cogan<br>800 Third Avenue<br>New York, NY 10022<br>(212) 488-1200 |
| *Attorneys for PricewaterhouseCoopers Accountants NV (PwC Netherlands)* | *Attorneys for GlobeOp Financial Services LLC* |
| O'SHEA PARTNERS LLP | WHITE & CASE LLP |
| By: _____<br>Sean F. O'Shea<br>Marc D. Feingold<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426 | By: _____<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 |
| *Attorneys for Cornelis Boele* | *Attorneys for Walter M Noel, Jr.* |

| | |
|---|---|
| BROWN AND HELLER, P.A.<br><br>By: _____<br>Lewis N. Brown<br>1 Biscayne Tower, 15th Fl.<br>2 S. Biscayne Blvd.<br>Miami, FL 33131<br>(305) 358-3580<br><br>*Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland N. V. Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited* | KIRKLAND & ELLIS LLP<br><br>By: _____<br>Timothy A. Duffy, P.C.<br>Amy E. Crawford<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2445<br><br>*Attorneys for PricewaterhouseCoopers LLP (PwC Canada)* |
| HUGHES HUBBARD & REED LLP<br><br>By: _____<br>William R. Maguire<br>Sarah L. Cave<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6000<br><br>*Attorneys for PricewaterhouseCoopers Accountants NV (PwC Netherlands)* | KOBRE & KIM LLP<br><br>By: /s/ Jonathan David Cogan<br>Jonathan David Cogan<br>800 Third Avenue<br>New York, NY 10022<br>(212) 488-1200<br><br>*Attorneys for GlobeOp Financial Services LLC* |
| O'SHEA PARTNERS LLP<br><br>By: _____<br>Sean F. O'Shea<br>Marc D. Feingold<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426<br><br>*Attorneys for Cornelis Boele* | WHITE & CASE LLP<br><br>By: _____<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200<br><br>*Attorneys for Walter M Noel, Jr.* |

| | |
|---|---|
| BROWN AND HELLER, P.A. | KIRKLAND & ELLIS LLP |
| By: _____<br>Lewis N. Brown<br>1 Biscayne Tower, 15th Fl.<br>2 S. Biscayne Blvd.<br>Miami, FL 33131<br>(305) 358-3580<br><br>*Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland N. V. Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited* | By: _____<br>Timothy A. Duffy, P.C.<br>Amy E. Crawford<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2445<br><br>*Attorneys for PricewaterhouseCoopers LLP (PwC Canada)* |
| HUGHES HUBBARD & REED LLP | KOBRE & KIM LLP |
| By: _____<br>William R. Maguire<br>Sarah L. Cave<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6000<br><br>*Attorneys for PricewaterhouseCoopers Accountants NV (PwC Netherlands)* | By: _____<br>Jonathan David Cogan<br>800 Third Avenue<br>New York, NY 10022<br>(212) 488-1200<br><br>*Attorneys for GlobeOp Financial Services LLC* |
| O'SHEA PARTNERS LLP | WHITE & CASE LLP |
| By: ___/s/_____<br>Sean F. O'Shea<br>MICHAEL E. PETRELLA<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426<br><br>*Attorneys for Cornelis Boele* | By: _____<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200<br><br>*Attorneys for Walter M Noel, Jr.* |

| | |
|---|---|
| BROWN AND HELLER, P.A. | KIRKLAND & ELLIS LLP |
| By: _____<br>Lewis N. Brown<br>1 Biscayne Tower, 15th Fl.<br>2 S. Biscayne Blvd.<br>Miami, FL 33131<br>(305) 358-3580 | By: _____<br>Timothy A. Duffy, P.C.<br>Amy E. Crawford<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2445 |
| *Attorneys for Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland N. V. Dublin Branch, Citco Global Custody NV, Citco Fund Services (Bermuda) Limited, and The Citco Group Limited* | *Attorneys for PricewaterhouseCoopers LLP (PwC Canada)* |
| HUGHES HUBBARD & REED LLP | KOBRE & KIM LLP |
| By: _____<br>William R. Maguire<br>Sarah L. Cave<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6000 | By: _____<br>Jonathan David Cogan<br>800 Third Avenue<br>New York, NY 10022<br>(212) 488-1200 |
| *Attorneys for PricewaterhouseCoopers Accountants NV (PwC Netherlands)* | *Attorneys for GlobeOp Financial Services LLC* |
| O'SHEA PARTNERS LLP | WHITE & CASE LLP |
| By: _____<br>Sean F. O'Shea<br>Marc D. Feingold<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426 | By: /s/ Andrew W. Hammond<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 |
| *Attorneys for Cornelis Boele* | *Attorneys for Walter M Noel, Jr.* |

BOIES, SCHILLER & FLEXNER LLP

By: /s/ David A. Barrett
David A. Barrett
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer
Sashi Bach Boruchow
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

WOLF POPPER LLP

By: /s/
Robert C. Finkel
James A. Harrod
E. Elizabeth Robinson
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

LOVELL STEWART HALEBIAN JACOBSON LLP

By: _____
Christopher Lovell
Victor E. Stewart
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs*

**SO ORDERED.**

New York, New York, this 15th day of December, 2011.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | LOVELL STEWART HALEBIAN JACOBSON LLP |
| By: _____ | By: /s/ Christopher Lovell |
| David A. Barrett<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350 | Christopher Lovell<br>Victor E. Stewart<br>61 Broadway, Suite 501<br>New York, NY 10006<br>Telephone: (212) 608-1900 |
| David Boies<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 | |
| Stuart H. Singer<br>Sashi Bach Boruchow<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 | |

WOLF POPPER LLP

By: _____
Robert C. Finkel
James A. Harrod
E. Elizabeth Robinson
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Interim Co-Lead Counsel for Plaintiffs*

**SO ORDERED.**

New York, New York, this 15th day of December, 2011.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE