# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

December 22, 2011

**VIA FACSIMILE**



Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
             Master File No. 09-CV-00118 (VM) (THK)

Dear Judge Marrero:

      We write on behalf of plaintiffs to clarify one point raised in Timothy A. Duffy's December 22, 2011 letter to Your Honor regarding the briefing of plaintiffs' motion for class certification.

      After receiving the letter, plaintiffs' counsel conferred with Mr. Duffy and confirmed defendants' understanding that under the current framework, defendants are entitled to an opposition brief of up to 40 pages, with plaintiffs' reply up to 20 pages. Accordingly, defendants do not object that if the Court grants additional pages for their opposition, then plaintiffs may be allowed additional pages at the same ratio; that is, a reply which is 50% of the total pages that may be allowed for defendants' opposition.

                                            Respectfully yours,

                                            David A. Barrett

cc:    All counsel in *Anwar* (via email)

SO ORDERED. Request GRANTED as set forth above
12-27-11
DATE  VICTOR MARRERO, U.S.D.J.

WWW.BSFLLP.COM