```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PASHA ANWAR, et al.,                    :
                                        :       09 Civ. 0118 (VM)
                    Plaintiffs,         :
                                        :
     - against -                        :
                                        :
FAIRFIELD GREENWICH LIMITED, et al.,    :
                                        :
                    Defendants.         :
----------------------------------------X
----------------------------------------X
SAND OVERSEAS LIMITED, et al.,          :
                                        :       12 Civ. 0148 (VM)
                    Plaintiff(s),       :
                                        :
     - against -                        :
                                        :
STANDARD CHARTERED BANK INTERNATIONAL           ORDER
(AMERICAS) LIMITED, et al.,             :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants, and that the actions are related to the numerous cases transferred to this Court by the United States Judicial Panel on Multidistrict Litigation for consolidation and supervision

of pretrial proceedings as part of <u>In re: Fairfield Greenwich Group Securities Litigation</u>, MDL No. 2088. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and it is further

**ORDERED** that the Clerk of Court is directed to close the referenced higher numbered case, 12 Civ. 0148, as a separate action and remove it from the Court's database; and it is finally

**ORDERED** that the parties to new tag-along actions consolidated above are directed that no motions shall be filed without request for leave of Court to do so. Any such request must point to exceptional factual or legal circumstances compellingly showing cause why the subject of any contemplated motion has not been sufficiently disposed of in prior rulings

of this Court in this litigation.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         9 January 2012

_____
Victor Marrero
U.S.D.J.

COMPLEX-CSMGMT, ECF, MDL, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00148-VM
### Internal Use Only

Sand Overseas Limited v. Standard Chartered Bank International (Americas) Limited et al
Assigned to: Judge Victor Marrero
Lead case: 1:09-md-02088-VM
Member cases:
   1:09-cv-08500-VM
   1:09-cv-00118-VM-THK
   1:10-cv-00918-VM
   1:10-cv-00919-VM
   1:10-cv-00920-VM
   1:10-cv-02878-VM
   1:10-cv-06186-VM
   1:10-cv-06187-VM
   1:10-cv-08272-VM
   1:11-cv-00813-VM
   1:11-cv-00897-VM
   1:11-cv-00898-VM
   1:11-cv-00899-VM
   1:11-cv-00900-VM
   1:11-cv-00911-VM
   1:11-cv-00910-VM
   1:11-cv-00909-VM
   1:11-cv-00908-VM
   1:11-cv-00907-VM
   1:11-cv-00901-VM
   1:11-cv-00902-VM
   1:11-cv-00905-VM
   1:11-cv-00903-VM
   1:11-cv-00904-VM
   1:11-cv-00906-VM
   1:11-cv-03553-VM
   1:11-cv-03553-VM
   1:11-cv-05717-VM
   1:11-cv-05716-VM
   1:11-cv-05719-VM

Date Filed: 01/09/2012
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

1:11-cv-05720-VM
1:11-cv-05721-VM
1:11-cv-05722-VM
1:11-cv-05725-VM
1:11-cv-05723-VM
1:11-cv-05726-VM
1:11-cv-05727-VM
1:11-cv-05729-VM
1:11-cv-05728-VM
1:11-cv-05730-VM
1:11-cv-05732-VM
1:11-cv-05731-VM
1:11-cv-05724-VM
1:11-cv-06788-VM
1:11-cv-06787-VM
1:11-cv-07652-VM
1:11-cv-07651-VM
1:11-cv-07650-VM
1:11-cv-07649-VM
1:11-cv-07653-VM
1:11-cv-08371-VM
1:11-cv-08372-VM
1:12-cv-00148-VM

Related Case: 1:09-md-02088-VM
Case in other court: Florida Southern, 1:11-cv-24175
Cause: 28:1332 Diversity-Breach of Fiduciary Duty

**Plaintiff**

**Sand Overseas Limited**                 represented by **Laurence Edward Curran, Iii**
                                                          701 Brickell Avenue
                                                          Suite 1550
                                                          Miami, FL 33131
                                                          305-777-0374
                                                          Fax: 305-675-0548
                                                          Email: lecurran@lecurran.com
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Standard Chartered Bank**                represented by **Ricardo A. Gonzalez**
**International (Americas) Limited**                      Greenberg Traurig
                                                          333 Avenue of the Americas
                                                          Miami, FL 33131-3238

                                                     305-579-0500  
                                                     Fax: 305-579-0717  
                                                     Email: gonzalezr@gtlaw.com  
                                                     *LEAD ATTORNEY*  
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Standard Chartered PLC**           represented by  **Ricardo A. Gonzalez**  
                                                                 (See above for address)  
                                                                 *LEAD ATTORNEY*  
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2011 | 1 | COMPLAINT against All Defendants. Filing fee $ 350.00 receipt number 113C-4246132, filed by Sand Overseas Limited. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Curran, Laurence) [Transferred from Florida Southern on 1/9/2012.] (Entered: 11/18/2011) |
| 11/18/2011 | 2 | Judge Assignment to Judge Jose E. Martinez (jc) [Transferred from Florida Southern on 1/9/2012.] (Entered: 11/18/2011) |
| 11/18/2011 | 3 | Summons Issued as to Standard Chartered Bank International (Americas) Limited. (jc) [Transferred from Florida Southern on 1/9/2012.] (Entered: 11/18/2011) |
| 11/29/2011 | 4 | Order Requiring Joint Scheduling Report. Signed by Judge Jose E. Martinez on 11/29/2011. (dq) [Transferred from Florida Southern on 1/9/2012.] (Entered: 11/29/2011) |
| 12/22/2011 | 5 | NOTICE of Attorney Appearance by Ricardo A. Gonzalez on behalf of Standard Chartered Bank International (Americas) Limited, Standard Chartered PLC (Gonzalez, Ricardo) [Transferred from Florida Southern on 1/9/2012.] (Entered: 12/22/2011) |
| 12/22/2011 | 6 | NOTICE by Standard Chartered Bank International (Americas) Limited, Standard Chartered PLC re 1 Complaint *of Filing Notice of Potential Tag Along Action with the Judicial Panel on Multidistrict Litigation in the proceedings captioned In re Fairfield Greenwich Group Securities Litigation, MDL No. 2088* (Attachments: # 1 Exhibit Composite Exhibit A) (Gonzalez, Ricardo) [Transferred from Florida Southern on 1/9/2012.] (Entered: 12/22/2011) |
| 12/23/2011 | 7 | Defendant's MOTION to Stay re 6 Notice (Other), *PROCEEDINGS PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* by Standard Chartered Bank International (Americas) Limited, Standard Chartered PLC. Responses due by 1/9/2012 (Attachments: # 1 Text of Proposed Order)(Gonzalez, Ricardo) [Transferred from Florida Southern on 1/9/2012.] (Entered: 12/23/2011) |
| 01/09/2012 | 8 | CONDITIONAL TRANSFER ORDER (CTO-11) transferring case to the Southern District of New York re: MDL 2088 for consolidated pretrial |

| | | |
|---|---|---|
| | | proceedings pursuant to 28 USC 1407 and assigned to the Honorable Victor Marrero. (Signed by Jeffery N. Luthi, Clerk of the Panel). (gp) [Transferred from Florida Southern on 1/9/2012.] (Entered: 01/09/2012) |
| 01/09/2012 | ● | (Court only) ***Civil Case Terminated. (gp) [Transferred from Florida Southern on 1/9/2012.] (Entered: 01/09/2012) |
| 01/09/2012 | ● 9 | MDL TRANSFERRED IN from the United States District Court - District of Florida Southern; Case Number: 1:11-cv-24175. Original file certified copy of transfer order and docket entries received. (pgu) (Entered: 01/09/2012) |
| 01/09/2012 | ● | Magistrate Judge Theodore H. Katz is so designated. (pgu) (Entered: 01/09/2012) |
| 01/09/2012 | ● | CASE ACCEPTED AS RELATED. Create association to 1:09-md-02088-VM. (pgu) (Entered: 01/09/2012) |
| 01/09/2012 | ● | CONSOLIDATED MDL CASE: Create association to 1:09-md-02088-VM. (pgu) (Entered: 01/09/2012) |
| 01/09/2012 | ● | Case Designated ECF. (pgu) (Entered: 01/09/2012) |
| 01/09/2012 | ● | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at http://www.nysd.uscourts.gov for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (pgu) (Entered: 01/09/2012) |
| 01/09/2012 | ● 10 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M-10-468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. Filed in Associated Cases 1:12-cv-0148-VM, 1:09-md-2088-VM. (Signed by Judge Loretta A. Preska on 10/31/2011) (pgu) (Entered: 01/09/2012) |