UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br><br>      Plaintiffs,<br> v.<br>FAIRFIELD GREENWICH LIMITED, *et al*.,<br><br>      Defendants.<br>This Document Relates To:  All Actions | Master File No. 09-cv-118 (VM) |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs AXA Private Management, Pacific West Health Medical Center Employees Retirement Trust, Harel Insurance Company Ltd., Martin and Shirley Bach Family Trust, Natalia Hatgis, Securities & Investment Company Bahrain, Dawson Bypass Trust, and St. Stephen's School (collectively, "Class Representatives") respectfully move the Court for an order pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure appointing them class representatives and certifying this action as a class action on behalf of a class (the "Class") consisting of all shareholders/limited partners in Fairfield Sentry Limited, Fairfield Sigma Limited, Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P. (the "Funds") as of December 10, 2008 who suffered a net loss of principal invested in the Funds.  Plaintiffs submit the accompanying memorandum in support of this motion.

1

Dated:  March 1, 2011

Respectfully submitted,


By:     /s/ David A. Barrett
David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
(914) 749-8200

David A. Barrett
Howard L. Vickery
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY  10022
(212) 446-2300

Stuart H. Singer
Carlos M. Sires
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

Robert C. Finkel
Carl L. Stine
James A. Harrod
E. Elizabeth Robinson
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
(212) 759-4600

Christopher Lovell
Victor E. Stewart
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York, NY  10006
(212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*

3

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on March 1, 2011, I caused the foregoing attached document to be electronically served to all counsel of record.

              /s/ David A. Barrett
                David A. Barrett