SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502



DIRECT DIAL NUMBER
(212) 455-3475

E-MAIL ADDRESS
MCUNHA@STBLAW.COM

BY HAND

January 10, 2012

Re: *Anwar et al. v. Fairfield Greenwich Limited et al.*,
No. 09 Civ. 00118 (VM)(THK)

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Suite 660
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

We represent Defendant Fairfield Greenwich Advisors LLC and other Fairfield Defendants in *Anwar, et al. v. Fairfield Greenwich Limited, et al.*, No. 09-CV-0118 (VM) and write on behalf of all Defendants. Pursuant to the Amended Scheduling Order dated October 28, 2011, Defendants are to serve their papers in opposition to Plaintiffs' motion for class certification by January 13, 2012 ("Opposition Papers"). The Opposition Papers will reference and in some instances attach information and material that the parties have designated as "Confidential" pursuant to the Second Amended Stipulation and Order Governing Confidentiality of Discovery Material entered on December 2, 2010 (the "Confidentiality Order"). Pursuant to Paragraph 8(b) of the Confidentiality Order, which requires such material to be filed under seal, Defendants respectfully request leave from the Court to file their Opposition Papers under seal.

Counsel for Plaintiffs have advised that they do not object to Defendants' request. Counsel for Plaintiffs have further advised that they intend to seek leave to file under seal their motion for class certification, which was previously served on the parties but not filed,

Honorable Victor Marrero       -2-       January 10, 2012

pursuant to Magistrate Judge Katz's February 3, 2011 Order Amending the Amended Case Management Plan and Scheduling Order.

Respectfully submitted,

Mark G. Cunha

cc:     All Counsel in *Anwar (By E-Mail)*

SO ORDERED. The parties are authorized to file under seal the documents specified above.

1-13-13

DATE         VICTOR MARRERO, U.S.D.J.