USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ANWAR, et al.,

Plaintiffs,

        -against-

FAIRFIELD GREENWICH LIMITED, et al.,

Defendants.

This Document Relates To:   All Actions
-------------------------------------------------------------x

MASTER FILE NO.
09-CV-0118 (VM)

ECF CASE

**Order for Admission Pro Hac Vice**

      The motion of Joshua D. Clark, for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the State of Florida and the United States District Court for the Southern District of Florida; and that his contact information is as follows:

> Joshua D. Clark, Esq.
> Brown and Heller, P.A.
> One Biscayne Tower, 15th Floor
> 2 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone:   (305) 358-3580
> Facsimile:    (305) 374-1756
> jclark@bhlawpa.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Fund Services (Bermuda) Limited, and The Citco Group Limited in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All

2

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: January 24, 2012

United States District Judge Victor Marrero

DOC # 794

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANWAR, et al.,

    Plaintiffs,

        -against-

FAIRFIELD GREENWICH LIMITED, et al.,

    Defendants.

This Document Relates To:   All Actions
------------------------------------------------------------x

MASTER FILE NO.
09-CV-0118 (VM)

ECF CASE

**Motion for Admission Pro Hac Vice**




    Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joshua D. Clark, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Fund Services (Bermuda) Limited, and The Citco Group Limited in the above-captioned action.

    I am in good standing of the bars of the State of Florida and the United States District Court for the Southern District of Florida, and there are no pending disciplinary proceedings against me in any state or federal court.

2

Dated: January 10, 2012                    Respectfully Submitted,

*[signature]*

Joshua D. Clark, Esq.
Brown and Heller, P.A.
One Biscayne Tower, 15th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:     (305) 358-3580
Facsimile:     (305) 374-1756
jclark@bhlawpa.com



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida )

County of Leon )

In Re: 25289
Joshua D. Clark
Brown & Heller, P.A.
2 S. Biscayne Blvd., Ste. 1570
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 7, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ____ day of January, 2012.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/csth4/R10

## CERTIFICATE OF SERVICE

I, Joshua D. Clark, am an attorney with the law firm of Brown and Heller, P.A. and am admitted to practice law in the State of Florida.

I hereby certify that on January 10, 2012, I caused a true and correct copy of: (1) Motion for Admission Pro Hac Vice, and (2) Proposed Order for Admission Pro Hac Vice to be served via U.S. Mail to all counsel on the attached service list.

Dated: January 10, 2012

Joshua D. Clark, Esq.
Brown and Heller, P.A.
One Biscayne Tower, 15th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-3580
Facsimile:   (305) 374-1756
jclark@bhlawpa.com

# Anwar et al. vs. Fairfield Greenwich Limited et al.
## U.S. District Court for the Southern District of NY – Case No. 09-CV-0118 (VM)
### SERVICE LIST

| PARTIES | ATTORNEYS |
|---|---|
| ***Interim Co-Lead Counsel for Plaintiffs*** | David Boies<br>**Boies, Schiller & Flexner, LLP**<br>333 Main Street<br>Armonk, NY 10504<br>T. (914) 749-8200<br>F. (914) 749-8300<br>Email: dboies@bsfllp.com<br><br>David A. Barrett<br>**Boies, Schiller & Flexner, LLP**<br>575 Lexington Avenue<br>New York, NY 10022<br>T. (212) 446-2300<br>F. (212) 446-2350<br>Email: dbarrett@bsfllp.com<br><br>Stuart H. Singer<br>Sashi B. Boruchow<br>**Boies, Schiller & Flexner, LLP**<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL 33301<br>T. (954) 356-0011<br>F. (954) 356-0022<br>Email: sboruchow@bsfllp.com<br>Email: ssinger@bsfllp.com<br><br>Christopher Lovell<br>Victor E. Stewart<br>**Lovell Stewart Halebian Jacobson LLP**<br>61 Broadway, Suite 501<br>New York, NY 10006<br>T. (212) 608-1900<br>F. (212) 719-4677<br>Email: clovell@lshllp.com<br>Email: victornj@ix.netcom.com<br><br>Robert C. Finkel<br>James A. Harrod, III<br>E. Elizabeth Robinson<br>**Wolf Popper LLP**<br>845 Third Avenue |

| | |
|---|---|
| | New York, NY 10022<br>T. (212) 451-9631<br>F. (212) 486-2093<br>Email: rfinkel@wolfpopper.com<br>Email: jharrod@wolfpopper.com |
| **Attorneys for Defendants**<br>*Fairfield Greenwich Ltd.*<br>*Fairfield Greenwich (Bermuda) Ltd.*<br>*Fairfield Greenwich Advisors LLC*<br>*Fairfield Risk Services Ltd.*<br>*Fairfield Heathcliff Capital LLC*<br>*Daniel Lipton*<br>*Mark McKeefry*<br>*Richard Landsberger*<br>*Charles Murphy*<br>*Andrew Smith*<br>*Lourdes Barreneche*<br>*Yanko Della Schiava*<br>*Vianney d'Hendecourt*<br>*Jacqueline Harary*<br>*Harold Greisman*<br>*Julia Luongo*<br>*Maria Teresa Pulido Mendoza*<br>*Corina Piedrahita*<br>*Santiago Reyes*<br>*Philip Toub* | Mark G. Cunha<br>Peter E. Kazanoff<br>Sara A Ricciardi<br>**Simpson Thacher & Bartlett LLP**<br>425 Lexington Avenue<br>New York, NY 10017<br>T. (212) 455-2000<br>F. (212) 455-2502<br>Email: mcunha@stblaw.com<br>Email: pkazanoff@stblaw.com<br>Email: sricciardi@stblaw.com |
| **Attorney for Defendants**<br>*Walter M. Noel, Jr.* | Glenn Kurtz<br>Andrew Hammond<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>T. (212) 819-8200<br>F. (212) 354-8113<br>Email: gkurtz@whitecase.com<br>Email: ahammond@whitecase.com |
| **Attorneys for Defendant**<br>*Andres Piedrahita* | Andrew J. Levander<br>David S. Hoffner<br>**Dechert, LLP**<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>T. (212) 698-3500<br>T. (212) 891-9431<br>F. (212) 698-3500<br>Email: andrew.levander@dechert.com<br>Email: david.hoffner@dechert.com |

| | |
|---|---|
| ***Attorneys for Defendant*** <br> ***Jeffrey Tucker*** | Marc E. Kasowitz <br> Daniel J. Fetterman <br> **Kasowitz, Benson, Torres & Friedman, LLP** <br> 1633 Broadway <br> New York, NY 10019 <br> T. (212) 506-1700 <br> F. (212) 506-1800 <br> Email: mkasowitz@kasowitz.com <br> Email: dfetterman@kasowitz.com |
| ***Attorneys for Defendant*** <br> ***Amit Vijayvergiya*** | Mark P. Goodman <br> Helen V. Cantwell <br> **Debevoise & Plimpton, LLP** <br> 919 Third Avenue, 31st Floor <br> New York, NY 10022 <br> T. (212) 909-6000 <br> F. (212) 909-6312 <br> Email: mpgoodman@debevoise.com <br> Email: hvcantwell@debevoise.com |
| ***Attorneys for Defendant*** <br> ***Cornelis Boele*** | Sean F. O'Shea <br> Michael E. Petrella <br> **O'Shea Partners LLP** <br> 521 Fifth Avenue, 25th Floor <br> New York, NY 10175 <br> T. (212) 682-4426 <br> F. (212) 682-4437 <br> Email: soshea@osheapartners.com <br> Email: mpetrella@osheapartners.com |

| | |
|---|---|
| *Attorneys for Defendants*<br>*PricewaterhouseCoopers L.L.P.*<br>*(PwC Canada)* | Andrew M. Genser<br>Mindy M. Yu<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>T. (212) 446-4809<br>F. (212) 446-4900<br>Email: agenser@kirkland.com<br>Email: myu@kirkland.com<br><br>Timothy A. Duffy<br>Amy E. Crawford<br>**Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>T. (312) 862-2000<br>F. (312) 862-2200<br>Email: tim.duffy@kirkland.com<br>Email: amy.crawford@kirkland.com |
| *Attorneys for Defendant*<br>*PricewaterhouseCoopers Accountants*<br>*Netherlands N.V.*<br>*(PwC Netherlands)* | William R. Maguire<br>Sarah L. Cave<br>**Hughes Hubbard & Reed LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>T. (212) 837-6000<br>F. (212) 299-6413<br>Email: maguire@hugheshubbard.com<br>Email: cave@hugheshubbard.com |
| *Attorneys for Defendants*<br>*David Horn*<br>*Robert Blum* | Edward M. Spiro<br>Robert J. Anello<br>**Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.**<br>565 Fifth Avenue<br>New York, NY 10017<br>T. (212) 880-9460<br>F. (212) 856-9494<br>Email: espiro@magislaw.com<br>Email: ranello@maglaw.com |

| | |
|---|---|
| ***Attorneys for Defendant*** <br> ***GlobeOp Financial Services LLC*** | Jonathan D. Cogan <br> Michael S. Kim <br> **Kobre & Kim LLP** <br> 800 Third Avenue <br> New York, NY 10022 <br> T. (212) 488-1200 <br> F. (212) 488-1220 <br> Email: jonathan.cogan@kobrekim.com <br> Email: michael.kim@kobrekim.com |
| ***Attorneys for Defendant*** <br> ***Gregory Bowes*** | Bruce Allen Baird <br> **Covington & Burling, LLP** <br> 1201 Pennsylvania Avenue, N.W. <br> Washington, DC 20004 <br> T. (202) 662-5122 <br> F. (202) 778-5122 <br> Email: bbaird@cov.com |