UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*,<br>　　　　　　　Plaintiffs,<br>　v.<br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br>　　　　　　　Defendants.<br><br>This Document Relates To:<br><br>*Zohar v. Fairfield Greenwich Group, et al.*,<br>09-CV-4031 (VM) | Master File No. 09-CV-118 (VM)<br><br>ECF CASE |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS
NADAV ZOHAR AND RONIT ZOHAR**

PLEASE TAKE NOTICE that attorney Stephen L. Brodsky, is no longer with the law firm of Zwerling, Schachter & Zwerling, LLP, and hereby withdraws as counsel for plaintiffs Nadav Zohar and Ronit Zohar (the "Plaintiffs"). No prejudice will occur to the Plaintiffs, as they remain represented by Robert S. Schachter of Zwerling, Schachter & Zwerling, LLP.

Dated: January 31, 2012

　　　　　　　　　　　　　　　　　　**ZWERLING, SCHACHTER
　　　　　　　　　　　　　　　　　　　& ZWERLING, LLP**

　　　　　　　　　　　　　　　　　　　_s/ Robert S. Schachter_
　　　　　　　　　　　　　　　　　　Robert S. Schachter
　　　　　　　　　　　　　　　　　　41 Madison Avenue, 32nd Floor
　　　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　　　Tel.: (212) 223-3900
　　　　　　　　　　　　　　　　　　Fax: (212) 371-5969

　　　　　　　　　　　　　　　　　　*Counsel for Nadav Zohar and Ronit Zohar*

Case 1:09-cv-00118-VM-THK   Document 801   Filed 01/31/12   Page 2 of 2

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 31, 2012 a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

               s/ Robert S. Schachter
               Robert S. Schachter