UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
PASHA ANWAR, et al.,                        )
                                            )
        Plaintiffs,                         )
                                            )
v.                                          )
                                            )          Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,        )
                                            )
        Defendants.                         )
                                            )
This Document Relates to:                   )
Da Silva Ferreira v. EFG Capital International )
Corp., et al., 11-CV-813(VM)                )
-----------------------------------------------------------x
```

**PLAINTIFFS' NOTICE OF FILING PROPOSED REVISIONS TO PRO-
POSED PRELIMINARY APPROVAL ORDER, FINAL JUDGMENT
AND NOTICE OF PROPOSED SETTLEMENT**

On January 23, 2012, Plaintiffs, Lorrene Da Silva Ferreira and Arlete Da Silva Ferreira, filed their Unopposed Motion for Preliminary Approval of Settlement (the "Motion") [D.E. 793]. Plaintiffs' proposed Preliminary Approval Order (the "Order"), Order and Final Judgment (the "Final Judgment") and Notice to class members (the "Notice") were each attached to the Motion as Exhibits 1.A, 1.B and 1.C, respectively.

Plaintiffs hereby file the attached unopposed revised versions of the Order, Final Judgment and Notice. These proposed revisions were discussed with, partly drafted by, and approved by counsel for the defendant, EFG Capital International, Inc.

Paragraphs 16 of the Order and Sections 8 and 13 of the Notice have been revised to clarify the rights of the Arbitration Claimants — including the rights of a subset of Arbitration Claimants who had a portion of their arbitration claims declared ineligible for arbitration.

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)

In addition, the proposed revisions correct a scrivener's error in paragraph 2(c) of the Preliminary Approval Order, paragraph 4(c) of the Final Order and page two of the Notice.

Plaintiffs assert that the proposed revisions do not materially affect or alter the proposed Settlement. Instead, they clarify the status and rights of the Arbitration Claimants.

Dated: February 1, 2012.

COHEN KINNE VALICENTI & COOK LLP
*Co-counsel for Plaintiffs*
28 North Street, 3rd Floor
Pittsfield, MA  01201
Telephone:  (413) 443-9399
Facsimile:  (413) 553-0331
KEVIN M. KINNE
Massachusetts Bar No. 559004
Kkinne@cohenkinne.com

DANIEL R. SOLIN, ESQ.
*Co-counsel for Plaintiffs*
401 Broadway, Ste. 306
New York, N.Y. 10013-3005
Telephone: (239) 949-1606
Facsimile: (239) 236-1381
New York Bar No. 8675
dansolin@yahoo.com

Respectfully submitted,

LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
*Attorneys for Plaintiffs*
201 So. Biscayne Boulevard
Miami Center, 34th Floor
Miami, FL 33131
Telephone:  (305) 403-8788
Facsimile:  (305) 403-8789

By ___ /s/ Jason Kellogg _____
LAWRENCE A. KELLOGG, P.A.
Florida Bar No. 328601
lak@lkllaw.com
JASON KELLOGG, ESQ.
Florida Bar No. 0578401
jk@lkllaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **February 1, 2012**, I served a true and correct copy of the foregoing via the CM/ECF system on all counsel or parties of record on the Service List below.

By ___ /s/ Jason Kellogg _____
JASON KELLOGG, ESQ.

2

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)

## SERVICE LIST

**Joseph C. Coates, III, Esq.**
CoatesJ@gtlaw.com
**Jon A. Jacobson, Esq.**
JacobsonJ@gtlaw.com
**Lauren Whetstone, Esq.**
WhetstoneL@gtlaw.com
**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant EFG Capital*
*International Corp.*
777 South Flagler Drive
Third Floor East
West Palm Beach, FL  33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222