# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

This Document Relates To: All Standard Chartered Cases.

| | |
|---|---|
| PASHA S. ANWAR, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Hon. Victor Marrero |
| FAIRFIELD GREENWICH LIMITTED, *et al.*, | ) Master File No.: 09-CV-118 (VM) (THK) |
| Defendants. | ) **ECF CASE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, the undersigned, David S. Stone, hereby enters an appearance on behalf of Plaintiff Ricardo Rodriguez Caso.

All pleadings, papers and documents required to be served in this action should be served upon:

> David S. Stone, Esq.
> STONE & MAGNANINI LLP
> 150 JFK Parkway, 4th Floor
> Short Hills, New Jersey 07078
> (973) 218-1111 (phone)
> (973) 218-1106 (facsimile)
> dstone@stonemagnalaw.com

>> Respectfully submitted,
>> STONE & MAGNANINI LLP
>>
>> By:/s/ David S. Stone
>> David S. Stone

Dated:  February 3, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3th day of February, 2012, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed via the ECF system and served to all counsel of record.

                                                                                                                                    _____s/_____
                                                                                                                             David S. Stone, Esq.