UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

PASHA S. ANWAR, *et al.*,

                Plaintiffs,

        v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

This Document Relates To: *Ricardo Rodriguez Caso v. Standard Chartered Bank International (Americas) Ltd, et al.*, No. 10-CV-9196

-----------------------------------------------------------------x

Hon. Victor Marrero

MASTER FILE No.: 09-CV-118

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Mark J. Schirmer of the law firm of Straus & Boies, LLP hereby appears as counsel for Plaintiff Ricardo Rodriguez Caso in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: February 8, 2012

                                            STRAUS & BOIES, LLP

                                            By: /s/ Mark J. Schirmer
                                                Mark J. Schirmer
                                                4041 University Drive, 5th Floor
                                                Fairfax, VA 22030
                                                Telephone: (703) 764-8700
                                                Facsimile: (703) 764-8704
                                                mschirmer@straus-boies.com

                                                *Attorney for Plaintiff Ricardo Rodriguez Caso*

## CERTIFICATE OF SERVICE

I certify that on February 8, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all attorneys of record.

                                              STRAUS & BOIES, LLP

                                              By: /s/ Mark J. Schirmer
                                                    Mark J. Schirmer
                                                     4041 University Drive, 5th Floor
                                                     Fairfax, VA 22030
                                                     Telephone: (703) 764-8700
                                                     Facsimile: (703) 764-8704
                                                     mschirmer@straus-boies.com