

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA S. ANWAR, *et al.*,
                Plaintiffs,
v.
FAIRFIELD GREENWICH LIMITED, *et al.*,
                Defendants.

Master File No. 09-CV-118 (VM)

ECF CASE

This Document Relates To:

*Zohar v. Fairfield Greenwich Group, et al.*,
09-CV-4031 (VM)

## NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS NADAV ZOHAR AND RONIT ZOHAR

PLEASE TAKE NOTICE that attorney Stephen L. Brodsky, is no longer with the law firm of Zwerling, Schachter & Zwerling, LLP, and hereby withdraws as counsel for plaintiffs Nadav Zohar and Ronit Zohar (the "Plaintiffs"). No prejudice will occur to the Plaintiffs, as they remain represented by Robert S. Schachter of Zwerling, Schachter & Zwerling, LLP.

Dated: January 31, 2012

                ZWERLING, SCHACHTER
                & ZWERLING, LLP

                s/ Robert S. Schachter
                Robert S. Schachter
                41 Madison Avenue, 32nd Floor
                New York, New York 10010
                Tel.: (212) 223-3900
                Fax: (212) 371-5969

                *Counsel for Nadav Zohar and Ronit Zohar*

SO ORDERED.

2-10-12
DATE       VICTOR MARRERO. U.S.D.J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2012 a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

                                          _s/ Robert S. Schachter_
                                          Robert S. Schachter