# RICHARD E. BRODSKY    ATTORNEY AT LAW

66 W. FLAGLER STREET, 9TH FLOOR• MIAMI, FLORIDA 33130• PHONE: 786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM

February 13, 2012



By fax to (212) 805-7932

Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Anwar, et al. v. Fairfield Greenwich Limited, et al.,
            09-cv-118 (VM) (THK): Standard Chartered Cases
            *Maridom, etc., et al., v. Standard Chartered, etc.*

Dear Judge Katz:

    I am writing on behalf of the Standard Chartered Plaintiffs in response to the letter from the Standard Chartered Defendants dated February 8, 2012. The parties are discussing a resolution of these disputes as well as other scheduling matters. We therefore request that if we have until February 22, 2012 to respond to the February 8 letter if we are unable to reach agreement by then.

    Thank you for your consideration of this request.

**SO ORDERED**
2/14/12
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Sincerely yours,

Richard E. Brodsky
Counsel for the Maridom Plaintiffs

cc:    Other Members of the Plaintiffs' Steering Committee
       Sharon Nelles, Esq., counsel for Standard Chartered Defendants