# RICHARD E. BRODSKY    ATTORNEY AT LAW

66 W. FLAGLER STREET, 9TH FLOOR• MIAMI, FLORIDA 33130• PHONE: 786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM

February 9, 2012

By fax to (212) 805-7932

Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Anwar, et al. v. Fairfield Greenwich Limited, et al.*,
      09-cv-118 (VM) (THK): Standard Chartered Cases
      *Maridom, etc., et al., v. Standard Chartered, etc.*

Dear Judge Katz:

I am writing on behalf of the *Maridom* Plaintiffs, who are part of the Standard Chartered Plaintiffs.

The *Maridom* Plaintiffs have today filed a motion for leave to amend the Amended Complaint. The purpose of this letter is to seek Your Honor's permission to file the proposed Second Amended Complaint and the exhibits under seal. Under the Stipulation and Order Governing Confidentiality of Discovery Material (DE 107), these must be filed under seal since the proposed Complaint refers to information from documents produced by the Standard Chartered Defendants under a claim of confidentiality and such documents are attached as exhibits.

Thank you for your prompt consideration of this request.

Sincerely yours,

Richard E. Brodsky
Counsel for the Maridom Plaintiffs

cc:    Other Members of the Plaintiffs' Steering Committee
       Sharon Nelles, Esq., counsel for Standard Chartered Defendants

*Handwritten annotation (SO ORDERED):* Plaintiffs shall submit to the Court a copy of the Proposed Second Amended Complaint and exhibits, with those portions that are claimed to be confidential redacted.

2/14/12

SO ORDERED
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE