USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, *et al.*,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

This Document Relates To: All Actions

Master File No. 09-cv-118 (VM)

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

All parties to this action, having stipulated to the dismissal of Plaintiff Jeffrey S. Lieberman's claims in this action pursuant to Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that:

The claims of Jeffrey S. Lieberman are dismissed with prejudice, without costs and fees.

SO ORDERED.

Dated: New York, New York
22 February 2012

Hon. Victor Marrero
United States District Judge

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

February 21, 2012

**By Hand**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: *Anwar, et al. v. Fairfeld Greenwich Limited, et al.*
       Master File No. 09-CV-00118 (VM) (THK)

Dear Judge Marrero:

  We write on behalf of plaintiff Jeffrey Lieberman to request that the Court dismiss with prejudice the claims of Mr. Lieberman against all defendants pursuant to Fed. R. Civ. P. 41(a).

  All parties have agreed to the dismissal, as reflected in the attached Joint Stipulation of Dismissal (Exhibit A). A proposed draft order dismissing Mr. Lieberman is also attached (Exhibit B).

  We greatly appreciate the Court's attention on this matter.

                 Respectfully submitted,

                 Adam Deckinger

cc: Judge Theodore H. Katz (by hand)
   All counsel in *Anwar* (by email)

[RECEIVED FEB 22 2012 CHAMBERS OF JUDGE MARRERO]

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, *et al.*,

            Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

           Defendants.

This Document Relates To: All Actions

Master File No. 09-cv-118 (VM)

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey S. Lieberman and Defendants, by their respective counsel, stipulate and agree that Mr. Lieberman's claims in this action are hereby dismissed with prejudice and without costs and fees.

Dated: _____, 2011

| Respectfully submitted, | |
|---|---|
| By: *[signature]* for<br>Sashi Bach Boruchow | By: _____<br>Gabrielle Sean Marshall, Esq.<br>Sarah Loomis Cave, Esq. |
| David Boies<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504 | William R. Maguire, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| David A. Barrett<br>Howard L. Vickery, II<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022 | *Counsel for PricewaterhouseCoopers Accountants Netherlands N.V.*<br><br>By: _____<br>Andrew M. Genser, Esq. |
| Stuart H. Singer<br>Carlos Sires | Tim Duffy, Esq.<br>Amy Crawford, Esq. |

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br>　　　　　　　　　Defendants.<br>This Document Relates To: All Actions | Master File No. 09-cv-118 (VM) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey S. Lieberman and Defendants, by their respective counsel, stipulate and agree that Mr. Lieberman's claims in this action are hereby dismissed with prejudice and without costs and fees.

Dated: Sept. 6 , 2011

| | |
|---|---|
| Respectfully submitted,<br><br>By:_____<br>Sashi Bach Boruchow<br><br>David Boies<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br><br>David A. Barrett<br>Howard L. Vickery, II<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022<br><br>Stuart H. Singer<br>Carlos Sires | By:_____<br>Gabrielle Sean Marshall, Esq.<br>Sarah Loomis Cave, Esq.<br>William R. Maguire, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>*Counsel for PricewaterhouseCoopers Accountants Netherlands N.V.*<br><br><br>By:_____<br>Andrew M. Genser, Esq.<br>Tim Duffy, Esq.<br>Amy Crawford, Esq. |

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                    Defendants.<br><br>This Document Relates To:  All Actions | Master File No. 09-cv-118 (VM) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey S. Lieberman and Defendants, by their respective counsel, stipulate and agree that Mr. Lieberman's claims in this action are hereby dismissed with prejudice and without costs and fees.

Dated: _____, 2011

| | |
|---|---|
| Respectfully submitted,<br><br>By:_____<br>Sashi Bach Boruchow<br><br>David Boies<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br><br>David A. Barrett<br>Howard L. Vickery, II<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022<br><br>Stuart H. Singer<br>Carlos Sires | By:_____<br>Gabrielle Sean Marshall, Esq.<br>Sarah Loomis Cave, Esq.<br>William R. Maguire, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>*Counsel for PricewaterhouseCoopers Accountants Netherlands N.V.*<br><br>By: /s/<br>Emily Nicklin, P.C.<br>Timothy A. Duffy, P.C.<br>Amy Crawford, Esq. |

1

| | |
|---|---|
| Sashi Bach Boruchow<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br><br>Robert C. Finkel<br>James A. Harrod<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br><br>Christopher Lovell<br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN<br>JACOBSON LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br><br>*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*<br><br>By: /s/<br>Mark Geoffrey Cunha, Esq.<br>Sara Ricciardi, Esq.<br>Peter Kazanoff, Esq.<br>Philip Mirrer-Singer, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C. Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd Yanko Della Schiava, Philip Toub, Richard Landsberger, Lourdes Barreneche, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton, and Corina Noel Piedrahita* | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel for Pricewaterhousecoopers L.L.P*<br><br>By:_____<br>Glenn Kurtz, Esq.<br>WHITE & CASE LLP<br>1155 Ave of the Americas<br>New York, NY 10036<br><br>*Counsel for Walter M. Noel, Jr.*<br><br>By:_____<br>David Hoffner, Esq.<br>Andrew J. Levander, Esq.<br>Jennie Boehm Krasner<br>DECHERT, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br><br>*Counsel for Andres Piedrahita*<br><br>By:_____<br>Helen Virginia Cantwell, Esq.<br>Mark P. Goodman, Esq.<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br><br>*Counsel for Amit Vijayvergiya*<br><br>By:_____<br>Adam K. Grant, Esq.<br>Daniel R. Benson, Esq.<br>Daniel Fetterman, Esq.<br>Marc E. Kasowitz, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1501 Broadway, 12th Floor<br>New York, NY 10036 |

2

| | |
|---|---|
| Sashi Bach Boruchow<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br><br>Robert C. Finkel<br>James A. Harrod<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br><br>Christopher Lovell<br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN<br>JACOBSON LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br><br>*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*<br><br>By:_____<br>Mark Geoffrey Cunha, Esq.<br>Sara Ricciardi, Esq.<br>Peter Kazanoff, Esq.<br>Philip Mirrer-Singer, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C. Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd Yanko Della Schiava, Philip Toub, Richard Landsberger, Lourdes Barreneche, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton, and Corina Noel Piedrahita* | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel for Pricewaterhousecoopers L.L.P*<br><br>By: /s/ _____<br>Glenn M. Kurtz<br>Andrew W. Hammond<br>WHITE & CASE LLP<br>1155 Ave of the Americas<br>New York, NY 10036<br><br>*Counsel for Walter M. Noel, Jr.*<br><br>By:_____<br>David Hoffner, Esq.<br>Andrew J. Levander, Esq.<br>Jennie Boehm Krasner<br>DECHERT, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br><br>*Counsel for Andres Piedrahita*<br><br>By:_____<br>Helen Virginia Cantwell, Esq.<br>Mark P. Goodman, Esq.<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br><br>*Counsel for Amit Vijayvergiya*<br><br>By:_____<br>Adam K. Grant, Esq.<br>Daniel R. Benson, Esq.<br>Daniel Fetterman, Esq.<br>Marc E. Kasowitz, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1501 Broadway, 12th Floor<br>New York, NY 10036 |

2

| | |
|---|---|
| Sashi Bach Boruchow<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br><br>Robert C. Finkel<br>James A. Harrod<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br><br>Christopher Lovell<br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN<br>JACOBSON LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br><br>*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*<br><br>By:_____<br>Mark Geoffrey Cunha, Esq.<br>Sara Ricciardi, Esq.<br>Peter Kazanoff, Esq.<br>Philip Mirrer-Singer, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C. Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd Yanko Della Schiava, Philip Toub, Richard Landsberger, Lourdes Barreneche, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendozo Charles Murphy Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton and Corina Noel Piedrahita* | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel for Pricewaterhousecoopers L.L.P*<br><br>By:_____<br>Glenn Kurtz, Esq.<br>WHITE & CASE LLP<br>1155 Ave of the Americas<br>New York, NY 10036<br><br>*Counsel for Walter M. Noel, Jr.*<br><br>By /s/ Andrew J. Levander<br>Andrew J. Levander, Esq.<br>David Hoffner, Esq.<br>DECHERT, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br><br>*Counsel for Andres Piedrahita*<br><br>By:_____<br>Helen Virginia Cantwell, Esq.<br>Mark P Goodman, Esq.<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br><br>*Counsel for Amit Vijayvergiya*<br><br>By:_____<br>Adam K. Grant, Esq.<br>Daniel R Benson, Esq.<br>Daniel Fetterman, Esq.<br>Marc E. Kasowitz, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1501 Broadway, 12th Floor<br>New York NY 10036<br><br>*Counsel for Jeffrey Tucker* |

| | |
|---|---|
| Sashi Bach Boruchow<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br><br>Robert C. Finkel<br>James A. Harrod<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br><br><br>Christopher Lovell<br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN<br>JACOBSON LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br><br>*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*<br><br><br>By:_____<br>Mark Geoffrey Cunha, Esq.<br>Sara Ricciardi, Esq.<br>Peter Kazanoff, Esq.<br>Philip Mirrer-Singer, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C., Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd, Yanko Della Schiava, Philip Toub, Richard Landsberger, Lourdes Barreneche, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton, and Corina Noel Piedrahita* | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel for Pricewaterhousecoopers L.L.P*<br><br><br>By:_____<br>Glenn Kurtz, Esq.<br>WHITE & CASE LLP<br>1155 Ave of the Americas<br>New York, NY 10036<br><br>*Counsel for Walter M. Noel, Jr.*<br><br><br>By:_____<br>David Hoffner, Esq.<br>Andrew J. Levander, Esq.<br>Jennie Boehm Krasner<br>DECHERT, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br><br>*Counsel for Andres Piedrahita*<br><br>By: /s/ Helen Virginia Cantwell<br>Helen Virginia Cantwell, Esq.<br>Mark P. Goodman, Esq.<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br><br>*Counsel for Amit Vijayvergiya*<br><br>By:_____<br>Adam K. Grant, Esq.<br>Daniel R. Benson, Esq.<br>Daniel Fetterman, Esq.<br>Marc E. Kasowitz, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1501 Broadway, 12th Floor<br>New York, NY 10036 |

| | |
|---|---|
| Sashi Bach Boruchow<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br><br>Robert C. Finkel<br>James A. Harrod<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br><br><br>Christopher Lovell<br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN<br>JACOBSON LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br><br>*Interim Co-Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*<br><br><br>By:_____<br>Mark Geoffrey Cunha, Esq.<br>Sara Ricciardi, Esq.<br>Peter Kazanoff, Esq.<br>Philip Mirrer-Singer, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors L.L.C. Fairfield Heathcliff Capital LLC, Fairfield Risk Services Ltd Yanko Della Schiava, Philip Toub, Richard Landsberger, Lourdes Barreneche, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton, and Corina Noel Piedrahita* | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel for Pricewaterhousecoopers L.L.P*<br><br><br>By:_____<br>Glenn Kurtz, Esq.<br>WHITE & CASE LLP<br>1155 Ave of the Americas<br>New York, NY 10036<br><br>*Counsel for Walter M. Noel, Jr.*<br><br><br>By:_____<br>David Hoffner, Esq.<br>Andrew J. Levander, Esq.<br>Jennie Boehm Krasner<br>DECHERT, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br><br>*Counsel for Andres Piedrahita*<br><br><br>By:_____<br>Helen Virginia Cantwell, Esq.<br>Mark P. Goodman, Esq.<br>DEBEVOISE & PLIMPTON, LLP<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br><br>*Counsel for Amit Vijayvergiya*<br><br>By: /s/ _____<br>Adam K. Grant, Esq.<br>Daniel R. Benson, Esq.<br>Daniel Fetterman, Esq.<br>Marc E. Kasowitz, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1501 Broadway, 12th Floor<br>New York, NY 10036 |

2

| | |
|---|---|
| By: /s/ Lewis N. Brown<br>Lewis N. Brown, Esq.<br>Amanda McGovern, Esq.<br>Dyanne Feinberg, Esq.<br>Terrence Mullen, Esq.<br>Elizabeth Izquierdo, Esq.<br>BROWN and HELLER P.A.<br>2 South Biscayne Blvd.<br>One Biscayne Tower - Suite 1570<br>Miami, FL 33131<br><br>*Counsel for Citco Fund Services*<br>*(Europe) B.V.,*<br>*Citco Fund Services (Bermuda) Limited,*<br>*Citco Group Limited,*<br>*Citco Bank Nederland N.V. Dublin Branch,*<br>*Citco Canada Inc.,*<br>*Citco Global Custody N.V.*<br><br>By: /s/ Eliot Lauer<br>Eliot Lauer, Esq.<br>Michael Moscato, Esq.<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>*Counsel for Citco Fund Services (Europe) B.V.*<br><br>By:_____<br>Sean F. O'Shea<br>O'SHEA PARTNERS LLP<br>521 Fifth Avenue, 25th Floor<br>New York, New York 10175<br><br>*Counsel for Cornelis Boele* | *Counsel for Jeffrey Tucker*<br><br>By:_____<br>Robert James Anello, Esq.<br>Edward M. Spiro, Esq.<br>Claudio Ochoa, Esq.<br>MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br><br>*Counsel for David Horn and Robert Blum*<br><br>By:_____<br>Jonathan David Cogan, Esq.<br>Michael Sangyun Kim, Esq.<br>KOBRE & KIM LLP<br>800 Third Avenue, 6th Floor<br>New York, NY 10022<br><br>*Counsel for GlobeOp Financial Services LLC*<br><br>By:_____<br>Bruce Allen Baird, Esq.<br>COVINGTON & BURLING, L.L.P.<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Gregory Bowes* |

3

| | Counsel for Jeffrey Tucker |
|---|---|
| By:_____<br>Amanda McGovern, Esq.<br>Lewis N. Brown, Esq.<br>Dyaanne Feinberg, Esq.<br>Terrence Mullen, Esq.<br>Elizabeth Izquierdo, Esq.<br>GILBRIDE HELLER & BROWN P.A<br>2 South Biscayne Blvd.<br>One Biscayne Tower - Suite 1570<br>Miami, FL 33131<br><br>*Counsel for Citco Fund Services*<br>*(Europe) B.V.,*<br>*Citco Fund Services (Bermuda) Limited,*<br>*Citco Group Limited,*<br>*Citco Bank Nederland N.V. Dublin Branch,*<br>*Citco Canada Inc.,*<br>*Citco Global Custody N.V.*<br><br><br>By:_____<br>Eliot Lauer, Esq.<br>Michael Moscato, Esq.<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>*Counsel for Citco Fund Services (Europe) B.V.*<br><br>By: /s/ Sean F. O'Shea<br>Sean F. O'Shea<br>O'SHEA PARTNERS LLP<br>521 Fifth Avenue, 25th Floor<br>New York, New York 10175<br><br>*Counsel for Cornelis Boele* | By:_____<br>Robert James Anello, Esq.<br>Edward M. Spiro, Esq.<br>Claudio Ochoa, Esq.<br>MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br><br>*Counsel for David Horn and Robert Blum*<br><br><br>By:_____<br>Jonathan David Cogan, Esq.<br>Michael Sangyun Kim, Esq.<br>KOBRE & KIM LLP<br>800 Third Avenue, 6th Floor<br>New York, NY 10022<br><br>*Counsel for GlobeOp Financial Services LLC*<br><br>By:_____<br>Bruce Allen Baird, Esq.<br>COVINGTON & BURLING, L.L.P.<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Gregory Bowes* |

3

| | *Counsel for Jeffrey Tucker* |
|---|---|
| By:_____<br>Amanda McGovern, Esq.<br>Lewis N. Brown, Esq.<br>Dyaanne Feinberg, Esq.<br>Terrence Mullen, Esq.<br>Elizabeth Izquierdo, Esq.<br>GILBRIDE HELLER & BROWN P.A<br>2 South Biscayne Blvd.<br>One Biscayne Tower - Suite 1570<br>Miami, FL 33131<br><br>*Counsel for Citco Fund Services*<br>*(Europe) B.V.,*<br>*Citco Fund Services (Bermuda) Limited,*<br>*Citco Group Limited,*<br>*Citco Bank Nederland N.V. Dublin Branch,*<br>*Citco Canada Inc.,*<br>*Citco Global Custody N.V.* | By: /s/ _____<br>Robert James Anello, Esq.<br>Edward M. Spiro, Esq.<br>Claudio Ochoa, Esq.<br>MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br><br>*Counsel for David Horn and Robert Blum*<br><br>By:_____<br>Jonathan David Cogan, Esq.<br>Michael Sangyun Kim, Esq.<br>KOBRE & KIM LLP<br>800 Third Avenue, 6th Floor<br>New York, NY 10022<br><br>*Counsel for GlobeOp Financial Services LLC* |
| By:_____<br>Eliot Lauer, Esq.<br>Michael Moscato, Esq.<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>*Counsel for Citco Fund Services (Europe) B.V.*<br><br>By:_____<br>Sean F. O'Shea<br>O'SHEA PARTNERS LLP<br>521 Fifth Avenue, 25th Floor<br>New York, New York 10175<br><br>*Counsel for Cornelis Boele* | By:_____<br>Bruce Allen Baird, Esq.<br>COVINGTON & BURLING, L.L.P.<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Gregory Bowes* |

3

| | *Counsel for Jeffrey Tucker* |
|---|---|
| By:_____<br>Amanda McGovern, Esq.<br>Lewis N. Brown, Esq.<br>Dyaanne Feinberg, Esq.<br>Terrence Mullen, Esq.<br>Elizabeth Izquierdo, Esq.<br>GILBRIDE HELLER & BROWN P.A<br>2 South Biscayne Blvd.<br>One Biscayne Tower - Suite 1570<br>Miami, FL 33131<br><br>*Counsel for Citco Fund Services*<br>*(Europe) B.V.,*<br>*Citco Fund Services (Bermuda) Limited,*<br>*Citco Group Limited,*<br>*Citco Bank Nederland N.V. Dublin Branch,*<br>*Citco Canada Inc.,*<br>*Citco Global Custody N.V.* | By:_____<br>Robert James Anello, Esq.<br>Edward M. Spiro, Esq.<br>Claudio Ochoa, Esq.<br>MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br><br>*Counsel for David Horn and Robert Blum*<br><br>By:___/s/_____<br>Jonathan David Cogan, Esq.<br>Michael Sangyun Kim, Esq.<br>KOBRE & KIM LLP<br>800 Third Avenue, 6th Floor<br>New York, NY 10022 |
| By:_____<br>Eliot Lauer, Esq.<br>Michael Moscato, Esq.<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>*Counsel for Citco Fund Services (Europe) B.V.*<br><br>By:_____<br>Sean F. O'Shea<br>O'SHEA PARTNERS LLP<br>521 Fifth Avenue, 25th Floor<br>New York, New York 10175<br><br>*Counsel for Cornelis Boele* | *Counsel for GlobeOp Financial Services LLC*<br><br>By:_____<br>Bruce Allen Baird, Esq.<br>COVINGTON & BURLING, L.L.P.<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Gregory Bowes* |

3

| | |
|---|---|
| By:_____<br>Amanda McGovern, Esq.<br>Lewis N. Brown, Esq.<br>Dyaanne Feinberg, Esq.<br>Terrence Mullen, Esq.<br>Elizabeth Izquierdo, Esq.<br>GILBRIDE HELLER & BROWN P.A<br>2 South Biscayne Blvd.<br>One Biscayne Tower - Suite 1570<br>Miami, FL 33131<br><br>*Counsel for Citco Fund Services*<br>*(Europe) B.V.,*<br>*Citco Fund Services (Bermuda) Limited,*<br>*Citco Group Limited,*<br>*Citco Bank Nederland N.V. Dublin Branch,*<br>*Citco Canada Inc.,*<br>*Citco Global Custody N.V.*<br><br><br>By:_____<br>Eliot Lauer, Esq.<br>Michael Moscato, Esq.<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>*Counsel for Citco Fund Services (Europe) B.V.*<br><br>By:_____<br>Sean F. O'Shea<br>O'SHEA PARTNERS LLP<br>521 Fifth Avenue, 25th Floor<br>New York, New York 10175<br><br>*Counsel for Cornelis Boele* | *Counsel for Jeffrey Tucker*<br><br><br>By:_____<br>Robert James Anello, Esq.<br>Edward M. Spiro, Esq.<br>Claudio Ochoa, Esq.<br>MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br><br>*Counsel for David Horn and Robert Blum*<br><br><br>By:_____<br>Jonathan David Cogan, Esq.<br>Michael Sangyun Kim, Esq.<br>KOBRE & KIM LLP<br>800 Third Avenue, 6th Floor<br>New York, NY 10022<br><br>*Counsel for GlobeOp Financial Services LLC*<br><br>By:_/s/_____<br>Bruce Allen Baird, Esq.<br>COVINGTON & BURLING, L.L.P.<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Gregory Bowes* |

3

# Exhibit B

Case 1:09-cv-00118-VM-THK   Document 821   Filed 02/22/12   Page 17 of 17