# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

February 22, 2012

By Facsimile

Honorable Theodore H. Katz,
   United States Magistrate Judge,
      Daniel Patrick Moynihan U.S. Courthouse,
         500 Pearl Street,
           New York, New York 10007.

[USDC SDNY stamp — DATE FILED 2/22/12]

    Re:  *Anwar v. Fairfield Greenwich Ltd.*, No 09-CV-118 (VM) (THK) --
           *Maridom Ltd., et al. v. Standard Chartered Bank International*
           *(Americas) Ltd.*, No. 10-CV-920

Your Honor:

        I write on behalf of Standard Chartered Bank International (Americas) Ltd. ("SCBI") concerning the motion filed on February 9, 2012, by plaintiffs in the above-referenced action (the "Motion"). (Dkt. # 815.) The Motion seeks leave to amend plaintiffs' amended complaint. Plaintiffs also have submitted to Your Honor a request for permission to file the proposed Second Amended Complaint and its accompanying exhibits under seal, because these materials reflect information that has been designated confidential under the Stipulation and Order Governing Confidentiality of Discovery Material. (Dkt. #603.)

        On February 15, 2012, Judge Marrero directed the parties to address the matter to Your Honor. (Dkt. # 820.) On that same day, plaintiffs also provided the Court with a red-lined version of the proposed Second Amended Complaint showing the portions that have been designated confidential. SCBI intends to file an opposition to the Motion and to also address the sealing of the proposed Second Amended Complaint and exhibits. SCBI's response is currently due on Thursday, February 23, 2012. In light of

Honorable Theodore H. Katz -2-

the length of the proposed Second Amended Complaint and the volume of red-lined material, SCBI respectfully requests that it have until March 1, 2012, to respond to the Motion and to the request to file under seal.

Counsel for plaintiffs in the above-referenced action has informed Standard Chartered that plaintiffs do not object to this extension.

Respectfully submitted,

Diane L. McGimsey

cc: Members of the Plaintiffs' Steering Committee (via E-mail)

Granted.

**SO ORDERED**

2/20/12

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE