UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

PASHA S. ANWAR, *et al.*,

                Plaintiffs,

                v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

This Document Relates To: *Ricardo Rodriguez Caso v. Standard Chartered Bank International (Americas) Ltd, et al.*, No. 10-CV-9196

Hon. Victor Marrero

MASTER FILE No.: 09-CV-118 (VM)

ECF CASE

**Motion for Admission Pro Hac Vice**

-----------------------------------------------------------------x

      Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Timothy D. Battin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Ricardo Rodgriuez Caso in the above-captioned action.

      I am in good standing of the bars of the State of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 17th, 2012

                                      Respectfully submitted,

                                      STRAUS & BOIES, LLP

                                      By: _____
                                      Timothy D. Battin
                                      4041 University Drive, 5th Floor
                                      Fairfax, VA 22030
                                      Telephone: (703) 764-8700
                                      Facsimile: (703) 764-8704
                                      tbattin@straus-boies.com

                                      *Attorney for Plaintiff Ricardo Rodriguez Caso*



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## TIMOTHY  D.  BATTIN

was on the   1ˢᵀ   day of   FEBRUARY, 1993   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 13, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT **TIMOTHY DICKENS BATTIN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BATTIN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 1, 1992**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued February 13, 2012

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PASHA S. ANWAR, et al.,

                Plaintiffs,

    v.

FAIRFIELD GREENWICH LIMITED, et al.,

                Defendants.

This Document Relates To: *Ricardo Rodriguez Caso v. Standard Chartered Bank International (Americas) Ltd, et al.*, No. 10-CV-9196

------------------------------------------------------------x

Hon. Victor Marrero

MASTER FILE No.: 09-CV-118 (VM)

ECF CASE

**Proposed Order Granting Admission Pro Hac Vice**

    The motion of Timothy D. Battin, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the State of Virginia and the District of Columbia; and that his contact information is as follows:

> Timothy D. Battin
> Straus & Boies, LLP
> 4041 University Drive, 5th Floor
> Fairfax, VA 22030
> Telephone: (703) 764-8700
> Facsimile: (703) 764-8704
> tbattin@straus-boies.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Ricardo Rodriguez Caso in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf registration.php.

Dated: February ___, 2012

_____
United States District Judge Victor Marrero

## CERTIFICATE OF SERVICE

I, Timothy D. Battin, hereby certify that on February 17th, 2012, I caused a true and correct copy of: (1) Motion for Admission Pro Hac Vice, and (2) Proposed Order for Admission Pro Hac Vice to be served via e-mail to all counsel via ECF.

Dated: February 17th, 2012

STRAUS & BOIES, LLP

By: _____
Timothy D. Battin
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
tbattin@straus-boies.com
