UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/12

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.

    Defendants.

This Document Relates to:
*Da Silva Ferreira, et al. v. EFG Capital International Corp., et al.,* 1:11-cv-00813-VM
_____/

**Consolidated Master File**
**Case No. 1:09-cv-00118-VM**

**Member Case No. 1:11-cv-00813-VM**

### JOINT NOTICE OF CORRECTING SCRIVENER'S ERROR TO REQUEST FOR EXCLUSION AND MOTION TO APPROVE PROVISION OF CORRECTION TO CLASS

Plaintiffs, Lorrene da Silva Ferreira and Arlete da Silva Ferreira ("Plaintiffs"), and Defendant, EFG CAPITAL INTERNATIONAL CORP. ("EFG Capital"), submit this Joint Notice of Correcting Scrivener's Error to Request for Exclusion and Motion to Approve Provision of Correction to Class and state as follows:

    1.    On March 5, 2012, pursuant to the Court's Order, a Notice of Proposed Settlement of Class Action, Motion for Attorney's Fees, Expenses, and Incentive Payment, and Settlement Fairness Hearing ("Notice") was sent to all of the class members.

    2.    Subsequently, the parties discovered that the Request for Exclusion included with the Notice inadvertently contained a typographical error. Specifically, the word "not" was inadvertently omitted from the first sentence of the second paragraph, which read: "If you wish to be excluded in the settlement class action and [not] receive a payment under the settlement, you must . . . ."

    3.    On March 9, 2012, a corrected Request for Exclusion in the form attached hereto as Exhibit A was sent to all of the class members by first class mail and by email (if email address was known), postage prepaid, to (i) the current address that has in its records for each

1

class member who is currently a customer of EFG Capital or (ii) the last known address EFG Capital has in its records for each class member who is no longer a customer of EFG Capital.

4.  Included with the corrected Request for Exclusion that was sent to the class members was a cover letter in the form attached hereto as Exhibit B, translated into English, Spanish, and Portuguese, which explained the correction in plain language.

5.  The deadline for class members to return a completed Request for Exclusion (if they wish to be excluded from the class settlement) has been adjusted by five days through and including April 9, 2012 (from the original April 4, 2012 deadline). This is reflected in the cover letter and corrected Request for Exclusion.

6.  The parties respectfully request that the Court approve (i) the corrected Request for Exclusion, (ii) the accompanying cover letter, and (iii) the April 9, 2012 deadline (extended from April 4, 2012) for class members to return a completed corrected Request for Exclusion if they wish to be excluded from the class settlement. A proposed Order for the Court's consideration is attached hereto as Exhibit C.

Dated: March 12, 2012                                      Respectfully submitted,

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.**<br>*Counsel for Defendant EFG Capital International Corp.*<br>777 South Flagler Drive<br>Third Floor East<br>West Palm Beach, FL 33401<br>Telephone: (561) 650-7900<br>Facsimile: (561) 655-6222<br><br>By ___/s/Jon A. Jacobson_____<br>  JOSEPH C. COATES, III, ESQ.<br>  Florida Bar No. 772860<br>  CoatesJ@gtlaw.com<br>  JON A. JACOBSON, ESQ.<br>  Florida Bar No. 155748<br>  JacobsonJ@gtlaw.com | **LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**<br>*Attorneys for Plaintiffs*<br>201 So. Biscayne Boulevard<br>Miami Center, 34th Floor<br>Miami, FL 33131<br>Telephone: (305) 403-8788<br>Facsimile: (305) 403-8789<br><br>By ___/s/Jason Kellogg_____<br>  LAWRENCE A. KELLOGG, P.A.<br>  Florida Bar No. 328601<br>  lak@lkllaw.com<br>  JASON KELLOGG<br>  Florida Bar No. 0578401<br>  jk@lkllaw.com<br>  AMANDA STAR FRAZER, ESQ.<br>  Florida Bar No. 0043921<br>  af@lkllaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Jon A. Jacobson
JOSEPH C. COATES, III, ESQ.
Florida Bar No. 772860
CoatesJ@gtlaw.com
JON A. JACOBSON, ESQ.
Florida Bar No. 155748
JacobsonJ@gtlaw.com
LAUREN WHETSTONE, ESQ.
Florida Bar No. 45192
WhetstoneL@gtlaw.com
GREENBERG TRAURIG, P.A.
777 South Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222

*Attorneys for Defendant EFG Capital International Corp.*

## SERVICE LIST

Pasha Anwar, et al. vs. Fairfield Greenwich Limited, et al.
This Document Relates to: *Da Silva Ferreira, et al. v. EFG Capital International Corp., et al., 1:11-cv-00813-VM*
Consolidated Master File: Case No. 1:09-cv-00118-VM
Member Case No. 1:11-cv-00813-VM
United States District Court, Southern District of New York

Lawrence A. Kellogg, P.A.
lak@lkllaw.com
Jason Kellogg, Esq.
jk@lkllaw.com
Amanda Star Frazer, Esq.
af@lkllaw.com
LEVINE, KELLOGG, LEHMAN,
 SCHNEIDER & GROSSMAN, LLP
201 So. Biscayne Boulevard, 34th Floor
Miami, FL 333131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
*Attorneys for Plaintiffs*

Tracy A. Nichols, Esq.
tracy.nichols@hklaw.com
Tiffani G. Lee, Esq.
tiffani.lee@hklaw.com
Brian A. Briz, Esq.
brian.briz@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
*Attorneys for Defendant EFG Bank f/k/a EFG Private Bank, S.A.*

Kevin M. Kinne, Esq.
Kkinne@cohenkinne.com
COHEN, KINNE, VALICENTE & COOK, LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 553-0331
*Co-counsel for Plaintiffs*

Daniel R. Solin, Esq.
dansolin@yahoo.com
401 Broadway, Suite 306
New York, NY 10013-3005
Telephone: (239) 949-1606
Facsimile: (239) 236-1381
Co-counsel for Plaintiffs

4

## REQUEST FOR EXCLUSION
### [To be used by Core Claimants]

[Class Member Name]
[Class Member Address]
[Class Member Address]
[Class Member Address]

Dear [Class Member Name]:

Your net investment in Fairfield Sentry Limited ("Fairfield Sentry") is:

### [Net Investment]

This amount was determined by netting the total amount of subscriptions in Fairfield Sentry held by you on December 11, 2008 against all of your redemptions of your investments in Fairfield Sentry based on a reasonable review of the books and records of EFG Capital International Corp. ("EFG Capital") and not based on the value that Fairfield Sentry reported the investments to be worth on December 11, 2008. If you elect to participate in the settlement, and if the settlement is approved by the Court, you will receive a *pro-rata* distribution of the Gross Settlement Fund, less any attorneys' fees, expenses, and incentive payments approved by the Court, based on your net investment in Fairfield Sentry.

If you wish to be excluded in the settlement class action and **not** receive a payment under the settlement, you must:
1. Sign and print your name where indicated below. If more than one person or entity has an interest in the Fairfield Sentry investment, then all such persons and entities must sign and print their names below.
2. Return this signed form to EFG Capital International Corp. at 701 Brickell Avenue, 9th Floor, Miami, Florida 33131.
3. If the person executing this Request for Exclusion is acting in a representative capacity, please also include with this form a certification of your current authority to act on behalf of the person or entity you are representing.

If EFG Capital does not receive a fully signed Request for Exclusion and all required documentation from you on or before April 9, 2012, you will be included in the settlement class and will receive a payment under the settlement.

_____        _____
Signature                                Date

_____        _____
Print                                    Date

NY 241,894,785v1 3-8-12

**Exhibit A**

 EFG Capital

EFG Capital International Corp.
701 Brickell Avenue, 9th Floor
Miami, Fl. 33131
Telephone (305) 482-8000
Facsimile  (305) 482-8200

March 9, 2012

It has come to our attention that the Request for Exclusion included with the Notice of Proposed Settlement of Class Action contained a typographical error. Enclosed please find a corrected Request for Exclusion. You may disregard the previous Request for Exclusion you received.

As stated in the materials we sent you dated March 5, 2012, to participate in the distribution of funds related to the class action settlement, it is **not** necessary to do anything, nor sign any document. In this manner, you will automatically participate in the distribution of the funds. You need only sign the document and return it to us by April 9, 2012 should you not desire to participate in distribution of funds under the class action settlement agreement.

If you have already signed the Request for Exclusion that was previously sent to you and now wish to cancel it, please contact EFG Capital before April 9, 2012 at:

EFG Capital International Corp.
701 Brickell Avenue,
9th Floor
Miami, Florida 33131
Telephone: (305) 482-8000

*NY 241,894,795v1 3-8-12*

**Exhibit B**



EFG Capital International Corp.
701 Brickell Avenue, 9th Floor
Miami, FL 33131
Telephone (305) 482-8000
Facsimile  (305) 482-8200

9 de marzo de 2012

Nos hemos enterado de que la Solicitud de Exclusión incluida con la Notificación de Arreglo Propuesto de Acción de Clase contenía un error tipográfico. Le adjuntamos una Solicitud de Exclusión corregida. Usted debe descartar la Solicitud de Exclusión que recibió anteriormente.

Como se declara en los materiales que le enviamos fechados el 5 de marzo de 2012, para participar en la distribución de fondos relacionada con el arreglo de acción de clase, **no** es necesario hacer nada ni firmar ningún documento. De esta manera, usted participará automáticamente en la distribución de los fondos. En el único caso en que tendría que firmar el documento y devolvérnoslo antes del 9 de abril de 2012 sería si no desea participar en la distribución de fondos bajo el convenio de arreglo de acción de clase.

Si ya firmó la Solicitud de Exclusión que le enviamos previamente y ahora desea cancelarla, le agradeceremos comunicarse con EFG Capital antes del 9 de abril de 2012 en:

EFG Capital International Corp.
701 Brickell Avenue,
9th Floor,
Miami, Florida 33131
Teléfono: (305) 482-8000

*NY 241,894,795v1 3-8-12*



EFG Capital International Corp.
701 Brickell Avenue, 9th Floor
Miami, FL 33131
Telephone (305) 482-8000
Facsimile  (305) 482-8200

9 de março de 2012

Fomos informados que a Solicitação de Exclusão que acompanhava a Notificação de Proposta de Acordo em Ação Coletiva continha um erro tipográfico. Estamos anexando uma Solicitação de Exclusão correta. Queira desconsiderar a Solicitação de Exclusão recebida anteriormente.

Como informado no material que lhe foi enviado em 5 de março de 2012, para participar da distribuição dos recursos relativos ao acordo nessa ação coletiva **não** é necessário tomar qualquer providência nem assinar nenhum documento. Dessa forma você participará automaticamente da distribuição dos recursos. Caso não deseje participar da distribuição dos recursos em tal acordo, é necessário assinar o documento e devolvê-lo até 9 de abril de 2012.

Caso já tenha assinado a Solicitação de Exclusão enviada anteriormente e desejar cancelá-la, entre em contato com a EFG Capital antes de 9 de abril de 2012 no seguinte endereço:

EFG Capital International Corp.
701 Brickell Avenue
9th Floor,
Miami, Florida 33131, EUA
Telefone: +1 (305) 482-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.

    Defendants.

**Consolidated Master File**
**Case No. 1:09-cv-00118-VM**

**Member Case No. 1:11-cv-00813-VM**

This Document Relates to:
*Da Silva Ferreira, et al. v. EFG Capital International Corp., et al., 1:11-cv-00813-VM*

### ORDER APPROVING REQUEST TO PROVIDE CORRECTION TO CLASS

WHEREAS, Plaintiffs, Lorrene da Silva Ferreira and Arlete da Silva Ferreira ("Plaintiffs'), and Defendant, EFG CAPITAL INTERNATIONAL CORP. ("EFG Capital"), have submitted their Joint Notice of Correcting Scrivener's Error to Request for Exclusion and Motion to Approve Provision of Correction to Class ;

NOW, THEREFORE, IT IS HEREBY ORDERED, this 15th day of March, 2012, that:

1.    The Court approves the corrected Request for Exclusion and accompanying cover letter proposed by the parties;

2.    The deadline for class members to return a completed corrected Request for Exclusion (if they wish to be excluded from the class settlement) is April 9, 2012:

Dated: 15 March 2012

                                          HON VICTOR MARRERO
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to parties
on attached Service List

**Exhibit C**

## SERVICE LIST

Pasha Anwar, et al. vs. Fairfield Greenwich Limited, et al.
This Document Relates to: *Da Silva Ferreira, et al. v. EFG Capital International Corp., et al., 1:11-cv-00813-VM*
Consolidated Master File: Case No. 1:09-cv-00118-VM
Member Case No. 1:11-cv-00813-VM
United States District Court, Southern District of New York

Lawrence A. Kellogg, P.A.
lak@lkllaw.com
Jason Kellogg, Esq.
jk@lkllaw.com
Amanda Star Frazer, Esq.
af@lkllaw.com
LEVINE, KELLOGG, LEHMAN,
  SCHNEIDER & GROSSMAN, LLP
201 So. Biscayne Boulevard, 34th Floor
Miami, FL 333131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
*Attorneys for Plaintiffs*

Joseph C. Coates, III, Esq.
CoatesJ@gtlaw.com
Jon A. Jacobson, Esq.
JacobsonJ@gtlaw.com
Lauren Whetstone, Esq.
WhetstoneL@gtlaw.com
GREENBERG TRAURIG, P.A.
777 South Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222
*Attorneys for Defendant EFG Capital International Corp.*

Tracy A. Nichols, Esq.
tracy.nichols@hklaw.com
Tiffani G. Lee, Esq.
tiffani.lee@hklaw.com
Brian A. Briz, Esq.
brian.briz@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
*Attorneys for Defendant EFG Bank f/k/a EFG Private Bank, S.A.*

Kevin M. Kinne, Esq.
Kkinne@cohenkinne.com
COHEN, KINNE, VALICENTE & COOK, LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 553-0331
*Co-counsel for Plaintiffs*

Daniel R. Solin, Esq.
dansolin@yahoo.com
401 Broadway, Suite 306
New York, NY 10013-3005
Telephone: (239) 949-1606
Facsimile: (239) 236-1381
*Co-counsel for Plaintiffs*