UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASTER NO. 09-cv-118 (VM) (THK)

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED,
et al.,

    Defendants.

This filing relates to *Headway Investment Corp. v. Standard Chartered Bank Int'l (Americas), Ltd., et al.*
_____/

### PLAINTIFF HEADWAY INVESTMENT CORPORATION'S NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of Plaintiff Headway Investment Corporation's Motion for Leave to Amend Complaint, dated March 16, 2012, Plaintiff, by its undersigned counsel, will move this Court before the Honorable Theodore H. Katz, at the United States District Courthouse, 500 Pearl Street, Courtroom 17D, New York, New York, 10007, for the entry of an Order granting its Motion for Leave to Amend Complaint, and granting such other relief as this

Court may deem just and proper.

Dated: March 16, 2012

                Respectfully submitted,

                RIVERO MESTRE, LLP
                Attorneys for Headway Investment Corp.
                2525 Ponce de Leon Boulevard
                Suite 1000
                Miami, Florida 33134
                Telephone:  (305) 445-2500
                Fax: (305) 445-2505
                Email: jmestre@riveromestre.com


                By:   /s/ Jorge A. Mestre_____
                      JORGE A. MESTRE
                      Fla. Bar No. 088145
                      ALAN H. ROLNICK
                      Fla. Bar No. 715085
                      ERIMAR VON DER OSTEN
                      Fla. Bar No. 028786


## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 16, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail.


                By:   /s/ Jorge A. Mestre_____
                      Jorge A. Mestre

Case 1:09-cv-00118-VM-THK   Document 837   Filed 03/16/12   Page 3 of 4


| | |
|---|---|
| Sullivan & Cromwell LLP<br>New York, New York<br>Attorneys for Private Bank Defendants<br><br>Sharon L. Nelles: Nelless@sullcrom.com | Simpson Thacher & Bartlett LLP<br>New York, New York<br>Attorneys for FGG Defendants<br><br>Peter E. Kazanoff: pkazanoff@stblaw.com |
| Greenberg Traurig, P.A.<br>Miami, Florida<br>Attorneys for Individual FGG Defendants, Standard Chartered Bank International (Americas) Limited and Standard Chartered PLC<br><br>Ricardo Alejandro Gonzalez: gonzalezr@gtlaw.com | Brown & Heller<br>Miami, Florida<br>Attorneys for CITCO Fund Services (Europe) B.V.<br><br>Amanda McGovern: amcgovern@ghblaw.com |
| The Brodsky Law Firm<br>Miami, Florida<br>Attorneys for Maridom Ltd., Caribetrans, S.A., And Abbot Capital, Inc.<br><br>Richard E. Brodsky: rbrodsky@thebrodskylawfirm.com | Curran & Associates<br>Miami, Florida<br>Attorneys for Ricardo Lopez, Jorge Asensio, Auburn Overseas Corp., Interland Investments Corp., Iston Holding Limited, Nemagus Ltd., Moises Lou-Martinez, New Horizon Development Inc., Alberto Perez, Ramiro Rendiles, Reinaldo Ruiz , Salcar Limited, Triple R Holdings Ltd., The Five Stars Financial Group Ltd., Vilebens, S.L., Velvor, S.A., 5C Investments Ltd., Archangel Resources Limited, Apple Trading Limited, Bahia Del Rio, S.A., Blount International, S.A. and Esther Diaz de Camara<br><br>Laurence E. Curran III:  lecurran@lecurran.com |
| Dimond Kaplan & Rothstein, P.A.<br>Miami, Florida<br>Attorneys for Pujals<br><br>Robert Linkin: RLinkin@dkrpa.com | Jones & Adams<br>Miami, Florida<br>Attorneys for Almiron and Carrillo<br><br>Matthew Jones: matthew@jones-adams.com |
| Sonn Erez, PLC<br>Fort Lauderdale, Florida<br>Attorneys for Saca, Lancaster Overseas, Ltd., and Dieka, S.A. de C.V.<br><br>Jeffrey Erez: jerez@sonnerez.com | de la O Marko Magolnick & Leyton PA<br>Miami, Florida<br>Attorneys for Gerico, de Rivera<br><br>Joel S. Magolnick: magolnick@dmmllaw.com |
| Kachroo Legal Services, P.C.<br>Cambrudge, Massachusetts<br>Attorneys for Caso<br><br>Gaytri D. Kachroo:  gkachroo@kachroolegal.com | Aguirre Morris and Severson<br>San Diego, California<br>Attorneys for Marka Akriby Valladolid<br><br>Maria Severson: mseverson@amslawyers.com |
| Katz Barron Squitero Faust<br>Miami, Florida<br>Attorneys for Joaquina Teresa Barbachano Herrero<br><br>Marissa C. Corda: MCC@katzbarron.com | Kirkland & Ellis LLP<br>New York, New York<br>Attorneys for Pricewaterhousecoopers L.L.P.<br><br>Andrew M. Genser: agenser@kirkland.com<br>Timothy A. Duffy: tim.duffy@kirkland.com |

| | |
|---|---|
| Wolf Popper LLP<br>New York, NY 10022<br>Attorneys for Pacific West Health Medical Center Inc. Employees Retirement Trust<br><br>James A. Harrod: jharrod@wolfpopper.com | Lovell Stewart Halebian Jacobson, LLP<br>New York, NY 10006<br>Attorneys for Pasha S. Anwar<br><br>Victor E. Stewart: victornj@ix.netcom.com |
| Alan Rolnick<br>Studio City, CA  91604<br><br>Attorneys for Headway Investment Corp.<br><br>Alan Rolnick: ahrolnick@aol.com | White & Case LLP (NY)<br>New York, New York<br>Attorneys for Walter Noel, Jr.<br><br>Glenn Kurtz: gkurtz@whitecase.com |
| Hughes Hubbard & Reed LLP (NY)<br>New York, New York<br><br>Attorneys for PricewaterhouseCoopers Accountants Netherlands N.V.<br><br>Gabriel Sean Marshall:  marshallg@hugheshubbard.com<br>Sarah Loomis Cave:  cave@hugheshubbard.com<br>William R. Maguire:  Maguire@hugheshubbard.com | Dechert, LLP (NYC)<br>New York, New York<br><br>Attorneys for Andres Piedrahita<br><br>Andrew J. Lavender:<br>andrew.levander@dechert.com |
| Kasowitz, Benson, Torres & Friedman, LLP (NYC)<br>New York, New York<br><br>Attorneys for Jeffrey Tucker<br><br>Adam K. Grant: agrant@kasowitz.com | Debevoise & Plimpton, LLP (NYC)<br>New York, New York<br><br>Attorneys for Helen Virginia Cantwell<br><br>Helen Virginia Cantwell: hvcantwell@debevoise.com |