# RIVERO MESTRE

Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, Florida 33134
T 305.445.2500
F 305.445.2505
www.riveromestre.com

March 16, 2012

By Fax

Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Anwar, et al. v. Fairfield Greenwich Limited, et al.*,
            09-cv-118 (VM)(THK)
            **Standard Chartered Cases**

Dear Judge Katz:

    I write on behalf of Plaintiff Headway Investment Corporation ("Headway").

    Headway has today filed a Motion for Leave to Amend Complaint and by this letter, requests permission to file Headway's proposed First Amended Complaint and its attached Exhibits under seal. Pursuant to paragraph 8(b) of the Stipulation and Order Governing Confidentiality of Discovery Material, the First Amended Complaint must be filed under seal because it refers to and attaches documents produced by Standard Chartered under a claim of confidentiality.

    Thank you for your prompt consideration of this request.

Yours truly,

Alan H. Rolnick
Counsel for Headway Investment
Corporation

Handwritten annotation: *The request is granted. A courtesy copy of the Proposed Complaint and exhibits shall be submitted to chambers. The courtesy copy should identify the portions claimed to be confidential and shall separately identify all allegations not present in the previous Complaint.*

**SO ORDERED**
THEODORE H. KATZ
UNITED STATES MAGISTRATE [JUDGE]

cc:    Sharon Nelles, Esq. (by email)
       Bradley P. Smith, Esq. (by email)
       Members of the Plaintiffs' Steering Committee (by email)