UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, et al.,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

                Defendants.

This Document Relates To: All Actions

Master File No. 09-cv-118 (VM)



## SIXTH [PROPOSED] ORDER AMENDING THE
## AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**WHEREAS**, on November 2, 2010, this Court entered an Amended Case Management Plan and Scheduling Order ("Amended CMO");

**WHEREAS**, on January 30, 2012, this Court entered an Order extending the time within which Plaintiffs in the above-captioned action could serve papers in reply to Defendants' opposition papers to class certification to March 28, 2012;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that paragraph 9 of the Amended CMO is amended as follows: Plaintiffs shall serve papers in reply to Defendants' opposition papers to class certification on or before April 27, 2012.

**IT IS FURTHER ORDERED** that Defendants may file one surreply, not to exceed eight pages, within 30 days of the date Plaintiffs file their reply papers, addressing decisions or other legal developments occurring since Defendants filed their opposition papers.  T.K.

SO ORDERED this 27th day of March, 2012.

_____
Hon. Theodore Katz
United States Magistrate Judge