UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ANWAR, et al.,

    Plaintiffs,

        -against-

FAIRFIELD GREENWICH LIMITED, et al.,

    Defendants.

This Document Relates To: *Headway Investment Corp. v. American Express Bank, Ltd.,* No. 09-CV-8500.

MASTER FILE NO.
09-CV-0118 (VM)

----------------------------------------------------------------x

## CITCO FUND SERVICES (EUROPE) B.V.'S NOTICE OF JOINDER IN PRICEWATERHOUSECOOPERS LLP'S OPPOSITION TO HEADWAY'S MOTION FOR LEAVE TO AMEND COMPLAINT

    Citco Fund Services (Europe) B.V., by and through undersigned counsel, hereby joins in the arguments set forth in section III of PricewaterhouseCoopers LLP's Opposition to Headway Investment Corporation's Motion for Leave to Amend Complaint [D.E. 844].

Dated: April 2, 2012

                                                Respectfully submitted,

                                                /s/ Lewis N. Brown
                                                Lewis N. Brown (FL Bar No. 270008)
                                                **BROWN AND HELLER, P.A.**
                                                One Biscayne Tower, 15th Floor
                                                2 South Biscayne Blvd.
                                                Miami, Florida 33131
                                                Tel: 305.358.3580
                                                Fax: 305.374.1756
                                                lbrown@bhlawpa.com
                                                amcgovern@bhlawpa.com

        Eliot Lauer (EL 5590)
        Michael Moscato (MM 6321)
        **CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
        101 Park Avenue
        New York, NY 10178
        T: 212.696.6000
        F: 212.697.1559
        elauer@curtis.com
        mmoscato@curtis.com

        *Attorneys for Defendants Citco Fund Services (Europe) B.V.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 2, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached. Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail.

        By: / s/ Lewis N. Brown
            Lewis N. Brown

| | |
|---|---|
| Jorge A. Mestre<br>Rivero Mestre & Castro<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Miami, FL 33134<br>T: (305) 445-2500<br>F: (305) 445-2505<br>jmestre@rmc-attorneys.com<br><br>Attorney for Plaintiff Headway Investment Corporation | Peter E. Kazanoff<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York<br>T: (212) 455-3525<br>F: (212) 455-2502<br>pkazanoff@stblaw.com<br><br>Attorneys for Fairfield Greenwich Group, Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., and Fairfield Greenwich Advisors LLC |
| Diane L. McGimsey<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California 90067<br>T: (310) 712-6600<br>F: (310) 407-2666<br>McGimseyD@sullcrom.com<br><br>Attorney for Defendants American Express Bank Ltd. d/b/a Standard Chartered Private Bank aka Standard Chartered Bank International (Americas) | Sharon L. Nelles<br>Bradley P. Smith<br>Patrick B. Berarducci<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>T: (212) 558-4000<br>F: (212) 558-3588<br>nelless@sullcrom.com<br><br>Attorneys for Defendants American Express Bank |

2

| | |
|---|---|
| Limited, Standard Chartered Bank, Carlos Gadala-Maria, Raul N. Mas, Robert Friedman, Samuel Perruchoud, Rodolfo Pages, and John G. Dutkowski | Ltd. d/b/a Standard Chartered Private Bank aka Standard Chartered Bank International (Americas) Limited, Standard Chartered Bank, Carlos Gadala-Maria, Raul N. Mas, Robert Friedman, Samuel Perruchoud, Rodolfo Pages, and John G. Dutkowski |
| Ricardo A. Gonzalez<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131<br>T (305)579-0500<br>F (305) 579-0717<br>gonzalezr@gtlaw.com<br><br>Attorneys for Defendants American Express Bank Ltd. d/b/a Standard Chartered Private Bank aka Standard Chartered Bank International (Americas) Limited, Standard Chartered Bank, Carlos Gadala-Maria, Raul N. Mas, Robert Friedman, Samuel Perruchoud, Rodolfo Pages, and John G. Dutkowski<br>Ricardo Alejandro Gonzalez: gonzalezr@gtlaw.com | Richard E. Brodsky<br>The Brodsky Law Firm<br>66 West Flagler Street<br>Ninth Floor<br>Miami, Florida 33130<br>T: (786) 220-3328<br>F: (888) 664-8231<br>rbrodsky@thebrodskylawfirm.com<br><br>Attorneys for Maridom Ltd., Caribetrans, S.A., And Abbot Capital, Inc. |
| Laurence E. Curran III<br>Curran & Associates<br>Miami, Florida<br>lecurran@lecurran.com<br><br>Attorneys for Ricardo Lopez, Jorge Asensio, Auburn Overseas Corp., Interland Investments Corp., Iston Holding Limited, Nemagus Ltd., Moises Lou-Martinez, New Horizon Development Inc., Alberto Perez, Ramiro Rendiles, Reinaldo Ruiz , Salcar Limited, Triple R Holdings Ltd., The Five Stars Financial Group Ltd., Vilebens, S.L., Velvor, S.A., 5C Investments Ltd., Archangel Resources Limited, Apple Trading Limited, Bahia Del Rio, S.A., Blount International, S.A. and Esther Diaz de Camara | Gaytri D. Kachroo<br>Kachroo Legal Services, P.C.<br>219 Concord Avenue<br>Cambridge, MA 02138<br>gkachroo@kachroolegal.com<br>T: (617) 864-0755<br>F: (617) 864 1125<br><br>Attorneys for Ricardo Rodriguez Caso |
| Joel S. Magolnick<br>de la O Marko Magolnick & Leyton PA<br>3001 S.W. 3rd Avenue<br>Miami, FL 33129<br>T: (305) 285-2000<br>F: (305) 285-5555<br>magolnick@dmmllaw.com<br><br>Attorneys for Gerico, de Rivera | Marissa C. Corda<br>Katz Barron Squitero Faust<br>2699 South Bayshore Drive, Seventh Floor<br>Miami, Florida 33133-5408<br>T: (305)856-2444<br>F: 305-285-9227<br>MCC@katzbarron.com<br><br>Attorneys for Joaquina Teresa Barbachano Herrero |
| Maria Severson<br>Aguirre Morris and Severson<br>444 West C Street, Suite 210<br>San Diego, CA 92101<br>T: 619-780-2752<br>F: 619-876-5368<br>mseverson@amslawyers.com<br><br>Attorneys for Marka Akriby Valladolid | James A. Harrod<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022<br>T: (212) 759-4600<br>F: (212) 486-2093<br> jharrod@wolfpopper.com<br><br>Attorneys for Pacific West Health Medical Center Inc.<br>Employees Retirement Trust |

| | |
|---|---|
| Timothy A. Duffy P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>T: (312)862-2445<br>F: (312)862-2200<br>tim.duffy@kirkland.com<br><br>Attorney for Pricewaterhousecoopers L.L.P. | Alan Rolnick<br>Studio City, CA 91604<br>ahrolnick@aol.com<br><br>Attorney for Headway Investment Corp. |
| Victor E. Stewart<br>Lovell Stewart Halebian Jacobson, LLP<br>61 Broadway<br>Suite 501<br>New York, NY 10006<br>T: (212) 608-1900<br>victornj@ix.netcom.com<br><br>Attorneys for Pasha S. Anwar | Gabriel Sean Marshall<br>Sarah Loomis Cave<br>William R. Maguire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>T: (212) 837-6000<br>F: (212) 422-4726<br>marshallg@hugheshubbard.com<br>cave@hugheshubbard.com<br>Maguire@hugheshubbard.com<br><br>Attorneys for PricewaterhouseCoopers Accountants Netherlands N.V. |
| Glenn Kurtz<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br> T: (212) 819-8252<br>F: (212) 354-8113<br> gkurtz@whitecase.com<br><br>Attorneys for Walter Noel, Jr. | Adam K. Grant<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, New York  10019<br>T: (212) 506-1976<br>agrant@kasowitz.com<br><br>Attorneys for Jeffrey Tucker |
| Andrew J. Lavender<br>Dechert, LLP<br>1095 Avenue of the Americas<br>New York, NY  10036<br>(212) 698-3683<br>(212) 698-3599<br>andrew.levander@dechert.com<br><br>Attorneys for Andres Piedrahita | Helen Virginia Cantwell<br>Debevoise & Plimpton, LLP<br>919 Third Avenue,31st Floor<br>New York, NY 10022<br>T: (212) 909-6312<br>F: (212) 909-6312<br>hvcantwell@debevoise.com<br><br>Attorney for Amit Vigayvergia |