UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASTER FILE NO. 09-CV-118 (VM)(THK)

| | |
|---|---|
| PASHA ANWAR, et al., <br><br>              Plaintiff, <br><br> v. <br><br> FAIRFIELD GREENWICH LIMITED, et al.,, <br><br>              Defendants. <br><br> This Document Relates to: *All Standard Chartered Cases* | **RULE 7.1 CORPORATE <br> <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant American Express Company makes the following disclosures:

American Express Company is a publicly traded company and has no parent company.  Berkshire Hathaway, Inc., a publicly traded company, together with its subsidiaries and affiliates, owns approximately 11% of the stock in American Express Company.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  s/ Louis Smith
     LOUIS SMITH
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey  07932
(973) 360-7900 (Phone)
(973) 301-8410 (Facsimile)
Attorneys for non-party
     American Express Company