UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASTER NO. 09-cv-118 (VM) (THK)

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED,
et al.,

    Defendants.

This filing relates to all cases
_____/

## COUNSEL'S NOTICE OF CHANGE OF ADDRESS

    PLEASE NOTE that the undersigned counsel for the Plaintiffs Maridom, Caribetrans and Abbot has a new address:

200 South Biscayne Boulevard
Suite 1930
Miami, Florida 33131

The telephone number, fax number and email address remain the same.

                                              THE BRODSKY LAW FIRM, PL
                                              Suite 1930
                                              200 South Biscayne Boulevard
                                              Miami, Florida 33130
                                              Tel.:  (786) 220-3328
                                              Fax:   (866) 564-8231

                                                  **/s/ Richard E. Brodsky**
                                              By:_____
                                              Richard E. Brodsky
                                              FBN 322520
                                              rbrodsky@thebrodskylawfirm.com