UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASTER FILE NO. 09-CV-118 (VM)(THK)



PASHA ANWAR, et al.,

    Plaintiff,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

    Defendants.

This Document Relates to: *All Standard Chartered Cases*

**NOTICE OF MOTION TO QUASH SUBPOENA**



TO: Paul Dans, Esq.
Rivero Mestre, LLP
565 Fifth Avenue, 7th Floor
New York, NY 10017

Richard Brodsky, Esq.
The Brodsky Law Firm
66 West Flagler Street, 9th Floor
Miami, FL 33130

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the annexed Declaration of Louis Smith dated April 6, 2012, and the exhibits attached thereto, and all pleadings and proceedings had herein, non-party American Express Company will move this Court,

before the Honorable Theodore H. Katz, in Courtroom 17D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 45 quashing the deposition subpoena issued by Plaintiff Headway Investment Corp. on behalf of the Standard Chartered Plaintiffs Steering Committee.

Dated:   April 6, 2012             Respectfully submitted,

                                   GREENBERG TRAURIG, LLP

                                   By:  s/Louis Smith
                                        LOUIS SMITH
                                   200 Park Avenue
                                   P.O. Box 677
                                   Florham Park, New Jersey  07932
                                   (973) 360-7900 (Phone)
                                   (973) 301-8410 (Facsimile)
                                   Attorneys for non-party
                                        American Express Company

*No opposition having been filed to American Express Co.'s motion to quash subpoena, and the Court being in agreement that the subpoena is overbroad and unduly oppressive, the Standard Chartered Plaintiffs' motion to quash is hereby granted.*

**SO ORDERED**

4/24/12   _____
          THEODORE H. KATZ
          **UNITED STATES MAGISTRATE JUDGE**