UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAIRFIELD GREENWICH LIMITED, *et al.*, <br><br> Defendants. <br><br> This Document Relates To:  All Actions | Master File No. 09-cv-118 (VM) <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for plaintiffs in the above-referenced action.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated:  New York, New York
April 25, 2012

**BOIES, SCHILLER & FLEXNER LLP**

By:    /s/ Howard L. Vickery II

Howard L. Vickery II
575 Lexington Avenue
New York, New York 10022
(212) 446-2300

*Interim Co-Lead Counsel for Plaintiffs*