UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PASHA ANWAR, et al.,                )
                                    )
                    Plaintiffs,     )
                                    )
    v.                              )
                                    )
                                    ) Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al., )
                                    )
                    Defendants.     )
                                    )
This Document Relates to: *Headway Investment* )
*Corp. v. American Express Bank Ltd.* No. 09-CV- )
08500;                              )
---------------------------------------------------------------x

**PLAINTIFF HEADWAY INVESTMENT CORPORATION'S
<u>NOTICE OF MOTION FOR RECONSIDERATION</u>**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of plaintiff Headway Investment Corporation's Motion for Reconsideration, dated April 27, 2012, plaintiff, by its undersigned counsel, will move this Court before the Honorable Victor Marrero, at the United States District Courthouse, 500 Pearl Street, Courtroom 20B, New York, New York, 10007, for the entry of an Order granting its Motion for Reconsideration, and granting such other relief as this Court may deem just and proper.

Dated: April 27, 2012

        Respectfully submitted,

        RIVERO MESTRE LLP
        Attorneys for Headway Investment Corp.
        2525 Ponce de Leon Boulevard
        Suite 1000
        Miami, Florida 33134
        Telephone: (305) 445-2500
        Fax: (305) 445-2505
        Email: jmestre@riveromestre.com

By:   /s/ Jorge A. Mestre_____
      JORGE A. MESTRE
      Fla. Bar No. 088145
      ALAN H. ROLNICK
      Fla. Bar No. 715085
      ERIMAR VON DER OSTEN
      Fla. Bar No. 028786