UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASTER NO. 09-cv-118 (VM) (THK)

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED,
et al.,

    Defendants.

This filing relates to *Maridom Ltd., et al.,
v. Standard Chartered Bank International
(Americas), Ltd.*
_____/

***MARIDOM* PLAINTIFFS'**
**NOTICE OF MOTION FOR RECONSIDERATION OF ORDER
DENYING LEAVE TO AMEND COMPLAINT**

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Motion for Reconsideration and all other papers and proceedings previously had herein, Plaintiffs Maridom, Caribetrans and Abbot ("*Maridom* Plaintiffs", in Case No. 10 Civ. 920, will move this Court before Hon. Victor Marrero, United States District Court Judge, United States Courthouse,  500 Pearl St.,  New York, NY 10007-1312, pursuant to the Court's inherent authority and Local Rule 6.3 of the Rules of the United States District Courts for the Southern and Eastern Districts, for an order reconsidering that portion of the Court's Decision and Order dated April 13,

2012, DE 853, denying the motions of the *Maridom* Plaintiffs for leave to amend their complaint, and granting the motion for leave to amend.

/s/ Richard E. Brodsky

_____
Richard E. Brodsky
Florida Bar No. 322520
The Brodsky Law Firm, PL
200 South Biscayne Blvd., Suite 1930
Miami, FL 33131
rbrodsky@thebrodskylawfirm.com
786-220-3328
Attorney for Maridom Plaintiffs
Admitted pro hac vice

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Richard E. Brodsky

_____
Richard E. Brodsky