# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH 212.446.2300 • FAX 212.446.2350

April 26, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/12
```

**VIA FACSIMILE**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Anwar, et al. v. Fairfeld Greenwich Limited, et al.*
      Master File No. 09-CV-00118 (VM) (THK)

Dear Judge Marrero:

We write on behalf of Plaintiffs in this action to request leave of the Court to file Plaintiffs' reply papers in support of class certification under seal.

Plaintiffs' reply papers will be served on Friday, April 27, 2012. The reply papers will include references to and exhibits of materials that have been designated "Confidential" pursuant to the Second Amended Stipulation and Order Governing Confidentiality of Discovery Material (Dkt. no. 591) (the "Confidentiality Order"). Pursuant to paragraph 8(b) of the Confidentiality Order, Plaintiffs respectfully request leave to file their reply papers under seal.

Counsel for Defendants do not object to Plaintiffs' request.

Respectfully yours,

David A. Barrett

cc:   All counsel in *Anwar* (by email)

```
SO ORDERED.
4-28-12
DATE          VICTOR MARRERO, U.S.D.J.
```