UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PASHA ANWAR, et al., )
 )
    Plaintiffs, )
 )
v. )
 ) Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al., )
 )
    Defendants. )
 )
This Document Relates to: )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al., 11-CV-813(VM)* )
---------------------------------------------------------------x

## NOTICE OF FILING

Plaintiffs, Lorrene Da Silva Ferreira and Arlete Da Silva Ferreira hereby gives notice of filing the attached: (1) Plaintiffs Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation with Incorporated Memorandum of Law; and (2) Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, and Incorporated Memorandum of Law [ECF Nos. 251 and 252] under United States District Court, Southern District of New York, Case No. 11-CV-813(VM) on May 2, 2012.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM*)
Master File No. 09-CV-118 (VM)

| Dated: May 3, 2012. | Respectfully submitted, |
|---|---|
| COHEN KINNE VALICENTI & COOK LLP<br>*Co-counsel for Plaintiffs*<br>28 North Street, 3rd Floor<br>Pittsfield, MA  01201<br>Telephone:  (413) 443-9399<br>Facsimile:  (413) 553-0331<br>KEVIN M. KINNE<br>Massachusetts Bar No. 559004<br>Kkinne@cohenkinne.com | LEVINE KELLOGG LEHMAN<br>SCHNEIDER + GROSSMAN LLP<br>*Attorneys for Plaintiffs*<br>201 So. Biscayne Boulevard<br>Miami Center, 34th Floor<br>Miami, FL 33131<br>Telephone:  (305) 403-8788<br>Facsimile:  (305) 403-8789<br><br>By    /s/ Jason Kellogg<br>     LAWRENCE A. KELLOGG, P.A.<br>     Florida Bar No. 328601<br>     lak@lkllaw.com<br>     JASON KELLOGG, ESQ.<br>     Florida Bar No. 0578401<br>     jk@lkllaw.com |
| DANIEL R. SOLIN, ESQ.<br>*Co-counsel for Plaintiffs*<br>401 Broadway, Ste. 306<br>New York, N.Y. 10013-3005<br>Telephone:  (239) 949-1606<br>Facsimile: (239) 236-1381<br>New York Bar No.  8675<br>dansolin@yahoo.com | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 3, 2012**, I served a true and correct copy of the foregoing via the CM/ECF system on all counsel or parties of record on the Service List below.

By   /s/ Jason Kellogg
     JASON KELLOGG, ESQ.

2

*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM*)
Master File No. 09-CV-118 (VM)

**SERVICE LIST**

**Joseph C. Coates, III, Esq.**
CoatesJ@gtlaw.com
**Jon A. Jacobson, Esq.**
JacobsonJ@gtlaw.com
**Lauren Whetstone, Esq.**
WhetstoneL@gtlaw.com
**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant EFG Capital International Corp.*
777 South Flagler Drive
Third Floor East
West Palm Beach, FL  33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222