UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PASHA ANWAR, et al.,                          )
                                              )
    Plaintiffs,                              )
                                              )
v.                                            )
                                              )   Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,          )
                                              )
    Defendants.                              )
                                              )
This Document Relates to:                     )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al., 11-CV-813(VM)*                )
---------------------------------------------------------x

## DECLARATION OF DANIEL R. SOLIN IN SUPPORT OF PLANTIFFS' COUNSEL'S PETITION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Daniel R. Solin, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

1.    I am a solo practitioner with experience in complex domestic and international litigation matters. I submit this Declaration in support of Plaintiffs' Counsel's petition for an award of attorneys' fees and reimbursement of litigation expenses.

2.    I served as Co-Lead Counsel in the Action and was involved in the litigation and settlement.

3.    The schedule attached hereto as **Exhibit A** is a summary indicating the amount of time spent assisting in the prosecution of this Action. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by me, which are available at the request of the Court.

4.    The total number of hours I expended in the prosecution of this Action is 41.1 hours. My total billing for those hours (billed at an hourly rate of $385 per hour) is $15,823.50.

1

5. My total fees do not include charges for expense items. Expense items are billed separately and are not duplicated in my billing rates.

6. As detailed in **Exhibit B**, I have incurred $9,433.68 in unreimbursed expenses incurred in connection with the prosecution of this Action. The expenses incurred are reflected on my books and records. These books and records are prepared from expense vouchers, check records and other sources materials and are an accurate record of the expenses incurred.

7. I have been engaged in the practice of law in New York since 1966. I am a graduate of The University of Pennsylvania Law School and am admitted to practice in New York, Connecticut and Massachusetts. I am a well known investor advocate and the author of a number of books about investing, including *Does Your Broker Owe You Money, The Smartest Investment Book You'll Ever Read, The Smartest 401(k) Book You'll Ever Read, The Smartest Retirement Book You'll Ever Read, The Smartest Portfolio You'll Ever Own and The Smartest Money Book You'll Ever Read.* I have testified before a congressional sub-committee on the unfairness of the mandatory arbitration system imposed on investors who do business with brokers who are members of FINRA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2012, in Bonita Springs, Florida.

                                                            Daniel R. Solin, Esq.

<u>Exhibit A</u>

Dan Solin, Esq
*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)
Reporting Period: Inception through January 31, 2012

| Name | Hours | Hourly Rate | Fees Amount |
|---|---|---|---|
| Dan Solin (a) | 41.1 | $ 385.00 | $ 15,823.50 |
| | | | |
| Total Hours | 41.1 | | |
| Total Fees Amount | | | $ 15,823.50 |

(a) Attorney

<u>Exhibit B</u>

Dan Solin, Esq.
*Da Silva Ferreira v. EFG Capital International Corp., et al., 11-CV-813(VM)*
Master File No. 09-CV-118 (VM)
Reporting Period: Inception through January 31, 2012

| <u>Expenses</u> | | <u>Amount</u> |
|---|---|---|
| Hotel | $ | 964.57 |
| Travel Expense | $ | 31.15 |
| Postage | $ | 67.85 |
| Reimbursement to LKLSG for Expenses | $ | 8,370.11 |
| | | |
| Total Expenses | $ | 9,433.68 |