UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PASHA ANWAR, et al.,                    )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )
                                        )   Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,    )
                                        )
    Defendants.                         )
                                        )
This Document Relates to:               )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al., 11-CV-813(VM)*          )
------------------------------------------------------------x

## DECLARATION OF PLAINTIFF LORRENE DA SILVA FERREIRA IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND AN AWARD TO COUNSEL OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

I, Lorrene Da Silva Ferreira, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am more than 18 years old and have personal knowledge of the facts set forth below, and if called as a witness, I am competent to and would testify as follows.

2.    English is not my native language. For that reason, I am signing a Portugese version of this Declaration, to be translated into English.

3.    I understand that I am a Plaintiff in this Action. I understand that I have been preliminarily certified as a class representative on behalf of the Settling Class consisting of EFG Capital's customers who lost money investing in Fairfield Sentry Limited. I provide this Declaration in support of Plaintiffs' application for approval of the proposed Settlement and an award of attorneys' fees and reimbursement of litigation expenses.

1

4.   I am aware and understand the requirements and responsibilities of being a class representative. I have personal knowledge of the matters set forth in this Declaration, having been directly involved in the prosecution, negotiation, mediation and settling of this Action.

5.   I have lost more than $120,000 that I invested with EFG Capital in Fairfield Sentry. I have at all times had a strong desire to pursue this litigation vigorously and obtain the maximum recovery, both for myself and for the other Settling Class Members.

6.   I have had regular communication with Plaintiffs' Counsel concerning the prosecution of this Action, including communications about important decisions that had to be made and documents that had to be filed with the Court. I reviewed and commented on pleadings filed in this Action and consulted with my lawyers regarding discovery and information regarding my investments with EFG Capital.

7.   In 2010, I arranged for child care for my son and traveled to Miami for my deposition (my first trip to the United States). In March 2011, I traveled to New York, New York for mediation and was involved in the negotiation of a potential settlement. I stayed informed about the second mediation held in October 2011, and approved the ultimate settlement reached at that mediation.

8.   In sum, as a Class Representative who was intimately involved throughout the commencement, prosecution, mediation process and settlement of this Action, I (i) support the Settlement as obtained for the Settling Class as fair, reasonable and adequate, and believe that it represents an outstanding recovery; (ii) endorse the Plan of Allocation, and believe that it provides a fair and reasonable method for valuing claims and for distributing of the Net Settlement Fund; and (iii) endorse and approve the attorneys' fee and litigation expense reimbursement ap-

plication, and believe that it represents fair and reasonable compensation for Plaintiffs' Counsel in light of the excellent recovery for the Settling Class.

9. Accordingly, I respectfully request that the Court approve the Settlement, the Plan of Allocation and attorneys' fee and litigation expense reimbursement application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2012, in Montevideo, Uruguay.

                                                            Lorrene Da Silva Ferreira

TRIBUNAL DISTRITAL DOS ESTADOS UNIDOS
DISTRITO SUL DE NOVA YORK

---------------------------------------------------------------x
PASHA ANWAR, et al.,                                          )
                                                              )
        autores da ação,                                      )
                                                              )
contra                                                        )
                                                              ) Arquivo Mestre Nº. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,                          )
                                                              )
        réus.                                                 )
                                                              )
Este documento refere-se a:                                   )
*Da Silva Ferreira v. EFG Capital International*              )
*Corp., et al., 11-CV-813(VM)*                                )
---------------------------------------------------------------x

### DECLARAÇÃO DA AUTORA DA AÇÃO, LORRENE DA SILVA FERREIRA, EM APOIO À APROVAÇÃO FINAL DA LIQUIDAÇÃO E PAGAMENTO AO ADVOGADO DE <u>HONORÁRIOS ADVOCATÍCIOS E REEMBOLSO DAS DESPESAS DE LITÍGIO</u>

Eu, Lorrene Da Silva Ferreira, declaro o seguinte nos termos do título 28 do Código Federal (U.S.C.) § 1746:

1.  Tenho mais de 18 anos de idade e conheço pessoalmente os fatos abaixo apresentados e, se convocada a testemunhar, teria competência para tanto e iria depor conforme a seguir.

2.  O inglês não é meu idioma nativo. Por isso, estou assinando uma versão em português desta Declaração, que será traduzida para o inglês.

3.  Entendo que sou autora da ação nesta Ação. Entendo que fui preliminarmente certificada como representante de classe para a Ação Coletiva dos clientes do EFG Capital que perderam dinheiro com investimentos na Fairfield Sentry Limited. Apresento esta Declaração em

1

apoio ao pedido dos Autores da ação para aprovação da Liquidação proposta e pagamento dos honorários advocatícios e reembolso das despesas do litígio.

4.  Estou ciente e compreendo as exigências e responsabilidades de ser representante de uma ação coletiva. Conheço pessoalmente os assuntos apresentados nesta Declaração por ter envolvimento direto no processo, negociação, mediação e liquidação desta Ação.

5.  Perdi mais de $120.000 que investi com o EFG Capital na Fairfield Sentry. Sempre tive um firme desejo de levar a cabo de forma vigorosa este litígio e recuperar o máximo possível, tanto para mim quanto para os outros Membros da Ação Coletiva.

6.  Mantive-me em contato regularmente com o Advogado dos Autores da Ação a respeito do processo desta Ação, inclusive sobre as decisões importantes que tiveram de ser tomadas e documentos que tiveram de ser apresentados ao Tribunal. Revisei e forneci comentários sobre as peças processuais apresentadas nesta Ação e consultei meus advogados a respeito das instruções e informações relativas aos meus investimentos no EFG Capital.

7.  Em 2010, providenciei os cuidados necessários para meu filho e viajei até Miami para depor (minha primeira viagem aos Estados Unidos). Em março de 2011, viajei a Nova York para a mediação e participei da negociação de uma possível liquidação. Mantive-me informada sobre a segunda mediação, realizada em outubro de 2011, e aprovei a última liquidação que se alcançou com aquela mediação.

8.  Em suma, como uma Representante de Classe intimamente envolvida durante o início, o processo, o procedimento de mediação e liquidação desta Ação, eu (i) apoio a Liquidação que foi alcançada pela Ação Coletiva como justa, razoável e adequada, e creio que representa uma recuperação extraordinária; (ii) endosso o Plano de Distribuição e creio que é um método justo e razoável para avaliar reivindicações e para distribuição do Fundo Líquido da

Liquidação; e (iii) endosso e aprovo o pedido de reembolso das despesas do litígio e pagamento dos honorários advocatícios, e creio que representa uma compensação justa e razoável para o Advogado dos Autores da Ação à luz da excelente recuperação para a Ação Coletiva de Liquidação.

9. Portanto, solicito respeitosamente que o Tribunal aprove a Liquidação, o Plano de Distribuição e o pedido de reembolso das despesas do litígio e dos honorários advocatícios.

Declaro, sob pena de perjúrio de acordo com as leis dos Estados Unidos da América, que o acima é verdadeiro e correto. Assinado em 27TH de abril de 2012 em Montevidéu, Uruguai.

Lorrene Da Silva Ferreira

3

**LOPEZ AND DURAN**
Interpreting and Translating
420 South Dixie Highway, Suite 2L
Coral Gables, Florida  33146
Tele: (305)461-4699 * Fax: (305)461-4799

CERTIFICATE OF ACCURACY

STATE OF FLORIDA )
                 ) SS.
COUNTY OF DADE   )

Before me, a notary public in and for the State of Florida at large, appears Lucia Leao, who is personally known to me, a certified translator by the American Translators Association who, after being duly sworn, deposes and says that she is fully versed in the Portuguese and the English languages, and that the aforegoing is a true and correct translation of the attached document consisting of ____3____ pages, and that this is the last of the attached.

_____
Lucia Leao

Sworn to and subscribed this 25th day of April, 2012.

_____
MARLEN ABASCAL
Notary Public,
State of Florida at Large

My commission expires:



MARLEN ABASCAL
MY COMMISSION # DD 806346
EXPIRES: August 2, 2012
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations. Lopez and Duran Interpreting and Translating and its employees shall not be liable for any damages due to negligence or error in typing or translation.