```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
PASHA S. ANWAR, et al.,         :
                                :   09 Civ. 0118 (VM)
                Plaintiffs,     :
                                :   10 Civ. 2878
                                :   (Pujals)
     -against-                  :
                                :
FAIRFIELD GREENWICH LIMITED,    :
et al.,                         :
                                :
                                :   ORDER
                Defendants.     :
--------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

In a Decision and Order dated December 14, 2011 (Docket No. 763), the Court dismissed the Amended Class Action Complaint of plaintiffs Jose Antonio Pujals and Rosa Julieta A. De Pujals (the "Pujals") without prejudice. The Decision and Order held that the Pujals could re-plead their case if during the course of discovery they obtained "contracts governing Servicing Fees which are substantially different from the Purchase Letter." Anwar v. Fairfield Greenwich Ltd., -- F. Supp. 2d ---, 2011 WL 6288406, at *7 (S.D.N.Y. 2011). In a letter dated January 13, 2012 (Docket No. 791), the Pujals have requested 1) clarification of the Court's Decision and Order dated December 14, 2011; 2) leave to file an amended complaint; and 3) that the Court transfer the case back to the Southern District of Florida, where it was first filed.

-1-

-2-

Defendants Standard Chartered International (Americas) Limited and Standard Chartered Bank (together, "Standard Chartered") opposed the Pujals's requests in a letter dated January 17, 2012 (Docket No. 792).

The Court has reviewed the Pujals's request and Standard Chartered's response, as well as the Decision and Order. The Court finds that the Decision and Order speaks for itself, and declines to offer further clarification. In light of the holding of the Decision and Order, the Court denies leave to amend the complaint. Finally, as the Decision and Order dismissed the case, the Court denies the Pujals's request for transfer of venue.

**SO ORDERED.**

Dated: New York, New York
       4 May 2012

                                    _____
                                    VICTOR MARRERO
                                         U.S.D.J.