UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Hon. Victor Marrero |
| ) | |
| FAIRFIELD GREENWICH LIMITTED, *et al.*, ) | Master File No.: 09-CV-118 (VM) (THK) |
| ) | |
| Defendants. ) | |
| ) | **ECF CASE** |
| ) | |
| This Document Relates To: All Standard Chartered ) | |
| Cases. ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE NOTE the following change of address for counsel for Plaintiff Ricardo Rodriguez Caso. Plaintiff's counsel's new address is:

> Kachroo Legal Services, P.C.
> 225R Concord Ave
> Cambridge, MA 02138

The telephone number, fax number and email address remain the same.

KACHROO LEGAL SERVICES, P.C.

/s Gaytri Kachroo
Dr. Gaytri D. Kachroo (GK2010)
Kachroo Legal Services, P.C.
225R Concord Ave
Cambridge, MA 02138
(617) 864-0755
(617) 864-1125 (fax)
gkachroo@kachroolegal.com