**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel   + 1 212 819 8200
Fax  + 1 212 354 8113
whitecase.com

RECEIVED
MAY ▯▯ 2012
CHAM▯▯▯▯▯
JUDGE ▯▯▯▯▯▯

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/12

Direct Dial + 212.819.2664      jparadise@whitecase.com

May 15, 2012

**VIA MESSENGER**

The Honorable Victor Marrero
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    *Anwar et al. v. Fairfield Greenwich Limited et al.*, CV No. 09-00118

Your Honor:

As you are aware, White & Case LLP ("White & Case" or the "Firm") represents
defendant  Walter M. Noel, Jr. in claims asserted by Pasha S. Anwar and other plaintiffs in
the matter captioned *Anwar et al. v. Fairfield Greenwich Limited et al.*, Master File No.
09-CV-0118 (VM) (S.D.N.Y.) (together with related proceedings, "the Anwar Litigation").

We are writing to inform Chambers and the parties copied on this letter that a former
Judicial Intern to Your Honor, Cara Ann Bilotta, has accepted an offer to join White &
Case as a summer associate.   It is our understanding that Ms. Bilotta did not work on any
aspect of the Anwar Litigation while in Chambers.  Nonetheless, Ms. Bilotta will be
screened completely from any involvement in the Anwar Litigation in accordance with the
Firm's customary procedures and applicable rules of professional responsibility.

We assume that the foregoing removes any questions as to the propriety of Ms. Bilotta's
employment by White & Case while our Firm continues the representations set forth
above.  If there is a contrary view, we respectfully request both Ms. Bilotta and the Firm be
immediately informed.

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 8505446 v1 (2K)

United States District Court for the Southern District of New York

WHITE & CASE

May 15, 2012

To the extent that Your Honor deems additional notice is appropriate, White & Case will serve and file whatever notices Your Honor directs.

Respectfully submitted,

White & Case LLP

By: _____

Jennifer Paradise
Deputy General Counsel

cc:   Cara Ann Bilotta
      All Counsel of Record

The Clerk of Court is directed to enter into the public record
of this action the letter above submitted to the Court by
*defendant Walter Noel* .

SO ORDERED.

5-18-12
DATE            VICTOR MARRERO. U.S.D.J.

2

NEWYORK 8505446 v1 (2K)