UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket No.:   09-cv-118 (VM)(THK) ECF Case

| | |
|---|---|
| PASHA S. ANWAR, et al.,<br><br>                         Plaintiffs,<br><br>     v.<br><br>FAIRFIELD GREENWICH LIMITED, et al.,<br><br>                         Defendants. | **AMENDED NOTICE OF APPEAL** |
| This Document Relates To:  *Jose Antonio Pujals, et. al. v. Standard Chartered Bank International (Americas) Ltd., et. al.*, No. 10-CV-2878 | |

NOTICE is hereby given that Plaintiffs Jose Antonio Pujals and Rosa Julieta A. De Pujals, on behalf of themselves individually and all others similarly situated in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order dated December 14, 2011 and the Order dated May 4, 2012 both filed in Civil Case No. 09-cv-118 (VM)(THK) ECF Case, document numbers 763 and 871, respectively.

Dated:  July 1, 2012

                                            **ZWERLING, SCHACHTER
                                                  & ZWERLING,** LLP

                                                            s/ Robert S. Schachter
                                          Robert S. Schachter
                                          *Local Counsel for Plaintiffs Jose Antonio Pujals and Rosa Julieta A. De Pujals and the Proposed Class*
                                          41 Madison Avenue, 32nd Floor
                                          New York, NY 10010
                                          Tel:  (212) 223-3900
                                          Fax:  (212) 371-5969
                                          rschachter@zsz.com

David A. Rothstein
(*Admitted Pro Hac Vice*)
Robert E. Linkin
(*Admitted Pro Hac Vice*)
*Local Counsel for Plaintiffs Jose Antonio Pujals and Rosa Julieta A. De Pujals and the Proposed Class*
**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, FL 33133
Tel: (305) 374-1920
Fax: (305) 374-1961
rlinkin@dkrpa.com