UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/12

PASHA S. ANWAR, *et al.*,

           Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

           Defendants.

~~This Document Relates To: All Standard Chartered Cases.~~

Master File No. 09-cv-118 (VM) (THK)

### STIPULATION AND ORDER AMENDING SECOND AMENDED SCHEDULING ORDER REGARDING STANDARD CHARTERED CASES

IT IS HEREBY STIPULATED AND AGREED, by and among the Standard Chartered Defendants,[1] through their undersigned counsel, and the Standard Chartered Plaintiffs Steering Committee, through its undersigned member, on behalf of all Standard Chartered Plaintiffs, as that term is defined in the Second Amended Scheduling Order Regarding Standard Chartered Cases, DE 609, as follows:

1. Paragraph 12 of the Second Amended Scheduling Order Regarding Standard Chartered Cases, DE 609, is hereby amended to read as follows:

> 12. The required disclosures under Fed. R. Civ. P. 26(a)(2) regarding expert testimony on each issue to which a party bears the burden of proof

---

[1] The Standard Chartered Defendants include: Standard Chartered Bank International (Americas) Ltd., Standard Chartered Bank, Standard Chartered PLC, Standard Chartered International (USA) Ltd., Carlos Gadala-Maria, Raul N. Mas, Robert Friedman, Rodolfo Pages, John G. Dutkowski, and Luisa Serena. As used herein, "Standard Chartered Defendants" also includes any other entity or individual currently or to-be named as a defendant in a Standard Chartered Case that is affiliated with Standard Chartered Bank or a current or former employee of Standard Chartered Bank or any of its affiliates.

From: Richard Brodsky    Fax: (888) 391-5819    To:    Fax: +1 (212) 805-7932    Page 3 of 5   6/5/2012 2:25

at trial shall be made not later than July 31, 2012. Rebuttal reports pursuant to Fed. R. Civ. P 26(a)(2) shall be served no later than October 31, 2012. The period for expert witness depositions shall commence upon the filing of rebuttal expert reports and shall conclude 90 days thereafter.

2.   This Stipulation and Order applies to all of the Standard Chartered Cases, as that term is defined in the Second Amended Scheduling Order Regarding Standard Chartered Cases, DE 609.

3.   This Stipulation and Order may be executed in counterparts, which together shall constitute one document. Any Plaintiff or Defendant added by name to this case after the "so ordering" of this Stipulation and Order shall be bound by it without having to execute it.

Dated: June 4, 2012

                              Respectfully submitted,

                              By:   s/Richard E. Brodsky
                                       Richard E. Brodsky

Richard E. Brodsky
The Brodsky Law Firm, PL
200 South Biscayne Boulevard, PL
Miami, Florida 33131
Phone: (786) 220-3328
rbrodsky@thebrodskylawfirm.cm
(Pro Hac Vice Admission Granted)
*Attorney for Maridom Limited, Caribetrans, S.A. and Abbott Capital, Inc.*

On Behalf of the Standard Chartered Plaintiffs' Steering Committee

2

By:   /s/ Diane L. McGimsey
      Diane L. McGimsey

SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Phone: (310) 712-6600
mcgimseyd@sullcrom.com
(Pro Hac Vice Admission Granted)

*Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., Standard Chartered Bank and Standard Chartered PLC*


By:   /s/ Ricardo A. Gonzalez
      Ricardo A. Gonzalez

GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Miami, Florida 33131
Phone: (305) 579-0891
gonzalezr@gtlaw.com
(Pro Hac Vice Admission Granted)

*Attorneys for Defendants Carlos Gadala-Maria, Raul N. Mas, Robert Friedman, Rodolfo Pages, John G. Dutkowski, and Luisa Serena*


**SO ORDERED.**

New York, New York, this 11th day of June, 2012.

VICTOR MARRERO, U.S.D.J.

3