UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
    IN THE MATTER OF REASSIGNMENT

                OF
    CASES FROM MAGISTRATE
      JUDGE THEODORE H. KATZ
----------------------------------------X

      NOTICE OF REDESIGNATION
      AND REASSIGNMENT OF
           REFERRAL

    The cases on the attached list are reassigned to the calendar of:

                MAGISTRATE JUDGE FRANK MAAS

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Redesignation and Reassignment of Referral on all defendants.

Dated: June 12, 2012

                                        Ruby J. Krajick, CLERK

                                        Philip Guarnieri
                      By: _____
                                        Deputy Clerk

cc: Attorneys of Record

**Magistrate Judge Katz to Magistrate Judge Maas**

04-cv1562

08-cv-442

08-cv-1335

09-cv-118

09-cv-9919

10-cv-5521

10-cv-8486

11-cv-1305

11-cv-4324

11-cv-7272