**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF REASSIGNMENT

                                              NOTICE OF REDESIGNATION
OF                                            AND REASSIGNMENT OF
CASES FROM  MAGISTRATE                              REFERRAL
JUDGE THEODORE H. KATZ
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list are reassigned to the calendar of:

MAGISTRATE JUDGE FRANK MAAS

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Redesignation and Reassignment of Referral on all defendants.

Dated: June 12, 2012

Ruby J. Krajick, CLERK

Philip Guarnieri
By: _____
Deputy Clerk

cc: Attorneys of Record

**Magistrate Judge Katz to Magistrate Judge Maas**

04-cv1562

08-cv-442

08-cv-1335

09-cv-118

09-cv-9919

10-cv-5521

10-cv-8486

11-cv-1305

11-cv-4324

11-cv-7272