USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PASHA S. ANWAR, et al.,          :

                Plaintiffs,   :

    -against-                           :

FAIRFIELD GREENWICH LTD, et al., :

               Defendant.   :

-----------------------------------------------------------x

**ORDER**

09 Civ. 118 (VM) (FM)

**FRANK MAAS,** United States Magistrate Judge.

It is hereby ORDERED that a telephone conference shall be held on **June 18, 2012, at 4 p.m.** Mr. Barrett should initiate the call by calling Chambers at (212) 805-6727. If that date or time is inconvenient for PWC's counsel, Mr. Barrett and Mr. Duffy should place a conference call to Chambers to select another date.

SO ORDERED.

Dated:     New York, New York
             June 15, 2012

                                              _____
                                                 FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

All counsel via ECF