```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al., :

                Plaintiffs, :

    -against- :

FAIRFIELD GREENWICH LTD, et al., :

                Defendant. :

------------------------------------------------------------x

**ORDER**

09 Civ. 118 (VM) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the telephone conference held on June 18, 2012, it is hereby ORDERED that the depositions of the PWC Canada witnesses shall commence the week of July 16, 2012.

      SO ORDERED.

Dated:    New York, New York
          June 18, 2012

                                        FRANK MAAS
                                United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

All counsel via ECF