UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANWAR, et al., | x<br>:<br>: ECF CASE<br>Plaintiffs :<br>v. : Electronically Filed<br>:<br>FAIRFIELD GREENWICH LIMITED, et al., :<br>: Master File No.:<br>Defendants. : 09 CV 00118 (VM, FM)<br>:<br>This Document Relates To: All Actions :<br>x |

**SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT GLOBEOP FINANCIAL SERVICES LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GlobeOp Financial Services LLC ("GlobeOp") hereby files this supplemental disclosure to reflect that GlobeOp Financial Services S.A., which owns 100% of GlobeOp, has been acquired by SS&C Technologies Holdings, Inc.

Dated: New York, New York         KOBRE & KIM LLP
       July 17, 2012

                                  s/ Jonathan D. Cogan
                                  Jonathan D. Cogan
                                  jonathan.cogan@kobrekim.com
                                  800 Third Avenue
                                  New York, New York 10022
                                  Tel: + 1 212 488 1200
                                  Fax: + 1 212 488 1220
                                  *Attorney for GlobeOp Financial Services LLC*