UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al.,                    :

                Plaintiffs,       :

      -against-                              :

FAIRFIELD GREENWICH LTD, et al.,           :

                Defendants.       :

------------------------------------------------------------x

**ORDER**

09 Civ. 118 (VM) (FM)

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to the telephone conference held on August 8, 2012, it is hereby

ORDERED that:

1. By August 22, 2012, counsel shall meet and confer regarding the Standard Chartered Plaintiffs' confidentiality de-designation requests.

2. By August 29, 2012, the Standard Chartered Plaintiffs shall submit to Chambers a letter concerning any confidential documents as to which there is no agreement, together with copies of those documents.

3. By September 7, 2012, the Standard Chartered Defendants shall submit their opposition letter.

SO ORDERED.

Dated:    New York, New York
            August 9, 2012

                                               FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

All counsel via ECF