UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Anwar, *et al.*,

                              Plaintiffs,

          vs.

Fairfield Greenwich Limited, *et al.*,

                              Defendants.

This Document Relates To:  All Actions
---------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jeffrey E. Baldwin of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant Fairfield Greenwich Advisors LLC in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  August 15, 2012
       New York, New York

                              SIMPSON THACHER & BARTLETT LLP

                              By:   /s/ Jeffrey E. Baldwin
                                    Jeffrey E. Baldwin
                                    (jbaldwin@stblaw.com)
                                    425 Lexington Avenue
                                    New York, New York 10017
                                    Telephone: (212) 455-2000
                                    Facsimile:  (212) 455-2502

                              *Attorney for Defendant Fairfield Greenwich Advisors LLC*