UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
Anwar, *et al.*,

                          Plaintiffs,

        vs.

Fairfield Greenwich Limited, *et al.*,

                          Defendants.

This Document Relates To:  All Actions
-----------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jeffrey L. Roether of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant Fairfield Greenwich Advisors LLC in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  August 15, 2012
       New York, New York

                          SIMPSON THACHER & BARTLETT LLP

                          By:   /s/ Jeffrey L. Roether
                              Jeffrey L. Roether
                              (jroether@stblaw.com)
                              425 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 455-2000
                              Facsimile:  (212) 455-2502

                          *Attorney for Defendant Fairfield Greenwich Advisors LLC*