UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Anwar *et al.*,

                         Plaintiffs,

            vs.

Fairfield Greenwich Limited, *et al.*,

                        Defendants.

This Document Relates To:  All Actions
---------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

     PLEASE TAKE NOTICE that Sara A. Ricciardi of Simpson Thacher & Bartlett LLP hereby withdraws her appearance as counsel for Defendant Fairfield Greenwich Advisors LLC. All other previously appearing counsel from Simpson Thacher & Bartlett LLP continue to serve as counsel in this action for Fairfield Greenwich Advisors, LLC.

Dated:  New York, New York
         August 15, 2012

                                        SIMPSON THACHER & BARTLETT LLP

                                        By:   /s/ Sara A. Ricciardi
                                               Sara A. Ricciardi
                                               (sricciardi@stblaw.com)
                                               425 Lexington Ave.
                                               New York, New York 10017
                                               Telephone: (212) 455-2000
                                               Facsimile:  (212) 455-2502

                                               *Attorney for Fairfield Greenwich Advisors LLC*