**MEMO ENDORSED**

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/12
```

August 23, 2012

By Facsimile

The Honorable Frank Maas,
 United States Magistrate Judge,
  Daniel Patrick Moynihan United States Courthouse,
   500 Pearl Street,
    New York, New York 10007.

   Re:  *Anwar v. Fairfield Greenwich Ltd.,*
        No. 09-CV-118 (S.D.N.Y.) – Standard Chartered Cases

Dear Judge Maas:

   I write on behalf the Standard Chartered Defendants and with the consent of plaintiffs in the cases subject to the Stipulation and Scheduling Order Regarding Standard Chartered Defendants' Time to Respond to Complaints in Specified Standard Chartered Cases (the "Scheduling Order"), which the Court entered on August 13, 2012. (Dkt. No. 914.) The Scheduling Order extended the Standard Chartered Defendants' time to respond in 35 actions (the "Stipulating Actions") until August 24, 2012, so that the parties in those actions could confer and reach an agreement regarding the application of the Court's prior substantive rulings in order to avoid any unnecessary motion practice. Standard Chartered and counsel to plaintiffs in the Stipulating Actions have reached agreement on the terms of such an agreement, but given the large number of plaintiffs and their various vacation schedules, plaintiffs' counsel has requested a brief additional period of time to secure client consent. The parties thus respectfully request that the August 24, 2012 deadline in paragraph 1 of the Scheduling Order be extended to August 31, 2012.

Approved
[signature]
USMJ
8/27/12

Respectfully submitted,

[signature]
Bradley P. Smith

cc:  Standard Chartered Plaintiffs' Steering Committee
     (by e-mail)