UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/12

ANWAR, et al.,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

                Defendants.

This Document Relates To:  All Actions

Master File No. 09-cv-118 (VM) (FM)

**ORIGINAL**

### SEVENTH [PROPOSED] ORDER AMENDING THE
### AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**WHEREAS**, on November 2, 2010, the Court entered an Amended Case Management Plan and Scheduling Order;

**WHEREAS**, on January 30, 2012, the Court entered an Order extending the time within which the parties shall complete fact discovery to September 4, 2012 (collectively "CMOs");

**NOW, THEREFORE, IT IS HERERY ORDERED** that the CMOs are amended as follows:

1. Fact discovery shall be completed by March 31, 2013.

2. By February 1, 2013, each party shall identify each witness that it expects to or may call in its case-in-chief at trial (i.e., disclosure of potential rebuttal or impeachment witnesses is not required), and the parties shall cooperate in good faith to arrange the deposition prior to the fact discovery deadline of any person so identified who has not been previously deposed. Except as to this change in timing of certain witness disclosures, the provisions of Rule 26(a)(3) otherwise shall apply.

3. Plaintiffs' expert reports are due 30 days after the close of fact discovery.

4. Defendants' expert reports are due 30 days after Plaintiffs submit their expert reports.

5. Plaintiffs' rebuttal reports are due 30 days after Defendants submit their expert reports.

6. Expert depositions shall be completed 30 days after Plaintiffs' file their rebuttal reports.

7. *Daubert* and summary judgment motions shall be served within 30 days after the deadline for completion of expert depositions.

Except as amended above, the provisions of the CMOs remain in effect. Additionally,

SO ORDERED this ___ day of _____, 2012.

---

Hon. Frank Maas
United States Magistrate Judge

*In view of this and prior extensions, the Court does not intend to grant any further requests for extensions.*

—Maas, USMJ, 8/29/12