UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Anwar et al.

                              Plaintiff,                Case No.  09-CV-0118(VM)(FM)

        -against-

Fairfield Greenwich Ltd. et al.   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔]    I have cases pending          [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Jeffrey Lawrence Roether
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR0630          My State Bar Number is 4728762

I am,

[✔]    An attorney
[ ]    A Government Agency attorney
[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  USDC -SDNY
               FIRM ADDRESS: 500 Pearl St., New York, NY 10007
               FIRM TELEPHONE NUMBER: (212) 805-0220
               FIRM FAX NUMBER: (212) 805-7911

NEW FIRM:      FIRM NAME: Simpson Thacher & Bartlett LLP
               FIRM ADDRESS: 425 Lexington Avenue, New York, NY 10017
               FIRM TELEPHONE NUMBER: (212) 455-2000
               FIRM FAX NUMBER: (212) 455-2502

[✔]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____.

Dated: 09/05/2012

                              _____
                              ATTORNEY'S SIGNATURE