# THE BRODSKY LAW FIRM, PL

RICHARD E. BRODSKY, ATTORNEY AT LAW

**MEMO ENDORSED**
ON PAGE TWO

VIA FAX TRANSMISSION

August 29, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/12
```

The Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  Anwar v. Fairfield Greenwich
     No. 09-cv-118 (S.D.N.Y.)
     Standard Chartered Cases

Dear Judge Maas:

I am counsel for the *Maridom* Plaintiffs and am writing as Liaison Counsel for the Standard Chartered Plaintiffs Steering Committee.

This letter is sent pursuant to the Court's August 9, 2012 Order concerning de-designation of documents that Standard Chartered has designated as "Confidential." (DE 913) By the terms of the Order and a subsequent modification (DE 915), the following schedule was established:

| | |
|---|---|
| Plaintiffs' letter: | August 29, 2012 |
| Defendants' response: | September 7, 2012 |
| Plaintiffs' reply: | September 14, 2012 |

Because of the threat to Southeast Florida posed by then Tropical Storm Isaac, the Greater Miami area was essentially shut down on Monday. This has made it impossible for my staff to coordinate the copying of the relevant documents on a timely basis. Since the documents are bulky, they need to be provided to the Court by overnight delivery and cannot be faxed.

We have therefore requested the Defendants' consent to a one-day extension. They have agreed, subject to extensions of the other deadlines by three days (because the other deadlines would otherwise fall on a Friday). While this was not our request, we see no prejudice to either party or to the

Hon. Frank Maas
August 29, 2012
Page 2

expeditious progress of this case to modifying our request in accordance with the Defendants' response, and therefore request the following extensions:

| | |
|---|---|
| Plaintiffs' letter: | August 30, 2012 |
| Defendants' response: | September 10, 2012 |
| Plaintiffs' reply: | September 17, 2012 |

Approved USMJ
/s/ Maas 8/29/12

We respectfully request these extensions be approved and thank Your Honor for careful consideration of this letter.

Sincerely yours,

The Brodsky Law Firm

Richard E. Brodsky

cc:   Counsel for Standard Chartered Defendants
      Members of Standard Chartered Plaintiffs' Steering Committee