UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PASHA S. ANWAR, et al.,                    :

                Plaintiffs,            :

         -against-                          :       **DISCOVERY ORDER**

FAIRFIELD GREENWICH LIMITED, et al.,    :       09 Civ. 118 (VM) (FM)

                Defendants.           :

This Documents Relates to the                :
Standard Chartered Cases
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2012
```

**FRANK MAAS,** United States Magistrate Judge.

       I have reviewed the parties' submissions concerning the continued deposition of Harry Markopolos, who apparently neither lives nor works in New York.

       Counsel may continue the deposition of Mr. Markopolos in New York City for an additional <u>four</u> hours, during which time the Standard Chartered Plaintiffs may question him for an additional hour, the Standard Chartered Defendants may question him for two hours, and the Fairfield Defendants may question him for one hour. The Standard Chartered Plaintiffs shall pay Mr. Markopolos' travel expenses; any of the Plaintiff or Defendant groups wishing to question him shall compensate him for his time at the rate of $500 per hour.

       I note that Mr. Cunha has a conflict on September 21, apparently because of a personal matter, and would urge all counsel to take steps to accommodate his concern.

Dated:      New York, New York
               September 18, 2012

                                        _____
                                        FRANK MAAS
                                  United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

<u>Via Facsimile</u>
Richard E. Brodsky, Esq.
Mark G. Cunha, Esq.
Diane L. McGimsey, Esq.
Philip R. Michael, Esq.

All Counsel via ECF