*Herrero v. Standard Chartered Bank International (Americas) Limited, et al., 1:11-cv-03553-VM*
Master File No. 1:09-cv-00118-VM-THK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA ANWAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>Defendants.<br><br>This document relates to:<br>*Joaquina Teresa Barbachano Herrero v. Standard Chartered Bank International (Americas) Limited and Standard Chartered PLC, 1:11-cv-03553-VM* | Master File No. 1:09-cv-00118-VM-THK<br>ECF CASE |

## NOTICE OF FILING CORRECTED EXHIBITS

Plaintiff, JOAQUINA TERESA BARBACHANO HERRERO ("Barbachano"), by and through undersigned counsel, hereby gives Notice of Filing corrected Exhibits F and G to the proposed Amended Complaint against Defendants, STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LIMITED and STANDARD CHARTERED PLC (collectively, the "Defendants"), which proposed Amended Complaint was previously submitted to the Court in connection with Barbachano's pending letter request for leave to amend the Complaint, dated October 3, 2012.

Respectfully submitted,

By: /s/ H. Eugene Lindsey III, Esq.
H. Eugene Lindsey III
Florida Bar No. 130338
New York Bar No. 2421923
hel@katzbarron.com
KATZ BARRON SQUITERO FAUST
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133-5408
Telephone: (305) 856-2444
Facsimile: (305) 285-9227
*Attorneys for Plaintiff*

*Herrero v. Standard Chartered Bank International (Americas) Limited, et al., 1:11-cv-03553-VM*
Master File No. 1:09-cv-00118-VM-THK

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 9, 2012, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF and by PDF/email attachment, on:

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br>New York, New York | THE BRODSKY LAW FIRM<br>Miami, Florida |
| Patrick B. Berarducci - berarduccip@sullcrom.com | Richard Brodksy<br>rbrodsky@thebrodskylawfirm.com |
| *Attorneys for Standard Chartered Bank International (Americas) Limited and Standard Chartered PLC* | *Plaintiffs Steering Committee Liaison* |
| CURRAN & ASSOCIATES<br>Miami, Florida | RIVERO MESTRE LLP<br>Miami, Florida |
| Laurence E. Curran, III lecurran@lecurran.com | Jorge A. Mestre jmestre@rmc-attorneys.com |
| *Plaintiffs Steering Committee Member* | *Plaintiffs Steering Committee Member* |
| AGUIRE, MORRIS & SEVERSON LLP<br>San Diego, California | |
| Michael J. Aguire maguirre@amslawyers.com<br>Maria C. Severson mseverson@amslawyers.com | |
| *Plaintiffs Steering Committee Member* | |

KATZ BARRON SQUITERO FAUST
Attorneys for Plaintiff
2699 S. Bayshore Drive, 7th Floor
Miami, FL 33133
Telephone: 305-856-2444
Facsimile: 305-285-9227

By: /s/ H. Eugene Lindsey III, Esq.
H. Eugene Lindsey III, Esq.

Client: Client Number - Portfolio 4652-1       Exhibit 10                                  1 of 3

Asset Allocation analysis:

June 2006:

| Position | Type | Amount | Cash | Bonds | Equities | Alt |
|---|---|---|---|---|---|---|
| Cash | Cash | 1,336,066 | 1,336,066 | | | |
| Calyon Fin Products (Guernsey) Ltd | Bonds | 202,219 | | 202,219 | | |
| Amer Express Emerging Mkt Debt | MF | 70,357 | | 70,357 | | |
| Amer Express GL EM Mkt Short TM Bonds | MF | 319,456 | | 319,456 | | |
| Signature Portfolios - Global Equities | Portfolio | 1,744,723 | | | 1,744,723 | |
| Discretionary Traditional Global Moderate | Portfolio | 969,984 | | 387,994 | 581,990 | |
| Amer Express Alt Inv Fund - Global Mkt Neutral | Alt | 295,378 | | | | 295,378 |
| Permal FX Financials & Futures Ltd | Alt | 404,377 | | | | 404,377 |
| Fairfield Sentry Ltd | Alt | 454,010 | | | | 454,010 |
| Totals | | 5,796,572 | 1,336,066 | 980,027 | 2,326,714 | 1,153,766 |
| Asset Allocation percentages - June 2006 | | | 23% | 17% | 40% | 20% |
| | | | | 40% | | 60% |

December 2007:

| Position | Type | Amount | Cash | Bonds | Equities | Alt |
|---|---|---|---|---|---|---|
| Cash | Cash | 2,985 | 2,985 | | | |
| Discretionary Dynamic Global Asset Allocation | Portfolio | 276,896 | 2,769 | 74,762 | 185,520 | 13,845 |
| Signature Portfolios - Global Equities | Portfolio | 2,721,945 | | | 2,721,945 | |
| Discretionary Traditional Global Moderate | Portfolio | 1,316,979 | | 526,792 | 790,188 | |
| Permal Fixed Income Holdings | Alt | 280,248 | | | | 280,248 |
| Permal Fixed Income Special Opportunities | Alt | 530,887 | | | | 530,887 |
| Permal FX Financials & Futures Ltd | Alt | 458,814 | | | | 458,814 |
| Fairfield Sentry Ltd | Alt | 955,802 | | | | 955,802 |
| Totals | | 6,544,555 | 5,754 | 601,554 | 3,697,653 | 2,239,595 |
| Asset Allocation percentages - December 2007 | | | 0% | 9% | 57% | 34% |
| | | | | 9% | | 91% |


EXHIBIT F Corrected

Prepared by: Collier Consulting, Inc.

Client: Client Number - Portfolio 4652-1				Exhibit 10							2 of 3

### June 2008:

| Position | Type | Amount | Cash | Bonds | Equities | Alt |
|---|---|---|---|---|---|---|
| Cash | Cash | 25,215 | 25,215 | | | |
| Amer Express GL EM Mkt Absolute Return | MF | 148,752 | | 74,376 | 74,376 | |
| Signature Portfolios - Global Equities | Portfolio | 2,705,216 | | | 2,705,216 | |
| Discretionary Dynamic Global Asset Allocation | Portfolio | 411,322 | 4,113 | 111,057 | 275,586 | 20,566 |
| Discretionary Traditional Global Moderate | Portfolio | 1,271,677 | | 508,671 | 763,006 | |
| Permal Fixed Income Holdings | Alt | 279,686 | | | | 279,686 |
| Permal FX Financials & Futures Ltd | Alt | 482,860 | | | | 482,860 |
| Fairfield Sentry Ltd | Alt | 983,300 | | | | 983,300 |
| Totals | | 6,308,028 | 29,329 | 694,104 | 3,818,184 | 1,766,412 |
| Asset Allocation percentages - June 2008 | | | 0% | 11% | 61% | 28% |
| | | | | 11% | | 89% |

### September 2008:

| Position | Type | Amount | Cash | Bonds | Equities | Alt |
|---|---|---|---|---|---|---|
| Cash | Cash | 15,281 | 15,281 | | | |
| Amer Express GL EM Mkt Absolute Return | MF | 115,544 | | 57,772 | 57,772 | |
| Signature Portfolios - Global Equities | Portfolio | 2,418,745 | | | 2,418,745 | |
| Discretionary Dynamic Global Asset Allocation | Portfolio | 370,694 | 3,707 | 100,087 | 248,365 | 18,535 |
| Discretionary Traditional Global Moderate | Portfolio | 1,150,489 | | 460,196 | 690,293 | |
| Permal Fixed Income Holdings | Alt | 268,672 | | | | 268,672 |
| Permal Macro Holdings Ltd | Alt | 454,693 | | | | 454,693 |
| Fairfield Sentry Ltd | Alt | 996,796 | | | | 996,796 |
| Totals | | 5,790,913 | 18,988 | 618,055 | 3,415,175 | 1,738,696 |
| Asset Allocation percentages - September 2008 | | | 0% | 11% | 59% | 30% |
| | | | | 11% | | 89% |

Prepared by: Collier Consulting, Inc.

Client: Client Number - Portfolio 4852-1        Exhibit 10                            3 of 3

**December 2008:**

| Position | Type | Amount | Cash | Bonds | Equities | Alt |
|---|---|---|---|---|---|---|
| Cash | Cash | 1,011,691 | 1,011,691 | | | |
| World Express GL EM Mkt Absolute Return | MF | 42,511 | | 21,256 | 21,256 | |
| Signature Portfolios - Global Equities | Portfolio | 1,874,904 | | | 1,874,904 | |
| Discretionary Dynamic Global Asset Allocation | Portfolio | 302,243 | 3,022 | 81,605 | 202,503 | 15,112 |
| Discretionary Traditional Global Moderate | Portfolio | 7,963 | | 3,185 | 4,778 | |
| Permal Fixed Income Holdings | Alt | 229,010 | | | | 229,010 |
| Permal Macro Holdings Ltd | Alt | 435,468 | | | | 435,468 |
| Fairfield Sentry Ltd | Alt | 7 | | | | 7 |
| Totals | | 3,903,796 | 1,014,713 | 106,046 | 2,103,440 | 679,597 |
| Asset Allocation percentages - December 2008 | | | 26% | 3% | 54% | 17% |
| | | | | 29% | | 71% |

**September 2009:**

| Position | Type | Amount | Cash | Bonds | Equities | Alt |
|---|---|---|---|---|---|---|
| Cash | Cash | 510,359 | 510,359 | | | |
| Amer Express GL EM Mkt Absolute Return | MF | 5,269 | | 2,635 | 2,635 | |
| Signature Portfolios - Global Equities | Portfolio | 2,395,803 | | | 2,395,803 | |
| Signature Portfolios - US Multi Sector Fixed Inc | Portfolio | 1,076,899 | | 1,076,899 | | |
| Discretionary Dynamic Global Asset Allocation | Portfolio | 636,430 | 6,364 | 146,379 | 483,687 | |
| Totals | | 4,624,760 | 516,724 | 1,225,913 | 2,882,124 | 0 |
| Asset Allocation percentages - September 2009 | | | 11% | 27% | 62% | 0% |
| | | | | 38% | | 62% |

Prepared by: Collier Consulting, Inc.



The Standard Chartered
Private Bank

Investment Proposal for 4652

Relationship Manager: Jose Del Vecchio
Investment Specialist: John Dutkowski

October 2009





EXHIBIT
G
Corrected

## Asset Allocation

| Asset Class | Amount ($) | Current Allocation (%) | | Products | Proposed Allocation (%) | | Amount ($) |
|---|---|---|---|---|---|---|---|
| Cash or Near Cash | $ 510,480 | 11.4% | 11.4% | Demand | 0.4% | 0.4% | $ 16,132 |
| Fixed Income | $ — | 0.0% | 0.0% | PIMCO Global Bonds | | 37.9% | $ 1,700,000 |
| | $ 1,063,907 | 23.7% | | Sig. US Multi-Sector Fixed Income | 61.6% | 23.7% | $ 1,063,907 |
| Equity | $ 2,295,652 | 51.2% | 51.2% | Sign. Global Equities | 24.3% | 24.3% | $ 1,090,000 |
| Multi Asset | $ 609,776 | 13.6% | 13.6% | Dynamic Global Asset Alloc. | 13.6% | 13.6% | $ 609,776 |
| Absolute Return | $ 5,123 | 0.1% | 0.1% | GBI EM Absolute Return | 0.1% | 0.1% | $ 5,123 |
| Total | $ 4,484,939 | 100.0% | 62.6% | Total | 100.0% | 100.0% | $ 4,484,939 |

Some of the securities products above may be offered through StanChart Securities International, Inc., a registered broker-dealer. Member FINRA, SIPC. Securities products are not FDIC insured, bank guaranteed and may loose value. This is not a solicitation. The information in this document is being provided for information purposes. The above asset allocation is being prepared based on the client's request and does not necessarily reflect the views of Standard Chartered Bank or its affiliates. This is not an invitation to subscribe to shares in any fund or follow a particular investment strategy. Additional Terms and Conditions may apply. Please read the prospectus/offering documents/Terms & Conditions carefully prior to investing. Please also refer to important information on the last page of this document.

2



## Important Information

Standard Chartered Bank International (Americas) Limited ("SCBI") and StanChart Securities International, Inc., ("Stanchart") are wholly owned subsidiaries of The Standard Chartered Bank. The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank. Securities products offered through Stanchart. Bank products and/or services are offered through SCBI and other bank and non-bank affiliates, or strategic partners. Not all products and services available to clients of SCBI or StanChart.

Standard Chartered Signature and Dynamic Portfolios are discretionary asset management services made available to you by Standard Chartered Bank, together with its affiliates or subsidiaries and are advised by its affiliates and selected sub advisers. Subscriptions can only be made through the respective Fund's discretionary account agreement, which can be obtained through your Relationship Manager. In relation to the products and services detailed in this presentation, additional Terms and Conditions may apply. You should obtain details of these Terms and Conditions contained in the subscription agreement, prospectus or offering documents, before proceeding.

In relation to the products and services detailed in this presentation, additional Terms and Conditions may apply. You should obtain details of these Terms and Conditions contained in the prospectus or offering documents, before proceeding. Mutual funds are offered through prospectus/offering documents. Please consider the risks, charges, expenses and investment objectives prior to investing in mutual funds. The prospectus/offering documents which contain this and other important information can be obtained by contacting your Relationship Manager. Please read these documents carefully, before investing.

Hedge funds are speculative investments and are not suitable for all investors, nor do they represent a complete investment program. Hedge funds are not subject to the same regulatory requirements as mutual funds. An investment in a hedge fun involves the risk inherent in an investment in securities, as well as specific risks associated with limited liquidity, the use of leverage, short sales, options, futures, derivative instruments, "junk" bonds and illiquid investments. There can be no assurances that a manager's strategy, hedging or otherwise, will be successful or that a manager will use this strategy with respect to all or a portion of the portfolio. For a more complete description of the risks associated with any hedge fund investment, please read the Offering Document which can be obtained by contacting your Relationship Manager.



## Important Information (Continuation)

Investments in this presentation may concentrate on certain economic sectors, thereby increasing its vulnerability to any single economic, political or regulatory development. This may result in greater price volatility. Additionally, investments may focus on certain geographical regions, thereby increasing its vulnerability to developments in that region. This may result in greater price volatility. Investing in foreign securities presents certain risks not associated with domestic investments, such as currency fluctuation, political and economic instability, and different accounting standards. This may result in greater price volatility. Non-diversified investments involve greater risk than diversified investments, because a loss resulting from a particular security or sector's poor performance will have a greater impact on the investments' overall return. Investments in fixed income securities will fluctuate in price and yield depending on market conditions and funds invested may be worth more or less than their original cost.

With any investment the value may fall as well as rise and in some circumstances you may not get back the full amount invested. You are not certain to make a profit, and may lose money. Changes in rates may cause the value of investments to go up or down. If your base currency is other than the base currency of the underlying assets, changes in rates of exchange may have an adverse effect on the value of your investments. Past performance should not be seen as an indication of future performance. The level, rates and bases of, and relief from, taxation are those currently available and may change in the future. This presentation does not purport to disclose all of the risks associated with investment products.

You should make your own legal and tax determination (including any applicable exchange control regulations) on investment products, and should consider carefully whether the investment products are suitable for you in light of your personal risk appetite, liquidity requirement and return objectives (including the legal and tax regimes in your countries of citizenship, residence and/or domicile). We do not provide you with any legal, tax or accounting advice regarding the suitability or profitability of a security or investment. This presentation does not constitute an offer, solicitation or invitation to transact business in any country where the marketing or sale of these products and services would not be permitted under local laws. This material is not approved for distribution to any person in the US or to US citizens or residents.