UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al., :

                     Plaintiffs, :

-against- :

FAIRFIELD GREENWICH LTD, et al., :

                     Defendants. :

This Document Relates to the Citco Defendants :

------------------------------------------------------------x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2012**

**DISCOVERY ORDER**

09 Civ. 118 (VM) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      It is hereby ORDERED that the parties comply with all discovery rulings made during the conference held on October 16, 2012.

      SO ORDERED.

Dated:    New York, New York
             October 17, 2012

                                                   _____
                                                   FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

All counsel (via ECF)