# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2012
```

**MEMO ENDORSED**

October 19, 2012

By Facsimile

The Honorable Frank Maas,
  United States Magistrate Judge,
    Daniel Patrick Moynihan United States Courthouse,
      500 Pearl Street,
        New York, New York 10007.

APPLICATION GRANTED
SO ORDERED

*/s/ Frank Maas*
Frank Maas, USMJ  10/21/12

Re: *Anwar v. Fairfield Greenwich Ltd.*,
    No. 09-CV-118 (S.D.N.Y.) -- Standard Chartered Cases

Dear Judge Maas:

I write on behalf of the Standard Chartered Defendants concerning the Stipulation and Order Amending Second Amended Scheduling Order Regarding Standard Chartered Cases ("Stipulation and Order"), which the Court entered on June 11, 2012 (Dkt. # 891). Plaintiffs in the Standard Chartered Cases served expert reports on July 31, 2012 and August 2, 2012. Pursuant to the Stipulation and Order, rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2) are due no later than October 31, 2012. Given the number of issues to be addressed and due to certain professional and personal commitments, the Standard Chartered Defendants have requested a brief additional period of time, until November 21, 2012, to serve expert rebuttal reports. Plaintiffs have consented to this request. The Standard Chartered Defendants thus respectfully request that the October 31, 2012 deadline in paragraph 1 of the Stipulation and Order be extended to November 21, 2012.

Sincerely,

*/s/ Diane L. McGimsey*
Diane L. McGimsey

cc: Standard Chartered Plaintiffs' Steering Committee (via E-mail)