UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
PASHA ANWAR, et al.,                              )
                                                  )
    Plaintiffs,                                  )
                                                  )
v.                                                )
                                                  )   Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,              )
                                                  )
    Defendants.                                  )
                                                  )
This Document Relates to:                         )
*Da Silva Ferreira v. EFG Capital International*  )
*Corp., et al., 11-CV-813(VM)*                    )
------------------------------------------------------------------x

## REQUEST FOR REMOVAL FROM SERVICE LIST
## AND REQUEST TO STOP ELECTRONIC NOTICES

    Please take notice that pursuant to the Court's Order Granting Petition for an Award of Attorneys' Fees and Reimbursement of Expenses [D.E. 888] and Final Judgment dated June 1, 2012 [D.E. 890], the case has been settled. Therefore, Amanda Star Frazer's representation in this matter has been concluded. Accordingly, Amanda Star Frazer requests that the Clerk removes her name from the list of parties being notified of electronic filings in this case.

Master File No. 09-CV-118 (VM)

Dated this 24th day of October, 2012.   Respectfully submitted,

| | |
|---|---|
| COHEN KINNE VALICENTI & COOK LLP<br>*Co-counsel for Plaintiffs*<br>28 North Street, 3rd Floor<br>Pittsfield, MA  01201<br>Telephone:  (413) 443-9399<br>Facsimile:  (413) 553-0331<br>KEVIN M. KINNE<br>Massachusetts Bar No. 559004<br>Kkinne@cohenkinne.com<br><br>DANIEL R. SOLIN, ESQ.<br>*Co-counsel for Plaintiffs*<br>401 Broadway, Ste. 306<br>New York, N.Y. 10013-3005<br>Telephone:  (239) 949-1606<br>Facsimile: (239) 236-1381<br>New York Bar No.  8675<br>dansolin@yahoo.com | LEVINE KELLOGG LEHMAN<br>SCHNEIDER + GROSSMAN LLP<br>*Attorneys for Plaintiffs*<br>201 So. Biscayne Boulevard<br>Miami Center, 22nd Floor<br>Miami, FL 33131<br>Telephone:  (305) 403-8788<br>Facsimile:  (305) 403-8789<br><br>By    /s/ Amanda Star Frazer<br>    LAWRENCE A. KELLOGG, P.A.<br>    Florida Bar No. 328601<br>    lak@lklsg.com<br>    JASON KELLOGG, ESQ.<br>    Florida Bar No. 0578401<br>    jk@lklsg.com<br>    Amanda Star Frazer, ESQ.<br>    Florida Bar No. 0043921<br>    af@lklsg.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **October 24, 2012**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

By:   /s/ Amanda Star Frazer
    AMANDA STAR FRAZER, ESQ.

GD7083