UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA S. ANWAR, *et al.*,

Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

Defendants.

This Document Relates To:  09-cv-118 (VM)

Master File No. 09-cv-118 (VM)

NOTICE OF MOTION FOR (I) PRELIMINARY APPROVAL OF THE PARTIAL
SETTLEMENT, (II) PRELIMINARY CERTIFICATION OF THE CLASS FOR PURPOSES
OF THE PARTIAL SETTLEMENT, (III) APPROVAL OF
NOTICE TO THE CLASS, AND (IV) SCHEDULING OF A SETTLEMENT HEARING

PLEASE TAKE NOTICE that Representative Plaintiffs,[1] on their own behalf and on behalf of the Settlement Class, through counsel, hereby move this Court before the Honorable Victor Marrero, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure: preliminarily approving the proposed partial class action settlement; preliminarily certifying the Settlement Class for settlement purposes only; appointing Representative Plaintiffs as class representatives and Boies, Schiller & Flexner LLP, Wolf Popper LLP, and Lovell Stewart Halebian Jacobsen LLP as class counsel; approving the proposed forms of the Notice of Proposed Partial Settlement of Class Action and Settlement Fairness Hearing and Motion for Attorneys' Fees and Reimbursement of Expenses, and the Summary Notice of Proposed Partial Settlement; approving the proposed

---

[1]   All capitalized terms not otherwise defined herein have the same meanings as set forth in the Stipulation of Settlement dated as of November 6, 2012, filed herewith.

methods of disseminating notice; approving Rust Consulting as Claims Administrator; setting a date for the Settlement Hearing; and such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Representative Plaintiffs submit herewith: Plaintiffs' Memorandum in Support of their Motion for (i) Preliminary Approval of Partial Settlement, (ii) Preliminary Certification of the Class for Purposes of Settlement, (iii) Approval of Notice to the Class, and (iv) Scheduling of a Settlement Hearing; and the accompanying Stipulation of Settlement dated as of November 6, 2012, with exhibits appended thereto, including the Proposed Order Preliminarily Approving Settlement and Providing for Notice of Proposed Settlement.

Dated: November 6, 2012                           Respectfully submitted,

                                        By:      /s/ David A. Barrett

Robert C. Finkel                                 David A. Barrett
James A. Harrod                                  Howard L. Vickery, II
WOLF POPPER LLP                                  BOIES, SCHILLER & FLEXNER LLP
845 Third Avenue                                 575 Lexington Avenue
New York, NY 10022                               New York, NY 10022
Telephone:  212.759.4600                         Telephone: (212) 446-2300
Facsimile:   212.486.2093                        Facsimile: (212) 446-2350

Christopher Lovell                               Stuart H. Singer
Victor E. Stewart                                Carlos Sires
LOVELL STEWART HALEBIAN JACOBSON LLP             Sashi Bach Boruchow
61 Broadway, Suite 501                           BOIES, SCHILLER & FLEXNER LLP
New York, NY 10006                               401 East Las Olas Boulevard, #1200
Telephone: 212.608.1900                          Ft. Lauderdale, Florida 33301
                                                 Telephone:  (954) 356-0011

                                                 *Interim Co-Lead Counsel for Plaintiffs and*
                                                 *Lead Counsel for PSLRA Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2012, I caused true and correct copies of the foregoing to be served by ECF on all parties registered with the Court's ECF system under docket number 09-CV-118 (VM).

/s/  Eli J. Glasser
Eli J. Glasser