# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
PASHA ANWAR, et al.,

              Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

              Defendants.

This Document Relates to:
*Richmond Company Ltd. - 11-cv-05725*
*and Positano Investments Ltd. - 11-cv-08371*
------------------------------------------------x

) Master File No. 09-CV-118-VM-FM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2012
```

**ORIGINAL**

## AGREED ORDER GRANTING THE PLAINTIFFS' MOTION TO AMEND THEIR NAMES NUNC PRO TUNC

THIS CAUSE, having come before the Court on the parties *Agreed* Motion for an Order granting without prejudice the plaintiffs' motion to amend the name of the Plaintiff Richmond Company Ltd. to be known as Richmon Company Ltd. and to amend the name of the Plaintiff Positano Investments Ltd. to be known as Positano Investment Ltd. for any and all purposes in each case, and the Court, having reviewed the Motion and being duly advised in the premises, it is hereby

**ORDERED** that Plaintiffs' Motion to amend the names of the two named Plaintiffs is GRANTED and that Richmond Company Ltd. shall be known and referred to as Richmon Company Ltd. and Positano Investments Ltd. shall be known and referred to as Positano Investment Ltd.

1

**SO ORDERED.**

Dated: 7th November 2012

New York, New York

FRANK MAAS
U.S.D.M.J.