310 712 8860                                                                                                 09:01:27 p.m. 11-12-2012        2/2

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

**MEMO ENDORSED**

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2012
```

November 12, 2012

By Facsimile

The Honorable Frank Maas,
   United States Magistrate Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street,
            New York, New York 10007.

   Re:   *Anwar v. Fairfield Greenwich Ltd.,*
         *No. 09-CV-118 (S.D.N.Y.)* -- Standard Chartered Cases

Dear Judge Maas:

   I write on behalf of the Standard Chartered Defendants concerning the schedule for expert discovery in the Standard Chartered Cases. Plaintiffs in the Standard Chartered Cases served expert reports on July 31, 2012 and August 2, 2012. Pursuant to the Stipulation and Order Amending Second Amended Scheduling Order Regarding Standard Chartered Cases ("Stipulation and Order") (Dkt. # 891), as amended by the Court's October 21, 2012 Order (Dkt. # 991), and the Stipulation and Order Regarding Standard Chartered Defendants' Time to Respond to Complaint and Expert Reports in *Barbachano v. Standard Chartered Bank International (Americas) Ltd., et al.* (Dkt. # 118), rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2) are due no later than November 21, 2012 and December 10, 2012, respectively. Due to the effects of Hurricane Sandy, the New York offices of Standard Chartered's counsel, Sullivan & Cromwell LLP, as well as relevant electronic discovery databases, have been generally inaccessible since October 29 through today. The Standard Chartered Defendants therefore request a brief additional period of time, until December 12, 2012, to serve expert rebuttal reports. Plaintiffs consent to this additional period. The Standard Chartered Defendants thus respectfully request that the November 21, 2012 and December 10, 2012 deadlines to serve expert rebuttal reports be extended to December 12, 2012.

Approved
[signature]
USMJ
11/12/12

Respectfully submitted,

[signature]

Diane L. McGimsey

cc:   Standard Chartered Plaintiffs' Steering Committee (via E-mail)