# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212 446 2300 • FAX 212 446 2350

November 14, 2012

**VIA FACSIMILE**



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/12

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
      Master File No. 09-CV-00118 (VM) (THK)

Dear Judge Marrero:

We are writing to schedule a date for the hearing on Plaintiffs' motion for preliminary approval of the settlement with the Fairfield Greenwich Defendants. After consultation with Chambers and all parties, we can report that –

- All parties are available at 11 a.m. on both Tuesday, November 27 and Thursday, November 29.

- While all other parties are available at 11:30 a.m. on Friday, November 30, the PwC Defendants requested that we convey the following to the Court:

    PwC Netherlands and PwC Canada request that the Court consider holding its preliminary approval hearing on a different date, such as the following Friday, December 7th. The parties have arranged to conduct the deposition of a senior partner of PwC Netherlands on November 30th, who, at the plaintiffs' insistence and at PwC Netherlands' expense, is traveling to New York from Amsterdam expressly for that purpose. Lead counsel for both PwC Netherlands and PwC Canada would appreciate being able to attend both this significant deposition and the Court's hearing on the motion to preliminarily approve the settlement.

We very much appreciate the Court's consideration of the preliminary approval motion at the earliest convenient time.

Request GRANTED. The *preliminary approval* conference herein is rescheduled to 11-30-12 at 9:00 A.M.

SO ORDERED.

11-16-12
DATE     VICTOR MARRERO, U.S.D.J.

cc: All counsel in *Anwar* (by email)

Respectfully yours,

David A. Barrett