**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| PASHA S. ANWAR, *et al.*, |
| Plaintiffs, |
| v. |
| FAIRFIELD GREENWICH LIMITED, *et al*., |
| Defendants. |
| This Document Relates To:  09-cv-118 (VM) |

Master File No. 09-cv-118 (VM)

## NOTICE OF AMENDED PROPOSED PRELIMINARY APPROVAL ORDER

On November 6, 2012, the Representative Plaintiffs, by their counsel, in the above captioned action, submitted to the Court a proposed Preliminary Approval Order for entry (Exhibit A to Dkt. No. 996).  Since submitting that proposed order, the Representative Plaintiffs have had communications with other interested parties, including certain record owners, Non-Dismissed Defendants, and absent class members, and are submitting herewith for the Court's consideration (at the hearing scheduled for November 30, 2012 at 9:00 a.m.) an amended proposed Preliminary Approval Order.

Exhibit A attached hereto is the amended proposed order, and Exhibit B is the proposed order showing changes from the initial submission.

Dated: November 29, 2012

Respectfully submitted,

/s/ Robert C. Finkel

David A. Barrett
Howard L. Vickery, II
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

Robert C. Finkel, Esq.
James A. Harrod, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759- 4600

Christopher Lovell
Victor E. Stewart
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900