UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

PASHA ANWAR, et al.,

                    Plaintiffs,

    v.

FAIRFIELD GREENWICH LIMITED, et al.,

                    Defendants.

-----------------------------------------------------------x

MASTER FILE NO. 09-CV-0118 (VM)

## AMENDMENT TO STIPULATION OF SETTLEMENT

This Amendment to Stipulation of Settlement amends the Stipulation of Settlement dated as of November 6, 2012 (the "Stipulation") entered into by the Settling Parties[1], as follows:

1. In paragraph 1.aa.(i), the words "the Named Plaintiffs" are replaced by the words "an Opt-Out"; and

2. In paragraph 6, the words "Settling Defendants" in both the first and last line are replaced by the words "Released Parties".

---

[1] All capitalized terms not defined herein have the same meaning as in the Stipulation.

12/13/2012 12 25 FAX  212 446 2350        BOIES SCHILLER                    ☑003/005
Case 1:09-cv-00118-VM-FM   Document 1012   Filed 12/13/12   Page 2 of 4

2

**IN WITNESS WHEREOF**, the Settling Parties have executed this Amendment to Stipulation of Settlement by their undersigned counsel effective as of the date set forth below.

Dated: New York, New York
       December 12, 2012

BOIES, SCHILLER & FLEXNER LLP

By: _____
    David A. Barrett
    Howard L. Vickery, II
    575 Lexington Avenue
    New York, NY 10022
    (212) 446-2300

-- and --

Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
401 East Las Olas Blvd., #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

WOLF POPPER LLP

By: _____
    Robert C. Finkel
    James A. Harrod
    845 Third Avenue
    New York, NY 10022
    (212) 759-4600

LOVELL STEWART HALEBIAN JACOBSON LLP

By: _____
    Christopher Lovell
    Victor E. Stewart
    61 Broadway, Suite 501
    New York, NY 10006
    (212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs in the Action and Counsel for PSLRA Plaintiffs in the Action*

SIMPSON THACHER & BARTLETT LLP

By: _____
    Mark G. Cunha
    Peter E. Kazanoff
    425 Lexington Ave.
    New York, NY 10017-3954
    (212) 455-2000

*Attorneys for Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Ltd.*

12/13/2012 12:25 FAX 212 446 2350    BOIES SCHILLER                    ☑004/005
Case 1:09-cv-00118-VM-FM   Document 1012   Filed 12/13/12   Page 3 of 4

2

**IN WITNESS WHEREOF**, the Settling Parties have executed this Amendment to Stipulation of Settlement by their undersigned counsel effective as of the date set forth below.

Dated: New York, New York
December 12, 2012

BOIES, SCHILLER & FLEXNER LLP

By:_____
David A. Barrett
Howard L. Vickery, II
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

-- and --

Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
401 East Las Olas Blvd., #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

WOLF POPPER LLP

By:_____
Robert C. Finkel
James A. Harrod
845 Third Avenue
New York, NY 10022
(212) 759-4600

LOVELL STEWART HALEBIAN JACOBSON LLP

By: _____
Christopher Lovell
Victor E. Stewart
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs in the Action and Counsel for PSLRA Plaintiffs in the Action*

SIMPSON THACHER & BARTLETT LLP

By: _____
Mark G. Cunha
Peter E. Kazanoff
425 Lexington Ave.
New York, NY 10017-3954
(212) 455-2000

*Attorneys for Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Ltd.*

2

IN WITNESS WHEREOF, the Settling Parties have executed this Amendment to Stipulation of Settlement by their undersigned counsel effective as of the date set forth below.

Dated: New York, New York
December 12, 2012

BOIES, SCHILLER & FLEXNER LLP

By:_____
David A. Barrett
Howard L. Vickery, II
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

-- and --

Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
401 East Las Olas Blvd., #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

WOLF POPPER LLP

By:_____
Robert C. Finkel
James A. Harrod
845 Third Avenue
New York, NY 10022
(212) 759-4600

LOVELL STEWART HALEBIAN JACOBSON LLP

By:_____
Christopher Lovell
Victor E. Stewart
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900

*Interim Co-Lead Counsel for Plaintiffs in the Action and Counsel for PSLRA Plaintiffs in the Action*

SIMPSON THACHER & BARTLETT LLP

By:_____
Mark G. Cunha
Peter E. Kazanoff
425 Lexington Ave.
New York, NY 10017-3954
(212) 455-2000

*Attorneys for Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Ltd.*

2

SO ORDERED.

12-13-12
DATE    VICTOR MARRERO, U.S.D.J.