## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-6800
WWW.SULLCROM.COM

**MEMO ENDORSED**

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/12
```

December 21, 2012

By Facsimile

The Honorable Frank Maas,
    United States Magistrate Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street,
                New York, New York 10007.

    Re: *Anwar v. Fairfield Greenwich Ltd.*,
        No. 09-CV-118 (S.D.N.Y.) — Standard Chartered Cases

Dear Judge Maas:

    I write on behalf of the Standard Chartered Defendants concerning the two letters that Richard Brodsky submitted to the Court on behalf of the Standard Chartered Plaintiffs' Steering Committee this afternoon. Under Your Honor's Individual Rules of Practice, the Standard Chartered Defendants' response to Mr. Brodsky's letters is due no later than December 28, 2012. Given the impending holiday and due to certain professional and personal commitments, the Standard Chartered Defendants respectfully request an extension to Friday, January 4, 2013, to submit their response.

Respectfully submitted,

Diane L. McGimsey /DLM/

cc: Standard Chartered Plaintiffs' Steering Committee (via E-mail)

**APPLICATION GRANTED**
**SO ORDERED**

Frank Maas, USMJ   12/21/12