```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al.,                     :

                Plaintiffs,      :   **ORDER**

       -against-                             :

FAIRFIELD GREENWICH LTD, et al.,     :   09 Civ. 118 (VM) (FM)

                Defendants.    :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

      Due to a conflict on the Court's calendar, it is hereby ORDERED that the telephone conference originally scheduled for January 7, 2013 at 2 p.m., shall instead be held at **5 p.m.**, on that date.

      SO ORDERED.

Dated:    New York, New York
           January 3, 2013

                                              _____
                                                FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

All counsel (via ECF)