UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/13

ANWAR, *et al.*,

　　　　　Plaintiffs,

　－ against －

FAIRFIELD GREENWICH LIMITED, *et al.*,

　　　　　Defendants.

THIS DOCUMENT RELATES TO: All Actions

Master File No. 09-CV-00118 (VM)

# EIGHTH [~~PROPOSED~~] ORDER AMENDING THE  78М
## AMENDED CASE MANAGEMENT PLAN
## AND SCHEDULING ORDER

　　　　**WHEREAS,** on November 2, 2010, the Court entered an Amended Case Management Plan and Scheduling Order;

　　　　**WHEREAS,** on January 30, 2012, the Court entered an Order extending the time within which the parties shall complete fact discovery to September 4, 2012;

　　　　**WHEREAS,** on August 29, 2012, the Court entered an Order extending the time within which the parties shall complete fact discovery to March 31, 2013 (collectively the "CMOs");

　　　　**NOW, THEREFORE, IT IS HEREBY ORDERED,** that the CMOs are amended as follows:

　　　　1.　　Fact discovery shall be completed by June 30, 2013.

　　　　2.　　By February 28, 2013, all remaining discovery by either Plaintiffs or Defendants shall be served. In the case of foreign deponents whose depositions must be obtained through

Letters of Request or similar means, service shall mean submission to this Court of such Letters of Request or their equivalent.

3. By February 15, 2013, each party shall identify each fact witness that it expects to or may call in its case-in-chief at trial (*i.e.*, disclosure of potential rebuttal or impeachment witnesses is not required), and the parties shall cooperate in good faith to arrange the deposition prior to the fact discovery deadline of any person so identified who has not been previously deposed. Except as to this change in timing of certain witness disclosures, the provisions of Rule 26(a)(3) otherwise shall apply.

4. Plaintiffs' expert reports are due 30 days after the close of fact discovery.

5. Defendants' expert reports are due 30 days after Plaintiffs submit their expert reports.

6. Expert depositions shall be completed 30 days after Plaintiffs file their rebuttal reports.

7. *Daubert* and summary judgment motions shall be served within 30 days after the deadline for completion of expert depositions.

8. In light of the pendency of the proposed settlement between the *Anwar* plaintiffs and Fairfield Greenwich parties and Judge Marrero's November 30, 2012 order staying litigation of claims and discovery between the representative plaintiffs and settlement class members on one hand, and the Fairfield Greenwich Defendants on the other, the dates set forth in this Order shall not apply to any further litigation of the stayed claims in the event that the proposed settlement is not consummated and the stay is lifted.

Except as amended above, the provisions of the CMOs remain in effect.

SO ORDERED this 30th day of January, 2013.

_____
Hon. Frank Maas
United States Magistrate Judge