UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, et al.,

                               Plaintiffs,

                 - against -

FAIRFIELD GREENWICH LTD, et al.,

                             Defendants.

No. 09 Civ. 0118 (VM)

ECF CASE

**NOTICE OF APPEARANCE**

                PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP,

by Allan J. Arffa, shall appear as counsel of record for Defendants The Citco Group Limited,

Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services

(Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco (Canada) Inc., and Ian Pilgrim in

the above-captioned matter.

Dated:   New York, New York
           January 31, 2013

                                    PAUL, WEISS, RIFKIND, WHARTON &
                                      GARRISON LLP

                              By:            /s/ Allan J. Arffa
                                       Allan J. Arffa

                              1285 Avenue of the Americas
                              New York, New York 10019
                              (212) 373-3000 (telephone)
                              (212) 757-3990 (facsimile)
                              aarffa@paulweiss.com

                              *Attorneys for Defendants The Citco Group*
                              *Limited, Citco Bank Nederland N.V. Dublin*
                              *Branch, Citco Global Custody N.V., Citco Fund*
                              *Services (Europe) B.V., Citco Fund Services*
                              *(Bermuda) Limited, Citco (Canada) Inc., and*
                              *Ian Pilgrim*