UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al.,<br><br>                          Plaintiffs,<br><br>- against -<br><br>FAIRFIELD GREENWICH LTD, et al.,<br><br>                          Defendants. | No. 09 Civ. 0118 (VM)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP, by Andrew Gordon, shall appear as counsel of record for Defendants The Citco Group Limited, Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco (Canada) Inc., and Ian Pilgrim in the above-captioned matter.

Dated:   New York, New York
             January 31, 2013

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:      /s/ Andrew Gordon
           Andrew Gordon

1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000 (telephone)
(212) 757-3990 (facsimile)
agordon@paulweiss.com

*Attorneys for Defendants The Citco Group Limited, Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco (Canada) Inc., and Ian Pilgrim*