UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA ANWAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>Defendants.<br><br>This Document Relates To:  09-cv-118 (VM) | Master File No. 09-cv-118 (VM) (FM) |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on March 22, 2013 at 11:00 a.m. in Courtroom 11B at the United States District Court located at 500 Pearl Street, New York, New York, Plaintiffs will and hereby do move the Court, the Honorable Victor Marrero, for an order granting Plaintiffs' motion for Final Approval of the Proposed Settlement and Plan of Allocation.

This motion is based upon this notice, the accompanying memorandum of law, the accompanying Joint Declaration of Lead Counsel in Support of the Proposed Partial Settlement and Fee and Expense Requests, the exhibits thereto, and such argument and additional submissions that may be submitted to the Court before the hearing on this Motion.

Dated:  January 31, 2013                                  Respectfully submitted,

                                                        By:    /s/ David A. Barrett

| | |
|---|---|
| Robert C. Finkel | David A. Barrett |
| James A. Harrod | Howard L. Vickery, II |
| Natalie M. Mackiel | BOIES, SCHILLER & FLEXNER LLP |
| WOLF POPPER LLP | 575 Lexington Avenue |
| 845 Third Avenue | New York, NY 10022 |
| New York, NY 10022 | Telephone: (212) 446-2300 |
| Telephone:  212.759.4600 | Facsimile: (212) 446-2350 |
| Facsimile:   212.486.2093 | |
| | |
| Christopher Lovell | Stuart H. Singer |
| Victor E. Stewart | Carlos Sires |
| LOVELL STEWART HALEBIAN JACOBSON LLP | Sashi Bach Boruchow |
| 61 Broadway, Suite 501 | BOIES, SCHILLER & FLEXNER LLP |
| New York, NY 10006 | 401 East Las Olas Boulevard, #1200 |
| Telephone: 212.608.1900 | Ft. Lauderdale, Florida 33301 |
| | Telephone:  (954) 356-0011 |

*Co-Lead Counsel for Plaintiffs and Lead Counsel for PSLRA Plaintiffs*

175802v5                                        2