UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA ANWAR, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>　　　　　　　　　　Defendants.<br><br>This Document Relates To:  09-cv-118 (VM) | Master File No. 09-cv-118 (VM) (FM) |

**NOTICE OF PLAINTIFFS' PETITION FOR AN AWARD
OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on March 22, 2013 at 11:00 a.m. in Courtroom 11B at the United States District Court located at 500 Pearl Street, New York, New York, Plaintiffs will and hereby do move the Court, the Honorable Victor Marrero, for an order granting Lead Counsel's petition for an award of attorneys' fees, reimbursement of expenses and awards to the Representative Plaintiffs.

This petition is based upon this notice, the accompanying memorandum of law, the accompanying Joint Declaration of Lead Counsel in Support of the Proposed Partial Settlement and Fee and Expense Requests, the exhibits thereto, and such argument and additional submissions that may be submitted to the Court before the hearing on this petition.

2

Dated: January 31, 2013                                          Respectfully submitted,

By:   /s/ David A. Barrett

| | |
|---|---|
| Robert C. Finkel | David A. Barrett |
| James A. Harrod | Howard L. Vickery, II |
| Natalie M. Mackiel | BOIES, SCHILLER & FLEXNER LLP |
| WOLF POPPER LLP | 575 Lexington Avenue |
| 845 Third Avenue | New York, NY 10022 |
| New York, NY 10022 | Telephone: (212) 446-2300 |
| Telephone: 212.759.4600 | Facsimile: (212) 446-2350 |
| Facsimile: 212.486.2093 | |
| | |
| Christopher Lovell | Stuart H. Singer |
| Victor E. Stewart | Carlos Sires |
| LOVELL STEWART HALEBIAN JACOBSON LLP | Sashi Bach Boruchow |
| 61 Broadway, Suite 501 | BOIES, SCHILLER & FLEXNER LLP |
| New York, NY 10006 | 401 East Las Olas Boulevard, #1200 |
| Telephone: 212.608.1900 | Ft. Lauderdale, Florida 33301 |
| | Telephone: (954) 356-0011 |

*Co-Lead Counsel for Plaintiffs and Lead Counsel for PSLRA Plaintiffs*