UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, et al., <br><br>                    Plaintiffs, <br><br> - against - <br><br> FAIRFIELD GREENWICH LTD, et al., <br><br>                    Defendants. | No. 09 Civ. 0118 (VM) <br><br> ECF CASE <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP, by Patrick J. Somers, shall appear as counsel of record for Defendants The Citco Group Limited, Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco (Canada) Inc., and Ian Pilgrim in the above-captioned matter.

Dated:   New York, New York
         February 1, 2013

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                           GARRISON LLP

                                        By:        /s/ Patrick J. Somers
                                                      Patrick J. Somers

                                        1285 Avenue of the Americas
                                        New York, New York 10019
                                        (212) 373-3000 (telephone)
                                        (212) 757-3990 (facsimile)
                                        psomers@paulweiss.com

                                        *Attorneys for Defendants The Citco Group Limited, Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Europe) B.V., Citco Fund Services (Bermuda) Limited, Citco (Canada) Inc., and Ian Pilgrim*