LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

OFFICE PHONE (212) 759-4600
FACSIMILE (212) 486-2093
www.wolfpopper.com

LONG ISLAND OFFICE
11 GRACE AVENUE
SUITE 400
GREAT NECK, N.Y. 11021
(516) 726-7723
FAX: (516) 726-7724

DIRECT DIAL (212)451-9620
rfinkel@wolfpopper.com

February 4, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/13

**BY FAX (212) 805-6382**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Anwar, et al., v. Fairfield Greenwich Limited, et al., 09-CV-00118</u>

Dear Judge Marrero:

Pursuant to my associate's conversation with Your Honor's Law Clerk this morning, I write on behalf of the Representative Plaintiffs in the above action to advise the Court of a correction to Exhibit A of the Joint Declaration of Lead Counsel in Support of the Proposed Partial Settlement and Fee and Expense Requests, reflecting the expenses of Boies Schiller & Flexner LLP (Doc. 1035-1). We re-filed the Joint Declaration this afternoon with a corrected Exhibit A.

There are no other changes to the text or other exhibits to the Joint Declaration, nor in the accompanying Memorandum in Support of Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ("Plaintiffs' Fee Memorandum") (Doc. 1036). All references in Plaintiffs' Fee Memorandum and Joint Declaration to aggregate expenses incorporated the correct amount of Boies Schiller & Flexner's expenses ($821,907.63). The correct amount of aggregate expenses was also reflected in Exhibit D to the Joint Declaration (a table summarizing the expenses of all plaintiffs' counsel).

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiffs.

**SO ORDERED.**

2-5-13
DATE    VICTOR MARRERO, U.S.D.J.

Respectfully,

Robert C. Finkel

cc: Counsel of Record for the Parties in *Anwar* (by electronic mail)