From:   Nico Veldstra
        Emmalaan 19
        1862 ER Bergen
        The Netherlands
        tel. +31725814350
        nico.veldstra@quicknet.nl

To:     Clerk of the Court
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
        Daniel Patrick Moynihan
        United States Court House
        500 Pearl Street
        New York, NY 10007-1312
        United States of America

**IN RE:**
**PASHA S.ANWAR, at.al., Plaintiffs,**
**v**
**FAIRFIELD GREENWICH LIMITED, et.al., Defendants**
**Civil Action No. 09-cv-118.**

**Objection to the proposed partial settlement**

**INTRODUCTION**

The parties claim that the proposed settlement conditions are fair, reasonable, and adequate to the class. I disagree with this statement, and therefore object to the proposed statement.

**I. I am the Member of the class.**

My full name is Nico Veldstra, my mailing address is Emmalaan 19, 1862 ER Bergen, the Netherlands. My telephone number is +31725814350.
I am a beneficial owner of shares in Fairfield Sigma Limited.
Below please find an overview of shares purchased and redeemed.
Documentary proof is presented in the attachments (1 to 4).

| Date | Purchased | Redeemed | Name of fund | Amount per share | Total amount | Total amount in USD *) |
|---|---|---|---|---|---|---|
| | Amount of Shares | Amount of Shares | | EURO/ SHARE | EURO | USD |
| July 27, 2001 | 340 | | Fairfield Sigma Ltd | 116.51 | 39,613.40 | 53,659.97 |
| April 23, 2007 | 200.8463 | | Fairfield Sigma Ltd | 179.2415 | 35,999.99 | 48,765.28 |
| August 1, 2008 | | 261 | Fairfield Sigma Ltd | 185.3896 | 48,386.69 | 65,544.19 |
| | | | | | | |
| Balance per Feb.7, 2013 | 279.8463 shares | | | | | |

*) rate per Februay 7, 2013          1,355  USD/EUR

## II. This objection is brought in good faith.

I am bringing this objection in good faith, as I'm very disappointed with the outcome of the settlement while not standing to gain substantially from this objection.

## III. The proposed settlement terms are mostly beneficent to the attorneys.

The proposed payment of attorney's fees and reimbursement of expenses to a possible total of 25% to 28,3% of the total settlement sum, make up a totally inappropriate and outlandish share of the total settlement. The settlement results in a relatively neglectable and minor reimbursement of the lost investments for the class action members who with no exception have been drawn into this situation totally involuntary, whereas the attorneys are allowed outlandish gains on a cause in which they are partaking of free will.

Therefore I respectfully request the Court to withhold the settlement approval until the parties amend the settlement and find a more appropriate balance between the potential Class Members recovery and the reimbursement of Attorney's fees and expenses.

Respectfully submitted,

Dated: __February 7, 2013__     By: __Nico Veldstra__   _/signature/_

**Attachments:**

- Certificate of service
- 4 pp Documentary proof of purchase, redemption, and ownership (per 2012)

**Certificate of Service**

I hereby certify that on February 7, 2013, I caused true copies of this document to be sent to the following addresses by courier.

Court
Clerk of the Court
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007-1312
United States of America


Plaintiffs'Councel Designee
Robert C. Finkel, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
United States of America


Settling Defendants' Councel Designee
Mark G. Cunha, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
United States of America

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *class member Nico Veldstra*.
>
> SO ORDERED.
>
> 2-13-13
> DATE    VICTOR MARRERO, U.S.D.J.

Nico Veldstra _____

**SNS bank**

POSTBUS 70053
5201 DZ  S HERTOGENBOSCH
telefoon: 073-6922913

810/001

VELDSTRA N EN/OF
VELDSTRA ZWART L
PR HENDRIKLN 10
1862 EL  BERGEN NH

Afschrift effectendepot

| Effectendepotnummer | Betreft | Valutasoort | Datum | Volgnr. |
|---|---|---|---|---|
| 85.09.04.811 | EFFECTENNOTA 28062001-003272 | EUR | 24-08-2001 | 1 |

Omschrijving                                                                 Mutaties debet/af    Mutaties credit/bij

WIJ HEBBEN VOOR U GEKOCHT TE FRANKFURT D.D. 26-07-2001

340 RGAAN FAIRFIELD SIGMA

KOERS EUR 116,51          39.613,40

PROVISIE                       169,42

UW POSITIE IN DIT FONDS IS NA DEZE MUTATIE
340 STUKS

VALUTADATUM 27-07-2001

WIJ DEBITEREN  UW REKENING              85.09.04.811        39.782,82

N. Veldstra          Attachment 1

*N. Veldstra*

*Attachment - 2*



# SNS Bank

**POSTBUS 70051**
**5201 DZ   S HERTOGENBOSCH**
**telefoon: 030-2997299**

810/001   VELDSTRA N EN/OF
          VELDSTRA ZWART L
          PR HENDRIKLN 10
          1862 EL   BERGEN NH

KOPIE Effectendsprg

| Rekeningnummer | omschr. | EFFECTENNOTA 22112007-001956 | Valuta | Datum overzicht | Blad |
|---|---|---|---|---|---|
| 85.09.04.811 | | EFFECTENNOTA 22112007-001956 | EUR | 24-01-2008 | 1 |

Omschrijving                                                    Mutaties debet/af    Mutaties credit/bij

**WIJ HEBBEN VOOR U VERKOCHT D.D. 01-01-2008**

**261 RGAAN FAIRFIELD SIGMA -A-**

KOERS EUR 185,3896                                                                    48.386,69

PROVISIE                                                           182,58

**UW POSITIE IN DIT FONDS IS NA DEZE MUTATIE**
**279,8463 STUKS**

VALUTADATUM 22-01-2008

WIJ CREDITEREN UW REKENING                          85.09.04.811                      48.204,11



**SNS Bank**

POSTBUS 70053
5201 DZ  S HERTOGENBOSCH
telefoon: 073-6922912

810/001     VELDSTRA N EN/OF
            VELDSTRA ZWART L
            PR HENDRIKLN 10
            1862 EL  BERGEN NH

Effectendepot

| Effectendepotnummer | Betreft | Valutasoort | Datum overzicht | Blad |
|---|---|---|---|---|
| 85.09.04.811 | EFFECTENNOTA 10042007-007536 | EUR | 14-05-2007 | 1 |

| Omschrijving | | Mutaties debet/af | Mutaties credit/bij |
|---|---|---|---|
| WIJ HEBBEN VOOR U GEKOCHT D.D. 23-04-2007 SLECHTS | | | |
| 200,8463 RGAAN FAIRFIELD SIGMA -A- | | | |
| | KOERS EUR 179,2415 | 35.999,99 | |
| | PROVISIE | 164,00 | |
| UW POSITIE IN DIT FONDS IS NA DEZE MUTATIE | | | |
| 540,8463 STUKS | | | |
| VALUTADATUM 23-04-2007 | | | |
| WIJ DEBITEREN  UW REKENING | 85.09.04.811 | 36.163,99 | |

N. Veldstra    Attachment 3

*[signature]*

Effectendepot **SNS Bank**

Blad 1
Mp 083622

| Effectendepotnummer | Betreft | Valuta soort | Datum overzicht |
|---|---|---|---|
| 85.09.04.811 | WAARDESTAAT PER 30-06-2012 | EUR | 15-07-2012 |

| Omschrijving | Aantal/Nominaal | Val | Koers | Waarde |
|---|---:|---|---:|---:|
| **Aandelen en certificaten binnenland** | | | | |
| RGAAN GLOBAL OPPORTUNITIES FUND | 39,942 | EUR | 7,82 | 312,35 |
| | | | | |
| **Aandelen en certificaten buitenland** | | | | |
| RGAAN FAIRFIELD SIGMA -A- | 279,8463 | EUR | 0,00 | |
| RGAAN THAMES RIVER HILLS. APEX -B- | 4,61 | EUR | 655,96 | 3.023,98 |
| RGAAN ALDARRA PRIME ADVISOR USD | 109,134 | USD | 0,00 | |
| RGAAN AJW OFFSHORE II B 1108 | 403,937 | USD | 99,1334 | 31.612,58 |
| RGAAN LONGACRE SPV II CLASS I 0409 | 1,1994 | USD | 1.025,028 | 970,57 |
| RGAAN ALDARRA MERRIWELL CLAWBACK USD | 15,299 | USD | 126,9481 | 1.533,26 |
| RGAAN ALDARRA MERRIWELL ILLIQUID USD | 65,447 | USD | 39,83 | 2.057,91 |
| RGAAN EOS CRED OPP OFFSHORE R6-1207 | 5,8232 | USD | 795,5365 | 3.657,20 |
| RGAAN ASHMORE EM MKT LIQ AUG 11 | 8,2995 | USD | 9,7385 | 63,80 |
| RGAAN ASHMORE EM MKT LIQ DEC 11 | 1,6155 | USD | 9,699 | 12,37 |
| | | | **TOTAAL** | **43.244,02** |

GEBRUIKTE WISSELKOERSEN
USD 1,2667

N. Veldstra, Attachment 4