# RIVERO MESTRE

February 14, 2013

*By Overnight Delivery and CM/ECF*

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      **Re: Standard Chartered Cases –** *Anwar v. Fairfield Greenwich Limited, et al.,*
      **Case No. 09-CV-118 (VM), United States District Court, Southern District of**
      **New York**

Dear Judge Marrero:

      We write on behalf of Headway Investment Corp ("Headway"). In accordance with the December 17, 2012 Notice of Proposed Partial Settlement of Class Action and Settlement Fairness Hearing, and Motion for Attorneys' Fees and Reimbursement of Expenses, Headway informs the Court of its intent to appear at the settlement hearing scheduled for March 22, 2013. Headway wishes to, and asks this Court to allow it to, appear and speak at the hearing to voice its concerns regarding the proposed settlement. As discussed more fully in Headway's objection letter filed with the Court on February 7, 2013, the proposed settlement would provide compensation for no more than 3% of losses incurred by investors and would amount to a windfall for the Fairfield Defendants.

      Headway purchased and redeemed the following shares:

**Fairfield Sentry:**

Date of Investment: **January 31, 2003**
Amount (cost) of Investment: **US $ 4,000,000**
Number of Shares in the Sentry Fund acquired: **4000 shares**

Date of Investment: **November 1, 2003**
Amount (cost) of Investment: **US $ 2,500,000**
Number of Shares in the Sentry Fund acquired: **2,324.81 shares**



Rivero Mestre LLP
www.riveromestre.com
T 305 4452500    F 305 4452505

MIA  2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134   NYC

Date of Investment: **July 1, 2005**
Amount (cost) of Investment: **US $ 2,000,000**
Number of Shares in the Sentry Fund acquired: **1,893.29 shares**

Date of Redemption: **July 25, 2005**
Amount (cost) of Investment: **US $ 7,474,273.76 (redeemed to purchase Fairfield Sigma.** *See below.)*
Number of Shares in Sentry Fund redeemed: **7066.27 shares**

**Fairfield Sigma:**

Date of Investment: **July 25, 2005**
Amount (cost) of Investment: **EUR 6,200,000**
Number of Shares in the Sigma Fund acquired: **38,825.22 shares**

Date of Investment: **August 25, 2005**
Amount (cost) of Investment: **Eur 1,749,828**
Number of Shares in Sigma Fund acquired: **10,955.60 shares**

      Attached as Composite Appendix A is documentary proof demonstrating Headway's standing as a putative member of the proposed Settlement Class.

Respectfully yours,

Jorge A. Mestre
Allan H. Rolnick
Counsel for Headway Investment Corporation

cc:    All counsel in *Anwar* (by email)

Enclosure

1460.01\CORRES\LTR J. MARRERO 02.14.13