UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.,*<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>　　　　　　　Defendants. | Master File No.  09-cv-118 (VM) |

### DERIVATIVE PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
### IN FURTHER SUPPORT OF OBJECTION TO PROPOSED SETTLEMENT

　　　　　　　　　　　　　　　　　　**MILBERG LLP**
　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza
　　　　　　　　　　　　　　　　　　New York, New York 10119
　　　　　　　　　　　　　　　　　　Tel.: (212) 594-5300

　　　　　　　　　　　　　　　　　　**SEEGER WEISS LLP**
　　　　　　　　　　　　　　　　　　77 Water Street
　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　Tel.: (212) 584-0700

　　　　　　　　　　　　　　　　　　*Attorneys for Objectors*

Derivative Plaintiffs Morning Mist Holdings Ltd. and Miguel Lomeli respectfully submit this supplement in further support of their Objection to the Proposed Settlement. After the Objection was filed, Lead Counsel filed the declaration of their foreign law expert, Professor Jonathan Harris, in support of their class certification motion. Professor Harris states:

> A related difficulty is that English proceedings may also require the absent class members to *compete with* the BMIS Trustee, the liquidators and administrators of the Fairfield Greenwich Funds in settlement discussions and in executing against available assets.

*See* Harris Declaration, Doc. 1048, ¶ 153 (emphasis supplied).

Professor Harris' statement supports Objectors' position that, given the FG Defendants' "depleted finances" (as so characterized by Lead Counsel, *see* Doc. 1035, ¶ 131), Lead Counsel cannot adequately represent Sentry because they have negotiated a class action settlement that competes with and, broadly read, purports to enjoin class members from prosecuting the far more valuable Derivative Action on behalf of Sentry. *See* Objection, Doc. 1047, at 10-11. The statement also supports Objector's position that the settlement violates the principles of *National Super Spuds, Inc. v. N.Y. Mercantile Exchange*, 660 F.2d 9 (2d Cir. 1981).

Dated: February 19, 2013

Respectfully submitted,

MILBERG LLP

By: /s/ Robert A. Wallner
     Robert A. Wallner
Kent A. Bronson
Kristi Stahnke McGregor
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229
rwallner@milberg.com
kbronson@milberg.com
kmcgregor@milberg.com

Stephen A. Weiss
Parvin Aminolroaya
SEEGER WEISS LLP
77 Water Street
New York, New York 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799
sweiss@seegerweiss.com
paminolroaya@seegerweiss.com

*Attorneys for Objectors*