**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| ANWAR, *et al.*, |
| Plaintiffs, |
| - v- |
| FAIRFIELD GREENWICH LIMITED, *et al.*, |
| Defendants. |
| This Document Related To:  All Actions |

Master File No. 09-cv-118 (VM)

**THE CITCO DEFENDANTS' APPLICATION**
**FOR THE ISSUANCE OF A LETTER OF REQUEST**

1.      Defendants Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Bermuda) Limited, and The Citco Group Limited (collectively, the "Citco Defendants"), by their attorneys Brown and Heller, P.A., submit this Application for the Issuance of a Letter of Request, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Concluded 18 March 1970, to The Royal Ministry of Justice and Police, Department of Civil Affairs, Oslo, Norway.  This application is submitted in accordance with Fed. R. Civ. P. 28(b)(2) and 28 U.S.C. § 1781.

2.      The Citco Defendants' proposed Letter of Request is attached to this Application.

3.      The Citco Defendants' proposed Letter of Request seeks deposition testimony from an individual currently residing in Norway.  As explained in the Citco Defendants' proposed Letter of Request, the individual, Jan Naess, is a former member of the Board of

Directors of two of the hedge funds at issue in this litigation, Fairfield Sentry Limited and Fairfield Sigma Limited (collectively, the "Funds").

4.      Further, Mr. Schmid was previously named as a defendant in this action, but was omitted as a defendant in the operative complaint, the Second Consolidated Amended Complaint ("SCAC") filed in this action on September 29, 2009, in exchange for his agreement to appear and give an informational interview to Plaintiffs' counsel in London regarding his personal knowledge of the Funds, which interview took place in January 2010.

5.      Accordingly, and for the reasons described more fully in the Citco Defendants' proposed Letter of Request, the Citco Defendants submit that the proposed Letter of Request is just and appropriate, and respectfully request that this Court issue such Letter of Request.

6.      The Citco Defendants respectfully request that the Court signs and affixes the Court's seal to the proposed Letter of Request, notifies the Citco Defendants' counsel that the Court has executed the Letter of Request, and returns the Letter of Request to counsel for the Citco Defendants.  The Citco Defendants' local counsel in Norway will then submit the Letter of Request to Norway's Central Authority.

Dated:  February 28, 2013

Respectfully submitted,

**BROWN AND HELLER, P.A.**


/s/ Dyanne E. Feinberg_____
Lewis N. Brown
Dyanne E. Feinberg
Terence M. Mullen
Amanda M. McGovern
Elizabeth Izquierdo
One Biscayne Tower, 15th Floor
2 South Biscayne Boulevard
Miami, FL 33131
T:  305.358.3580
lbrown@bhlawpa.com


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp
Andrew Gordon
Patrick J. Somers
1285 Avenue of the Americas
New York, New York 10019
Tel: 212.373.3000
bkarp@paulweiss.com


*Attorneys for Defendants Citco Fund Services (Europe) B. V., Citco (Canada) Inc., Citco Bank Nederland N. V. Dublin Branch, Citco Global Custody N.V., Citco Fund Services (Bermuda) Limited and The Citco Group Limited*

3

**Anwar et al. vs. Fairfield Greenwich Limited et al.**
**U.S. District Court for the Southern District of NY –**
**Case No. 09-CV-0118 (VM)**
SERVICE LIST

| PARTIES | ATTORNEYS |
|---|---|
| *Interim Co-Lead Counsel for Plaintiffs* | David Boies<br>**Boies, Schiller & Flexner, LLP**<br>333 Main Street<br>Armonk, NY 10504<br>T. (914) 749-8200<br>F. (914) 749-8300<br>Email: dboies@bsfllp.com<br><br>David A. Barrett<br>**Boies, Schiller & Flexner, LLP**<br>575 Lexington Avenue<br>New York, NY 10022<br>T. (212) 446-2300<br>F. (212) 446-2350<br>Email: dbarrett@bsfllp.com<br><br>Stuart H. Singer<br>Sashi B. Boruchow<br>**Boies, Schiller & Flexner, LLP**<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL 33301<br>T. (954) 356-0011<br>F. (954) 356-0022<br>Email: sboruchow@bsfllp.com<br>Email: ssinger@bsfllp.com<br><br>Christopher Lovell<br>Victor E. Stewart<br>**Lovell Stewart Halebian Jacobson LLP**<br>61 Broadway, Suite 501<br>New York, NY 10006<br>T. (212) 608-1900<br>F. (212) 719-4677<br>Email: clovell@lshllp.com<br>Email: victornj@ix.netcom.com<br><br>Robert C. Finkel<br>James A. Harrod, III<br>E. Elizabeth Robinson<br>**Wolf Popper LLP**<br>845 Third Avenue<br>New York, NY 10022<br>T. (212) 451-9631 |

| | |
|---|---|
| | F. (212) 486-2093<br>Email: rfinkel@wolfpopper.com<br>Email: jharrod@wolfpopper.com |
| ***Attorneys for Defendants***<br>***Fairfield Greenwich Ltd.***<br>***Fairfield Greenwich (Bermuda) Ltd.***<br>***Fairfield Greenwich Advisors LLC***<br>***Fairfield Risk Services Ltd.***<br>***Fairfield Heathcliff Capital LLC***<br>***Daniel Lipton***<br>***Mark McKeefry***<br>***Richard Landsberger***<br>***Charles Murphy***<br>***Andrew Smith***<br>***Lourdes Barreneche***<br>***Yanko Della Schiava***<br>***Vianney d'Hendecourt***<br>***Jacqueline Harary***<br>***Harold Greisman***<br>***Julia Luongo***<br>***Maria Teresa Pulido Mendoza***<br>***Corina Piedrahita***<br>***Santiago Reyes***<br>***Philip Toub*** | Mark G. Cunha<br>Peter E. Kazanoff<br>Sara A Ricciardi<br>**Simpson Thacher & Bartlett LLP**<br>425 Lexington Avenue<br>New York, NY 10017<br>T. (212) 455-2000<br>F. (212) 455-2502<br>Email: mcunha@stblaw.com<br>Email: pkazanoff@stblaw.com<br>Email: sricciardi@stblaw.com |
| ***Attorney for Defendants***<br>***Walter M. Noel, Jr.*** | Glenn Kurtz<br>Andrew Hammond<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>T. (212) 819-8200<br>F. (212) 354-8113<br>Email: gkurtz@whitecase.com<br>Email: ahammond@whitecase.com |
| ***Attorneys for Defendant***<br>***Andres Piedrahita*** | Andrew J. Levander<br>David S. Hoffner<br>**Dechert LLP**<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>T. (212) 698-3500<br>T. (212) 891-9431<br>F. (212) 698-3500<br>Email: andrew.levander@dechert.com<br>Email: david.hoffner@dechert.com |

| | |
|---|---|
| *Attorneys for Defendant*<br>*Jeffrey Tucker* | Marc E. Kasowitz<br>Daniel J. Fetterman<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>T. (212) 506-1700<br>F. (212) 506-1800<br>Email: mkasowitz@kasowitz.com<br>Email: dfetterman@kasowitz.com |
| *Attorneys for Defendant*<br>*Amit Vijayvergiya* | Mark P. Goodman<br>Helen V. Cantwell<br>**Debevoise & Plimpton, LLP**<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br>T. (212) 909-6000<br>F. (212) 909-6312<br>Email: mpgoodman@debevoise.com<br>Email: hvcantwell@debevoise.com |
| *Attorneys for Defendant*<br>*Cornelis Boele* | Sean F. O'Shea<br>Michael E. Petrella<br>**O'Shea Partners LLP**<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>T. (212) 682-4426<br>F. (212) 682-4437<br>Email: soshea@osheapartners.com<br>Email: mpetrella@osheapartners.com |

| | |
|---|---|
| *Attorneys for Defendants*<br>*PricewaterhouseCoopers L.L.P.*<br>*(PwC Canada)* | Andrew M. Genser<br>Mindy M. Yu<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>T. (212) 446-4809<br>F. (212) 446-4900<br>Email: agenser@kirkland.com<br>Email: myu@kirkland.com<br><br>Timothy A. Duffy<br>Amy E. Crawford<br>**Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>T. (312) 862-2000<br>F. (312) 862-2200<br>Email: tim.duffy@kirkland.com<br>Email: amy.crawford@kirkland.com |
| *Attorneys for Defendant*<br>*PricewaterhouseCoopers Accountants*<br>*Netherlands N.V.*<br>*(PwC Netherlands)* | William R. Maguire<br>Sarah L. Cave<br>**Hughes Hubbard & Reed LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>T. (212) 837-6000<br>F. (212) 299-6413<br>Email: maguire@hugheshubbard.com<br>Email: cave@hugheshubbard.com |
| *Attorneys for Defendants*<br>*David Horn*<br>*Robert Blum* | Edward M. Spiro<br>Robert J. Anello<br>**Morvillo, Abramowitz, Grand, Iason, Anello &**<br>**Bohrer, P.C.**<br>565 Fifth Avenue<br>New York, NY 10017<br>T. (212) 880-9460<br>F. (212) 856-9494<br>Email: espiro@magislaw.com<br>Email: ranello@maglaw.com |

| | |
|---|---|
| *Attorneys for Defendant*<br>*GlobeOp Financial Services LLC* | Jonathan D. Cogan<br>Michael S. Kim<br>**Kobre & Kim LLP**<br>800 Third Avenue<br>New York, NY 10022<br>T. (212) 488-1200<br>F. (212) 488-1220<br>Email: jonathan.cogan@kobrekim.com<br>Email: michael.kim@kobrekim.com |
| *Attorneys for Defendant*<br>*Gregory Bowes* | Bruce Allen Baird<br>Matthew F. Dunn<br>**Covington & Burling, LLP**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>T. (202) 662-5122<br>F. (202) 778-5122<br>Email: bbaird@cov.com<br>Email: mdunn@cov.com |