UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PASHA S. ANWAR, et al.,              :
                                     :        09 Civ. 0118 (VM)
                    Plaintiffs,      :
                                     :     **DECISION AND ORDER**
     -  against  -                   :
                                     :
FAIRFIELD GREENWICH GROUP, et al.    :     USDC SDNY
                                     :     DOCUMENT
                    Defendants.      :     ELECTRONICALLY FILED
                                     :     DOC #: _____
This Document Relates to the         :     DATE FILED: _3/1/13_
Standard Chartered Cases             :
------------------------------------X
**VICTOR MARRERO, United States District Judge.**

## I.   BACKGROUND

By Order dated February 15, 2013, Magistrate Judge Frank
Maas, to whom this matter had been referred for supervision of
pretrial proceedings, issued an Order (the "Order," Docket No.
1045) directing that if plaintiffs have any additional expert
opinions they wish to offer beyond those already expressed in
their initial reports they should convey such opinions in a
further rebuttal report or risk being precluded from
presenting that testimony. Plaintiffs filed timely objections
to the Order. The Standard Chartered Bank Defendants have
responded to the plaintiffs' objections.  For the reasons
stated below, the Court adopts the Order in entirety.

## II.  **STANDARD OF REVIEW**

A district court evaluating a Magistrate Judge's order with respect to a matter not dispositive of a claim or defense may adopt the magistrate judge's findings and conclusions as long as the factual and legal bases supporting the ruling are not clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Thomas v. Arn, 474 U.S. 140, 149 (1985).   The magistrate judge's non-dispositive rulings should be afforded substantial deference.   See R.F.M.A.S., Inc. v. So, 748 F. Supp. 2d 244, 248 (S.D.N.Y. 2010).  A district judge, after considering any objections by the parties,  may accept, set aside, or modify, in whole or in part, the findings conclusions of the magistrate judge with regard to such matters.  See Fed. R. Civ. P. 72(a); see also DeLuca v. Lord, 858 F. Supp. 1330, 1345 (S.D.N.Y. 1994).

## III.  **DISCUSSION**

Having conducted a review of the record of the matter before the Court, including the parties' respective papers submitted in connection with this proceeding, as well as the Order and applicable legal authorities, the Court concludes that the findings and reasoning of the Order are not clearly erroneous or contrary to law and are thus warranted.

-2-

Accordingly, for substantially the reasons set forth in the Order the Court adopts the Order in its entirety.

## IV. ORDER

For the reasons discussed above, it is hereby

**ORDERED** that the Order of Magistrate Judge Frank Maas dated February 15, 2013 (Docket No. 1045) is adopted in its entirety, and the objections (Docket No. 1051) of plaintiffs are DENIED.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         1 March 2013

Victor Marrero
U.S.D.J.

-3-