UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
PASHA S. ANWAR, et al.,            :
                                   :   09 Civ. 0118 (VM)
              Plaintiffs,          :
                                   :
                                   :
                                   :
     -against-                     :
                                   :
FAIRFIELD GREENWICH LIMITED,       :
et al.,                            :
                                   :
                                   :
              Defendants.          :
------------------------------ X



**ORDER**

**VICTOR MARRERO, United States District Judge.**

     On November 30, 2012, the Court issued an order granting preliminary approval to the proposed settlement between the Plaintiffs and Defendants Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Limited (collectively, the "Fairfield Greenwich Defendants") and staying all litigation in this action between Plaintiffs and the Fairfield Greenwich Defendants.  On February 25, 2013, the Court issued a decision and order granting in part Plaintiffs' motion for class certification (the "Class Certification Order").  As a result of the stay previously imposed by the Court, the Class Certification Order does not currently apply to the claims asserted by Plaintiffs against the Fairfield Greenwich Defendants.

**SO ORDERED.**

Dated: New York, New York
       6 March 2013

VICTOR MARRERO
U.S.D.J.