UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____3_____
DATE FILED: _3/7/13_
```

Anwar, *et al.*,

        Plaintiff,

-against-

Fairfield Greenwich Limited, *et al.*,

        Defendant.

09 cv 00118 ( VM )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____Joshua Ian Sheptow_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____California_____; and that his/her contact information is as follows (please print):

Applicant's Name: _____Joshua Ian Sheptow_____

Firm Name: _____Boies, Schiller & Flexner LLP_____

Address: _____401 East Las Olas Blvd._____

City / State / Zip: _____Fort Lauderdale, FL 33301_____

Telephone / Fax: _____(954) 356-0011 / (954) 356-0022_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____Plaintiffs_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7 March 2013

                                                  Victor Marrero
                                   United States District / Magistrate Judge