UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANWAR, et al.,

                Plaintiffs,

    v.

FAIRFIELD GREENWICH LIMITED, et al.,

                Defendants.

------------------------------------------------------------x

NO. 09-CV-0118 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge**

    WHEREAS, on November 30, 2012, the Court issued an order granting preliminary approval to the proposed settlement between Plaintiffs and Defendants Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Limited and staying all litigation in this action between Plaintiffs and Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Group, Fairfield Greenwich Advisors LLC, Fairfield Risk Services Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich (UK) Limited, Walter M. Noel, Jr., Jeffrey H. Tucker, Andrés Piedrahita, Lourdes Barreneche, Robert Blum, Cornelis Boele, Gregory Bowes, Vianney d'Hendecourt, Yanko Della Schiava, Harold Greisman, Jacqueline Harary, David Horn, Richard Landsberger, Daniel E. Lipton, Julia Luongo, Mark McKeefry, Charles Murphy, Corina Noel Piedrahita, Maria Teresa Pulido Mendoza, Santiago Reyes, Andrew Smith, Philip Toub and Amit Vijayvergiya (collectively, the "FG Entity and Individual Defendants").

    WHEREAS, on February 25, 2013, the Court issued a decision and order granting in part Plaintiffs' motion for class certification (the "Class Certification Order").

    WHEREAS, on March 6, 2013, the Court issued an order clarifying that, as a result of the stay previously imposed by the Court, the Class Certification Order does not currently apply to

the claims asserted by Plaintiffs against the Fairfield Greenwich Defendants, defined as only Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Limited.

NOW, THEREFORE, IT IS FURTHER HEREBY ORDERED:

1. As a result of the stay previously imposed by the Court, the Class Certification Order does not currently apply to the claims asserted by Plaintiffs against each and all of the FG Entity and Individual Defendants.

IT IS SO ORDERED.

Dated: New York, New York
March 2013

VICTOR MARRERO
U.S.D.J.

2