# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-3475

E-MAIL ADDRESS

mcunha@stblaw.com

BY FACSIMILE

March 8, 2013

Re: *Anwar, et al. v. Fairfield Greenwich Limited, et al.*,
No. 09-cv-00118(VM) (S.D.N.Y.)

The Honorable Victor Marrero
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/13

Dear Judge Marrero:

I write on behalf of certain Fairfield Greenwich affiliated defendants in regard to the Court's Order entered March 6, 2013 (ECF No. 1068, the "Order") in the above referenced action (the "Action") clarifying that the Court's Decision and Order entered February 25, 2013 granting in part Plaintiffs' motion for class certification (ECF No. 1052, the "Class Certification Order") "does not currently apply to the claims asserted by Plaintiffs against the Fairfield Greenwich Defendants" as a result of the stay previously imposed by the Court. Order at 1. In the Order, the Court defined the term "Fairfield Greenwich Defendants" to include only Fairfield Greenwich Limited ("FGL") and Fairfield Greenwich (Bermuda) Limited ("FGBL").

As I noted in my letter to the Court dated February 28, 2013, the proposed partial settlement of the Action preliminarily approved by the Court by Order dated November 30, 2013 (ECF No. 1008, "the Preliminary Approval Order") provides for the dismissal and release of all claims asserted against *all* of the FG Defendants (as defined in the Stipulation of Settlement dated as of November 6, 2012). Accordingly, the Court-imposed stay applies to each of the FG Defendants, not only FGL and FGBL. *See* Preliminary Approval Order ¶ 30.

Therefore, we respectfully request the Court to enter the proposed order enclosed herewith (the "Proposed Order") clarifying that the Class Certification Order does not currently apply to the claims asserted by Plaintiffs in the Action against FGL, FGBL, as well as each and all of Fairfield Greenwich Group, Fairfield Greenwich Advisors LLC,

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.

SIMPSON THACHER & BARTLETT LLP

The Honorable Victor Marrero         -2-                    March 8, 2013

Fairfield Risk Services Ltd., Fairfield Heathcliff Capital LLC, Fairfield Greenwich (UK) Limited, Walter M. Noel, Jr., Jeffrey H. Tucker, Andrés Piedrahita, Lourdes Barreneche, Robert Blum, Cornelis Boele, Gregory Bowes, Vianney d'Hendecourt, Yanko Della Schiava, Harold Greisman, Jacqueline Harary, David Horn, Richard Landsberger, Daniel E. Lipton, Julia Luongo, Mark McKeefry, Charles Murphy, Corina Noel Piedrahita, Maria Teresa Pulido Mendoza, Santiago Reyes, Andrew Smith, Philip Toub and Amit Vijayvergiya (collectively, the "FG Entity and Individual Defendants").

Counsel for Plaintiffs have reviewed this letter and the Proposed Order and join in our request.

Respectfully Submitted,

Mark G. Cunha

cc: Counsel in Anwar (*by email*)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by FG Entity and Individual Defendants

SO ORDERED.

3-11-13
DATE            VICTOR MARRERO, U.S.D.J.