**MILBERG** LLP

NEW YORK
LOS ANGELES
DETROIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ 3
DATE FILED: 3/11/13

Robert A. Wallner
Direct Dial: 212-946-9335
rwallner@milberg.com

March 11, 2013

<u>VIA FACSIMILE</u>

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Anwar v. Fairfield Greenwich Group*, Master File No. 09 CV 0118 (VM)

Dear Judge Marrero:

     We represent the *Morning Mist* Derivative Plaintiffs, who have objected to the proposed settlement between the Class Plaintiffs and the FG Defendants. *See* ECF Nos. 1047, 1049. We write to request a pre-motion conference in advance of the March 22 fairness hearing.

     As noted in our Objection, the Class Plaintiffs seek to justify the proposed settlement on the ground, *inter alia*, that the settlement has "depleted" the finances of the settling defendants. Objection, ECF No. 1047, at 10; *see* Lead Counsel's Joint Declaration, ECF No. 1035, ¶ 131 (referencing defendants' "depleted finances"); Class Notice at 6, ECF No. 1035-5 (same). Lead Counsel state that they reached this conclusion after reviewing the FG Defendants' "certified financial disclosures." ECF No. 1035, ¶ 131. More recently, however, in opposing the BLMIS Trustee's request to intervene, Lead Counsel have stated that the defendants "will have assets remaining after funding the Settlement." *See* ECF No. 1060, at 3.

     Given Lead Counsel's recent statement, we have asked them for copies of the financial disclosures (to be maintained in accordance with the outstanding confidentiality order), but they have refused to respond to our request. Accordingly, we respectfully request that the Court schedule a pre-motion conference to address our request for the disclosures.

               Respectfully,

               Robert A. Wallner



The Honorable Victor Marrero
March 11, 2013
Page 2

cc:   David A. Barrett, Esq. (by email)
      Helen V. Cantwell, Esq. (via email)
      Jonathan D. Cogan, Esq. (by email)
      Mark G. Cunha, Esq. (by email)
      Timothy A. Duffy, Esq. (by email)
      Robert C. Finkel, Esq. (via email)
      Andrew G. Gordon, Esq. (via email)
      Mark Kasowitz, Esq. (via email)
      Andrew Levander, Esq. (via email)
      William Maguire, Esq. (via email)
      Sean F. O'Shea (via email)
      Glen Kurtz (via email)
      Edward M. Spiro (via email)
      Victor E. Stewart, Esq. (via email)
      Stephen A. Weiss, Esq. (via email)

Class Plaintiffs are directed to
respond by 3-13-13, by letter
not to exceed three (3) pages,
to the request of the Morning-
mist Plaintiffs regarding the
matter set forth above.

SO ORDERED:

3-11-13
DATE          VICTOR MARRERO, U.S.D.J.

DOCS\654983v1

MILBERG LLP