## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
PASHA ANWAR, et al., )
                 Plaintiffs, ) Master File No.: 09-cv-00118 (VM)
                                       )
FAIRFIELD GREENWICH LIMITED, ) **ORDER FOR ADMISSION**
et al. ) **PRO HAC VICE ON WRITTEN**
                 **Defendants.** ) **MOTION**
                                       )
This Document Relates To: *Ricardo Almiron* )
*v. Standard CharteredBank International* )
*(Americas) Limited, et al.*, No. 10-CV-06186 )
-VM; and *Carlos Carrillo v. Standard* )
*Chartered Bank International (Americas)* )
*Limited, et al.*, No. 10-CV-06187-VM )
---------------------------------------------------x

      Upon the motion of Steven E. Mellen, a member of the Bar of this Court, and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

      Matthew L. Jones
      Jones & Adams, P.A.
      9155 South Dadeland Boulevard, Suite 1506
      Miami, Florida 33156
      Telephone:  (305) 270-8858
      Facsimile:   (305) 270-6778
      matthew@jones-adams.com



is admitted to practice pro hac vice as counsel for the Plaintiffs Ricardo Almiron and Carlos Carrillo in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~May    , 2011~~ 13 March 2013
New York, New York

**SO ORDERED.**

_____
Victor Marrero
United States ~~District~~ Magistrate Judge

2