UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PASHA ANWAR, et al.,                              )
                                                  )
      Plaintiffs,                            )
                                                  )
v.                                                )
                                                  )   Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,              )
                                                  )
      Defendants.                            )
                                                  )
This Document Relates to:                         )
*Da Silva Ferreira v. EFG Capital International*  )
*Corp., et al., 11-CV-813(VM)*                    )
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/13

## REQUEST FOR REMOVAL FROM SERVICE LIST
## AND REQUEST TO STOP ELECTRONIC NOTICES

Please take notice that pursuant to the Court's Order Granting Petition for an Award of Attorneys' Fees and Reimbursement of Expenses [D.E. 888] and Final Judgment dated June 1, 2012 [D.E. 890], the case has been settled. Therefore, Amanda Star Frazer's representation in this matter has been concluded. Accordingly, Amanda Star Frazer requests that the Clerk removes her name from the list of parties being notified of electronic filings in this case.

Master File No. 09-CV-118 (VM)

Dated this 24th day of October, 2012.                    Respectfully submitted,

COHEN KINNE VALICENTI & COOK LLP        LEVINE KELLOGG LEHMAN
*Co-counsel for Plaintiffs*              SCHNEIDER + GROSSMAN LLP
28 North Street, 3rd Floor               *Attorneys for Plaintiffs*
Pittsfield, MA 01201                     201 So. Biscayne Boulevard
Telephone: (413) 443-9399                Miami Center, 22nd Floor
Facsimile: (413) 553-0331                Miami, FL 33131
KEVIN M. KINNE                           Telephone: (305) 403-8788
Massachusetts Bar No. 559004             Facsimile: (305) 403-8789
Kkinne@cohenkinne.com

                                         By   /s/ Amanda Star Frazer
DANIEL R. SOLIN, ESQ.                         LAWRENCE A. KELLOGG, P.A.
*Co-counsel for Plaintiffs*                   Florida Bar No. 328601
401 Broadway, Ste. 306                        lak@lklsg.com
New York, N.Y. 10013-3005                     JASON KELLOGG, ESQ.
Telephone: (239) 949-1606                     Florida Bar No. 0578401
Facsimile: (239) 236-1381                     jk@lklsg.com
New York Bar No. 8675                         Amanda Star Frazer, ESQ.
dansolin@yahoo.com                            Florida Bar No. 0043921
                                              af@lklsg.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **October 24, 2012**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                         By:  /s/ Amanda Star Frazer
                                              AMANDA STAR FRAZER, ESQ.

GD7083

> SO ORDERED. The Clerk of Court is directed to terminate the motion under 11 Civ. 0813 (Docket No. 271) as moot in view of the
> SO ORDERED. resolution of the case (Docket No. 262).
>
> 3-14-13
> Date                    Victor Marrero, U.S.D.J.

2