UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PASHA ANWAR, et al.,                          )
                                              )
                Plaintiffs,                   )
                                              )
v.                                            )
                                              )      Master File No. 09-CV-118 (VM)
FAIRFIELD GREENWICH LIMITED, et al.,          )
                                              )
                Defendants.                   )
                                              )
This Document Relates to:                     )
*Da Silva Ferreira v. EFG Capital International* )
*Corp., et al., 11-CV-813(VM)*                )
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ 3/14/13
DATE FILED: __ 3/14/13

## REQUEST FOR REMOVAL FROM SERVICE LIST
## AND REQUEST TO STOP ELECTRONIC NOTICES

Please take notice that pursuant to the Court's Order Granting Petition for an Award of
Attorneys' Fees and Reimbursement of Expenses [D.E. 888] and Final Judgment dated June 1,
2012 [D.E. 890], the case has been settled. Therefore, Lawrence A. Kellogg's representation in
this matter has been concluded. Accordingly, Lawrence A. Kellogg requests that the Clerk re-
moves his name from the list of parties being notified of electronic filings in this case.

Master File No. 09-CV-118 (VM)

Dated this 24th day of October, 2012.                Respectfully submitted,


COHEN KINNE VALICENTI & COOK LLP          LEVINE KELLOGG LEHMAN
*Co-counsel for Plaintiffs*                SCHNEIDER + GROSSMAN LLP
28 North Street, 3rd Floor                 *Attorneys for Plaintiffs*
Pittsfield, MA  01201                      201 So. Biscayne Boulevard
Telephone:  (413) 443-9399                 Miami Center, 22nd Floor
Facsimile:  (413) 553-0331                 Miami, FL 33131
KEVIN M. KINNE                             Telephone:  (305) 403-8788
Massachusetts Bar No. 559004               Facsimile:  (305) 403-8789
Kkinne@cohenkinne.com

                                           By:    /s/ Lawrence A. Kellogg
DANIEL R. SOLIN, ESQ.                             LAWRENCE A. KELLOGG, P.A.
*Co-counsel for Plaintiffs*                       Florida Bar No. 328601
401 Broadway, Ste. 306                            lak@lklsg.com
New York, N.Y. 10013-3005                         JASON KELLOGG, ESQ.
Telephone:  (239) 949-1606                        Florida Bar No. 0578401
Facsimile:  (239) 236-1381                        jk@lklsg.com
New York Bar No.  8675                            Amanda Star Frazer, ESQ.
dansolin@yahoo.com                                Florida Bar No. 0043921
                                                  af@lklsg.com


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on **October 24, 2012,** I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing

to all counsel of record in this action.

                         By:    /s/ Lawrence A. Kellogg
                                LAWRENCE A. KELLOGG, P.A.


GD7108

> **SO ORDERED.**  The Clerk of Court is directed to terminate
> the *motion under 11 Civ. 0813 (Docket No.*
> *272) as moot in view of the resolution*
> **SO ORDERED.** *of the case (Docket No. 262*
>
> 3-14-13 _____
> Date                    Victor Marrero, U.S.D.J.

2