UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ANWAR, *et al.*,

        Plaintiffs,

   v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

        Defendants.

MASTER FILE NO. 09-CV-0118 (VM)

---

## NOTICE OF RULE 23 STATEMENT

PLEASE TAKE NOTICE that Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Limited (the "Settling Defendants") hereby state pursuant to Rule 23(e)(3) of the Federal Rules of Civil Procedure (the "Rule") that the Settling Defendants recently entered into agreements with certain Settlement Class Members (as defined in the Stipulation referred to below) in their individual capacities (the "Agreements"). Although the Agreements are separate from and do not modify the terms of the Stipulation of Settlement dated as of November 6, 2012 (Dkt. No. 996), as modified by the Amendment to the Stipulation of Settlement dated December 12, 2012, so ordered on December 13, 2012 (Dkt. No. 1012), and the letter to the Court dated January 23, 2013 from counsel for the Settling Parties, so ordered on January 24, 2013 (Dkt. No. 1022) (the "Stipulation"), the Settling Defendants make this filing in the event called for by the Rule.

2

Dated:  New York, New York
         March 21, 2013

                                    SIMPSON THACHER & BARTLETT LLP

                                    By: /s/ Mark G. Cunha
                                        Mark G. Cunha
                                        Peter E. Kazanoff
                                        425 Lexington Ave.
                                        New York, NY 10017
                                        Tel.:  (212) 455-2000
                                        Facsimile:  (212) 455-2502
                                        Email:  mcunha@stblaw.com
                                        Email:  pkazanoff@stblaw.com

                                  *Attorneys for Fairfield Greenwich Limited*
                                  *and Fairfield Greenwich (Bermuda) Limited*