UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

OLEG DEI,

                Plaintiff,

    -against-

SCO FAMILY OF SERVICES,

                Defendant.

------------------------------------------------------------x

13-CV-1173 (ALC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-22-13

## STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

       Pursuant to 28 U.S.C. §1404, Plaintiff Oleg Dei ("Plaintiff") and Defendant SCO Family of Services ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby file this Stipulation to Transfer Venue to the United States District Court for the Eastern District of New York, and in support thereof, respectfully show:

       This action was filed in the United States District Court for the Southern District of New York alleging violations of: Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000(e), *et seq.*; the New York State Executive Law §296 *et seq.*; and, the Administrative Code of the City of New York §8-101, *et seq.*

       By this Stipulation, the Parties agree to the transfer of this action to the United States District Court for the Eastern District of New York. Transfer of this matter is controlled by 28 U.S.C. § 1404, which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

The Parties support transfer of this lawsuit to the Eastern District of New York because Plaintiff resides in the Eastern District of New York; the alleged underlying events giving rise to this

action occurred in the Eastern District of New York; and, the majority of the likely witnesses and relevant documents reside in or are stored in the Eastern District of New York. The Complaint could have been filed in the Eastern District of New York as Defendant's corporate office is in Glen Cove, New York.. Based on the parties mutual consent that the convenience of the parties and witnesses to this action and the interest of justice warrants transfer and considering this action could have been initially filed in the Eastern District of New York, transfer to the Eastern District of New York is appropriate under 28 U.S.C. § 1404.

**NOW, THEREFORE**, in consideration of the foregoing, Plaintiff and Defendant agree and hereby stipulate to:

Transfer this action to the Unites States District Court for the Eastern District of New York and request that this action be transferred accordingly;

All pretrial deadlines, including Defendant's time to plead, answer, move, or otherwise respond to Plaintiff's Complaint, shall be stayed pending this Court's resolution of whether this action should be transferred to the Eastern District;

In the event this Court denies transfer of this matter, Defendant shall have twenty (20) days from the date of this order denying transfer to plead, answer, move, or otherwise respond to Plaintiff's Complaint; and,

In the event that this Court orders the transfer of this matter to the Eastern District of New York, Defendant shall plead, answer, move, or otherwise respond to Plaintiff's Complaint within twenty (20) days from the date that the Complaint is filed in the Eastern District of New York.

AKIN LAW GROUP PLLC
*ATTORNEYS FOR PLAINTIFF*

By: _____
    Zafer A, Akin, Esq.

45 Broadway, Suite 2650
New York, NY 10006
(212) 825-1400

Dated: __3/12/13__

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*

By: _____
    Ana C. Shields, Esq.

58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

Dated: __3/14/13__

4817-4930-6131, v. 1

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   **3-22-13**