UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANWAR, *et al.*,                                   :

                Plaintiffs,             :

    -against-                                   :   Master File No. 09-cv-118 (VM)

FAIRFIELD GREENWICH LIMITED, *et al.*,             :

                Defendants.              :

This Document Relates To: All Actions               :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Claudio R. Ochoa of the law firm of Morvillo, Abramowitz, Grand, Iason & Anello, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby withdraws his appearance as counsel for Defendants Robert Blum and David Horn. All other previously appearing counsel from Morvillo, Abramowitz, Grand, Iason & Anello, P.C. continue to serve as counsel in this action for Robert Blum and David Horn.

Dated:  New York, New York
        March 25, 2013

                                          MORVILLO, ABRAMOWITZ, GRAND,
                                          IASON & ANELLO, P.C.

                                          By: */s/ Claudio R. Ochoa*
                                             Claudio R. Ochoa
                                             (cochoa@maglaw.com)
                                    565 Fifth Avenue
                                    New York, New York 10017
                                    (212) 856-9600 (Phone)
                                    (212) 856-9494 (Fax)

                                    *Attorneys for Defendants Robert Blum*
                                      *and David Horn*