# BROWN AND HELLER, P.A.

ATTORNEYS AT LAW
ONE BISCAYNE TOWER • 15TH FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

LEWIS N. BROWN

TELEPHONE (305) 372-0332
FAX (305) 374-1756
E-MAIL: lbrown@bhlawpa.com

March 19, 2013

<u>Via Fed Ex</u>

The Honorable Victor Marrero
United States District Judge
United States Courthouse
Suite 600
500 Pearl Street
New York, NY 10007

Re:   *Anwar et al. v. Fairfield Greenwich Limited et al.*,
      Case No. 09 Civ. 00118 (VM)(FM)

Dear Judge Marrero:

The law firm of Brown and Heller, P.A. is counsel of record for Defendants, The Citco Group Limited, Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., and Citco Fund Services (Bermuda) Limited. This is to advise the Court that, with the consent of the aforementioned Defendants, Brown and Heller, P.A. respectfully requests to withdraw its appearance on their behalf. As these Defendants are currently and will continue to be represented by the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, we hereby request that you permit Brown and Heller, P.A. to withdraw as counsel of record for Defendants, The Citco Group Limited, Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Bank Nederland N.V. Dublin Branch, Citco Global Custody N.V., and Citco Fund Services (Bermuda) Limited, by "so-ordering" this letter.

Thank you for your attention to this matter

Respectfully submitted,

Lewis N. Brown

cc: All counsel of record

SO ORDERED.

3-22-13
DATE

VICTOR MARRERO, U.S.D.J.