UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANWAR, *et al.*,                                                 :

                              Plaintiffs,                  :

        -against-                                               :   Master File No. 09-cv-118 (VM)

FAIRFIELD GREENWICH LIMITED, *et al.*,                           :

                              Defendants.                  :

This Document Relates To: All Actions                            :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Gates S. Hurand of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears as counsel on behalf of defendants Robert Blum and David Horn in the above-captioned action and requests that all papers in the above-referenced action be served upon the undersigned at the address stated below. By this Notice of Appearance, Messrs. Blum and Horn do not waive any defenses that may be raised by motion, answer, or otherwise, all of which are reserved.

Dated:  New York, New York
         March 26, 2013

                                          MORVILLO ABRAMOWITZ GRAND
                                             IASON & ANELLO P.C.

                                     By: ___/s/ Gates S. Hurand___
                                            Gates S. Hurand
                                             (ghurand@maglaw.com)
                                   565 Fifth Avenue
                                   New York, New York 10017
                                   (212) 856-9600 (Phone)
                                   (212) 856-9494 (Fax)

                                   *Attorneys for Defendants Robert Blum*
                                   *and David Horn*