UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PASHA S. ANWAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAIRFIELD GREENWICH LIMITED, *et al.*, <br><br> Defendants. <br><br> This Document Relates To: *Ricardo Rodriguez Caso, individually and on behalf of all those persons similarly situated, v. Standard Chartered Bank International (Americas) Ltd., et al.*, No. 10-civ-9196 | Master File No.:09-cv-118 (VM) (THK) |

## NOTICE OF WITHDRAWAL OF BRANDON R. LEVITT

PLEASE TAKE NOTICE that, as of April 2, 2013, Brandon R. Levitt will no longer be associated with Kachroo Legal Services, P.C., counsel for Plaintiff Ricardo Rodriguez Caso, individually and on behalf of all those persons similarly situated, in the Standard Chartered Cases.  Please withdraw his appearance on behalf of Plaintiff Ricardo Rodriguez Caso and remove his name as attorney of record.  Gaytri D. Kachroo of Kachroo Legal Services, P.C. will continue to represent the Plaintiff Ricardo Rodriguez Caso.

April 2, 2013                                             Respectfully submitted,

                                                          KACHROO LEGAL SERVICES, P.C.

                                                          By:/s/ Gaytri D. Kachroo
                                                          Gaytri D. Kachroo
                                                          Kachroo Legal Services, P.C.
                                                          225R Concord Ave
                                                          Tel: (617) 864-0555
                                                          Fax: (617) 864-1125
                                                          gkachroo@kachroolegal.com
                                                          *Attorneys for Plaintiffs Ricardo Rodriguez Caso, individually and on behalf of all those persons similarly situated*

## CERTIFICATE OF SERVICE

     I, Gaytri D. Kachroo, hereby certify that on April 2, 2013, a true and correct copy of the foregoing Notice of Withdrawal of Brandon R. Levitt was served upon all the parties of record by the Court's CM/ECF system.

     /s/ Gaytri D. Kachroo