UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
PASHA S. ANWAR et al.                                     Case No.  09 CV 0118-VM-FM
                               Plaintiff,

        -against-
FAIRFIELD GREENWICH LIMITED
et al.                                  Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending                     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### William M. O'Connor
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WO5246            My State Bar Number is  1705607

I am,
        [✔] An attorney
        [ ] A Government Agency attorney
        [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:       FIRM NAME:  CROWELL & MORING LLP
                FIRM ADDRESS:  590 MADISON AVENUE, 20TH FL., NY NY 10022
                FIRM TELEPHONE NUMBER:  212-233-4000
                FIRM FAX NUMBER:  212-223-4134

NEW FIRM:       FIRM NAME:  THOMPSON & KNIGHT LLP
                FIRM ADDRESS:  900 THIRD AVENUE, 20TH FL., NY NY 10022
                FIRM TELEPHONE NUMBER:  212-751-3001
                FIRM FAX NUMBER:  212-720-3113

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: 4/8/2013                        _____
                                           ATTORNEY'S SIGNATURE