USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
PASHA S. ANWAR, et al.,

        Plaintiffs,

-against-

FAIRFIELD GREENWICH LIMITED,
et al.,

        Defendants.
------------------------------X

09 Civ. 0118 (VM)

**DECISION AND ORDER**

**VICTOR MARRERO**, United States District Judge.

At the settlement hearing held on March 22, 2013, the Court directed settling defendants Fairfield Greenwich Limited and Fairfield Greenwich (Bermuda) Limited (the "Settling Defendants") to provide the Court with details regarding other settlement agreements entered into between the Settling Defendants and certain settlement class members in their individual capacities (the "Individual Agreements"). On April 12, 2013, the Settling Defendants filed materials related to these Individual Agreements under seal for the Court's in camera review. (Dkt. Nos. 1110 and 1111.)

The Court has examined the Settling Defendants' submissions relating to the Individual Agreements and is persuaded that no further action by the Court is necessary.

-2-

The Court finds that nothing in the Settling Defendants' submissions regarding the Individual Agreements affects the validity of the class action settlement in this matter, calls into question any of the Court's prior holdings, or warrants any additional inquiry or disclosure. Therefore, the Court reaffirms its prior approval of the settlement.

**SO ORDERED.**

Dated: New York, New York
       15 April 2013

_____
VICTOR MARRERO
U.S.D.J.