UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                    Defendants. | ECF CASE<br><br>Electronically Filed<br><br><br>MASTER FILE NO:<br>09-CV-00118 (VM) |

**NOTICE OF APPEARANCE**

　　　　Please take notice that I, Justin Sommers, of the law firm of Kobre & Kim LLP, hereby respectfully enter an appearance as counsel of record for Defendant GlobeOp Financial Services LLC in the above-captioned proceeding.

Dated: New York, New York            KOBRE & KIM LLP
　　　　April 17, 2013


　　　　　　　　　　　　　　　　　　　s/ Justin Sommers _____
　　　　　　　　　　　　　　　　　　　Justin Sommers
　　　　　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　Tel: + 1 212 488 1200
　　　　　　　　　　　　　　　　　　　Fax: + 1 212 488 1220
　　　　　　　　　　　　　　　　　　　E-mail: justin.sommers@kobrekim.com

　　　　　　　　　　　*Attorney for Defendant GlobeOp Financial Services LLC*


To:    All Counsel of Record