# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/13

April 22, 2013

By Facsimile

Honorable Victor Marrero,
 United States District Judge,
  Daniel Patrick Moynihan United States Courthouse,
   500 Pearl Street,
    New York, New York 10007.

Re:  *Anwar v. Fairfield Greenwich Ltd.*,
     No. 09-CV-118 (S.D.N.Y.) -- Standard Chartered Cases

Dear Judge Marrero:

We write on behalf of the Standard Chartered Defendants ("Standard Chartered") regarding the April 19, 2013 letter from many Standard Chartered Plaintiffs, requesting a pre-motion conference to ask the Court to reconsider certain of its prior rulings, and separate letters of today from plaintiff Headway Investment Corporation ("Headway") and plaintiffs Maridom Limited, Caribitrans, S.A. and Abbot Capital, Inc. (the "Maridom Plaintiffs"), both (i) joining the April 19 letter and (ii) seeking to renew those plaintiffs' twice previously denied requests to amend their complaints.

Under the Court's rules, Standard Chartered would be required to respond to plaintiffs' April 19, 2013 letter by tomorrow, April 23, and to the Headway and Maridom Plaintiffs' letters by Wednesday, April 24, 2013. Standard Chartered respectfully requests that it be permitted to submit a consolidated response to these three letters of up to five pages in length, and asks that the Court extend to April 30, 2013, the time by which Standard Chartered may submit its response to plaintiffs' correspondence.

SO ORDERED. Request GRANTED. The Standard Chartered Defendants may respond to the plaintiffs' letters referred to above by 4-30-13, by letter not to exceed 5 pages
DATE 4-22-13  VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

*Sharon L. Nelles*

Sharon L. Nelles

cc:  Members of the Standard Chartered Plaintiffs' Steering Committee