UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA ANWAR, *et al.*,<br><br>                Plaintiffs,<br><br>      v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                Defendants. | Master File No. 09-cv-118 (VM)<br><br><br>**NOTICE OF APPEAL** |

      Notice is hereby given that Morning Mist Holdings Limited and Miguel Lomeli ("Objectors") hereby appeal to the United States Court of Appeals for the Second Circuit from (i) the Final Judgment and Order of Dismissal With Prejudice ("Judgment") [ECF Doc. No. 1097], entered in the above-referenced action on March 25, 2013, which approved a partial class action settlement over Objectors' objections; and (ii) the Decision and Order [ECF Doc. No. 1104], entered in the above-referenced action on April 4, 2013, which treated Objectors' letter to the Court, dated March 27, 2013, as a motion for reconsideration of the Judgment and denied such motion.

Dated:  April 23, 2013

                                    Respectfully submitted,

                                    **MILBERG LLP**

                                    By: /s/ Robert A. Wallner
                                          Robert A. Wallner
                                    Kent A. Bronson
                                    Kristi Stahnke McGregor
                                    One Pennsylvania Plaza
                                    New York, New York 10119
                                    Tel.: (212) 594-5300
                                    Fax:  (212) 868-1229
                                    rwallner@milberg.com

kbronson@milberg.com
kmcgregor@milberg.com

**SEEGER WEISS LLP**
Stephen A. Weiss
Parvin Aminolroaya
77 Water Street
New York, New York 10005
Tel.: (212) 584-0700
Fax: (212) 584-0799
sweiss@seegerweiss.com
paminolroaya@seegerweiss.com

*Attorneys for Objectors Morning Mist Holdings Limited and Miguel Lomeli*

DOCS\656449v1