UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA ANWAR, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>　　　　　　Defendants. | Master File No.  09-cv-118 (VM)<br><br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Morning Mist Holdings Limited and Miguel Lomeli ("Objectors") hereby appeal to the United States Court of Appeals for the Second Circuit from (i) the Final Judgment and Order of Dismissal With Prejudice ("Judgment") [ECF Doc. No. 1097], entered in the above-referenced action on March 25, 2013, which approved a partial class action settlement over Objectors' objections; and (ii) the Decision and Order [ECF Doc. No. 1104], entered in the above-referenced action on April 4, 2013, which treated Objectors' letter to the Court, dated March 27, 2013, as a motion for reconsideration of the Judgment and denied such motion.

Dated:  April 23, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MILBERG LLP**

　　　　　　　　　　　　　　　　　　　　By:  /s/ Robert A. Wallner
　　　　　　　　　　　　　　　　　　　　　　　Robert A. Wallner
　　　　　　　　　　　　　　　　　　　　Kent A. Bronson
　　　　　　　　　　　　　　　　　　　　Kristi Stahnke McGregor
　　　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza
　　　　　　　　　　　　　　　　　　　　New York, New York 10119
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 594-5300
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 868-1229
　　　　　　　　　　　　　　　　　　　　rwallner@milberg.com

kbronson@milberg.com
kmcgregor@milberg.com

**SEEGER WEISS LLP**
Stephen A. Weiss
Parvin Aminolroaya
77 Water Street
New York, New York 10005
Tel.: (212) 584-0700
Fax: (212) 584-0799
sweiss@seegerweiss.com
paminolroaya@seegerweiss.com

*Attorneys for Objectors Morning Mist Holdings Limited and Miguel Lomeli*

DOCS\656449v1

2