IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PASHA S. ANWAR *et al.* | ) | Case No. 09-cv-118 (VM) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FAIRFIELD GREENWICH LIMITED | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT NOTICE OF APPEAL**

Notice is hereby given that defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers Accountants N.V., The Citco Group Ltd., Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Global Custody N.V., Citco Bank Nederland N.V. Dublin Branch, and Citco Fund Services (Bermuda) Ltd. jointly appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order of Dismissal with Prejudice (Dkt. 1097) entered under Fed. R. Civ. P. 54(b) on March 25, 2013.

In appealing from that Final Judgment and Order, defendants appeal from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Final Judgment and Order, that shaped the Final Judgment and Order, that are related to the Final Judgment and Order, and upon which the Final Judgment and Order is based.

Date: April 23, 2013                    Respectfully submitted,


/s/ *Timothy A. Duffy*
Timothy A. Duffy, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL   60654
(312) 862-2000
*tim.duffy@kirkland.com*
*Counsel for Defendant*
*PricewaterhouseCoopers LLP*

Walter Rieman
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY   10019
(212) 373-3260
*wrieman@paulweiss.com*
*Counsel for Defendants The Citco Group Ltd.,*
*Citco Fund Services (Europe) B.V., Citco*
*(Canada) Inc., Citco Global Custody N.V.,*
*Citco Bank Nederland N.V. Dublin Branch,*
*and Citco Fund Services (Bermuda) Ltd.*

William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY   10004
(212) 837-6000
*maguire@hugheshubbard.com*
*Counsel for Defendant*
*PricewaterhouseCoopers Accountants N.V.*

2