# KATZ BARRON SQUITERO FAUST

MIAMI
2699 S. BAYSHORE DRIVE
SEVENTH FLOOR
MIAMI, FL 33133-5408

305-856-2444
305-285-9227 FAX

www.katzbarron.com

April 24, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/13
```

*By facsimile transmission*

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.,*
           Case No. 09-cv-118 (VM)(THK), Standard Chartered Cases

           This correspondence relates to: *Barbachano v. Standard Chartered Bank International (Americas) Limited, et al.,* 1:11-cv-03553-VM

Dear Judge Marrero:

    Plaintiff Joaquina Teresa Barbachano Herrero hereby joins in the April 22, 2013 requests of Maridom Limited, Caribetrans, S.A., Abbot Capital, Inc., and Headway Investments Corp. for a pre-motion conference to address leave to amend, and adopts the arguments stated therein.

                                  Respectfully submitted,

                                    KATZ BARRON SQUITERO FAUST

                                    H. Eugene Lindsey, III

cc:    Sharon L. Nelles, Esq. (nelless@sullcrom.com)
        Diane L. McGimsey, Esq. (mcgimseyd@sullcrom.com)
        Patrick B. Berarducci, Esq. (berarduccip@sullcrom.com)
        Courtesy Copy to Standard Chartered Plaintiffs' Steering Committee

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff Joaquina Barbachano.

SO ORDERED.

4-24-13
DATE

VICTOR MARRERO, U.S.D.J.

---