# RIVERO MESTRE

April 23, 2013

*By fax to (212)805-6382*

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/13

Re:  *Anwar, et al. v. Fairfield Greenwich Limited, et al.,*
     09-cv-118(VM)(THK)

Dear Judge Marrero:

I write on behalf of Plaintiff Headway Investment Corp. with respect to our April 22, 2013 letter to the Court requesting a pre-motion conference to permit Headway's filing of a motion to amend its complaint. Attached as composite Exhibit A to that letter were two declarations from former Standard Chartered employee Sebastian Gonzalez. After we served our letter on all parties, counsel for the Standard Chartered Defendants (the "Bank") contacted us, asking us to contact chambers and request that the clerk not immediately file the declarations, because the Bank intended to designate them "confidential," pursuant to the February 4, 2011 Stipulation and Order Governing Confidentiality of Discovery Material (the "Confidentiality Order"). The declarations are not confidential. Headway objects to and opposes the Bank's attempt to designate them confidential. That said, we advised the Bank's counsel that Headway would agree to contact the Court, and by this letter, we request that Exhibit A to Headway's April 22, 2013 letter not be entered into the public record until the parties have briefed the question, and the Court has had a chance to evaluate the Bank's designation request. Headway reserves all rights, including those arising from the Confidentiality Order.

Respectfully submitted,

Jorge A. Mestre

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff Headway Investment Corp.

SO ORDERED.

4-24-13
DATE       VICTOR MARRERO, U.S.D.J.

cc:   Counsel for all parties (by e-mail)

1460.01\CORRES\LTR J. MARRERO 04.23.13

Rivero Mestre LLP
www.riveromestre.com
T 305 4452500   F 305 4452505

MIA 2525 Ponce de Leon Blvd., Suite 1000, Miami, FL 33134   NYC