**CURRAN & ASSOCIATES**
Attorneys at Law
701 Brickell Avenue - Suite 1550
Miami, Florida 33131

—

Telephone 305-777-0374
Telefax 305-728-5288
Email lecurran@lecurran.com

Laurence E. Curran III

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/13

May 1, 2013

*By fax to (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Anwar, et al. v. Fairfield Greenwich Limited, et al., 09-cv-118 (VM)(THK)*

**Various Cases (See Appendix "A")**

Dear Judge Marrero:

I write as counsel for numerous Standard Chartered Plaintiffs, as well as in the capacity of designated representative of various other Standard Chartered Plaintiffs, to correct an oversight from my letter to the Court of April 19, 2013, regarding the effect of the Florida Supreme Court's recent March 7, 2013 ruling in *Tiara Condo. Ass'n, Inc. v. Marsh & McLennan Companies, Inc.*, SC10-1022, 2013 WL 828003 (Fla. 2013). In Appendix A to that letter, I inadvertently failed to include plaintiffs in the case of *Victor Jorge Saca et al. vs. Standard Chartered Bank International (Americas) Limited*, 11 cv 3480 (VM) (SDNY), as represented by Sonn & Erez PLC. Those Plaintiffs should have been included in the original request for a pre-conference motion to discuss the Plaintiffs' reconsideration request and to discuss their request for leave to replead Plaintiffs' dismissed negligence claims. Accordingly, I submit as an attachment hereto a revised Appendix A to so reflect the inclusion of the *Saca* Plaintiffs.

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *Standard Chartered Plaintiffs*.

SO ORDERED.

5-2-13
DATE                    VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Laurence E. Curran III

cc: Via email to all counsel of record in Standard Chartered cases

**Appendix A (May 1, 2013)**

Curran & Associates - Cases covered by Stipulation and Order of September 4, 2012 (Doc 936).

(1)   *Triple R Holdings Ltd., et al.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-897;

(2)   *New Horizon Development Inc., et al.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-898;

(3)   *Salcar Ltd.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-899;

(4)   *Reinaldo Ruiz* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-900;

(5)   *Iston Holdings Ltd., et al.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-901;

(6)   *Ramiro Rendiles* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-902;

(7)   *Alberto Perez* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-903;

(8)   *Auburn Overseas Corp.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-904;

(9)   *Interland Investments Ltd.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-905;

(10)  *Velvor S.A., et al.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-906;

(11)  *5C Investments Ltd.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-907;

(12)  *Jorge Asensio* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-908;

(13)  *Bahia Del Rio, S.A.* v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 11-cv-5716;

(14)  *Archangel Resources Limited, et al.* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5717;

(15)  *Blount International* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5719;

1

(16)   *Esther Diaz de Camara* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5720;

(17)   *John Paul Dougherty* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5721;

(18)   *Jose de Passos Vieira Lima* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5722;

(19)   *Lucrecia Echeverri de Mata* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5723;

(20)   *Eugene Thomas Dougherty Novella* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5724;

(21)   *Richmon Company Ltd.* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5725;

(22)   *Juan Carlos Sabillon* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5726;

(23)   *San Blas S.A., et al.* v. *Standard Chartered International (Americas) Ltd.*, No. 11-cv-5727;

(24)   *Smerant Corp.* v. *Standard Chartered International (Americas) Limited, et al.*, No. 11-cv-5728;

(25)   *Manuel Mantecon* v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 11-cv-5729;

(26)   *Pharmafoods International C.V., et al.* v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 11-cv-5729;

(27)   *Tierra C.V., et al.* v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 11-cv-5731;

(28)   *Jose Mizrahi* v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 11-cv-6788;

(29)   *Quiroz Stone* v. *Standard Chartered Bank International (Americas) Limited et al.*, No. 11-cv-7651;

(30)   *Nautical Village, Inc.* v. *Standard Chartered Bank International (Americas) Limited*, No. 11-cv-7652;

(31)   *Positano Investment Ltd.* v. *Standard Chartered Bank International (Americas) Ltd., et al.*, No. 11-cv-8371;

2

(32)   *Maplehurst Holdings Ltd.*, v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 11-cv-8372;

(33)   *Sand Overseas Limited* v. *Standard Chartered Bank International (Americas) limited, et al.*, No. 12-cv-148;

(34)   *Rebac Enterprises Ltd.* v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 12-cv-03969; and

(35)   *Brea International, Ltd.*, v. *Standard Chartered Bank International (Americas) Limited, et al.*, No. 12-cv-3970;

Curran & Associates - Cases Pending a Negotiated Stipulation affected by the Florida ELR and Court's prior Orders and Decisions

(1)   *Emilio Diaz* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 12-cv-9146;

(2)   *Bernardo J. Rosental* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 12-cv-9421;

(3)   *Lyac Venture Corp.* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 12-cv-9422;

(4)   *Sara Boltvinik de Uziel* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 12-cv-9423;

(5)   *TRE-C, S.A.* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 12-cv-9425;

(6)   *Skyworth Products Ltd.* v. *Standard Chartered Bank International (Americas) Ltd.*, No. 12-cv-9427;

Marko & Magolnick – Negligence Claims Dismissed Pursuant to September 12, 2012 Decision and Order (Doc 937):

(1)   *Baymall Investments Ltd. v. Standard Chartered Bank International (Americas) Limited* – No. 11-cv-7649

(2)   *Blockbend Ltd. v. Standard Chartered Bank International (Americas) Limited* – No. 11-cv-7650

(3)   *Eduardo Child Escobar, et al. . v. Standard Chartered Bank International (Americas) Limited* – No. 11-cv-23120

(4)   *Eastfork Assets Ltd. v. Standard Chartered Bank International (Americas) Limited* – No. 11-cv-7653

3

     (5)    *Gerico Investments Inc., et al. v. Standard Chartered Bank International (Americas) Limited* – No. 11-cv-909

     (6)    *Mailand Investments Inc. v. Standard Chartered Bank International (Americas) Limited* – No. 11-cv-5732

Katz Barron – Negligence Claim Dismissed Pursuant to September 12, 2012 Decision and Order (Doc 937):

     (1)    *Barbachano Herrero v. Standard Chartered Bank Int'l (Americas) Ltd., et al.*, No. 11 Civ. 3553

Jones & Adams – Negligence Claims Dismissed Pursuant to November 12, 2011 Decision and Order:

     (1)    *Carlos Carrillo v. Standard Chartered Bank International (Americas) Limited, et. al.*, No 10-cv-20762

     (2)    *Ricardo Almiron v. Standard Chartered Bank International (Americas) Limited, et. al.*, Case No. 10-20763

Sonn & Erez - – Negligence Claim Dismissed Pursuant to September 12, 2012 Decision and Order (Doc 937):

     (1)    *Victor Jorge Saca et al. vs. Standard Chartered Bank International (Americas) Limited*, 11 cv 3480 (VM) (SDNY)