# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2013
```

May 7, 2013

By Facsimile

The Honorable Frank Maas,
  United States Magistrate Judge,
    Daniel Patrick Moynihan United States Courthouse,
      500 Pearl Street,
        New York, New York 10007.

**MEMO ENDORSED**

Re:   *Anwar v. Fairfield Greenwich Ltd.*,
      No. 09-CV-118 (S.D.N.Y.) – Standard Chartered Cases

Dear Judge Maas:

We write on behalf of the Standard Chartered Defendants concerning the telephone conference currently scheduled for May 9, 2013 at 2 p.m. in the above-referenced action. (Dkt. No. 1133.) Due to scheduling conflicts on May 9, Standard Chartered hereby requests that the conference be rescheduled for May 14, 2013 at 9:30 a.m. Counsel for Headway Investment Corporation has informed us that they are available on that date and time.

Respectfully submitted,

Bradley P. Smith

*Approved.*
[signature]
*USMJ 5/7/13*

cc:   Standard Chartered Plaintiffs' Steering Committee (via E-mail)