# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PASHA ANWAR, *et al.*,

                          Plaintiffs,

      v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                         Defendants.

This Document Relates To:  09-cv-118 (VM)

Master File No. 09-cv-118 (VM) (FM)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/13

## STIPULATION CONCERNING NAMED PLAINTIFFS

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, that:

1.      On February 25, 2013, the Court issued a Decision and Order (Dkt. No. 1052) ("the Order")[1] certifying a class under Federal Rule of Civil Procedure 23(b) (the "Class") consisting of:

      a.      all shareholders/limited partners in Fairfield Sentry Limited, Fairfield

            Sigma Limited, Greenwich Sentry, L.P. and Greenwich Sentry Partners,

            L.P. (the "Funds") as of December 10, 2008 who suffered a net loss of

            principal invested in the Funds (the "Class Definition"); but

      b.      excluding the Defendants,[2] and any entity in which the Defendants have a

            controlling interest, and the officers, directors, affiliates, legal

---

[1] The Order does not apply to the Fairfield Defendants (see Dkt Nos. 1076 & 1077), who were subsequently dismissed from this action pursuant to the Court's March 25, 2013 final judgment and order approving the partial settlement of this action. Accordingly, the Fairfield Defendants are not parties to this Stipulation.

[2] "Defendants" as defined in the Order included the Fairfield Defendants, who are therefore excluded from the Class, notwithstanding the court's subsequent orders (*see* Dkt. Nos. 1076 & 1077) otherwise excluding the claims against the Fairfield Defendants from the scope of the Order. The Court further clarifies that

representatives, immediate family members, heirs, successors, subsidiaries, and/or assigns of any such individual or entity; and

c.     excluding members of the class from the following countries: Switzerland, France, Luxembourg, Israel, Kuwait, Korea, North Korea, Pitcairn, Tokelau, Mongolia, China, Liechtenstein, Japan, Oman, Taiwan, United Arab Emirates, Qatar, Saudi Arabia, Bosnia, Andorra, San Marino, Namibia, Monaco, Germany, and South Africa (collectively, the "Excluded Countries").

2.     The Court's Order is hereby modified to include within the Class any Plaintiffs named in the Second Consolidated Amended Complaint ("SCAC") or that were (or may be) subsequently added by stipulations "so-ordered" by the Court, including plaintiffs who are from any of the Excluded Countries, provided such plaintiffs fall within the Class Definition.

3.     Plaintiffs shall have until the close of fact discovery to add as named plaintiffs in this action investors who are covered by the Class Definition without regard to whether they are from Excluded Countries, by filing a stipulation to that effect to be "so ordered" by the Court.  Defendants agree to consent to any such persons being added as named plaintiffs to the SCAC as if they were originally included in the SCAC.  Any such additional named plaintiffs shall be considered members of the certified class for all purposes.

4.     Nothing herein shall prejudice any party's right to seek or oppose any further modification of the certified class.

---

"Defendants" as defined in the Order does not include Citco Global Custody solely in its capacity as shareholder of record for certain investors.

5.      Nothing herein shall limit any Party's rights with respect to discovery regarding named plaintiffs.

6.      Nothing herein shall be construed to prejudice or waive any Parties' rights with respect to any petition for review under Rule 23(f) or any appeal of the Court's Order.

Dated: May 7, 2013                      On behalf and with consent of all parties hereto,

                                        By:    _David A. Barrett_
                                               David A. Barrett
                                               Howard L. Vickery, II
                                               Boies, Schiller & Flexner LLP
                                               575 Lexington Avenue
                                               New York, NY 10022
                                               Telephone: (212) 446-2300
                                               Facsimile: (212) 446-2350

                                               Stuart H. Singer
                                               Carlos Sires
                                               Sashi Bach Boruchow
                                               Boies, Schiller & Flexner LLP
                                               401 East Las Olas Boulevard, #1200
                                               Ft. Lauderdale, Florida 33301
                                               Telephone: (954) 356-0011
                                               Facsimile: (954) 356-0022

                                               Robert C. Finkel
                                               James A. Harrod
                                               Wolf Popper LLP
                                               845 Third Avenue
                                               New York, NY 10022
                                               Telephone: (212) 759.4600
                                               Facsimile: (212) 486.2093

                                               Christopher Lovell
                                               Victor E. Stewart
                                               Lovell Stewart Halebian Jacobson LLP
                                               61 Broadway, Suite 501
                                               New York, NY 10006
                                               Telephone: (212) 608.1900

                                               *Co-Lead Counsel for Plaintiffs*

3

/s/ David McGill
Jonathan D. Cogan, Esq.
Michael S. Kim, Esq.
David McGill, Esq.
Brad H. Samuels, Esq.
KOBRE & KIM LLP
800 Third Avenue, 6th Floor
New York, NY  10022
Tel:  (212)-488-1200

*Counsel for Defendant*
*GlobeOp Financial Services LLC*


/s/ Andrew G. Gordon
Allan J. Arffa, Esq.
Leslie G. Fagen, Esq.
Andrew G. Gordon, Esq.
Brad Scott Karp, Esq.
Patrick James Somers, Esq.
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:  (212) 373-3000

*Counsel for Defendants*
*Citco Fund Services (Europe) B.V.,*
*Citco (Canada) Inc., Citco Bank*
*Nederland N.V. Dublin Branch, Citco*
*Global Custody N.V., Citco Fund*
*Services (Bermuda) Limited and The*
*Citco Group Limited*

4

/s/ Timothy A. Duffy
Timothy A. Duffy, P.C.
Amy Crawford, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel:  (312) 862-2000

Andrew M. Genser, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800
*Counsel for Defendant
PricewaterhouseCoopers L.L.P. (PwC
Canada)*

/s/ Sarah L. Cave
William R. Maguire, Esq.
Sarah L. Cave, Esq.
Gabrielle S. Marshall, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004
Tel:  (212) 837-6000

*Counsel for Defendant
PricewaterhouseCoopers Accountants
Netherlands N.V. (PwC Netherlands)*

SO ORDERED on this _8th_ day of May, 2013

The Honorable Victor Marrero
United States District Judge

5