USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
PASHA ANWAR, et al.,              :
                                  :
        Plaintiffs,               :   09 Civ. 0118 (VM)
                                  :
                                  :   **ORDER**
                                  :
        -against-                 :
                                  :
FAIRFIELD GREENWICH LIMITED,      :
et al.,                           :
                                  :
        Defendants.               :
------------------------------X

**VICTOR MARRERO, UNITED STATES DISTRICT JUDGE.**

In light of the recent ruling by the Florida Supreme Court in Tiara Condo Ass'n Inc. v. Marsh & McLennan Companies, Inc., SC10-1022, 2013 WL 828003 (Fla. Mar. 7, 2013), clarifying Florida's economic loss rule, the Court has reconsidered its prior decisions in this action insofar as those rulings relied on the now abrogated Florida law interpretation in dismissing claims brought by the plaintiffs alleging certain theories of negligence. Accordingly, the Court grants plaintiffs leave to amend their complaints to replead the negligence claims that were previously dismissed or disallowed on the basis of Florida's economic loss rule as previously applied by Florida courts.

**SO ORDERED.**

Dated: New York, New York
      8 May 2013

                                            VICTOR MARRERO
                                              U.S.D.J