**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel   + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

---

Direct Dial + 1 212-819-8297     ahammond@whitecase.com



BY HAND

May 8, 2013



The Honorable Victor Marrero
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY  10007-1312



Re:   *Anwar et al. v. Fairfield Greenwich Limited et al.*,
      Case No. 1:09-cv-00118-VM-THK

Your Honor:

White & Case LLP ("White & Case" or the "Firm") is acting as attorneys for Walter M. Noel, Jr. in the above-referenced matter currently before Your Honor ("Anwar Matter").

The purpose of this letter is to inform Chambers as well as parties copied on this letter that Scott Levi, a former summer intern to Your Honor during May through August 2012 intends to join White & Case as a summer law clerk this summer.

It is our understanding that Mr. Levi did not work on the Anwar Matter during the course of his internship.  Nevertheless, White & Case will screen Mr. Levi completely from any involvement in the Anwar Matter in accordance with the Firm's customary procedures and in accordance with applicable rules of professional responsibility.

We assume that such screening removes all questions as to the propriety of Mr. Levi's employment while our Firm continues the representation set forth above.  If there is a contrary view, we respectfully request both Mr. Levi and the Firm be informed.

---

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 8825520 v1

Honorable Victor Marrero

May 8, 2013

**WHITE & CASE**

To the extent that Your Honor deems additional notice is appropriate, White & Case will serve and file whatever notices Your Honor directs.

Respectfully yours,

*/s/ Andrew Hammond/*

Andrew Hammond

cc: Service List (by-email)
    Scott Levi

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by counsel for defendant Walter M. Noel.

**SO ORDERED.**

5-9-13
DATE             VICTOR MARRERO, U.S.D.J.

---

2