**KACHROO LEGAL SERVICES, P.C.**

Dr. Gaytri D. Kachroo
225R Concord Avenue
Cambridge, MA 02138
Telephone: (617) 864-0755
Facsimile (617) 864-1125
gkachroo@kachroolegal.com

May 31, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/13

By Facsimile

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Anwar, et al. v. Fairfield Greenwich, Ltd., et al.*, No. 09-CV-118 (S.D.N.Y.) -- *Caso v. Standard Chartered Bank International (Americas) Ltd., et al.*, No. 10-CV-9196 (S.D.N.Y.)

Dear Judge Marrero:

We write on behalf of the putative class and lead plaintiff Ricardo Rodriguez Caso in *Caso v. Standard Chartered Bank International (Americas) Ltd., et al.*, No. 10-CV-9196 (S.D.N.Y.). We have been informed by counsel for Standard Chartered Bank International (Americas) Ltd. ("Standard Chartered") that they intend to request permission today to supplement their 3-page request for a pre-motion conference dated May 24, 2013. Caso opposes this request.

Your Honor's Individual Practices make clear that the process for requesting pre-motion conferences consists of one request and one response, each not to exceed three pages. Caso's response addresses only the arguments made by Standard Chartered in its original letter, and raises no new issues. Caso disagrees with Standard Chartered that a supplement to its original letter would aid the Court in deciding what its own Arbitration Order contemplated.

Respectfully submitted,

Gaytri D. Kachroo

cc: Sharon L. Nelles (by email)
David Stone (by email)
Mark Schirmer (by email)

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiff Ricardo Rodriguez Caso.

SO ORDERED.

6-5-13
DATE          VICTOR MARRERO, U.S.D.J.