

République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, le 16 mai 2013

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
1211 GENEVE 3

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007-1312
United States of America

Réf : **CR/12/2013 15 ROD XCR**
**09-CV-0118 (VM) (FM)**

à rappeler lors de toute communication

**MEMO ENDORSED**

Concerne : ANWAR et al. against FAIRFIELD GREENWICH LIMITED et al.

Your Honor,

Further to the above-referenced letter of request that you issued on March 4, 2013, we would like to bring to your attention, as well as that of the parties to these proceedings, that the examination of Peter Schmid by our Court was to take place on Tuesday and Wednesday, June 4 and 5, 2013.

We wish to advise you that the witness has informed the Court, and provided supporting evidence, of his unavailability on those dates, such that the deposition was cancelled.

Measures will be taken in order to schedule other dates as soon as possible, potentially before the end of June. In the best case, however, this means that the letter of request will not be executed and returned to you by June 30, 2013, the time prescribed by the letter of request.

Accordingly, we kindly request an extension of the aforesaid deadline of least 30 days. In light of the constraints imposed by the scheduling of another examination date, we would appreciate a response from you by email or fax.

A copy of this letter is being sent to counsel for the Citco defendants, who will inform the other parties to these proceedings.

We look forward to your response, Your Honor, and thank you for your assistance.

Copie à :
Me Gregory LAUFER
Me Isabelle ROMY

Marie-José ANEX
Greffière de chambre

*The time to conduct the deposition is extended to July 31, 2013.*

*/s/ Maas, USMJ, 6/10/13*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2013