UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Pasha Anwar, et al.                    Case No. 09-cv-118
                        Plaintiff,

        -against-

Fairfield Greenwich Ltd., et al.   Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending              [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Richard E. Brodsky**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: The Brodsky Law Firm
             FIRM ADDRESS: 66 West Flagler Street, Miami, FL 33130
             FIRM TELEPHONE NUMBER: 786-220-3328
             FIRM FAX NUMBER: 866-564-8231

NEW FIRM:    FIRM NAME: The Brodsky Law Firm, PL
             FIRM ADDRESS: 200 S. Biscayne Blvd., Ste. 1930, Miami, FL 33131
             FIRM TELEPHONE NUMBER: 786-220-3328
             FIRM FAX NUMBER: 866-564-8231

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/27/13 npt 4/20/12

_____
ATTORNEY'S SIGNATURE