UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/13

PASHA S. ANWAR, *et al.*,

Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

Defendants.

This Document Relates To:  All Actions

Master File No. 09-cv-118 (VM) (FM)

## STIPULATION AND ORDER ADDING
## ADDITIONAL NAMED PLAINTIFFS

Pursuant to the Stipulation Concerning Named Plaintiffs which was So Ordered and entered by the Court on May 8, 2013 (Dkt. No. 1136), the additional named plaintiffs listed below shall be deemed parties to this Action to the same extent as if they had been named as plaintiffs in the Second Consolidated Amended Complaint.

## ADDITIONAL NAMED PLAINTIFFS

1.  Plaintiffs Leendert A. Van der Vliet and Joke Van Klaveren are individuals residing in the Netherlands who invested in Fairfield Sigma Ltd. on April 1, 2005 and made a subsequent investment on December 31, 2007.

2.  Plaintiff Peter Valkenburg is an individual residing in the Netherlands who invested assets in Fairfield Sigma Ltd. on April 22, 2005 and made subsequent investments on May 23, 2006 and on February 27, 2008.

3.  Plaintiffs Maatje M. Kauffeld and Petrus W. Van der Vliet are individuals residing in the Netherlands who invested in Fairfield Sigma Ltd. on April 1, 2005 and made a subsequent investment on December 31, 2007.

4.  Plaintiff Public Institution for Social Security is an organization in Kuwait that invested in Fairfield Sentry Ltd. beginning on January 1, 1999 and made subsequent investments throughout 1999.

1

5.     Plaintiff Investec Trust (Switzerland) SA as Trustee of the Stone Family Trust is
       organized in Switzerland and invested in Fairfield Sentry Ltd. on March 26, 2008.

6.     Plaintiff Investec Trust (Switzerland) SA as Trustee of the Origin Trust is
       organized in Switzerland and invested in Fairfield Sigma Ltd. on June 22, 2007.

7.     Plaintiff Investec Trust (Switzerland) SA as Trustee of the Amance Trust is
       organized in Switzerland and invested in Fairfield Sentry Ltd. on March 26, 2008.

8.     Plaintiff Investec Trust (Switzerland) SA as Trustee of the H.V. Eskenazi Trust is
       organized in Switzerland and invested in Fairfield Sentry Ltd. on March 26, 2008.

9.     Plaintiff Investec Trust (Switzerland) SA as Trustee of the Jenilla Trust is
       organized in Switzerland and invested in Fairfield Sentry Ltd. on March 26, 2008.

10.    Plaintiff Taminda Holdings Ltd. is a company organized in the British Virgin
       Islands that invested in Fairfield Sigma Ltd. on January 7, 2008.

11.    Plaintiff Investec Trust (Switzerland) SA as Trustee of the Etag Trust is organized
       in Switzerland and invested in Fairfield Sentry Ltd. on August 28, 2007.

12.    Plaintiff Ricdore Investments Limited is a company organized in the British
       Virgin Islands that invested in Fairfield Sentry Ltd. on September 26, 2007.

13.    Plaintiff Adrianus Ammerlaan is an individual residing in Belgium who invested
       in Fairfield Sigma Ltd. on November 3, 2003 and made subsequent investments in
       2005 and 2006.

14.    Plaintiff Albert Van Gaalen is an individual residing in France who invested in
       Fairfield Sigma Ltd. in August 29, 2006 and made subsequent investments on
       March 6, 2008.

15.    Plaintiff Down the Line B.V. is a corporation organized in The Netherlands that
       invested in Fairfield Sigma Ltd. on December 23, 2003 and made a subsequent
       investment on July 28, 2008.

16.    Plaintiff Delta Trading NV is a corporation organized in Curacao that invested in
       Fairfield Sigma Ltd. on September 29, 2004 and made subsequent investments in
       2005 and 2006.

17.    Plaintiff Elterna Investments Co. AW is a corporation organized in Aruba that
       invested in Fairfield Sentry Ltd. on May 31, 2001 and Fairfield Sigma Ltd.
       October 24, 2003 and made subsequent investments in 2005.

18.   Plaintiff Wylam International Holding Ltd. is a corporation organized in Luxembourg that invested in Fairfield Sigma Ltd. on May 27, 2005.

19.   Plaintiff Evelyne Barnoin is an individual residing in Switzerland who invested in Fairfield Sentry Ltd. on March 1, 2007.

20.   Plaintiffs Mario Pusterla and Carlotta Pusterla are individuals residing in Switzerland who invested in Fairfield Sentry Ltd. on June 30, 2006.

21.   Plaintiff Esclarmonde Investments Ltd. is a corporation organized in Monaco that invested in Fairfield Sentry Ltd. on May 31, 2001.

22.   Plaintiffs Joop De Gans and Willy De Gans-Zijdenbos are individuals residing in Belgium who invested in Fairfield Sigma Ltd. on June 25, 2007.

23.   Plaintiffs Sylvia Eder-Balint and Beatrix Balint are individuals residing in Switzerland who hold claims for investments in Fairfield Sigma Ltd. made on August 29, 2000.

24.   Plaintiff Dietrich Liebert is an individual residing in Switzerland who invested in Fairfield Sentry Ltd. in 1994.

25.   Plaintiff Spumante B.V. is a corporation organized in The Netherlands that invested in Fairfield Sigma Ltd. on August 31, 2006 and on September 9, 2006.

26.   Plaintiff Porus Ltd. Partnership is a corporation organized in Switzerland that invested in Fairfield Sentry Ltd. on December 1, 1999 and on June 1, 2001.

27.   Plaintiff Hans Vrinten B.V. Corporation is a corporation organized in The Netherlands that invested in Fairfield Sigma Ltd. on December 23, 2003 and made subsequent investments in 2005.

28.   Plaintiffs Martin Kruijff is an individual residing in The Netherlands who invested in Fairfield Sentry Ltd. on May31, 2001 and Fairfield Sigma Ltd. on October 27, 2004 and made a subsequent investment on March 24, 2005.

29.   Plaintiffs Christer and Charlotte Ehrenborg are individuals residing in Switzerland who invested in Fairfield Sentry Ltd. on February 8, 2001.

30.   Plaintiff Adriana Brizio Cartossi is an individual residing in Switzerland who invested in Fairfield Sentry Ltd. on August 1, 2007.

31.   Plaintiff Hans Forrer is an individual residing in Ecuador who made multiple investments in Fairfield Sentry Ltd. on July 30, 2001 and made subsequent investments in 2002, 2002 and 2008, and made an investment in Fairfield Sigma

Ltd. on September 28, 2008 through Pahel, Inc., a corporation organized in Panama.

32.     Plaintiff Bertus Pronk is an individual residing in Spain who invested in Fairfield Sigma Ltd. on December 1, 2006 and on December 1, 2007.

33.     Plaintiff Dolki International SA is a corporation organized in Colombia that invested in Fairfield Sentry Ltd. on January 31, 2007 and made a subsequent investment on March 28, 2007.

34.     Plaintiff Cathay United Bank-Union USD Global Arbitrage Fund is a fund incorporated in Taiwan that invested in Fairfield Sentry Ltd. on August 1, 2006 and made subsequent investments in 2006, 2007, and 2008.

35.     Plaintiffs Chou Jong Hsiung, Chou Pai Yen and Chou Pai Wei are individuals residing in Taiwan who invested in Fairfield Sentry Ltd. on July 26, 2007.

36.     Plaintiff Fabrizio Mancini is an individual residing in Switzerland who invested in Fairfield Sentry Ltd. on April 20, 2001 and made a subsequent investment on December 6, 2002.

37.     Plaintiff Rogier Horsten is an individual residing in The Netherlands who invested in Fairfield Sentry Ltd. on July, 26, 2007.

38.     Plaintiff Paul Friedrich Lerbinger is an individual residing in The Netherlands who invested in Fairfield Sentry Ltd. on July 27, 2006.

39.     Plaintiff Ramzi Nasser is an individual residing in Qatar who invested in Fairfield Sentry Ltd. on June 30, 2001.

40.     Plaintiff Unionti SA is a corporation organized in Luxembourg that invested in Fairfield Sentry Ltd. on September 1, 2006 and made a subsequent investment on March 1, 2007.

41.     Plaintiff Natasha Covas is an individual residing in Greece who invested in Fairfield Sentry Ltd. on April 25, 2001.

42.     Plaintiff Corigen Trade & Invest Ltd. is a corporation organized in Cyprus that invested in Fairfield Sentry Ltd. on October, 19, 2008.

43.     Plaintiff Arthur Vayloyan is an individual residing in Switzerland who invested in Fairfield Sentry Ltd. on June 26, 2008.

44.     Plaintiff Renwil Finance Ltd. is a corporation organized in the British Virgin Islands that invested in Fairfield Sigma Ltd. in November 2006.

45.    Plaintiff A.J.J. Hendrickx is an individual residing in Belgium who invested in Fairfield Sentry Ltd. on March 21, 2002 and Fairfield Sigma Ltd. on February 2, 2004 and made subsequent investments in 2005 and 2007.

46.    Plaintiff Aagje Spek is an individual residing in The Netherlands who invested in Fairfield Sigma Ltd. on August 23, 2005.

47.    Plaintiff Gescom Inc. is a corporation organized in the Virgin Islands that invested in Fairfield Sentry Ltd. on January 31, 2007.

48.    Plaintiff Jose Mesri is an individual residing in Argentina who invested in Fairfield Sentry Ltd. on June 30, 2008.

49.    Plaintiff Lhotse Management Services Limited is a Corporation organized in the Bahamas that invested in Fairfield Sentry Ltd. on September 1, 2007.

50.    Plaintiff Maria del Rosario Vargas is an individual residing in Bolivia who invested in Fairfield Sentry Ltd. on December 1, 2003 and made a subsequent investment on March 23, 2005.

51.    Plaintiffs Maria Ana Caro is an individual residing in Bolivia who invested in Fairfield Sentry Ltd.

52.    Plaintiff Nordea Life Assurance Sweden AB is a corporation organized in Sweden that initially invested in Fairfield Sentry Ltd. on May 1, 2007 and made subsequent investments on June 1, 2007 and on July 1, 2007.

53.    Plaintiff Nordea Life Assurance Finland LTD is a corporation organized in Finland that invested in Fairfield Sentry Ltd. on February 1, 2007.

54.    Plaintiff Nordea Liv & Pensjon, Livsforsikringsselskab A/S Livsforsikringsselskapet is a corporation organized in Denmark that invested in Fairfield Sentry Ltd. on February 26, 2007 and made a subsequent investment on March 28, 2007.

55.    Plaintiff Nordea Liv Norge AS is a corporation organized in Norway that invested in Fairfield Sentry Ltd. on January 1, 2003.

56.    Plaintiff Bristol Commercial Services Ltd. is a corporation organized in Panama that invested in Fairfield Sentry Ltd. on February 25, 2008 and made subsequent investments on March 26, 2008 and on June 25, 2008.

57.    Plaintiff Iconex Resources Inc. is a corporation organized in the Virgin Islands that invested in Fairfield Sentry Ltd. on May 1, 2003 and made subsequent investments in 2004, 2006 and 2007.

58.     Plaintiff Natixis S.A. is a French Société Anonyme that invested assets in Fairfield Sentry Ltd. beginning on or around April 1, 2004 with multiple subsequent investments through 2008, and in Fairfield Sigma Ltd. beginning on or around October 1, 2004 with multiple subsequent investments through 2008.[1]

59.     Plaintiff Wu Szu Ying and Liao Yeu-Jeen are individuals residing in Taiwan who invested in Fairfield Sentry Ltd. on October 1, 2004.

60.     Plaintiff Arnold T.H. Burger is an individual residing in The Netherlands who invested in Fairfield Sigma Ltd. in 2005.

61.     Plaintiff Arrowgoal Business SA is a corporation organized in Panama that invested in Fairfield Sentry Ltd. and Fairfield Sigma Ltd.

62.     Plaintiff Doddy Roda De Ribera is an individual residing in Boliva who invested in Fairfield Sentry Ltd. on October 31, 2007.

63.     Plaintiff General Retirement and Social Insurance Authority, Qatar is located in Qatar and invested in Fairfield Sentry Ltd. on June 1, 2005 and made a subsequent investment on October 1, 2006.

64.     Plaintiff Core Equity Trust is a corporation organized in California that invested in Greenwich Sentry Partners Ltd. on May 1, 2006 and made a subsequent investment on November 1, 2006.

65.     Plaintiff Sanjules Investments Holdings Ltd. is a corporation organized in the British Virgin Islands that invested in Fairfield Sentry Ltd. on January 18, 2007.

66.     Plaintiff TMA Multi FOHFS Unit Trust is a fund incorporated in Cayman Islands that holds claims for investments in Fairfield Sentry Ltd. made on March 1, 2007.

67.     Plaintiff Jesús Tomas Tristan Bengoechea is an individual residing in Spain who made multiple investments in Fairfield Sentry Ltd.

68.     Plaintiff Maria Asuncion Quiles Ugalde is an individual residing in Spain who invested in Fairfield Sentry Ltd. on April 30, 1998, and made a subsequent investment on March 31, 2000.

69.     Plaintiff Miguel Lorrio is an individual residing in Spain who made an investment in Fairfield Sentry Ltd. on April 23, 2001.

70.     Plaintiff Elmira Trading is a company organized in the Bahamas that invested in Fairfield Sentry Ltd. on March 28, 2005.

---

[1] Co-lead counsel does not represent Natixis S.A.; Natixis S.A. will appear through its own counsel.

71.     Plaintiff The Harp Foundation is a corporation organized in Panama that invested in Fairfield Sentry Ltd. on May 31, 2007, and made a switch into Fairfield Sigma Ltd. on April 30, 2008.

72.     Plaintiff Finseco Limited is a corporation organized in Nevis, Saint Kitts and Nevis that invested in Fairfield Sentry Ltd. on May 31, 2007 and made a subsequent investment on July 31, 2007.

73.     Plaintiff Didier Arnaud is an individual residing in Belgium who invested in Fairfield Sentry Ltd. on May 31, 2007, and made a switch into Fairfield Sigma Ltd. on April 30, 2008.

74.     Plaintiff Academie Libanaise Des Beaux-Arts is a corporation organized in Lebanon that invested in Fairfield Sentry Ltd. on September 30, 2007.

75.     Plaintiff Elie Salem is an individual residing in Lebanon who invested in Fairfield Sentry Ltd. on May 31, 2007.

76.     Plaintiff Intratex Holding Inc. is a corporation organized in Panama that invested in Fairfield Sentry Ltd. on May 31, 2007, and made a switch into Fairfield Sigma Ltd. on April 30, 2008.

77.     Plaintiff Banque De Credit National Sal is a corporation organized in Lebanon that invested in Fairfield Sentry Ltd. on May 31, 2007.

78.     Plaintiff Francoise Arida is an individual residing in Lebanon who invested in Fairfield Sentry Ltd. on July 31, 2007.

79.     Plaintiff Banca CIS S.p.A. is a corporation organized in San Marino that invested in Fairfield Sigma Ltd. on June 30, 2007.

80.     Plaintiff Geralia Limited is a corporation organized in the Channel Islands that invested in Fairfield Sigma Ltd. on February 16, 2007 and made a subsequent investment on January 24, 2008.

81.     Plaintiff Commercial & Legal Advisors, S.A. is a company located in Panama that invested in Fairfield Sentry Ltd. on March 26, 2008.

82.     Plaintiff Milford Holdings Co. Ltd. is a corporation organized in Taiwan that invested in Fairfield Sentry Ltd. on August 26, 2002.

83.     Plaintiff Valora, S.A. is a company located in Andorra that invested in Fairfield Sigma Ltd. on March 22, 2004.

84.     Plaintiff Extrafid, S.A. is a company located in Switzerland that invested in Fairfield Sentry Ltd. on August 3, 2004.

85.     Plaintiff Alberto Ballabio is an individual residing in Switzerland who invested in Fairfield Sentry Ltd. on February 11, 2001 and made subsequent investments in 2002, 2003, and 2004.

86.     Plaintiff Northport SA is a corporation organized in the Marshall Islands that invested in Fairfield Sentry Ltd. on July 16, 1999 and made subsequent investments in 2000, 2002, 2004, and 2006.

87.     Plaintiff Julio J. Urquidi Gumucio is an individual residing in Boliva who invested in Fairfield Sentry Ltd. in 2001 and made a subsequent investment in 2004.

88.     Plaintiff Lisbet Blomdahl is an individual residing in Denmark who invested in Fairfield Sentry Ltd. on November 1, 2002.

89.     Plaintiff Martine Schuitema is an individual residing in the Netherlands who invested in Fairfield Sigma Ltd. on May 1, 2007.

90.     Plaintiff Contessa Worldwide Limited is a company located in Liechtenstein that invested in Fairfield Sigma Ltd. on June 23, 2006.

91.     Plaintiff Solid Trees Investment Fund is a fund organized under the laws of Luxembourg that invested in Fairfield Sigma Ltd. on June 12, 2008.

92.     Plaintiffs Aviva and Moshe Avissar are individuals residing in Israel who invested assets in Fairfield Sentry Ltd. on September 30, 2004 and July 1, 2006.

93.     Plaintiff Dror Avni is an individual residing in Israel who invested assets in Fairfield Sentry Ltd. on November 1, 2006.

94.     Plaintiff Caspi & Company is a company organized under the laws of Israel that invested assets in Fairfield Sentry Ltd. on September 1, 2008.

95.     Plaintiff Rose Ltd. on behalf of SAGA Employee Benefit Trust is a corporation organized under the laws of the Isle of Man that invested assets in Fairfield Sentry Ltd. on November 21, 2008.

96.     Plaintiff Berkano Capital Ltd. is a corporation organized under the laws of Switzerland that invested assets in Fairfield Sentry Ltd. on October 14, 2008 and November 21, 2008.

97.     Plaintiff Charles Bromley is an individual residing in Switzerland who invested assets in Fairfield Sentry Ltd. on June 6, 2005.

8

98.     Plaintiffs Michael and Daliah Belkine are individuals residing in Israel who invested assets in Fairfield Sentry Ltd. on March 24, 2008.

99.     Plaintiff Soul SP is a partnership organized under the laws of Scotland that invested assets in Fairfield Sentry Ltd. on October 17, 2006.

100.    Plaintiff Virginia SP is a partnership organized under the laws of Scotland that invested assets in Fairfield Sentry Ltd. on February 22, 2006 and January 27, 2007.

101.    Plaintiff Walter Hak is an individual residing in Switzerland who invested assets in Fairfield Sentry Ltd. on September 1, 2008.

102.    Plaintiff Nathan Incorporated is a corporation organized under the laws of Israel that invested assets in Fairfield Sentry Ltd. on May 25, 2004.

103.    Plaintiffs Dror and Ravit Cohen are individuals residing in Israel who invested assets in Fairfield Sentry Ltd. on April 14, 2008.

104.    Plaintiff Satoshi Kishimoto is an individual residing in Japan who invested assets in Fairfield Sentry Ltd. on October 29, 2003.

105.    Plaintiff Glastonbury Invest Ltd. is a corporation organized under the laws of Switzerland that invested assets in Fairfield Sentry Ltd. on August 27, 2003 and December 27, 2006.

106.    Plaintiff Jan Lecluyse is an individual residing in Luxembourg who invested assets in Fairfield Sigma Ltd. on February 22, 2008.

107.    Plaintiff Maitland Trustees Ltd. as Trustee of the Tigine Trust is an entity organized under the laws of the British Virgin Islands that invested assets in Fairfield Sentry Ltd. on March 31, 2005.

108.    Plaintiff Pinhas Marinsky is an individual residing in Israel who invested assets in Fairfield Sentry Ltd. on July 31, 2000.

109.    Plaintiff Isildurs Heirs Ltd. is a company organized under the laws of France that invested assets in Fairfield Sigma Ltd. on March 27, 2006.

110.    Plaintiff Ashish Mehta is an individual residing in Dubai, United Arab Emirates who invested assets in Fairfield Sentry Ltd. on November 14, 2006.

111.    Plaintiff Arepee Holdings Limited is a corporation organized under the laws of Switzerland that invested assets in Fairfield Sentry Ltd. on September 1, 2008.

112.    Plaintiff Avenmore Investments Limited is a corporation organized under the laws of the Cayman Islands that invested assets in Fairfield Sentry Ltd. on September 1, 2008.

113.    Plaintiff Benchmark Securities Limited is a corporation organized under the laws of the Cayman Islands that invested assets in Fairfield Sentry Ltd. on October 29, 2007 and September 26, 2008.

114.    Plaintiff Cristopori Limited is a corporation organized under the laws of the Cayman Islands that invested assets in Fairfield Sentry Ltd. on September 1, 2008.

115.    Plaintiff Nito Limited is a corporation organized under the laws of Switzerland that invested assets in Fairfield Sentry Ltd. on November 1, 2008.

116.    Plaintiff Parada Limited is a corporation organized under the laws of Switzerland that invested assets in Fairfield Sentry Ltd. on March 1, 2005.

117.    Plaintiff Goro Mitsui is an individual residing in Japan who invested assets in Fairfield Sentry Ltd. on April 30, 2008.

118.    Plaintiff Cristiana Verda Hassanaly is an individual residing in Switzerland who invested assets in Fairfield Sigma Ltd. on April 27, 2000.

119.    Plaintiff Petrus Roorda is an individual residing in the Netherlands who invested in Fairfield Sigma Ltd. on April 19, 2008 and June 29, 2008.

120.    Plaintiff Philip Rosenau is an individual residing in Israel who invested assets in Fairfield Sentry Ltd. on January 31, 2002 and made a subsequent investment on August 30, 2002.

121.    Plaintiff Erez Shachar is an individual residing in Israel who invested assets in Fairfield Sentry Ltd. on September 16, 2003.

122.    Plaintiff Xanderbilt Limited is an entity organized under the laws of Israel that invested assets in Fairfield Sentry Ltd. on April 24, 2008.

123.    Plaintiff Sabadell BS Select Fund of Hedge Funds SICAV is organized under the laws of Luxembourg and invested assets in Fairfield Sentry Ltd. on September 1, 2007 and February 1, 2008.

124.    Plaintiff Mountains to Mountains is an entity organized under the laws of Switzerland that invested assets in Fairfield Sentry Ltd.

125.    Plaintiffs Eri and Rachel Steimatzky are individuals residing in Israel who invested assets in Fairfield Sentry Ltd. on January 1, 2007.

126.   Plaintiff Atsushi Nouchi is an individual residing in Japan who invested assets in Fairfield Sentry Ltd. on August 8, 2004.

127.   Plaintiff Kazuhiro Uraoka is an individual residing in Japan who invested assets in Fairfield Sentry Ltd. on January 1, 2001 and November 1, 2001.

128.   Plaintiff Kenji Fujishima is an individual residing in Japan who invested assets in Fairfield Sentry Ltd. on May 27, 2004.

129.   Plaintiff Shoyo Shipping Company Ltd. is an entity organized under the laws of Japan that invested assets in Fairfield Sentry Ltd. on August 31, 2004.

130.   Plaintiff Ines Berz-Demarco is an individual residing in Switzerland who invested assets in Fairfield Sentry Ltd. on October 30, 2002 and November 12, 2002.

131.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Vastern Investments, is organized in Switzerland and invested in Fairfield Sentry Ltd. on August 28, 2007 and April 25, 2008.

132.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Trustee Indigo Trust, is organized in Switzerland and  invested  in Fairfield Sentry Ltd. on March 22, 2007.

133.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Tree Trust, is organized in Switzerland and invested in Fairfield Sigma Ltd. on March 26, 2007 and December 19, 2007.

134.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Buyisa Trust, is organized in Switzerland and  invested  in Fairfield Sentry Ltd. on August  28, 2007 and on April 25, 2008.

135.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Bridget Heneck is organized in Switzerland and invested in Fairfield Sentry Ltd. on June 27, 2007.

136.   Plaintiff Teragram Enterprises is a company organized in Hong Kong China that invested in Fairfield Sentry Ltd. on November 21, 2005 and November 23, 2005.

137.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Jerry Battiss, is organized in Switzerland and invested in Fairfield Sentry Ltd. on October 30, 2008 and on October 31, 2008.

138.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Ernst Hartwig is organized in Switzerland and invested in Fairfield Sentry Ltd. on May 29, 2007.

139.     Plaintiff Alberto Dahar is an individual located in Paraguay who invested in Fairfield Sentry Ltd. on May 20, 2002.

140.     Plaintiff Emilio Dahar is an individual residing in Paraguay who invested in Fairfield Sentry Ltd. on May 20, 2002.

141.     Plaintiff Karina Dahar is an individual residing in Paraguay who invested in Fairfield Sentry Ltd. on May 20, 2002.

142.     Plaintiff Investec Bank (Switzerland) AG as Trustee to Eberhardt-Martin CC is organized in Switzerland and invested in Fairfield Sentry Ltd. on January 28, 2008.

143.     Plaintiff Investec Bank (Switzerland) AG as Trustee to Michael Johannes Van Straaten is organized in Switzerland and invested in Fairfield Sentry Ltd. on September 26, 2008.

144.     Plaintiff Investec Bank (Switzerland) AG as Trustee to Monte Castillo Limited is organized in Switzerland and invested in Fairfield Sentry Ltd. on June 26, 2008 and January 7, 2008.

145.     Plaintiff Investec Bank (Switzerland) AG as Trustee to York Trustis organized in Switzerland and invested in Fairfield Sigma Ltd. on May 27, 2007.

146.     Plaintiff Investec Bank (Switzerland) AG as Trustee to Greenvale World Limited is organized in Switzerland and invested in Fairfield Sentry Ltd. on June 26, 2008 and January 7, 2008.

147.     Plaintiff Investec Bank (Switzerland) AG as Trustee to Crystal Investment Services is organized in Switzerland and invested in Fairfield Sentry Ltd. on August 28, 2007.

148.     Plaintiff Investec Bank (Switzerland) AG as Trustee to Thelma Ann Battiss is organized in Switzerland and invested in Fairfield Sentry Ltd. on October 30, 2008 and on October 31, 2008.

149.     Plaintiff Capita Trustee Services Limited is a corporation located in Saint Helier, Jersey that invested in Fairfield Sentry Ltd. on April 28, 2008 and August 27, 2008.

150.     Plaintiff Investec Bank (Switzerland) AG as Trustee to Aibw Spare Parts Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on April 25, 2008 and January 9, 2008.

151.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Jonathan and Tamara Zenios is organized in Switzerland and invested in Fairfield Sentry Ltd. on March 22, 2005 and May 14, 2008.

152.   Plaintiff Investec Bank (Switzerland) AG as Trustee to JL Pretorius is organized in Switzerland and invested in Fairfield Sigma Ltd. on January 6, 2008.

153.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Stenham Trustees Limited is organized in Switzerland and invested in Fairfield Sentry Ltd. on August 28, 2007.

154.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Lipshitz Family Trust is organized in Switzerland and invested  in Fairfield Sentry Ltd. on September 26, 2007, March 22, 2005 and July 20, 2007.

155.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Laurence Michael Nestadt is organized in Switzerland and invested in Fairfield Sigma Ltd. on January 6, 2008.

156.   Plaintiff Investec Bank (Switzerland) AG as Trustee to The New Fund Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. January 7, 2008.

157.   Plaintiff Investec Bank (Switzerland) AG as Trustee to ITM/Greenfield Trust is organized in Switzerland and invested in Fairfield Sigma Ltd. on December 19, 2007.

158.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Pleydell Investment Corp. is organized in Switzerland and  invested in Fairfield Sentry Ltd. on January 28, 2008.

159.   Plaintiff Investec Bank (Switzerland) AG as Trustee to RCC Partnership is organized in Switzerland and invested in Fairfield Sentry Ltd. on April 25, 2008.

160.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Pretorius Family JL is organized in Switzerland and invested in Fairfield Sentry Ltd. on November 28, 2007, January 6, 2008 and  January 9, 2008.

161.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Karien Pienaar Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on August 15, 2007.

162.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Willem Pienaar Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on January 9, 2008.

163.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Alwanda Thirion Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on July 27, 2007.

13

164. Plaintiff Investec Bank (Switzerland) AG as Trustee to Drawood Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on April 23, 2007, January 9, 2008, February 25, 2008.

165. Plaintiff Investec Bank (Switzerland) AG as Trustee to Townshend Family Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on January 9, 2008.

166. Plaintiff Investec Bank (Switzerland) AG as Trustee to Its Rathgar Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on January 7, 2008.

167. Plaintiff Investec Bank (Switzerland) AG as Trustee to MT/Lipshitz Charity is organized in Switzerland and invested in Fairfield Sentry Ltd. on July 20, 2007.

168. Plaintiff Investec Bank (Switzerland) AG as Trustee to ISL. RE Lilla Howe Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on January 7, 2008.

169. Plaintiff Investec Bank (Switzerland) AG as Trustee to Campbell and Alison Smillie is organized in Switzerland and invested in Fairfield Sigma Ltd. on June 25, 2007.

170. Plaintiff Teragram Enterprises Limited is a company organized Hong Kong, China and invested in Fairfield Sentry Ltd. on November 21, 2005.

171. Plaintiff Investec Bank (Switzerland) AG as Trustee to J Isaacs Management LDT is organized in Switzerland and invested in Fairfield Sigma Ltd. on January 6, 2008.

172. Plaintiff Investec Bank (Switzerland) AG as Trustee to Patricia Dowd Settlement Trust is organized in Switzerland and invested in Fairfield Sigma Ltd. on July 27, 2007 and on November 28, 2007.

173. Plaintiff Investec Bank (Switzerland) AG as Trustee to Christopher Casserly is organized in Switzerland and invested in Fairfield Sentry Ltd. on March 22, 2007.

174. Plaintiff Investec Bank (Switzerland) AG as Trustee to Julie Philpot Settlement Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on July 27, 2007 and September 30, 2008.

175. Plaintiff Investec Bank (Switzerland) AG as Trustee to Susan P. Cabey is organized in Switzerland and invested in Fairfield Sentry Ltd. on March 22, 2007 and on November 28, 2007.

176.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Ian Casserly is organized in Switzerland and invested in Fairfield Sentry Ltd. on November 28, 2007 and on March 22, 2007.

177.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Eileen Casserly is organized in Switzerland and invested in Fairfield Sentry Ltd. on November 28, 2007 and on March 22, 2007.

178.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Elizabeth Bray is organized in Switzerland and invested in Fairfield Sentry Ltd. on November 28, 2007 and March 22, 2007.

179.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Hanna Fisher is organized in Switzerland and invested in Fairfield Sentry Ltd. on November 28, 2007 and March 22, 2007.

180.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Margaret Everett is organized in Switzerland and invested in Fairfield Sentry Ltd. on November 28, 2007 and on March 22, 2007.

181.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Global Investment 1 Limited is organized in Switzerland and invested in Fairfield Sentry Ltd. on January 8, 2008.

182.   Plaintiff Investec Bank (Switzerland) AG as Trustee to M&D Trust is organized in Switzerland and invested in Fairfield Sentry Ltd. on March 29, 2006.

183.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Kenilworth Trust, is organized in Switzerland and invested in Fairfield Sentry Ltd. on June 26, 2008.

184.   Plaintiff Investec Bank (Switzerland) AG as Trustee to Yonbor Investments is organized in Switzerland and invested in Fairfield Sigma on May 23, 2008.

185.   Plaintiff Abelia Limited is a corporation organized in St. Helier, Jersey (Channel Islands) that invested in Fairfield Sentry Ltd.

186.   Plaintiff Honeywood Investments Limited is a corporation organized in St. Helier, Jersey (Channel Islands) that invested in Fairfield Sentry Ltd.

187.   Plaintiff Goldpac Investment Partners Limited is a corporation organized in Vancouver, BC that invested in Fairfield Sentry Ltd.

188.   Plaintiff Yin Yao is an individual residing in Hong Kong, China who invested in Fairfield Sentry Ltd. on April 27, 2005, December 27, 2005, and July 28, 2008.

189.  Plaintiff Christopher Yip is an individual residing in Hong Kong, China who invested in Fairfield Sentry Ltd.

190.  Plaintiffs Wen Hong and Li-Huei Hung Chen are individuals residing in Hong Kong, China who invested in Fairfield Sentry Ltd. on September 23, 2005; October 26, 2007; April 25, 2008; and October 28, 2008.

191.  Plaintiff Chen Wan-Chin is an individual residing in Hong Kong, China who invested in Fairfield Sentry Ltd. on December 27, 2005 and March 26, 2008.

192.  Plaintiff Naomi Blumenthal is an individual residing in Israel who invested in Fairfield Sentry Ltd. on July 31, 2003.

193.  Plaintiff Binate Stiftung is an entity organized under the laws of Monaco that invested assets in Fairfield Sigma Ltd. on April 23, 2007 and August 16, 2007.

194.  Plaintiff Abraham Jutorski is an individual residing in Mexico who invested in Fairfield Sentry Ltd. on May 31, 2001 and who made a subsequent investment on December 22, 2003.

195.  Plaintiff Rosario Canedo de Munoz is an individual residing in Bolivia who made multiple investments in Fairfield Sentry Ltd. beginning on October 15, 1999.

196.  Plaintiff Alrite Holdings Ltd. is a company organized under the laws of the British Virgin Islands that invested in Fairfield Sentry Ltd. on May 30, 2007.

197.  Plaintiff Investec Bank (Switzerland) AG as Trustee to Chariot Investments Limited is organized in Switzerland and invested in Fairfield Sigma Ltd. on December 21, 2007.

198.  Plaintiff Yen Kung is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on December 24, 2003.

199.  Plaintiffs Shi Jao Chen and Mei Hua Hung are individuals residing in Taiwan who invested in Fairfield Sentry Ltd. on November 1, 2003.

200.  Plaintiff Hsu, Po-Hsun is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on August 31, 2003.

201.  Plaintiffs Hsieh Ching-Yi and Hsieh Chin-Fen are individuals residing in Taiwan who invested in Fairfield Sentry Ltd. on December 23, 2003.

202.  Plaintiffs Chung, Hiu-Wen and Li, Jie-Yuan are individuals residing in Taiwan who invested in Fairfield Sentry Ltd. on December 29, 2003.

203.    Plaintiff Liang Chen, Long-Chu is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on June 24, 2003.

204.    Plaintiff Huang Yeh, Yi-Yuan is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on October 28, 2003.

205.    Plaintiff Tung, Chen Hsiu-Yun is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on January 1, 2004.

206.    Plaintiff Lai, Hung-Pin is an individual residing in Taiwan who made multiple investments in Fairfield Sentry Ltd. in 2003.

207.    Plaintiff Chen, Hui-Hui is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on October 31, 2003.

208.    Plaintiff Kanson Int'l Ltd. is an entity located in Taiwan that invested in Fairfield Sentry Ltd. on November 25, 2003.

209.    Plaintiff Chou Chen, A-Chuen is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on August 21, 2003.

210.    Plaintiff Hung Ching is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on November 30, 2003.

211.    Plaintiff Tsai, Chang-Ying is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on August 28, 2003.

212.    Plaintiff Tsai, Hsien-Chung is an individual residing in Taiwan who invested in Fairfield Sentry Ltd. on November 30, 2003.

213.    Plaintiffs Wei, Man and Lin, I-Jen are individuals residing in Taiwan who invested in Fairfield Sentry Ltd. on February 29, 2004.

214.    Plaintiff Concorde Bank Limited is an entity located in Barbados that invested in Fairfield Sentry Ltd. on May 1, 2007.

215.    Plaintiff Investec Bank (Switzerland) AG as Trustee to Oak Directors Limited is organized in Switzerland and invested in Fairfield Sigma Ltd. on December 21, 2007.

Dated: July 24, 2013                         On behalf of and with consent of all parties hereto,

By: _____

David A. Barrett
Howard L. Vickery, II
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert C. Finkel
James A. Harrod
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759.4600
Facsimile: (212) 486.2093

Christopher Lovell
Victor E. Stewart
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608.1900

*Co-Lead Counsel for Plaintiffs*

/s/ David McGill
Jonathan D. Cogan, Esq.
Michael S. Kim, Esq.
David McGill, Esq.
Brad H. Samuels, Esq.
KOBRE & KIM LLP
800 Third Avenue, 6th Floor
New York, NY  10022
Tel:  (212)-488-1200

*Counsel for Defendant*
*GlobeOp Financial Services LLC*


/s/ Andrew G. Gordon
Allan J. Arffa, Esq.
Leslie G. Fagen, Esq.
Andrew G. Gordon, Esq.
Brad Scott Karp, Esq.
Patrick James Somers, Esq.
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:  (212) 373-3000

*Counsel for Defendants*
*Citco Fund Services (Europe) B.V., Citco*
*(Canada) Inc., Citco Bank Nederland N.V.*
*Dublin Branch, Citco Global Custody N.V.,*
*Citco Fund Services (Bermuda) Limited and The*
*Citco Group Limited*

19

/s/ Timothy A. Duffy
Timothy A. Duffy, P.C.
Amy Crawford, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel:  (312) 862-2000

Andrew M. Genser, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800
*Counsel for Defendant
PricewaterhouseCoopers L.L.P. (PwC Canada)*

/s/ Sarah L. Cave
William R. Maguire, Esq.
Sarah L. Cave, Esq.
Gabrielle S. Marshall, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004
Tel:  (212) 837-6000

*Counsel for Defendant
PricewaterhouseCoopers Accountants
Netherlands N.V. (PwC Netherlands)*

**SO ORDERED** on this 24th day of July, 2013

The Honorable Victor Marrero
United States District Judge