UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                    Defendants. | Master File No. 09-cv-118 (VM)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Natixis S.A., by and through its undersigned counsel, states as follows:

Natixis S.A. is owned in part by Group BPCE, a French banking group that is not publicly traded. Natixis S.A. is in part publicly held and traded on the Euronext Paris Exchange.

Dated:  New York, New York
        July 26, 2013

DAVIS & GILBERT LLP

/s/ Bruce M. Ginsberg
Joseph Cioffi
(jcioffi@dglaw.com)
Bruce M. Ginsberg
(bginsberg@dglaw.com)
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888

*Attorneys for Natixis S.A.*