UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>    Defendants. | Master File No. 09-cv-118 (VM) |

### JOINDER OF NATIXIS S.A. AS NAMED PLAINTIFF

Pursuant to the Stipulation Concerning Named Plaintiffs, So Ordered and entered by the Court on May 8, 2013 in this action, and the Stipulation and Order Adding Additional Named Plaintiffs, So Ordered by the Court on July 24, 2013 and entered on July 26, 2013, Natixis S.A., by and through its undersigned attorneys, hereby joins this action as a named plaintiff.

Natixis joins and adopts the Second Consolidated Amended Complaint filed on September 29, 2009 by plaintiffs in this action ("SCAC") with the exception of the allegations in the paragraphs set forth below, all of which are expressly excluded from this joinder:

¶ 169, fourth and fifth sentences; ¶ 183, third sentence; ¶ 210; ¶ 212; ¶ 215; ¶¶ 217-224; ¶ 308; ¶ 315, fifth bullet point, second sentence; ¶ 316; ¶ 318; ¶ 338; ¶ 339, fifth sentence; ¶ 353(j)(vii); ¶ 353(p)(v); ¶¶ 354-425; ¶ 430, second sentence; ¶ 457(b); ¶ 466, first sentence; ¶ 467, second sentence; ¶ 524, second sentence; ¶ 536, second sentence; ¶ 537, second sentence; ¶¶ 541-557; and ¶ 562, third and fourth lines of paragraph.

All paragraphs of the SCAC stating that "foregoing paragraphs are realleged herein" are subject to the express exclusions of prior paragraphs set forth in this joinder.

Dated:  New York, New York
       July 26, 2013                             Respectfully submitted,

                                                    DAVIS & GILBERT LLP

                                                    /s/ Bruce M. Ginsberg
                                                    Joseph Cioffi
                                                    (jcioffi@dglaw.com)
                                                    Bruce M. Ginsberg
                                                    (bginsberg@dglaw.com)
                                                    1740 Broadway
                                                    New York, New York 10019
                                                    Telephone: (212) 468-4800
                                                    Facsimile: (212) 468-4888

                                                    *Attorneys for Natixis S.A.*