UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ANWAR et al.,             Plaintiff,            Case No. 1:09-cv-00118-VM-FM

-against-

FAIRFIELD GREENWICH LTD. et al,             Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

David S. Hoffner
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DH-1462        My State Bar Number is 2349363

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Hoffner Pllc
            FIRM ADDRESS: 325 Broadway, Suite 505
            FIRM TELEPHONE NUMBER: 917-881-1039
            FIRM FAX NUMBER: 646-810-4031

NEW FIRM:   FIRM NAME: Hoffner PLLC
            FIRM ADDRESS: 800 Third Avenue, 13th Floor
            FIRM TELEPHONE NUMBER: 212-471-6203
            FIRM FAX NUMBER: 212-935-5012

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 5, 2013

ATTORNEY'S SIGNATURE