# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

August 14, 2013

By Facsimile

The Honorable Frank Maas,
   United States Magistrate Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street,
            New York, New York 10007.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2013
```

Re:   *Anwar v. Fairfield Greenwich Ltd.*,
      No. 09-CV-118 (S.D.N.Y.) – Standard Chartered Cases

Dear Judge Maas:

We write on behalf of the Standard Chartered Defendants ("Standard Chartered"), in agreement with the Standard Chartered Plaintiffs' Steering Committee, to jointly request that the Court extend by an additional 90 days from the entry of this order the period for expert depositions in the Standard Chartered Cases. The current period is set forth in paragraph one of the June 11, 2012 Stipulation and Order Amending Second Amended Scheduling Order Regarding Standard Chartered Cases (Dkt. No. 891), and is set to end on August 15, 2013. The additional time is necessary because the parties are still negotiating and hope to reach agreement on the scope of expert document productions, upon which time the parties will commence expert depositions.

Respectfully submitted,

Bradley P. Smith

cc:   Standard Chartered Plaintiffs' Steering Committee (via E-mail)

**APPLICATION GRANTED**
SO ORDERED

Frank Maas, USMJ 8/14/13