UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/13
```

ANWAR, et al.,

              Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, et al.,

              Defendants.

This Document Relates To: All Actions

Master File No. 09-cv-118 (VM)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for Plaintiffs to respond to the Rule 72(a) Objections of Defendants The Citco Group Ltd., Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Global Custody N.V., Citco Bank Nederland N.V. Dublin Branch, and Citco Fund Services (Bermuda) Ltd. (collectively, "the Citco Defendants") to the July 8, 2013 Discovery Order of Magistrate Judge Frank Maas is extended to August 26, 2013;

**IT IS FURTHER STIPULATED AND AGREED** that the time for the Citco Defendants to reply to Plaintiffs' papers in opposition the Rule 72(a) Objections is extended to September 26, 2013.

Dated: July 30, 2013

BOIES, SCHILLER & FLEXNER LLP

By: _____
David A. Barrett
575 Lexington Avenue
New York, New York 10022
(212) 446-2300

*Attorneys for Plaintiffs*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Andrew G. Gordon
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3543

*Attorneys for the Citco Defendants*

SO ORDERED.

8-6-13
DATE      VICTOR MARRERO, U.S.D.J.