# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

August 26, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/13

**BY HAND**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Anwar, et al. v. Fairfeld Greenwich Limited, et al.*
Master File No. 09-CV-00118 (VM) (THK)

Dear Judge Marrero:

We write on behalf of Plaintiffs in *Anwar, et al. v. Fairfeld Greenwich Limited, et al.*, No. 09-CV-00118 (VM) to request leave from the Court to file under seal Plaintiffs' Memorandum of Law in Opposition to the Citco Defendants' Rule 72(a) Objections to Magistrate Judge Maas' July 8, 2013 Discovery Order and the Declaration of Olav A. Haazen dated August 26, 2013, attached hereto.

Plaintiffs' memorandum includes references to and exhibits of materials designated "Confidential" pursuant to the Second Amended Stipulation and Order Governing Confidentiality of Discovery Material (DE 591). Pursuant to paragraph 8(b) of that confidentiality order, Plaintiffs respectfully request leave to file their reply papers under seal.

Respectfully submitted,

David Barrett /mc

David A. Barrett

cc:     All counsel in *Anwar* (by email)

> Request GRANTED. Plaintiffs are authorized to file under seal their reply papers regarding defendants' objections to Magistrate Judge Maas's order dated 7-8-13.
>
> SO ORDERED.
>
> 8-28-13
> DATE
>
> VICTOR MARRERO, U.S.D.J.