LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

OFFICE PHONE (212) 759-4600
FACSIMILE (212) 486-2093
www.wolfpopper.com

LONG ISLAND OFFICE
11 GRACE AVENUE
SUITE 400
GREAT NECK, N.Y. 11021
(516) 726-7723
FAX: (516) 726-7724

212.451.9620

DIRECT DIAL:

August 29, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/13

**By Facsimile (212.805.6382)**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>**Anwar, et al., v. Fairfield Greenwich Limited, et al., 09-CV-00118**</u>

Dear Judge Marrero:

We are co-lead counsel for the Representative Plaintiffs and plaintiff class in the above *Anwar* action.

We are pleased to inform Your Honor with we have entered into a Stipulation of Settlement dated as of August 27, 2013 with GlobeOp Financial Services LLC to resolve all claims against GlobeOp in *Anwar* for $5,000,000. The Stipulation is subject to approval by the Court and anticipates the entry of a Preliminary Approval Order, among other things, granting preliminary approval of the proposed settlement, directing notice of the settlement to the settlement class, and scheduling a final settlement hearing to consider final approval of the settlement.

We are prepared to file immediately, pursuant to Local Civil Rule 6(b), a motion for entry of the Preliminary Approval Order.

We respectfully request permission, pursuant to Your Honor's Individual Rules of Practice, to file that motion to be heard, at the Court's convenience, at any time on September 23, 2013 or thereafter.

Respectfully submitted,

Robert C. Finkel

cc: All Counsel of Record in *Anwar*

177481-1

Request GRANTED. Plaintiffs are authorized to file a Motion for Preliminary Approval Order of their proposed settlement of claims against defendant GlobeOp in this action.

SO ORDERED.

9-3-13
DATE

VICTOR MARRERO, U.S.D.J.