LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

OFFICE PHONE (212) 759-4600
FACSIMILE (212) 486-2093
WWW.WOLFPOPPER.COM

LONG ISLAND OFFICE
11 GRACE AVENUE
SUITE 400
GREAT NECK, N.Y. 11021
(516) 728-7723
FAX: (516) 726-7724

DIRECT DIAL:   212 451 9620

September 17, 2013

**By Facsimile**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/13

Re: **Anwar, et al., v. Fairfield Greenwich Limited, et al., 09-CV-00118**

Dear Judge Marrero:

We are one of the co-lead counsel for plaintiffs in the above Anwar action. As I explained to your law clerk, Ms. Shellie Weisfield, earlier this morning, the Second Circuit has scheduled argument on two of the appeals from Your Honor's March 25, 2013 Final Judgment approving the Fairfield Greenwich settlement for November 22, 2013 at 10:00 a.m.

That argument conflicts with the final hearing scheduled before Your Honor on the GlobeOp settlement for November 22, 2013 at 9:30 a.m. Notice of that hearing date and time has not yet been mailed to the GlobeOp Settlement Class Members.

Because notice of the GlobeOp settlement hearing has not yet been mailed, and because that hearing conflicts with the Second Circuit argument, we respectfully request that the GlobeOp settlement hearing be rescheduled for the afternoon of November 22, 2013.

Respectfully submitted,

Robert C. Finkel

cc: David H. McGill, Esq.
    David A. Barrett, Esq.

177604-1

Request GRANTED. The final GlobeOp settlement hearing is rescheduled to 11-22-13 at 2:30 p.m.

SO ORDERED.

9-17-13
DATE     VICTOR MARRERO, U.S.D.J.