UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al.,                         :

                    Plaintiffs,           :

           -against-                          :     **DISCOVERY ORDER**

FAIRFIELD GREENWICH LIMITED, et al.,  :     09 Civ. 118 (VM) (FM)

                    Defendants.          :

This Documents Relates to the                   :
Standard Chartered Cases
------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       I have reviewed counsels' recent exchange of letters concerning discovery issues. If possible, I would like to address these issues during a telephone conference on Monday, October 7, 2013, at 2 p.m. If this date and time are not feasible, counsel should place a conference call to my Chambers as soon as possible to select a different, mutually acceptable date and time.

Dated:     New York, New York
             October 4, 2013

                                               FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

<u>Via Facsimile</u>
Richard E. Brodsky, Esq.
Bradley P. Smith, Esq.

All Counsel via ECF