UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAIRFIELD GREENWICH LIMITED, *et al.*, <br><br> Defendants. <br><br> This Document Relates To:  09-cv-118 (VM) | Master File No. 09-cv-118 (VM) |

### NOTICE OF MOTION FOR FINAL APPROVAL OF THE PROPOSED GLOBEOP SETTLEMENT AND PLAN OF ALLOCATION AND AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that on November 22, 2013 at 2:30 p.m. in Courtroom 11B at the United States District Court located at 500 Pearl Street, New York, New York, Plaintiffs will and hereby do move the Court, the Honorable Victor Marrero, for an order granting Plaintiffs' Motion for Final Approval of the Proposed GlobeOp Settlement and Plan of Allocation and Award of Attorneys' Fees and Reimbursement of Expenses.

This motion is based upon this notice, the accompanying memorandum of law, the accompanying Joint Declaration of Lead Counsel in Support of the Proposed GlobeOp Class Action Settlement and Fee and Expense Requests, the exhibits thereto, and such argument and additional submissions that may be submitted to the Court before the hearing on this Motion.

Dated: October 11, 2013

Respectfully submitted,

By:   /s/ Robert C. Finkel

David A. Barrett
Howard L. Vickery, II
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

Robert C. Finkel
James A. Harrod
Natalie M. Mackiel
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600


Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011

Christopher Lovell
Victor E. Stewart
 LOVELL STEWART HALEBIAN
 JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900


*Interim Co-Lead Counsel for Plaintiffs and
Counsel for PSLRA Plaintiffs in the Action*

174893-1