UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA S. ANWAR, et al.,<br><br>                                      Plaintiffs,<br><br>v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                                      Defendants. | Master File No. 09-cv-118 (VM) (FM) |

### **SUPPLEMENTAL AFFIDAVIT OF DANIEL J. POLIZZI**

STATE OF FLORIDA      )
                                ) ss:
COUNTY OF PALM BEACH  )

       DANIEL J. POLIZZI, being first duly sworn, deposes and says:

       1.    I submit this supplemental affidavit to provide the Court with updated information regarding, among other things, the mailing of the Notice of Proposed GlobeOp Partial Settlement of Class Action and Settlement Fairness Hearing, and Motion for Attorneys' Fees and Reimbursement of Expenses (the "GlobeOp Notice") and GlobeOp Proof of Claim and Release Form (together, the "GlobeOp Notice Packet") and the non-receipt of requests for exclusion and objections. I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"), the Court-appointed Claims Administrator. I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

       2.    On October 11, 2013, I executed my original affidavit (the "October Affidavit") that was filed with the Court on October 11, 2013 [Dkt. No. 1205-1], attesting, among other

things, to the mailing of the GlobeOp Notice Packet and the dissemination of the Summary Notice over *PR Newswire.*

3. As more fully stated in my October Affidavit (at ¶8), as of October 10, 2013, Rust had mailed a total of 54 GlobeOp Notice Packets to potential Class Members. Since my October Affidavit was executed, during the period from October 11, 2013 through November 5, 2013, inclusive, Rust has not mailed any additional GlobeOp Notice Packets. Accordingly, as of November 5, 2013, we have mailed a total of 54 GlobeOp Notice Packets to potential Class Members.

4. As stated in my October Affidavit (at ¶11), Rust posted the GlobeOp Notice Packet, GlobeOp Stipulation of Settlement, and Preliminary Approval Order, among other documents, on a website dedicated to the Settlement (www.FairfieldGreenwichLitigation.com). Since the September 24, 2013 mailing of the GlobeOp Notice Packet, the Website has had 1,441 additional visits.

5. Rust has maintained a toll-free telephone hotline (1-855-263-3450), and a direct dial line for international callers (1-612-359-7949), with an Interactive Voice Response System ("IVR") and live operators to assist potential Class Members with questions about the Settlement, as stated in my October Affidavit (at ¶12). Since the mailing of the GlobeOp Notice Packet on September 24, 2013, Rust has received a total of 117 additional calls on this line, of which 59 callers requested to speak with a live operator for assistance.

6. As stated in ¶13 of my October Affidavit, the Notice informed Class Members that the deadline for requesting exclusion from the Class was October 25, 2013. As of November 5, 2013, Rust has not received any requests for exclusion from the GlobeOp Settlement Class.

7. The Notice also informed GlobeOp Settlement Class Members that the deadline for filing objections to the proposed Settlement or fee and expense request was October 25, 2013. As of November 5, 2013, Rust has not received any objections to the proposed Settlement or fee or expense request from GlobeOp Settlement Class Members.

8. To date, Rust has received a total of 16 claim forms from Settlement Class Members. In our experience, the vast majority of claim forms are received shortly prior to the deadline for filing claims, which is December 23, 2013 in this case.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Daniel J. Polizzi

Sworn to before me this
7th day of November, 2013

_____
Notary Public

ZORINA L. MOORE
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE854584
Expires 11/28/2016