UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 11/12/13

ORIGINAL

ANWAR, *et al.*,

        Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

        Defendants.

This Document Relates To: 09-cv-118 (VM)

Master File No. 09-cv-118 (VM)

### NINTH [PROPOSED] ORDER AMENDING THE AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

    **WHEREAS**, on November 2, 2010, the Court entered an Amended Case Management Plan and Scheduling Order;

    **WHEREAS**, on January 30, 2012, the Court entered an Order extending the time within which the parties shall complete fact discovery to September 4, 2012;

    **WHEREAS**, on August 29, 2012, the Court entered an Order extending the time within which the parties shall complete fact discovery to March 31, 2013;

    **WHEREAS**, on January 30, 2013, the Court entered an Order extending the time within which the parties shall complete fact discovery to June 30, 2013 and set the schedule for expert discovery (collectively the "CMOs");

    **NOW, THEREFORE, IT IS HEREBY ORDERED**, that the CMOs are amended as follows:

    1.    By November 22, 2013, The Citco Group Ltd., Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Global Custody N.V, Citco Bank Nederland, N.V., Dublin Branch, Citco Fund Services (Bermuda) Ltd., PricewaterhouseCoopers LLP and

PricewaterhouseCoopers Accountants, N.V. (collectively, the "Non-Settling Defendants") shall serve expert reports concerning damages.

2. By December 6, 2013, Plaintiffs shall serve rebuttal expert reports, concerning all issues except damages.

3. By January 15, 2014, Plaintiffs shall serve any rebuttal expert reports concerning damages.

4. Plaintiffs and the Non-Settling Defendants shall cooperate in scheduling depositions of their respective expert witnesses so as to seek to complete such discovery to the extent possible by February 28, 2014 and all such expert witness depositions shall be completed by March 31, 2014.

5. The dates set forth in this Order shall not apply to any further litigation of claims against defendants other than the Non-Settling Defendants in the event that settlements resolving claims against those defendants do not become fully effective and litigation against those defendants re-commences.

Except as amended above, the provisions of the CMOs remain in effect.

SO ORDERED this 12th day of November, 2013.

_____
Hon. Frank Maas
United States Magistrate Judge

2