# THE BRODSKY LAW FIRM, PL

## RICHARD E. BRODSKY, ATTORNEY AT LAW

November 12, 2013

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____ 11/            │
│ DATE FILED: 11/13/13          │
└──────────────────────────────┘
```

*By fax to (212) 805-6382*

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

> **Re:**   *Anwar, et al. v. Fairfield Greenwich Limited, et al.,*
> *09-cv-118(VM)(THK)*

Dear Judge Marrero:

I write as the Liaison Counsel for the Standard Chartered Plaintiffs in the *Standard Chartered* Cases. The Standard Chartered Defendants have delivered to Your Honor a letter dated today seeking a pre-motion conference regarding a possible defense motion for dismissal of these cases under the Securities Litigation Uniform Standards Act ("SLUSA").

We request until November 19, 2013 to respond to the letter from the Defendants. I have been informed by counsel that the Defendants do not object to this request.

Thank you for your consideration of this letter.

Sincerely yours,

The Brodsky Law Firm, PL

Richard E. Brodsky

```
┌─────────────────────────────────────────┐
│ SO ORDERED.                              │
│                                          │
│ 11-13-13                                 │
│ ─────────      ───────────────────────   │
│   DATE           VICTOR MARRERO, U.S.D.J. │
└─────────────────────────────────────────┘
```

cc:   Counsel for Standard Chartered Defendants
      Counsel for all Standard Chartered Plaintiffs

200 S. BISCAYNE BOULEVARD, STE. 1930 · MIAMI, FLORIDA 33131
WWW.THEBRODSKYLAWFIRM.COM
786-220-3328 · RBRODSKY@THEBRODSKYLAWFIRM.COM