# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY


MEMO ENDORSED

November 13, 2013

By Facsimile

The Honorable Frank Maas,
   United States Magistrate Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street,
           New York, New York 10007.

**APPLICATION GRANTED**
**SO ORDERED**

Frank Maas, USMJ 11/13/13

    Re:   *Anwar v. Fairfield Greenwich Ltd.*,
          No. 09-CV-118 (S.D.N.Y.) – Standard Chartered Cases

Dear Judge Maas:

        We write on behalf of the Standard Chartered Defendants ("Standard Chartered"), in agreement with the Standard Chartered Plaintiffs' Steering Committee, to jointly request that the Court extend the period for expert depositions in the Standard Chartered Cases up to and including January 31, 2014. The current period is set forth in paragraph one of the June 11, 2012 Stipulation and Order Amending Second Amended Scheduling Order Regarding Standard Chartered Cases (Dkt. No. 891), as amended by the Court's Order dated August 14, 2013 (Dkt. No. 1174), and is set to end on November 13, 2013. The additional time is necessary to accommodate all of the expert depositions that are or need to be scheduled.

                          Respectfully submitted,

                          Bradley Smith /SRG

                          Bradley P. Smith

cc:    Standard Chartered Plaintiffs' Steering Committee (via E-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
11/13/13