# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 20, 2013

By Facsimile

Honorable Victor Marrero,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street,
                New York, New York 10007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/13

Re:  *Anwar, et al. v. Fairfield Greenwich Ltd., et al.*, No. 09-CV-118 (S.D.N.Y.) – Standard Chartered Cases

Dear Judge Marrero:

We write on behalf of the Standard Chartered Bank Defendants ("SCB") in connection with the above-captioned action. Yesterday, liaison counsel for the Standard Chartered plaintiffs submitted a 12-page response to SCB's 3-page letter request for a pre-motion conference regarding SCB's contemplated motion to dismiss plaintiffs' claims pursuant to the Securities Litigation Uniform Standards Act ("SLUSA"). Thereafter, plaintiff Teresa Barbachano submitted an additional 4-page letter to the Court. SCB believes that a brief response to those lengthy submissions would be helpful to the Court and respectfully requests leave to submit a letter no longer than 4 pages in reply on or before November 26, 2013.

Respectfully submitted,

Sharon L. Nelles

cc:  Standard Chartered Plaintiffs' Steering Committee (by e-mail)

> Request GRANTED. The Standard Chartered Bank Defendants are authorized to file by 11-26-13 a reply letter not to exceed four (4) pages addressing the matters referred to above, and in particular showing cause why this matter should not be deferred pending
> SO ORDERED: rulings by the Circuit Court and the Supreme Court on related questions.
> 11-21-13
> DATE    VICTOR MARRERO, U.S.D.J.