DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA ANWAR, *et al.*,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

This Document Relates To: 09-cv-118 (VM)

Master File No. 09-cv-118 (VM) (FM)

## FINAL JUDGMENT AND ORDER AWARDING FEES AND EXPENSES

This matter came before the Court for hearing on November 22, 2013 pursuant to the GlobeOp Preliminary Approval Order ("Preliminary Approval Order"), dated September 10, 2013 (Dkt. No. 1189), on the application of the Representative Plaintiffs for approval of the Settlement set forth in the GlobeOp Stipulation of Settlement ("GlobeOp Stipulation") (Dkt. No. 1184), and the petition, on behalf of Plaintiffs' Counsel, for an award of attorneys' fees and reimbursement of expenses. Due and adequate notice having been given to the Settlement Class as required in said Preliminary Approval Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Final Judgment and Order Awarding Fees and Expenses (the "GlobeOp Final Fee and Expense Judgment") incorporates by reference the definitions in the GlobeOp Stipulation, and all terms used herein shall have the same meanings as set forth in the GlobeOp Stipulation.

2. This Court has previously entered the GlobeOp Final Judgment and Order of Dismissal With Prejudice, among other things, approving the $5,000,000 cash GlobeOp

Settlement Amount set forth in the GlobeOp Stipulation and finding that said GlobeOp Settlement is, in all respects, fair, reasonable and adequate to, and is in the best interests of, the Representative Plaintiffs, the GlobeOp Settlement Class and each of the GlobeOp Settlement Class Members.

3. The Court hereby grants Plaintiffs' Lead Counsel attorneys' fees of 25% of the GlobeOp Settlement Amount and expenses in an amount of $19,825.42, together with the interest earned thereon for the same time period and at the same rate as that earned on the GlobeOp Settlement Amount. The Court finds that the amount of fees awarded is fair and reasonable under the percentage-of-recovery method and the factors described in *Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 50 (2d Cir. 2000). Those factors include the following: the (i) time and labor expended by Plaintiffs' Counsel; (2) the magnitude and complexities of the Action; (3) the risk of continued litigation; (4) the quality of representation; (5) the requested fee in relation to the Settlement; (6) the experience and ability of the attorneys; (7) awards in similar cases; (8) the contingent nature of the representation and the result obtained for the Settlement Class; and (9) public policy considerations. *See Goldberger,* 209 F.3d at 50.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Plaintiffs' Lead Counsel from the GlobeOp Settlement Amount, together with interest accrued on such amount from the date of such order to the date of payment at the same rate as earned on the GlobeOp Settlement Amount, subject to the terms, conditions, and obligations of the GlobeOp Stipulation. Said attorneys' fees shall be allocated by Plaintiffs' Lead Counsel in a manner which, in their good-faith judgment, reflects each Plaintiff's Counsel's contribution to the institution, prosecution and resolution of the GlobeOp Action.

5. The Court expressly determines that there is no just reason for delay in entering this Final Judgment and directs the Clerk of the Court to enter this Final Judgment pursuant to Fed. R. Civ. P. 54(b).

6. Without affecting the finality of this Final Judgment in any way, exclusive jurisdiction is hereby retained over the Settling Parties, and the GlobeOp Settlement Class Members for all matters relating to the Action, including (i) the administration, interpretation, effectuation or enforcement of the GlobeOp Stipulation and this Final Judgment, (ii) disposition of the GlobeOp Settlement; and (iii) the award of attorneys' fees, costs, interest, and reimbursement of expenses in the Action.

DATED: 22 November 2013

The Honorable Victor Marrero
United States District Judge