UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PASHA S. ANWAR, et al.,                    :

                Plaintiffs,           :

    -against-                              :       **DISCOVERY ORDER**

FAIRFIELD GREENWICH LIMITED, et al., :       09 Civ. 118 (VM) (FM)

                Defendants.           :

This Document Relates to the Anwar and      :
Standard Chartered Cases.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/14

**FRANK MAAS,** United States Magistrate Judge.

      During a telephone conference yesterday, counsel for the Standard Chartered Defendants requested, at a minimum, that they be permitted to attend the expert depositions in the Anwar case. That application is opposed by both the Anwar Plaintiffs' Steering Committee and the Anwar Defendants.

      Although there evidently is no overlap among the experts in Anwar and the Standard Chartered Cases, the Standard Chartered Defendants contend that it would be more efficient to grant their request since the Anwar experts' depositions may shed light on issues relevant to the defenses asserted by the Standard Chartered Defendants in the Standard Chartered Cases. In a letter submitted earlier today, they also set forth additional arguments in favor of granting the requested relief.

      I have considered the arguments advanced during the telephone conference, as well as those set forth in the letter, and have conferred with Judge Marrero.

For essentially the reasons advanced yesterday by counsel for the <u>Anwar</u> Plaintiffs' Steering Committee, I have determined that the Standard Chartered Defendants' request to participate in the expert depositions in Anwar should be denied.

Accordingly, it is SO ORDERED.

Dated:   New York, New York
         February 6, 2014

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Victor Marrero  (By Hand)
United States District Judge

All Counsel via ECF