# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10019-6064<br>TELEPHONE (212) 373 3000<br><br>LLOYD K GARRISON (1946-1991)<br>RANDOLPH E PAUL (1946-1956)<br>SIMON H RIFKIND (1950-1995)<br>LOUIS S WEISS (1927-1950)<br>JOHN F WHARTON (1927-1977) | UNIT 3601  OFFICE TOWER A  BEIJING FORTUNE PLAZA<br>NO 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86 10) 5828 6300<br><br>12TH FLOOR HONG KONG CLUB BUILDING<br>3A CHATER ROAD CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846 0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU U K<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2 2 UCHISAIWAICHO 2 CHOME<br>CHIYODA KU TOKYO 100 0011 JAPAN<br>TELEPHONE (81 3) 3597 8101<br><br>TORONTO DOMINION CENTRE<br>77 KING STREET WEST SUITE 3100<br>PO BOX 226<br>TORONTO ONTARIO M5K 1J3<br>TELEPHONE (416) 504 0520<br><br>2001 K STREET NW<br>WASHINGTON DC 20006 1047<br>TELEPHONE (202) 223 7300<br><br>500 DELAWARE AVENUE SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON DE 19899 0032<br>TELEPHONE (302) 655 4410 |

WRITER'S DIRECT DIAL NUMBER

(212) 373-3543

WRITER'S DIRECT FACSIMILE

(212) 492-0543

WRITER'S DIRECT E MAIL ADDRESS

agordon@paulweiss.com

**MEMO ENDORSED**

February 26, 2014

MATTHEW W ABBOTT / ALLAN J ARFFA / ROBERT A ATKINS / DAVID J BALL / JOHN F BAUGHMAN / LYNN B BAYARD / DANIEL J BELLER / CRAIG A BENSON / MITCHELL L BERG / MARK S BERGMAN / BRUCE BIRENBOIM / H CHRISTOPHER BOEHNING / ANGELO BONVINO / JAMES L BROCHIN / RICHARD S BORISOFF / DAVID W BROWN / SUSANNA M BUERGEL / PATRICK S CAMPBELL* / JESSICA S CAREY / JEANETTE K CHAN / YVONNE Y F CHAN / LEWIS R CLAYTON / JAY COHEN / KELLEY A CORNISH / CHRISTOPHER J CUMMINGS / CHARLES E DAVIDOW / DOUGLAS R DAVIS / THOMAS V DE LA BASTIDE III / ARIEL J DECKELBAUM / ALICE BELISLE EATON / ANDREW J EHRLICH / GREGORY A EZRING / LESLIE GORDON FAGEN / MARC FALCONE / ROSS A FIELDSTON / ANDREW C FINCH / BRAD J FINKELSTEIN / BRIAN P FINNEGAN / ROBERTO FINZI / PETER E FISCH / ROBERT C FLEDER / MARTIN FLUMENBAUM / ANDREW J FOLEY / HARRIS B FREIDUS / MANUEL S FREY / ANDREW L GAINES / KENNETH A GALLO / MICHAEL E GERTZMAN / ADAM M GIVERTZ / SALVATORE GOGLIORMELLA / ROBERT D GOLDBAUM / NEIL GOLDMAN / ERIC S GOLDSTEIN / ERIC GOODISON / CHARLES H GOOGE JR / ANDREW G GORDON / UDI GROFMAN / NICHOLAS GROOMBRIDGE / BRUCE A GUTENPLAN / GAINES GWATHMEY III / ALAN S HALPERIN / JUSTIN G HAMILL / CLAUDIA HAMMERMAN / GERARD E HARPER / BRIAN S HERMANN / ROBERT M HIRSH / MICHELE HIRSHMAN / MICHAEL S HONG / DAVID S HUNTINGTON / LORETTA A IPPOLITO / JAREN JANGHORBANI

MEREDITH J KANE / ROBERTA A KAPLAN / BRAD S KARP / PATRICK N KARSNITZ / JOHN C KENNEDY / ALAN W KORNBERG / DANIEL J KRAMER / DAVID K LAKHDHIR / STEPHEN P LAMB* / JOHN E LANGE / DANIEL J LEFFELL / XIAOYU GREG LIU / JEFFREY D MARELL / MARCO V MASOTTI / DAVID W MAYO / ELIZABETH R McCOLM / MARK F MENDELSOHN / WILLIAM B MICHAEL / TOBY S MYERSON / CATHERINE NYARADY / JANE B O BRIEN / ALEX YOUNG K OH / BRAD R OKUN / KELLEY D PARKER / MARC E PERLMUTTER / VALERIE E RADWANER / CARL L REISNER / WALTER G RICCIARDI / WALTER RIEMAN / RICHARD A ROSEN / ANDREW N ROSENBERG / JACQUELINE P RUBIN / RAPHAEL M RUSSO / JEFFREY D SAFERSTEIN / JEFFREY B SAMUELS / DALE M SARRO / TERRY E SCHIMEK / KENNETH M SCHNEIDER / ROBERT B SCHUMER / JAMES H SCHWAB / JOHN M SCOTT / STEPHEN J SHIMSHAK / DAVID R SICULAR / MOSES SILVERMAN / STEVEN SIMKIN / JOSEPH J SIMONS / MARILYN SOBEL / AUDRA J SOLOWAY / SCOTT M SONTAG / TARUN M STEWART / ERIC ALAN STONE / AIDAN SYNNOTT / ROBYN F TARNOFSKY / MONICA K THURMOND / DANIEL J TOAL / LIZA M VELAZQUEZ / MARIA T VULLO / ALEXANDRA M WALSH* / LAWRENCE G WEE / THEODORE V WELLS JR / BETH A WILKINSON / STEVEN J WILLIAMS / LAWRENCE I WITDORCHIC / MARK B WLAZLO / JULIA MASON WOOD / JORDAN E YARETT / KAYE N YOSHINO / TONG YU / TRACEY A ZACCONE / T ROBERT ZOCHOWSKI JR

*NOT ADMITTED TO THE NEW YORK BAR

**APPLICATION GRANTED**
**SO ORDERED**

_____
Frank Maas, USMJ  2/21/14

Via ECF

The Honorable Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Anwar, et al.* v. *Fairfield Greenwich Limited, et al.*,
No. 09-cv-118 (VM)(FM)

Dear Judge Maas:

      We represent defendants The Citco Group Ltd., Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Global Custody N.V, Citco Bank Nederland, N.V., Dublin Branch, and Citco Fund Services (Bermuda) Ltd. (collectively, the "Citco Defendants"). We write on behalf of the Citco Defendants as well as the plaintiffs and defendants PricewaterhouseCoopers LLP ("PwC Canada") and PricewaterhouseCoopers Accountants, N.V. ("PwC Netherlands") respectfully to request a short extension of the current deadline for expert depositions from March 31, 2014 until April 25, 2014.

      By way of brief background, on January 30, 2013, the Court set a schedule for expert discovery in this matter. On November 12, 2013, the Court extended the deadline for expert discovery until March 31, 2014. Since that time, the parties have cooperated with respect to the scheduling of expert depositions and have been working diligently toward completing all expert depositions by the March 31 deadline. The

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/14

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

The Honorable Frank Maas                                                         2

parties agree, however, that an extension of the schedule is necessary to accommodate the scheduling of the more than 20 expert witness depositions in this matter. In addition to the relatively large number of expert depositions, certain depositions have already had to be rescheduled for unanticipated reasons: two of the witnesses have fallen ill, one shortly after the start of the deposition and the other a few days before the deposition, and the recent deposition of another witness will be continued to a second half-day by agreement of the parties. Given the complexity of the issues in this matter, we anticipate that there may be additional expert witnesses whose depositions will continue into a second day.

Accordingly, the parties respectfully request that the expert deposition deadline currently set for March 31 be reset for April 25.

Respectfully submitted,

Andrew G. Gordon

cc:   All counsel (by email)