UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Anwar, *et al.*,

                            Plaintiffs,

         vs.

Fairfield Greenwich Limited, *et al.*,

                            Defendants.

This Document Relates To:  All Actions
---------------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Roether of the law firm of Simpson Thacher & Bartlett LLP hereby withdraws his appearance as counsel for Defendant Fairfield Greenwich Advisors LLC.   All other previously appearing counsel from Simpson Thacher & Bartlett LLP continue to serve as counsel for Fairfield Greenwich Advisors, LLC in this action.

Dated:  March 3, 2014
       New York, New York

                                                 SIMPSON THACHER & BARTLETT LLP

                                                 By:   /s/ Jeffrey L. Roether
                                                       Jeffrey L. Roether
                                                       (jroether@stblaw.com)
                                                       425 Lexington Avenue
                                                       New York, New York 10017
                                                       Telephone: (212) 455-2000
                                                       Facsimile:  (212) 455-2502

                                                 *Attorney for Defendant Fairfield Greenwich Advisors LLC*