## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3231

WRITER'S DIRECT FACSIMILE
(212) 373-0231

WRITER'S DIRECT E-MAIL ADDRESS
lfagen@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
LORETTA A. IPPOLITO
JAREN JANGHORBANI

MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

March 5, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/14

**By Facsimile**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

*Anwar, et al. v. Fairfield Greenwich Limited, et al.,*
No. 09-cv-118 (VM) (FM)

Dear Judge Marrero:

      We represent defendants The Citco Group Ltd., Citco Fund Services (Europe) B.V., Citco (Canada) Inc., Citco Global Custody N.V., Citco Bank Nederland, N.V., Dublin Branch, and Citco Fund Services (Bermuda) Ltd. (collectively, the "Citco Defendants"). We are writing on behalf of the Citco Defendants, defendant PricewaterhouseCoopers LLP, and defendant PricewaterhouseCoopers Accountants, N.V. (collectively, the "*Anwar* Defendants") in response to the letter dated February 28, 2014, from the *Anwar* plaintiffs ("Pls.' Ltr.," ECF No. 1247) concerning the Supreme Court's decision in *Chadbourne & Parke LLP v. Troice*, No. 12-79, 2014 WL 714697 (U.S. Feb. 26, 2014).

      In their letter, the *Anwar* plaintiffs assert that *Chadbourne* "obviates any need for reconsideration" of this Court's SLUSA rulings. (Pls.' Ltr. at 1.) But the *Anwar* Defendants, unlike the defendants in the *Standard Chartered Bank* ("*SCB*") cases, have

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Victor Marrero  2
United States District Judge

not requested leave to file further motions concerning SLUSA at this time. Consequently, there is currently no application or motion before the Court that asks the Court to take any further action on the SLUSA issues presented by *Anwar*. The *Anwar* Defendants do not now seek reconsideration of the SLUSA issues presented by *Anwar* in light of *Chadbourne*.

To be sure, the *Anwar* Defendants believe that SLUSA, as interpreted in *Chadbourne*, precludes the claims asserted against those defendants for reasons similar to those set forth in the letter dated March 3, 2014, from the *SCB* defendants to Your Honor. (ECF No. 1246.) The *Anwar* Defendants also continue to believe, however, that this Court should defer any further decision on the SLUSA issues presented by *Anwar* until the Second Circuit issues a decision in *In re Kingate Management Limited Litigation*, No. 11-1397 (2d Cir. argued Apr. 9, 2013). *Kingate*, like *Anwar*, is an action by investors in so-called Madoff "feeder funds" against, among other defendants, the administrator and the independent auditors for the funds. Judge Batts dismissed all of the *Kingate* plaintiffs' claims as precluded by SLUSA. *Kingate*, No. 09 Civ. 5386 (DAB), 2011 WL 1362106, at *5-9 (S.D.N.Y. Mar. 30, 2011). As the sole additional basis for her decision, Judge Batts also ruled that plaintiffs' claims were barred by New York's Martin Act. *Id.* at *9-10. As the parties to the *Kingate* appeal have acknowledged, however, that basis for her decision is no longer viable after the decision of the New York Court of Appeals in *Assured Guaranty (UK) Ltd. v. J.P. Morgan Investment Management Inc.*, 962 N.E.2d 765 (N.Y. 2011). *See, e.g.*, Brief for Defendants-Appellees Tremont (Bermuda) Ltd. *et al.* at 45 n.23, *Kingate*, No. 11-1397 (2d Cir. Aug. 20, 2012), ECF No. 126. Accordingly, the briefing in *Kingate* before the Second Circuit focused on the SLUSA issues. The Second Circuit appears to have held *Kingate* until the Supreme Court decided *Chadbourne*. The parties to *Kingate* have filed letters with the Second Circuit debating the consequences of *Chadbourne* for that appeal. *Kingate*, No. 11-1397 (2d Cir. letters filed Feb. 27 & 28, 2014), ECF Nos. 240, 242. The *Kingate* appeal thus appears ready for decision by the Second Circuit.

After the Second Circuit decides *Kingate*, this Court and the parties to *Anwar* are likely to be far better positioned to assess precisely how the principles announced in *Chadbourne* should apply in the factual setting of *Anwar*. If, on the other hand, this Court were to revisit the SLUSA issues presented by *Anwar* before the Second Circuit decides *Kingate*, this Court might well be asked to revisit those same issues yet again following the Second Circuit's decision in *Kingate*. The latter course, it seems to us, would not be an efficient deployment of judicial resources.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Victor Marrero 3
United States District Judge

If, however, the Court is inclined to revisit the SLUSA issues presented by the *SCB* cases before the Second Circuit decides *Kingate*, the *Anwar* Defendants respectfully request that they be given the opportunity to participate in any briefing or conferences on those issues.

Respectfully submitted,

Leslie Gordon Fagen

cc: All counsel of record (by e-mail)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the Citco Defendants.

SO ORDERED.

3-6-14
DATE     VICTOR MARRERO, U.S.D.J.