UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ANWAR, *et al.*,

                        Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al*.,        Master File No.
                                                            09-cv-118 (VM)(THK)

                        Defendants.

This Document Relates To:  All Actions

-------------------------------------------------------------------x

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that James A. Harrod is hereby withdrawn as counsel of record in the above-captioned matter for Lead Plaintiff Pacific West Health Medical Center, and other plaintiffs and class members (collectively, "Plaintiffs") in this consolidated action. As of March 10, 2014 Mr. Harrod will no longer be associated with Wolf Popper LLP. All other previously appearing counsel from Wolf Popper LLP continue to serve as counsel for Plaintiffs in this action.

Dated: New York, New York
        March 7, 2014

                                                              /s/ James A. Harrod
                                                     James A. Harrod
                                                     Wolf Popper LLP
                                                     845 Third Avenue
                                                   New York, NY 10022
                                                   Tel.: (212) 759-4600
                                                   Fax: (212) 486-2093
                                                   jharrod@wolfpopper.com