USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al.,

        Plaintiffs,

-against-

FAIRFIELD GREENWICH LTD, et al.,

        Defendants.

This Document Relates to the
Standard Chartered Cases
------------------------------------------------------------x

**ORDER**

09 Civ. 118 (VM) (FM)

**FRANK MAAS,** United States Magistrate Judge.

    It is hereby ORDERED that a telephone conference in the above-referenced matter shall be held on March 31, 2014, at 4 p.m. Counsel for the Standard Chartered Plaintiffs shall initiate the call.

    SO ORDERED.

Dated:    New York, New York
           March 17, 2014

                                      _/s/ Frank Maas_
                                        FRANK MAAS
                               United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

All counsel (via ECF)