# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/14
```

**MEMO ENDORSED**

March 17, 2014

By Facsimile

The Honorable Frank Maas,
    United States Magistrate Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street,
                New York, New York 10007.

Re: *Anwar v. Fairfield Greenwich Ltd.*,
No. 09-CV-118 (S.D.N.Y.) – Standard Chartered Cases

Dear Judge Maas:

[Handwritten endorsement: *Plaintiffs are directed to counsel with the Standard Chartered Defendants and to file an appropriately redacted version of the March 14 letter. Sullivan & Cromwell should similarly file a redacted copy of its letter when it responds. /s/ FMaas, USMJ, 3/17/14*]

We write on behalf of the Standard Chartered Defendants ("Standard Chartered") regarding the Plaintiffs' March 14, 2014 correspondence requesting that the Court strike the expert report of Bradley Ziff. The substantive issues raised in Plaintiffs' letter will be addressed in a coming letter, but we write separately to alert the Court that Plaintiffs' March 14th letter both encloses and refers to materials that have been designated as confidential under the Stipulation and Order Governing Confidentiality of Discovery Material (the "Confidentiality Order") entered by this Court in the Standard Chartered Cases (Dkt. No. 603), and to request that these materials not be made part of the public record.

Under the Confidentiality Order, any discovery materials produced in the Standard Chartered Cases that have been designated as confidential, including "all information contained in or derived from" such materials, shall not be publicly disclosed. (Dkt. No. 603 at 2-5.) Plaintiffs' March 14th letter attaches two expert reports that have been designated as confidential under the Confidentiality Order through inclusion of the legend "Confidential – SC Cases, SDNY." (Dkt. No. 603 at 3.) Further, Plaintiffs' letter itself discusses "information contained in or derived from" those confidential reports. The contents of Plaintiffs' letter are, therefore, also considered confidential under the Confidentiality Order.

For this reason, Standard Chartered respectfully requests that Plaintiffs' March 14th letter and attachments thereto not be entered onto the public record of these proceedings.

Respectfully submitted,

Diane McGimsey /SPG

Diane L. McGimsey

cc: Standard Chartered Plaintiffs' Steering Committee (by e-mail)