PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU UK
TELEPHONE (44 20) 7367 1600

WRITER'S DIRECT DIAL NUMBER
212-373-3543

WRITER'S DIRECT FACSIMILE
212-492-0543

WRITER'S DIRECT E-MAIL ADDRESS
agordon@paulweiss.com

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S BERGMAN
BRUCE B RENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S CAMPBELL*
JESSICA S. CAREY
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A FIELDSTON
ANDREW C FINCH
BRAD J. FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D GOLDBAUM
NEIL GOLDMAN
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY III
ALAN S. HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S HONG
DAVID S. HUNTINGTON
LORETTA A IPPOLITO
JAREN JANGHORBANI

MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S. KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
ALAN W. KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N. ROSENBERG
JACQUELINE F. RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M SCHNEIDER
ROBERT B. SCHUMER
JAMES H SCHWAB
JOHN M SCOTT
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
MONICA K THURMOND
DANIEL J TOAL
LIZA M. VELAZQUEZ
MARIA T VULLO
ALEXANDRA M WALSH*
LAWRENCE G. WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

April 24, 2014



**By Facsimile**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

*Anwar, et. al. v. Fairfield Greenwich Limited, et al.*
No. 09-cv-118 (VM) (FM)

Dear Judge Marrero:

   We represent the Citco Defendants in the above-captioned case and write in response to Plaintiffs' letter of today, in which Plaintiffs seek to reply to our April 23, 2014 letter to Your Honor.

   Based on our understanding of this Court's rules, Plaintiffs' reply letter in further support of their request for a pre-motion conference is not permitted. Accordingly, we will not respond to Plaintiffs' reply letter substantively here.

   However, we are concerned by numerous misstatements of fact and law that are made in Plaintiffs' letter, as well as Plaintiffs' inappropriate assertion of arguments not included in their moving letter.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Victor Marrero                                                                2

        We thus respectfully request that if Your Honor is inclined to consider Plaintiffs' letter, the Citco Defendants be given the opportunity to respond briefly so that the record may be corrected.

                                            Respectfully,

                                           Andrew Gordon

cc:    All counsel in *Anwar* (by email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the Citgo Defendants.

**SO ORDERED.**

5-13-14
DATE                VICTOR MARRERO, U.S.D.J.