# MANDATE

S.D.N.Y.- N.Y.C.
09-cv-118
Marrero, J.
Maas, M.J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand fourteen.

Present:
> Robert D. Sack,
> Reena Raggi,
> Denny Chin,
> > *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 28, 2014

In re CITCO Bank Nederland N.V. Dublin Branch

CITCO Bank Nederland N.V. Dublin Branch,

> *Defendant-Petitioner,*

v.                                                                                          13-4773

Securities & Investment Company Bahrain, *et al.*,

> *Plaintiffs-Respondents.*[*]

Petitioner has filed a petition for a writ of mandamus. The Association of Corporate Counsel moves for leave to file a brief as an *amicus curiae* in support of the mandamus petition. Upon due consideration, it is hereby ORDERED that the motion for leave to file an *amicus curiae* brief is GRANTED, and the proposed brief has been considered by the panel. It is further ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that exceptional

---

[*] The Clerk of Court is directed to amend the official caption as shown above.

MANDATE ISSUED ON 05/28/2014

circumstances warrant the requested relief.  *See In re City of New York*, 607 F.3d 923, 932 (2d Cir. 2010).

FOR THE COURT:<br>Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit