UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/14
```

ANWAR, *et al.*,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

This Document Relates To: 09-cv-118 (VM)

Master File No. 09-cv-118 (VM)

## ELEVENTH ORDER AMENDING THE AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**IT IS HEREBY ORDERED**, that the Case Management Plan ("CMP") is amended and supplemented as follows:

1. All summary judgment motions shall be filed by September 5, 2014.

2. All responses to summary judgment motions shall be filed by November 3, 2014.

3. All replies to summary judgment motions shall be filed December 5, 2014.

4. *Daubert* motions shall be filed subsequent to the filing of summary judgment motions, at a time to be determined by the Court in its pre-trial order

5. The *Anwar* Plaintiffs shall be entitled to move for summary judgment with a brief of up to 50 pages against the Citco Defendants.

6. The *Anwar* Plaintiffs shall be entitled to move for summary judgment with a brief of up to 25 pages against the PwC Defendants.

7. The Citco Defendants shall be entitled to move for summary judgment against the *Anwar* Plaintiffs with a brief of up to 75 pages, which pages are divisible as desired among the respective Citco Defendants.

8. The PwC Defendants shall be entitled to move for summary judgment against *Anwar* Plaintiffs with a single joint brief of up to 25 pages.

9. Responsive briefs may be no longer than the initial briefs filed by the moving party.

10. Reply briefs may be half as long as the initial brief filed by the moving party.

1

11. *Daubert* motions, when ultimately filed, shall be subject to paragraph II. B. of Judge Marrero's Individual Practices.

Apart from the preceding amendment, the provisions of the CMP remain in effect.

SO ORDERED this 9th day of June 2014

Hon. Victor Marrero
United States Magistrate Judge