UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al.,          :

          Plaintiffs,          :

    -against-          :          **DISCOVERY ORDER**

FAIRFIELD GREENWICH LIMITED, et al.,   :   09CV0118-VM-FM)

          Defendants.          :

This Document Relates to the          :
Standard Chartered Cases.
------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

    I have reviewed the recent series of letters concerning the sur-rebuttal reports tendered by the Standard Chartered Plaintiffs on or about May 19, 2014. I do not believe a conference to discuss the issues raised is necessary.

    One thing is clear: had the Ziff report not been substituted for the Zask report, whatever squabbles may have arisen with respect to the expert opinions of Martin, Picard, and Zask would have been resolved long ago. It is unfortunate that the parties' internecine warfare regarding experts is continuing.

    I will permit the sur-rebuttal reports to stand. Ziff, in turn, may supplement his report within thirty days.

    I further will permit continued depositions of all three experts within thirty days after any supplemental Ziff report is served. The Picard deposition shall be limited to ninety minutes. The Martin and Ziff depositions shall be limited to three hours. The subject matter of these depositions will be limited to any new opinions expressed in the reports prepared since Ziff was deposed. Each side shall bear the cost of producing its experts; no attorneys' fees will be shifted.

Counsel should be wary of making any further applications concerning these experts.

SO ORDERED.

Dated: New York, New York
June 20, 2014

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Victor Marrero  (By Hand)
United States District Judge

All Counsel via ECF