# THE BRODSKY LAW FIRM, PL

RICHARD E. BRODSKY, ATTORNEY AT LAW

July 9, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/14

**By fax to (212) 805-6382**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*,
      09-cv-118 (VM) (THK)
      *SC Cases*

Dear Judge Marrero:

I am the Liaison Counsel for, and on behalf of, the Standard Chartered Plaintiffs ("SC Plaintiffs"), in the Standard Chartered Cases (the "SC Cases").

I am writing with the consent and agreement of the SC Defendants regarding a schedule for seeking leave to file summary judgment motions after expert discovery concludes in the SC Cases on August 20, 2014, as recently extended by Magistrate Judge Maas.

The SC Defendants have informed the SC Plaintiffs that they intend to request a conference pursuant to section II.A of the Court's Individual Practices (Pre-Motion Conferences in Civil Cases) to seek leave to file a motion for summary judgment. The SC Plaintiffs have informed the SC Defendants that they will oppose the SC Defendants' request for leave to seek summary judgment and do not intend to seek leave to file for summary judgment unless the Court grants the SC Defendants leave to do so.

The SC Plaintiffs and the SC Defendants have reached an agreement, subject to the Court's approval, with respect to letters to the Court concerning the above. The parties request the Court's approval of the following arrangement:

1.   <u>Friday, August 29, 2014</u>: Deadline for SC Defendants to deliver and serve a letter to the Court requesting a conference to file a motion for summary judgment.

2.   <u>Friday, September 12, 2014</u>: Deadline for SC Plaintiffs to deliver and serve a letter to the Court opposing SC Defendants' request.

200 S. BISCAYNE BOULEVARD, STE. 1930 • MIAMI, FLORIDA 33131
WWW.THEBRODSKYLAWFIRM.COM
786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM

Hon. Victor Marrero
July 9, 2014
Page 2 of 2

The SC Plaintiffs request that the Court permit their opposition letter to be up to ten pages in length. The SC Defendants have no objection to this request.

On behalf of the parties, I respectfully request that the Court approve the arrangement set forth above.

Thank you for your consideration of this letter.

Sincerely yours,

The Brodsky Law Firm, PL

Richard E. Brodsky

cc: SC Plaintiffs' Counsel
SC Defendants' Counsel

SO ORDERED. Request GRANTED. The timing for the parties' pre-motion conference letter is approved as set forth above.

7-10-14
DATE

VICTOR MARRERO, U.S.D.J.