**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case # 09-cv-0118(VM)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand and fourteen.

Before:     Dennis Jacobs,
               Barrington D. Parker,
               Denny Chin,
               *Circuit Judge*s.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 17, 2014

Jitendra Bhatia, Kishanchand Bhatia, Jayshree Bhatia, Mandakini Gajaria, ABN AMRO LIFE S.A., Bahia del Rio S.A., Bevington Management, Ltd., Calwell Investment S.A., Diamond Hills Inc., Hedge Strategy Fund LLC, Kivory Corporation, Miguel Lomeli, North Club, Inc., Morning Mist Holdings Limited, PFA Pension A/S, Taurus the Fourth Ltd., Zenn Assets Holding, Ltd., Carlos Mattos, Chandrashekar Gupta, Deepa Gupta, Ulrich Blass, Roberto Cioci, Sandra Marchi Cioci, John Paul Dougherty, E. Thomas Dougherty Novella, Muniandy Nalaiah, Lila Neemberry, Peter A. & Rita M. Carfagna Irrevocable Charitable Remainder UniTrust, Moshe Podhorzer, R. Wickneswari V. Ratnam, Enrique Santos, Enrique Santos Calderon, Jacqueline Urzola, Josefina Santos Urzola, Felipe J. Benavides, Fundacion Virgilio Barco, David Hopkins, Catalina Mejia, Cesar Mejia MEJIA, R.M. Rademaker, The Alpha and Omega Partnership, LP, Richmon Company Ltd., Positano Investment Ltd., Pacific West Health Medical Center Inc. Employees Retirement Trust, on behalf of itself, Pacific West Health Medical Center Inc. Employees Retirement Trust, on behalf of all others similarly situated, Shimon Laor, David I. Ferber, Frank E. Pierce, Frank E. Pierce Ira, Nadav Zohar, on behalf of themselves and all others similarly situated, Ronit Zohgr, Fairfield Sentry Ltd., Headway Investment Corp., BPV Finance (International) Ltd., Jose Antonio Pujals, individually and in their representative capacities for all those similarly situated, Rosa Julieta A De Pujals, individually and in their representative capacities for all those similarly situated, Maridom Limited, a foreign corporation, Ricardo Lopez, Standard Chartered Bank International (Americas) Limited, Stanchart Securities International, Inc., Maria Akriby Valladolid, Ricardo Rodriguez Caso, Wong Yuk Hing De Lou, Moises Lou Martinez, Joaquina Teresa Barbacha Herrero, Sand Overseas LimitedSand Overseas Limited, Blockbend Ltd, Eastfork Assets Ltd, Eastfork Assets Ltd, Gerico Investments, Inc., Alicia Gaviria Rivera, Eduardo Child Escobar, Mailand Inevstment Inc., Arjan Mohandas Bhatia, Tradwaves, Ltd., Parasram Daryani, Neelam P. Daryani, Vikas P. Daryani, Nikesh P. Daryani, Ashokkumar Damodardas Raipancholia, Prerna Vinod Uttamchandani, Kishin Mohandas Bhatia, Suresh M. Bhatia, Bharat Mohandas, Aarvee Ltd., Kishu Nathurmal Uttamchandani, Vandna Patel, Rajeshkumar Damodardas Raipancholia, Dilip Damodardas Raipancholia, Rajendrakumar Patel, Securities & Investment Company Bahrain, Harel Insurance Company, Ltd., AXA Private Management, St. Stephen's School, Pacific West Health Medical Center, Inc. Employee's Retirement Trust, Pasha S. Anwar, on behalf of themselves and all others similarly situated investors in the Greenwich Sentry, L.P. private investment limited partnership, Julia Anwar, on behalf of themselves and all others similarly situated investors in the Greenwich Sentry, L.P. private investment limited partnership, InterAmreican Trust, Elvira 1950 Trust, Bonaire Limited, Carlos Gauch, Wall Street Securities, S.A., Banco General, S.A., Harvest Dawn International Inc., El Prado Trading, Omawa Investment Corporation, Carmel Ventures Ltd., Traconcorp, Blythel Associated Corp., Marrekesh Resources, Centro Inspection Agency, Kalandar International, Landville Capital Management S.A., 20/20 Investments, AXA Private Management Diversified Investments Associates Class A Units, ABR Capital Fixed Option/Income Strategic Fund LP, Harel Investment and Financial Services Ltd., Gopal Bhatia, The Knight Services Holdings Limited, on behalf of itself and all others similarly situated,

    Plaintiffs - Appellees,

**MANDATE ISSUED ON 07/17/2014**

v.

Corina Noel Piedrahita, Walter M. Noel, Jr., Andres Piedrahita, Jeffrey Tucker, Amit Vigayvergia, Fairfield

Heathcliff Capital LLC, Yanko Dellaw Schiava, Philip Toub, Lourdes Barreneche, Cornelis Boele, Vianney D'hendecourt, Harold Greisman, Jacqueline Harary, David Horn, Richard Landsberger, David Lipton, Julia Luongo, Mark Mckeefry, Maria Teresa Pulido Mendozo, Charles Murphy, Santiago Reyes, Andrew Smith, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C., Daniel Lipton, Robert Blum, Gregory Bowes, Fairfield Risk Services Ltd., Fairfield Greenwich Limited, a Cayman Island company, Fairfield Greenwich Group, Fairfield Greenwich (Bermuda) Ltd.,

    Defendants - Appellees,

v.                                                                                                             **JUDGMENT**
                                                                                                          Docket No. 13-1642

CITCO Fund Services (Europe) B.V., Pricewaterhousecoopers L.L.P., Citco Fund Services (Bermuda) Limited, The Citco Group Limited, CITCO Bank Nederland N.V. Dublin Branch, Citco Canada Inc., Pricewaterhousecoopers Accountants N.V., Citgo Global Custody N.V.,

    Defendants - Appellants,

1-20 John Does, Brian Francouer, Pricewaterhousecoopers Bermuda, Ian Pilgrim, Pricewaterhousecoopers Accountants Netherlands N.V., Lion Fairfield Capital Management Limited, Carlos Gadala-Maria, Raul Mas, Robert Friedman, Rodolfo Pages, John G. Dutkowski, Luisa Serena, Miguel Calvo, Samuel Perruchoud, EFG Capital International Corp., Matthew C. Brown, GlobeOp Financial Services LLC., Greenwich Sentry, L.P., Fairfield Sentry Limited, Pricewaterhousecoopers International Limited, Pricewaterhousecoopers LLP (US), Pricewaterhousecoopers LLP Chartered Accountants, Fairfield International Managers, Inc., Standard Chartered PLC, American Express Bank Ltd., Standard Chartered Private Bank, Standard Chartered Bank International (Americas) Limited, Standard Chartered Bank, Standard Chartered Bank International (Americas) Limited, Fairfield Greenwich Corp.,

    Defendants.

---

      The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED for lack of standing.

                                                                     For The Court:

                                                                     Catherine O'Hagan Wolfe,
                                                                     Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit