UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA ANUAR et al.,            Consolidated Case
                                         Docket No. 09-Civ-00118 (VM)

Plaintiffs,

v.

FAIRFIELD GREENWICH LTD., et al.,
Defendants.

This document relates to:
*Victor Jorge Saca, Lancaster Overseas, Ltd.,
and Deika SA. de C. V*

_____/

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that Jeffrey R. Sonn, a member of this Court in good standing, respectfully enters his appearance as counsel for Victor Jorge Saca, Lancaster Overseas, Ltd., a foreign corporation, and Deika, S.A. de C.V., a foreign corporation in the above referenced actions and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned parties.

Dated: July 2⟂ 2014
         Miami, Florida

                                                   Respectfully Submitted,

                       By: _____
                                                  Jeffrey R. Sonn, Esquire
                                                  Florida Bar No. 773514
                                                  SONN & EREZ, PLC
                                                  Southeast Financial Center
                                                  200 South Biscayne Blvd, Suite 4330
                                                  Miami, FL 33131
                                                  Telephone: (305) 428-8530

Telephone: (954) 763-4700
Facsimile:  (954) 763-1866
*Attorneys for Plaintiffs*
*Victor Jorge Saca, Lancaster Overseas, Ltd., and Deika S.A. de C.V.*

## CERTIFICATE OF SERVICE

I certify that on July 22, 2014, I sent a copy of the foregoing document by email, in PDF format, to the persons on the attached service list.

_____
Jeffrey R. Sonn, Esquire

## SERVICE LIST

| | |
|---|---|
| Sullivan & Cromwell, LLP<br>New York, New York<br>Attorneys for Standard Chartered Defendants<br><br>Sharon L. Nelles - nelless@sullcrom.com | Simpson Thacher & Bartlett, LLP<br>New York, New York<br>Attorneys for FGG Defendants<br><br>Peter E. Kazanoff - pkazanoff@stblaw.com |
| Greenberg Traurig, P.A.<br>Miami, Florida<br>Attorneys for Individual FGG Defendants<br><br>Ricardo Alejandro Gonzalez - gonzalezr@gtlaw.com | Brown & Heller<br>Miami, Florida<br>Attorneys for CITCO Fund Services (Europe) B.V.<br><br>Amanda McGovern - amcgovern@ghblaw.com |
| Rivero Mestre LLP<br>Coral Gables, Florida<br>Attorneys for Headway<br><br>Jorge Mestre - jmestre@riveromestre.com | Richard E. Brodsky<br>The Brodsky Law Firm<br>Miami, Florida<br>Attorneys for Maridom, et al.<br><br>rbrodsky@thebrodskylawfirm.com |
| Dimond Kaplan & Rothstein, P.A.<br>Miami, Florida<br>Attorneys for Pujals<br><br>Robert Linkin - Rlinkin@dkrpa.com | Jones & Adams<br>Miami, Florida<br>Attorneys for Almiron and Carrillo<br><br>Matthew Jones - matthew@jones-adams.com |
| Levine Kellogg Lehman Schneider & Grossman, LLP<br>Miami, Florida<br>Attorneys for DaSilva Ferreira<br><br>Amanda Star Frazer - AF@LKLlaw.com | de la O Marko Magolnick & Leyton P.A.<br>Miami, Florida<br>Attorneys for Gerico, de Rivera<br><br>Joel S. Magolnick - magolnick@dmmllaw.com |
| Kachroo Legal Services, P.C.<br>Cambrudge, Massachusetts<br>Attorneys for Caso<br><br>Gaytri D. Kachroo - gkachroo@kachroolegal.com | Aguirre, Morris & Severon<br>San Diego, California<br>Attorneys for Maria Akriby Valladolid<br><br>Maria C. Severson - mseverson@amslawyers.com |