LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

OFFICE PHONE (212) 759-4600
FACSIMILE (212) 486-2093
WWW.WOLFPOPPER.COM

LONG ISLAND OFFICE
11 GRACE AVENUE
SUITE 400
GREAT NECK, N.Y. 11021
(516) 726-7723
FAX: (516) 726-7724

DIRECT DIAL:

July 30, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/14

**By Facsimile**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Anwar, et al. v. Fairfield Greenwich Limited, et al.
            Master File No. 09-CV-00118 (VM) (FM)

Dear Judge Marrero:

    We are one of plaintiffs' co-lead counsel in the above Anwar action.

    We respectfully request permission to file a motion for entry of an order approving distribution of the GlobeOp Financial Services LLC Net Settlement Fund to Authorized Claimants. The Net Settlement Fund derives from a $5 million class action settlement that was approved by Your Honor in a November 22, 2013 Final Judgment and Order of Dismissal (ECF No. 1232). The claims administrator, Rust Consulting, Inc., has completed administration of the settlement and with Your Honor's approval, is prepared to distribute the Net Settlement Fund to Authorized Claimants.

    As described in the motion, plaintiffs' counsel determined that two investors who had losses otherwise eligible for recoveries are "immediate family members" of the FG Individual Defendants and are therefore excluded from the Class as defined in the Settlement and from the plan of distribution. We have been informed by counsel for the FG Defendants that opposition may be filed to exclusion of these "immediate family members." The remaining defendants (PwC, Citco, and GlobeOp) have informed us that they take no position with respect to entry of the proposed Order for distribution of the Net Settlement Fund.

Respectfully submitted,

Robert C. Finkel

RCF:rd
cc: All Counsel

SO ORDERED. Request GRANTED. Plaintiffs may file the motion described above.
7-31-14
DATE   VICTOR MARRERO, U.S.D.J.

Doc #180551v1