# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

July 30, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/14
```

**BY FACSIMILE**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
      Master File No. 09-CV-00118 (VM) (FM)

Dear Judge Marrero:

We write on behalf of the *Anwar* Plaintiffs. On Friday, August 1, 2014, Plaintiffs will file their supplemental motion for class certification. Because the memorandum of law and related exhibits contain information designated "Confidential" pursuant the Second Amended Stipulation and Order Governing Confidentiality of Discovery Material (Dkt. No. 591), Plaintiffs respectfully request leave from the Court to file the motion papers and related exhibits under seal, reserving the right to request filing on the public record at a later date.

Respectfully yours,

David A. Barrett

cc:   All counsel in *Anwar* (by email)

SO ORDERED. Request GRANTED.

7-31-14
DATE          VICTOR MARRERO, U.S.D.J.