UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA ANWAR, *et al.*,<br><br>                            Plaintiffs,<br><br>     v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>                            Defendants.<br><br>This Document Relates To:  09-cv-118 (VM) | Master File No. 09-cv-118 (VM) (FM) |

### NOTICE OF CLASS PLAINTIFFS' MOTION FOR
### DISTRIBUTION OF THE GLOBEOP NET SETTLEMENT FUND

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>David A. Barrett<br>Howard L. Vickery, II<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350 | WOLF POPPER LLP<br>Robert C. Finkel<br>Natalie M. Mackiel<br>845 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093 |
| BOIES, SCHILLER & FLEXNER LLP<br>Stuart H. Singer<br>Carlos Sires<br>Sashi Bach Boruchow<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br>Telephone:  (954) 356-0011<br>Facsimile:  (954) 356-0022 | LOVELL STEWART HALEBIAN JACOBSON LLP<br>Christopher Lovell<br>Victor E. Stewart<br>61 Broadway, Suite 501<br>New York, NY 10006<br>Telephone: (212) 608-1900 |

*Lead Counsel for Plaintiffs*

Doc. 179370v7

**PLEASE TAKE NOTICE**, that as soon as counsel may be heard, Class Plaintiffs, by and through their undersigned counsel, shall move this Court at the United States Courthouse, located at 500 Pearl St., Courtroom 11B, New York, New York 10007, for an Order: (i) approving the recommendations of Plaintiffs' Co-Lead Counsel based on determinations of the Claims Administrator, Rust Consulting, Inc. ("Rust"), to accept and reject the Proofs of Claim submitted in connection with the GlobeOp Settlement; (ii) directing distribution of the GlobeOp Net Settlement Fund to Class Members whose Proofs of Claim are accepted; (iii) awarding Rust its unpaid fees and expenses in the amount of $7,901.28 and establishing a reserve of $8,809 for Rust's anticipated future fees and expenses; and (iv) for such other and further relief as this Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Class Plaintiffs submit the accompanying Declarations of Robert C. Finkel and Katherine Lloyd in Support of Class Plaintiffs' Motion for Distribution of the GlobeOp Net Settlement Fund; and rely on all prior proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Motion.

Dated:  August 1, 2014

    WOLF POPPER LLP

    By: *s/ Robert C. Finkel*

    Robert C. Finkel
    Natalie M. Mackiel
    845 Third Avenue
    New York, NY 10022
    Tel (212) 759-4600

    BOIES, SCHILLER & FLEXNER LLP
    David A. Barrett
    Howard L. Vickery, II
    575 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 446-2300
    Facsimile: (212) 446-2350

BOIES, SCHILLER & FLEXNER LLP
Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

LOVELL STEWART HALEBIAN JACOBSON LLP
Christopher Lovell
Victor E. Stewart
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900