☑002/002

(F)

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

August 5, 2014

**MEMO ENDORSED**

**VIA FAX (212) 805-6382**

Judge Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/14
```

Re:    ***Anwar, et al. v. Fairfield Greenwich Limited, et al.***
Master File No. 09-CV-00118 (VM) (FM)

Dear Judge Marrero:

We are writing to inform the Court that pursuant to Your Honor's direction during the telephone conference on July 24, 2014, the parties have arranged for further mediation sessions among them.

Plaintiffs and the Citco Defendants have arranged a session with a private mediator on September 2, 2014.

With respect to the PwC Defendants, scheduling was complicated by an effort to achieve a global settlement through participation of a third party that is asserting claims against PwC. Between coordination among these parties and prospective mediators' schedules, September 22, 2014 is the first available date. The parties regret that this is several weeks later than the Court indicated, but we believe it will be most effective and efficient to have a mediator who is familiar with the case. Magistrate Judge Maas is available to conduct mediation on September 22, and we respectfully request that the Court refer the matter to Judge Maas for that purpose.

Respectfully yours,

David A. Barrett

cc:    The Honorable Frank Maas
Timothy A. Duffy, Esq.
Sarah L. Cave, Esq.
David J. Molton, Esq.

*Mediation is within the scope of a GPT referral so no separate order is necessary. I look forward to seeing counsel on 9/22, and trust that they will comply with my settlement procedures before then.*

*Marrero, USMJ, 8/6/14*

WWW.BSFLLP.COM