UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PASHA S. ANWAR, et al.,                                 :

                Plaintiffs,                       :       **ORDER**

      -against-                                             :
                                                                                                                                 09cv118-VM-FM

FAIRFIELD GREENWICH LTD, et al.,         :

                Defendants.                    :

This Document Relates to the Citco Cases      :

------------------------------------------------------------X

**FRANK MAAS,** United States Magistrate Judge.

        It is hereby ORDERED that a telephone conference in the above-referenced matter shall be held on August 12, 2014, at 10 a.m. Counsel for the Citco Defendants shall initiate the call.

        SO ORDERED.

Dated:     New York, New York
               August 6, 2014

                                                                           FRANK MAAS
                                                            United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

All counsel (via ECF)