

NEW YORK
LOS ANGELES
DETROIT



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/14

August 8, 2014

**VIA FAX (212) 805-6382**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
            Master File No. 09-CV-00118 (VM) (FM)

Dear Judge Marrero:

      We represent non-party Walker, Truesdell, Roth & Associates, Inc., as Trustee of the Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P. Litigation Trusts.[1] We respond to Mr. Barrett's letter to the Court, dated August 5, 2014, concerning an upcoming mediation for a "global settlement" with the PricewaterhouseCoopers defendants. *See* ECF No. 1297.

      The Trustee is not a party to the mediation. Accordingly, the mediating parties are not authorized to negotiate a global settlement addressing the Trustee's claims.

Respectfully,

Robert A. Wallner

cc:    The Honorable Frank Maas (via fax)
       David A. Barrett, Esq. (via email)
       Sarah L. Cave, Esq. (via email)
       Timothy A. Duffy, Esq. (via email)
       David J. Molton, Esq. (via email)

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the Trustee of the Greenwich Sentry parties' Litigation Trusts

SO ORDERED.

8-8-14
DATE      VICTOR MARRERO, U.S.D.J.

690457v1

---

[1] The Trustee has sued various PricewaterhouseCoopers and Citco defendants in New York state court. The Trustee's complaints have been dismissed, *see Walker, Truesdell, Roth & Assocs., Inc. v. GlobeOp Fin. Servs. LLC, et al.*, Index No. 600469/2009 (Sup. Ct., NY County May 27, 2014); however, notices of appeal have been filed.

One Pennsylvania Plaza · New York, NY 10119 · T 212.594.5300 · F 212.868.1229 · milberg.com

