UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PASHA S. ANWAR, et al.,                          :

               Plaintiffs,               :    **ORDER**

    -against-                                         :

                                                                                     09cv118-VM-FM

FAIRFIELD GREENWICH LTD, et al.,         :

              Defendants.              :

This Document Relates to the Citco Cases    :

-----------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to the telephone conference on August 12, 2014, it is hereby

ORDERED that:

1. The Plaintiffs shall answer the Citco Defendants' requests for admission concerning their negligence-based initial investment claims.

2. The Plaintiffs shall also answer the Citco Defendants' contention interrogatories 3 and 4. The Citco Defendants' contention interrogatories 1 and 2 shall be stricken.

        SO ORDERED.

Dated:    New York, New York
             August 12, 2014

                                                                       FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

All counsel (via ECF)