AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PASHA S. ANWAR, et al. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | Master File No. 09-cv-0118 (VM) |
| FAIRFIELD GREENWICH LIMITED, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sylvia Tucker

Date:   08/14/2014

*Attorney's signature*

David M. Kohane (DK7791)
*Printed name and bar number*

900 Third Avenue, 16th Floor
New York, NY 10022-4728

*Address*

dkohane@coleschotz.com
*E-mail address*

(212) 752-8000
*Telephone number*

(212) 752-8393
*FAX number*