

## Cole Schotz

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD P.A.

David M. Kohane
Member
Admitted in NJ, NY and CT

Reply to New Jersey Office
Writer's Direct Line: 201-525-6267
Writer's Direct Fax: 201-678-6267
Writer's E-Mail: dkohane@coleschotz.com

900 Third Avenue, 16th Floor
New York, NY 10022-4728
212-752-8000   212-752-8393 fax

New Jersey
—
Delaware
—
Maryland
—
Texas

August 14, 2014

**Via Facsimile 212.805.6382**

Honorable Victor Marrero, U.S.D.J.
Southern District of New York
Courtroom 20B
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/14

Re:   *Anwar, et al. v. Fairfield Greenwich Ltd., et al.*
       No. 09-cv-118 (VM)(FM)

Dear Judge Marrero:

This firm has been retained to represent Sylvia Tucker in the above-referenced matter. Class Plaintiffs' Motion for Distribution of the GlobeOp Net Settlement Fund (*Dkt. 1292*) (the "Motion") is currently pending. Mrs. Tucker asserts she is eligible to participate in the GlobeOp Settlement; we understand counsel for the Class Plaintiffs disagree.

No return date for the Motion has been set. With the consent of counsel to Class Plaintiffs, we request that the time for Mrs. Tucker to respond to the Motion be extended through and including August 29, 2014.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*David M. Kohane*

David M. Kohane

SO ORDERED. Request Granted. The time for applicant Sylvia Tucker to respond to motion for distribution of settlement fund herein is extended to 8-29-14.
DATE 8-14-14 VICTOR MARRERO, U.S.D.J.

DMK:jfv

www.coleschotz.com

40000/9050-10894575v1
August 14, 2014

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attorneys at law

Honorable Victor Marrero, U.S.D.J.
August 14, 2014
Page 2

cc:  Robert C. Finkel, Esq. (via Facsimile 212.486.2093)
     David A. Barrett, Esq. (via Facsimile 212.446.2350)
     Stuart H. Singer, Esq. (via Facsimile 954.356.0022)