AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PASHA S. ANWAR, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   Master File No. 09-cv-0118 (VM) |
| FAIRFIELD GREENWICH LIMITED, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SYLVIA TUCKER

Date: 08/18/2014

*Attorney's signature*

Leo V. Leyva (LL9061)
*Printed name and bar number*

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4728

*Address*

lleyva@coleschotz.com
*E-mail address*

(212) 752-8000
*Telephone number*

(212) 752-8393
*FAX number*