MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case #
09-cv-0118(VM)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of August, two thousand and fourteen.

Before:   Robert D. Sack,
          Denny Chin,
          Christopher F. Droney,
              *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 3, 2014

_____

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Appellant,

v.

Fairfield Greenwich Limited, et al.,

Defendants - Appellees,

Securities & Investment Co. Bahrain, Harel Insurance Company, Ltd., AXA Private Management, St. Stephen's School, Pacific West Health Medical Center, Inc. Employee's Retirement Trust,

Lead Plaintiffs - Appellees,

**JUDGMENT**

Docket No. 13-1289 (L);
13-1392 (con.)

_____

Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,

Appellant,

Docket No. 13-1785

Securities Investor Protection Corporation,

Intervenor.
           v.

Eric T. Schneiderman, Bart M. Schwartz, Ralph C. Dawson, J. Ezra Merkin, and Gabriel Capital Corporation,

Appellees.

_____

The appeals in the above captioned cases from judgments of the United States District Court for the Southern District of New York were argued on the district court record and the parties' briefs. Upon consideration thereof,

MANDATE ISSUED ON 09/03/2014

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of the district court are AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit