**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| PASHA S. ANWAR, et al., |
| Plaintiffs, |
| v. |
| FAIRFIELD GREENWICH LIMITED, *et al.*, |
| Defendants. |
| This Document Relates To: 09-cv-00118 (VM) |

Master File No. 09-cv-00118 (VM)

**PLAINTIFFS' MEMORANDUM IN RESPONSE TO PARTIAL OPPOSITION**
**OF SYLVIA TUCKER TO DISTRIBUTION OF GLOBEOP SETTLEMENT FUND**

Plaintiffs submit the following information with respect to the partial opposition to

Plaintiffs' motion for entry of the proposed GlobeOp Distribution Order (Dkt. No. 1293-1) filed

by Sylvia Tucker, defendant Jeffrey Tucker's mother (Dkt. No. 1311-13).  Ms. Tucker contends

that the term "immediate family member" in the Fairfield Greenwich Stipulation of Settlement

(Dkt. No. 996, para. 1(ss)) has a narrow meaning and was intended by defendants only to

exclude "spouses and children" from the Fairfield Greenwich Settlement Class.  *See* Declaration

of Mark Cunha dated August 29, 2014 (Dkt. No. 1312) ("In my thinking about whose claims

would be excluded by the term 'immediate family member,' I had in mind spouses and

children.").[1]

---

[1]  Plaintiffs agree that the term "immediate family member" in the earlier Fairfield Greenwich
Stipulation of Settlement (Dkt. No. 996) has the same meaning as the term in the later GlobeOp
Stipulation of Settlement (Dkt. No. 1184, para. 1(s)). The Second Circuit recently affirmed this
Court's denial of the BLMIS Trustee's attempt to block the Fairfield Greenwich settlement.
Accordingly, Plaintiffs will file a proposed distribution order for the Fairfield Greenwich
settlement fund when the Court of Appeals decision becomes final; Plaintiffs intend to exclude
Ms. Tucker for the same reasons discussed in text, subject to the Court's decision on the pending
motion.

"Immediate family member" is a defined term under the federal securities laws (*see* 17

C.F.R. §229.404(a), Instructions; 17 C.F.R. 240.16a-1(e)), and includes "any child, stepchild,

parent, stepparent, spouse, sibling, mother-in-law, father-in-law, son-in-law, daughter-in-law,

brother-in-law, or sister-in-law."  As a defined term under the federal securities laws, "immediate

family member" is customarily used in securities settlements to establish exclusions from

settlement classes without the need for further definition of that term.  *See, e.g., Rubin v. MF

Global,* Case No. 08 Civ. 2233 (VM) (para. 1c) (excluding defendants' "immediate families"

from the Class).

Defendants negotiated in the Fairfield Greenwich Stipulation of Settlement (Dkt. No.

996) for a broad release that largely mirrors the definition under the federal securities laws.  *See*

para. 1(mm) ("'Released Parties' means . . . (ii) each of the FG Individual Defendants and their

respective present, past and future spouses, parents, siblings, children, grandparents, and

grandchildren, the present, past and future spouses of their respective parents, siblings and

children, and the present, past and future parents and siblings of their respective spouses,

including step and adoptive relationships.").  The release of claims against "parents" of

Individual Defendants differentiates such persons from ordinary class members who are not

receiving releases.

Ms. Tucker also suggests that Plaintiffs should be somehow estopped from denying her

class membership because she was originally mailed a Fairfield Greenwich class notice and a

deficiency letter on her Fairfield Greenwich claim.  *See* Tucker Declaration (Dkt. No. 1313),

paras. 6-8.  At the time of the mailings of the Fairfield Greenwich notice and deficiency letter,

Plaintiffs' counsel were acting with respect to approximately 3000 potential class members and

had not identified Sylvia Tucker as Jeffrey Tucker's mother.  Ms. Tucker was identified as an

excluded member of the settlement classes in 2013 when Plaintiffs' counsel were preparing the

mailing of the GlobeOp settlement notice to fewer than 100 potential class members.

Dated:  September 5, 2014

Respectfully submitted,

WOLF POPPER LLP

By: *s/ Robert C. Finkel*
Robert C. Finkel
Natalie M. Mackiel
845 Third Avenue
New York, NY 10022
Tel (212) 759-4600

BOIES, SCHILLER & FLEXNER LLP
David A. Barrett
Howard L. Vickery, II
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

BOIES, SCHILLER & FLEXNER LLP
Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

LOVELL STEWART HALEBIAN
JACOBSON LLP
Christopher Lovell
Victor E. Stewart
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900