# Cole Schotz

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD P.A.

Leo V. Leyva
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6294
Writer's Direct Fax: 201-678-6294
Writer's E-Mail: lleyva@coleschotz.com

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York

Delaware

Maryland

Texas

ORIGINAL

September 9, 2014

**Via Facsimile 212.805.6382**

Honorable Victor Marrero, U.S.D.J.
Southern District of New York
Courtroom 20B
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/14

Re: *Anwar, et al. v. Fairfield Greenwich Ltd., et al.*
No 09-cv-118 (VM)(FM)

Dear Judge Marrero:

We represent Sylvia Tucker in her limited opposition to Class Plaintiffs' effort to exclude her from receiving her pro rata distribution from the GlobeOpNet Settlement Fund. Mrs. Tucker is the mother of defendant Jeffrey Tucker, who settled with Class Plaintiffs in the FG Settlement.

We respectfully request permission to submit a sur-reply not exceeding two pages. The sur-reply would be limited to Class Plaintiffs' argument that the release of "parents" of the FG Individual Defendants in the FG Stipulation of Settlement (language that is not replicated in the GlobeOp Stipulation of Settlement) differentiates Mrs. Tucker from others who lost their investments. In the sur-reply, we would point out that Mrs. Tucker is similarly situated to other class members because she has never been alleged to have done anything wrong and had no need for a release; instead, she needs to participate in the class recovery to obtain some reimbursement for her loss of more than $535,000.

In the alternative, we respectfully request oral argument. Thank you for your courtesy in this matter.

Respectfully submitted,

Leo V. Leyva

SO ORDERED. Request DENIED. The Court is not persuaded that additional briefing on this matter is necessary, helpful, or productive.
9-11-14
DATE   VICTOR MARRERO, U.S.D.J.

www.coleschotz.com

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attorneys at law

Honorable Victor Marrero, U.S.D.J.
September 9, 2014
Page 2

cc:   Robert C. Finkel, Esq. (via Facsimile 212.486.2093)
      David A. Barrett, Esq. (via Facsimile 212.446.2350)
      Stuart H. Singer, Esq. (via Facsimile 954.356.0022)