# THE BRODSKY LAW FIRM, PL

RICHARD E. BRODSKY, ATTORNEY AT LAW

September 16, 2014



**By fax to (212) 805-6382**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.,*
          *09-cv-118 (VM) (THK)*
          ***Standard Chartered Cases***

Dear Judge Marrero:

    It has just come to my attention that in my letter to the Court dated September 12, 2014, the Stipulation and Order Governing Confidentiality of Discovery Material in the Standard Chartered Cases, February 4, 2011, was referred to by a docket number in *Maridom v. Standard Chartered*, No. 10-cv-920 (DE 107). The Stipulation and Order was also docketed *Anwar v. Fairfield Greenwich*, 09-cv-118 (DE 603). I regret any confusion caused the Court or the parties by the reference to the *Maridom* docket number instead of the *Anwar* docket number.

                       Sincerely yours,

                       The Brodsky Law Firm, PL

                       Richard E. Brodsky

cc:   SC Plaintiffs' Counsel
       SC Defendants' Counsel

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Standard Chartered Plaintiffs.

**SO ORDERED.**

9-17-14
DATE           VICTOR MARRERO, U.S.D.J.

200 S. BISCAYNE BOULEVARD, STE. 1930 • MIAMI, FLORIDA 33131
WWW.THEBRODSKYLAWFIRM.COM
786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM