UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASTER NO. 09-cv-118 (VM) (THK)

PASHA ANWAR, et al.,

    Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED,
et al.,

    Defendants.

This filing relates to *Standard Chartered Cases*
_____/



## APPLICATION
## TO BRING PERSONAL ELECTRONIC DEVICE(S)
## OR GENERAL PURPOSE COMPUTING DEVICE(S)
## INTO THE COURTHOUSES OF THE
## SOUTHERN DISTRICT OF NEW YORK
## FOR USE IN A PROCEEDING OR TRIAL

The Standard Chartered Plaintiffs, by and through the undersigned attorney, hereby respectfully apply to this Court for the issuance of the attached order permitting their undersigned attorney to bring one "Personal Electronic Devices" (an iPhone) and two "General Purpose Computing Devices" (a MacBook Pro laptop and an iPad) into the environs of the Courthouses of this Court for use at the hearing scheduled for September 29, 2014 at 10:00 AM. At the present time the undersigned attorney is not able to state with certainty which of the above devices he will actually use, so leave is requested for all three devices.

                                             */s/ Richard E. Brodsky*
                                            _____

                                            Richard E. Brodsky
                                            THE BRODSKY LAW FIRM, PL
                                            200 South Biscayne Boulevard, Suite 1930
                                            Miami, Florida 33131
                                            786-220-3328
                                            rbrodsky @thebrodskylawfirm. com
                                            Attorney for Maridom Plaintiffs
                                            On Behalf of Standard Chartered Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *Anwar v. Fairfield Greenwich Ltd. (Standard Chartered Cases)*, No. 09-cv-118. The date(s) for which such authorization is provided is September 29, 2014.

| Attorney | Device(s) |
|---|---|
| Richard E. Brodsky (The Brodsky Law Firm, PL, Miami, Florida) | PED: Cellular telephone (iPhone)<br>GPCDs: Laptop computer (MacBook Pro) and tablet (iPad) |

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 18 September 2014

Victor Marrero
United States District Judge

Revised: February 26, 2014