LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

OFFICE PHONE (212) 759-4600
FACSIMILE (212) 486-2093
WWW.WOLFPOPPER.COM

LONG ISLAND OFFICE
11 GRACE AVENUE
SUITE 400
GREAT NECK, N.Y. 11021
(516) 728-7723
FAX: (516) 728-7724

DIRECT DIAL: (212) 451-9620
rfinkel@wolfpoppper.com



December 16, 2014

**By Facsimile**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
           <u>Master File No. 09-CV-00118 (VM) (FM)</u>

Dear Judge Marrero:

    We are one of plaintiffs' co-lead counsel in the above Anwar action.

    We respectfully request permission to file a motion for entry of an order approving distribution of the Fairfield Greenwich Net Settlement Fund to Authorized Claimants. The Net Settlement Fund derives from a $50.25 million class action settlement that was approved by Your Honor in a March 25, 2013 Final Judgment and Order of Dismissal (Dkt. No. 1097). The last of the appeals from the Final Judgment was resolved by the Second Circuit on August 8, 2014 (Dkt. No.1315). Pursuant to Paragraphs 1(q) and 44 of the Stipulation of Settlement approved by the Court (Dkt. No. 996), the Effective Date of the Final Judgment occurred on November 7, 2014.

    The claims administrator, Rust Consulting, Inc., has completed administration of the settlement and with Your Honor's approval, is prepared to distribute the Net Settlement Fund to Authorized Claimants.

                                                     Respectfully submitted,

                                                     Robert C. Finkel
                                                     /by nmm

                                                   Robert C. Finkel

RCF:rd
cc: All Counsel

Doc.#181986v1

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiffs' co-lead counsel. No motion practice should be necessary for this purpose. The parties should settle a draft Order for the Court's endorsement.
>
> SO ORDERED.
>
> 12-16-14
> DATE                  VICTOR MARRERO, U.S.D.J.