# EXHIBIT A

FAIRFIELD GREENWICH SECURITIES LITIGATION
C/O RUST CONSULTING, INC.
CLAIMS ADMINISTRATOR
P.O. BOX 2874
FARIBAULT, MN  55021-8674



Month Day, Year

**RESPONSE DUE DATE: Month Day, Year**

NAME1
NAME2
NAME3
ADDRESS1
ADDRESS2
CITY, STATE  ZIP
COUNTRY

**Claim No: «clm_no» - Account # «xref»**

Re:   NOTICE OF REJECTION AND INSTRUCTIONS TO CURE–
FAILURE TO SUBMIT DOCUMENTATION FOR CLAIM    OR    DOCUMENTATION PROVIDED INADEQUATE

Dear Claimant:

We received the Proof of Claim and Release form ("Claim") that you filed, or that was filed on your behalf, in connection with the Settlement with the Fairfield Defendants dated November 6, 2012 (the "Fairfield Settlement") in *Pasha S. Anwar, et al. v. Fairfield Greenwich Limited, et al.* (Civil Action No. 09-cv-118).  This Notice is to advise you of the REJECTION of your Claim and to ADVISE YOU OF THE ACTION YOU NEED TO TAKE to cure the deficiency outlined in this Notice.  Please note that the RESPONSE DUE DATE to submit a response to this Notice is [Month, Day, Year].

**DEFICIENCY:**
The Claim you submitted is rejected because of your failure to submit any documentation to support your Claim or because the documentation that was provided is inadequate.

**ACTION REQUIRED:**
You must submit acceptable documentation by the Response Due Date

Examples of ACCEPTABLE DOCUMENTATON include: copies of securities broker's confirmation slips, month or year-end account statement(s), a letter from your broker on company letterhead setting forth each transaction or retention of the eligible securities.  Please note the documentation must include the name of the beneficial owner, the name of the institution that executed the trade(s) or held the securities, along with all trade details (including the security traded, trade date, quantity/par, price and net amount of the entire transaction prior to any commissions, taxes or fees applied to the trade).

**CONSEQUENCES OF FAILURE TO CURE:**
**If your response is not received by the Response Due Date, or if you respond without acceptable documentation, your claim will remain REJECTED in its entirety.**

PLEASE NOTE that we have reviewed and considered all of the documents that have been submitted with the Claim.  Because this documentation has been deemed inadequate, we request that you provide additional documents, but PLEASE DO NOT RE-SUBMIT THE SAME DOCUMENTATION PROVIDED WHEN YOU FILED YOUR ORIGINAL CLAIM.

If you have any questions, please call us at 1-855-263-3450 or 1-612-359-7949.  You may receive additional letters if other issues are identified in this Claim.

Sincerely yours,
Claims Administrator


