# EXHIBIT B

| CLAIM NO | REASON FOR INELIGIBILITY | CLAIM NO | REASON FOR INELIGIBILITY |
|---|---|---|---|
| 1 | No Eligible Investment or Holding | 2 | No Eligible Investment or Holding |
| 20 | No Eligible Investment or Holding | 21 | Claim does not calculate a Net Loss |
| 22 | Claim does not calculate a Net Loss | 23 | Excluded Party |
| 26 | Claim Withdrawn | 33 | Duplicate Claim Filed |
| 35 | Documentation Missing or Unacceptable | 36 | Documentation Missing or Unacceptable |
| 42 | Claim Withdrawn | 61 | Documentation Missing or Unacceptable |
| 67 | Claim Withdrawn | 81 | Documentation Missing or Unacceptable |
| 83 | Claim does not calculate a Net Loss | 91 | Documentation Missing or Unacceptable |
| 94 | Documentation Missing or Unacceptable | 108 | Claim Withdrawn |
| 111 | Documentation Missing or Unacceptable | 112 | Duplicate Claim Filed |
| 119 | Duplicate Claim Filed | 121 | Documentation Missing or Unacceptable |
| 122 | Documentation Missing or Unacceptable | 123 | Claim Withdrawn |
| 124 | Claim Withdrawn | 127 | Documentation Missing or Unacceptable |
| 132 | Documentation Missing or Unacceptable | 147 | Documentation Missing or Unacceptable |
| 165 | Claim Withdrawn | 168 | Claim Withdrawn |
| 171 | Documentation Missing or Unacceptable | 174 | Documentation Missing or Unacceptable |
| 177 | Claim Withdrawn | 179 | Documentation Missing or Unacceptable |
| 198 | Claim does not calculate a Net Loss | 220 | Documentation Missing or Unacceptable |
| 221 | Documentation Missing or Unacceptable | 234 | Claim Withdrawn |
| 235 | Claim Withdrawn | 250 | Claim Withdrawn |
| 252 | Documentation Missing or Unacceptable | 261 | Documentation Missing or Unacceptable |
| 265 | Documentation Missing or Unacceptable | 266 | Duplicate Claim Filed |
| 273 | No Eligible Investment or Holding | 292 | Documentation Missing or Unacceptable |
| 322 | Documentation Missing or Unacceptable | 333 | Documentation Missing or Unacceptable |
| 360 | Duplicate Claim Filed | 364 | Duplicate Claim Filed |
| 365 | Duplicate Claim Filed | 395 | Duplicate Claim Filed |
| 398 | Duplicate Claim Filed | 415 | Duplicate Claim Filed |
| 441 | Duplicate Claim Filed | 450 | Documentation Missing or Unacceptable |
| 463 | Duplicate Claim Filed | 476 | Documentation Missing or Unacceptable |
| 480 | Claim Withdrawn | 481 | Claim Withdrawn |
| 488 | Documentation Missing or Unacceptable | 503 | Documentation Missing or Unacceptable |
| 513 | Claim Withdrawn | 519 | Documentation Missing or Unacceptable |
| 523 | Duplicate Claim Filed | 525 | Claim Withdrawn |
| 546 | Duplicate Claim Filed | 556 | Documentation Missing or Unacceptable |
| 574 | Claim Withdrawn | 575 | Claim Withdrawn |
| 596 | Duplicate Claim Filed | 616 | Documentation Missing or Unacceptable |
| 657 | Ineligible Bought Claim | 658 | Ineligible Bought Claim |
| 659 | Ineligible Bought Claim | 660 | Ineligible Bought Claim |
| 668 | Duplicate Claim Filed | 749 | No Eligible Investment or Holding |
| 754 | Duplicate Claim Filed | 781 | Duplicate Claim Filed |
| 783 | No Eligible Investment or Holding | 807 | Claim does not calculate a Net Loss |
| 846 | Claim Withdrawn | 854 | Documentation Missing or Unacceptable |
| 863 | Documentation Missing or Unacceptable | 878 | Documentation Missing or Unacceptable |
| 890 | No Eligible Investment or Holding | 899 | No Eligible Investment or Holding |
| 902 | No Eligible Investment or Holding | 905 | Duplicate Claim Filed |
| 927 | Duplicate Claim Filed | 930 | Claim does not calculate a Net Loss |
| 931 | Duplicate Claim Filed | 932 | Claim Withdrawn |
| 938 | Documentation Missing or Unacceptable | 948 | Documentation Missing or Unacceptable |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

| CLAIM NO | REASON FOR INELIGIBILITY | CLAIM NO | REASON FOR INELIGIBILITY |
| --- | --- | --- | --- |
| 957 | Documentation Missing or Unacceptable | 975 | Documentation Missing or Unacceptable |
| 995 | Duplicate Claim Filed | 1000 | Documentation Missing or Unacceptable |
| 1053 | Duplicate Claim Filed | 1056 | Duplicate Claim Filed |
| 1087 | Claim Withdrawn | 1088 | No Eligible Investment or Holding |
| 1089 | Duplicate Claim Filed | 1090 | Duplicate Claim Filed |
| 1091 | Duplicate Claim Filed | 1092 | Duplicate Claim Filed |
| 1093 | Duplicate Claim Filed | 1094 | Duplicate Claim Filed |
| 1095 | Duplicate Claim Filed | 1096 | Duplicate Claim Filed |
| 1097 | Duplicate Claim Filed | 1098 | Duplicate Claim Filed |
| 1099 | Duplicate Claim Filed | 1100 | Duplicate Claim Filed |
| 1101 | Duplicate Claim Filed | 1102 | Duplicate Claim Filed |
| 1147 | Claim Withdrawn | 1187 | Duplicate Claim Filed |
| 1189 | Claim Withdrawn | 1196 | Claim Withdrawn |
| 1200 | Documentation Missing or Unacceptable | 1225 | Duplicate Claim Filed |
| 1247 | Documentation Missing or Unacceptable | 1258 | Documentation Missing or Unacceptable |
| 1274 | Documentation Missing or Unacceptable | 1293 | Duplicate Claim Filed |
| 1295 | Duplicate Claim Filed | 1302 | Duplicate Claim Filed |
| 1306 | Documentation Missing or Unacceptable | 1308 | Duplicate Claim Filed |
| 1316 | Documentation Missing or Unacceptable | 1330 | Documentation Missing or Unacceptable |
| 1337 | Documentation Missing or Unacceptable | 1352 | Documentation Missing or Unacceptable |
| 1353 | Documentation Missing or Unacceptable | 1413 | Documentation Missing or Unacceptable |
| 1426 | Claim Withdrawn | 1427 | Duplicate Claim Filed |
| 1431 | Documentation Missing or Unacceptable | 1454 | Claim Withdrawn |
| 1463 | Documentation Missing or Unacceptable | 1468 | Documentation Missing or Unacceptable |
| 1469 | Documentation Missing or Unacceptable | 1519 | Documentation Missing or Unacceptable |
| 1523 | Duplicate Claim Filed | 1525 | Documentation Missing or Unacceptable |
| 1545 | Documentation Missing or Unacceptable | 1546 | Documentation Missing or Unacceptable |
| 1559 | Documentation Missing or Unacceptable | 1560 | Documentation Missing or Unacceptable |
| 1563 | Documentation Missing or Unacceptable | 1571 | Documentation Missing or Unacceptable |
| 1572 | Duplicate Claim Filed | 1574 | Duplicate Claim Filed |
| 1610 | Claim Withdrawn | 1612 | Claim Withdrawn |
| 1619 | Documentation Missing or Unacceptable | 1623 | Documentation Missing or Unacceptable |
| 1628 | Documentation Missing or Unacceptable | 1629 | Documentation Missing or Unacceptable |
| 1630 | Documentation Missing or Unacceptable | 1631 | Documentation Missing or Unacceptable |
| 1638 | Documentation Missing or Unacceptable | 1645 | No Eligible Investment or Holding |
| 1672 | Documentation Missing or Unacceptable | 1692 | Duplicate Claim Filed |
| 1693 | Duplicate Claim Filed | 1694 | Duplicate Claim Filed |
| 1696 | Claim Withdrawn | 1708 | Duplicate Claim Filed |
| 1709 | Claim does not calculate a Net Loss | 1714 | Documentation Missing or Unacceptable |
| 1719 | Documentation Missing or Unacceptable | 1721 | Claim Withdrawn |
| 1741 | Documentation Missing or Unacceptable | 1770 | Duplicate Claim Filed |
| 1854 | Claim Withdrawn | 1862 | Claim Withdrawn |
| 1877 | Duplicate Claim Filed | 1880 | Claim Withdrawn |
| 1898 | Documentation Missing or Unacceptable | 1900 | Claim Withdrawn |
| 1902 | Duplicate Claim Filed | 1914 | Duplicate Claim Filed |
| 1918 | Claim Withdrawn | 1928 | Claim Withdrawn |
| 1937 | Claim Withdrawn | 1942 | Claim Withdrawn |
| 2009 | Duplicate Claim Filed | 2010 | Duplicate Claim Filed |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

| CLAIM NO | REASON FOR INELIGIBILITY | CLAIM NO | REASON FOR INELIGIBILITY |
|---|---|---|---|
| 2011 | Duplicate Claim Filed | 2016 | Duplicate Claim Filed |
| 2039 | Duplicate Claim Filed | 2040 | Duplicate Claim Filed |
| 2041 | Duplicate Claim Filed | 2042 | Duplicate Claim Filed |
| 2043 | Duplicate Claim Filed | 2046 | Duplicate Claim Filed |
| 2050 | Documentation Missing or Unacceptable | 2051 | Documentation Missing or Unacceptable |
| 2052 | Duplicate Claim Filed | 2053 | Documentation Missing or Unacceptable |
| 2069 | Documentation Missing or Unacceptable | 2071 | No Eligible Investment or Holding |
| 2072 | Documentation Missing or Unacceptable | 2073 | Documentation Missing or Unacceptable |
| 2076 | Documentation Missing or Unacceptable | 2133 | Duplicate Claim Filed |
| 2134 | Duplicate Claim Filed | 2136 | Duplicate Claim Filed |
| 2137 | Duplicate Claim Filed | 2138 | Duplicate Claim Filed |
| 2140 | Duplicate Claim Filed | 2150 | Documentation Missing or Unacceptable |
| 2153 | Documentation Missing or Unacceptable | 2158 | Documentation Missing or Unacceptable |
| 2160 | Documentation Missing or Unacceptable | 2164 | Duplicate Claim Filed |
| 2166 | Duplicate Claim Filed | 2167 | Duplicate Claim Filed |
| 2176 | Documentation Missing or Unacceptable | 2201 | Documentation Missing or Unacceptable |
| 2208 | Documentation Missing or Unacceptable | 2212 | Duplicate Claim Filed |
| 2214 | Duplicate Claim Filed | 2229 | Documentation Missing or Unacceptable |
| 2231 | Documentation Missing or Unacceptable | 2232 | No Eligible Investment or Holding |
| 2233 | No Eligible Investment or Holding | 2238 | Documentation Missing or Unacceptable |
| 2245 | Documentation Missing or Unacceptable | 2246 | Duplicate Claim Filed |
| 2247 | Duplicate Claim Filed | 2255 | No Eligible Investment or Holding |
| 2264 | Documentation Missing or Unacceptable | 2265 | Documentation Missing or Unacceptable |
| 2266 | Duplicate Claim Filed | 2276 | Duplicate Claim Filed |
| 2279 | Duplicate Claim Filed | 2281 | Duplicate Claim Filed |
| 2282 | Duplicate Claim Filed | 2291 | Duplicate Claim Filed |
| 2296 | Documentation Missing or Unacceptable | 2302 | Duplicate Claim Filed |
| 2303 | Duplicate Claim Filed | 2304 | Duplicate Claim Filed |
| 2309 | Duplicate Claim Filed | 2317 | Documentation Missing or Unacceptable |
| 2321 | Duplicate Claim Filed | 2322 | Documentation Missing or Unacceptable |
| 2332 | Duplicate Claim Filed | 2377 | Documentation Missing or Unacceptable |
| 2378 | Duplicate Claim Filed | 2429 | Duplicate Claim Filed |
| 2435 | Duplicate Claim Filed | 2443 | Claim Withdrawn |
| 2444 | Duplicate Claim Filed | 2448 | Claim Withdrawn |
| 2457 | Documentation Missing or Unacceptable | 2467 | Claim does not calculate a Net Loss |
| 2472 | Duplicate Claim Filed | 2512 | Documentation Missing or Unacceptable |
| 2520 | No Eligible Investment or Holding | 2521 | Claim Withdrawn |
| 2524 | Documentation Missing or Unacceptable | 2526 | Duplicate Claim Filed |
| 2527 | Duplicate Claim Filed | 2528 | Duplicate Claim Filed |
| 2529 | Duplicate Claim Filed | 2542 | Claim does not calculate a Net Loss |
| 2544 | Claim Withdrawn | 2561 | Duplicate Claim Filed |
| 2564 | Claim Withdrawn | 2569 | Duplicate Claim Filed |
| 2585 | Duplicate Claim Filed | 2625 | Duplicate Claim Filed |
| 2626 | Duplicate Claim Filed | 2627 | Duplicate Claim Filed |
| 2629 | Duplicate Claim Filed | 2630 | Duplicate Claim Filed |
| 2632 | Duplicate Claim Filed | 2633 | Duplicate Claim Filed |
| 2634 | Duplicate Claim Filed | 2635 | Duplicate Claim Filed |
| 2636 | Duplicate Claim Filed | 2641 | Duplicate Claim Filed |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

| CLAIM NO | REASON FOR INELIGIBILITY | CLAIM NO | REASON FOR INELIGIBILITY |
|---|---|---|---|
| 2645 | Duplicate Claim Filed | 2646 | Duplicate Claim Filed |
| 2658 | No Eligible Investment or Holding | 2677 | No Eligible Investment or Holding |
| 2680 | Duplicate Claim Filed | 2703 | Duplicate Claim Filed |
| 2707 | Documentation Missing or Unacceptable | 2715 | Claim Withdrawn |
| 2716 | Documentation Missing or Unacceptable | 2724 | Documentation Missing or Unacceptable |
| 2726 | Documentation Missing or Unacceptable | 2727 | No Eligible Investment or Holding |
| 2728 | Duplicate Claim Filed | 2730 | No Eligible Investment or Holding |
| 2732 | Documentation Missing or Unacceptable | 2733 | Documentation Missing or Unacceptable |
| 2737 | Duplicate Claim Filed | 2740 | Documentation Missing or Unacceptable |
| 2754 | Documentation Missing or Unacceptable | 2761 | Documentation Missing or Unacceptable |
| 2774 | Duplicate Claim Filed | 2779 | Documentation Missing or Unacceptable |
| 2780 | Documentation Missing or Unacceptable | 2780 | Duplicate Claim Filed |
| 2788 | Documentation Missing or Unacceptable | 2791 | Documentation Missing or Unacceptable |
| 2792 | Documentation Missing or Unacceptable | 2793 | Documentation Missing or Unacceptable |
| 2794 | Documentation Missing or Unacceptable | 2802 | Duplicate Claim Filed |
| 2803 | Duplicate Claim Filed | 2816 | Documentation Missing or Unacceptable |
| 2817 | Documentation Missing or Unacceptable | 2818 | Claim does not calculate a Net Loss |
| 2886 | Duplicate Claim Filed | 2904 | Duplicate Claim Filed |
| 2905 | Duplicate Claim Filed | 2906 | Duplicate Claim Filed |
| 2907 | Duplicate Claim Filed | 2914 | Documentation Missing or Unacceptable |
| 2919 | Duplicate Claim Filed | 2920 | Duplicate Claim Filed |
| 2925 | Documentation Missing or Unacceptable | 2926 | Duplicate Claim Filed |
| 2935 | Documentation Missing or Unacceptable | 2948 | Duplicate Claim Filed |
| 2949 | Duplicate Claim Filed | 2950 | Duplicate Claim Filed |
| 2951 | Duplicate Claim Filed | 2952 | Duplicate Claim Filed |
| 2953 | Duplicate Claim Filed | 2958 | Claim Withdrawn |
| 2960 | Claim Withdrawn | 2961 | Claim Withdrawn |
| 2963 | Documentation Missing or Unacceptable | 2965 | Duplicate Claim Filed |
| 2977 | Documentation Missing or Unacceptable | 2980 | Duplicate Claim Filed |
| 2984 | Claim does not calculate a Net Loss | 2985 | Duplicate Claim Filed |
| 2990 | Duplicate Claim Filed | 2991 | Duplicate Claim Filed |
| 2992 | Duplicate Claim Filed | 2993 | Documentation Missing or Unacceptable |
| 2998 | Documentation Missing or Unacceptable | 2999 | Documentation Missing or Unacceptable |
| 3135 | Documentation Missing or Unacceptable | 3136 | No Eligible Investment or Holding |
| 3137 | Documentation Missing or Unacceptable | 3142 | Documentation Missing or Unacceptable |
| 3143 | Duplicate Claim Filed | 3156 | No Eligible Investment or Holding |
| 3157 | Documentation Missing or Unacceptable | 3158 | Documentation Missing or Unacceptable |
| 3160 | Claim does not calculate a Net Loss | 3164 | Duplicate Claim Filed |
| 3168 | Documentation Missing or Unacceptable | 3176 | Documentation Missing or Unacceptable |
| 3189 | Requested Exclusion | 3190 | Documentation Missing or Unacceptable |
| 3203 | Documentation Missing or Unacceptable | 3206 | Duplicate Claim Filed |
| 3207 | Documentation Missing or Unacceptable | 3208 | Documentation Missing or Unacceptable |
| 3210 | Duplicate Claim Filed | 3215 | Documentation Missing or Unacceptable |
| 3216 | Duplicate Claim Filed | 3218 | Duplicate Claim Filed |
| 3219 | Duplicate Claim Filed | 3221 | Duplicate Claim Filed |
| 3222 | Duplicate Claim Filed | 3223 | Duplicate Claim Filed |
| 3224 | Duplicate Claim Filed | 3230 | Documentation Missing or Unacceptable |
| 3231 | Duplicate Claim Filed | 3232 | Duplicate Claim Filed |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# INELIGIBLE CLAIMS

| CLAIM NO | REASON FOR INELIGIBILITY | CLAIM NO | REASON FOR INELIGIBILITY |
|---|---|---|---|
| 3233 | No Eligible Investment or Holding | 3234 | No Eligible Investment or Holding |
| 3235 | No Eligible Investment or Holding | 3236 | No Eligible Investment or Holding |
| 3237 | No Eligible Investment or Holding | 3238 | No Eligible Investment or Holding |
| 3239 | Duplicate Claim Filed | 3240 | Duplicate Claim Filed |
| 3241 | Duplicate Claim Filed | 3242 | Duplicate Claim Filed |
| 3243 | Duplicate Claim Filed | 3244 | Duplicate Claim Filed |
| 3245 | Duplicate Claim Filed | 3246 | Duplicate Claim Filed |
| 3247 | Duplicate Claim Filed | 3248 | Documentation Missing or Unacceptable |
| 3251 | Duplicate Claim Filed | 3252 | Duplicate Claim Filed |
| 3253 | Duplicate Claim Filed | 3254 | Duplicate Claim Filed |
| 3255 | Duplicate Claim Filed | 3256 | Duplicate Claim Filed |
| 3257 | Duplicate Claim Filed | 3259 | Duplicate Claim Filed |
| 3260 | Duplicate Claim Filed | 3262 | Duplicate Claim Filed |
| 3265 | Claim Withdrawn | 3274 | Documentation Missing or Unacceptable |
| 3275 | Duplicate Claim Filed | 3281 | Documentation Missing or Unacceptable |
| 3284 | Duplicate Claim Filed | 3285 | Claim Withdrawn |
| 3289 | Documentation Missing or Unacceptable | 3303 | Documentation Missing or Unacceptable |
| 3306 | Duplicate Claim Filed | 3314 | Duplicate Claim Filed |
| 3323 | No Eligible Investment or Holding | 3324 | No Eligible Investment or Holding |
| 3325 | No Eligible Investment or Holding | 3326 | No Eligible Investment or Holding |
| 3327 | No Eligible Investment or Holding | 3328 | No Eligible Investment or Holding |
| 3329 | No Eligible Investment or Holding | 3330 | No Eligible Investment or Holding |
| 3336 | Duplicate Claim Filed | 3338 | Duplicate Claim Filed |
| 3380 | Documentation Missing or Unacceptable | 3384 | Duplicate Claim Filed |
| 3385 | Duplicate Claim Filed | 3389 | Duplicate Claim Filed |
| 3393 | Excluded Party | 3400 | Documentation Missing or Unacceptable |
| 3400 | Documentation Missing or Unacceptable | 3400 | Excluded Party |
| 3401 | Excluded Party | 3402 | Documentation Missing or Unacceptable |
| 3403 | Documentation Missing or Unacceptable | 3404 | Documentation Missing or Unacceptable |
| 3405 | Documentation Missing or Unacceptable | 3406 | Documentation Missing or Unacceptable |
| 3407 | Documentation Missing or Unacceptable | 3408 | Documentation Missing or Unacceptable |
| 3409 | Documentation Missing or Unacceptable | 3410 | Documentation Missing or Unacceptable |
| 3411 | Documentation Missing or Unacceptable | 3412 | Documentation Missing or Unacceptable |
| 3413 | Documentation Missing or Unacceptable | 3414 | Documentation Missing or Unacceptable |
| 3415 | Documentation Missing or Unacceptable | 3416 | Documentation Missing or Unacceptable |
| 3417 | Documentation Missing or Unacceptable | 3418 | Documentation Missing or Unacceptable |
| 3419 | Documentation Missing or Unacceptable | 3420 | Documentation Missing or Unacceptable |
| 3421 | Documentation Missing or Unacceptable | 3422 | Claim Withdrawn |
| 3423 | Claim Withdrawn | 3429 | Duplicate Claim Filed |
| 3438 | No Eligible Investment or Holding | 3451 | Claim Withdrawn |
| 3451 | No Eligible Investment or Holding | 3453 | Claim Withdrawn |
| 3455 | Claim Withdrawn | 20000002 | Documentation Missing or Unacceptable |
| 20000003 | Claim does not calculate a Net Loss | 20000004 | Claim does not calculate a Net Loss |
| 20000005 | Claim does not calculate a Net Loss | | |

TOTAL INELIGIBLE CLAIMS:  467

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.