# EXHIBIT D



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 11/21/14 |
| INVOICE #: | 14-6270X |
| MATTER #: | 3684 |

**TO:** Robert C. Finkel, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

David A. Barrett, Esq.
BOIES, SCHILLER & FLEXNER, LLP
575 Lexington Avenue
New York, NY 10022

Victor E. Stewart, Esq.
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Ste 501
New York, NY 10006

**PROJECT**
*Fairfield Greenwich Securities Litigation*
*Invoices and Payments to Date*

PROFESSIONAL FEES

| | |
|---|---:|
| Project Setup | $ 5,183.30 |
| Legal Notification | 19,540.90 |
| Call Center | 11,810.66 |
| Website Modification | 3,192.80 |
| Opt-Outs and Correspondence | 28,930.68 |
| Claims Processing/Audits | 185,552.98 |
| Distribution and Tax Reporting | 176.25 |
| Client Inquires and Reporting | 53,915.94 |
| Non Settling Defendant's Claim Request | 4,832.95 |
| Deficient Claim Validation | 21,965.85 |
| Deficiency by Email Process | 72,410.96 |
| Plaintiff Data Request | 2,093.50 |
| Final Disposition Notices | 13,816.40 |
| Madoff Victim Fund Mailing | 5,534.18 |
| Madoff Victim Fund Email Campaign | 2,212.20 |
| Out of Scope Reporting | 23,159.40 |
| **SUBTOTAL** | **454,328.95** |

EXPENSES: OTHER CHARGES AND OUT-OF-POCKET COSTS

| | |
|---|---:|
| Print and Mail Notice Package | $ 6,861.04 |
| Broker | 1,196.38 |
| Call Center/Telecommunications | 22,520.77 |
| Postage/Federal Express/Other | 16,313.36 |
| Shredding/Storage | 2,328.97 |
| Media Buy | 197,772.44 |
| Other/Supplies | 247.26 |
| Undeliverables | 5.50 |
| Photocopies/Faxing/Printing | 7,480.90 |
| PO Box Rental | 2,829.00 |
| Address Trace | 100.90 |
| Website Hosting | 6,862.91 |
| **SUBTOTAL** | **264,519.43** |
| **LESS - PAYMENT RECEIVED** | **(419,686.41)** |
| **TOTAL DUE** | **$ 299,161.97** |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589