# EXHIBIT E



# Estimate to Complete

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 11/07/14 |
| INVOICE #: | 14- |
| MATTER #: | 3684 |

**TO:** Robert C. Finkel, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022

David A. Barrett, Esq.
BOIES, SCHILLER & FLEXNER, LLP
575 Lexington Avenue
New York, NY  10022

Victor E. Stewart, Esq.
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Ste 501
New York, NY  10006

### PROJECT
*Fairfield Greenwich Securities Litigation*
*Estimate to Complete*

PROFESSIONAL FEES
| | |
|---|---:|
| Draft and Post Website Content | $ 155.00 |
| Call Center Scripting, Management and Support | 636.00 |
| Distribution and Tax Reporting | |
|     Fund Distribution, Coordination and Reports | 1,533.00 |
|     Wire Outreach, Review, Approval | 28,490.00 |
|     Reissue Processing and Banking | 4,985.00 |
| Project Management | 5,699.00 |
| Technical Consulting | 2,550.00 |
| **SUBTOTAL** | 44,048.00 |

EXPENSES & OTHER CHARGES
| | |
|---|---:|
| Website Hosting | $ 3,600.00 |
| Call Center/Telecommunications | 12,068.00 |
| Distribution and Tax Reporting | |
|     Print and Mail Payments | 2,630.00 |
|     Print and Mail Reissues | 1,000.00 |
|     Postage - Award Payments and Reissues | 1,692.00 |
|     Bank Charges - Electronic Payments | 4,064.00 |
|     Check Processing | 526.00 |
|     Address Trace | 493.00 |
|     Monthly Bank Account Fees | 2,400.00 |
|     Tax Reporting | 3,500.00 |
| Shredding/Storage | 2,460.00 |
| PO Box Rental | 609.00 |
| **SUBTOTAL** | 35,042.00 |

**TOTAL ESTIMATE TO COMPLETE**   $   79,090.00

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589