# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Timothy A. Duffy, P.C.
To Call Writer Directly:
(312) 862-2445
tim.duffy@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

January 5, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/15
```

**VIA FACSIMILE**

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   ***Anwar, et al. v. Fairfield Greenwich Limited, et al.***
>        Master File No. 09-CV-00118 (VM) (THK)

Dear Judge Marrero:

I write on behalf of my client, PricewaterhouseCoopers LLP ("PwC Canada") and also on behalf of PricewaterhouseCoopers Accountants N.V. ("PwC Netherlands"), collectively the "PwC Defendants" in response to Mr. Barrett's letter of December 30, 2014.

The PwC Defendants agree with the Citco defendants that plaintiffs' remaining claims in this case should be dismissed as wholly derivative in nature under any applicable law, including NY law, as the Second Circuit's recent decision in *Elendow Fund, LLC v. Rye Investment Management*, 2014 WL 7090618 (Dec. 16, 2014), makes clear. The Court has dismissed plaintiffs' initial investment claims against the PwC Defendants and their remaining claims necessarily reflect only losses they suffered as shareholders in the funds, which losses are precisely coextensive with the loss in the value of the funds as a whole, and are therefore quintessentially derivative in nature.

The PwC Defendants disagree with the plaintiffs' characterization of the class certification issue pending before the Court. The Second Circuit did not remand the case "for this Court to explain the basis of its class certification decision." It voided the certified class and remanded the case for further proceedings consistent with its order, thereby requiring plaintiffs to identify evidence in the record that would support the certification of new class. As reflected in the briefs filed by the parties, plaintiffs have had ample opportunity to being any such evidence to the Court's attention, but have failed to do so. The PwC defendants see no need for additional submissions on this issue.

Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai      Washington, D.C.

## KIRKLAND & ELLIS LLP

January 5, 2015
Page 2

Respectfully,

Timothy A. Duffy, P.C.

cc:     Counsel of Record (via e/mail)

---

The Clerk of Court is directed to enter into the public record
of this action the letter above submitted to the Court by
*Pricewaterhouse Coopers LLP* .

**SO ORDERED.**

1-6-15
DATE          VICTOR MARRERO, U.S.D.J.

---