PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977) | UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 | MATTHEW W. ABBOTT<br>ALLAN J. ARFFA<br>ROBERT A. ATKINS<br>DAVID J. BALL<br>JOHN F. BAUGHMAN<br>LYNN B. BAYARD<br>DANIEL J. BELLER<br>CRAIG A. BENSON<br>MITCHELL L. BERG<br>MARK S. BERGMAN<br>BRUCE BIRENBOIM<br>H. CHRISTOPHER BOEHNING<br>ANGELO BONVINO<br>JAMES L. BROCHIN<br>RICHARD J. BRONSTEIN<br>DAVID W. BROWN<br>SUSANNA M. BUERGEL<br>PATRICK S. CAMPBELL*<br>JESSICA S. CAREY<br>JEANETTE K. CHAN<br>YVONNE Y. F. CHAN<br>LEWIS R. CLAYTON<br>JAY COHEN<br>KELLEY A. CORNISH<br>CHRISTOPHER J. CUMMINGS<br>CHARLES E. DAVIDOW<br>DOUGLAS R. DAVIS<br>THOMAS V DE LA BASTIDE III<br>ARIEL J. DECKELBAUM<br>ALICE BELISLE EATON<br>ANDREW J. EHRLICH<br>GREGORY A. EZRING<br>LESLIE GORDON FAGEN<br>MARC FALCONE<br>ROSS A. FIELDSTON<br>ANDREW C. FINCH<br>BRAD J. FINKELSTEIN<br>BRIAN P. FINNEGAN<br>ROBERTO FINZI<br>PETER E. FISCH<br>ROBERT C. FLEDER<br>MARTIN FLUMENBAUM<br>ANDREW J. FOLEY<br>HARRIS B. FREIDUS<br>MANUEL S. FREY<br>ANDREW L. GAINES<br>KENNETH A. GALLO<br>MICHAEL E. GERTZMAN<br>ADAM M. GIVERTZ<br>SALVATORE GOGLIORMELLA<br>ROBERT D. GOLDBAUM<br>NEIL GOLDMAN<br>ERIC S. GOLDSTEIN<br>ERIC GOODISON<br>CHARLES H. GOOGE, JR.<br>ANDREW G. GORDON<br>UDI GROFMAN<br>NICHOLAS GROOMBRIDGE<br>BRUCE A. GUTENPLAN<br>GAINES GWATHMEY, III<br>ALAN S. HALPERIN<br>JUSTIN G. HAMILL<br>CLAUDIA HAMMERMAN<br>GERARD E. HARPER<br>BRIAN S. HERMANN<br>ROBERT M. HIRSH<br>MICHELE HIRSHMAN<br>MICHAEL S. HONG<br>DAVID S. HUNTINGTON<br>LORETTA A. IPPOLITO<br>JAREN JANGHORBANI | MEREDITH J. KANE<br>ROBERTA A. KAPLAN<br>BRAD S. KARP<br>PATRICK N. KARSNITZ<br>JOHN C. KENNEDY<br>ALAN W. KORNBERG<br>DANIEL J. KRAMER<br>DAVID K. LAKHDHIR<br>STEPHEN P. LAMB*<br>JOHN E. LANGE<br>DANIEL J. LEFFELL<br>XIAOYU GREG LIU<br>JEFFREY D. MARELL<br>MARCO V. MASOTTI<br>EDWIN S. MAYNARD<br>DAVID W. MAYO<br>ELIZABETH R. McCOLM<br>MARK F. MENDELSOHN<br>WILLIAM B. MICHAEL<br>TOBY S. MYERSON<br>CATHERINE NYARADY<br>JANE B. O'BRIEN<br>ALEX YOUNG K. OH<br>BRAD R. OKUN<br>KELLEY D. PARKER<br>MARC E. PERLMUTTER<br>VALERIE E. RADWANER<br>CARL L. REISNER<br>WALTER G. RICCIARDI<br>WALTER RIEMAN<br>RICHARD A. ROSEN<br>ANDREW N. ROSENBERG<br>JACQUELINE P. RUBIN<br>RAPHAEL M. RUSSO<br>JEFFREY D. SAFERSTEIN<br>JEFFREY B. SAMUELS<br>DALE M. SARRO<br>TERRY E. SCHIMEK<br>KENNETH M. SCHNEIDER<br>ROBERT B. SCHUMER<br>JAMES H. SCHWAB<br>JOHN M. SCOTT<br>STEPHEN J. SHIMSHAK<br>DAVID R. SICULAR<br>MOSES SILVERMAN<br>STEVEN SIMKIN<br>JOSEPH J. SIMONS<br>MARILYN SOBEL<br>AUDRA J. SOLOWAY<br>SCOTT M. SONTAG<br>TARUN M. STEWART<br>ERIC ALAN STONE<br>AIDAN SYNNOTT<br>ROBYN F. TARNOFSKY<br>MONICA K. THURMOND<br>DANIEL J. TOAL<br>LIZA M. VELAZQUEZ<br>MARIA T. VULLO<br>ALEXANDRA M. WALSH*<br>LAWRENCE G. WEE<br>THEODORE V. WELLS, JR.<br>BETH A. WILKINSON<br>STEVEN J. WILLIAMS<br>LAWRENCE I. WITDORCHIC<br>MARK B. WLAZLO<br>JULIA MASON WOOD<br>JORDAN E. YARETT<br>KAYE N. YOSHINO<br>TONG YU<br>TRACEY A. ZACCONE<br>T. ROBERT ZOCHOWSKI, JR. |

WRITER'S DIRECT DIAL NUMBER

212-373-3260

WRITER'S DIRECT FACSIMILE

212-492-0260

WRITER'S DIRECT E-MAIL ADDRESS

wrieman@paulweiss.com

*NOT ADMITTED TO THE NEW YORK BAR

December 2, 2014

**By Hand**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

> *Anwar, et al.* v. *Fairfield Greenwich Limited, et al.*,
> No. 09-cv-118 (S.D.N.Y.) (VM) (FM)

Dear Judge Marrero:

      On behalf of the Citco Defendants, we are writing to respond to the portion of plaintiffs' letter dated November 20, 2014, that discusses the district court's decision in *Osberg* v. *Foot Locker, Inc.*, No. 07-cv-1358 (KBF), 2014 WL 5800501 (S.D.N.Y. Nov. 7, 2014), *petition for perm to app. under Fed. R. Civ. P. 23(f) filed*, No. 14-3748(L), ECF No. 42 (2d Cir. Nov. 25, 2014). *Osberg* does not alter the conclusion that plaintiffs' motion for class certification should be denied.

      *Osberg* certified a class alleging claims for plan reformation under ERISA. Such claims, the *Osberg* court held, do not require proof of reliance. *See id.* at *1. The *Osberg* court's discussion of reliance was consequently *dicta*. Here, in contrast,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Victor Marrero                                                                                  2
United States District Judge

proof of actual and reasonable reliance is essential to the *Anwar* plaintiffs' claims. (*See* Citco Opp. Br. 2-17, ECF No. 1323.)[1]

In any event, *Osberg*'s *dicta* concerning reliance have no application to *Anwar*. In *Osberg*, the court found that on the particular facts of that case, no reasonable juror could have accepted the defendant's position respecting reliance. *See* 2014 WL 5800501, at *6. In the view of the *Osberg* court, the defendant there "ha[d] proffered not a shred of evidence" that reliance would require an individualized inquiry. *Id.*

Here, in contrast, the Citco Defendants have identified substantial evidence demonstrating—among other propositions—that the alleged misrepresentations were not made uniformly to the putative class members; that substantial individualized issues of fact exist concerning whether any particular putative class member received the alleged misrepresentations prior to making a decision to invest; and that actual and reasonable reliance similarly involve substantial individualized inquiries. (*See* Citco Opp. Br. 2-17.)

Plaintiffs suggest that they are exempt from the jurisprudence generally governing attempts at class certification of reliance-based claims, because, they say, "[i]t is inconceivable that any investor would knowingly invest in a Ponzi scheme." (Pls.' Ltr. 2.) That contention is merely a rephrased version of the so-called fraud-created-the-market theory, which is the theory "that but for the defendant's fraud, no market for the securities would have existed at all." *Pa. Pub. Sch. Emps.' Ret. Sys.* v. *Morgan Stanley & Co.*, No. 13-2095-cv(L), 2014 WL 5487666, at *6 (2d Cir. Oct. 31, 2014). As our letter of November 17, 2014, explained, the Second Circuit's decision in *Pennsylvania Public School* rejected the fraud-created-the-market theory as a purported interpretation of New York law, and implicitly but unmistakably criticized that theory as a purported interpretation of the federal securities laws. *See id.* at *6-7.

Respectfully submitted,

*Walter Rieman*

Walter Rieman

cc:   All counsel in *Anwar* (by e-mail)

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Citco defendants.
>
> SO ORDERED.
>
> 12-3-14
> DATE            VICTOR MARRERO, U.S.D.J.

---

[1]   Capitalized terms have the meanings set forth in Citco's letter to Your Honor dated November 17, 2014.