UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ANWAR, *et al.*,

                        Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al*.,      Master File No.
                                                                     09-cv-118 (VM)(FM)

                        Defendants.

This Document Relates To:  All Actions

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Natalie M. Mackiel is hereby withdrawn as counsel of record in the above-captioned matter for Lead Plaintiff Pacific West Health Medical Center, and other plaintiffs and class members (collectively, "Plaintiffs") in this consolidated action.  As of February 13, 2015, Ms. Mackiel will no longer be associated with Wolf Popper LLP.  All other previously appearing counsel from Wolf Popper LLP continue to serve as counsel for Plaintiffs in this action.

Dated: New York, New York
         February 13, 2015

                                            /s/ Natalie M. Mackiel
                                        Natalie M. Mackiel
                                        Wolf Popper LLP
                                        845 Third Avenue
                                        New York, NY 10022
                                        Tel.: (212) 759-4600
                                        Fax: (212) 486-2093
                                        nmackiel@wolfpopper.com