UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANWAR, *et al.*,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

Master File No.
09-cv-118 (VM)(FM)

This Document Relates To: All Actions

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Natalie M. Mackiel is hereby withdrawn as counsel of record in the above-captioned matter for Lead Plaintiff Pacific West Health Medical Center, and other plaintiffs and class members (collectively, "Plaintiffs") in this consolidated action. As of February 13, 2015, Ms. Mackiel will no longer be associated with Wolf Popper LLP. All other previously appearing counsel from Wolf Popper LLP continue to serve as counsel for Plaintiffs in this action.

Dated: New York, New York
       February 13, 2015

                                  /s/ Natalie M. Mackiel
                              Natalie M. Mackiel
                              Wolf Popper LLP
                              845 Third Avenue
                              New York, NY 10022
                              Tel.: (212) 759-4600
                              Fax: (212) 486-2093
                              nmackiel@wolfpopper.com

SO ORDERED.

2-20-15
DATE      VICTOR MARRERO, U.S.D.J.