**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANWAR, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Master File No. 09-CV-118-VM |
| FAIRFIELD GREENWICH LIMITED, *et al.*, | ) |
| Defendants. | ) **APPEARANCE** |
| This Document Relates To:  All Actions | ) |

TO: The Clerk of This Court and All Parties of Record:

Enter my appearance as counsel in this case for Defendant, PricewaterhouseCoopers LLP.

I certify that I am admitted to practice in this court.

Dated:  March 9, 2015

Respectfully submitted,

 /s/ George N. Bauer
George N. Bauer
george.bauer@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4800
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorney for Defendant*
*PricewaterhouseCoopers LLP*