# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/15

---

March 5, 2015

**MEMO ENDORSED**

**BY HAND**
The Honorable Frank Maas
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  *Anwar, et al. v. Fairfield Greenwich Ltd., et al.*
     Master File 09-CV-00118 (VM)(FM)

Dear Judge Maas:

We write on behalf of the *Anwar* plaintiffs; Kenneth Krys, Liquidator of Fairfield Sentry Fund, joins in this letter. As your Honor may know, on March 3, 2015, Judge Marrero filed an opinion (copy enclosed) reaffirming his decision to certify this case as a class action against the remaining PwC and Citco defendants in accordance with the Second Circuit's remand order.

In light of Your Honor's comments at the close of the mediation session on September 22, 2014, we respectfully suggest that it now may be appropriate to continue the mediation.

Respectfully yours,

David A. Barrett

*[Handwritten endorsement:]* The Court will hold a telephone conference on 4/1/15 at noon to discuss this request. If this date is not convenient, counsel should place a conference call promptly to reschedule. Whenever it is held, Mr. Barrett should initiate the call.
/s/ FM, USMJ, 3/13/15

cc (via email w/o encl.):
  Timothy A. Duffy, Esq.
  Sarah L. Cave, Esq.
  David J. Molton, Esq.


RECEIVED MAR 5 2015 FRANK MAAS U.S. MAGISTRATE JUDGE