UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anwar, et al.,

                                   Case No.  09-cv-00118

                 Plaintiff,

      against

Fairfield Greenwich Limited, et
al.,

                 Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

David S. Stone

FILL IN ATTORNEY NAME

My SDNY Bar Number is: DS8580       My State Bar Number is  2222172

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:           Stone & Magnanini LLP
             FIRM ADDRESS:       150 JFK Parkway, 4th Floor
                                Short Hills, NJ 07078
             FIRM TELEPHONE NUMBER:  Telephone: 973-218-1111
             FIRM FAX NUMBER:     Facsimile: 973-218-1106

NEW FIRM:    FIRM NAME:           Stone & Magnanini LLP
             FIRM ADDRESS:       100 Connell Drive, Suite 2200
                                Berkeley Heights, NJ 07922
             FIRM TELEPHONE NUMBER:  Telephone: (973) 218-1111
             FIRM FAX NUMBER:     Facsimiles: (908) 464-3010; (908) 464-1020

[ ] I will continue to be counsel of record on the above entitled case at my new firm/agency.
[✓] I will continue to be counsel to be notified on the above entitled case at my new address.
     I am no longer counsel of record on the above entitled case.  An order withdrawing my appearance
     was entered on                by Judge                .

                               s/ David S. Stone

Dated:  March 18, 2015

                               ATTORNEY'S SIGNATURE