UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ANWAR, *et al.*,                            Case No.  09-cv-118 (VM)(FM)

Plaintiffs,                          Re: All Actions

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

Defendants.

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Paul E. Dans respectfully withdraws as counsel of record for Plaintiff Headway Investment Corp. in the above-captioned consolidated action.  Mr. Dans is no longer associated with the firm Rivero Mestre LLP.  Attorneys from the firm Rivero Mestre LLP will continue to serve as counsel of record for Headway Investment Corp. in this consolidated action.

Dated: March 20, 2015
        New York, New York

                                           /s/ Paul E. Dans
                                           Paul E. Dans
                                           LAW FIRM OF PAUL E. DANS
                                           43 West 43rd Street, Suite 29
                                           New York, NY 10035
                                           TEL: (212) 203-7600
                                           FAX: (646) 365-3401