```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PASHA S. ANWAR, et al.,                     :

                Plaintiffs,     :     **NOTICE OF CONFERENCE**

    -against-                                        :

                                                                                                     09cv118-VM-FM

FAIRFIELD GREENWICH LTD., et al.,           :

                Defendants.    :

------------------------------------------------------------X

Counsel:

      A telephone conference in the above-referenced matter has been scheduled for April 30, 2015, at 4 p.m. before Magistrate Judge Maas. Counsel for New Greenwich Litigation Trustee, LLC shall initiate the call by placing a conference call to Judge Maas' Chambers at (212) 805-6727. Requests for adjournment must be made to the Court, in writing, at least two business days prior to the conference.

                                                                        _____
                                                                        Eric H. Rosoff
                                                                        Law Clerk to the Honorable Frank Maas

Dated:       New York, New York
                April 21, 2015

Copies to all counsel via ECF