From: Richard E. Brodsky   Fax: (888) 391-5819          To: Hon. Victor Marrero      Fax: +1 (212) 805-6382      Page 2 of 2  04/29/2015 5:21 PM

Case 1:09-cv-00118-VM-FM   Document 1370   Filed 04/30/15   Page 1 of 1

# THE BRODSKY LAW FIRM, PL

### RICHARD E. BRODSKY, ATTORNEY AT LAW

April 25, 2015



**By Facsimile Transmission**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

> **Re:** *Anwar, et al. v. Fairfield Greenwich Limited, et al.,*
> *09-cv-118 (VM) (THK)*
> *Standard Chartered Cases*

Dear Judge Marrero:

I write as the Liaison Counsel for the Standard Chartered Plaintiffs ("SC Plaintiffs"). This letter is in reference to the telephone conference with Your Honor scheduled for May 6, 2015 at 10:30 AM, regarding the 2d Circuit decision in *Kingate*. I will be speaking on issues that are applicable to all of the SC Plaintiffs. Two other members of the SC Plaintiffs' Steering Committee, Jorge Mestre and Laurence Curran, also will be on the call. As has been the case in the past, it is not anticipated that either will be speaking, unless an issue arises that is applicable only to their respective clients.

As Your Honor knows, each SC Plaintiff is a separate party with a separate complaint and with his, her or its own counsel, and no lawyer represents all SC Plaintiffs. Because of the subject matter of the call, I therefore request Your Honor's permission for counsel from the six other law firms representing one or more of the SC Plaintiffs to be on the call if they wish, with the understanding that they are not going to speak. One lawyer has asked to be on the call, which has prompted this letter. I do not know whether any others will seek to be on the call, but I would notify Chambers those who do.

Thank you very much for your consideration of this letter.

Sincerely yours,

The Brodsky Law Firm, PL

Richard E. Brodsky

cc: SC Plaintiffs' counsel
    SC Defendants' counsel

**SO ORDERED.**

4-30-15
DATE          VICTOR MARRERO, U.S.D.J.

200 S. BISCAYNE BOULEVARD, STE. 1930 • MIAMI, FLORIDA 33131
WWW.THEBRODSKYLAWFIRM.COM
786-220-3328 • RBRODSKY@THEBRODSKYLAWFIRM.COM