```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PASHA S. ANWAR, et al.,              :

                Plaintiffs,      :      **ORDER**

     -against-                          :

                                     09cv118-VM-FM

FAIRFIELD GREENWICH LTD., et al.,    :

                Defendants.      :

-------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to the telephone conference held on April 30, 2015, it is hereby ORDERED that New Greenwich Litigation Trustee, LLC's motion to intervene and unseal documents shall be filed by May 11, 2015. Opposition papers shall be filed by May 29, 2015. A reply may be filed by June 8, 2015.

        SO ORDERED.

Dated:    New York, New York
           April 30, 2015

                                            FRANK MAAS
                                United States Magistrate Judge

Copies to:

Counsel for all parties (via ECF)

Counsel for New Greenwich Litigation Trustee, LLC (via Fax)