**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PASHA S. ANWAR, et al.,

                    Plaintiffs,

   -against-                                   09cv118-VM-FM

FAIRFIELD GREENWICH LTD., et al.,

                    Defendants.

## NOTICE OF APPERANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Kristi Stahnke McGregor of Milberg LLP, a member of this Court in good standing, hereby enters an appearance in the above-captioned action as counsel for Proposed Intervener New Greenwich Litigation Trustee, LLC, as Successor Trustee of Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P. Litigation Trusts, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated:  New York, NY
       May 4, 2015

                                  By: *Kristi Stahnke McGregor*
                                      Kristi Stahnke McGregor
                                **MILBERG LLP**
                                One Pennsylvania Plaza
                                New York, NY  10119-0165
                                Telephone: (212) 594-5300
                                Facsimile:  (212) 868-1229
                                Email: KMcGregor@milberg.com

                                *Attorneys for Proposed Intervenor New*
                                *Greenwich Litigation Trustee, LLC, as*
                                *Successor Trustee of Greenwich Sentry, L.P.*
                                *and  Greenwich Sentry Partners, L.P.*
                                *Litigation Trusts*