```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
PASHA S. ANWAR, et al.,             :
                                    :    09 Civ. 0118 (VM)
                      Plaintiffs,   :
                                    :         ORDER
       - against -                  :
                                    :
FAIRFIELD GREENWICH LIMITED,        :
et al.,                             :
                                    :
                      Defendants.   :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On April 30, 2015, the Court held a telephone conference with the Anwar Plaintiffs and Anwar Defendants. At that conference, the Court directed those parties to submit letter briefs not to exceed twenty single-spaced pages by May 29, 2015 regarding the applicability of In re Kingate Mgmt. Ltd. Litig. ("Kingate"), No. 11-1397-CV, 2015 WL 1839874 (2d Cir. Apr. 23, 2015), to the Anwar case before this Court. Those parties are to simultaneously submit reply briefs by June 8, 2015.

On May 6, 2015, the Court held a telephone conference with the Standard Chartered Plaintiffs and Standard Chartered Defendants to discuss the applicability of Kingate to the remaining claims involving those parties. At that conference, the Court ordered the Standard Chartered Plaintiffs to confer with the Anwar Plaintiffs, and the

Standard Chartered Defendants to confer with the Anwar Defendants, as to whether and to what extent those parties are in agreement over the interpretation and application of Kingate to the Anwar and Standard Chartered cases before this Court. Insofar as the parties find common ground regarding the issues they will address, their submissions should be so coordinated and streamlined to avoid separate discussions and duplication of issues. The Court ordered that the parties confer by May 25, 2015 and provide the Court with a preview of the common issues by 12:00 p.m. on May 27, 2015. The parties are further directed to submit simultaneous letter briefs by May 29, 2015, with replies due by June 8, 2015.

**SO ORDERED.**

Dated: New York, New York
       6 May 2015

                                    VICTOR MARRERO
                                       U.S.D.J.