# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

May 6, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/7/15

**BY FAX**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Anwar, et al. v. Fairfield Greenwich Limited, et al.*
Master File No. 09-CV-00118 (VM) (FM)

Dear Judge Marrero:

We write on behalf of all parties in the above-captioned action. Pursuant to the Court's direction at the telephone conference on April 30, 2015, the parties have met and conferred concerning their views as to application of the Second Circuit's decision in *In re Kingate Management Ltd. Litig.*, 2015 WL 1839874 (2d Cir. Apr. 23, 2015), to the claims in this action. Following good faith discussions, the parties report as follows:

Plaintiffs agree that under the standards set forth in *Kingate*, Count 25 of the Second Consolidated Amended Complaint (Dkt. no. 85), alleging that the Citco Defendants aided and abetted fraud committed by the Fairfield Defendants, should be dismissed. Plaintiffs do not believe that any of the other common law claims are precluded by SLUSA under the *Kingate* standards.

The PwC Defendants believe that both remaining claims against them (*i.e.*, Counts 13 and 14) should be dismissed under the *Kingate* standards.

The Citco Defendants believe that the remaining claims alleged against them (*i.e.*, Counts 20, 21, 22, 23, 24 and 28) should be dismissed under the *Kingate* standards.

The parties will submit letter briefs presenting their respective positions pursuant to the schedule ordered by the Court.

Respectfully yours,

David A. Barrett

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the parties.

**SO ORDERED.**

DATE 5-6-15    All Anwar Counsel (by email)    VICTOR MARRERO, U.S.D.J.