UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASHA S. ANWAR, et al.,

                Plaintiffs,

-against-                          09cv118-VM-FM

FAIRFIELD GREENWICH LTD., et al.,

                Defendants.

## NEW GREENWICH LITIGATION TRUSTEE, LLC'S NOTICE OF MOTION TO INTERVENE FOR LIMITED PURPOSES AND FOR ENTRY OF ORDER UNSEALING CLASS CERTIFICATION MOTION PAPERS

PLEASE TAKE NOTICE THAT, pursuant to the Order dated April 30, 2015 (ECF No. 1371), and upon the accompanying memorandum of law and all prior papers and proceedings had herein, New Greenwich Litigation Trustee, LLC, as Successor Trustee of the Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P. Litigation Trusts, respectfully moves before the Honorable Frank Maas, Chief United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for entry of an Order:

(i)     Pursuant to Fed. R. Civ. P. 24(b), permitting movant to intervene in this action for the limited purpose of this motion;

(ii)    Unsealing the documents filed by the parties in support of and in opposition to plaintiffs' motion for class certification (which motion was granted by Decision and Order dated March 3, 2015, see ECF No. 1357); and

(iii)   Granting such other and further relief as the Court may deem just and proper.

Movant respectfully requests oral argument on this motion.

Dated: New York, New York
      May 11, 2015

                                    Respectfully submitted,

                                    **MILBERG LLP**

                                    /s/ Robert A. Wallner
                                    Robert A. Wallner
                                    Kristi Stahnke McGregor
                                    Charles Slidders
                                    One Pennsylvania Plaza
                                    New York, NY 10119
                                    Tel: (212) 594-5300
                                    rwallner@milberg.com
                                    kmcgregor@milberg.com
                                    cslidders@milberg.com

                                    *Attorneys for Proposed Intervenor New Greenwich Litigation Trustee, LLC, as Successor Trustee of Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P. Litigation Trusts*

704339v1

2