USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASHA ANWAR, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FAIRFIELD GREENWICH LIMITED, *et al.*,<br><br>　　　　　　　　　　Defendants.<br><br>This Document Relates To:  09-cv-118 (VM) | Master File No. 09-cv-118 (VM) (FM) |

### ORDER AUTHORIZING DISTRIBUTION OF THE
### SUPPLEMENTAL SETTLEMENT FUND

**WHEREAS**, by Final Judgment dated August 16, 2024 (Dkt. No. 1592), from which no appeal was taken, this Court approved the $7.5 million Supplemental Settlement of this Action, resolving claims asserted by Plaintiffs against the Fairfield Greenwich Limited ("FGL") and Fairfield Greenwich Bermuda Limited ("FGBL") Defendants, as embodied in the Stipulation of Settlement dated as of April 23, 2024 (the "Supplemental Stipulation") (Dkt. No. 1580);

**WHEREAS**, as set forth in the Notice of Proposed Supplemental Settlement of Class Action (the "Notice"; Dkt. No. 1853, Exhibit A), the deadline for Settlement Class Members to submit Confirmation Forms to participate in the distribution of the Supplemental Settlement Fund was October 9, 2024;

**WHEREAS**, as set forth in the Declaration of Jason Rabe filed with the Court, Rust Consulting, Inc. ("Rust"), the claims administrator for the Settlement, has reviewed and processed

all Confirmation Forms received pursuant to the Notice, including claims received after October 9, 2024 through March 11, 2025;

**WHEREAS**, Co-Lead Counsel now seek authorization, on behalf of the Supplemental Settlement Class, to make a distribution of the balance of the Supplemental Settlement Fund, after the deduction of payments previously approved and such additional costs of notice and administration actually incurred or anticipated, as set forth herein and in the Rabe Declaration (the "Supplemental Net Settlement Fund") to Authorized Claimants;

**WHEREAS**, this Court has retained jurisdiction of this Action for the purpose of considering any further matter that may arise in connection with the administration and execution of the Supplemental Settlement and the processing of Confirmation Forms and the distribution of the Supplemental Net Settlement Fund to the Authorized Claimants;

**NOW, THEREFORE,** upon reading and filing the Declaration of Jason Rabe in Support of Entry of An Order for Distribution of the Supplemental Settlement Funds; and upon all prior proceedings heretofore in this action, and after due deliberation, it is hereby

**ORDERED**, that Co-Lead Counsel are directed to pay actually incurred and anticipated taxes, fees and expenses as are summarized in in the Rabe Declaration; and it is further

**ORDERED**, that the recommendation of the Claims Administrator to approve determinations of claims as described in the Rabe Declaration, including claims submitted after the original October 9, 2024 submission deadline through March 11, 2025, be and the same hereby are approved, and said claims are hereby accepted; and it is further

**ORDERED**, that the Net Supplemental Settlement Fund shall be distributed to Authorized Claimants, calculated as described in the Rabe Declaration under the Court-approved Plan of Allocation in proportion to each Authorized Claimant's Recognized Loss as compared to the total Recognized Loss of all Authorized Claimants as set forth in the Rabe Declaration; and it is further

**ORDERED,** that no further late-filed claims shall be accepted by the Claims Administrator or Plaintiffs' Co-Lead Counsel; and it is further

**ORDERED,** that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Confirmation Forms submitted herein, or otherwise involved in the administration or taxation of the Supplemental Settlement Fund, are hereby released and discharged from any and all claims arising out of such involvement, and all Supplemental Settlement Class Members, whether or not they receive payment from the Supplemental Settlement Fund, are hereby barred from making any further claims against the Supplemental Settlement Fund or Claims Administrator, or any other agent retained by the Class Plaintiffs or Plaintiffs' Co-Lead Counsel in connection with the administration or taxation of the Settlement Fund beyond the amount allocated to Authorized Claimants; and it is further

**ORDERED**, that checks payable to the Authorized Claimants for their settlement distribution shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED WITHIN 90 DAYS AFTER ISSUE DATE." Co-Lead Counsel and Rust are authorized to take appropriate action to locate or contact any Authorized Claimant who has not cashed his, her or its distribution check within said time; and it is further

**ORDERED**, that this Court retains jurisdiction over any further application or matter which may arise in connection with this Action.

Dated: March 14, 2025

_____
    VICTOR MARRERO
    UNITED STATES DISTRICT JUDGE